UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,   CASE NO.: 00-6070
                       L.T. Case No. 99-021746-11
   Plaintiff,
                       CIV - FERGUSON
v.
                       MAGISTRATE JUDGE
AMERIJET INTERNATIONAL, INC.,   SNOW
   Defendant.
_____/

### DEFENDANT'S NOTICE OF FILING

Defendant, AMERIJET INTERNATIONAL, INC., by and through its undersigned counsel, hereby files this Notice of Filing of the summons and all pleadings contained in the State Court File of *Patrick Scott Major v. Amerijet International, Inc.*, in Case No. 99-021746-11.

Respectfully submitted,

_____
Susan Potter Norton
Florida Bar No. 0201847
Stephen P. Santiago
Florida Bar No. 0964425

Allen, Norton & Blue, P.A.
121 Majorca, Third Floor
Coral Gables, Florida 33134
Telephone:   (305) 445-7801
Facsimile:   (305) 442-1578

69543_1

ALLEN, NORTON & BLUE, P.A.
PROFESSIONAL ASSOCIATION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on this __14__ day of January, 2000 upon:

Valerie Shea, Esq.
HEINRICH, GORDON, HARGROVE
WEIHE & JAMES, P.A.
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394

_____
Attorney

11650