UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR,   CASE NO.: 00-6070-CIV-FERGUSON
                       Magistrate Judge Snow

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendants.
_____/

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

COMES NOW Defendant, AMERIJET INTERNATIONAL INC., (hereinafter "Defendant"), by and through its undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court to grant Defendant a ten (10) day enlargement of time in which to serve its answer, responses, or otherwise plead to Plaintiff's Complaint and states following in support thereof:

1. On December 27, 1999, Defendant was served with a copy of Plaintiff's Complaint, Interrogatories and a Request for Production.

2. On January 14, 2000, Defendant filed a Notice of Removal, as such, Defendant's answer or other responsive pleading to Plaintiff's Complaint is due on or before January 21, 2000.

3. The undersigned was forwarded a copy of the Complaint on January 11, 2000, and needs more time to investigate the Complaint before serving an answer or other responsive pleading.

4. On January 20, 2000, Defendants' counsel contacted Plaintiff's counsel, Ms. Valerie Shea, who stated she had no objection to the requested enlargement of time.

69730_1

5. Defendant's requested extension of time is made in good faith and the requested extension does not prejudice any party to the action.

ACCORDINGLY, Defendant respectfully seeks an enlargement of time in which to serve its answer, responses or otherwise plead to Plaintiff's Complaint, Interrogatories, and Request for Production, up to and including January 31, 2000.

Respectfully submitted,

*[signature]*

Susan Potter Norton
Florida Bar No. 0201847
Stephen P. Santiago
Florida Bar No. 0964425

ALLEN, NORTON & BLUE, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail, on this 21st day of January 21, 2000 upon:

Ms. Valerie Shea, Esq.
HEINRICH GORDON HARGROVE
  WEIHE & JAMES
500 East Broward Boulevard
Suite 1000
Ft. Lauderdale, Florida 33394

*[signature]*
Attorney

69730_1