UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR                    CASE NO.: 00-6070-CIV-FERGUSON
                                                         Magistrate Judge Snow

      Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

      Defendant.

_____/



## DEFENDANT'S NOTICE OF FILING A
## SUMMARIZED REMOVAL STATUS REPORT

COMES NOW Defendant, AMERIJET INTERNATIONAL INC., (hereinafter "Defendant"), by and through its undersigned, and pursuant to the Notice of Court Practice in Removal Cases hereby files its Summarized Removal Status Report and states as follows:

1.     Defendant received the court's Notice to file a Removal Status Report on February 4, 2000.

2.     Defendant was served with Plaintiff's Complaint on December 27, 1999 and filed its Notice of Removal on January 14, 2000, within thirty (30) days of receipt of service of Plaintiff's initial pleading.    In its Notice, Defendant supplied a brief description of the claims as well as all pleadings filed by the Plaintiff.  AMERIJET INTERNATIONAL, INC., is the only the defendant in this action.

3.     On January 21, 2000, Plaintiff served Defendant via U.S. mail with a Motion to Remand these proceeding to State court.

4.     On February 2, 2000, Defendant served its Response to Plaintiff's Motion to Remand via U.S. mail.

70246_1                                    1

ACCORDINGLY, this comprises Defendant's Summarized Removal Status Report.

Respectfully submitted,

Susan Potter Norton
Florida Bar No. 0201847
Stephen P. Santiago
Florida Bar No. 0964425

ALLEN, NORTON & BLUE, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail, on this ___ day of February, 2000 upon:

Ms. Valerie Shea, Esq.
HEINRICH GORDON HARGROVE
  WEIHE & JAMES
500 East Broward Boulevard
Suite 1000
Ft. Lauderdale, Florida 33394

Attorney