UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,

    Plaintiff,

vs.

AMERIJET INTERNATIONAL, INC.,

    Defendant.
_____/

CASE NO. 00-6070-Ferguson/Snow
L.T. Case No. 99-021746-11

## NOTICE OF WITHDRAWAL OF MOTION

Plaintiff, Patrick Scott Major, gives notice to the Court of his withdrawal of his January 21, 2000 motion for remand for supporting memorandum of law. Plaintiff does not seek a ruling on this motion.

### CERTIFICATE OF SERVICE

We hereby certify that a true and correct copy of the foregoing instrument was furnished via U.S. Mail to Susan Potter Norton, Esq., Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Third Floor, Coral Gables, Florida 33134, this 11th day of February, 2000.

    HEINRICH GORDON HARGROVE
    WEIHE & JAMES, P.A.
    Attorneys for Plaintiff
    500 East Broward Boulevard, Suite 1000
    Fort Lauderdale, Florida 33394
    Telephone: 954-527-2800
    Facsimile: 954-524-9481

    By: _____
    VALERIE SHEA
    Florida Bar No. 436800