IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR,         CASE No. 00-6070-CIV-FERGUSON
                             Magistrate Judge Snow
    Plaintiff,

v.

AMERIJET INTERNATIONAL INC.,

    Defendant.
_____/

### JOINT SCHEDULING REPORT

Pursuant to Rule 16.1, Local Rules of the United States District Court for the Southern District of Florida, the parties hereby file this Joint Scheduling Report.

The parties met by phone on March 6, 2000, for the purposes of complying with Rule 16.1, Local Rules, and report as follows:

**A.  Detailed Discovery Schedule**

    i.  The parties stipulate the initial disclosures and exchanges set forth in Local Rules 16.1.B.1, 16.1.B.3, and 16.1.B.4 shall be made within twenty (20) days of the filing of this report.  Plaintiff has propounded its First Set of Interrogatories and Request for Production to which Defendant has responded.  Defendant has served its First Set of Interrogatories and Request for Production.

**B.  Discussion of Likelihood of Settlement**

    The parties will explore the likelihood of settlement as appropriate throughout this litigation.



70806_1

C. **Discussion of Likelihood of Appearance in the Action of Additional Parties**

No additional parties are anticipated.

D. **Proposed Limits on Time**

i. No additional parties are anticipated to be joined. The parties request that all pleadings which have to be amended shall be amended no later than thirty (30) days after Plaintiff files its Amended Complaint to include a claim for retaliation under the Florida Civil Rights Act.

ii. The parties have agreed that all pre-trial motions and memoranda of law shall be filed thirty (30) days following the discovery cut-off. Moreover, motions in limine shall be filed in accordance with Local Rule 16.1.J (i.e., they shall be filed five (5) days prior to the Pre-trial Conference, or, if no Pre-trial Conference is held, five (5) days prior to Calendar Call).

iii. The parties request that discovery shall end on October 30, 2000.

iv. The parties request that this case be set for trial after January 15, 2001.

v. Plaintiff shall designate its expert witness(es) by August 15, 2000 and Defendant shall designate its expert witness(es) by September 15, 2000.

E. **Proposal for the Formulation and Simplification of Issues**

Counsel shall meet before the Court ordered Pre-Trial Conference to discuss any proposals for the formulation and simplification of issues.

F. **Necessity or Desirability of Amendments of Pleadings**

Plaintiff intends to amend his complaint in April 2000 to include a claim for a violation of the Florida Civil Rights Act (retaliation).

G. **Possibility of Obtaining Admissions of Fact and of Documents**

The parties may propound Requests for Admission, Interrogatories, and Request To Produce during discovery. Further, should it become necessary, counsel will meet following the applicable discovery cut-off and before the Pre-trial Conference to discuss stipulations regarding the authenticity of documents and the need for advance rulings from the Court on the admissibility of evidence.

H. **Suggestions for Avoidance of Unnecessary Proof and of Cumulative Evidence**

The parties shall meet and discuss this issue following the applicable discovery cut-off and before the Pre-trial Conference.

I. **Suggestions on Advisability of Referring Matters to a Magistrate or a Master**

The parties request trial by the Court, but do not object to any discovery matters being referred to the Magistrate Judge assigned to this case.

J. **Preliminary Estimate of the Time Required for Trial**

The parties request that this case be assigned to the Standard Case Track.

K. **Requested Date(s) for Conferences Before Trial, Final Pre-Trial Conference and Trial**

The parties request that the final Pre-trial Conference be held not sooner than thirty (30) days after the time to file Pre-trial Motions (as referred to in D(ii) above), but at least fourteen (14) days prior to Calendar Call.

L. **Any Other Information that Might be Helpful to the Court in Setting this Case for Status or Pre-Trial Conference**

A status conference is scheduled for 3:45 p.m. on March 20, 2000.

70806_1

3

In order to expedite the service of this Joint Scheduling Report, the parties have agreed that the signature of Stephen P. Santiago, attorney for the Defendant, will represent both parties' agreement with the terms contained herein.

Respectfully submitted,

_____
Susan Potter Norton
Florida Bar No. 0201847
Stephen P. Santiago
Florida Bar No. 0964425

_____
Valerie Shea
Florida Bar No. 436800

ALLEN, NORTON & BLUE, P.A.
121 Majorca, Third Floor
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578
Attorneys for Defendant

HEINRICH GORDON
HARGROVE WEIHE & JAMES
500 East Broward Boulevard
Suite 1000
Fort Lauderdale, FL 33394
Tel: (954) 527-2800
Fax: (954) 524-9481
Attorneys for Plaintiff

70806_1

4