# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## HONORABLE WILKIE D. FERGUSON, JR.

### CIVIL MINUTES

1. Case No. **CC-6070**    Date: **3/20/00**
2. Style **Major v. Amerijet**
3. Plaintiff's Counsel: **Valerie Shea**
4. Defendant's Counsel: **Steve Santiago**
5. Type of Proceeding: **Status Conference**
6. Result of hearing:    Motion Granted ☐    Motion Denied ☐
7. Case Continued to: _____    Trial Set for **1/16/2001**
8. Does the case require mediation? _____

Notes: **Scheduling and mediation order will follow**

Law Clerk:    Amparo Nisi

Courtroom Deputy:    Troy Walker

Courtroom Reporter:    Paul Hafferling