IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



PATRICK SCOTT MAJOR,         CASE No. 00-6070-CIV-FERGUSON
                             Magistrate Judge Snow
    Plaintiff,

v.

AMERIJET INTERNATIONAL INC.,

    Defendant.
_____/

## ORDER ON CONFIDENTIALITY STIPULATION

THIS CAUSE having come before the Court for the approval of the Stipulation of the parties for the handling of certain discovery materials, and the Court finding that good cause exists for the approval of the Stipulation because it will expedite the flow of discovery material, promote prompt resolution of disputes over confidentiality, and facilitate the preservation of the confidentiality of material deemed worthy of protection, it is therefore

ORDERED that the foregoing Stipulation of the parties is approved on this 20th day of March, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

cc:    Susan Potter Norton, Esq.
       Valerie Shea, Esq.

71121_1

