UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,  Case No. 00-6070-CIV-FERGUSON

　　Plaintiff,

vs.

AMERIJET INTERNATIONAL. INC..

　　Defendant.
_____/

## ORDER OF REFERENCE TO MAGISTRATE

**THIS CAUSE** is before the court on Defendant's Motion to Dismiss Counts I and V of Plaintiff's Complaint [D.E.5]. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss Counts I and V of Plaintiff's Complaint [D.E.5] and Motion to Amend Defendant's Motion to Dismiss Counts I and V of Plaintiff's Complaint [D.E.6] are **REFERRED** to **Chief United States Magistrate Judge Lurana S. Snow** for a Report and Recommendation to this Court.

The parties are notified that all subsequent pleadings regarding matters referred to the Magistrate Judge shall be so designated by setting forth beneath the case number the identity of the Magistrate Judge to which the matter has been referred.

Page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 20TH day of March, 2000.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Lurana S. Snow, Chief U.S. Magistrate Judge
Valerie Shea, Esq.
Susan Potter Norton, Esq.