UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,   CASE NO.: 00-6070-CIV-FERGUSON
                      Magistrate Judge Snow
    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendants.
_____/

## NOTICE OF SELECTION OF MEDIATOR

In accordance with this Court's Order dated March 31, 2000, the Parties have reached an agreement as to a mediator. The Parties have selected Allene D. Nicholson of the Florida Mediation Group. A place, date and time for the mediation has not yet been established. Once a place, date and time for mediation has been established, an agreed order on mediation will be filed with this Court.

Respectfully submitted,

_____
Susan Potter Norton
Florida Bar No. 0201847
Stephen P. Santiago
Florida Bar No. 0964425

ALLEN, NORTON & BLUE, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
Tel. (305) 445-7801
Fax: (305) 442-1578

71745_1

ALLEN, NORTON & BLUE, P.A.
PROFESSIONAL ASSOCIATION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail, on this ___ day of April, 2000 upon:

Ms. Valerie Shea, Esq.
HEINRICH GORDON HARGROVE
 WEIHE & JAMES
500 East Broward Boulevard, Suite 1000
Ft. Lauderdale, Florida 33394

_____
Attorney