UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6070-Civ-Ferguson/Snow

PATRICK SCOTT MAJOR,

    Plaintiff,

vs.

AMERIJET INTERNATIONAL, INC.,

    Defendant.
_____/



### ORDER

THIS CAUSE is before the Court on various motions filed by the parties, which were referred to United States Magistrate Judge Lurana S. Snow.

The complaint, alleging age discrimination, violation of Florida's Whistleblower Act, Fla. Stat. § 448.102, et seq., and violation of Florida Civil Rights Act, Fla. Stat. § 760, was removed to federal court on January . In response, the defendant filed an answer to the complaint and a motion to dismiss the claims made under the Whistleblower Act and the Florida Civil Rights Act. After the motion was fully briefed, the plaintiff filed an unopposed motion to amend the complaint. With the Court being fully advised it is hereby



ORDERED AND ADJUDGED as follows:

1. The plaintiff's Unopposed Motion to Amend the Complaint (Docket Entry 26) is GRANTED. The amended complaint is deemed filed as of the date of this Order.

2. The Defendant's Motion to Dismiss Counts I and IV of the Plaintiff's Complaint (Docket Entry 5) is DENIED AS MOOT in light of the amended complaint.

3. The defendant's Motion to Amend Defendant's Motion to Dismiss Counts I and IV of the Plaintiff's Complaint (Docket Entry 6) is DENIED AS MOOT in light of the amended complaint.

DONE AND ORDERED at Fort Lauderdale, Florida, this 22nd day of June, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:   Valerie Shea, Esq.
             Stephen Peter Santiago, Esq.