UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,  :  CASE NO. 00-6070-Ferguson/Snow
                                            L.T. Case No. 99-021746-11
    Plaintiff,  :

vs.  :

AMERIJET INTERNATIONAL, INC.,  :

    Defendant.  :
_____/

### NOTICE OF UNAVAILABILITY

The undersigned attorney, Valerie Shea, gives notice of her unavailability for the following dates: October 9, 2000, through October 16, 2000. She requests that no hearings, depositions or other matters be set during that time period.

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 2nd day of August, 2000.

                                          HEINRICH GORDON HARGROVE
                                          WEIHE & JAMES, P.A.
                                          Attorneys for Plaintiff
                                          500 East Broward Boulevard, Suite 1000
                                          Fort Lauderdale, Florida 33394
                                          Telephone:  954-527-2800
                                          Facsimile:  954-524-9481

By: _____
                                          VALERIE SHEA
                                          Florida Bar No. 436800