UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,     :     CASE NO. 00-6070-Ferguson/Snow
                                     L.T. Case No. 99-021746-11
    Plaintiff,     :

vs.     :

AMERIJET INTERNATIONAL, INC.,     :

    Defendant.     :
_____/

### PLAINTIFF'S REPLY TO DEFENDANT'S FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff, Patrick Scott Major, serves his reply to defendant's first amended answer and affirmative defenses to plaintiff's first amended complaint, and states as follows:

1. Plaintiff denies each and every affirmative defense alleged in defendants first amended answer.

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 31st day of August, 2000.

                                     HEINRICH GORDON HARGROVE
                                     WEIHE & JAMES, P.A.
                                     Attorneys for Plaintiff
                                     500 East Broward Boulevard, Suite 1000
                                     Fort Lauderdale, Florida 33394
                                     Telephone:    954-527-2800
                                     Facsimile:      954-524-9481

            By: _____
                    VALERIE SHEA
                    Florida Bar No. 436800