UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,  :   CASE NO. 00-6070-Ferguson/Snow
                                              L.T. Case No. 99-021746-11
    Plaintiff,  :

vs.  :

AMERIJET INTERNATIONAL, INC.,  :

    Defendant.  :
_____/

### PLAINTIFF'S
### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO DISCLOSE EXPERTS

Plaintiff, Patrick Scott Major, requests an extension of two weeks to disclose their expert witnesses and to make them available for deposition, and would state as follows:

1. Pursuant to the Court's Order Setting Trial Date and Discovery Schedule (dated March 31, 2000), plaintiff is to furnish opposing counsel by September 11, 2000, a written list containing the names and addresses of all expert witnesses intended to be called at trial.

2. Undersigned counsel, Valerie Shea, has been in a trial since September 5, 2000, before Judge John A. Miller in the 17th Judicial Circuit in and for Broward County, Florida, in Case No. 96-17265 (07), styled Seif v. Frontier Communications International, Inc., and has been unable to prepare a disclosure due to the demands of the trial. A fourteen-day enlargement of time to and including September 25, 2000, is needed to prepare an adequate disclosure and coordinate deposition dates.



### MEMORANDUM OF LAW

Rule 6(b), Federal Rules of Civil Procedure, permits the Court to enlarge, upon good cause shown, the period of time within which any act must be done. Here, good cause exists in that the undersigned counsel, Valerie Shea, has been in the trial of a matter which began on September 5, 2000.

### CERTIFICATE OF COUNSEL

The undersigned is authorized to represent that counsel for defendant, Stephen Santiago, Esquire, has been contacted and has no opposition to the relief requested. Mr. Santiago requests only that an enlargement of time equal to that granted to plaintiff be granted to defendant, making their expert witness disclosure due on October 9, 2000.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 11th day of September, 2000.

> HEINRICH GORDON HARGROVE
> WEIHE & JAMES, P.A.
> Attorneys for Plaintiff
> 500 East Broward Boulevard, Suite 1000
> Fort Lauderdale, Florida 33394
> Telephone:   954-527-2800
> Facsimile:    954-524-9481
>
> By: _Robert C. Weil_ FBN 9962
> VALERIE SHEA
> Florida Bar No. 436800

vjr-G:\LAW\81975\002\Pleadings\m-extension001.doc