SEP 1 1 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR,                CASE NO.: 00-6070-CIV-FERGUSON
                                    Magistrate Judge Snow
    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendants.
_____/

It is ORDERED that this Motion is hereby GRANTED. (up to 7/31/00)

WILKIE D. FERGUSON, JR.
9/11/00
DATE

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

COMES NOW Defendant, AMERIJET INTERNATIONAL INC., (hereinafter "Defendant"), by and through its undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court to grant Defendant a ten (10) day enlargement of time in which to serve its answer, responses, or otherwise plead to Plaintiff's Complaint and states following in support thereof:

1. On December 27, 1999, Defendant was served with a copy of Plaintiff's Complaint, Interrogatories and a Request for Production.

2. On January 14, 2000, Defendant filed a Notice of Removal, as such, Defendant's answer or other responsive pleading to Plaintiff's Complaint is due on or before January 21, 2000.

3. The undersigned was forwarded a copy of the Complaint on January 11, 2000, and needs more time to investigate the Complaint before serving an answer or other responsive pleading.

4. On January 20, 2000, Defendants' counsel contacted Plaintiff's counsel, Ms. Valerie Shea, who stated she had no objection to the requested enlargement of time.

69730_1