UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,  :  CASE NO. 00-6070-Ferguson/Snow
                                L.T. Case No. 99-021746-11
    Plaintiff,  :

vs.  :

AMERIJET INTERNATIONAL, INC.,  :

    Defendant.  :
_____/



### PLAINTIFF, PATRICK S. MAJOR'S DISCLOSURE OF EXPERT WITNESS

Plaintiff, PATRICK SCOTT MAJOR, hereby discloses the following expert witnesses to be called by Plaintiffs in the above-captioned litigation:

Name/Address/Telephone Number:

    James D. Gilbert, CPA, ABV
    J. D. Gilbert & Company
    600 West Hillsboro Boulevard, Suite 510
    Deerfield Beach, FL 33441

    Mr. Joseph B. Wiley
    2510 Sun Cove Lane
    North Palm Beach, FL 33410-5245

Qualifications:

    See Curriculum Vitae.

Publications/Writings:

    See Curriculum Vitae.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail

to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire,** Attorney for Defendant,



Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 25th day of September, 2000.

> HEINRICH GORDON HARGROVE
> WEIHE & JAMES, P.A.
> Attorneys for Plaintiff
> 500 East Broward Boulevard, Suite 1000
> Fort Lauderdale, Florida 33394
> Telephone:   954-527-2800
> Facsimile:   954-524-9481
>
>
> By: _____
> VALERIE SHEA
> Florida Bar No. 436800

## JAMES D. GILBERT, CPA, ABV
## STATEMENT OF QUALIFICATIONS

### Education
Master of Business Administration, Major: Accounting, Lehigh University, 1978

Bachelor of Science in Business and Economics, Major: Finance and Management, Lehigh University, 1975

### Experience
J.D. Gilbert & Company, CPAs, Managing Partner, 1979 to Present: Accounting and auditing services, management advisory services, business valuation and litigation services for Florida Department of Transportation and Business Owners, and corporate, individual, estate and gift tax planning, return preparation and representation. Staff size - 16

Arthur Andersen & Co., CPAs: Small Business Department: Taxes, financial statement preparation, audits and management consulting

Ernst & Young, CPAs: Preparation of business and capital feasibility studies in management consulting and audit departments

### Professional Certifications and Achievements
Certified Public Accountant
Certified Family Court Mediator
Accredited in Business Valuation (ABV) by AICPA*
Associate Member of the Association of Certified Fraud Examiners

* The ABV designation, established in 1996 by the AICPA, recognizes CPAs who elect to demonstrate their business valuation expertise and experience by earning the credential.

In 1990, 1994 and 1997, J.D. Gilbert & Company received an unqualified peer review report, with no exceptions or comments, on our system of quality control. *Peer Review* is a rigorous, objective, outside look at a firm's accounting and auditing practice performed under the guidance of the AICPA Alliance for CPA Firms of the American Institute of Certified Public Accountants. J.D. Gilbert & Company is a member of the Partnering for CPA Practice Success – The AICPA Alliance for CPA Firms. PCPS is a voluntary organization of CPA firms dedicated to maintaining the highest standards of quality. The cornerstone of the Division is its peer review program. Our Firm was reviewed by non-affiliated CPAs who reported outstanding performance on the quality of our accounting and auditing practice. Less than 15% of all members in this voluntary organization, which includes the largest and most respected CPA firms in the U.S., have achieved this high level of consistent quality.

### Membership in Professional Associations
American Institute of Certified Public Accountants
Partnering for CPA Practice Success (PCPS) The AICPA Alliance for CPA Firms
Tax Division Member of the AICPA
Florida Institute of Certified Public Accountants
Institute of Business Appraisers
National Association of Certified Valuation Analysts
American Society of Appraisers
Association of Eminent Domain Professionals

### Recent Continuing Education (Related to Business Valuation and Litigation Support)
Valuation of the Closely Held Corporation
Business Valuation for Accountants
Family Court Mediation and Training
CPA as an Expert Witness
Enterprise Valuation
Divorce Course
Winning in Court I - the CPAs Role in Litigation, Arbitration & Dispute Resolution
Winning in Court II - Developing, Presenting and Defending your Evidence
Business Valuation Methods, Support and Practice
Offers in Compromise
FICPA 1992-1999 Litigation Conferences

J.D. GILBERT & COMPANY

Tax Aspects of Buying and Selling a Business
1996 AICPA Litigation Services Conference
1997-1999 AICPA National Conference on Business Valuation
1997 AICPA Business Valuation Review Course

## Litigation Support, Business Valuations, Business Damage Reports, Reviews and Consulting, Domestic Relations and Bankruptcy

### Condemnation, Business Damage (Loss) and Valuation Expert:

| Case | Year | Type |
|---|---|---|
| James Radcliffe v. Precision Tune Auto Care, Inc.<br>Circuit Court, 17th Judicial Circuit | 2000 | Auto Tune Franchise |
| DOT v. Woco Sales, Inc., et al (Hardees)<br>Circuit Court, 1st Judicial Circuit | 2000 | Fast Food Franchise |
| DOT v. Phillip T. Homan, et al (Santa Rosa Beach Medical Center)<br>Circuit Court, 1st Judicial Circuit | 2000 | Physician |
| Roadway Muffler & Brake Centers v.<br>BellSouth Advertising & Publishing Corporation,<br>BellSouth Telecommunications, Inc.<br>Circuit Court, 17th Judicial Circuit | 1999 | Muffler & Brake Store |
| Claudia Wahl v. Nationwide<br>Circuit Court, 17th Judicial Circuit | 1999 | Insurance Sales |
| BellSouth Telecommunications, Inc. v.<br>Robert G. Kerrigan, George Estes and 811, Inc.<br>U.S. District Court, Pensacola | 1999 | N11 Phone Service |
| Clean Air Specialists, Inc. v. BellSouth Advertising & Publishing, Inc.<br>Circuit Court, 15th Judicial Circuit | 1999 | Air Conditioning |
| DOT v. Moireal Corp.<br>Circuit Court, 11th Judicial Circuit | 1999 | Textile |
| DOT v. Coastal Ob-Gyn, et al<br>Circuit Court, 1st Judicial Circuit | 1999 | Tire and Auto Service |
| DOT v. Lola V. Spence, et al<br>Circuit Court, 1st Judicial Circuit | 1999 | Fast Food Franchise |
| DOT v. Warriner Parcel 101<br>Circuit Court, 14th Judicial Circuit | 1999 | Drug Store, Tire & Auto Repair |
| DOT v. 2301 SE 17th Street Ltd.<br>Circuit Court, 17th Judicial Circuit | 1999 | Resort Hotel, Restaurant and Marina |
| DOT v. James Dennis<br>Circuit Court, 1st Judicial Circuit | 1999 | Automotive Service |
| Kennedy Homes v. Mecca Farms, Inc. and Gary Smigiel<br>Circuit Court, 17th Judicial Circuit | 1999 | Construction |


J.D. GILBERT & COMPANY

| Case | Year | Type |
|---|---|---|
| Oily's II, Inc. v. Auto Harbor Corp. and Morgan Tire & Auto, Inc. Circuit Court, 17th Judicial Circuit | 1998 | Lube and Oil Service |
| Regal Marble, Inc. v. William A. Norton, John Scarola, a/k/a Jack Scarola, and Scarty, Denney, Scarola, Barnhart & Shipley, P.A. Circuit Court, 17th Judicial Circuit | 1998 | Cultured Marble |
| DOT v. Nixon's Womens & Mens Clothing Circuit Court, 1st Judicial Circuit | 1998 | Clothing Store |
| DOT v. Blackwater Housing Corp. Circuit Court, 1st Judicial Circuit | 1998 | Retail Nursery |
| DOT v. Hallie R. Elam Circuit Court, 2nd Judicial Circuit | 1998 | Tire Store |
| DOT v. LEM Properties Circuit Court, 2nd Judicial Circuit | 1998 | Tire Store, Lube & Oil Service Center |
| DOT v. Americano Pancake Inn & Motels Circuit Court, 1st Judicial Circuit | 1998 | Motel and Restaurant |
| DOT v. Suit City Circuit Court, 11th Judicial Circuit | 1998 | Dental Practice |
| DOT v. Barbara's Creative Jewelry, et al Circuit Court, 17th Judicial Circuit | 1997 | Jewelry Mfg., Accountants |
| DOT v. Chevron Circuit Court, 15th Judicial Circuit | 1995 | Service Station |
| Heckman v. Oakland Park Circuit Court, 17th Judicial Circuit | 1995 | Salvage & Storage Yard |
| Graber P.A. v. New Covenant Church Circuit Court, 17th Judicial Circuit | 1994 | Medical Practice |
| DOT v. Sottini Circuit Court, 17th Judicial Circuit | 1994 | Restaurant |
| DOT/State Project No. 86018-2502 Circuit Court, 17th Judicial Circuit | 1993 | Furniture & Equipment Rental, Sandwich Shop |
| DOT v. Renea & Elbert Clemons Circuit Court, 17th Judicial Circuit | 1993 | Hair Salon |
| DOT v. Westfour Circuit Court, 19th Judicial Circuit | 1993 | Restaurant |
| DOT v. Moffitt Circuit Court, 19th Judicial Circuit | 1993 | CPA's fee |
| American Lumber & Supply, et al v. City of Oakland Park Circuit Court, 17th Judicial Circuit | 1992 | Salvage & Storage Yard |

| | | |
|---|---|---|
| DOT v. James Paul Waters, et al<br>Circuit Court, 17th Judicial Circuit | 1991-1992 | Restaurant, Building Materials & Supplies, Tire Sales, Auto Service & Repair |
| Koprowski v. Drucker, Slosberg,<br>Tsonas & Taylor, P.A.<br>Circuit Court, 17th Judicial Circuit | 1991 | Physicians & Hospital Emergency Room |

*Eminent Domain Business Damage Reports, Reviews and Consulting:*

Florida Department of Transportation

**District One:**
| | | |
|---|---|---|
| State Project No.: 17070-2525<br>Sarasota County | 1993 | Car Rental, Window Tinting |

**District Two:**
| | | |
|---|---|---|
| State Project No.: 26260-2442<br>Alachua County | 1992 | Service Stations, Veterinary Services |

**District Three:**
| | | |
|---|---|---|
| State Project No.: 46060-2532<br>Bay County | 1999 | Tire Store |
| State Project No.: 60020-2520<br>Walton County | 1999 | Appliance Store, Stucco Contractor<br>Landscape Nursery, Mini-Storage Warehouse |
| State Project No.: 48003-2500<br>Escambia County | 1999 | Fast Food Franchise |
| State Project No.: 58050-2519<br>Santa Rosa County | 1999<br>1997 | Automotive Repair Service<br>Veterinary Clinic, Appliance Repair |
| State Project No.: 48003-2521<br>Escambia County | 1998 | Convenience Store |
| State Project No.: 25001-2514<br>Santa Rosa County | 1998 | Clothing Store |
| State Project No.: 55020-2533<br>Leon County | 1998<br>1997 | Gas & Convenience Store<br>Lube Service Center, Automobile Dealership |
| State Project No.: 58001-2514<br>Santa Rosa County | 1998<br>1997 | Landscape Nursery<br>Drug Store, Auto Repair & Maintenance |
| State Project No.: 57040-2582<br>Okaloosa County | 1997 | Restaurant & Lounge, Fast Food Franchise |
| State Project No.: 57040-2579<br>Okaloosa County | 1997 | Hardware Store, Fast Food, Lube Service Center, Tire Store |

**District Four:**
| | | |
|---|---|---|
| State Project No.: 93210-2524<br>Palm Beach County | 1998 | Landscaping Service |
| State Project No.: 80015-2510<br>Broward County | 1997-1998 | Music Lessons and Instrument Sales, Deli and Cafe,<br>Veterinary Clinic, Ice Cream Shop, Card & Gift Shop,<br>Franchise Restaurant |

J.D. GILBERT & COMPANY

| State Project No. | Year | Description |
|---|---|---|
| State Project No.: 93210-2525<br>Palm Beach County | 1997 | Vegetable Farm and Packing House |
| State Project No.: 93210-2515<br>Palm Beach | 1997 | Sprinkler Company |
| State Project No.: 93020-2549<br>Palm Beach | 1997 | D.V.M. |
| State Project No.: 93210-2525<br>Palm Beach | 1997 | Farm |
| State Project No.: 86100-2546<br>Broward County | 1996 | Service Station, Educational Supplies, Auto Supply, Shoe Store, Drug Store, Motor Home Sales |
| State Project No.: 93050-2518<br>Palm Beach County | 1996 | Attorney |
| State Project No.: 86100-2576<br>Broward County | 1995-1997 | Convenience Store, Auto Parts, Motor Home Sales, Printer, Radiator Service, School, Gas Stations, Restaurants |
| State Project No.: 86015-2506<br>Broward County | 1995-1998 | See Below<br>Pension Consultants, Insurance Agency, Electrical Design Consultants, Computer Consulting, Property Management, Tire Store, Food Brokers, Auto Parts & Service, Hair and Nail Salon, Senior Day Care Center, Yacht Service, Jewelry Design, Motor Home Sales, Engineers, Soil Testing, Realtor, Sod Company, Citrus Grove, Physician, Restaurants, Shoe Repairs, Hardware Store, Law Firm, Real Estate Sales |
| State Project No.: 86100-2508<br>Broward County | 1995-1996 | See Below<br>Mobile Home Sales, Window Tinting, Restaurants, Locksmith, Retail Clothing Store, Florist, Insurance Agencies, Coin Laundry, Car Dealer, Printer, Electric Motor Repair, Pawn Shop, Jewelers |
| State Project No.: 86120-2508<br>Broward County | 1994 | Plant Nursery |
| State Project No.: 86170-2508<br>Broward County | 1993 | See below<br>Dry Cleaners, Radiator Repair Shops, Paint & Body Shop Auto Paint Store, Used Car Sales, Mirror & Glass Sales, Metal Plating Shop, Motorcycle Supplies, Auto Service & Repair, Tire & Battery Sales, Furniture Sales, Pool Supplies, Roofing Contractor, Beauty Salons/Barber Shops, Thrift Shop, Restaurants, Medical Clinic, Photo Studio, Insurance Agencies, TV Repair, Bar & Liquor Stores, Auto Parts, Thrift Shops, Pawn Brokers, Check Cashing Store, Service Station, Florist, Dentist, Appliance Repairs, Funeral Home, Grocers/Markets, Nursery School, Bait & Tackle Shop |
| State Project No.: 93280-2507<br>Palm Beach County | 1988-1992 | See Below<br>Truck & Trailer Rental, Restaurants, Plumbing Supply, Tire Sales, Auto Repair & Service, Optometrist, Appliance Sales, Bank, Grocery Store, Service Stations, Used Car Sales, Savings & Loan, Shoe Store, Ice Cream Shop, Formal Wear Rental, Picture, Framing, Insurance Agency |
| State Project No.: 93280-2510<br>Palm Beach County | 1991-1992 | Car Rental, Restaurants, Service Station, Insurance Agency, Rare Coin Sales, Dry Cleaner, Auto Parts & Salvage Yard |

J.D. GILBERT & COMPANY

| | | |
|---|---|---|
| State Project No.: 80070-2482 Broward County | 1992 | Service Station |
| State Project No.: 86040-2544 Broward County | 1992 | Service Station |
| State Project No.: 86018-2502 Broward County | 1992 | Service Station |
| State Project No.: 89010-2548 Martin County | 1992 | Restaurant |
| State Project No.: 86170-2507 Broward County | 1988-1990 | Restaurant, Auto Service & Repair, Tire Sales, Building Materials & Supplies |
| State Project No.: 86130-2512 Broward County | 1986 | Dry Cleaner |

**Other Business Valuations:**

| | |
|---|---|
| Artisan Antiques, Inc. (Gift Tax) | 1999 |
| Anatmal, Inc. d/b/a Old House (S Election, Dissolution of Marriage) Restaurant | 1989, 1998 |
| Captain Chris, Inc. d/b/a Crab Pot (Dissolution of Marriage) Restaurant | 1998 |
| R.L. Schreiber, Inc. (S Election, Gift Tax & Estate) Manufacturing & Food Processing | 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1999 |
| LRK Enterprises & 11 affiliated companies (Estate Tax) (Timeshare & Development) | 1995 |
| GSZ Properties Corp. Real Estate Management and Warehouse (Estate) | 1994 |
| R&D Advertising, Inc. Advertising (Estate) | 1994 |
| Merritt Boat & Engine Works, Inc. (Gift Tax) Boat Manufacturing, Marine Repair | 1992 |
| Unique Restaurant Concepts III d/b/a Maxaluna Tuscan Grill (S Election) Restaurant | 1991 |
| B&H Fine Foods II, Inc. d/b/a Howard's Market & Deli (Dissolution of Marriage) Grocery Store | 1991 |
| Aztec Restaurant Corporation d/b/a Cielito Lindo (S Election) Restaurant | 1990 |
| Havana Restaurant Corporation d/b/a Cielito Lindo Dos (S Election) Restaurant | 1990 |

6

J.D. GILBERT & COMPANY

*Domestic Relations (Divorce - Property Settlements):*
*Certified Family Court Mediator - June 13, 1991*
(All cases, Circuit Courts, 15th, 17th, and 19th Judicial Circuit)

| Case | Type | Year | Industry |
|---|---|---|---|
| Fisher v. Fisher | Valuation | 2000 | Vitamin Distributor |
| Zann v. Zann | | 1999 | Orthopedic Surgeon |
| Hall v. Hall | | 1999 | Equipment Wholesaler |
| Koenke v. Koenke | | 1999 | Roofer |
| Smith v. Smith | | 1999 | Executive |
| Cordero v. Cordero | Valuation | 1999 | Restaurateur |
| Troast v. Troast | Valuation | 1999 | CPA |
| Ferlanti v. Ferlanti | | 1999 | Private Investigator |
| Hunt v. Hunt | Valuation | 1999 | Boat Dealership |
| Sarkell v. Sarkell | | 1998 | Cultured Marble Products Manuf. |
| Schwartz v. Schwartz | Valuation | 1998 | Attorney |
| Barad v. Barad | | 1998 | Clothing Company/Cigars |
| Kissane v. Kissane | Valuation | 1998 | Compressor Parts Distributor |
| Schroeder v. Schroeder | | 1998 | Construction Contractor |
| Martinez v. Martinez | Valuation | 1998 | Jet Ski Dealership |
| Ross v. Rudolph | | 1998 | Broadcast Executive |
| Bucher v. Bucher | Valuation | 1998 | International Ceiling Fan Distributor |
| Barnes v. Barnes | | 1997 | Attorney |
| Banks v. Banks | | 1997 | International Real Estate Developer |
| Kohler v. Kohler | Valuation | 1997 | Pool Service |
| Saka v. Saka | Valuation | 1997 | Electronics Stores |
| Dettman v. Dettman | Valuation | 1997 | Temporary Personnel Franchising |
| Fisher v. Fisher | Valuation | 1997 | Insurance Agency |
| Oakes v. Oakes | Valuation | 1997 | Lawn Service |
| Kelly v. Kelly | Valuation | 1997 | Automobile Dealership |
| Balistreri v. Balistreri | Valuation | 1997 | Real Estate Brokerage |
| Naylor v. Naylor | | 1996 | Yacht Broker |
| Briskman v. Briskman | | 1996 | Investments |
| Stadler v. Stadler | | 1996 | Auto Import |
| Rose v. Rose | Valuation | 1996 | Appraiser |
| DeVincent v. DeVincent | Valuation | 1996 | Bowling |
| Bernhang v. Bernhang | | 1996 | Physician |
| Regis v. Regis | | 1996 | Antique Dealer/Lessor |
| Thorogood v. Thorogood | Valuation | 1995 | Electrical Supply |
| Tepper v. Tepper | Valuation | 1995 | Optometrist |
| Gillman v. Gillman | Valuation | 1994 | CPA & Medical Supply |
| Dombeck v. Dombeck | Valuation | 1994 | Insurance |
| Drago v. Drago | | 1994 | Auto Service |
| Rogero v. Rogero | | 1994 | Auto Service |
| Bryntessen v. Bryntessen | | 1994 | Engineer |
| Miranda v. Miranda | Valuation | 1993 | Tire Sales |
| Cohen v. Cohen | | 1993 | Importer |
| Rosenthal v. Rosenthal | Valuation | 1993 | CPA |
| Turner v. Turner | Valuation | 1993 | Pest Control |

*Bankruptcy:*

Schreiber v. Ronald E. Selby
 U.S. Bankruptcy Court, Southend District of Florida        1994

K:\DATA\DONNA\WP-RESUMES\JDG.WPD
05/01/00

# Joseph B. Wiley

*Florida:*
2510 Sun Cove Lane
North Palm Beach, FL 33410-5245
Telephone (561) 691-8024
Fax (561) 691-8012

*Hawaii:*
P. O. Box 1297
Haiku, HI 96708
Telephone (808) 891-1735
Fax (561) 691-8012

e-mail: joewiley@expertaviation.com
www.expertaviation.com

---

## ☆ CURRICULUM VITAE ☆

**Expertise:**  Expert Testimony in the fields of Pilotage and Aircraft Accident Reconstruction

**Education:**
Palm Beach Community College (1959-1961)
American Institute of Aeronautics (1967)
Burnside-Ott Aviation Training Center (LearJet, 1970)
University of Georgia (Airline Transport Pilot, 1973)
Florida Atlantic University (Legal Assistant, 1977)
University of Southern California (Aircraft Accident Investigation, 1980 and 1983)

**FAA Licenses:**
Airline Transport Pilot (number 1771509)
Airplane Single and Multi Engine Land
(Currently working on Certification of Airplane Single and Multi Engine Sea)
Helicopter/Rotorcraft
LearJet
CFI

**FAA Medical:**  2nd Class (January 2000)

**Flight Hours:**
8300 Fixed Wing
7900 Rotor Wing

**Professional Associations:**
International Society of Air Safety Investigators
National Association of Legal Investigators
Lawyer-Pilots Bar Association

**Military:**
U. S. Army (1961-1964)
82nd Airborne Division
504 Parachute Infantry Battalion
82nd Aviation Battalion
TDY-11th Air Assault (Vietnam)

*Aviation Experience:* Rated in 1957 as a Pilot and now have over 43 years of flying experience consisting of Corporate, Domestic Air Carrier, Aerial Application, Experimental Test and Military.
Extensive knowledge and experience throughout North, Central, South America and the Caribbean, Hawaii and the Western Pacific.

*Qualifications:* Qualified as a Pilot and Reconstruction Expert in both State and Federal Courts throughout the United States as well as some countries in Latin America.

*Languages:* English and Spanish

## *History of Flight Experience:*

| | |
|---|---|
| 1956-1958 | 1st solo Taylorcraft.<br>Also flew Stinson Voyager, C172, C140. |
| 1958-1961 | Private Pilot - also flew C180, C182, co-pilot Twin Beechcraft and DC3. |
| 1961-1964 | U. S. Army (82nd Airborne, 82nd Aviation Battalion, 11th Air Assault), flew Bell UH1, Bell H13, Hiller H23, H19, H34, Grumman OV1, Cessna L19, DeHavilland L20. |
| 1964-1966 | Private Flying - C172, C182, C210. |
| 1966 | Commercial Pilot, Multi Engine, CFl, Rotorcraft/Helicopter.<br>Employed by National Airlines as First Officer (B727-200).<br>Employed by American Institute of Aeronautics as ground and flight instructor.<br>Began certification for Sea Plane Rating using Grumman G44 Widgeon |
| 1967-1968 | Furloughed from National Airlines, employed by Baggett Dusting Service, flew aerial crop spraying using Bell 47G4 and Stearman, in Florida, Virginia, and North Carolina. Flew charter for St. Lucie Skyways (Stuart, FL) in off-season, as well as freelance instruction in C150, C172, C182, C210, C310, C337, Piper Colt, Piper Arrow, Bell 47G4A, Brantley 305. |
| 1968-1970 | Chief pilot for Gulf & Western Americas Corporation (Dominican Republic), flew Bell 47G4A, Bell 206A, Beechcraft Queen Air, Falcon 20F (co-pilot), LearJet 25 (captain). Obtained LearJet type rating. |
| 1970-1971 | Flew Lockheed 1049G Constellation (co-pilot) in Latin America for Clements Aviation, flying produce to the United States.<br>Formed ATCO (Stuart Aero) in Stuart, FL utilizing Piper Aztec, Tri-gear Twin Beechcraft, Hughes 300, LearJet 24 and 25.<br>Chief pilot for ATCO (World Aviation) utilizing LearJet 24 and 25. |
| 1971-1977 | Pilot for Jack Nicklaus/Kassuba Development Corporation, flew Bell 206B, LearJet 24 and 25, Beechcraft Baron, C401, C402, C421, Grumman Gulfstream. |
| 1977-1981 | Investigator for Cone, Wagner, Nugent & Johnson, PA, specializing in aviation accident reconstruction. Personal flying. |

1981-present    Formed aviation safety/consulting firm (Aviation Research & Consultants), furnishing law firms and insurance companies with accident reconstruction and pilot responsibilities, investigation and expert testimony.

Areas of business include North/Central/South America, Caribbean, Europe, Hawaii and the Western Pacific.

Perform experimental test flights in wide range of fixed and rotor craft in order to determine cause of crashes.

In addition to the above-mentioned aircraft, extensive flight experience was obtained in the following:

| | |
|---|---|
| Piper Aerostar | Convair 240, 440 |
| Cessna Citation II | Aerospatiale A-Star AS 350 |
| Beechcraft King Air 90, 100, 200 | Robinson R22 |
| Cessna 414, 411 | Piper Navajo PA-31 |
| Aerospatiale Twin Star AS 355 | Bell 222B |
| Sikorsky S76 | Aerospatiale Gazelle SA 341 |

*Other*:    Currently working on certification in Hang Gliding.

*Fee Schedule*:    Hourly rate - $125.00 per hour for time spent in consultation, examination of wreckage/accident scene and review of documents, traveling in the field, testifying, depositions and correspondence, etc. Travel costs are in addition to hourly costs. Statements are sent out on the 1st and 15th of each month. All payments are due thirty days from receipt of statement.

** **A cost retainer of $2000, as well as a letter of retention, is required prior to beginning work on case. This retainer is non refundable; however, all charges will be deducted from this amount until the retainer is exhausted.**

The following are available upon request:    List of references
History of testimony
List of accidents on which I have worked since 1981