UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR. : CASE NO. 00-6070-Ferguson/Snow
L.T. Case No. 99-021746-11

Plaintiff, :

vs. :

AMERIJET INTERNATIONAL. INC.. :

Defendant. :
_____/

## PLAINTIFF
## PATRICK SCOTT MAJOR's,
## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO DEPOSE EXPERTS

Plaintiff. Patrick Scott Major. requests an extension of time within which the parties may depose each others' expert witnesses, and would state as follows:

1. Pursuant to the Court's Order Setting Trial Date and Discovery Schedule (dated March 31, 2000), expert witnesses are to be deposed within two weeks of their disclosure. Presently, plaintiff is to disclose his experts on September 25, 2000, and defendant is to disclosure their experts on October 9, 2000.

2. An enlargement of time to and including November 20. 2000, is needed to schedule and take the deposition of experts (both plaintiff's and defendant's) due to time demands and trial conflicts of the undersigned counsel. Undersigned counsel has just completed two trials which began September 5, 2000. and ended September 20, 2000. Trial of another matter is scheduled to begin before this Court (Durall v. BellSouth Communications, 98-7200-CIV-Ferguson) October 2. 2000, and she is presently No. 4 on a trial docket which is scheduled



CASE NO. 00-6070-Ferguson/Snow

to conclude September 29, 2000 (the status of which is unknown at this time). In addition, undersigned counsel is scheduled to be out of the country on vacation beginning October 9 and concluding October 17, 2000. (A notice of unavailability regarding the vacation has previously been filed with this Court.)

3. Trial of this matter is not scheduled to take place until January 16, 2001, and as such the extension of time requested will not prejudice the parties. The depositions would be concluded approximately two months prior to the start of trial.

## MEMORANDUM OF LAW

Rule 6(b), Federal Rules of Civil Procedure, permits the Court to enlarge, upon good cause shown, the period of time within which any act must be done. Here, good cause exists in that the undersigned counsel, Valerie Shea, has been in trial, or may be in trial, or will be in trial on various matters which began on September 5, 2000, and will not conclude until October 6, 2000. In addition, she is scheduled to be out of the office from October 9 through October 17, 2000, on vacation.

## CERTIFICATE OF COUNSEL

The undersigned is authorized to represent that counsel for defendant, Stephen Santiago, Esquire, has been contacted and has no opposition to the relief requested and has agreed to the extension of time to November 20, 2000.

CASE NO. 00-6070-Ferguson/Snow

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 27th day of September, 2000.

        HEINRICH GORDON HARGROVE
        WEIHE & JAMES, P.A.
        Attorneys for Plaintiff
        500 East Broward Boulevard, Suite 1000
        Fort Lauderdale, Florida 33394
        Telephone:  954-527-2800
        Facsimile:  954-524-9481

By: _____
        VALERIE SHEA
        Florida Bar No. 436800

vjr-G:\LAW\81975\002\Pleadings\m-extension002.doc