UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR, : CASE NO. 00-6070-Ferguson/Snow
L.T. Case No. 99-021746-11

    Plaintiff, :

vs. :

AMERIJET INTERNATIONAL, INC., :

    Defendant. :
_____/

### PLAINTIFF, PATRICK SCOTT MAJOR's, NOTICE OF SERVING SECOND SET OF INTERROGATORIES TO DEFENDANT

The plaintiff, Patrick Scott Major, by and through his undersigned attorney gives notice of serving his second set of interrogatories on the defendant, Amerijet International Inc., to be answered under oath or objected to in accordance with Rule 33, Rules of Civil Procedure

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 27th day of September, 2000.

                              HEINRICH GORDON HARGROVE
                              WEIHE & JAMES, P.A.
                              Attorneys for Plaintiff
                              500 East Broward Boulevard, Suite 1000
                              Fort Lauderdale, Florida 33394
                              Telephone: 954-527-2800
                              Facsimile: 954-524-9481

                              By: *[signature]*
                                  VALERIE SHEA
                                  Florida Bar No. 436800