UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,              :     CASE NO. 00-6070-Ferguson/Snow
                                                L.T. Case No. 99-021746-11
    Plaintiff,                          :

vs.                                           :

AMERIJET INTERNATIONAL, INC.,     :

    Defendant.                       :
_____/

### PLAINTIFF, PATRICK S. MAJOR'S SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESS

Plaintiff, PATRICK SCOTT MAJOR, hereby discloses the following supplemental expert witness to be called by Plaintiffs in the above-captioned litigation:

Jose Pagan
1501 SE 15th Street
Ft. Lauderdale, Florida 33316

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 25th day of September, 2000.

                      HEINRICH GORDON HARGROVE
                      WEIHE & JAMES, P.A.
                      Attorneys for Plaintiff
                      500 East Broward Boulevard, Suite 1000
                      Fort Lauderdale, Florida 33394
                      Telephone:    954-527-2800
                      Facsimile:     954-524-9481


By: _VALERIE SHEA_
    VALERIE SHEA
    Florida Bar No. 436800

[Stamp: NIGHT BOX FILED OCT 6 2000 CLARENCE MADDOX CLERK, USDC / SDFL / FTL]