UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendants.

_____/

CASE NO.: 00-6070-CIV-FERGUSON
Magistrate Judge Snow

NIGHT BOX
FILED
OCT 1 0 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### DEFENDANT'S MOTION FOR EXTENSION TO FILE WITNESS AND EXPERT WITNESS LIST

COMES NOW Defendant, AMERIJET INTERNATIONAL INC., (hereinafter "Defendant"), by and through its undersigned counsel, hereby files this Motion for a Two (2) Day Extension of Time to serve its Witness and Expert Witness list and in support thereof states as follows:

1. Pursuant to the Courts Order Setting Trial Date and Discovery Schedule (dated March 31, 2000) the parties were to exchange witness lists on October 9, 2000 (a legal holiday).

2. On September 11, 2000, the Plaintiff filed an Unopposed Motion for an extension of time to file the expert witness lists, which was originally scheduled to be exchanged on September 11, 2000 for the Plaintiff and on September 29, 2000 for the Defendant.

3. On September 27, 2000, Plaintiff filed an Unopposed Motion for an extension of time to complete expert witness discovery up to an including November 20, 2000.

4. Defendant has been diligently working on obtaining the resumes of its experts but has been delayed due to the unavailability of one of its experts.



75254_1

5. A number of the witnesses in this case are no longer working for the Defendant. Defendant has been diligently trying to obtain "good" addresses and phone numbers not just the last known addresses of these witnesses so that its witness list is accurate.

6. On August 2, 2000, Plaintiff's counsel, Valerie Shea, filed a notice of unavailability for the period of October 9, 2000 to October 16, 2000. As a result the undersigned does not have the ability to contact Ms. Shea to ascertain her position on this motion.

7. The short two (2) day extension will not prejudice either party to this action or interfere with the trial of this matter.

WHEREFORE, Defendant respectfully request that this honorable Court grant its Motion for an extension of time to serves its witness and expert witness lists.

Respectfully submitted,

Susan Potter Norton
Florida Bar No. 0201847
Stephen P. Santiago
Florida Bar No. 0964425

ALLEN, NORTON & BLUE, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail, on this _10_ day of October 2000, upon:

Ms. Valerie Shea, Esq.
HEINRICH GORDON HARGROVE
 WEIHE & JAMES
500 East Broward Boulevard, Suite 1000
Ft. Lauderdale, Florida 33394

_____
Attorney

75254_1