UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| PATRICK SCOTT MAJOR, | : | CASE NO. 00-6070-Ferguson/Snow |
| | | L.T. Case No. 99-021746-11 |
| Plaintiff, | : | |
| vs. | : | **NIGHT BOX** |
| | | **FILED** |
| AMERIJET INTERNATIONAL, INC., | : | OCT 11 2000 |
| Defendant. | : | |
| _____/ | | CLARENCE MADDOX |
| | | CLERK, USDC / SDFL / FTL |

### PLAINTIFF'S NOTICE OF FILING WITNESS LIST

COMES NOW the Defendant, PATRICK SCOTT MAJOR, by and through his undersigned counsel and in accordance with this Court's Order Setting Trial Date and Discovery Schedule, dated March 31, 2000, discloses the following witnesses Defendant intends to call at trial in this action.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 9TH day of October, 2000.

        HEINRICH GORDON HARGROVE
        WEIHE & JAMES, P.A.
        Attorneys for Plaintiff
        500 East Broward Boulevard, Suite 1000
        Fort Lauderdale, Florida 33394
        Telephone:  954-527-2800
        Facsimile:  954-524-9481

By: _____
       VALERIE SHEA
       Florida Bar No. 436800

<u>EXHIBIT A</u>

<u>PLAINTIFF'S WITNESS LIST</u>

1. Plaintiff.

2. All parties in this action.

3. Records Custodian
   Amerijet International, Inc.
   498 SW 34th Street
   Ft. Lauderdale, Florida  33315

4. Paul Anderson
   Amerijet International, Inc.
   498 SW 34th Street
   Ft. Lauderdale, Florida  33315

5. Dave Bassett
   Amerijet International, Inc.
   498 SW 34th Street
   Ft. Lauderdale, Florida  33315

6. James Battillo
   Amerijet International, Inc.
   498 SW 34th Street
   Ft. Lauderdale, Florida  33315

7. Tom Bell
   Amerijet International, Inc.
   498 SW 34th Street
   Ft. Lauderdale, Florida  33315

8. Doug Benson
   Amerijet International, Inc.
   498 SW 34th Street
   Ft. Lauderdale, Florida  33315

9. Bill Cline
   Address unknown

10. Ed Cook
    771 Southwest 148th Avenue
    Apartment 1306
    Davie, FL  33324

11. Tracy Dickenson
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

12. Marvin C. Frazier, Mediator
    EEOC
    One Biscayne Tower, Suite 2700
    2 South Biscayne Boulevard
    Miami, FL  33130

13. James D. Gilbert, CPA, ABV        (EXPERT)
    J. D. Gilbert & Company
    600 West Hillsboro Boulevard, Suite 510
    Deerfield Beach, FL  33441

14. Tim Green
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

15. Derry Huff
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

16. Al Jorsey
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

17. James Kirk
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

18. Ray Limas
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

19. Pat McManus
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

20. Ray Meunier
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

21. David Mitchell
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

22. John Moktadier
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

23. Juan Morales
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

24. Jeff Novak
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

25. Jose Pagan
    Address unknown

26. Mike Pelly
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

27. Wayne Penny
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

28. Pam Rollins
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

29. Ron Rooks
    Amerijet International, Inc.

       498 SW 34th Street
       Ft. Lauderdale, Florida 33315

30. Mr. John C. Roseborough
    Principal Operations Inspector
    FAA Flight Standards District Office 17
    Fort Lauderdale Jet Center
    1050 Lee Wagener Blvd., Suite 201
    Fort Lauderdale, FL 33315

31. Sandy Sosniak
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida 33315

32. Brian Steele
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida 33315

33. Pete Steele
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida 33315

34. John Washington
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida 33315

35. Mr. Joseph B. Wiley    (EXPERT)
    2510 Sun Cove Lane
    North Palm Beach, FL 33410-5245

36. Any and all witnesses listed by any party without waiving any objections thereto.

37. All persons deposed in this action.

38. All persons listed and named in answers to interrogatories filed by any party.

39. Any and all witnesses listed/named in depositions in the case.

40. Impeachment and rebuttal witnesses as necessary.

41. Defendant reserves the right to supplement this witness list with later discovered witnesses with proper notice to defendants including, but not limited to, expert witnesses.