CASE NO. 00-6070-Ferguson/Snow

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,              :       CASE NO. 00-6070-Ferguson/Snow
                                                  L.T. Case No. 99-021746-11
    Plaintiff,                    :

vs.                                               :

AMERIJET INTERNATIONAL, INC.,     :

    Defendant.                    :
_____/

## PLAINTIFF'S
## NOTICE OF TAKING DEPOSITION

YOU, as attorneys for the defendant, are hereby notified that the plaintiff in the above-styled cause will take the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both, of:

**WITNESS:**      **Sandy Sosniak**

**DATE & TIME:**  Friday, October 27, 2000 – 3:00 p.m.

**LOCATION:**     Offices of Heinrich, Gordon, Hargrove, Weihe & James
                 500 East Broward Boulevard, Suite 1000
                 Fort Lauderdale, FL  33394

The deponent is to have with him those items designated on the attached Subpoena Duces Tecum for Deposition.

This deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is not financially interested in this action and is neither a relative, nor employee of the attorney.



CASE NO. 00-6070-Ferguson/Snow

The deposition will be taken pursuant to the Florida Rules of Civil Procedure. The oral examination will continue from hour to hour and from day to day until completed.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 13th day of October, 2000.

> HEINRICH GORDON HARGROVE
> WEIHE & JAMES, P.A.
> Attorneys for Plaintiff
> 500 East Broward Boulevard, Suite 1000
> Fort Lauderdale, Florida 33394
> Telephone:    954-527-2800
> Facsimile:    954-524-9481
>
> By: _____
> VALERIE SHEA
> Florida Bar No. 436800