CASE No. 00-6070-Ferguson/Snow

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR, : CASE NO. 00-6070-Ferguson/Snow
L.T. Case No. 99-021746-11
    Plaintiff, :

vs. :

AMERIJET INTERNATIONAL, INC., :

    Defendant. :
_____/

### PLAINTIFF'S
### NOTICE OF TAKING DEPOSITION

YOU, as attorneys for the defendant, are hereby notified that the plaintiff in the above-styled cause will take the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both, of:

| | |
|---|---|
| **WITNESS:** | **Derry Huff – Individually and as Corporate Representative** |
| **DATE & TIME:** | Tuesday, October 24, 2000 – 10:00 a.m. |
| **LOCATION:** | Offices of Heinrich, Gordon, Hargrove, Weihe & James<br>500 East Broward Boulevard, Suite 1000<br>Fort Lauderdale, FL 33394 |

The deponent is to have with him those items designated on the attached Subpoena Duces Tecum for Deposition.

This deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is not financially interested in this action and is neither a relative, nor employee of the attorney.



CASE NO. 00-6070-Ferguson/Snow

The deposition will be taken pursuant to the Florida Rules of Civil Procedure. The oral examination will continue from hour to hour and from day to day until completed.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 13th day of October, 2000.

                                    HEINRICH GORDON HARGROVE  
                                    WEIHE & JAMES, P.A.  
                                    Attorneys for Plaintiff  
                                    500 East Broward Boulevard, Suite 1000  
                                    Fort Lauderdale, Florida 33394  
                                    Telephone:   954-527-2800  
                                    Facsimile:    954-524-9481

By: _____  
        VALERIE SHEA  
        Florida Bar No. 436800