UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OCT 2 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

PATRICK SCOTT MAJOR, : CASE NO. 00-6070-Ferguson/Snow
 L.T. Case No. 99-021746-11
    Plaintiff, :

vs. :

AMERIJET INTERNATIONAL, INC., :

    Defendant. :
_____/

## PLAINTIFF'S NOTICE OF CONFLICT

Plaintiff, Patrick Scott Major, gives notice that the undersigned attorney is attorney of record for one or more of the parties in the below listed cases which are set for trial during the same time period as the above-captioned matter, namely the two week trial period commencing January 16, 2001, and ending January 26, 2001:

> 01/08/01 – 2 week trial calendar ending 01/19/01
> Michaels v. Amerijet International, Inc.
> 11th Judicial Circuit – Dade County Circuit Court
> Judge Bernard Shapiro – Case No. 99-23595-CA-01

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 23rd day of October, 2000.

> HEINRICH GORDON HARGROVE
> WEIHE & JAMES, P.A.
> Attorneys for Plaintiff
> 500 East Broward Boulevard, Suite 1000
> Fort Lauderdale, Florida 33394
> Telephone: 954-527-2800
> Facsimile: 954-524-9481
>
> By: _____
> VALERIE SHEA
> Florida Bar No. 436800