.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,   :   CASE NO. 00-6070-Ferguson/Snow
                             L.T. Case No. 99-021746-11
    Plaintiff,   :

vs.   :

AMERIJET INTERNATIONAL, INC.,   :

    Defendant.   :
_____/

## PLAINTIFF, PATRICK SCOTT MAJOR's, UNOPPOSED MOTION FOR ENLARGEMENT OF CERTAIN PRETRIAL DEADLINES

Plaintiff, Patrick Scott Major, requests an enlargement of certain pretrial deadlines, specifically to allow the parties to depose each others' expert witnesses and fact witnesses, and file any dispositive motions, and states:

1. The case is on the trial docket for January 2001. Pursuant to the Court's Order Setting Trial Date and Discovery Schedule (dated March 31, 2000), discovery must be completed by November 6, 2000, and dispositive motions are to be served by November 20, 2000.

2. Although the plaintiff has been diligent in preparing his case, due to scheduling problems, he has been unable to obtain the depositions of defendant's current and past employees with knowledge of this matter and the defendant's expert witnesses.

3. On several occasions, due to time demands and trial conflicts of the undersigned counsel, as well as the plaintiff's schedule, depositions of the defendant's current and past employees have been canceled. Moreover, several fact witnesses are no longer employed by the defendant, Amerijet, and although subpoenaed, have requested that their depositions be



CASE NO. 00-6070-Ferguson/Snow

rescheduled due to scheduling conflicts. Plaintiff has started a new job and has had rigorous training demands and an uncertain schedule. Plaintiff would like to attend depositions. It is estimated that there are 15-20 to be taken.

4. An enlargement of time to and including December 1, 2000, is needed to schedule and take the depositions of defendant's current and past employees, as well as both plaintiff's and defendant's experts.

5. Also, the pretrial order did not provide for the exchange of expert reports. Plaintiff respectfully requests that the Court order such reports to be exchanged 48 hours in advance of their scheduled depositions.

6. Trial of this matter is scheduled for the docket commencing January 16, 2001. The pretrial conference is set for December 11, 2000. This motion would supersede plaintiff's pending motion, served September 27, 2000 (to enlarge the time for depositions of experts to November 20, 2000); and asks to enlarge the discovery period for all purposes until December 8, 2000.

WHEREFORE, the plaintiff respectfully requests this Court to enter an Order enlarging the deadlines for depositions of fact and expert witnesses until December 1, 2000, and the filing of dispositive motions until December 8, 2000. Additionally, plaintiff requests that the Court order the exchange of expert witness reports 48 hours in advance of their depositions.

## **MEMORANDUM OF LAW**

Rule 6(b), Federal Rules of Civil Procedure, permits the Court to enlarge, upon good cause shown, the period of time within which any act must be done. Good cause exists in that plaintiff and his counsel have had extraordinary schedule demands which have made scheduling

CASE NO. 00-6070-Ferguson/Snow

depositions difficult. Moreover, deponents who have been subpoenaed for deposition have requested that their depositions be rescheduled due to conflicts. Granting the relief requested is necessary to allow the parties to properly prepare their cases.

### CERTIFICATE OF COUNSEL

The undersigned is authorized to represent that counsel for defendant, Susan Norton, Esquire, has been contacted and has no opposition to the relief requested and has agreed to the enlargement of time.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant. Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 27th day of October, 2000.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Telephone:    954-527-2800
Facsimile:    954-524-9481

By: _____
VALERIE SHEA
Florida Bar No. 436800

vjr-G:\LAW\81975\002\Pleadings\m-enlargement001.doc

3