FILED
NOV 6 2000

CLERK, USDC / SDFL / FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR, : CASE NO. 00-6070-Ferguson/Snow
 L.T. Case No. 99-021746-11
    Plaintiff. :

vs. :

AMERIJET INTERNATIONAL, INC., :

    Defendant. :
_____/

## PLAINTIFF'S
## RE-NOTICE OF DEPOSITION

YOU, as attorneys for the defendant, are hereby notified that the plaintiff in the above-styled cause will take the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both, of:

| | |
|---|---|
| **WITNESS:** | **Representative of Amerijet International, Inc.**<br>Rule 30(b)(6), Fed. R. Civ. P.* |
| **DATE & TIME:** | 9:00 a.m., Wednesday, November 8, 2000 |
| **LOCATION:** | Amerijet International, Inc.<br>498 Southwest 34th Street<br>Fort Lauderdale, FL  33315 |

*Person with the most knowledge of the following subjects:

(1)    The decision to terminate Patrick Major's employment with Amerijet.

(2)    Any and all steps taken by Amerijet subsequent to, and as a result of, the June 8, 1999, incident as alleged in plaintiff's complaint.

(3)    Any and all steps taken by Amerijet subsequent to, and as a result of, the August 17, 1999, incident as alleged in plaintiff's complaint.

(4)    Any and all corrective action taken by Amerijet in response to the August 17, 1999, incident as alleged in the complaint.



(5) The FAA investigation, and any associated penalties, of the August 17, 1999, incident, as it relates to Amerijet or any of the pilots individually.

(6) Plaintiff's February 1999 EEOC charge, including the identity of everyone at Amerijet who was aware of the charge and any response to it.

(7) Any and all criteria for hiring and/or promotion to the position of captain of Amerijet in effect between the calendar years 1996 and 1999.

This deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is not financially interested in this action and is neither a relative, nor employee of the attorney.

The deposition will be taken pursuant to the Florida Rules of Civil Procedure. The oral examination will continue from hour to hour and from day to day until completed.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail and facsimile to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 6th day of November, 2000.

        HEINRICH GORDON HARGROVE
        WEIHE & JAMES, P.A.
        Attorneys for Plaintiff
        500 East Broward Boulevard, Suite 1000
        Fort Lauderdale, Florida 33394
        Telephone:   954-527-2800
        Facsimile:    954-524-9481

        By: _Valerie Shea_ (signature)
        VALERIE SHEA
        Florida Bar No. 436800

cc:    Downtown Reporting