

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR, : CASE NO. 00-6070-Ferguson/Snow
L.T. Case No. 99-021746-11
    Plaintiff, :

vs. :

AMERIJET INTERNATIONAL, INC., :

    Defendant. :
_____/

## PLAINTIFF'S
## RE-NOTICE OF TAKING DEPOSITION

YOU, as attorneys for the defendant, are hereby notified that the plaintiff in the above-styled cause will take the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both, of:

**WITNESS:**     **Brian Steele**

**DATE & TIME:**     Tuesday, November 14, 2000 – 10:00 a.m.

**LOCATION:**     Amerijet International, Inc.
498 Southwest 34th Street
Fort Lauderdale, FL 33315

The deponent is to have with him those items designated on the attached Subpoena Duces Tecum for Deposition.

This deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is not financially interested in this action and is neither a relative, nor employee of the attorney.



The deposition will be taken pursuant to the Florida Rules of Civil Procedure. The oral examination will continue from hour to hour and from day to day until completed.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**. Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 6th day of November, 2000.

> HEINRICH GORDON HARGROVE
> WEIHE & JAMES, P.A.
> Attorneys for Plaintiff
> 500 East Broward Boulevard, Suite 1000
> Fort Lauderdale, Florida 33394
> Telephone:    954-527-2800
> Facsimile:    954-524-9481
>
> By: _____
> VALERIE SHEA
> Florida Bar No. 436800

cc: Downtown Reporting