UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendants.
_____/

CASE NO.: 00-6070-CIV-FERGUSON
Magistrate Judge Snow

### DEFENDANT'S MOTION TO JOIN PLAINTIFF'S ENLARGEMENT OF CERTAIN PRE-TRIAL DEADLINES

Defendant, AMERIJET INTERNATIONAL, INC., by and through its undersigned counsel hereby joins in Plaintiff's Motion for Enlargement of Certain Pre-trial Deadlines and states as follows:

1. On October 27, 2000, Plaintiff filed his Unopposed Motion for Enlargement of Certain Pre-trial Deadlines.

2. Plaintiff's request included enlarging the time up to and including December 1, 2000, to schedule and take depositions of Defendant's current and past employees as well as both Plaintiff's and Defendant's experts.

3. Plaintiff also requested that the Court order the Expert Reports to be exchanged forty-eight (48) hours in advance of the scheduling of expert depositions.

4. Plaintiff also requested that the filing of dispositive motions be enlarged up to and including December 8, 2000.

5.  The trial of this matter is scheduled for the docket commencing January 16, 2001. The Pre-trial Conference is set for December 11, 2000.

6.  At the time of filing Plaintiff's Motion, Plaintiff contacted Susan Potter Norton, counsel for Defendant, who had no opposition to the Plaintiff's Motion for Enlargement of Time.

WHEREFORE, Defendant respectfully requests that this Court enter an Order enlarging deadlines for depositions of fact and expert witnesses until December 1, 2000, and the filing of dispositive motions until December 8, 2000. Additionally, Defendant requests that the Court order the exchange of Expert Witness Reports forty-eight (48) hours in advance of the expert depositions.

Respectfully submitted,

*[signature]*

Susan Potter Norton
Florida Bar No. 0201847
Stephen P. Santiago
Florida Bar No. 0964425

ALLEN, NORTON & BLUE, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail, on this ___ day of November 2000, upon:

Ms. Valerie Shea, Esq.
HEINRICH GORDON HARGROVE
 WEIHE & JAMES
500 East Broward Boulevard, Suite 1000
Ft. Lauderdale, Florida 33394

_S. P._____
Attorney