UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| PATRICK SCOTT MAJOR, | : | CASE NO. 00-6070-Ferguson/Snow |
| Plaintiff, | : | L.T. Case No. 99-021746-11 |
| vs. | : | |
| AMERIJET INTERNATIONAL, INC., | : | |
| Defendant. | : | |



### PLAINTIFF'S
### NOTICE OF UNAVAILABILITY

Plaintiff, Patrick Scott Major, through undersigned attorneys, give notice of the unavailability of his counsel, Valerie Shea, Esquire, for the period January 10, 2001, through January 16, 2001. Ms. Shea will be attending a bar function out of state in an association in which she is a board member and sponsor and must attend. Counsel would ask that no matters be set during that period of time.

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 9th day of November, 2000.

                                        HEINRICH GORDON HARGROVE
                                        WEIHE & JAMES, P.A.
                                        Attorneys for Plaintiff
                                        500 East Broward Boulevard, Suite 1000
                                        Fort Lauderdale, Florida 33394
                                        Telephone:   954-527-2800
                                        Facsimile:   954-524-9481

                                        By: _____
                                            VALERIE SHEA
                                            Florida Bar No. 436800