UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

PATRICK SCOTT MAJOR

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendants.
_____/

CASE NO.: 00-6070-CIV-FERGUSON
Magistrate Judge Snow

## DEFENDANT'S MOTION REQUESTING AN
## EXTENSION TO FILE ITS MOTION FOR SUMMARY JUDGMENT

Defendant, by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby files its Motion Requesting the Court to Extend the deadline to file dispositive motions if this Court should deny the parties Joint Motion to Continue the Trial in this case and in support thereof states as follows:

1. On November 15, 2000, the parties pursuant to Rule 6(b) of the F.R.Civ.P. and Local Rule 7.6 filed a Joint Motion to Continue the Trial and all discovery and motion deadlines by sixty (60) days.

2. Defendant requests that should this Court deny the parties Joint Motion to Continue the Trial, that it grant the parties ten (10) days from the date of the Court's denial of the Joint Motion to serve dispositive motions, including summary judgment.

3. The parties are currently working together to take the necessary depositions which will be relied upon to support the dispositive motions. The parties anticipate that if the Court denies the Joint Motion to Continue the Trial that the parties will not be in a position to comply

with the Court's previous Order, which required all dispositive motions to be served by November 20, 2000.

4. The request to grant an additional ten (10) days should the Court deny the Joint Motion to Continue the Trial will not prejudice either party to this action or delay the current trial date of January 15, 2001.

5. The undersigned counsel has contacted Plaintiff's counsel, Ms. Valerie Shea, who stated the she was not opposed to this motion.

6. This motion is made in good faith and is served only after considerable efforts were made by both parties to comply with the Court's discovery deadlines.

WHEREFORE, Defendant respectfully requests that in the event this Court denies the parties' Joint Motion to Continue the Trial that it grant Defendant's motion for a ten (10) day extension to serve its dispositive motions in this matter.

Respectfully submitted,

Susan Potter Norton
Florida Bar No. 0201847
Stephen P. Santiago
Florida Bar No. 0964425

ALLEN, NORTON & BLUE, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail, on this 15 day of November 2000, upon:

Ms. Valerie Shea, Esq.
HEINRICH GORDON HARGROVE
 WEIHE & JAMES
500 East Broward Boulevard, Suite 1000
Ft. Lauderdale, Florida 33394

_____
Attorney