FILED by _____ D.C.
DEC 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR, : CASE NO. 00-6070-Ferguson/Snow
L.T. Case No. 99-021746-11
Plaintiff,

vs.

AMERIJET INTERNATIONAL, INC.,

Defendant.



IT IS ORDERED that this Motion is hereby
DISMISSED AS MOOT.
Wilkie D. Ferguson, Jr.
12/6/00
DATE

## PLAINTIFF, PATRICK SCOTT MAJOR's, UNOPPOSED MOTION FOR ENLARGEMENT OF CERTAIN PRETRIAL DEADLINES

Plaintiff, Patrick Scott Major, requests an enlargement of certain pretrial deadlines, specifically to allow the parties to depose each others' expert witnesses and fact witnesses, and file any dispositive motions, and states:

1. The case is on the trial docket for January 2001. Pursuant to the Court's Order Setting Trial Date and Discovery Schedule (dated March 31, 2000), discovery must be completed by November 6, 2000, and dispositive motions are to be served by November 20, 2000.

2. Although the plaintiff has been diligent in preparing his case, due to scheduling problems, he has been unable to obtain the depositions of defendant's current and past employees with knowledge of this matter and the defendant's expert witnesses.

3. On several occasions, due to time demands and trial conflicts of the undersigned counsel, as well as the plaintiff's schedule, depositions of the defendant's current and past employees have been canceled. Moreover, several fact witnesses are no longer employed by the defendant, Amerijet, and although subpoenaed, have requested that their depositions be