

DEC 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendants.
_____/

CASE NO.: 00-6070-CIV-FERGUSON
Magistrate Judge Snow

It is ORDERED that this Motion is here:
GRANTED (NUNC PRO TUNC)
WILKIE D. FERGUSON, JR.
12/6/00
DATE

## DEFENDANT'S MOTION FOR EXTENSION TO FILE WITNESS AND EXPERT WITNESS LIST

COMES NOW Defendant, AMERIJET INTERNATIONAL INC., (hereinafter "Defendant"), by and through its undersigned counsel, hereby files this Motion for a Two (2) Day Extension of Time to serve its Witness and Expert Witness list and in support thereof states as follows:

1. Pursuant to the Courts Order Setting Trial Date and Discovery Schedule (dated March 31, 2000) the parties were to exchange witness lists on October 9, 2000 (a legal holiday).

2. On September 11, 2000, the Plaintiff filed an Unopposed Motion for an extension of time to file the expert witness lists, which was originally scheduled to be exchanged on September 11, 2000 for the Plaintiff and on September 29, 2000 for the Defendant.

3. On September 27, 2000, Plaintiff filed an Unopposed Motion for an extension of time to complete expert witness discovery up to an including November 20, 2000.

4. Defendant has been diligently working on obtaining the resumes of its experts but has been delayed due to the unavailability of one of its experts.

75254_1