

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
DEC 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

PATRICK SCOTT MAJOR,

    Plaintiff,

vs.

AMERIJET INTERNATIONAL, INC.,

    Defendant.

CASE NO. 00-6070-Ferguson/Snow
L.T. Case No. 99-021746-11



It is ORDERED that the said motion is hereby DISMISSED AS MOOT

12/6/00

## PLAINTIFF
## PATRICK SCOTT MAJOR's,
## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO DEPOSE EXPERTS

Plaintiff, Patrick Scott Major, requests an extension of time within which the parties may depose each others' expert witnesses, and would state as follows:

1. Pursuant to the Court's Order Setting Trial Date and Discovery Schedule (dated March 31, 2000), expert witnesses are to be deposed within two weeks of their disclosure. Presently, plaintiff is to disclose his experts on September 25, 2000, and defendant is to disclosure their experts on October 9, 2000.

2. An enlargement of time to and including November 20, 2000, is needed to schedule and take the deposition of experts (both plaintiff's and defendant's) due to time demands and trial conflicts of the undersigned counsel. Undersigned counsel has just completed two trials which began September 5, 2000, and ended September 20, 2000. Trial of another matter is scheduled to begin before this Court (Durall v. BellSouth Communications, 98-7200-CIV-Ferguson) October 2, 2000, and she is presently No. 4 on a trial docket which is scheduled

