


DEC 6 2000
CLARENCE MADDOX
CLE U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

~~DISMISSED~~ GRANTED
(NUNC PRO TUNC)

12/6/00

PATRICK SCOTT MAJOR,  :  CASE NO. 00-6070-Ferguson/Snow
                                          L.T. Case No. 99-021746-11
Plaintiff,  :

vs.

AMERIJET INTERNATIONAL, INC.,  :

Defendant.  :
_____/



### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERTS

Plaintiff, Patrick Scott Major, requests an extension of two weeks to disclose their expert witnesses and to make them available for deposition, and would state as follows:

1. Pursuant to the Court's Order Setting Trial Date and Discovery Schedule (dated March 31, 2000), plaintiff is to furnish opposing counsel by September 11, 2000, a written list containing the names and addresses of all expert witnesses intended to be called at trial.

2. Undersigned counsel, Valerie Shea, has been in a trial since September 5, 2000, before Judge John A. Miller in the 17th Judicial Circuit in and for Broward County, Florida, in Case No. 96-17265 (07), styled Seif v. Frontier Communications International, Inc., and has been unable to prepare a disclosure due to the demands of the trial. A fourteen-day enlargement of time to and including September 25, 2000, is needed to prepare an adequate disclosure and coordinate deposition dates.


