FILED by ___ D.C.

DEC 6 2000

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

PATRICK SCOTT MAJOR

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendants.

_____/

CASE NO.: 00-6070-CIV-FERGUSON
Magistrate Judge Snow



It is Ordered ... that this Motion is hereby
GRANTED
/s/ [signature] Ferguson, Jr.
12/6/00
DATE

## DEFENDANT'S MOTION REQUESTING AN EXTENSION TO FILE ITS MOTION FOR SUMMARY JUDGMENT

    Defendant, by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby files its Motion Requesting the Court to Extend the deadline to file dispositive motions if this Court should deny the parties Joint Motion to Continue the Trial in this case and in support thereof states as follows:

    1.    On November 15, 2000, the parties pursuant to Rule 6(b) of the F.R.Civ.P. and Local Rule 7.6 filed a Joint Motion to Continue the Trial and all discovery and motion deadlines by sixty (60) days.

    2.    Defendant requests that should this Court deny the parties Joint Motion to Continue the Trial, that it grant the parties ten (10) days from the date of the Court's denial of the Joint Motion to serve dispositive motions, including summary judgment.

    3.    The parties are currently working together to take the necessary depositions which will be relied upon to support the dispositive motions. The parties anticipate that if the Court denies the Joint Motion to Continue the Trial that the parties will not be in a position to comply