DEC 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR   CASE NO.: 00-6070-CIV-FERGUSON
Magistrate Judge Snow

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendants.

It is ORDERED that this Motion is hereby GRANTED.

/s/ Wilkie D. Ferguson Jr.
12/6/00
DATE

## DEFENDANT'S MOTION TO JOIN PLAINTIFF'S ENLARGEMENT OF CERTAIN PRE-TRIAL DEADLINES

Defendant, AMERIJET INTERNATIONAL, INC., by and through its undersigned counsel hereby joins in Plaintiff's Motion for Enlargement of Certain Pre-trial Deadlines and states as follows:

1. On October 27, 2000, Plaintiff filed his Unopposed Motion for Enlargement of Certain Pre-trial Deadlines.

2. Plaintiff's request included enlarging the time up to and including December 1, 2000, to schedule and take depositions of Defendant's current and past employees as well as both Plaintiff's and Defendant's experts.

3. Plaintiff also requested that the Court order the Expert Reports to be exchanged forty-eight (48) hours in advance of the scheduling of expert depositions.

4. Plaintiff also requested that the filing of dispositive motions be enlarged up to and including December 8, 2000.

75779_1

ALLEN, NORTON & BLUE, P.A.
PROFESSIONAL ASSOCIATION