UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DEC 13 2000

HONORABLE WILKIE D. FERGUSON, JR.

## CIVIL MINUTES

1. Case No. 00-6070      Date: 12/11/00
2. Style    Major v Amerjet Int'l
3. Plaintiff's Counsel:    Valerie Shea
4. Defendant's Counsel:    Steve Santiago
5. Type of Proceeding:    Pre-Trial Conference
6. Result of hearing:    Motion Granted ☐    Motion Denied ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes    Court will reconsider motion to continue trial

Law Clerk:    Amparo Nisi

Courtroom Deputy:    Troy Walker

Courtroom Reporter:    Paul Haferling