IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL INC.,

    Defendant.

_____/

CASE No. 00-6070-CIV-FERGUSON

Magistrate Judge Snow

## RE-NOTICE OF TAKING VIDEOTAPE DEPOSITION
### (Change of year to 2001 ONLY)

TO:   Ms. Valerie Shea, Esq.
      HEINRICH GORDON HARGROVE
      WEIHE & JAMES, P.A.
      500 East Broward Blvd., Suite 1000
      Ft. Lauderdale, Florida 33394
      Counsel for Plaintiff

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of:

| NAME | DATE AND TIME | LOCATION |
|------|---------------|----------|
| Patrick Major | January 29, 2001<br>10:00 A.M. | Friedman, Lombardi, Olson<br>One East Broward Blvd.<br>Sun Trust Bank Tower, Suite 700<br>Ft. Lauderdale, Florida 33301 |

upon examination for purposes of discovery or use as evidence in this action; or for such other purposes as authorized under applicable statutes and/or rules of court, before a Court Reporter or before some other officer authorized by law to administer oaths, who is not a relative, or employee, or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel, or financially interested in the action, and pursuant to adjournments, if any, by said officer until said testimony shall be completed.

76487_2

ALLEN, NORTON & BLUE, P.A.
PROFESSIONAL ASSOCIATION



This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, by said officer until said testimony shall be completed.

Respectfully submitted,

Susan Potter Norton
Florida Bar No. 0201847
Stephen P. Santiago
Florida Bar No. 0964425

Allen, Norton & Blue, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, Florida 33134
Tel: (305) 445-7801
Fax: (305) 442-1578

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail, on this 2nd day of January, 2001 upon the above addressee.

Attorney

cc:    Friedman, Lombardi & Olson, Court Reporters
Saurian Communications, Inc.

76487_2