**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**



FILED by ___ D.C.
JAN 2 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

PATRICK SCOTT MAJOR,   Case No. 00-6070-CIV-FERGUSON

    Plaintiff,

vs.

AMERIJET INTERNATIONAL, INC.,

    Defendant.

_____/

## NEW SCHEDULING ORDER

The following timetable shall govern the pretrial procedure in this cause. **This schedule shall not be modified absent compelling circumstances.**

January 2, 2001   Plaintiff shall furnish opposing counsel with a written list containing the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify. Within the fourteenth day period following this disclosure, the Plaintiff shall make its experts available for deposition by the Defendant. The experts' depositions may be conducted without further order from the Court.

January 15, 2001   Defendant shall furnish opposing counsel with a written list containing the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify. Within the fourteenth day period following this disclosure, the Defendant shall make its experts available for deposition by the Plaintiff. The experts' depositions may be conducted without further order from the Court.



Page 2
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| January 29, 2001 | Parties shall furnish opposing counsel with a written list containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| February 19, 2001 | **All Discovery must be completed.** |
| March 12, 2001 | All Pretrial Motions, including Motions for Summary Judgment and Memoranda of Law, must be filed. |
| March 26, 2001 | Joint Pretrial Stipulation must be filed. |
| April 2, 2001 | **Pretrial Conference at 3:45 p.m.** Parties should be prepared to address all pending motions. |
| April 30, 2001 | **Calendar Call at 3:45 p.m.** Proposed Jury Instructions or Proposed Findings of Fact and Conclusions of Law and Proposed Verdict Form shall be filed. **The parties are ordered to confer prior to submitting the Proposed Jury Instructions and Proposed Verdict Form** to determine whether they can agree to them prior to their submission to the Court. |
| May 7, 2001 | **Two-Week Trial Period.** A time for your appearance will be given at Calendar Call. |

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 23RD day of January, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Valeri Shea, Esq.
Susan Potter Norton, Esq.