UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAN 31 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

PATRICK SCOTT MAJOR,  :  CASE NO. 00-6070-Ferguson/Snow
                                                        L.T. Case No. 99-021746-11

    Plaintiff,  :

vs.  :

AMERIJET INTERNATIONAL, INC.,  :

    Defendant.  :
_____/

## PLAINTIFF'S NOTICE OF CONFLICT

Plaintiff, Patrick Scott Major, gives notice that his undersigned attorney, Valerie Shea, is attorney of record for one or more of the parties in the below listed cases which are set for trial during the same time period as the above-captioned matter, namely the two-week trial period commencing May 7, 2001, and ending May 18, 2001:

> 05/07/01 – 1 week trial calendar ending 5/11/01
> **Pack v. Ind-Mar Diesel Service, Inc.**
> 4th Judicial Circuit – Duval County Circuit Court
> Case No. 00-585-CA Division CV-D
> Judge Lawrence P. Haddock

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 29th day of January, 2001.

                                    HEINRICH GORDON HARGROVE
                                    WEIHE & JAMES, P.A.
                                    Attorneys for Plaintiff
                                    500 East Broward Boulevard, Suite 1000
                                    Fort Lauderdale, Florida 33394
                                    Telephone:   954-527-2800
                                    Facsimile:    954-524-9481

                                By: _____VALERIE SHEA_____
                                       VALERIE SHEA
                                       Florida Bar No. 436800



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,  :   CASE NO. 00-6070-Ferguson/Snow
                          L.T. Case No. 99-021746-11
 Plaintiff,  :

vs.  :

AMERIJET INTERNATIONAL, INC.,  :

 Defendant.  :
_____/

## PLAINTIFF'S NOTICE OF CONFLICT

Plaintiff, Patrick Scott Major, gives notice that his undersigned attorney, Valerie Shea, is attorney of record for one or more of the parties in the below listed cases which are set for trial during the same time period as the above-captioned matter, namely the two-week trial period commencing May 7, 2001, and ending May 18, 2001:

> 05/07/01 – 1 week trial calendar ending 5/11/01
> **Pack v. Ind-Mar Diesel Service, Inc.**
> 4th Judicial Circuit – Duval County Circuit Court
> Case No. 00-585-CA Division CV-D
> Judge Lawrence P. Haddock

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 29th day of January, 2001.

> HEINRICH GORDON HARGROVE
> WEIHE & JAMES, P.A.
> Attorneys for Plaintiff
> 500 East Broward Boulevard, Suite 1000
> Fort Lauderdale, Florida 33394
> Telephone:  954-527-2800
> Facsimile:  954-524-9481
>
> By: _VALERIE SHEA_
> VALERIE SHEA
> Florida Bar No. 436800