UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
`... 3 1 2001`
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

PATRICK SCOTT MAJOR,  :  CASE NO. 00-6070-Ferguson/Snow
                          L.T. Case No. 99-021746-11

    Plaintiff,  :

vs.  :

AMERIJET INTERNATIONAL, INC.,  :

    Defendant.  :
_____/

### PLAINTIFF'S NOTICE OF FILING WITNESS LIST

Plaintiff, Patrick Scott Major, by and through undersigned counsel and in accordance with this Court's New Scheduling Order dated January 23, 2001, discloses the following witnesses Plaintiff intends to call at trial in this action.

1. James D. Gilbert, CPA, ABV      (EXPERT)
   J. D. Gilbert & Company
   600 West Hillsboro Boulevard, Suite 510
   Deerfield Beach, FL 33441

2. Jose Pagan      (EXPERT)
   1501 SE 15th Street
   Ft. Lauderdale, Florida 33316

3. Mr. Joseph B. Wiley      (EXPERT)
   2510 Sun Cove Lane
   North Palm Beach, FL 33410-5245

4. Plaintiff

5. Records Custodian
   Amerijet International, Inc.
   498 SW 34th Street
   Ft. Lauderdale, Florida 33315



6. Dave Bassett
   Amerijet International, Inc.
   498 SW 34th Street
   Ft. Lauderdale, Florida  33315

7. Ed Cook
   771 Southwest 148th Avenue
   Apartment 1306
   Davie, FL  33324

8. Tracy Dickenson
   Amerijet International, Inc.
   498 SW 34th Street
   Ft. Lauderdale, Florida  33315

9. Derry Huff
   Amerijet International, Inc.
   498 SW 34th Street
   Ft. Lauderdale, Florida  33315
   Ft. Lauderdale, Florida  33315

10. Luis Michaels
    10610 Southwest 146th Court
    Miami, FL  33186

11. Juan Morales
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

12. Mr. John C. Roseborough
    Principal Operations Inspector
    FAA Flight Standards District Office 17
    Fort Lauderdale Jet Center
    1050 Lee Wagener Blvd., Suite 201
    Fort Lauderdale, FL  33315

13. Barney Sonnen
    FAA Flight Standards District Office
    Ft. Lauderdale Jet Center
    1050 Lee Wagner Boulevard
    Suite 201
    Ft. Lauderdale, FL  33315

14. Brian Steele
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

15. Pete Steele
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

16. John Washington
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

17. Impeachment and rebuttal witnesses as necessary.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 29th day of January, 2001.

          HEINRICH GORDON HARGROVE
          WEIHE & JAMES, P.A.
          Attorneys for Plaintiff
          500 East Broward Boulevard, Suite 1000
          Fort Lauderdale, Florida  33394
          Telephone:   954-527-2800
          Facsimile:    954-524-9481

          By: _/s/ Valerie Shea_
          VALERIE SHEA
          Florida Bar No. 436800