UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,     :     CASE NO. 00-6070-Ferguson/Snow
L.T. Case No. 99-021746-11

    Plaintiff,     :

vs.     :

AMERIJET INTERNATIONAL, INC.,     :

    Defendant.     :
_____/

### PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL WITNESS LIST

Plaintiff, Patrick Scott Major, by and through undersigned counsel, discloses the following rebuttal witness to be called to testify at the trial in this action.

1. Charles R. Williams
   15205 SW 78th Place
   Miami, FL 33157

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via facsimile and U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 7th day of February, 2001.

    HEINRICH GORDON HARGROVE
    WEIHE & JAMES, P.A.
    Attorneys for Plaintiff
    500 East Broward Boulevard, Suite 1000
    Fort Lauderdale, Florida 33394
    Telephone:    954-527-2800
    Facsimile:     954-524-9481

    By: _____
    VALERIE SHEA
    Florida Bar No. 436800