UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR, : CASE NO. 00-6070-Ferguson/Snow
L.T. Case No. 99-021746-11
    Plaintiff, :

vs. :

AMERIJET INTERNATIONAL, INC., :

    Defendant. :
_____/

**NIGHT BOX FILED**
**FEB 1 2 2001**
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### PLAINTIFF, PATRICK SCOTT MAJOR'S, UNOPPOSED MOTION FOR ENLARGEMENT OF DISCOVERY DEADLINE IN ORDER TO DEPOSE DEFENDANT'S EXPERT, PAUL REPP, WITH SUPPORTING MEMORANDUM OF LAW

Plaintiff, Patrick Scott Major, requests an enlargement of the discovery deadline to allow Plaintiff to take the deposition of defendant's expert witness, Paul Repp, and states as follows:

1. The case is on the trial docket for May 7, 2001. Pursuant to the Court's New Scheduling Order dated January 23, 2000, defendant was to make its expert available for deposition within 14 days of disclosure, and the discovery deadline is February 19, 2001.

2. Defendant filed its expert disclosure on February 1, 2001, and the undersigned solicited a date for Mr. Repp's deposition. Defendant's counsel advised that due to Mr. Repp's schedule, he is not available for deposition until February 26, 2001. Defendant's counsel has agreed to produce Mr. Repp locally on that date.

4. Plaintiff's counsel is willing to take Mr. Repp's deposition on that date (provided she is not called to trial). Because it is a week after the discovery deadline, however, an enlargement of time to and including February 26, 2001, is sought.



**MEMORANDUM OF LAW**

Rule 6(b), Federal Rules of Civil Procedure, permits the Court to enlarge, upon good cause shown, the period of time within which any act must be done. Good cause exists in that plaintiff has been diligent in seeking Mr. Repp's deposition, however, it appears that due to Mr. Repp's schedule, he is unavailable until February 26, 2001.

WHEREFORE, the defendant respectfully requests this Court to enter an Order enlarging the discovery period for the sole purpose of allowing defendant's expert, Paul Repp, to be deposed the following week.

**CERTIFICATE OF COUNSEL**

The undersigned is authorized to represent that counsel for defendant, Stephen P. Santiago, Esquire, has been contacted and has no opposition to the relief requested and has agreed to the enlargement of time.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 9th day of February, 2000.

>HEINRICH GORDON HARGROVE
>WEIHE & JAMES, P.A.
>Attorneys for Plaintiff
>500 East Broward Boulevard, Suite 1000
>Fort Lauderdale, Florida 33394
>Telephone:   954-527-2800
>Facsimile:    954-524-9481
>
>By: _Valerie Shea_
>VALERIE SHEA
>Florida Bar No. 436800