UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR.           :      CASE NO. 00-6070-Ferguson/Snow
                                      L.T. Case No. 99-021746-11
    Plaintiff,               :

vs.                            :

AMERIJET INTERNATIONAL. INC.,  :

    Defendant.               :
_____/



**PLAINTIFF'S
RE-NOTICE OF TAKING DEPOSITION**
(at Defendant's Request)

YOU, as attorneys for the defendant. are hereby notified that the plaintiff in the above-styled cause will take the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both, of:

**WITNESS:**      **Dave Bassett**

**DATE & TIME:**  **Monday, February 19, 2001 – 10:30 a.m.**

**LOCATION:**     **Friedman, Lombardi, Olson
                  One East Broward Boulevard
                  Sun Trust Bank Tower, Suite 700
                  Fort Lauderdale, FL 33301
                  954-525-6074 (Fax 305-374-5292)**

This deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is not financially interested in this action and is neither a relative, nor employee of the attorney.

The deposition will be taken pursuant to the Florida Rules of Civil Procedure. The oral examination will continue from hour to hour and from day to day until completed.

CASE NO. 00-6070-Ferguson/Snow

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished via facsimile and U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 16th day of February, 2001.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Telephone:   954-527-2800
Facsimile:   954-524-9481

By: _____
VALERIE SHEA
Florida Bar No. 436800

cc:   Friedman, Lombardi, Olson
      via facsimile