UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,   :   CASE NO. 00-6070-Ferguson/Snow
                                          L.T. Case No. 99-021746-11

      Plaintiff,   :

vs.   :

AMERIJET INTERNATIONAL, INC.,   :

      Defendant.   :
_____/

## PLAINTIFF'S
## NOTICE OF TAKING DEPOSITION DUCES TECUM

YOU, as attorneys for the defendant, are hereby notified that the plaintiff in the above-styled cause will take the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both, of:

**WITNESS:**     **Paul Repp***

**DATE & TIME:**    Monday, February 26, 2001 - 9:30 a.m.

**LOCATION:**     Offices of Heinrich, Gordon, Hargrove, Weihe & James
                     500 East Broward Boulevard, Suite 1000
                     Fort Lauderdale, FL 33394

*The deponent is to have with him at such date and time all documents listed on Attachment A hereto.

This deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is not financially interested in this action and is neither a relative, nor employee of the attorney.



CASE NO. 00-6070-Ferguson/Snow

The deposition will be taken pursuant to the Florida Rules of Civil Procedure. The oral examination will continue from hour to hour and from day to day until completed.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via facsimile and U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorneys for Defendant, of Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 16th day of February, 2001.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Telephone: 954-527-2800
Facsimile: 954-524-9481

By: _____
VALERIE SHEA
Florida Bar No. 436800

cc: Downtown Reporting

CASE NO. 00-6070-Ferguson/Snow

### DUCES TECUM
### ATTACHMENT A

At the time of your deposition, you are to have with you with following:

1. Your entire file in this matter.

2. Any and all materials you consulted and/or relied on in forming your opinions in this case, including, but not limited to: books, literature, articles, written documents, photographs, videotapes, tests, experiments, reports, depositions, statements, measurements, drawings, films and other reference materials you used.

3. All reports, including but not limited to: rough drafts, generated by you at any time concerning the subject matter of this litigation.

4. All reports reviewed by you concerning the subject matter of this litigation.

5. All photographs and videotapes taken by you or under your direction.

6. Your curriculum vitae.

7. Any and all tests and/or experiments you conducted in this case or conducted under your direction.

8. Any and all results of tests and/or experiments you conducted in this case.

9. Copies of all bills, billing, and time records on this case.

10. Copies of all correspondence regarding this case.