UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO.   : 00-6070-CIV-FERGUSON

PATRICK SCOTT MAJOR

NOTICE OF MEDIATION CONFERENCE DATE

    Plaintiff(s),

vs.

AMERIJET INTERNATIONAL

    Defendant(s).
*******************************

| | |
|---|---|
| DATE AND TIME: | 03/21/2001 Wednesday 3:00 P.M.* |
| LOCATION: | Florida Mediation Group<br>Cumberland Building, Suite 400<br>800 East Broward Boulevard<br>Ft. Lauderdale, FL 954-522-9991 |
| MEDIATOR: | Certified Mediator / Florida Mediation Group, Inc.<br>**Allene D. Nicholson, Esq.**<br>The mediator is a neutral and may not act as an advocate for any party. |
| FEES: | FINAL PAYMENT DUE WITH IN 10 DAYS OF THE MEDIATION: SEE ATTACHED |
| SUMMARY: | The parties are requested to present a SUMMARY of facts and issues to the Mediator five days prior to the scheduled Mediation Conference. |
| NOTICE: | Please notify Florida Mediation Group immediately of any scheduling problems and copy the Mediator on any pleadings which may impact or affect the mediation. |

*2 HOURS HAVE BEEN RESERVED FOR THE MEDIATION. IF YOU
THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

ALLENE D. NICHOLSON, ESQ.
FLORIDA MEDIATION GROUP, INC.
Courthouse Plaza, Suite 1010
28 West Flagler Street
Miami, Florida 33130
(305) 579-9990 Fax 579-9991
FMG File No.: 0-44196

PAGE 2.

```
CASE NO.      : 00-6070-CIV-FERGUSON
FMG FILE NO.  : 0-44196
PLAINTIFF     : MAJOR
```

Copies on February 26, 2001 to:

Valerie Shea, Esq.
Heinrich, Gordon, et al.
500 East Broward Boulevard
Suite 1000
Ft. Lauderdale  FL  33394
954-527-2800 Fax 1-954-524-9481



Susan Potter Norton, Esq.
Allen, Norton & Blue
121 Majorca Avenue
Suite 300
Coral Gables  FL  33134
305-445-7801 Fax 305-442-1578