**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PATRICK SCOTT MAJOR,

Case No. 00-6070-CIV-FERGUSON

Plaintiff,

vs.

AMERIJET INTERNATIONAL, INC.,

Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on Defendant's Motion to Dismiss Count I of Plaintiff's Amended Complaint [D.E.28].

**THE MATTER** was referred to the Honorable Lurana S. Snow, United States Magistrate Judge. A Report and Recommendation dated December 4, 2000, has been filed. Having duly considered the motion, response, report and recommendation, objections thereto, and pertinent portions of the record, it is **ORDERED AND ADJUDGED** that the Report and Recommendation is **ADOPTED** as the finding and conclusions of this Court. Accordingly, the motion to dismiss Count I [D.E.28] is **DENIED**.



**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 9TH day of March, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Valeri Shea, Esq.
Susan Potter Norton, Esq.