UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6070-CIV-FERGUSON/SNOW

PATRICK SCOTT MAJOR,

　　Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.

　　Defendant.
_____/



**O R D E R**

　　THIS CAUSE is before the Court on the Notice of Removal of Complaint (DE 1). The Defendant is represented by an attorney not admitted to practice in the Southern District of Florida. Pursuant to Rule 4.B, Special Rules Governing the Admission and Practice of Attorneys in the Southern District, such an attorney may, upon written application, be permitted to make a special or limited appearance for purposes of representing the defendant in this case.

　　Additionally, Administrative Order 96-61 provides that

> . . . the Court hereby establishes a new admissions fee of $75.00. This admissions fee is to be paid by every attorney seeking admission to our Local Bar as well as those attorneys petitioning the Court to appear and participate in a particular case under Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys in this District. The fee should be paid by check made payable to the "U.S. Courts" and be accompanied by written application and certification as specified in our Local Rules.



Therefore, it is hereby

ORDERED AND ADJUDGED that on or before March 19, 2001, Stephen Peter Santiago, shall file an application to appear pro hac vice in this case, accompanied by a $75.00 check made payable to the U.S. Courts.

DONE AND ORDERED at Fort Lauderdale, Florida, this 13th day of March, 2001.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Valerie Shea, Esq. (P)
Susan Potter Norton, Esq. (D)
Stephen Peter Santiago, Esq. (D)