UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-FERGUSON/SNOW

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendant.

_____/

### DEFENDANT'S MOTION TO DISMISS MAGISTRATE JUDGE SNOW'S ORDER FOR STEPHEN P. SANTIAGO TO FILE AN APPLICATION FOR *PRO HAC VICE* AS MOOT

Defendant, AMERIJET INTERNATIONAL INC., by and through undersigned counsel, hereby submits its Motion to Dismiss as Moot Magistrate Judge Snow's Order Requiring Stephen P. Santiago, Esq. to submit an application for *pro hac vice* as being Moot, and in support thereof states as follows:

1.    On March 13, 2001, Magistrate Judge Snow issued an Order requiring Stephen P. Santiago, Esq. to file an application to appear *pro hac vice* in this case on or before March 19, 2001.

2.    Stephen P. Santiago, Esq. was admitted to practice in the United States District Court for the Southern District of Florida on January 14, 2000, over one year ago. (Ex. 1).

ACCORDINGLY, Defendant moves this Court to dismiss Magistrate Judge Snow's Order requiring Stephen P. Santiago, Esq. to file an application for *pro hac vice* as being Moot.

Respectfully submitted,

Susan Potter Norton
Florida Bar No. 0201847
Stephen P. Santiago
Florida Bar No. 0964425

ALLEN, NORTON & BLUE, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578
snorton@anblaw.com
ssantiago@anblaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail, on this 13th day of March, 2001, upon:

Ms. Valerie Shea, Esq.
Heinrich Gordon Hargrove Weihe & James
500 East Broward Boulevard, Suite 1000
Ft. Lauderdale, Florida 33394

Attorney

# EXHIBIT 1

United States District Court, Southern District of Florida

May 4, 2000

STEPHEN PETER SANTIAGO
ALLEN NORTON & BLUE
121 MAJORCA AVENUE
SUITE 300
CORAL GABLES, FL      33134-

Dear STEPHEN PETER SANTIAGO:

Congratulations on having successfully completed the requirements for admission to the United States District Court for the Southern District of Florida.

Enclosed is your certificate of admission.

If there is a problem with your certificate, please contact my Attorney Admissions Clerk at (305) 523-5265.

Clarence Maddox
Court Administrator/Clerk of Court

The Mission of the Clerks Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public to resolve disputes in a just and efficient manner.





# United States District Court

for the Southern District of Florida

I, Clarence Maddox, Clerk of the United States District Court, do hereby certify that

## Stephen Peter Santiago

was duly admitted and qualified to practice as an Attorney in the District Court on the **14th** day of **January, 2000**

In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in Miami this **14th** day of **January, 2000**

_Clerk_



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-FERGUSON/SNOW

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendant.

_____/

## ORDER

THIS CAUSE having come before the Court upon Defendant's, AMERIJET INTERNATIONAL, INC., Motion To Dismiss Magistrate Judge Snow's Order Requiring Stephen P. Santiago, Esq. to file an application to appear *pro hac vice* as Moot, and for good cause shown, it is

ORDERED AND ADJUDGED as follows:

Defendant's Motion To Dismiss is hereby _____.

DONE AND ORDERED in Chambers in Fort Lauderdale, Broward County, Florida on this _____ day of _____, 2001.

 

_____
U.S. DISTRICT COURT JUDGE

Conformed copies provided to:
    Susan Potter Norton, Esq.
    Valerie Shea, Esq.

78011_1