UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| PATRICK SCOTT MAJOR, | : | CASE NO. 00-6070-Ferguson |
| | | L.T. Case No. 99-021746-11 |
| Plaintiff, | : | Magistrate Judge Lurana S. Snow |
| vs. | : | |
| AMERIJET INTERNATIONAL, INC., | : | |
| Defendant. | : | |
| _____/ | | |

## PLAINTIFF'S
## SECOND REQUEST FOR ADMISSIONS

Plaintiff, Patrick Scott Major, Plaintiff, Patrick Major, pursuant to Rule 36(a), Federal Rules of Civil Procedure, requests that the defendant, Amerijet International, Inc., admit the truth of the following matters:

Tim Green

1. Admit that Tim Green was promoted to captain on October 6, 1998.

2. Admit that Pat Major had higher seniority than Tim Green.

3. Admit that Tim Green's birth date is in 1967.

John Washington

1. Admit that John Washington was promoted to captain on December 15, 1996.

2. Admit that Pat Major had higher seniority than John Washington.

3. Admit that John Washington's birth date is in 1970.

Patrick McManus

1. Admit that Patrick McManus was promoted to captain on November 11, 1998.



CASE NO. 00-6070-Ferguson/Snow

2. Admit that Pat Major had higher seniority than Patrick McManus.

3. Admit that Patrick McManus's birth date is in 1969.

Robert Temple

1. Admit that Robert Temple was promoted to captain ahead of Patrick Major, but that Amerijet did not produce records reflecting his date of promotion.

2. Admit that Pat Major had higher seniority than Robert Temple.

3. Admit that Amerijet did not produce training records for Robert Temple.

4. Admit that Robert Temple's birth date is in 1956.

David Bruns

1. Admit that David Bruns was promoted to captain on October 16, 1996.

2. Admit that Pat Major had higher seniority than David Bruns.

3. Admit that David Bruns' birth date is in 1966.

David Mitchell

1. Admit that David Mitchell was promoted to captain on May 1, 1996.

2. Admit that Pat Major had higher seniority than David Mitchell.

3. Admit that David Mitchell's birth date is in 1959.

Tracey Dickinson

1. Admit that Tracey Dickinson was promoted to captain on November 19, 1997.

2. Admit that Pat Major had higher seniority than Tracey Dickinson.

3. Admit that Tracey Dickinson's birth date is in 1964.

CASE NO. 00-6070-Ferguson/Snow

Douglas Benson

1. Admit that Douglas Benson was promoted to captain on November 9, 1998.

2. Admit that Pat Major had higher seniority than Douglas Benson.

3. Admit that Douglas Benson's birth date is in 1956.

Raymond Meunier

1. Admit that Raymond Meunier was promoted to captain on November 17, 1997.

2. Admit that Pat Major had higher seniority than Raymond Meunier.

3. Admit that Raymond Meunier's birth date is in 1968.

John Moktadier

1. Admit that John Moktadier was promoted to captain on May 17, 1999.

2. Admit that Pat Major had higher seniority than John Moktadier.

3. Admit that John Moktadier's birth date is in 1964.

Patrick Major

1. Admit Patrick Major's birth date is in 1953.

2. Admit that Patrick Major was **senior** to the following persons:

    a. Tim Green

    b. John Washington

    c. Patrick McManus

    d. Robert Temple

    e. David Bruns

    f. David Mitchell

3

CASE NO. 00-6070-Ferguson/Snow

      g.    Tracey Dickinson

      h.    Douglas Benson

      i.    Raymond Meunier

      j.    John Moktadier

3.    Admit that Patrick Major was **older** than the following persons:

      a.    Tim Green

      b.    John Washington

      c.    Patrick McManus

      d.    Robert Temple

      e.    David Bruns

      f.    David Mitchell

      g.    Tracey Dickinson

      h.    Douglas Benson

      i.    Raymond Meunier

      j.    John Moktadier

4.    Admit that the following persons were promoted to captain between 1996 and 1999, while Patrick Major worked at Amerijet:

      a.    Tim Green

      b.    John Washington

      c.    Patrick McManus

      d.    Robert Temple

CASE NO. 00-6070-Ferguson/Snow

- e.　David Bruns
- f.　David Mitchell
- g.　Tracey Dickinson
- h.　Douglas Benson
- i.　Raymond Meunier
- j.　John Moktadier

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 15th day of February, 2001.

> HEINRICH GORDON HARGROVE
> WEIHE & JAMES, P.A.
> Attorneys for Plaintiff
> 500 East Broward Boulevard, Suite 1000
> Fort Lauderdale, Florida 33394
> Telephone:　954-527-2800
> Facsimile:　954-524-9481
>
> By: _____
> VALERIE SHEA
> Florida Bar No. 436800

5