UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| PATRICK SCOTT MAJOR, | : | CASE NO. 00-6070-Ferguson |
| | | Magistrate Judge Lurana S. Snow |
| Plaintiff, | : | L.T. Case No. 99-021746-11 |
| vs. | : | |
| AMERIJET INTERNATIONAL, INC., | : | |
| Defendant. | : | |
| _____/ | | |



### PLAINTIFF'S
### RE-NOTICE OF TAKING VIDEOTAPE DEPOSITION
### TO PRESERVE TESTIMONY FOR TRIAL
(Change as to time only.)

YOU, as attorneys for the defendant, are hereby notified that the plaintiff in the above-styled cause will take the videotape deposition by oral examination for purposes of preserving testimony for trial and for use as evidence in said cause, or both, of:

**WITNESS:**     **JOSE PAGAN**

**DATE & TIME:**  Thursday, March 22, 2001 @ 9:30 a.m.

**LOCATION:**    **Heinrich Gordon Hargrove Weihe & James**
**500 East Broward Boulevard, Suite 1000**
**Fort Lauderdale, FL 33394**

This deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is not financially interested in this action and is neither a relative, nor employee of the attorney.

The deposition will be taken pursuant to the Florida Rules of Civil Procedure. The oral examination will continue from hour to hour and from day to day until completed.

CASE NO. 00-6070-Ferguson

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail and facsimile to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 20th day of March, 2001.

> HEINRICH GORDON HARGROVE
> WEIHE & JAMES, P.A.
> Attorneys for Plaintiff
> 500 East Broward Boulevard, Suite 1000
> Fort Lauderdale, Florida 33394
> Telephone:  954-527-2800
> Facsimile:   954-524-9481
>
> By: _____
> VALERIE SHEA
> Florida Bar No. 436800

cc:   Downtown Reporting