cv-06070-WJZ   Document 126   Entered on FLSD Docket 03/22/2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6070-CIV-FERGUSON/SNOW

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.

    Defendant.
_____/

FILED
MAR 2 2001

**O R D E R**

THIS CAUSE is before the Court on the defendant's Motion to Dismiss Magistrate Judge Snow's Order for Stephen P. Santiago to File an Application for Pro Hac Vice as Moot (DE 117). The undersigned entered an Order directing Mr. Santiago to file an application pro hac vice, after her staff verified in the court's data base, attorney maintenance section, that Mr. Santiago was not admitted to practice in the Southern District of Florida (Exhibit A). The last update in the computer for Mr. Santiago was October 4, 1999. He has provided copies of a letter dated May 4, 2000, from the Clerk of the Court along with a copy of his certificate of admission (Exhibits B & C) which were attached to his motion. Therefore, it is hereby



ORDERED AND ADJUDGED that counsel's motion is GRANTED and this Court's Order of March 13, 2001 (DE 116) is VACATED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 21st day of March, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Valerie Shea, Esq. (P)
Susan Potter Norton, Esq. (D)
Stephen Peter Santiago, Esq. (D)
Ms. Rita Blackburn (MIA)
   Attorney Admissions

```
[atyadm]                         CIVIL/CRIMINAL
                              Attorney Maintenance


                              Attorney Selection

Atty ID#:   phv              Last Name:  Santiago
First Name: Stephen          Middle:                      Generation:
Title:                       Prefix:
Firm: Allen Norton & Blue
Unit:
Address:  121 Majorca Avenue
Suite: Suite 300
City:  Coral Gables              State:  FL         Zip: 33134-
Country:                         Phone:  305-445-7801          FTS:
------------------------------------------------------------------------
-
Atty's Room:                     Phone:                        FTS:

Person Total:  selected:  2     current:  1
Address (place) Selection                         Last Update : 10/04/99
[N]EXT [P]REVIOUS [A]CCEPT [S]TOP =
Selected: 1    Current: 1
```

Exhibit A

United States District Court, Southern District of Florida

May 4, 2000

STEPHEN PETER SANTIAGO
ALLEN NORTON & BLUE
121 MAJORCA AVENUE
SUITE 300
CORAL GABLES, FL        33134-

Dear STEPHEN PETER SANTIAGO:

Congratulations on having successfully completed the requirements for admission to the United States District Court for the Southern District of Florida.

Enclosed is your certificate of admission.

If there is a problem with your certificate, please contact my Attorney Admissions Clerk at (305) 523-5265.

Clarence Maddox
Court Administrator/Clerk of Court

The Mission of the Clerks Office for the Southern District of Florida is to b(e)
the mechanism for the judges, the bar, litigants, and the public to resolve
disputes in a just and efficient manner.

EXHIBIT
B



# United States District Court

I, Clarence Maddox, Clerk of the United States District Court, do hereby certify that

## Stephen Peter Santiago

was duly admitted and qualified to practice as an Attorney in the District Court for the Southern District of Florida

on the **14th** day of **January, 2000**

In testimony whereof I hereunto set my hand and affix the seal of said Court, at my office in Miami this **14th** day of **January, 2000**

*Clerk*

Exhibit C