```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION
```

Case No. 00-6070-Civ-Ferguson/Snow

PATRICK SCOTT MAJOR,

    Plaintiff,

vs.

AMERIJET INTERNATIONAL, INC.,

    Defendant.
_____/



### ORDER

THIS CAUSE is before the Court on various motions filed by the parties, which were referred to United States Magistrate Judge Lurana S. Snow.

Although the Court granted an extension of time for expert disclosure and discovery, the parties have been unable to schedule depositions within the time frame of the new scheduling order. Subsequently the plaintiff filed an unopposed motion for an extension of time to depose defendant's expert, since the defendant's expert disclosure was ten days late.

After the close of discovery, the defendant filed a motion for an extension of time to depose the plaintiff's expert witnesses, citing difficulty in scheduling. The plaintiff opposed this motion, since the experts were available within the time frame set by the Scheduling Order. The defendant's reply noted that scheduling conflicts prevented the depositions during that time. The above two motions remain under consideration by the Honorable Wilkie D. Ferguson, Jr.

Subsequently, the defendant twice noticed depositions of the plaintiff's experts. The plaintiff objected to both dates, the first for insufficient notice, the second because the Court had not ruled upon the defendant's motion for an extension of time to depose the experts.

Now, without seeking leave of the Court, the plaintiff has noticed the deposition of its own expert, Mr. Jose Pagan, for March 22, 2001, since he will be unavailable for the trial dates. The defendant seeks a protective order against the deposition as failing to comply with the Scheduling Order and as beyond the number of depositions permitted by Fed.R.Civ.P. 30(a)(2)(A).

With the Court being fully advised it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff, Patrick Scott Major's Motion for Protective Order Against the Taking of the Depositions of Jim Gilbert, Jose Pagan and Joseph Wiley (Docket Entry 98) is DENIED AS MOOT, since the depositions were rescheduled.

2. Defendant's Motion for Protective Order or in the Alternative to Strike Jose Pagan as a Witness (Docket Entry 123) is GRANTED, insofar as it seeks a protective order for the deposition set for March 22, 2001. The plaintiff did not seek leave of the Court to conduct this deposition after the discovery deadlines, while consistently opposing the defendant's efforts to depose the

same expert. The motion to strike Jose Pagan as an expert witness is denied without prejudice to refile if necessary.

DONE AND ORDERED at Fort Lauderdale, Florida, this ___ day of March, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:   Valerie Shea, Esq.
             Susan Potter Norton, Esq.