cv-06070-WJZ   Document 128   Entered on FLSD Docket 03/26/2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PATRICK SCOTT MAJOR, | CASE NO. 00-6070-Ferguson/Snow |
| Plaintiff, | L.T. Case No. 99-021746-11 |
| vs. | |
| AMERIJET INTERNATIONAL, INC., | |
| Defendant. | |

## PLAINTIFF'S REPLY IN SUPPORT OF SECOND MOTION FOR PROTECTIVE ORDER

Plaintiff, Patrick Scott Major, files this reply to defendant's response to Plaintiff's Second Motion for a Protective Order, and states as follows:

1. Defendant's response alleges that it has not received the reports of plaintiff's experts. The parties agreed in October 2000 that reports would be furnished 48 hours before depositions; and this agreement led to a joint motion granted on December 6, 2000. Although plaintiff provided dates that his experts would be available for deposition within the time limitations set by this Court, Amerijet, never noticed plaintiff's experts for deposition within the discovery deadline. Nonetheless, on March 9, 2001, plaintiff mailed two of three expert reports, and advised Amerijet's counsel that we would forward the remaining expert report upon its completion. (Please see Affidavit of Victoria Ryder attached hereto as Exhibit "A"). Plaintiff was not aware that defendant had not received these expert reports until plaintiff received Defendant's Response to Plaintiff's Second Motion for Protective Order on March 19, 2001. These two expert reports have been faxed to defendant since that time.



CASE NO. 00-6070-Ferguson/Snow
CASE NO.

2.  Defendant's Motion to Enlarge Time in which to take plaintiff's experts is still pending with this Court. Plaintiff's experts should not be scheduled for deposition unless and until the motion is granted.

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 23rd day of March, 2001.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Telephone:    954-527-2800
Facsimile:    954-524-9481

By: _Valerie Shea_
VALERIE SHEA
Florida Bar No. 436800

G:\LAW\81975\002\Pleadings\Reply-Experts002.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,             :    CASE NO. 00-6070-Ferguson/Snow
                                      L.T. Case No. 99-021746-11
    Plaintiff.               :

vs.                              :

AMERIJET INTERNATIONAL, INC.,    :

    Defendant.               :
_____/

STATE OF FLORIDA      :
                      ss.
COUNTY OF BROWARD     :

### AFFIDAVIT OF VICTORIA RYDER

1. My name is Victoria Ryder and I am the legal assistant to Valerie Shea, counsel for the plaintiff in this action.

2. On March 9, 2001, I personally prepared the package containing Ms. Shea's letter and the expert reports of Jose Pagan and Jim Gilbert, and I placed them in this firm's mail on that date.

3. On March 19, 2001, upon receiving Defendant's Response to Plaintiff's Second Motion for Protective Order and Defendant's Response to Plaintiff's Motion to Strike Mitch Yelen, I faxed Jose Pagan's report to counsel for defendant, and on March 20, 2001, I faxed Jim Gilbert's report to counsel for defendant.

FURTHER AFFIANT SAYETH NAUGHT.

*Victoria Jean Ryder*
VICTORIA RYDER

EXHIBIT
A

STATE OF FLORIDA    :
                    : ss.
COUNTY OF BROWARD   :

BEFORE ME, the undersigned authority, personally appeared VICTORIA RYDER, who after being duly sworn, states under oath that he signed the foregoing affidavit, and that the statements therein are true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED before me this $\underline{23}$ day of March, 2001.

Personally Known [X]
Identification Produced [ ]
Type of Identification Produced _____

                              */s/ Darlyn D. Kreitman*
                              NOTARY PUBLIC,
                              STATE OF FLORIDA - SIGNATURE

                              [Notary Seal:
                              DARLYN D. KREITMAN
                              MY COMMISSION # CC 947214
                              EXPIRES: June 19, 2004
                              Bonded Thru Notary Public Underwriters]

                              Printed   Name   of   Officer   taking Acknowledgment