UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| PATRICK SCOTT MAJOR, | : | CASE NO. 00-6070-Ferguson/Snow |
| | | L.T. Case No. 99-021746-11 |
| Plaintiff, | : | |
| vs. | : | |
| AMERIJET INTERNATIONAL, INC., | : | |
| Defendant. | : | |
| _____/ | | |

## PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO STRIKE MITCH YELEN AS AN EXPERT

Plaintiff, Patrick Scott Major, files this reply to defendant's response to Plaintiff's Motion to Strike Mitch Yelen as an Expert, and in support of his motion states as follows:

1. Mr. Yelen should be stricken for the simple reason that he was not produced for deposition on a timely basis. Defendant's response is the **first** time we have heard that Mr. Yelen had no opinions pending receipt of our CPA's report. If that is the case, Amerjiet should have sought leave to enlarge the discovery schedule.

2. Plaintiff's expert's report was mailed to Amerijet on March 9, 2001, as Amerijet never noticed Mr. Gilbert for deposition within the terms of the scheduling order. It was faxed the next week, after defense counsel stated they had not received it.[1] If Amerijet intends to use Mr. Yelen, it should seek such permission from the Court because it failed to produce him for deposition. Plaintiff maintains that he should be stricken unless and until Amerijet, on its own motion, demonstrates compelling reasons for its refusal to depose Mr. Gilbert, and produce Mr. Yelen, on a timely basis.

---

[1] Contrary to defendant's statements, there was no Local Rule violation because the parties had stipulated that expert reports would be furnished 48 hours before deposition; this was approved by Court order on December 6, 2000.



CASE NO. 00-6070-Ferguson/Snow

## CONCLUSION

WHEREFORE, for the above reasons, plaintiff respectfully requests that defendant's expert, Mitch Yelen, be stricken.

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 23rd day of March, 2001.

> HEINRICH GORDON HARGROVE
> WEIHE & JAMES, P.A.
> Attorneys for Plaintiff
> 500 East Broward Boulevard, Suite 1000
> Fort Lauderdale, Florida 33394
> Telephone:   954-527-2800
> Facsimile:   954-524-9481
>
> By: _____
> VALERIE SHEA
> Florida Bar No. 436800

G:\LAW\81975\002\Pleadings\Reply-Oppo-Strike-Yellen.doc

2