UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| PATRICK SCOTT MAJOR, | : | CASE NO. 00-6070-Ferguson |
| | | Magistrate Judge Lurana S. Snow |
| Plaintiff, | : | L.T. Case No. 99-021746-11 |
| vs. | : | |
| AMERIJET INTERNATIONAL, INC., | : | |
| Defendant. | : | |
| _____/ | | |

## PLAINTIFF'S NOTICE OF FILING

Plaintiff, Patrick Scott Major, by and through its undersigned counsel, hereby gives notice of filing the following depositions and documents in opposition of Defendant's Motion for Summary Judgment:

1. Crew Seniority Lists, Plaintiff's Bates Number 164 and 167.

2. Deposition of Tracey Dickinson taken February 13, 2001, with Exhibits 47-50.

3. Deposition of Ed Cook taken January 24, 2001, with Exhibits 26-36.

4. Deposition of Juan Morales taken February 7, 2001, with Exhibits 37-38.

5. Deposition of Brian Steele taken January 8, 2001, with Exhibits 22-24.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant,



Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 23rd day of March, 2001.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Telephone:  954-527-2800
Facsimile:   954-524-9481

By: _____
         VALERIE SHEA
         Florida Bar No. 436800

cv-06070-WJZ   Document 135   Entered on FLSD Docket 03/26/2001

```
DATE: 04/07/99  15:23        AMERIJET INTERNATIONAL                    PAGE: 1
                             CREWMEMBER SENIORITY LIST
```

NIORITY IS BASED ON A CREWMEMBER'S DATE OF HIRE. CREWMEMBER'S DATE OF HIRE
IS THE DATE HIS GUARANTEE BEGINS. IN A CASE WHERE MORE THAT ONE CREWMEMBER
HAS THE SAME DATE OF HIRE, THEIR BIRTHDATES WILL DETERMINE THEIR SENIORITY.

| CAPTAINS | D.O.B. | D.O.H. | CREWMEMBER NAME |
|---|---|---|---|
| 1. | 01/07/55 | 04/01/83 | BREWER, RAND T. |
| 2. | 05/27/60 | 12/18/85 | CLINE, WILLIAM J. |
| 3. | 09/30/58 | 03/17/86 | STEELE, BRIAN A. |
| 4. | 09/08/50 | 05/05/86 | WISNIEWSKI, DENNIS R. |
| 5. | 11/19/55 | 03/25/87 | ANDRESEN, PAUL A. |
| 6. | 05/08/51 | 11/09/87 | SCHREIBER, MIKE M. |
| 7. | 01/26/53 | 11/09/87 | BENNETT, CHARLES G. |
| 8. | 12/01/53 | 02/24/89 | NOVAK, JEFF M. |
| 9. | 08/28/64 | 12/06/89 | PELLY, MICHAEL R. |
| 10. | 01/09/64 | 01/29/90 | BATTILLO, JAMES A. |
| 11. | 12/24/43 | 02/17/91 | LYNN, HENRY CLAY |
| 12. | 06/01/67 | 02/18/92 | GREEN, TIM J. |
| 13. | 10/07/70 | 04/27/92 | WASHINGTON, JOHN JR |
| 14. | 02/19/69 | 06/08/92 | McMANUS, PATRICK C. |
| 15. | 04/26/56 | 08/03/92 | TEMPLE, ROBERT W. |
| 16. | 06/11/56 | 05/04/95 | BENSON, DOUGLAS |
| 17. | 04/08/68 | 05/06/95 | MEUNIER, RAYMOND |
| 18. | 12/28/43 | 06/01/95 | MEEK, JOSEPH |
| 19. | 08/18/53 | 07/07/95 | MARTIN, LUTHER "STEPHEN |
| 20. | 10/24/62 | 07/14/95 | JORSEY JR., ALLEN A. |
| 21. | 01/18/42 | 11/11/96 | LATORRE, JOSEPH G. |
| 22. | 07/09/42 | 03/31/97 | LYTLE, RICHARD |
| 23. | 10/26/44 | 03/31/97 | MICHAELS, LUIS |
| 24. | 04/06/43 | 07/23/97 | KORBY, JAMES |
| 25. | 12/24/49 | 07/23/97 | GUZMAN, LEONIDAS |
| 26. | 09/14/46 | 09/08/97 | McGRAY, BRUCE |
| 27. | 09/17/46 | 09/10/97 | ALVAREZ, JR. JOSE |
| 28. | 05/22/48 | 12/03/97 | MILLER, JOHN |
| 29. | 11/28/42 | 03/09/98 | RUBEY, ALBERT |
| 30. | 11/26/48 | 03/22/99 | REPLOGLE, JAMES |

| FIRST OFFICERS: | D.O.B. | D.O.H. | CREWMEMBER NAME |
|---|---|---|---|
| 1. | 12/29/63 | 02/25/91 | MOKTADIER, JOHN A. |
| 2. | 10/02/53 | 03/18/91 | MAJOR, PATRICK |
| 3. | 03/09/62 | 03/18/91 | MICHLOWITZ, JEFF |
| 4. | 08/07/66 | 03/18/91 | HOFFMAN, EDWARD |
| 5. | 07/31/65 | 08/10/92 | MATTHEW, KENNITH L. |
| 6. | 06/25/59 | 07/22/94 | ROOKS, RON L. |
| 7. | 11/23/55 | 04/29/95 | BACHRACH, MICHAEL |
| 8. | 03/01/65 | 05/06/95 | RICHARD, CHRISTOPHER |
| 9. | 06/23/70 | 11/06/95 | JAKUBEK, RONALD |
| 10. | 01/02/60 | 11/17/95 | MADDEN, STEPHEN |
| 11. | 04/09/66 | 11/17/95 | DOMINGUES, ADAM |
| 12. | 02/23/68 | 11/17/95 | REED, ROBERT |
| 13. | 12/15/70 | 11/17/95 | APGAR, MICHAEL |
| 14. | 05/29/63 | 07/01/96 | RAISSIGUIER, JACQUES |
| 15. | 06/18/68 | 07/01/96 | CHURCH, CHARLES |
| 16. | 09/21/67 | 09/03/96 | WATSON, CHRISTOPHER |
| 17. | 09/03/63 | 09/23/96 | PANZARDI, DION |
| 18. | 01/05/66 | 09/23/96 | JEFFRIES, JOHN |
| 19. | 09/07/69 | 09/23/96 | BASHAM, JAMES |
| 20. | 07/02/68 | 02/10/97 | COGLITORE, JOSEPH |
| 21. | 12/18/45 | 03/04/97 | WOERMANN, PETER |
| 22. | 03/21/64 | 03/04/97 | HUBERMAN, STUART |
| 23. | 03/23/68 | 03/04/97 | QUAM, WILLIAM |
| 24. | 10/18/70 | 03/04/97 | KEEVER, KEVIN |
| 25. | 10/31/69 | 03/31/97 | PETERS, MICHAEL |
| 26. | 12/17/55 | 06/02/97 | DAILY, NADER |
| 27. | 07/26/65 | 06/02/97 | CHASTANET, DENIS |
| 28. | 02/23/67 | 06/02/97 | BLASTIC, MICHAEL |
| 29. | 09/22/69 | 06/02/97 | HORN, ANTHONY |
| 30. | 07/30/73 | 06/02/97 | PEREA, PEDRO |
| 31. | 08/27/53 | 09/08/97 | VAHEY, JAMES |

164

DATE: 04/28/99  13:50        AMERIJET INTERNATIONAL                PAGE: 1
                             CREWMEMBER SENIORITY LIST

SENIORITY IS BASED ON A CREWMEMBER'S DATE OF HIRE. CREWMEMBER'S DATE OF HIRE
IS THE DATE HIS GUARANTEE BEGINS. IN A CASE WHERE MORE THAT ONE CREWMEMBER
HAS THE SAME DATE OF HIRE, THEIR BIRTHDATES WILL DETERMINE THEIR SENIORITY.

| CAPTAINS: | D.O.B. | D.O.H. | CREWMEMBER NAME |
|---|---|---|---|
| 1. | 01/07/55 | 06/01/83 | BREWER, RAND T. |
| 2. | 05/27/60 | 12/18/85 | CLINE, WILLIAM J. |
| 3. | 09/30/58 | 03/17/86 | STEELE, BRIAN A. |
| 4. | 09/08/50 | 05/05/86 | WISNIEWSKI, DENNIS R. |
| 5. | 11/19/55 | 03/25/87 | ANDRESEN, PAUL A. |
| 6. | 05/08/51 | 11/09/87 | SCHREIBER, MIKE M. |
| 7. | 01/26/53 | 11/09/87 | BENNETT, CHARLES G. |
| 8. | 12/01/53 | 02/26/89 | NOVAK, JEFF N. |
| 9. | 06/26/64 | 12/06/89 | PELLY, MICHAEL R. |
| 10. | 01/09/64 | 01/29/90 | BATTILLO, JAMES A. |
| 11. | 12/24/43 | 03/17/91 | LYNN, HENRY CLAY |
| 12. | 06/01/67 | 02/18/92 | GREEN, TIM J. |
| 13. | 10/07/70 | 04/27/92 | WASHINGTON, JOHN JR |
| 14. | 02/19/65 | 06/08/92 | McNAMEE, PATRICK C. |
| 15. | 04/26/56 | 08/03/92 | TEMPLE, ROBERT W. |
| 16. | 05/11/56 | 05/06/95 | BENSON, DOUGLAS |
| 17. | 04/06/58 | 05/06/95 | NEUMIER, RAYMOND |
| 18 | 12/28/43 | 06/01/95 | MEEK, JOSEPH |
| 19. | 08/18/53 | 07/07/95 | MARTIN, LUTHER "STEPHEN |
| 20. | 10/26/62 | 07/16/95 | JOBBEY JR., ALLEN A. |
| 21. | 01/18/42 | 11/11/96 | LATORRE, JOSEPH G. |
| 22. | 07/09/42 | 03/31/97 | LYTLE, RICHARD |
| 23. | 10/26/44 | 03/31/97 | MICHAELS, LUIS |
| 24. | 04/06/43 | 07/23/97 | KORBY, JAMES |
| 25. | 12/24/49 | 07/23/97 | GUSMAN, LEONIDAS |
| 26. | 09/14/46 | 09/08/97 | MacGRAY, BRUCE |
| 27. | 09/17/46 | 09/10/97 | ALVAREZ, JR. JOSE |
| 28. | 05/22/48 | 12/03/97 | MILLER, JOHN |
| 29. | 11/28/42 | 03/09/98 | RUBEY, ALBERT |
| 30. | 11/26/48 | 03/22/99 | REPLOGLE, JAMES |

| FIRST OFFICERS: | D.O.B. | D.O.H. | CREWMEMBER NAME |
|---|---|---|---|
| 1. | 12/29/63 | 02/25/91 | MOKTADIER, JOHN A. |
| 2. | 10/02/53 | 03/18/91 | MAJOR, PATRICK |
| 3. | 03/09/62 | 03/18/91 | MICHLOWITZ, JEFF |
| 4. | 06/07/66 | 03/18/91 | HOFFMAN, EDWARD |
| 5. | 07/31/65 | 08/10/92 | MATTHEW, KENNITH L. |
| 6. | 06/25/59 | 07/22/94 | ROOKS, RON L. |
| 7. | 11/23/55 | 04/29/95 | BACHRACH, MICHAEL |
| 8. | 03/01/65 | 05/06/95 | RICHARD, CHRISTOPHER |
| 9. | 06/23/70 | 11/06/95 | JAKUBEK, RONALD |
| 10. | 01/02/60 | 11/17/95 | MADDEN, STEPHEN |
| 11. | 04/09/66 | 11/17/95 | DOMINGUES, ADAM |
| 12. | 02/23/66 | 11/17/95 | REED, ROBERT |
| 13. | 12/15/70 | 11/17/95 | APGAR, MICHAEL |
| 14. | 05/29/63 | 07/01/96 | RAISSIGGIER, JACQUES |
| 15. | 06/18/68 | 07/01/96 | CHURCH, CHARLES |
| 16. | 09/21/67 | 09/03/96 | WATSON, CHRISTOPHER |
| 17. | 19/03/63 | 09/23/96 | PANZARDI, DION |
| 18. | 01/08/66 | 09/23/96 | JEFFRIES, JOHN |
| 19 | 09/07/69 | 09/23/96 | BASHAR, JAMES |
| 20. | 07/02/68 | 02/10/97 | COGLITORE, JOSEPH |
| 21. | 12/18/49 | 03/04/97 | WOERMANN, PETER |
| 22. | 03/21/64 | 03/04/97 | KUBERMAN, STUART |
| 23. | 03/23/68 | 03/04/97 | QUAM, WILLIAM |
| 24. | 10/18/70 | 03/04/97 | KEEVER, KEVIN |
| 25. | 10/31/69 | 03/31/97 | PETERS, MICHAEL |
| 26. | 12/17/55 | 06/02/97 | DAILY, NADER |
| 27. | 07/26/65 | 06/02/97 | CHASTANET, DENIS |
| 28. | 02/23/67 | 06/02/97 | BLASTIC, MICHAEL |
| 29. | 09/22/69 | 06/02/97 | HORN, ANTHONY |
| 30. | 07/30/73 | 06/02/97 | PEREA, PEDRO |
| 31. | 06/27/53 | 09/08/97 | VAHEY, JAMES |

| FLIGHT ENGINEERS: | D.O.B. | D.O.H. | CREWMEMBER NAME |
|---|---|---|---|
| 1. | 03/02/58 | 11/17/95 | ZIEGLER, GREGORY |
| 2. | 01/14/61 | 11/18/96 | FUNK, DANIEL |
| 3. | 09/06/59 | 03/04/97 | MONTAGUE, RICHARD |
| 4. | 06/22/57 | 06/16/97 | WILLIAMS, PAUL |

167

*David Mitchell*
*David Evans*