```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA

                 CASE NO.  00-6070-Ferguson/Snow


PATRICK SCOTT MAJOR,              )  L.T. CASE NO.
                                 )  99-021746-11
              Plaintiff,         )
                                 )
vs.                              )
                                 )     ORIGINAL
AMERIJET INTERNATIONAL, INC.,    )
                                 )
              Defendant.         )
- - - - - - - - - - - - - - - - - -)

                      500 East Broward Blvd.
                      Fort Lauderdale, Florida
                      Tuesday, February 13, 2001
                      1:25 p.m. - 4:25 p.m.

APPEARANCES:

HEINRICH, GORDON, HARGROVE, WEIHE & JAMES, P.A.
BY:  VALERIE SHEA, ESQUIRE
Appearing on behalf of the Plaintiff
```



FILED by _____ D.C.
DKTG

MAR 2 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

```
ALLEN, NORTON & BLUE, P.A.
BY:  SUSAN POTTER NORTON, ESQUIRE
Appearing on behalf of the Defendant



              -------------------------------

                        DEPOSITION

                           OF

                    TRACEY DICKENSON

              -------------------------------
```

1                    I N D E X

2                                                Page

3    DIRECT EXAMINATION                           3
     BY VALERIE SHEA, ESQ.
4    Heinrich, Gordon, Hargrove, Weihe & James, P.A.
     500 East Broward Blvd. - Suite 1000
5    Fort Lauderdale, FL   33394

6

7
                      E X H I B I T S
8
                                       MARKED FOR
9                                      IDENTIFICATION

10   Plaintiff's Exhibit 47                76

11   Plaintiff's Exhibit 48                81

12   Plaintiff's Exhibit 49                83

13   Plaintiff's Exhibit 50               107

14

15

16

17

18

19

20

21

22          (Exhibits retained by Attorney Shea.)

23

24

25

                DOWNTOWN REPORTING     (954) 522-3376

```
 1            Deposition of TRACEY DICKENSON, a witness
 2   of lawful age, taken by the Plaintiff for the
 3   purpose of discovery and for use as evidence in the
 4   above-entitled cause, wherein PATRICK SCOTT MAJOR is
 5   the Plaintiff, and AMERIJET INTERNATIONAL, INC. is
 6   the Defendant, pending In The United States District
 7   Court, In The Southern District Of Florida, pursuant
 8   to notice heretofore filed, before BEVERLY J. GRAMM,
 9   Registered Professional Reporter and Notary Public
10   in and for the State of Florida at Large, at the
11   offices of Heinrich, Gordon, Hargrove, Weihe &
12   James, P.A., 500 East Broward Boulevard, Suite 1000,
13   Fort Lauderdale, Florida, on the 13th day of
14   February, 2001, commencing at 1:25 o'clock p.m.
15            - - - - - - - - - - - - - - - - - - - - - - - - - -
16   THEREUPON,
17                      TRACEY DICKENSON
18   a witness named in the notice heretofore filed,
19   being of lawful age, and being first duly sworn in
20   the above cause, testified on his oath as follows:
21                      DIRECT EXAMINATION
22   BY MS. SHEA:
23        Q.   Sir, could you tell us your full name,
24   please?
25        A.   Tracey Allen Dickenson.
```

DOWNTOWN REPORTING    (954) 522-3376

```
 1              Q.   And what's your date of birth?

 2              A.   4/21/1964.

 3              Q.   And do you work?

 4              A.   Yes.

 5              Q.   Who do you work for?

 6              A.   Amerijet International.

 7              Q.   How long have you worked for them?

 8              A.   It will be six years in April.

 9              Q.   And what do you do for them?

10              A.   I'm a line captain, check airman as well.

11              Q.   And can you give me an overview of your

12    work experience before you came to Amerijet?

13              A.   I was a mechanic, corporate pilot.  I

14    worked as -- at a repair station as well.

15              Q.   All here in the Fort Lauderdale area?

16              A.   No.

17              Q.   Where are you from?

18              A.   Most of that was out of Winter Haven,

19    Florida.

20              Q.   What position did you start with at

21    Amerijet?

22              A.   Flight engineer.

23              Q.   Flight engineer.

24              A.   Flight engineer.

25              Q.   And when was that?
```

```
 1              A.    Ground school started February of '95 and
 2    I was on line April of '95.
 3              Q.    Ed Cook hired you?
 4              A.    Yes.
 5              Q.    Were you based in Fort Lauderdale?
 6              A.    No.  Initial base assignment was Richmond,
 7    Virginia.
 8              Q.    Okay.  When did that change?
 9              A.    It was a month or two afterwards.  It had
10    changed to New Orleans.
11              Q.    Changed to?
12              A.    New Orleans, Louisiana.
13              Q.    And how long did you stay in New Orleans?
14              A.    It would have been approximately I want to
15    say October of '95.
16              Q.    All right.  What happened after that?
17              A.    I was upgraded to first officer.
18              Q.    All right.  And did you relocate at that
19    time?
20              A.    Initially, yes.  To Rochester, New York.
21              Q.    All right.  How long did you stay in
22    Rochester?
23              A.    January '96.
24              Q.    Okay.  You were in three places in one
25    year?
```

6

```
 1            A.    Yes.    I've been all over.
 2            Q.    What happened in January '96?
 3            A.    I went in to the training department and I
 4      was -- started to be an instructor.  Which was
 5      January, February-ish, somewhere around in there.
 6            Q.    All right.  Did that involve relocation?
 7            A.    Yes.
 8            Q.    To where?
 9            A.    Fort Lauderdale.
10            Q.    Are was the training and instruction
11      already in Fort Lauderdale at that time or did you
12      go to Miami first?
13            A.    No.  It was all Fort Lauderdale.  Some
14      stations have always been in Miami, but the ground
15      station has been in Fort Lauderdale.
16            Q.    Okay.  All right.  So you started in the
17      training department as an instructor when you were
18      still a first officer?
19            A.    Yes.
20            Q.    Did you continue flying the line at that
21      time?
22            A.    No, I did not hold a line.  I did go out
23      and fly to stay current.
24            Q.    What would that be, ten hours a month,
25      something like that?
```

```
 1         A.    Whenever they needed somebody.  Or just
 2    enough to go out, when I had time, free time to fly.
 3         Q.    All right.  And how long did you remain
 4    assigned or in the position in the training
 5    department as an instructor after January 1996?
 6         A.    Well, still basically one now.  So I still
 7    can fill those shoes.
 8         Q.    Are you the head of the training
 9    department --
10         A.    No.
11         Q.    -- at Amerijet?
12         A.    I was.
13         Q.    Okay.
14         A.    I was former position.
15         Q.    All right.  When did you hold that
16    position as head of the department?
17         A.    I started '96.
18         Q.    So from January '96 to July 1996 you were
19    an instructor?
20         A.    Right.
21         Q.    Did you have any other positions in the
22    training department?
23         A.    I was ground instructor.  And then, you
24    know, learned the simulator, became a simulator
25    instructor during that time.  And also during that
```

8

```
 1   time became a check engineer, for flight engineer.
 2        Q.   And then in July of 1996 you became
 3   director of training department?
 4        A.   Correct.
 5        Q.   Who trained you to fill that position?
 6        A.   I would say most likely it would have been
 7   Ed Cook and Pete Steele.
 8        Q.   All right.  Were you replacing someone
 9   else?
10        A.   Yes.
11        Q.   Who did you replace?
12        A.   Ray McConnell.
13        Q.   Did he leave the company when you took the
14   position or about the same time?
15        A.   A little before.
16        Q.   All right.  And you remained director of
17   the training department until when?
18        A.   Which would have been 7 of '99.
19        Q.   So for three years.
20        A.   Three years.
21        Q.   And what happened in July of 1999?
22        A.   I was able to go on and be a line holder
23   pilot, captain.
24        Q.   Had you been a first officer until July of
25   1999?
```

9

1          A.    No.   Upgrade was in October of '98 to

2     captain.

3          Q.    Okay.  So you were able to get enough

4     flying time in to qualify for the captain upgrade,

5     although you were mostly training?

6          A.    Um-hum.

7          Q.    You have to answer out loud just for her.

8          A.    Yes.  Yes.  I'm sorry.

9          Q.    What were your hours at the time that you

10    became a captain?  Your flight hours.

11         A.    Total time was right at 5,000 hours.

12    Including flight engineer time.

13         Q.    All right.  Now, in July of 1999, did you

14    relinquish all of your training responsibilities?

15              MS. NORTON:  Object to the form of the

16    question.

17         A.    As far as all, no, not all.

18    BY MS. SHEA:

19         Q.    All right.  What happened in July of 1999

20    when you returned to a line captain, what, if any,

21    continued affiliation did you have with the training

22    department?

23         A.    I continued to be a check airman.  I

24    became a check airman off seat during that time

25    period as director of training to give airplane

DOWNTOWN REPORTING    (954) 522-3376

1    instruction and simulator rides, proficiency check

2    rides and training pilots.

3        Q.    All right.  So you continued doing those

4    functions?

5        A.    Right.

6        Q.    Not just as a check airman but also as an

7    instructor and different things?

8        A.    Right.

9        Q.    But you fly what is it, a regular line?

10       A.    Right.  Right.

11       Q.    Now?

12       A.    A schedule that's given or awarded to me,

13   that I fly.

14       Q.    All right.  And did John Washington

15   replace you as training director?

16       A.    Yes, he did.

17       Q.    Why did you give up the job as training

18   director or move out of that job?

19       A.    Mainly for personal reasons.

20       Q.    Did Amerijet ask you to move out of that

21   position or did you volunteer to move out of that

22   position?

23       A.    I requested to be put back on line.

24       Q.    What, if any, explanation did you give to

25   Amerijet regarding why you wanted to go back on to

1    the line and out of that job?

2         A.    It was mainly a personal decision for my

3    family, for family reasons to do it.

4         Q.    What's your highest educational level that

5    you achieved personally?

6         A.    I have an Associate of Arts degree.

7         Q.    What's that in?

8         A.    General studies.

9         Q.    And where did you go to school for that?

10        A.    Graduated at Polk Community College in

11    Winter Haven, Florida.

12        Q.    When you became director of training

13    department in July 1996, what was your basic scope

14    of responsibilities in that position?

15        A.    I scheduled all forms of training,

16    including recurrent, initial flight engineer.  Even

17    initially that's all I did.  And of course, I

18    administrated the ground school portions as well.

19        Q.    Were you responsible to be sure that all

20    pilots were receiving training as required by the

21    FAA?

22        A.    Would you rephrase that or say that again?

23        Q.    Sure.  Were you responsible for

24    understanding and being sure that Amerijet was in

25    compliance with FAR's regarding pilot training?

1        A.    Um, I followed the guidelines in the

2    training manual that the FAA had approved.

3        Q.    There was already a training manual there

4    for you to take over?

5        A.    Um-hum.  Yes.  Previously approved or

6    approved by the FAA.

7        Q.    All right.  And did you make changes to

8    that training manual in the three years that you had

9    the position?

10       A.    Yes, there were some changes made.

11       Q.    It's a dynamic document, I guess.

12       A.    Right.

13       Q.    That replaced things?

14       A.    Continually grows.

15       Q.    It gets bigger?

16       A.    It changes.  Sometimes -- it doesn't grow,

17   it just changes.

18       Q.    Were you responsible for maintaining the

19   training records of the pilots?

20       A.    Yes.

21       Q.    And did you have assistance in doing that?

22       A.    Yes.

23       Q.    What kind of staff did you have in that

24   training department?

25       A.    Well, the assistance would have been

 1    either me or Pete Steele would have made sure the
 2    records were complete.
 3         Q.   Okay.  Was there any staff dedicated to
 4    the training department, besides yourself?
 5         A.   It was about -- I was basically the only
 6    instructor there until -- I've got to think when
 7    that was.  The first of '97, I believe.  I don't
 8    know when we hired another instructor.  Somewhere in
 9    that time we did hire another instructor.  And then
10    shortly after that we hired another instructor.
11         Q.   You're differentiating instructors and
12    check airmen; correct?
13         A.   Right.  Yes, there is a difference.
14         Q.   Okay.  Did you administer or supervise, if
15    you will, the check airman program at Amerijet?
16         A.   Did I administer or see over?
17         Q.   Did -- well, did they report to you?
18         A.   No.
19         Q.   Okay.  Who did they report to?
20         A.   They report to -- I've got to think of the
21    line of authority.  I believe it's the chief pilot.
22         Q.   All right.  You would have at some times a
23    hundred or more flight crew to supervise the
24    training for; is that right?
25         A.   Yeah.  There was at one time over a

1    hundred crew members.

2         Q.    Okay.  And everybody needs recurrent

3    training?

4         A.    Correct.

5         Q.    Is that annual?

6         A.    That's annual.

7         Q.    Okay.  Is that 40 hours of ground school

8    every year?

9         A.    Um, the basic curriculum requires 40 hours

10    and then there are additional requirements that have

11    to be met as well.  Which is, off the top of my

12    head, is Haz Mat, cold weather.  Haz Mat is

13    hazardous materials.

14         Q.    Right.

15         A.    There's something else, one or two.  I

16    can't remember off the top of my head.

17         Q.    All right.  But basically any flight crew

18    member in any of the three positions would have

19    recurrent training every year, ground school?

20         A.    Um-hum.  Yes.

21         Q.    And then they would have a proficiency

22    check?

23         A.    Yes.

24         Q.    That's done by a check airman in the

25    cockpit?

```
 1          A.    That would be done by a check airman in a
 2   simulator.
 3          Q.    In a simulator.
 4          A.    Yes.
 5          Q.    All right.  And then captains get certain
 6   checks in terms of a line check; is that right?
 7          A.    That's correct.  Captains receive
 8   simulator checks every six months.  And along with
 9   the recurrent training, an annual line check which
10   is in the air.
11          Q.    Okay.  Was your department required by the
12   FAA to generate and maintain documents that would
13   show that pilots had received the required training?
14          A.    Yes.
15          Q.    Okay.  And did you undertake to do that
16   while you were training department director?
17          A.    Yes.
18          Q.    Were proficiency checks part of training
19   records -- I'm sorry, strike the question.  Are you
20   familiar with the form called a proficiency report?
21          A.    Yes.
22          Q.    Okay.  Were those part of the official
23   training records of the company?
24          A.    Yes and no.
25          Q.    Okay.  Let me be more direct.  I'm trying
```

1    to figure out what -- --

2         A.    They were not required by the FAA for

3    first officers.

4         Q.    What would be in a pilot's training

5    records file at Amerijet?  The file that you

6    maintained as opposed to whatever human resources

7    might have on them.

8         A.    Um, all of his background material, which

9    would be pilot's licenses, medicals, passport.  All

10    of his ground school certificates, simulator

11    training forms, any aircraft training that was done,

12    and proficiency check forms.  If I didn't say that

13    already, that would be done, simulator, and then for

14    captains would be line checks.

15         Q.    Were the training records that you

16    maintained subject to the pilot records improvement

17    act?  Were they records that were required to be

18    maintained for a certain period of time and --

19         A.    I think so.  Yes.  I would say they are,

20    yes.

21         Q.    Okay.

22         A.    If you requested those, then yes, those

23    would -- what would be requested and given.

24         Q.    Okay.  During the time that you were

25    director of training, did Amerijet offer any

1    opportunities to first officers to upgrade to the

2    position of captain?

3        A.    Yes.

4        Q.    As director of training, were you involved

5    in the decision-making process that would identify

6    how many such positions might be available or

7    basically what the company's needs were?

8        A.    No.

9        Q.    How would it be conveyed to you and what,

10    if anything, would you do in response to being

11    informed that there were openings?

12        A.    Well, they would inform me they wanted to

13    have so many crew members, and I would schedule

14    instructors and classrooms and simulator time as

15    well.

16        Q.    Okay.  How would candidates be identified

17    from among the first officers?

18        A.    How would they be identified?

19        Q.    Right.  If there were opportunities for

20    upgrade to captain within the company, and it may

21    have changed over the three years that you held the

22    position.  But starting when you first assumed that

23    position in July of 1996, were there any procedures

24    or policies regarding upgrade?

25        A.    If I remember right, initially, it was to

```
 1   petition the chief pilot.
 2        Q.    I'm sorry?
 3        A.    Petition the chief pilot.  Just went in
 4   and told the chief pilot I want to do that.
 5        Q.    Okay.  It's pretty informal.
 6        A.    Yeah.  Very informal at that point.  It
 7   became more formal as time went on.
 8        Q.    Okay.  Can you describe that?  Did you
 9   spearhead that or were you responsible for that?
10        A.    No.
11        Q.    What caused it to become more formal?
12        A.    I guess there was more people involved to
13   be upgraded and there were just more people wanted
14   to upgrade, so they got human resources involved, to
15   help out.
16        Q.    Okay.  Is there a person that you're
17   thinking of in terms of human resources that became
18   involved in that effort?
19        A.    I -- I don't know who it was.
20        Q.    Okay.  Did you have any role in trying to
21   standardize criteria or qualifications for upgrade?
22        A.    No.
23        Q.    Back when you first started as director of
24   training, was seniority a factor or consideration
25   for upgrade?
```

1        A.    It was a consideration.

2        Q.    Among others, or was it a dominant

3    consideration if you know?

4        A.    It was one of the considerations, but

5    not -- seniority didn't -- seniority was a

6    consideration, but it then became the next priority

7    was each individual's qualifications.

8        Q.    Okay.  Did that change at all over the

9    three years that you were director of training?  Did

10    seniority or qualifications become more or less

11    dominant?

12            MS. NORTON:  Object to the form of the

13    question.

14        A.    I don't think so.

15    BY MS. SHEA:

16        Q.    Was there a time during your tenure as

17    director of training at Amerijet when unions were

18    seeking to mobilize or unionize the pilots at the

19    company?

20        A.    Yes.  There's been times, yes.

21        Q.    Some of those times while were you

22    training director; is that right?

23        A.    That's correct.  That's correct.

24        Q.    Did you -- strike the question.  Were you

25    aware of management's feelings about unions coming

1    in, were they for them or against them?

2        A.    I was aware of their feelings for them.

3        Q.    They were against them?

4        A.    And they were against the unions.

5        Q.    As part of their opposition to unions, did

6    they -- did management direct you or did you

7    undertake to standardize the upgrade process in a

8    more -- in a way that's more consistent with --

9        A.    Uh-uh.  No.

10        Q.    -- with important union issues?

11        A.    No.

12        Q.    That wasn't something you thought about?

13        A.    That's not something I dealt with.

14        Q.    Okay.  So when you say seniority and

15    qualifications, seniority refers to length of time

16    at Amerijet?

17        A.    Right.

18        Q.    Okay.  And qualifications, what would that

19    refer to?  What did that encompass?

20        A.    Certificates, ratings held by the

21    individuals, flight times, performance.

22        Q.    All right.  And you mentioned the records

23    that are in the training files.  Would those be the

24    records from which one would determine a candidate's

25    qualifications?

1          A.    There was a resume that was initially

2    enclosed with those, but it would have to be

3    updated, you know.  It could be -- a guy could have

4    been there four years and there would be no resume.

5    He would have to update.  That was part of the

6    process of going in and initially petition was to

7    show your qualifications at that time, at the

8    present day.

9          Q.    Again, translating things like

10   certification, ratings, hours of flight, et cetera?

11         A.    Right.

12         Q.    All right.  And flight time should be

13   documented in the training records; correct?

14         A.    No.

15         Q.    Okay.  Where would those be documented?

16         A.    Individual's pilot logbooks.

17         Q.    I'm sorry, pilot logbooks?

18         A.    Logbooks.

19         Q.    And when you say performance, that would

20   refer to the results of training and proficiency

21   assessments that would be reflected in the training

22   records?

23         A.    To a certain extent, yes.

24         Q.    Okay.  To the extent that's not correct,

25   what do you have in mind?

1    A.    Well, satisfactory is -- we knew was

2    completed satisfactorily.  It may not have been

3    completed to the highest standards possible, but

4    yet, it met the minimum criteria to pass.

5    Q.    Right.

6    A.    So sometimes it doesn't, you know.  It's

7    like a C to a C, it's a pass.  How was it, an A or a

8    C.

9    Q.    Right.

10    A.    It becomes -- in the FAA's eyes it was

11    satisfactory.  And that becomes the person

12    evaluating whether or not how well they performed.

13    Q.    Okay.  But they have an opportunity to

14    make those observations or comments in the

15    proficiency check forms; correct?

16    A.    Yes, there is a comment section if they

17    would like to give comments.  Most of the time it

18    would be done in a debrief, post session debrief.

19    Q.    Let me show you a document that was

20    previously marked at a prior deposition as Exhibit

21    29, Plaintiff's Exhibit 29.  Take a minute and tell

22    me if you recognize that.

23    A.    Um-hum.

24    Q.    You have to answer yes.

25    A.    Yes.  I'm sorry.

1        Q.    What is Exhibit 29?

2        A.    This was a minimum qualification form for

3    upgrade to either captain or first officer that was

4    put out I believe -- I believe he could have got it

5    through the human resources department.

6        Q.    All right.  Did this -- it's actually

7    called job opportunity bulletin; correct?

8        A.    Right.

9        Q.    Is there a reason why you called it a

10   minimum qualification form?

11       A.    Because that's why guys got it, to see if

12   they met the minimum qualifications to make the

13   next -- make the upgrade.

14       Q.    All right.  But it was to inform people of

15   an opportunity, but also, what the minimum

16   qualifications were?

17       A.    Right.

18       Q.    All right.  So if I understood your prior

19   testimony, you weren't involved in deciding, for

20   example, there were three available positions for

21   captain or six for first officer?

22       A.    That's correct.  I did not have anything

23   to do with that.

24       Q.    Okay.  And did the training department put

25   this document out?

```
 1          A.    No.

 2          Q.    Okay.  What department put this document

 3    out?

 4          A.    I would -- it was probably -- well, it

 5    was.  I'm sure it was the chief pilot as office in

 6    human resources department were together on

 7    publishing this particular job opportunity bulletin.

 8          Q.    All right.  Would you contribute the

 9    minimum qualifications?  Who would decide what those

10    would be?

11          A.    More or less, I would suspect it's

12    probably insurance qualifications.  Minimum number

13    of hours the insurance will insure you in the

14    aircraft.

15          Q.    Okay.  So you don't know whether you

16    contributed those or not to this type of bulletin?

17          A.    I had nothing to do with it.  I thought

18    that's what you asked, was what the hours were.

19    That's what the hours were, from what I understood,

20    was that they were minimum qualifications for

21    insurance purposes.

22          Q.    Where it says minimum qualifications,

23    captains only, ATP or ATP written, what's that?

24          A.    The -- well, first you have to get an ATP

25    written exam and you must pass that.  And the ATP is
```

1  the airline transport pilot rating. And you have to

2  go out and prove maneuvers in a high performance

3  move and aircraft.

4        And in this case all you had to do is have

5  the ATP, which is the airline transport pilot

6  written test, to get that certificate the same time

7  as you got your type rating simulator.

8     Q.   When it states here, for example, in the

9  first paragraph under the qualifications section,

10  all qualified flight crew members may bid for any

11  open position.

12        That would mean those possessing the

13  minimum qualifications; is that correct?

14     A.   What's --

15     Q.   In the first paragraph there?

16     A.   All qualified flight crew members may bid

17  for any open position, yes.

18     Q.   That would mean people who met the minimum

19  qualifications.

20     A.   Right.

21     Q.   All right. Qualified --

22     A.   That's correct.

23     Q.   Qualified candidates will be selected in

24  order of criteria. Does that mean all -- all people

25  meeting the minimum qualifications, they will be

 1  selected in order of seniority.  I'm sorry, I read

 2  that wrong.

 3      A.    All qualified candidates will be selected

 4  in order of seniority, period.  Before being

 5  selected, all qualified must pass a preupgrade

 6  written exam, inclusive to the current position.

 7      Q.    Can you explain that to me?

 8      A.    Well, if you meet the minimum

 9  qualifications, then you would be selected in order

10  of seniority based upon that.  You may have a guy

11  that's number three seniority in that position and a

12  number seven in that position and, you know, and so

13  forth.

14          And they would be based upon those

15  numbers.  Number three obviously would get a first

16  chance to be selected.

17      Q.    All right.  In terms of the -- you see on

18  the, lower down on the form there's provisions in

19  here about if someone fails training they may have

20  to wait longer, et cetera.

21          Did you as the training department

22  director generate those conditions or did that,

23  again, come from the chief pilot or elsewhere?

24      A.    It came from elsewhere.  I don't know if

25  the chief pilot did or not.  That had been in place

1    since I was -- since I worked there.

2        Q.    Oh, okay.    Thank you.    I'll take that

3    back.    That bulletin states, enclosed is a bid form

4    for upgrade positions that are available at this

5    time.    Where would those bid forms go?    Did those

6    come to you as training director or did they go

7    somewhere else?

8        A.    I believe they went to the HR.

9        Q.    When would you become -- when did you

10    become involved in terms of if we assume this date's

11    correct, of May 1998, at what point following the

12    job opportunity bulletin would you and the training

13    department become involved?

14              MS. NORTON:    Object to the form of the

15    question.

16        A.    Involved in what?

17    BY MS. SHEA:

18        Q.    With any aspect of the upgrade process.

19              MS. NORTON:    Object to the form of the

20    question.

21              THE WITNESS:    Do you want me to answer?

22              MS. NORTON:    Oh, yes.    Sorry.

23              THE WITNESS:    We're both all looking at

24    each other and nobody's talking.    As far as when I

25    became involved in training somebody at the point

DOWNTOWN REPORTING    (954) 522-3376

1   where the decision, which I did not make, was made

2   to upgrade that person.

3   BY MS. SHEA:

4        Q.    All right.  Let me -- I think I've got an

5   answer.  I probably didn't ask a very good question.

6   Assuming that a number of upgrade bid forms were

7   submitted to someone, not you, did you play any role

8   in selecting who the upgrade candidates would be?

9        A.    No.

10       Q.    As director of training, you were not

11  involved in that decision-making process.

12       A.    (Witness shakes head.)

13       Q.    All right.  Do you know who was?

14       A.    Um, I would say the chief pilot's office

15  probably had more to do with it than any other --

16  anybody else.

17       Q.    All right.  And I take it you would become

18  involved in terms of training responsibilities for

19  persons who were successful in their upgrade bids;

20  is that right?

21       A.    Yes.

22       Q.    Do you recall whether in response to this

23  job opportunity bulletin of May 1998, Pat Major

24  became an upgrade candidate?

25       A.    At some point, yes, I remember his name

1  had come through.

2      Q.  Okay.  Upon having upgrade candidates

3  being identified to you, what, if any,

4  responsibilities did you have to undertake as

5  director of training to be sure that they did

6  receive training?

7         Let me reask that question.  As director

8  of training in 1998, what was it that you had to do

9  with respect to captain candidates, upgrade captain

10  candidates?

11      A.  Um, scheduled classroom time and

12  instructors.  And some instruction may have been

13  done by myself as well and scheduled simulator time

14  and also schedule Federal Aviation Administration in

15  regard -- if they needed checks or not.  If they

16  needed, you know, I -- an FAA or sim check or both.

17      Q.  How would you determine what training an

18  individual candidate for captain needed back in that

19  time frame?

20      MS. NORTON:  Object to the form of the

21  question.  If you understand it, answer it.

22      A.  It was mandated by the training manual.

23  BY MS. SHEA:

24      Q.  You just followed the training manual?

25      A.  Um-hum.

1      Q.    You have to answer out loud.

2      A.    Yes.  I followed the training manual as

3    prescribed and approved by the FAA.

4      Q.    So that would include a ground school

5    component?

6      A.    Um-hum.

7            MS. NORTON:  You have to answer out loud.

8      A.    Yes.

9    BY MS. SHEA:

10     Q.    And simulator time?

11     A.    I'm sorry?

12     Q.    Simulator time.

13     A.    Simulator time was also, yes, documented

14   and followed as a curriculum.

15     Q.    Okay.  And the FAA oral, was that mandated

16   by the training manual?

17     A.    That depends.

18     Q.    On?

19     A.    Whether or not the person held a type

20   rating in the aircraft.

21     Q.    If they didn't have a type rating, they

22   had to have an FAA oral?

23     A.    That's correct.

24     Q.    And would there be any special review

25   instruction or training or preparation that Amerijet

```
 1   would offer to those individuals that Amerijet was

 2   sponsoring for an FAA type rating?

 3        A.   As far as -- I'm sorry.  One more time.

 4        Q.   You said it depended on whether they

 5   already had a type rating.

 6        A.   Right.

 7        Q.   Am I correct?

 8        A.   Right.

 9        Q.   So if they didn't already have a type

10   rating, then Amerijet would sponsor them --

11        A.   Right.

12        Q.   -- to the FAA; correct?

13        A.   Right.  That's correct.

14        Q.   Did that typically involve any special

15   preparation or training before Amerijet would be

16   that sponsor?

17        A.   Yes.

18        Q.   What did that consist of?

19        A.   It varied with the individual and with

20   what particular rating was being sought for flight

21   engineers, we gave a lot more because they had never

22   seen it before.

23        Q.   All right.  Other than seeing it vary with

24   the individual, is there anything you can say about

25   what the preparation for the -- for an FAA oral
```

1    would have consisted of for a captain candidate?

2    A.    A lot of the ground school is a review of

3    what goes on as well.  And depending on how many sim

4    sessions he had, it would have been, you know, in

5    the sim sessions as a review.  Captains were

6    required to do more of it on their own.

7    Q.    Was that a written requirement?

8    A.    No.  You could sponsor yourself pretty

9    much for the ATP and a rating if you wanted to, but

10   it's not normally done.

11   Q.    So was it typical that before Amerijet

12   would sponsor a captain candidate for an FAA oral,

13   that they would do some amount of review, prereview?

14   A.    It was basically, you know, make sure you

15   know all this and any questions.

16   Q.    Did you do some of those reviews yourself?

17   A.    Yes.

18   Q.    And did others in the training department?

19   A.    Yes.

20   Q.    Would it be typical or common for you to

21   devote about a day to that type of review or

22   preparation?

23         MS. NORTON:  Object to the form of the

24   question.

25   A.    There is no -- there's no requirement for

```
 1   any time length.
 2   BY MS. SHEA:
 3      Q.   That really wasn't my question.  I was
 4   just saying if you knew that you were doing that
 5   type of training, would it be typical or common to
 6   set aside a day or most of the day for that
 7   particular type of review or training?
 8           MS. NORTON:  Object to the form of the
 9   question.
10      A.   Yes, there's no requirement to set any
11   time alone or separate.  There's no requirement at
12   all to set down and --
13   BY MS. SHEA:
14      Q.   Right.  My question has nothing to do with
15   requirement, sir.  I was just asking about as a
16   practice at Amerijet, being that Amerijet sponsors
17   candidates for FAA orals to get their type ratings,
18   did you have something that was typical or common in
19   terms of how much time you would plan to set aside
20   to be -- to make yourself available to someone for
21   that type of preparation?
22           MS. NORTON:  Object to the form of the
23   question.
24      A.   I don't have an answer to that one.  I
25   don't know how to answer that question.  I'd
```

1    speculate on that part.

2    BY MS. SHEA:

3        Q.   All right.  Have you prepared captain

4    candidates for FAA orals?

5        A.   Yes.  Yes.

6        Q.   Apart from ground school, apart from sim

7    sessions, sat down and done some type of review with

8    preoral candidates, you've done that?

9        A.   Right.

10        Q.   You've done that on a number of occasions?

11        A.   Right.

12        Q.   It can take several hours?

13        A.   With captain candidates it's -- we want

14    them to be able to do it on their own because

15    they're going to be up there by themselves.  And

16    they've got to be a self-starter themselves.

17        Q.   I understand all that.  My question is, is

18    that something that may take several hours as you've

19    done it in the past?

20            MS. NORTON:  For captains, is that your

21    question?

22        A.   For captains.

23    BY MS. SHEA:

24        Q.   Yes.  The amount of time that you've

25    typically or commonly spent with people in that

```
 1  situation.
 2       A.    Depending on the individual.  Sometimes
 3  it's a half hour to an hour, sometimes it's a couple
 4  hours.  Depending on --
 5       Q.    Sometimes it could be the better part of a
 6  day?
 7       A.    No.
 8       Q.    Okay.  That would not be typical?
 9       A.    That would not be typical.
10       Q.    As I understand it, the FAA oral exam
11  itself is pretty comprehensive; correct?
12       A.    In regards to the aircraft, yes.
13       Q.    I mean, it can go on two hours itself;
14  right?
15       A.    Normally it's two hours.  If it's going
16  longer than that, it won't go much longer than two
17  hours.
18       Q.    So if you're undertaking to review with
19  someone to make sure they're prepared, you're not
20  going to be perfunctory about it, you're going to
21  try to go through the material with them; correct?
22            MS. NORTON:  Object to the form of the
23  question.
24       A.    They should already know that.
25  BY MS. SHEA:
```

1          Q.    Right.  But the purpose of the review is

2     to go through the material and make sure that they

3     know it?

4          A.    They went through the review in the ground

5     school, through all the systems.  And that's review

6     enough.

7          Q.    Okay.  So there's -- that's not what my

8     question is.  I thought we agreed that you did

9     typically meet with people before they go to the

10    FAA.

11         A.    Yes, I said that.

12         Q.    They're going to have a two hour exam

13    that's pretty involved, they should know it.

14         A.    Yes.

15         Q.    But you're going to take enough time with

16    those people to make sure that you feel comfortable

17    that they know; right?

18         A.    Yes.

19         Q.    And it's typically going to take several

20    hours, I would think.

21              MS. NORTON:  Asked and answered.

22         A.    There no finite time to sit down and say

23    how much each one was given.

24    BY MS. SHEA:

25         Q.    But it would be more than perfunctory,

```
 1    you'd really want to go through the material with
 2    them?
 3              MS. NORTON:  Asked and answered.
 4         A.   They should already know the material by
 5    this point in their career.
 6    BY MS. SHEA:
 7         Q.   But you wouldn't schedule this for ten
 8    minutes just to be perfunctory about it; right?
 9              MS. NORTON:  Object to the form of the
10    question.
11    BY MS. SHEA:
12         Q.   I mean you're not -- you want to ensure --
13              MS. NORTON:  He's asked and answered the
14    question.  You're just trying to put words in his
15    mouth.
16         A.   Every person we put through, you know, I
17    mean if anybody fails anything, it looks bad on my
18    part.  And I don't want to put anybody through, you
19    know.
20    BY MS. SHEA:
21         Q.   Right.  So --
22         A.   But on the other hand, they should already
23    know it.  They've been there, in most cases, many
24    years.  And this should be a simple review.
25         Q.   Okay.
```

```
 1         A.    It should not be something that they
 2    really, really have to sit down and study and study
 3    and study.
 4         Q.    Right.  I understand that.  Nobody's -- I
 5    certainly didn't suggest that that was the case.
 6    But do instructors at Amerijet have a responsibility
 7    to assess the knowledge level of a captain candidate
 8    before they recommend them for an oral exam with the
 9    FAA?
10         A.    Depending on their qualifications and who
11    it is.
12         Q.    So --
13         A.    If it was in my case to a captain
14    candidate, yes.  If it was to a lower instructor, he
15    cannot recommend because he's not qualified himself.
16         Q.    Okay.
17         A.    To recommend.  Although he can teach
18    ground school.
19         Q.    Right.
20         A.    Which he is approved to do.
21         Q.    I'm not asking you about instructors, I'm
22    talking about if you're putting someone up to the
23    FAA --
24         A.    You said instructor.
25         Q.    No.  I said does an instructor who's
```

```
 1  sponsoring somebody to be a captain candidate to an
 2  FAA oral have a responsibility to ensure themselves
 3  that that person is fully prepared for the oral
 4  before they present them to the FAA?
 5      A.   Yeah.
 6      Q.   Okay.  And sometimes you can do that in a
 7  very short period of time, but if not, you're going
 8  to spend as long as it takes to make sure they
 9  understand that material; correct?
10           MS. NORTON:  Object to the form of the
11  question.
12      A.   You can't spend as long as it takes.  You
13  may not have enough time.
14  BY MS. SHEA:
15      Q.   Have you ever set a day aside for pre-FAA
16  oral review for upgrade candidates and done several
17  at the same time?
18      A.   I have done many days for flight
19  engineers.
20      Q.   That wasn't my question.  That it was for
21  captain candidates.
22      A.   No.  Not for captain, no.
23      Q.   Okay.  You've never set a day aside and
24  had a classroom situation with several candidates to
25  review for the FAA?
```

```
 1          A.    No.
 2          Q.    All right.  And --
 3          A.    It's more of a prep on what to expect.
 4          Q.    Right.
 5          A.    But at this point in time, I can't -- I
 6   couldn't cram all that information in their head in
 7   a short period of time.
 8          Q.    You said you became aware that Pat Major
 9   became a captain candidate in mid 1998; is that
10   right?
11          A.    I believe that to be correct.  I know he
12   was -- the dates may be off.  If you say they were,
13   I will agree with that.
14          Q.    All right.  What training did you
15   undertake, you or your department, undertake of Pat
16   Major to qualify him as a captain candidate?
17          A.    Well, he went through the ground school
18   curriculum and he had been in some simulator
19   sessions and he had even got some freebies in
20   sessions.  Basically, he supported some sim sessions
21   for his extra -- for extra time.
22          Q.    All right.  Did you sponsor him to the FAA
23   for the oral exam?
24          A.    No.
25          Q.    Who did?
```

1          A.    Pete Steele.

2          Q.    Okay.  Did you have a preoral exam review

3    with Pat Major?

4          A.    He sat in on a flight engineer oral prep a

5    day or two, I don't know exact dates, but he did sit

6    in with it prior to his taking the oral, in which he

7    participated and was welcome to participate.

8          Q.    All right.  And did you give independent

9    evaluation based on his having sat in on a flight

10   engineer's review that he was fully prepared to take

11   the FAA oral exam?

12               MS. NORTON:  Object to the form of the

13   question.  If you understand it, answer it.  If you

14   don't --

15         A.    No.  I'm thinking about it, but -- did I

16   form an opinion?  You asked me if I formed an

17   opinion?

18   BY MS. SHEA:

19         Q.    Right.  Right.

20         A.    At that time.

21         Q.    Yes.

22         A.    I'm sure I had.

23         Q.    Did you tell Pete Steele this fellow is

24   ready for the FAA oral?

25         A.    I don't recall if I said that or not.

```
 1          Q.   What was the basis on which Pete Steele
 2    sponsored him to the FAA?  What did he rely upon in
 3    doing that?  I haven't had a chance to take his
 4    deposition yet so --
 5          A.   I don't know.  I guess because he's been
 6    to the training program.  He'd been through the
 7    ground school and sim sessions.
 8          Q.   If Pete Steele said he relied on you,
 9    would you accept that?
10          MS. NORTON:   Object to the form of the
11    question.  You can't ask on speculation what might
12    be happening.
13          A.   I don't know what Pete did.
14    BY MS. SHEA:
15          Q.   All right.  You --
16          A.   I remember talking to Pete, saying that I
17    was not -- I was out in Miami, that Pat would need
18    to be signed off to take the oral.
19          Q.   All right.  And Pete's response was?
20          A.   I don't recall what his response was.
21          Q.   All right.  When you say you weren't
22    available, what happened?
23          A.   I was in the sim.  I was giving sim
24    instruction.
25          Q.   All right.  Did there come a time when you
```

```
 1    learned that Pat's oral examination had been
 2    discontinued at the FAA?
 3        A.   Yes.
 4        Q.   And how did you learn that?
 5        A.   Via phone.  I was out.  Of the sim session
 6    and I checked in to the office.  I don't know who
 7    I -- I can't be positive who I heard it from.
 8        Q.   All right.  You don't remember who called
 9    you?
10        A.   Oh, I called the office.
11        Q.   Okay.
12        A.   And was checking in.  And that's what was
13    told to me.
14        Q.   All right.  So you weren't at Amerijet's
15    office at the time that that occurred.
16        A.   No.
17        Q.   Did you participate in any meetings or
18    discussions about that subject matter after you
19    heard about it?
20             MS. NORTON:  Object to the form of the
21    question.
22        A.   Not that day, that I remember.
23    BY MS. SHEA:
24        Q.   What meetings, if any, or discussions
25    about this situation did you participate in?
```

```
 1    Whether they were that day or not.
 2        A.    It would have been a day or two, three
 3    later.
 4        Q.    Okay.  And who did you discuss this
 5    situation with?
 6        A.    Well, it was -- it was in a group
 7    discussion with Pete Steele, Ed Cook and John
 8    Moktadire.
 9        Q.    Why was John Moktadire included?
10        A.    Because he's been an instructor and he was
11    a check engineer at the time.
12        Q.    The people at the meeting were pretty
13    upset?
14              MS. NORTON:  Object to the form of the
15    question.  You can answer it.
16    BY MS. SHEA:
17        Q.    Were the people at the meeting upset?
18        A.    Not all.
19        Q.    Okay.  Who was?
20        A.    It would have been Pat Major and Ed Cook.
21        Q.    You hadn't mentioned Pat before.  Pat was
22    at this meeting too?
23        A.    Oh, I'm sorry.  Yes.  He was in that same
24    meeting.  I thought I included him.  I said
25    everybody else.  I'm sorry.
```

```
 1          Q.   Before the meeting with Pat where Pat was
 2     present, what, if any, internal discussions were you
 3     part of concerning what had happened with Pat's oral
 4     at the FAA?
 5          A.   Well, prior to that we had done a
 6     company -- what's the right word, it was a -- I'm
 7     trying to find the word to say -- we had gone in and
 8     given an oral exam as far as the company, to
 9     evaluate where he stood at the time to take another
10     oral with the FAA.
11          Q.   All right.  Did you do that yourself?
12          A.   I participated in it, yes.
13          Q.   Along with who else?
14          A.   Ed Cook, John Moktadire and Pat Major was
15     there.
16          Q.   All right.  Well, before you even did the
17     oral with Pat, what, if any, internal discussions
18     did you participate in with respect to the word from
19     the FAA that the oral had been discontinued?
20          A.   I don't recall.  I don't recall any.  What
21     I did at that time, I don't know.
22          Q.   Was there any discussion of eliminating
23     Pat from the upgrade pipeline, if you will?
24               MS. NORTON:  Object to the form of the
25     question.
```

1          A.    He -- I'm sure there was some talk or

2    question of what to do next with him, what training

3    are we going to do next.  I mean, you know, when

4    somebody fails something, there's always going to be

5    a question of whether or not, you know, because

6    we're going to get in more trouble if we do it

7    twice, flunk twice.

8          So I'm sure there was a discussion like

9    that, but it was based on how are we going to train

10   them, what are we going to do type scenario with Mr.

11   Major.

12   BY MS. SHEA:

13        Q.    Was there any discussion of just saying

14   why don't we just tell Pat we're sorry, we know the

15   FAA didn't pink slip you, but as far as we're

16   concerned, this is a failure, you're not eligible

17   anymore to be a captain?

18        A.    No, I don't recall anything like that.

19        Q.    That was not discussed.  The whole

20   discussions that you are aware of and the tenor of

21   them was to get him adequately trained so there

22   would not be a repeat problem?

23        A.    Right.  Right.

24        Q.    The company was still a hundred percent

25   behind his candidacy?

DOWNTOWN REPORTING    (954) 522-3376

```
 1        A.    Yes.
 2              MS. NORTON:    Object to the form of the
 3    question.
 4    BY MS. SHEA:
 5        Q.    And when you say a second failure, you are
 6    aware that Pat did not fail the FAA oral exam;
 7    correct?
 8        A.    Yes, it was discontinued.
 9        Q.    Okay.    Which is not a failure.
10        A.    I've never had them discontinued.    Other
11    than Pat Major's.
12        Q.    And the reason it was discontinued was so
13    that it would not be judged as a pass or fail;
14    correct?
15        A.    Which was done at the discretion of the
16    FAA inspector.
17        Q.    Right.    But you would agree that he did
18    not fail the oral.
19        A.    He did not complete it.
20        Q.    Would agree that he did not --
21        A.    Which the FAA, from the letters I saw from
22    Mr. Roseborough, deemed that he considered it a
23    failure even though it was not an official failure.
24        Q.    Well, you operate by records and results;
25    correct?    I mean, if the FAA decides to discontinue
```

```
 1    it, rather, to fail him, you're going to accept
 2    that; right?
 3              MS. NORTON:  Object to the form of the
 4    question.  It's argumentative.
 5         A.   The FAA, our principal operating
 6    inspector, considered that a failure, in writing, to
 7    us.
 8    BY MS. SHEA:
 9         Q.   I'm not asking about Mr. Roseborough, I'm
10    asking about you at Amerijet.  Is it your testimony
11    that you received a letter from John Roseborough
12    that said that Pat Major failed the oral?
13         A.   That he considered it a failure.
14         Q.   All right.  And you'd be able to find that
15    letter for me and show that to me?
16         A.   I -- I guess.  I don't know -- I don't
17    have access to any of those records.  I mean, I'm
18    sure they do.
19         Q.   All right.  So when you got this letter
20    from Roseborough that he's the FAA principal
21    operations inspector, he considers Pat Major to have
22    failed the FAA oral.
23         A.   Um-hum.
24         Q.   You're telling me there was no discussion
25    at all internal to Amerijet about just saying look,
```

1    Pat, we're sorry, you're a nice guy, we gave you

2    your chance, you failed the oral, you're out of the

3    upgrade program, that was never discussed?

4        A.    (Witness shakes head.)

5        Q.    You have to answer out loud.

6        A.    Oh, I'm sorry.  No, that was not

7    discussed.

8        Q.    So you had a hundred percent company

9    support?

10       A.    Yeah.  Yes.

11       Q.    All right.  So then you had -- there was a

12   little mini oral, I guess, that you participated in.

13       A.    Um-hum.

14            MS. NORTON:  Object to the form of the

15   question.

16       A.    It was -- there was a company evaluation

17   that was in the oral format.

18   BY MS. SHEA:

19       Q.    And that was you and Ed Cook?

20       A.    And John Moktadire.

21       Q.    And who came up with that idea of doing

22   this company evaluation?

23       A.    Ed Cook.

24       Q.    Okay.  And what was the purpose of that?

25       A.    To evaluate Pat Major's -- to evaluate a

```
 1    Pat Major for a retry with the FAA oral.
 2        Q.   Okay.  And how did that go?
 3        A.   Not real well.
 4        Q.   So why didn't you discontinue him at that
 5    point?
 6             MS. NORTON:  Object to the form of the
 7    question.
 8        A.   Well, we didn't put him up again for it at
 9    that time.
10    BY MS. SHEA:
11        Q.   All right.  What did you tell Pat?
12        A.   I told, personally, Pat based on what I
13    had asked him and what I felt that at this time he
14    was not ready for -- to be put up for an FAA oral at
15    this time.
16        Q.   All right.  Did you tell him what he'd
17    have to do to be prepared for the FAA oral?
18        A.   At that -- I'm sure I did.  I'm sure I
19    told him what I found deficient.
20        Q.   You did enough of an evaluation to
21    determine deficiency areas?
22        A.   Um-hum.
23        Q.   You have to answer out loud?
24        A.   Yes, I did.
25        Q.   Okay.
```

 1        A.    Sorry.  I'm looking at you.

 2        Q.    Okay.  So you don't recall what you told

 3   Pat was deficient, but you told him some

 4   deficiencies.

 5        A.    There was deficiencies in limitations.

 6   And the phase one items were basically correct, but

 7   not what I would expect for a person to take in a

 8   recheck with the FAA.

 9        Q.    All right.  So what did you -- did you

10   prescribe or offer remedial training or extra

11   training?

12        A.    Prior to that we had given remedial

13   training.

14        Q.    Okay.  And I thought we were doing this

15   chronologically.  So if you jump ahead, let me know.

16        A.    Yeah.  We jumped ahead.  There was --

17   prior to this qualification meeting that we had

18   done, there was time spent with him, with two

19   instructors of mine, Ray Lemus and Tom Bell.  And I

20   can't remember the -- there was two days, I can't

21   say that both days were eight hours, I can't recall.

22   I can't recall how many hours were on there.

23        Q.    So you hear about oral, discontinued, you

24   get that letter from John Roseborough, you decide

25   this candidate needs some extra work, no question of

DOWNTOWN REPORTING    (954) 522-3376

```
 1    flushing him out as a captain candidate; right?

 2         A.   Right.

 3              MS. NORTON:  Object to the form of the

 4    question.

 5    BY MS. SHEA:

 6         Q.   You meet with him originally to do a

 7    little oral of your own?

 8              MS. NORTON:  Object to the form of the

 9    question.

10    BY MS. SHEA:

11         Q.   Right?  Is that the first meeting?

12         A.   With John Moktadire and Ed Cook --

13         Q.   Right.

14         A.   -- it was -- and Pat Major, a meeting to

15    evaluate where he was and whether or not to put him

16    up for another FAA oral.

17         Q.   All right.  And at that meeting you decide

18    that he needs further training.

19         A.   Yes.  In that we weren't ready to put him

20    up again.  At that point we weren't ready to put him

21    up.  We didn't -- we weren't comfortable with

22    putting him up before the FAA.

23         Q.   Okay.  So you decided that this is what I

24    just called remedial training, I don't know whether

25    you'd call it that or not, would take place.
```

1          A.    Say that again.

2          Q.    Is this what I called the remedial

3    training?  I don't know if you'd call it that or

4    not.

5          A.    That's basically what it is.  It's

6    one-on-one.

7          Q.    And that was the training with Ray Lemus

8    and Tom Bell?

9          A.    Right.  That -- the question we just

10   missed, I set that up, is that what you're saying,

11   or --

12              MS. NORTON:  I think she's asking the

13   timing in relationship to the oral exam.

14         A.    That was the day before and that day, if I

15   remember correctly.

16   BY MS. SHEA:

17         Q.    If I knew what that day referred to --

18         A.    The day that we had the oral, the company

19   oral chat with Pat Major, Ed Cook and John

20   Moktadire.

21         Q.    Well, how many of those did you have?

22         A.    One.

23         Q.    All right.  I'm confused.  I thought you

24   said you had the oral exam, then you had a meeting

25   about what remedial training there would need to be.

```
 1        A.    Well, there was, after he had been
 2   dismissed from his oral exam with the FAA, we set up
 3   the extra instructor time with Pat Major.  That
 4   remedial training which you're calling it, which is
 5   fairly accurate, was accomplished.  And then there
 6   was a meeting that was an oral, company oral
 7   qualification, to see where he was at for his FAA
 8   oral.
 9        Q.    All right.  And did you administer that
10   oral exam?
11        A.    More or less, yes.  There was other
12   questions asked of other -- the other two parties.
13        Q.    Okay.  Now, this, again, didn't figure in
14   the training manual, this is just you trying to be
15   comfortable with Pat as a candidate.
16              MS. NORTON:  Object to the form of the
17   question.
18        A.    Um, would you ask that one again?
19   BY MS. SHEA:
20        Q.    Well, you said various people asked
21   various questions.
22        A.    Right.
23        Q.    At this meeting.
24        A.    Right.
25        Q.    It wasn't pursuant to some curriculum or
```

1    some test that's in the training manual, this is

2    just you all trying to gauge whether you were

3    comfortable with Pat to present to the FAA; is that

4    right?

5         MS. NORTON:  Object to the form of the

6    question.

7    A.    I asked questions that were pursuant to

8    what the FAA would ask on their oral.

9    BY MS. SHEA:

10   Q.    All right.  And what other questions were

11   asked?  You said other people asked questions.

12   A.    I know Ed Cook and John Moktadire asked

13   some other system questions, and I'm sure there was

14   other -- I don't recall exactly what they said.  I

15   remember what I said -- asked.

16   Q.    All right.  What was the result of that

17   meeting?

18   A.    Well, I concluded upon what Pat had missed

19   in the limitation section and phase one's that, with

20   the FAA being as close eyed, I guess you might want

21   to call it, in pursuant to Pat, that, you know, you

22   shouldn't miss any anyway.  And without being a

23   hundred percent correct on everything, I wouldn't

24   recommend going up on it, going up for it.

25   Q.    And you felt that he really had enough

1    training and enough chances, and this was all pretty

2    basic stuff, and if he couldn't give you a hundred

3    percent he really didn't deserve to go the FAA for

4    that test?

5         MS. NORTON:  Object to the form of that

6    question.

7         A.   Um, the questions that I asked of every

8    crew member that goes through Amerijet and most of

9    those items are pointed out that you must know

10   these, you know, upon recall, by memory, strictly

11   memory items that you must memorize yourself.  I

12   can't spoon feed you with the specific number.

13   They're here in the book, you've got to memorize

14   them.

15   BY MS. SHEA:

16        Q.   Sort.  All right.  So my question being

17   you felt you asked him really basic things that he

18   didn't know despite remedial training, you -- in

19   your opinion, he was not someone that you wanted to

20   sponsor?

21        A.   At that time.

22        Q.   Right.

23        A.   He needed to work it out himself.

24        Q.   Okay.  But in your opinion, based on your

25   best efforts and the training that you had given,

1    you didn't think he would work it outside; is that

2    fair to say?

3         A.    No.  No.

4         Q.    Okay.

5         A.    Just that he needed his own time to handle

6    it.

7         Q.    All right.  Can you explain that to me, if

8    I feel like this was really basic and he doesn't do

9    it and he hadn't done it?

10         A.    Well, that's time that he has to spend on

11    his own to be able to study for the basic things.

12    That's strictly self study.  I can't teach that,

13    other than tell a person that he has to know that.

14         Q.    Did you make any record of this oral exam

15    that you gave Pat?

16         A.    No.

17         Q.    Do you have any documentation of his

18    results or the questions that were asked?

19         A.    No.

20         Q.    Can you explain why you, the training

21    director, found Pat to be deficient in terms of

22    preparation for his FAA oral exam after the oral

23    exam and not before the oral exam?

24              MS. NORTON:  Object to the form of the

25    question.

1     A.    Maybe Pat was saying the wrong things.  I

2    know Pat was more than studious when he was there.

3    BY MS. SHEA:

4         Q.    Okay.  But isn't this process that you

5    just described really what should have occurred

6    before he was presented to the FAA at all?

7         A.    This was things that he should have known

8    in prior seats, that were before -- before these

9    things he should know when he started here.  You

10    can't put a candidate up to the seat and not have

11    certain minimal expectations.

12         Q.    Right.  I'm just saying that --

13         A.    Which is knowing the airplane already and

14    knowing the basic stuff that you've got to know.

15    You've got to know that, you know.  Minimum

16    qualifications, those times there mean certain

17    things, but they don't always evaluate how that

18    person's going to handle the airplane simulator.

19    Just time doesn't always mean how qualified they

20    really are.

21         Q.    Right.  But I'm just saying, sir, you're

22    the director of training at the time, if things

23    worked like they're supposed to in your department,

24    wouldn't you have somehow identified these

25    deficiencies in Pat's knowledge prior to his being

```
 1    presented to the FAA for the oral exam?

 2         A.    Pat was done no differently than anybody

 3    else at the time that we trained.

 4         Q.    You can't answer my question?

 5         A.    I don't know how to answer your question.

 6    Pat was treated no differently than anybody else

 7    going through training program.

 8         Q.    You agree he deserved to be treated

 9    exactly the same as anybody else; correct?

10         A.    Deserve?

11         Q.    Sure.

12         A.    I guess, yeah.  He was treated equally

13    among his peers.

14         Q.    And nobody should have sent him for an

15    oral with the FAA without signing him up that he was

16    prepared and ready; correct?

17         A.    Nobody should have signed him off unless

18    he was prepared and ready.

19         Q.    Right.

20         A.    Sometimes you -- you never know how a

21    person is going to react under pressure.  You could

22    evaluate him.  He knows his stuff.  He does a fairly

23    good job at it, you're confident.  I've seen it many

24    times.  I can't explain it.

25         Q.    Okay.  My question is real simple.  When
```

1    you did this oral exam with Pat, off the cuff, two

2    months later, whenever it was, three months later?

3         A.    Right.  A week later or so.

4         Q.    A week later.  No documentation of it, no

5    records of it, we'll never know whether you asked

6    him, you decided he was deficient in his knowledge,

7    you didn't conclude that he was extremely well

8    prepared for the FAA oral but cracked under

9    pressure; right?  You just testified that he was

10   deficient.

11        A.    Yes, he was.  And all I said was he needed

12   more time to help himself out.

13        Q.    Right.

14        A.    Something I can't -- I couldn't help him

15   no matter what.  Other than the fact that you need

16   to know this.  Tell him that he needs to know this.

17        Q.    All right.  So my only question to you is

18   if things work like they were supposed to in your

19   department at Amerijet at that time, sir, would not

20   these deficiencies have been identified and

21   prevented him from having been put up to the FAA?

22   Is that not how it should have happened?

23             MS. NORTON:  I think what she's asking you

24   is, is your client an adult where he should know

25   what he needs to know or not, or are you responsible

```
 1   to?
 2              MS. SHEA:  I'm going to move to strike
 3   that because counsel knows that's an outrageous
 4   comment to make on the record.
 5              MS. NORTON:  So is your question.  I mean,
 6   it's ridiculous.
 7              MS. SHEA:  It's so basic, sir, I can't
 8   imagine why we're arguing about this.  Let me ask
 9   you another question, sir.
10   BY MS. SHEA:
11        Q.   This letter that you recall from John
12   Roseborough in which you state that it says that Pat
13   flunked the test, was that letter very critical of
14   your training department?
15        A.   Yes, it was.
16        Q.   Did it talk about mediocrity and poor
17   preparation of the pilot candidates?
18        A.   I guess it did.  I don't really recall.
19        Q.   And did it cause you concern as director
20   of training when you received that letter?
21        A.   Yeah.  Sure.
22        Q.   Not just because your own situation, but
23   feeling that you may have let down pilots that pay
24   Amerijet for training and that rely on Amerijet to
25   help them get proper preparation, did you feel any
```

```
 1    concern or obligation to these candidates?
 2         A.   I feel concern to everyone.  I put my
 3    heart and soul to everyone that goes through that
 4    there.
 5         Q.   Okay.  That's just great.
 6         A.   I can't be perfect.  But I do my part.
 7         Q.   Right.
 8         A.   I was working 70, 80 hours a week doing
 9    that.
10         Q.   Okay.  All right.
11         A.   And you can't help a person to have some
12    amount of professionalism to help everybody else.
13         Q.   All right.  So my only question to you
14    was, and you must have felt really bad when you took
15    Pat on this oral a week or two later and you really
16    felt he was deficient in some things.  If you'd
17    known that before, you wouldn't have allowed him to
18    go to the FAA; right?
19         A.   I didn't know he was deficient at that
20    time.
21         Q.   And did you know he was going to the FAA?
22         A.   Yes.
23         Q.   Okay.  But you didn't have anything to do
24    with that either because you were down in Miami or
25    somewhere?
```

```
 1              MS. NORTON:  Object to the form of the
 2    question.
 3         A.   I'm sure I had scheduled it with the FAA
 4    at that time and Pat had adequate knowledge of when
 5    it was.
 6    BY MS. SHEA:
 7         Q.   Right.  Okay.
 8         A.   He knew it was coming.
 9         Q.   And you made sure that Pete had enough
10    information that he could be comfortable signing Pat
11    off?
12         A.   Yeah.
13         Q.   Okay.  All right.  So when you came to
14    this conclusion that Pat, in his own time, needed to
15    work this out, what does that mean, he was still an
16    officer -- he was still a captain candidate?
17         A.   Yes.  At that time.
18         Q.   Why was he not told at that time, you know
19    what, we're not investing the money in training you,
20    you're out of this program, what you're allowed to
21    do in the job opportunity bulletin?
22              MS. NORTON:  Can we just take a break?
23              (Recess was taken at 2:45 p.m.)
24              (Deposition resumed at 2:50 p.m.)
25    BY MS. SHEA:
```

```
 1          Q.   Is the evaluation that you did with Pat
 2    Major, the oral, the equivalent of what Pete Steele
 3    should have done with Pat Major before sponsoring
 4    him for the FAA oral?
 5          A.   That would be what he would want to do.
 6          Q.   All right.  Now, you're at the point in
 7    time where you've decided that Pat needs to work
 8    this out in his own time.  What did that translate
 9    to, to Pat?  What was Pat told?
10          MS. NORTON:  Object to the form of the
11    question.
12          A.   Well, there was another meeting that went
13    on after that.
14    BY MS. SHEA:
15          Q.   Okay.
16          A.   Which included Mr. Major, myself, John
17    Moktadire, Ed Cook and Pete Steele.
18          Q.   All right.  Time frame?
19          A.   Shortly after the company oral.
20          Q.   All right.  And what was the purpose of
21    that meeting?
22          A.   To discuss with Pat how to proceed.
23          Q.   And what was the result of that meeting?
24          A.   The result of that meeting was that Mr.
25    Major would go back on line as a first officer till
```

```
 1    this next bid period and then approximately 30 days

 2    we would reconvene and discuss how we were going to

 3    proceed with his training.

 4         Q.    All right.  And was Pat agreeable to that?

 5         A.    Everybody left the room amicably.

 6         Q.    All right.  So he was still a captain

 7    candidate.

 8         A.    Yes.

 9         Q.    He was going to go back and fly the line

10    and wait another 30 days.  Did that meeting take

11    place?

12         A.    Yes, it did.

13         Q.    Who was at that meeting?

14         A.    Um, I was a little greater than 30 days.

15    I can't remember the exact number, but it was

16    greater than 30 days.  But not too much more.

17         Q.    All right.

18         A.    Um, it was just Pete Steele and I and Pat

19    Major.

20         Q.    All right.  What happened at that meeting?

21         A.    During that meeting we just discussed, if

22    I remember correctly, Pat had gone, received his

23    type rating through Pan American Flight Academy.

24    And we were discussing how we were going to proceed

25    with his upgrade to captain at Amerijet.
```

1        Q.   Okay.  The last meeting you didn't mention

2   anything about getting external training or outside

3   training.  Was that discussed at all with Pat?

4        A.   I did not discuss it with him.

5        Q.   Okay.  Do you know whether Pat was advised

6   or encouraged to get training elsewhere?

7        A.   Um, I did not talk to him about it.

8        Q.   Okay.  Did you know that he was getting

9   training elsewhere?

10       A.   I had heard that he was, but I don't

11   recall where I heard it from.  I really don't know.

12       Q.   Well, you had a meeting where he was going

13   to go fly for 30 days and get back together and

14   discuss what training he was going to get.  I was

15   assuming that would be in-house at Amerijet.

16       A.   Right.

17       Q.   So you had that meeting --

18       A.   Right.

19       Q.   -- after the 30 days and you already had

20   the type rating?

21       A.   Yeah.  Like I said, I don't remember how

22   or why or who discussed going and getting his own

23   type rating.

24       Q.   Were you part of any discussions?

25       A.   Not that I recall.

```
 1          Q.    Okay.  You never told Pat that that's what
 2    he should do?
 3          A.    I don't recall that.
 4          Q.    Okay.  And you hadn't personally given up
 5    on him?
 6          A.    No.
 7          Q.    Okay.  Had you expressed any -- strike the
 8    question.  Had you made any statements that you
 9    would not sponsor him for an FAA oral?
10          A.    Well, you've got to back up.  Prior to --
11    not at that time.  That was back when we did the
12    meeting with John Moktadire, Ed Cook and Pat Major
13    and myself and company oral type, qualification-type
14    test.  I had said that --
15          Q.    All right.
16          A.    -- that I was not willing to sponsor him
17    at this time.
18          Q.    Okay.  But you were willing to have him
19    get more training in-house?
20          A.    Yeah.
21          Q.    All right.  Do you know if any of that was
22    scheduled when he went to Pan Am and got training?
23                MS. NORTON:  Object to the form of the
24    question.
25          A.    We had not discussed anything until I -- I
```

1  had not discussed anything with Mr. Major and any of

2  my superiors until we had discussed that, after that

3  meeting, after a 30-day period.

4  BY MS. SHEA:

5      Q.   Okay.  But is that when he brought the

6  type rating?

7      A.   Yes.  He had received it, at that meeting.

8      Q.   Now, that included the FAA oral, right, he

9  was through that?

10     A.   Well, that was with a 142 school, which

11 was a designated examiner, or it's an in-house type

12 exam, an FAA inspector.  Someone getting privileges.

13     Q.   But he had fulfilled the same essential

14 requirement that we were discussing?

15     A.   That's correct.  That's correct.

16     Q.   Okay.  Were you surprised when he brought

17 that type rating to you?

18     A.   No.

19     Q.   What do you think accounts for the fact

20 that he achieved that outside based on the

21 deficiencies that you identified a short time

22 before?

23     A.   I don't know.  Gave him time to put it

24 together.  I guess he did.

25     Q.   Okay.  What, if any, remaining criteria

 1    were there for Pat to become a captain at Amerijet

 2    once he presented you with the type rating from Pan

 3    Am?

 4        A.    In that meeting I laid out what Amerijet

 5    must do to qualify him under the certificate.  I

 6    explained to him that although 142 school can be

 7    used in direct relationship to a 121 program, there

 8    were no specialty programs approved by Amerijet's

 9    POI, FAA, if you will, and the Pan Am FAA.

10        So there was no specialty course that

11    could be used to really consider any of that

12    training, other than the fact that he did receive a

13    type rating.  So Amerijet at that point would need

14    to train him in the simulator because we had already

15    put him through the ground school portion of it, so

16    we met that -- we met those requirements.  And he

17    would have to go through the simulator sessions and

18    then pass a company simulator check and an oral.

19        MS. NORTON:    And a what?

20        THE WITNESS:    An oral.

21        MS. NORTON:    Okay.

22    BY MS. SHEA:

23        Q.    All right.  And are those criteria in the

24    training manual?

25        A.    Yes.    It would be just like anybody that

1    came in, my example, myself, I came to Amerijet

2    International with a type rating that I had done

3    similar to Pat Major.

4        Q.    All right.    And in order for you to be put

5    on to Amerijet's certificate, the steps that you

6    just described were required?

7        A.    Right.    I had to go through upgrade

8    training, ground school, sim sessions, check rides

9    just like, you know.    The only difference is you

10   don't have to go with the FAA.    The FAA does not

11   have to be present for those check rides.    They

12   could if they wanted to, but they don't have to be.

13       That's their discretion.    And then once

14   the company simulator check is completed and

15   satisfactory, then the -- his initial operating

16   experience, or IOE, would be done in the airplane on

17   normal line flights with the check airman.    And then

18   at that point, once, usually through some part of

19   the process, we like to put it in, in latter part,

20   is there is a required FAA observation.

21       The FAA must observe the new captain

22   strictly.    It's strictly an observation.    It's not a

23   pass or fail type thing.    It's just looking at how

24   he did, you know, with the check airman and

25   operating in the air.

1          Q.    All right.

2          A.    And then one last step.  He would then,

3     once he met the time requirements and was -- and it

4     was felt by the check airman given him that he was

5     ready for a final line check, which was mostly done

6     by Pete at the time, but not always.  By Pete

7     Steele, excuse me.

8          Q.    All right.  None of this was special to

9     Pat, these were all written criteria in the training

10    manual?

11         A.    That's right.

12         Q.    All right.  What was the next thing that

13    happened as it related to Pat's upgrade effort at

14    Amerijet?

15         A.    Well, at that same meeting, at that

16    meeting we discussed -- I discussed in regards to

17    what we needed to do to qualify him.  And Pete made

18    the decision to go ahead and continue with that

19    training that had to be done.

20         Q.    Okay.  He made that statement in the

21    meeting that he would?

22         A.    Yes.  Yes.  And instructed me to start to

23    schedule simulator time.

24         Q.    All right.  What was the next thing that

25    happened?

```
 1            A.    Meeting ended, I guess is all I remember.
 2            Q.    Okay.  Following that meeting, what was
 3     the next thing that happened as it related to your
 4     involvement in Pat's upgrade process?
 5            A.    The next day I was instructed that we
 6     weren't going to continue with the training at this
 7     time.
 8            Q.    Were you part of any discussion that led
 9     to that decision?
10            A.    No.  I had nothing to do with that
11     decision.
12            Q.    Who told you that it was going to not be
13     continued?
14            A.    Pete Steele did.
15            Q.    Okay.  And why did he say that was the
16     case?
17            A.    I guess he had another discussion with Pat
18     or something.
19            Q.    I don't want you to guess.  But when he
20     said remember what I said yesterday about scheduling
21     Pat for sim sessions, well, that's off, he's out of
22     the program, or words to that effect, what
23     explanation did he give you?
24            A.    Well, it was we weren't going to continue
25     with it at that time.  And I guess he had his
```

1    reasons, and I said okay.

2        Q.    You didn't ask his reasons?

3        A.    At that time, no.

4        Q.    Was there any thinking back to the job

5    opportunity bulletin and the conditions under which

6    someone can be told that they are now ineligible,

7    did anything happen that could be pointed to that

8    would require his being rendered ineligible, that

9    you can point to?

10        A.    No.  No, not on that.

11        Q.    Any justification that you're aware of for

12    that decision at that time?

13        A.    Well, later I had learned that --

14        Q.    I'm asking about that time.  I mean --

15        A.    At that time, no.

16        Q.    Okay.  The day before everything was a go?

17        A.    Yes.

18        Q.    Okay.  And you're not aware of anything

19    that happened overnight that made Pat recall, he

20    didn't fail anything, didn't get a bad check ride?

21        A.    No.  There's nothing that went on in my

22    department to do anything with that.

23        Q.    Nothing that you've seen documented?

24        A.    Nothing that I saw.  There was no

25    training -- there probably wasn't any training going

74

```
 1    on anyway at that time.  Overnight there's not going

 2    to be much going on.

 3         Q.   He didn't violate an FAR, bend metal, show

 4    up late, drink, nothing that you're aware of?

 5         A.   Nothing I'm aware of.

 6         Q.   Just this overnight decision was made that

 7    Pete Steele told you about?

 8         A.   (Witness nods head.)

 9         Q.   You have to answer out loud.

10         A.   Yes.

11              MS. SHEA:  Okay.  Counsel, is Mr.

12    Dickenson here as corporate rep for anything?

13              MS. NORTON:  The training.  I believe that

14    was Rule 5.  You asked about hiring and training of

15    captain's upgrades in one of your -- your letter I

16    think referenced it as a potential corporate rep,

17    but nothing else.

18              MS. SHEA:  This is so fuzzy.  I mean, I've

19    got a corporate rep notice outstanding and I've

20    never really been told who's who.  So that's --

21              MS. NORTON:  Well, that is not so.  We

22    told you in a letter.  To the extent Mr. Dickenson

23    would be able to talk about the training and upgrade

24    program, yes.

25              MS. SHEA:  I'll have to get a copy of my
```

1    notice.

2    BY MS. SHEA:

3        Q.    All right, sir.   You started to say later

4    you found out some what?

5        A.    Well, later I found out that there was a

6    letter written by Mr. Major in regards, in regards

7    to our meeting that day.   And I don't -- I don't

8    know why, what made Pete decide not to continue with

9    it at that time.

10            It wasn't really stopped, it just -- we

11   weren't proceeding with it at that time.   I mean, he

12   wasn't just thrown out the window and said we're not

13   going to continue ever, it was just kind of stopped

14   at that time.

15       Q.    How do you know that?   How do you know he

16   wasn't told for all time you're out?

17       A.    That's what I understood.   That's what I

18   understood, he was not out at that time.   I guess

19   there was issues he had to work out with the

20   management.

21            MS. NORTON:   Tracey, if you know, tell

22   him.   If you don't know, don't guess or speculate.

23       A.    I really don't.   I don't know why he

24   didn't.   I can't answer for him what his reasons

25   were.

```
 1    BY MS. SHEA:
 2         Q.   Him being Pete?
 3         A.   Him being Pete.
 4         Q.   All right.  But as far as what he told you
 5    just second training, he didn't tell you that Pat
 6    was being shut down completely as an office -- as a
 7    captain candidate?
 8         A.   That's correct.
 9         Q.   And you did not interpret it that way?
10         A.   No.
11         MS. SHEA:  Okay.  Could you mark what will
12    be Exhibit 47, please.
13         (Plaintiff's Exhibit 47, copy of letter,
14    was marked for identification.)
15    BY MS. SHEA:
16         Q.   Sir --
17         A.   Do you want me to read this?
18         MS. SHEA:  If you could show it to
19    counsel.
20    BY MS. SHEA:
21         Q.   Sir, were you ever may made aware at any
22    time that Pat Major was told he would never make
23    captain at Amerijet?  I'm sorry, let me take your
24    mind off what I just handed you for a minute.
25         A.   Okay.
```

```
 1          Q.    Before I ask you about that, I just want
 2    to ask you, were you ever made aware from anyone
 3    that Pat Major was told he would never be made a
 4    captain at Amerijet?  Had you ever heard that before
 5    today?
 6          A.    I've heard that before.
 7          Q.    Okay.  When did you hear that?
 8          A.    That was an opinion of a check airman.
 9          Q.    Al Jorsey?
10          A.    Senior.
11          Q.    Al Jorsey, Sr..
12          A.    There are two Al Jorseys, so you have to
13    be careful.  There's father and son.
14          Q.    Oh, okay.  So you heard from Al Jorsey
15    that --
16          A.    Senior.
17          Q.    Al Jorsey, Sr., that Pat Major was told he
18    would never make captain at Amerijet?
19          A.    That was his opinion.  That was Al Jorsey,
20    Sr.'s opinion.
21          Q.    Okay.  And when did he relate that opinion
22    to you?
23          A.    At some point, either a social thing or
24    during -- I can't remember exactly when he told me
25    that.
```

```
 1        Q.   Informally?

 2        A.   Informally, yeah.  Most likely it was

 3   informally.

 4        Q.   Did Dave Bassett ever tell Pat Major

 5   you'll never make captain here?

 6        A.   I have no idea.

 7        Q.   Okay.  You never heard that before?

 8        A.   Heard what before?

 9        Q.   That Dave, that anything concerning Dave

10   Bassett telling Pat Major that.

11        A.   No, nothing from Dave Bassett, never heard

12   anything from Dave Bassett.  I didn't deal with Dave

13   Bassett at all.

14        Q.   What did Al Jorsey, Sr. tell you about his

15   opinion?  I mean, how did that come up?

16        A.   I suspect it was probably at an after --

17             MS. NORTON:  If you remember, tell her.

18   If you don't, don't speculate.

19        A.   Yes.  It was probably at a social function

20   after work type thing.

21   BY MS. SHEA:

22        Q.   What was his logic?  What was his -- why

23   did he tell you he thought that was the case?

24             MS. NORTON:  Object to the form of the

25   question.
```

1      A.    Could you rephrase that, please?

2    BY MS. SHEA:

3      Q.    Well, you and Al Jorsey, Sr. are

4    socializing somewhere and he says you know what, in

5    my opinion, Pat Major will never make captain at

6    Amerijet.  Is that basically what he said?

7      A.    Yeah.  Basically, yeah.

8      Q.    And what was your response?

9      A.    I don't recall.  I don't know what my

10    response was.

11      Q.    Did he give you the grounds for his

12    opinion at all?

13      A.    I guess he didn't feel that he could do

14    it, maybe that was his opinion.  Now I'm speculating

15    on his part.

16      Q.    Well, my question is did he give you the

17    grounds?

18      A.    I don't recall if he did or not.

19      Q.    Well, did he give you the impression, if I

20    have anything to do with it, Pat won't make captain,

21    was it that kind of comment?  By Al Jorsey, Sr.?

22      A.    Oh, no.

23      Q.    Okay.  Was it commenting on any bad

24    feelings that Ed Cook or Pete Steele or anyone had

25    towards Pat?

```
 1          A.    Not that I recall, no.

 2          Q.    Okay.  You don't -- you can't tell me

 3    anything about the grounds for that statement?

 4          A.    No.  No.

 5          Q.    All right.  Sir, have you looked at

 6    Exhibit 47?

 7          A.    Yes.

 8          Q.    Is that a copy of a letter that you

 9    received?

10          A.    I was carbon copied on that, yes.

11          Q.    All right.  And do you recall what

12    happened following that meeting?

13          A.    Well, this was the letter that was a

14    follow up to the 30 days before we discussed when we

15    would reconvene to discuss how we would continue

16    with Pat Major's training.

17          Q.    All right.

18          A.    This is just a letter to say that we have

19    a second meeting coming and we need to try to

20    schedule it type thing.

21          Q.    All right.  Did you schedule that meeting

22    with Pat Major?

23          A.    I remember having a telephone conversation

24    with Pat, and then once my schedule and Pete's

25    schedule and Pat's schedule worked out, we had the
```

```
 1   meeting.  I don't remember what the date was.
 2            MS. SHEA:  Mark this as 48, please.
 3            (Plaintiff's Exhibit 48, letter, was
 4   marked for identification.)
 5   BY MS. SHEA:
 6       Q.   Please take a look at Exhibit 48.  Did you
 7   receive a copy of that letter?
 8       A.   Yes.
 9       Q.   Did you schedule upgrade training for him
10   as a result of that, following that correspondence?
11       A.   Not following this correspondence, no.
12       Q.   Okay.  Did you schedule upgrade training
13   for him in that time frame?
14       A.   After we convened for the meeting.
15       Q.   Which was when?
16       A.   I don't recall the exact date that we
17   convened.
18       Q.   So you received that letter, but you did
19   not do anything as a result of that letter; is that
20   right?
21       A.   I wouldn't say I did nothing.  Once my
22   schedule and Pete's schedule and Pat Major's
23   schedule were able to mesh, we had a meeting.
24       Q.   Well, a meeting or upgrade training?  He
25   was --
```

```
 1          A.    We had the meeting, that references this

 2    one.

 3          Q.    Right, July.

 4          A.    To discuss how we were going to proceed

 5    with his upgrade training.

 6          Q.    Right.  And then he was going to fly the

 7    line for 30 days, you agree with that; right?

 8          A.    Um-hum.

 9          Q.    And then he was going to do upgrade

10    training; is that right?

11          A.    No, we never said he was going to go

12    immediately into upgrade training.  We said we were

13    going to come back and discuss how we were going to

14    proceed with his training.  It never came out and

15    said that in 30 days we were going to come in and

16    start training, that was never said.

17          Q.    Well, was that up to you to settle that

18    meeting?

19                MS. NORTON:  Object to the form of the

20    question.  What meeting?

21                MS. SHEA:  About the conclusion of the

22    upgrade training.

23          A.    Was it up to me?

24    BY MS. SHEA:

25          Q.    Right.
```

```
 1        A.    I guess.  I did it.

 2        Q.    All right.  That's your testimony that you

 3   set that meeting?

 4        A.    As far as I know, I did.

 5              MS. SHEA:  Okay.  Go ahead, please, and

 6   mark that as the next exhibit.

 7              (Plaintiff's Exhibit 49, letter, was

 8   marked for identification.)

 9   BY MS. SHEA:

10        Q.    Please look at exhibit what is that, 49?

11        A.    Yeah, 49.

12        Q.    And is that a letter that you received a

13   copy of?

14        A.    Yes.

15        Q.    And what -- does that refresh your

16   recollection as to where Pat's training stood as of

17   late August 1998?

18        A.    Yes.  This was a letter that was written

19   after our telephone -- telephone conversation.  I

20   followed up with Pat with a telephone conversation.

21        Q.    All right.  And where did matters stand as

22   of that date, August the 25th, 1998?

23        A.    At that point we had not convened for the

24   meeting and that we were working to get our

25   schedules to where we could have the meeting.
```

```
 1          Q.    All right.  Did you set the meeting?
 2          A.    The meeting was set and I don't recall the
 3    exact date.
 4          Q.    Well, was the ball in your court to set
 5    the meeting?
 6          A.    Yeah.  Yeah.  I was instructed to set, you
 7    know, to do the meeting.
 8          Q.    All right.  And what -- that meeting did
 9    take place; correct?
10          A.    Yes, it did.
11          Q.    And what was discussed at that meeting?
12    The meeting following Pat's letter of August 25th,
13    1998.
14          A.    I don't recall.
15          Q.    Okay.  Do you have any clear recollection
16    of that meeting, who was there, where it took place?
17          A.    The only recollection of the meeting, as I
18    remember it, is with me and Pete and Pat Major, when
19    we were discussing how to proceed with his upgrade
20    training.  If there was another meeting after this,
21    I -- I do not remember that meeting.
22          Q.    A meeting after August 28th -- August
23    25th?
24          A.    Yes.  Even after August 25th, I don't.  I
25    don't remember that meeting.
```

```
 1         Q.   So you don't remember that meeting and Pat
 2    was not scheduled for anymore upgrade training by
 3    your department as a result of this correspondence?
 4         A.   Not as a result of this correspondence.
 5    We just had not convened to discuss how we were
 6    going to proceed.
 7         Q.   All right.
 8         A.   That was the stipulation that was in that
 9    meeting way back when in July, when was it, in
10    reference -- July 24th.
11         Q.   All right.  Well, July 24th he was going
12    to fly the line for 30 days, then by your testimony
13    there was going to be a meeting and he was going to
14    be scheduled for more upgrade training; right?
15         A.   No, I did not say that.  I said that we
16    were going to reconvene and we were all going to
17    discuss how to proceed.
18         Q.   Well, what does that mean?  Other than
19    scheduling more training.
20         A.   Well, exactly.  When we were going to do
21    it, how we were going to do it.  But there was no
22    date until we met, when we were going to start
23    training.
24         Q.   Well, you never met, though.
25         A.   Well, we did.
```

```
 1        Q.   Were you part of any meeting with Pat
 2   Major at all between when he wrote this letter in
 3   August and when he brought you his type rating in
 4   December, in December 1998?
 5        A.   I can't be for sure.  If it was, if it
 6   was, it was not a formal meeting.  I cannot recall.
 7        Q.   All right.  And you didn't give him
 8   anymore training between this August correspondence
 9   and when he brought you the type rating later in the
10   year?
11        A.   That's correct.
12        Q.   Okay.  Did you ever give an opinion --
13   strike the question.  You've never discussed Pat
14   Major with Dave Bassett at all; is that correct?
15        A.   That's correct.
16        Q.   So have you ever given him an opinion that
17   Pat could not safely fill the position of captain at
18   Amerijet?
19        A.   I barely know Dave Bassett.  I only know
20   him in passing.  I don't have any professional or
21   personal relations with Dave Bassett.  It goes
22   through my boss, at the time, which was Pete Steele.
23        Q.   All right.  Did you ever give Pete Steele
24   an opinion that Pat Major could not or should not be
25   made a captain at Amerijet?
```

```
 1         A.    There might have been a question in
 2    regards to his ability to do it, but there was
 3    nothing that was made that we're not going to have
 4    him do it.
 5         Q.    Okay.  But in terms of his ability to do
 6    it, you meant simply getting through various hurdles
 7    and hoops?
 8         A.    Right.
 9         Q.    As opposed to his fundamental potential to
10    be a captain at Amerijet; correct?
11              MS. NORTON:  Object to the form of the
12    question.
13         A.    Fundamentals of --
14    BY MS. SHEA:
15         Q.    Well --
16         A.    No.  I mean, every person I've ever put
17    through, you always have a question in the back of
18    your mind are they going to make it.
19         Q.    Right.  Okay.
20         A.    It's like walking across the street.  You
21    may get hit by a car, you may not.
22         Q.    So the reservations that you had about Pat
23    in that regard were as you do about any candidate?
24         A.    Yeah.
25         Q.    Okay.  Did Al Jorsey, Sr.'s opinion
```

```
 1   involve Pete Steele in any way, such as saying Pete
 2   Steele will not let Pat be a captain?
 3       A.   I don't recall.
 4       Q.   Okay.
 5       A.   An opinion being made.
 6       Q.   Did there come a time in late 1998 when
 7   Pat Major did give you records from a Part
 8   142-approved training center that he had
 9   accomplished a 727-type certification?
10       A.   Yes.
11       Q.   What did you do -- did he also give you a
12   temporary airman's certificate?
13       A.   Yes.
14       Q.   And what did you do with those documents?
15       A.   I would suspect they were put into his
16   training record.  I don't know.  I'm sure I gave
17   them to Pete Steele and he filed them.
18       Q.   Okay.  You gave them to Pete and expected
19   that he would file them in training records?
20       A.   I'm sure, yeah.
21       Q.   That's where they should go; right?
22       A.   Right.
23       Q.   Okay.
24       A.   Although it didn't really make much
25   difference to Amerijet.  It wasn't Amerijet's
```

```
 1   training, but it's something that is part of his
 2   record.
 3        Q.   Right.  So for example, if a future
 4   employer or any party would want to sit down and
 5   make a review of Pat Major's qualifications, those
 6   are supposed to be part of his training records?
 7        A.   Um-hum.
 8        Q.   Yes?
 9        A.   Yes.  Yes.
10        Q.   In fact, are your training records
11   supposed to include records from previous employers?
12        A.   I'm not sure.  I don't know.
13        Q.   Okay.  But they should include records of
14   any training accomplished during the time that that
15   pilot is with Amerijet?
16        A.   Right.
17        Q.   They have to be available for future
18   employers?
19        A.   Yes.
20        Q.   And under people under the pilot records?
21        A.   Right.
22        Q.   In fact, pilots get to look at their own
23   records; is that right?
24        A.   Yes.
25        Q.   Okay.  If I understand your testimony
```

```
 1    correctly, sir, you do not contend that as a result
 2    of the FAA oral being discontinued, Pat Major became
 3    unqualified to be a captain at Amerijet?
 4             MS. NORTON:  Object to the form of the
 5    question.
 6        A.   Um, I don't really like the way that one
 7    was phrased.
 8    BY MS. SHEA:
 9        Q.   I can --
10        A.   Um, but it did -- in no way did it hold
11    him back.
12        Q.   Okay.
13        A.   It did not stop his training.
14        Q.   All right.  Now, your counsel just
15    produced to me today the training manual.  And I
16    haven't had a chance to make any photocopies.  I'd
17    like to ask you about just a few pages of it.
18        A.   Okay.
19        Q.   Now, as I understand it, you're not --
20    you're out of that department right now, so you've
21    been out of that department for what, a year and a
22    half or so?
23        A.   Yeah.  A couple years, yes.
24        Q.   The training policies that are behind the
25    tab that says training policy, those are actually
```

```
 1    FAA approved; is that correct?
 2         A.   Yes.  And there's a stamp right there on
 3    the bottom.
 4         Q.   Right.  And they go back to 1990, so those
 5    would have been in effect while you were training
 6    director; is that right?
 7         A.   That's correct.
 8         Q.   Okay.  Under training policies, there's a
 9    sheet called training facilities.  It's actually
10    page 6 and 7.
11         A.   Um-hum.
12         Q.   And those refer to outside agencies that
13    Amerijet has made arrangements with.  It will accept
14    training from those schools.
15         A.   No.
16         Q.   Okay.  Can you explain that?
17         A.   These are approved simulators that
18    Amerijet can use for its training program.
19         Q.   All right.  Those are also -- those are
20    what would be called Part 142 training facilities,
21    also?
22         A.   Um, probably when this is done.  They
23    weren't -- well, I get '98.  Yes, I would say some
24    of those are 142 schools.
25         Q.   Okay.  Is Pan Am International Training
```

 1    Academy such a school?

 2        A.    Yes, it is.

 3        Q.    All right.  Page 7 and 8 discuss the

 4    contents of individual training files.  Do you see

 5    that?

 6        A.    Okay.

 7        Q.    And is that what you were speaking about

 8    earlier in terms of what you are required to

 9    maintain for each pilot employed by Amerijet?

10        A.    Yes.

11        Q.    All right.  And does the Pilot Records

12    Improvement Act require that those records be

13    maintained for some period of time?

14            MS. NORTON:  Object to the form.  It

15    requires a legal opinion.

16        A.    Yeah.  I don't know what that requires.

17    BY MS. SHEA:

18        Q.    Okay.  How long does Amerijet maintain

19    these training records for?  For what period of

20    time.

21        A.    All of these items that are in -- on page

22    3, chapter 3.101, page 7, under records individual

23    file, all of those are kept for the life of the

24    employee that's at the company.

25        Q.    All right.  And what about after they

1   leave, are those records required to be maintained

2   for some period of time?

3        A.   I don't know.  Yes, but I don't know what

4   the time period would be.  I don't know.

5        Q.   Okay.  You don't -- does the training

6   records, as soon as someone leaves, you kept them

7   for --

8        A.   Right.  They're filed.  They're filed

9   away.  We have to keep them for how long, whatever

10   it is.

11        Q.   Where in the manual would be the

12   requisites that you described a short while ago that

13   would still apply to Pat Major's upgrades efforts

14   upon completion of the type rating from a 142

15   school?

16             MS. NORTON:  Object to the form of the

17   question.

18        A.   The -- it doesn't matter if it was a 142

19   school or not.

20   BY MS. SHEA:

21        Q.   Okay.

22        A.   It -- the only thing that matters is that

23   it was a Boeing 727-type rating.  It could have been

24   in a non-142 school.

25        Q.   All right.  Is there a part that you're

```
 1    able to refer to in the training manual that sets

 2    out the steps that you described a few minutes ago,

 3    that when a candidate does have the type rating

 4    portion completed, that there are, nonetheless,

 5    requirements for Amerijet certificate that they have

 6    further sim training, FAA observation and all those

 7    other things that you mentioned?

 8         A.    3.505, page 1, stipulates requirements for

 9    pilot command, pilot read.

10         Q.    All right.  That's what we call the IOE

11    step of the training.

12         A.    Um-hum.  Initial operating step.

13         Q.    Maybe you're having the same problem I

14    had.  I just looked at this quickly, but there's no

15    one little section that just says if Joe Smith is an

16    upgrade candidate for captain, this is the steps

17    that he'll have to complete in this order and over

18    this period of time, is it all kind of spread

19    through the manual?

20              MS. NORTON:  Object to the form of the

21    question.

22         A.    Um, the -- based on the curriculum that's

23    in this book, you have to -- and the 142 school not

24    being an approved specialty course for Amerijet, it

25    means nothing other than the fact that he got a type
```

```
 1   rating.
 2   BY MS. SHEA:
 3       Q.   But my question is where in the training
 4   manual -- does the training manual address that at
 5   all?
 6       A.   No, it does not.  It does not address a
 7   142 school.  It addresses -- it's just as if you
 8   came in and you already had it.  You already had the
 9   type rating previous to upgrading, it doesn't
10   matter.  You still have to go through the ground
11   school curriculum, the simulator curriculums and
12   checks.
13       Q.   Okay.
14       A.   And that's how it was taken, interpreted
15   to be.
16       Q.   All right.  That was an interpretation
17   that you gave it or that you, in connection with Ed
18   Cook --
19       A.   That's what I gave it.
20       Q.   Okay.  And again, in terms of saying okay,
21   now what are the steps, there really -- is this in
22   one place here or no?  In the training manual.
23       A.   Um, they're in the training manual.
24   3.307, that's chapter 3.307, which would be page 1,
25   there's a curriculum for upgrade training.  That's
```

96

1    the ground school portion.

2        Q.    Right.    That's just the ground school, two

3    pages of ground school.

4        A.    That's the ground school curriculum.    And

5    then the, um, chapter 3.523, pages 1 through 50.

6        Q.    All right.    What is that?

7        A.    That is a description of all of the

8    maneuvers that are going to be standards and

9    syllabuses that are going to be used in the

10    training.

11        Q.    Is this simulator training?

12        A.    Um-hum.    Simulator training.    What they

13    call profiles.

14        Q.    All right.

15        A.    I think what you're also trying to look at

16    is -- and I think I may have already stated the page

17    3.507, page 1.

18        Q.    Right.

19        A.    And it talks about training for pilots.

20    It talks about training and practice in all

21    maneuvers and procedures set forth in Appendix C,

22    which is Part 121 FAR's, federal regulations initial

23    flight training must be successfully completed in a

24    flight check and simulator.

25             Flight simulator, flight sim Appendix C

1  for initial flight training must be successfully

2  completed and a flight check in the simulator or the

3  airplane to the level of proficiency of a pilot in

4  command or first officer as applicable.

5      Q.    All right.   There's nothing in the

6  training manual that really gives a sequence on this

7  training; is that right?   On the upgrade training.

8      A.    Um, as far as a checklist, no.

9      Q.    Okay.

10      A.    As far as what the prerequisites you have

11  to do before completing everything, you have to do

12  the ground school first.

13      Q.    Right.   Do you have to do the simulators

14  in any order or no?

15      A.    Simulators are done after the ground

16  school.

17      Q.    Before the FAA oral, or not necessarily?

18      A.    Not necessarily.   Normally under -- when I

19  was there, we -- I thought it was better to have

20  some sim sessions behind you before going to the

21  oral.   Because you got some debrief and briefings

22  throughout the whole sim sessions.

23      Q.    Okay.   Looking back at the job opportunity

24  bulletin where it talks about initial ground school,

25  check ride, FAA line check or company line check.

| | |
|---|---|
| 1 | Are those described in the training manual or are |
| 2 | those other policies? |
| 3 | A.    Those are in the training manual. |
| 4 | Q.    Check ride, FAA line check and company |
| 5 | line check? |
| 6 | A.    Yes, the line checks are in there. |
| 7 | Q.    In connection with upgrade training, or |
| 8 | are those just normal recurrent training? |
| 9 | A.    The -- I should have wrote this number |
| 10 | down.  No.  The line check is an annual event for |
| 11 | the captain. |
| 12 | Q.    All right. |
| 13 | A.    And the line check observation is a one -- |
| 14 | a one-time deal with the FAA. |
| 15 | Q.    Okay.  Is there a requirement in the |
| 16 | training manual that a captain candidate, an upgrade |
| 17 | candidate, actually fly the airplane in the left |
| 18 | seat with check airmen from a company as opposed to |
| 19 | a simulator training or something of that nature? |
| 20 | MS. NORTON:  Object to the form of the |
| 21 | question. |
| 22 | A.    What exactly are you asking? |
| 23 | BY MS. SHEA: |
| 24 | Q.    Is a captain candidate routinely scheduled |
| 25 | to fly with all three -- with all the check airmen |

1    at Amerijet to evaluate them in actual flight, in

2    the left seat?

3         A.    Um, yes, after he's completed his

4    simulator checks and he's on IOE, that has been a

5    common practice.  It was not outlined where it was a

6    common practice.

7         Q.    Okay.  So it's your testimony that

8    basically all the steps that you testified to that

9    Pat would still have had to take after getting his

10   type rating at Pan Am are in the training manual.

11        A.    Um-hum.

12        Q.    Just dispersed throughout the training

13   manual?

14        A.    Yes.  Yes.

15        Q.    Okay.  Chapter 3.318?

16        A.    I'm sorry, say that again.

17        Q.    318, pages 1 through 3, discusses cockpit

18   resource management?

19        A.    Um-hum.

20        Q.    What is that?

21        A.    Basically, it's the ability to get along

22   with other crew members.

23        Q.    All right.  And is there also a safety

24   aspect to teaching cockpit resource management?

25        A.    Yes.

100

```
 1          Q.    And what is that?  What do you teach in
 2    CRM about that?
 3          A.    Well, you -- to be able to communicate
 4    with the other people in the cockpit and be
 5    assertive and be nice about it.  Maybe the other
 6    person just didn't hear you type thing.  He could
 7    have been so intensely focused on what he was doing
 8    he didn't recognize something else.
 9                It's the ability to communicate in the
10    cockpit, to prevent problems like that and
11    hopefully, not be a conflict the whole time.
12          Q.    Is part of that training to require all
13    three crew members' active participation?
14          A.    Yes.
15          Q.    Okay.  And there is some examples of some
16    accidents here, that KLM Pan Am crash, Air Florida
17    Palm crash, Saudi air crash, et cetera.  And why are
18    those examples taught in CRM?
19          A.    Well, the KLM Pan Am crash, KLM was a very
20    foggy day.  KLM's captain was a very dominant
21    captain, the first officer was very submissive, and
22    the captain had decided to go and they had not
23    received takeoff clearance and the co-pilot didn't
24    really speak up.  He should have spoke up,
25    obviously.  Killed a lot of folks there.
```

```
 1          Q.   What about Air Florida?

 2          A.   Um, where is that one on here?

 3          Q.   Page 3.

 4          A.   Air Florida, basically talking about

 5    communication in the cockpit.  They didn't

 6    communicate very well, takeoff, they had a lot of

 7    ice and very poor techniques on communicating with

 8    each other what was going on with the airplane.

 9          Q.   Is the suggestion that the crew members

10    other than the captain should have been more

11    assertive?

12          A.   Um, should have been more assertive.  But

13    they were, from what I understand in this video,

14    that the crew was not very familiar with cold

15    weather operations.  And they made some mistakes

16    along the way as well.

17          Q.   Is that the one that went into the river

18    outside of D.C.?

19          A.   Um-hum.

20          Q.   Okay.  The other two, the same type

21    things, Saudi Air and United, that more give and

22    take in the cockpit might have avoided an accident?

23          A.   Um, no.  Saudi, very poor decision making,

24    an engineer in the back saying it's okay and then

25    it's not, and a captain making very poor decisions
```

1    on the return.  It was really how not to make a bad

2    decision.

3        Q.    And the Air Florida case, had the first

4    officer complained repeatedly that there was

5    something wrong with the power settings prior to the

6    crash?

7        A.    I recall that in the video, yes.

8        Q.    About nine times?

9        A.    I don't know.  I can't count how many

10   times.  I remember that was said.

11       Q.    All right.  Let's look at the back session

12   called training forms in the manual.

13       A.    Um-hum.

14       Q.    Was it your pleasure as director to

15   administer all of the different forms that are

16   listed here?

17       A.    Well, each day the instructor was

18   responsible for filling it out.

19       Q.    Well, it -- I mean, this lists what --

20       A.    I'm sorry, you're looking -- you're

21   looking at the list.  I'm sorry.

22       Q.    This lists a number of training forms.

23   These were all official records that were maintained

24   by you?

25       A.    Right.  Official documents, yes.

1        Q.   Had FAA approval, et cetera?

2        A.   That's right.

3        Q.   All right.  So should a pilot's training

4   file include one or more of these forms, one or more

5   of each of these forms, depending on their

6   seniority?

7        A.   Well, from what I can see, all these

8   forms, except for one, I believe, would be in the

9   pilot's records.

10       Q.   Okay.

11       A.   Permanent records.

12       Q.   Let's look at page 1, which is the

13   training attendance certificate record.  This is

14   basically a sign up type sheet if someone goes to

15   training; right?

16       A.   Right.

17       Q.   The currency status, which is page 3, is

18   that to be maintained to document each crew member's

19   training?

20       A.   Yeah.  It was put on to one -- if you

21   look, there's a current and a due section line.

22   Current means whether it was done the last time and

23   then the due month, that it's going to be due in for

24   that particular check.

25       Q.   All right.

```
 1              A.    Or class, whatever the case may be.

 2              Q.    Does the instructor fill that form out?

 3              A.    No.

 4              Q.    Who fills that out?

 5              A.    At the time, either I did or Pete Steele

 6        did.

 7              Q.    Let's look at page 5, crew member training

 8        certification page.  Is that a form that you use at

 9        Amerijet?

10              A.    Yes, that's correct.

11              Q.    And what's the purpose of this form?

12              A.    I just kept track of any type of training

13        that they had, as far as initial ground school,

14        basic and -- mainly ground school.  There is some

15        flight training that is accomplished, but most of it

16        is ground school.

17              Q.    Okay.  The explanatory page on page 7

18        indicates that it is to certify completion of all

19        ongoing training.  So this is a record that is to be

20        contemporaneously completed by instructors so that

21        it can be certified by instructors as being a full

22        and accurate training record?

23              A.    These forms were filled out by either me

24        or Pete.

25              Q.    Okay.  Now -- and is this what FAA would
```

1   come in and look for in files and want to inspect

2   and make sure they were all current?

3       A.    Yeah.   If they wanted to audit, this is

4   one part of the forms that they would look at.   They

5   would also look for the other either certificates of

6   ground training or sim checks, or whatever, to back

7   up this page.

8       Q.    Right.   So it wasn't just enough to have

9   that page, you were supposed to keep the backup for

10  that as well?

11      A.    Um-hum.

12      Q.    You have to answer out loud.

13      A.    Yes.   Yes, I was.   I'm sorry, I'm getting

14  tired.

15      Q.    That's okay.   I'm almost done.   Let's look

16  at page 11, instructor recommendation.

17      A.    Okay.

18      Q.    It states, captain first officer blank has

19  completed the required training for the aircraft

20  oral examination, I recommend him/her for this oral.

21      A.    Um-hum.

22      Q.    This is the form that you believe Pete

23  Steele completed for Pat Major?

24      A.    I don't know if this form was filled out

25  at that time.   I know the application was what was

```
 1    signed.  Application for airman certificate.

 2         Q.    Okay.

 3         A.    I don't know if he signed this or not.

 4         Q.    This is a form that's supposed to be

 5    signed before the oral; correct?

 6         A.    It's a form that should be signed.

 7    Whether he did it, I don't know.  All I know is he

 8    definitely signed the application, because it -- you

 9    know, it wouldn't be complete.

10         Q.    All right.

11         A.    This is for Amerijet's records.

12         Q.    Okay.

13         A.    The other one would have been for the

14    FAA's record, for the application.

15         Q.    Okay.  So in Pat Major's file there should

16    be a filled out crew member training record

17    certification, would you agree with that?

18         A.    That -- his ground school certificate?

19         Q.    Well, maybe that's the colloquial name.

20    I'm calling it the OT 102, the crew member training

21    record certification.

22         A.    Yeah, that would have been filled out for

23    his recurrent training and then update that it was

24    received.

25              MS. SHEA:  Mark that as an exhibit,
```

1       please.

2              (Plaintiff's Exhibit 50, unspecified

3       document, was marked for identification.)

4       BY MS. SHEA:

5          Q.    Have you had a chance to look at Exhibit

6       50?

7          A.    Um-hum.

8          Q.    Okay.  I'll represent to you that that was

9       produced by Amerijet in Pat Major's training

10      records.

11         A.    Okay.

12         Q.    Can you explain why it is not completed in

13      any way, other than his name being entered at the

14      top?

15         A.    No.  It's -- I can probably explain why

16      this is.

17         Q.    Again, don't guess.  But in your capacity

18      as director of training at Amerijet, that form

19      should be completed.

20         A.    Well, it probably was.  What you're

21      looking at is when we had a blank packet of forms,

22      which included a lot of duplicate forms that were

23      not necessary.

24         Q.    All right.

25         A.    And that's what I would suspect these are.

1    Obviously, I can't tell you for sure, but that's

2    what I would suspect.  Because when we go through

3    the ground school, we tell everybody, make sure you

4    put your name at the top of it.  And the ones we

5    didn't need we would toss.  You know, these we

6    should have already had.

7         Q.   Right.  There should certainly be a

8    completed version of that?

9         A.   Right, there should be a completed version

10   of this.

11        Q.   Well, I'd like to hand you, sir,

12   Amerijet's production, Bates numbered 1 through 304

13   and 597, which was produced to me and represented to

14   be Mr. Major's complete personnel file and training

15   records.

16        A.   Um-hum.

17        Q.   And ask you if you can tell me which of

18   these are training records and which are not.  And

19   if you do see a completed version of that form, that

20   would be great.

21        A.   This is all just HR stuff there.  This is

22   all HR stuff at this point.  As far as his best, I

23   can recollect here from this that the -- these

24   are -- these are only what was done at the time of

25   upgrade.

```
 1              Q.    All right.   There are training records in

 2    there, there are training department records there;

 3    is that correct?

 4              A.    Yes, that's correct.

 5              Q.    Okay.

 6              A.    But they are not of -- they strictly only

 7    are of the time frame around the upgrade.

 8              Q.    Right.   There's some --

 9              A.    There are no previous records in this at

10    all.

11              Q.    So is that Pat Major's training record

12    from Amerijet or not?

13              A.    They're not complete.

14              Q.    Well, I understand they're not complete,

15    but I'm just saying, is that -- is that file in part

16    the record from your department, your former

17    department at Amerijet?

18              A.    Towards Pat's upgrade process, yes.  But

19    they do not reflect any previous records.   There's a

20    lot of HR stuff in there.   There's a lot of human

21    resource stuff in there.   I have no -- I never

22    touched.   I never touched that.

23              Q.    Well, do these flight training agreements

24    go in your file or in HR?

25              A.    HR.   I never touched those agreements.
```

110

```
 1          Q.    All right.  And I asked you about the
 2    proficiency report.  Do those go in HR; right?
 3          A.    Well, there was -- that is not an FAA
 4    form.  That was strictly a company form.  And it
 5    got -- sometimes it was put into his record,
 6    sometimes it was put into the HR file.
 7          Q.    All right.  But -- well, are you able to
 8    tell me whether I was provided by Amerijet with a
 9    photocopy of Pat Major's training records as they
10    existed when he was terminated by the company in
11    September 1999?
12          A.    That is not a full set of his training
13    records.
14          Q.    Well --
15          A.    You were not supplied with all of his
16    training records from the time he started until the
17    time -- that only deals, that only deals with his
18    upgrade training to captain.
19          Q.    All right.  Do you know of any other
20    training records that exist with respect to his
21    upgrade to captain?
22          A.    There should be -- there should be copies
23    of his -- well, no.  Of his upgrade to captain, no.
24    No, I do not.
25          Q.    So you have no knowledge that there's a
```

111

```
 1    completed crew member training record/certification
 2    for Pat Major?
 3         A.    Yeah.   There should be one of those that's
 4    completed that's filled out.
 5         Q.    Okay.
 6         A.    But like I said, that's probably one of
 7    the copies that was just in part of that packet.
 8         Q.    Well, did any of this material that I was
 9    produced in this case emanate from the training
10    department file or not?
11         A.    Yes, but it's not completed, obviously.
12         Q.    Were you involved in gathering documents
13    when they were requested by Pat Major in this
14    lawsuit?
15         A.    No.   No.
16              MS. SHEA:   Okay.   Let's take a quick
17    break.
18              (Recess was taken at 4:05 p.m.)
19              (Deposition resumed at 4:15 p.m.)
20    BY MS. SHEA:
21         Q.    Mr. Dickenson, were you involved in any
22    way in Mr. Major's efforts to upgrade to the
23    position of captain in 1996 or 1997?
24         A.    No.
25         Q.    Are you the person at Amerijet who is the
```

112

```
 1    most knowledgeable regarding any and all criteria
 2    for hiring and/or promotion to the position of
 3    captain at Amerijet in effect between calendar years
 4    1996 to 1999?
 5              MS. NORTON:  Other than what you've
 6    testified to.
 7         A.   Well, what I understand you asked me was
 8    do you think -- do I think I'm the most
 9    knowledgeable.  Is that what you said?
10    BY MS. SHEA:
11         Q.   I guess that's really a question for your
12    counsel, because I'm completely confused.  But have
13    you -- are you designating him as the person most
14    knowledgeable on that subject that I just read or on
15    any other subject on my notice?
16              MS. NORTON:  I believe my letter to you,
17    and I don't have it in front of me so I may be
18    mistaken, indicated that there is not one person
19    most knowledgeable for the time period you
20    requested.  And there are various individuals with
21    knowledge.
22              I know we indicated Juan Morales.  We may
23    have also indicated Pete Steele and I believe we
24    indicated Tracey Dickenson, but there was not one
25    person with that information for the time period you
```

1    wanted.  They all had some information.

2         Now, whatever my letter says is -- but no,

3    other than what would be reflected if my letter, I'm

4    not aware of any area of expertise Mr. Dickenson has

5    that he's not testified to regarding those

6    particular areas you mentioned.

7    BY MS. SHEA:

8         Q.   Okay.  If I understood your earlier

9    testimony, when you became director of training in

10   1996, the criteria for promotion to the position of

11   captain were informal, it was a question of someone

12   seeking out Ed Cook and identifying themselves as

13   being entrusted.

14        A.   Yes, with the stipulation of the hour

15   requirements.

16        Q.   All right.  But over time, as you saw in

17   that job opportunity bulletin, there evolved a more

18   formal qualification process?

19        A.   That's correct.

20        Q.   And it was your understanding that

21   Amerijet intended to implement and adhere to those

22   qualifications set forth in the job opportunity

23   bulletins?

24        A.   Yes.

25        Q.   Okay.

```
 1              MS. NORTON:  Can I insert our stipulation?
 2              MS. SHEA:  Sure.
 3              MS. NORTON:  We had produced off the
 4    record the Amerijet training program manual, which
 5    is approximately three inches thick, and we've given
 6    you an original copy.  We have not copied it and
 7    stamped it confidential.  But in an off-the-record
 8    discussion we agreed that you would treat this as if
 9    each page was stamped confidential by us, and
10    therefore, subject to our confidentiality agreement.
11    Is that correct?
12              MS. SHEA:  Yes.
13              MS. NORTON:  Thank you.
14    BY MS. SHEA:
15         Q.   Is there an interview process that is part
16    of the upgrade to captain, steps?
17         A.   There might have been at one time.  I
18    don't remember it being implemented while I was
19    director of training.
20         Q.   Did your office generate seniority lists?
21         A.   No.
22         Q.   Do you know what office at Amerijet did
23    generate those lists, crew member seniority lists?
24         A.   Yeah.  It was -- presently it's crew
25    scheduling makes a list.
```

115

```
 1           Q.    I'm sorry?

 2           A.    Flight crew scheduling.

 3           Q.    Okay.  So for example, let me just show

 4      you a list that was produced to me.  I'm not going

 5      to mark this as an exhibit, but Bates number 2124

 6      and 2125.  Can you recognize that?

 7           A.    Yeah, it's a seniority list.

 8           Q.    And that's generated by crew scheduling?

 9           A.    That's normally who would do it, yes.

10           Q.    Okay.  And did those come out periodically

11      over your years at Amerijet?

12           A.    Whenever there was an addition or

13      subtraction, it was updated as needed.

14           Q.    At or about the time that Pat Major was

15      seeking an upgrade to captain in 1998, the process

16      that you were involved with, was -- did he have high

17      seniority as a first officer?

18           A.    Yes.

19           Q.    Do you know if he was the highest or one

20      of the highest?

21           A.    He was one of the highest.

22           Q.    Okay.  Did you train on -- did you

23      personally serve as an instructor on Amerijet's

24      aircraft operating manual, performance manual and

25      general operations manual?
```

 1          A.    Did we train, yes.

 2          Q.    Right.  Do you teach all of those

 3    yourself?

 4          A.    Yes.

 5          Q.    During the time of Pat Major's employment,

 6    what would you teach first officers concerning

 7    Amerijet's policies for wet runways?

 8          A.    The performance restrictions that would

 9    apply to a wet runway or to a contaminated runway.

10          Q.    Would your teaching include that unless

11    there was a tower report of standing water, that

12    runways would be considered dry for purposes of

13    performance planning?

14          A.    No.  If it's got standing water, they're

15    not dry.

16          Q.    Okay.  Was there a policy or procedure

17    that you taught concerning performance planning in

18    the absence of a contamination report?

19          MS. NORTON:  Object to the form of the

20    question.  You can answer it if you can.

21          MS. SHEA:  I can rephrase that if that was

22    vague.

23          A.    Okay.

24    BY MS. SHEA:

25          Q.    Is there a policy at Amerijet that

117

```
 1    required a performance penalty for a wet runway if
 2    there was no contamination report?
 3         A.    No, there's no penalty for a wet runway.
 4              MS. SHEA:  All right, sir.  That's all the
 5    questions I have for you.  Thank you.
 6              THE WITNESS:  Good.
 7              MS. SHEA:  Maybe not good.  She may have a
 8    few.
 9              MS. NORTON:  I guess I don't have any.
10    There's nothing.  Thank you, Tracey.  We'll waive.
11              THE COURT REPORTER:  Attorney Shea, would
12    you like this transcribed?
13              MS. SHEA:  Yes.
14              THE COURT REPORTER:  Would you like a
15    copy?
16              MS. NORTON:  Whatever she gets I want.
17              (Deposition concluded at 4:25 p.m.)
18
19
20
21
22
23
24
25
```

```
 1                    CERTIFICATE OF OATH

 2

 3   STATE OF FLORIDA        )

 4   COUNTY OF BROWARD        )

 5

 6

 7          I, the undersigned authority, certify that

 8   TRACEY DICKENSON personally appeared before me and

 9   was duly sworn.

10

11          WITNESS my hand and official seal the 21st

12   day of February, 2001.

13

14

15

16

17

18          Beverly J. Gramm

19          BEVERLY J. GRAMM, RPR
            Notary Public - State of Florida
20          My Commission Expires:  12/19/03

21

22              BEVERLY J. GRAMM
                My Comm Exp. 12/19/03
23                  No. CC 896700
                [ ] Personally Known  [ ] Other I.D.

24

25
```

```
 1                REPORTER'S DEPOSITION CERTIFICATE

 2

 3    STATE OF FLORIDA          )

 4    COUNTY OF BROWARD         )

 5

 6            I, BEVERLY J. GRAMM, Registered

 7    Professional Reporter, certify that I was authorized

 8    to and did stenographically report the foregoing

 9    deposition; and that the transcript is a true record

10    of the testimony given by the witness.

11            I further certify that I am not a

12    relative, employee, attorney or counsel of any of

13    the parties, nor am I a relative or employee of any

14    of the parties' attorney or counsel connected with

15    the action, nor am I financially interested in the

16    action.

17

18            DATED this 21st day of February, 2001.

19

20            Beverly J. Gramm

21            BEVERLY J GRAMM, RPR
              Notary Public - State of Florida
22            My Commission Expires:  12/19/03

23

24            BEVERLY J. GRAMM
              My Comm Exp. 12/19/03
              No. CC 896700
25            [ ] Personally Known [ ] Other I.D.
```



August 20, 1998

Mr. Patrick S. Major
1722 West Las Olas Boulevard
Ft. Lauderdale, FL   33312

Dear Pat:

This letter is in reference to your fax dated Tuesday, August 18, 1998, regarding the scheduling
of your type rating oral exam. After your last oral with the FAA and your pre-oral with the
Training Department, you and I had a meeting to discuss how we would proceed. As I remember
from our last meeting, you and I decided that you would return to the flight line for thirty days
and then we would have a second meeting. This second meeting would be to determine how best
to prepare you for your oral type rating exam with the FAA.

The time has now come for you to contact Tracey Dickinson to arrange the second meeting.

Sincerely,

Peter A. Steele
Vice President of Operations

cc:    E. Cook
       T. Dickinson
       J. Morales



000125

498 S.W. 34TH STREET. FORT LAUDERDALE. FL 33315 • (954) 359-0077 • FAX: (954) 359-7896 • http://www.amerijet.com

CARGO *IS* OUR BUSINESS



**Pat Major**

**FAX**

Pete Steele, Vice President, Operations
Amerijet International, Inc.
498 SW 34th Street
Ft. Lauderdale, FL 33315

08-21-98

Dear Pete,

Thank you for your letter regarding my reminder concerning a type rating
oral exam with the FAA. You wrote, "The time has come for you to contact
Tracey (sic) Dickinson to arrange a second meeting."

I have done that. Tracy and I spoke Tuesday, August 18. To follow-up, I
left a voice mail message for him on Thursday, August 20, and for you the
following day. So far, there has been no reply.

I remain very interested in successfully completing my upgrade training.

Sincerely,

Patrick Scott Major
Captain Candidate

cc: E. Cook
    T. Dickenson
    J. Morales



PLAINTIFF'S
EXHIBIT
48
2/13/01

1722 West Las Olas Blvd. Ft. Lauderdale, FL 33312
H:(954)763-7019, C-Ph:(954)614-1507

000124



**Pat Major**

**FAX**

Pete Steele, Vice President, Operations
Amerijet International, Inc.
498 SW 34th Street
Ft. Lauderdale, FL 33315

08-25-98

Dear Pete,

You should be aware, Tracy's and my recollection of our meeting with you
Friday, July 24, differ somewhat.

During our telephone conversation, Tuesday, August 18, I reminded Tracy
that you reiterated our agreement twice before the meeting closed, that you
and I discussed it again by telephone the following day, and in person in
your office Monday afternoon, August 17. In light of Tracy's confusion,
understandable considering the level, complexity and intensity of his
contribution here, I suggested he contact you for guidance.

Your letter, last week, appears to be the result. Perhaps we should review
certain elements of that meeting.

After lengthy discussion, you repeated several times, "I will sign you off (for
the oral exam) right now!"

Later, you described how important Pat Major is to Amerijet and how
committed you are to seeing me successfully complete the training for
promotion to Captain. You referred to the Teamsters' threat and my
contribution to Amerijet's remaining union free, then added, "You are a
motivational and dedicated employee who makes a valuable contribution. I
believe you will make an excellent captain".

At one point you said, "Pat, you seem to have a relaxed, almost passive
style. Yet, I sense a tiger inside you, bursting to get out."

I replied that I have worked very hard to create that impression. To which
you responded, "I want to see more of that tiger."

**1722 West Las Olas Blvd. Ft. Lauderdale, FL 33312
H:(954)763-7019,C-Ph:(954)614-1507**



PLAINTIFF'S
EXHIBIT
49
2/13/01

Okay.

You were concerned, Pete, regarding how to proceed with my training and asked what I wanted to do. I replied that I would like to fly the line for one schedule (four weeks) and take the oral exam the following week. We agreed that after successful completion of the oral exam, additional simulator sessions would be scheduled for the type rating. Since principles of both the operations and training departments were present (Ed Cook, Tracy Dickinson, and John Moktadier, as well as you and I), no additional notice should have been necessary.

When you and I discussed this last week, Pete, I asked for a Monday or Tuesday morning oral exam date. When Tracy contacted me Tuesday, he indicated that the FAA had not been notified, nor had he scheduled the required pre-oral preparation and review.

I am presently engaged flying the line as first officer, Monday, Wednesday and Friday each week. I have an off-week... week after next. Perhaps the training department can arrange something then.

In the absence of accurate documentation, Pete, training department recollection of our plan seems to have become skewed somewhat. I know how easily memories can be distort events over time. That is one reason I make extensive notes either during or immediately following such exchanges. I hope this information is helpful.

I remain very interested in moving ahead and look forward to hearing from you soon.

Sincerely,


Patrick Scott Major
Captain Candidate


cc: E. Cook
    T. Dickinson
    J. Morales

**Ameriijet INTERNATIONAL**

CREWMEMBER TRAINING RECORD/CERTIFICATION

NAME _Patrick Scott Mean_

## BASIC INDOCTRINATION

| TYPE | HOURS | DATE COMP | CERT. BY |
|------|-------|-----------|----------|
|      |       |           |          |

## PREVIOUS FAR 121

| TYPE/ A/C | HOURS | DATE COMP | CERT BY |
|-----------|-------|-----------|---------|
|           |       |           |         |
|           |       |           |         |

## DIFFERENCES TRAINING

| TYPE/ A/C | HOURS | DATE COMP | CERT BY |
|-----------|-------|-----------|---------|
|           |       |           |         |
|           |       |           |         |
|           |       |           |         |
|           |       |           |         |
|           |       |           |         |

## INITIAL TRAINING

| TYPE | HOURS | DATE COMP | CERT. BY |
|------|-------|-----------|----------|
|      |       |           |          |
|      |       |           |          |
|      |       |           |          |
|      |       |           |          |
|      |       |           |          |

## TRANSITION/UPGRADE

| TYPE | HOURS | DATE COMP | CERT BY |
|------|-------|-----------|---------|
|      |       |           |         |
|      |       |           |         |

## SIMULATOR/PROCEDURAL TRAINER

| TYPE SIM/ TRAINER | STATUS | DATE COMP | OBSVN HOURS | INSTR HOURS | CERT BY |
|-------------------|--------|-----------|-------------|-------------|---------|
|                   |        |           |             |             |         |
|                   |        |           |             |             |         |
|                   |        |           |             |             |         |

## FLIGHT TRAINING

| TYPE A/C | STATUS | DATE COMP | OBSVN HOURS | INSTR HOURS | CERT. BY |
|----------|--------|-----------|-------------|-------------|----------|
|          |        |           |             |             |          |
|          |        |           |             |             |          |
|          |        |           |             |             |          |

## RECURRENT TRAINING INCL. EMERGENCY & DANGEROUS ARTICLES

| TYPE A/C | HOURS | DATE COMP | CERT BY |
|----------|-------|-----------|---------|
|          |       |           |         |
|          |       |           |         |
|          |       |           |         |
|          |       |           |         |
|          |       |           |         |
|          |       |           |         |
|          |       |           |         |
|          |       |           |         |
|          |       |           |         |
|          |       |           |         |
|          |       |           |         |
|          |       |           |         |

## OTHER

| TYPE A/C | HOURS | DATE COMP | CERT BY |
|----------|-------|-----------|---------|
|          |       |           |         |
|          |       |           |         |
|          |       |           |         |
|          |       |           |         |
|          |       |           |         |
|          |       |           |         |
|          |       |           |         |
|          |       |           |         |
|          |       |           |         |

PLAINTIFF'S EXHIBIT
50
889 2/13/01

000283    FORM OT-102    PAGE 1 (10/90)

CREWMEMBER TRAINING RECORD/CERTIFICATION

**AmeriJet INTERNATIONAL**

NAME _____ *Patrick Scott Myer* _____

PROFICIENCY CHECKS

| TYPE A/C | DATE | SIMULATOR | AIRCRAFT | STATUS | RESULT | HOURS | CHECK PILOT | FAA INSP |
|----------|------|-----------|----------|--------|--------|-------|-------------|----------|
|          |      |           |          |        |        |       |             |          |
|          |      |           |          |        |        |       |             |          |
|          |      |           |          |        |        |       |             |          |
|          |      |           |          |        |        |       |             |          |
|          |      |           |          |        |        |       |             |          |
|          |      |           |          |        |        |       |             |          |
|          |      |           |          |        |        |       |             |          |
|          |      |           |          |        |        |       |             |          |
|          |      |           |          |        |        |       |             |          |
|          |      |           |          |        |        |       |             |          |
|          |      |           |          |        |        |       |             |          |
|          |      |           |          |        |        |       |             |          |
|          |      |           |          |        |        |       |             |          |

OPERATING EXPERIENCE/LINE CHECK/OBSERVATION/CLASS II NAVIGATION

| TYPE A/C | DATE | STATUS | FLIGHT | FROM | TO | HOURS | LDNGS | CERT BY |
|----------|------|--------|--------|------|----|-------|-------|---------|
|          |      |        |        |      |    |       |       |         |
|          |      |        |        |      |    |       |       |         |
|          |      |        |        |      |    |       |       |         |
|          |      |        |        |      |    |       |       |         |
|          |      |        |        |      |    |       |       |         |
|          |      |        |        |      |    |       |       |         |
|          |      |        |        |      |    |       |       |         |
|          |      |        |        |      |    |       |       |         |
|          |      |        |        |      |    |       |       |         |
|          |      |        |        |      |    |       |       |         |
|          |      |        |        |      |    |       |       |         |

EQUIPMENT QUALIFICATION RESTRICTION

TYPE AIRCRAFT _____ .

THE 100 HOUR EQUIPMENT QUALIFICATION REQUIREMENTS HAVE BEEN MET AND
RESTRICTION IS REMOVED.

DATE _____ CERTIFIED BY _____

*j*