UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-FERGUSON / SNOW

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendants.

_____/

**NIGHT BOX FILED**
MAR 2 6 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### DEFENDANT'S MOTION TO CONTINUE THE PRE-TRIAL CONFERENCE OR IN THE ALTERNATIVE TO APPROVE ASSOCIATE COUNSEL'S APPEARANCE AT THE PRE-TRIAL CONFERENCE

Defendant, AMERIJET INTERNATIONAL, INC., by and through undersigned counsel, hereby serves it Motion to Continue the Pre-Trial Conference or in the Alternative to Approve the Appearance of Associate Counsel at the Pre-Trial Conference and in support thereof states as follows:

1. By Order dated January 23, 2001, this Court set the pre-trial conference in this matter for Monday, April 2, 2001, at 3:45 p.m.

2. Pursuant to Local Rule 16.1(C) of the Local General Rules, each party shall be represented at the pre-trial conference by the attorney who will conduct the trial.

3. Mrs. Susan Potter Norton is lead trial counsel for AmeriJet in the instant case. Prior to this Court's Order of January 23, 2001, Mrs. Norton had scheduled and secured travel arrangements for a trip outside the continental United States from Friday,

March 23, to Sunday, April 8, 2001. Thus, Mrs. Norton will be unable to attend the pre-trial conference set for Monday, April 2, 2001.

4. AmeriJet respectfully requests that the pre-trial conference be continued to the next available date after April 9, 2001, due to Mrs. Norton's unavailability.

5. Neither side will be prejudiced by this short continuance nor will it affect the trial date for this case, which is set for the two-week trial calendar of May 7, 2001.

6. The undersigned has contacted Plaintiff's counsel, Ms. Valerie Shea, who does not oppose the continuance of the pre-trial conference.

7. In the alternative, AmeriJet requests that if this Court denies its Motion for a short Continuance, it approves the appearance of Stephen P. Santiago, associate counsel, to attend the pre-trial conference on behalf of Mrs. Norton and AmeriJet.

ACCORDINGLY, AmeriJet respectfully requests that this Court grant its Motion for a short Continuance of the Pre-trial Conference or in the alternative the appearance of associate counsel, Stephen P. Santiago.

Respectfully submitted,

Susan Potter Norton
Florida Bar No. 0201847
Stephen P. Santiago
Florida Bar No. 0964425

ALLEN, NORTON & BLUE, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578
snorton@anblaw.com
ssantiago@anblaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail, on this 26th day of March, 2001 upon:

Valerie Shea, Esq.
HEINRICH GORDON HARGROVE
 WEIHE & JAMES
500 East Broward Boulevard, Suite 1000
Ft. Lauderdale, Florida 33394

_____
Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

CASE NO.: 00-6070-CIV-FERGUSON / SNOW

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendants.
_____/

## ORDER

THIS CAUSE having come before the Court upon Defendant, AMERIJET INTERNATIONAL, INC.'s, Motion To Continue The Pre-Trial Conference Or In The Alternative To Approve Associate Counsel's Appearance At The Pre-Trial Conference, and for good cause shown, it is

ORDERED and ADJUDGED as follows:

The Defendant, AMERIJET INTERNATIONAL, INC.'s, Motion To Continue The Pre-Trial Conference Or In The Alternative To Approve Associate Counsel's Appearance At The Pre-Trial Conference, is hereby _____.

DONE and ORDERED in Chambers in Fort Lauderdale, Broward County, Florida, this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT COURT JUDGE

cc:    Stephen P. Santiago, Esq.
        Valerie Shea, Esq.

78213_1