UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,     :     CASE NO. 00-6070-Ferguson
                                                         Magistrate Judge Lurana S. Snow
      Plaintiff,     :     L.T. Case No. 99-021746-11

vs.     :

AMERIJET INTERNATIONAL, INC.,     :

      Defendant.     :
_____/

## PLAINTIFF'S
## MOTION FOR LEAVE TO DEEM REQUESTS FOR ADMISSION
## SERVED AND TO COMPEL RESPONSE
## WITH SUPPORTING MEMORANDUM OF LAW

Plaintiff, Patrick Scott Major, moves the Court for permission to serve two sets of requests for admission, in the forms attached as Exhibits A and B, and states:

1. This is a case alleging age discrimination in the context of promotion, or upgrade, to the position of captain at Amerijet. Plaintiff Major applied for the position and was not selected. The case is set for trial May 7, 2001. Discovery cutoff was February 19, 2001.

2. As is detailed in plaintiff's response in opposition to defendant's motion for summary judgment, plaintiff contends that evidence of Amerijet's discriminatory intent can be gleaned from the fact that junior, younger, less qualified first officers were promoted ahead of him.

3. Plaintiff propounded the two requests for admission to Amerijet to force Amerijet to formally admit the truth of certain facts about the comparator population, allowing plaintiff to avoid potential proof problems at trial. As explained below, Amerijet's corporate representatives were unprepared and unable to respond to questions concerning Major's comparators.

143

CASE NO. 00-6070-Ferguson

4. Plaintiff served the requests on March 15, 2001, and March 26, 2001, reasoning that they are not discovery requests subject to the discovery deadline, but are a means of narrowing issues for trial. As defendant has objected to the requests, however, this motion is filed.

## MEMORANDUM OF LAW

Requests for admission are distinct from discovery devices provided for by the federal rules. 8A Wright and Miller section 2253 recognizes this distinction: "Strictly speaking Rule 36 is not a discovery procedure at all." While other devices are to elicit evidence, requests for admission are close-ended: "an admission concludes the matter and avoids any need for proof at trial." This view has been adopted as binding Eleventh Circuit precedent. Pickens v. Equitable Life Assurance Society of the United States, 413 F.2d 1390, 1393 (5th Cir. 1969) ("Rule 36 is not a discovery device, and its proper use is a means of avoiding the necessity of proving issues which the requesting party will doubtless be able to prove at trial.") See also In Re Camero Enterprises, Inc., 240 B.R. 446, 449 (M.D. Fla. 1997) (the purpose of [Rule 36] is to enable the parties and the court to narrow or eliminate issues in a case). A number of federal district courts have expressly held that requests to admit are not subject to discovery deadlines. Hurt v. Coyne, 124 F.R.D. 614 (W.D. Tenn. 1989); O'Neill v. Medad, 166 F.R.D. 19 (E.D. Mich. 1995); Leach v. Quality Health Services, 162 F.R.D. 40 (E.D. Penn. 1996).

Here, plaintiff resorted to requests for admission after defendant failed to produce a corporate representative able to testify as to the seniority or qualifications of the comparators.

CASE NO. 00-6070-Ferguson

Dave Bassett (Pres./Owner):

Q: [Handed list of upgraded first officers] . . . are you sufficiently familiar with the credentials of the various airmen to compare or contrast them to Pat Major or not?

A: No specifics as to one or the other.

The depositions of the former training director, human resources director, chief pilot, and current director of operations were no more productive.

For this reason, the request for admissions are a practical necessity to establish proof as to comparators.

It is plain that there is no aspect of the subject requests which is discovery-related rather than proof-related. Plaintiff simply pulled together information from various documents produced by Amerijet into one coherent and logical form designed to make a succinct presentation for trial. Therefore, there can be no objection that the purpose of requests for admission is being ill served.

For all the foregoing reasons, good cause exists to allow the subject requests to admissions to be answered. Plaintiff respectfully requests that Amerijet be directed to answer the subject requests no later than April 18, 2001 (set served March 15, 2001) and April 28, 2001 (set served March 26, 2001), so that plaintiff will have the benefit of defendant's responses for final trial preparation.

## CERTIFICATE OF COUNSEL

The undersigned certified that she communicated with counsel for Amerijet, Steve Santiago, seeking agreement on this matter, but was unable to resolve it.

3

CASE NO. 00-6070-Ferguson

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 27th day of March, 2001.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Telephone:   954-527-2800
Facsimile:    954-524-9481

By: /s/ Valerie Shea
VALERIE SHEA
Florida Bar No. 436800

G:\LAW\81975\002\Pleadings\M-Leave-RA001.doc

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| PATRICK SCOTT MAJOR. | : | CASE NO. 00-6070-Ferguson |
| | | L.T. Case No. 99-021746-11 |
| Plaintiff, | : | Magistrate Judge Lurana S. Snow |
| vs. | : | |
| AMERIJET INTERNATIONAL, INC., | : | |
| Defendant. | : | |

_____/

## PLAINTIFF'S
## SECOND REQUEST FOR ADMISSIONS

Plaintiff, Patrick Scott Major, Plaintiff, Patrick Major, pursuant to Rule 36(a), Federal Rules of Civil Procedure, requests that the defendant, Amerijet International, Inc., admit the truth of the following matters:

Tim Green

1. Admit that Tim Green was promoted to captain on October 6, 1998.

2. Admit that Pat Major had higher seniority than Tim Green.

3. Admit that Tim Green's birth date is in 1967.

John Washington

1. Admit that John Washington was promoted to captain on December 15, 1996.

2. Admit that Pat Major had higher seniority than John Washington.

3. Admit that John Washington's birth date is in 1970.

Patrick McManus

1. Admit that Patrick McManus was promoted to captain on November 11, 1998.

2. Admit that Pat Major had higher seniority than Patrick McManus.

3. Admit that Patrick McManus's birth date is in 1969.

### Robert Temple

1. Admit that Robert Temple was promoted to captain ahead of Patrick Major, but that Amerijet did not produce records reflecting his date of promotion.

2. Admit that Pat Major had higher seniority than Robert Temple.

3. Admit that Amerijet did not produce training records for Robert Temple.

4. Admit that Robert Temple's birth date is in 1956.

### David Bruns

1. Admit that David Bruns was promoted to captain on October 16, 1996.

2. Admit that Pat Major had higher seniority than David Bruns.

3. Admit that David Bruns' birth date is in 1966.

### David Mitchell

1. Admit that David Mitchell was promoted to captain on May 1, 1996.

2. Admit that Pat Major had higher seniority than David Mitchell.

3. Admit that David Mitchell's birth date is in 1959.

### Tracey Dickinson

1. Admit that Tracey Dickinson was promoted to captain on November 19, 1997.

2. Admit that Pat Major had higher seniority than Tracey Dickinson.

3. Admit that Tracey Dickinson's birth date is in 1964.

CASE NO. 00-6070-Ferguson/Snow

Douglas Benson

1. Admit that Douglas Benson was promoted to captain on November 9, 1998.
2. Admit that Pat Major had higher seniority than Douglas Benson.
3. Admit that Douglas Benson's birth date is in 1956.

Raymond Meunier

1. Admit that Raymond Meunier was promoted to captain on November 17, 1997.
2. Admit that Pat Major had higher seniority than Raymond Meunier.
3. Admit that Raymond Meunier's birth date is in 1968.

John Moktadier

1. Admit that John Moktadier was promoted to captain on May 17, 1999.
2. Admit that Pat Major had higher seniority than John Moktadier.
3. Admit that John Moktadier's birth date is in 1964.

Patrick Major

1. Admit Patrick Major's birth date is in 1953.
2. Admit that Patrick Major was **senior** to the following persons:
   a. Tim Green
   b. John Washington
   c. Patrick McManus
   d. Robert Temple
   e. David Bruns
   f. David Mitchell

3

  g. Tracey Dickinson

  h. Douglas Benson

  i. Raymond Meunier

  j. John Moktadier

3. Admit that Patrick Major was **older** than the following persons:

  a. Tim Green

  b. John Washington

  c. Patrick McManus

  d. Robert Temple

  e. David Bruns

  f. David Mitchell

  g. Tracey Dickinson

  h. Douglas Benson

  i. Raymond Meunier

  j. John Moktadier

4. Admit that the following persons were promoted to captain between 1996 and 1999, while Patrick Major worked at Amerijet:

  a. Tim Green

  b. John Washington

  c. Patrick McManus

  d. Robert Temple

CASE NO. 00-6070-Ferguson/Snow

- e.   David Bruns
- f.   David Mitchell
- g.   Tracey Dickinson
- h.   Douglas Benson
- i.   Raymond Meunier
- j.   John Moktadier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 15th day of March ~~February~~ 2001.

> HEINRICH GORDON HARGROVE
> WEIHE & JAMES, P.A.
> Attorneys for Plaintiff
> 500 East Broward Boulevard, Suite 1000
> Fort Lauderdale, Florida 33394
> Telephone:   954-527-2800
> Facsimile:    954-524-9481
>
> By: S/ _____
> VALERIE SHEA
> Florida Bar No. 436800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,  :  CASE NO. 00-6070-Ferguson
                                                        L.T. Case No. 99-021746-11
    Plaintiff,  :  Magistrate Judge Lurana S. Snow

vs.  :

AMERIJET INTERNATIONAL, INC.,  :

    Defendant.  :
_____/

## PLAINTIFF'S
## THIRD REQUEST FOR ADMISSIONS

Plaintiff, Patrick Scott Major, Plaintiff, Patrick Major, pursuant to Rule 36(a)[*], Federal Rules of Civil Procedure, requests that the defendant, Amerijet International, Inc., admit the truth of the following matters:

1.    Admit that each item in the entries of information on the chart attached hereto as Exhibit "A" titled "List of Captains Upgraded/Hired – Sorted by Age" is accurate.

2.    Admit that each item in the entries of information on the chart attached hereto as Exhibit "B" titled "List of Captains – Sorted by Hire Date" is accurate.

3.    Admit that each item in the entries of information on the chart attached hereto as Exhibit "C" titled "List of Captains – Sorted by Date Upgraded/Hired to Captain" is accurate.

---

[*] "A denial shall fairly meet the substance of the requested admission, and when good faith requires that a party qualify an answer or deny only a part of the matter of which an admission is requested, the party shall specify so much of it as true and qualify or deny the remainder."

CASE NO. 00-6070-Ferguson/Snow

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 26th day of March, 2001.

> HEINRICH GORDON HARGROVE
> WEIHE & JAMES, P.A.
> Attorneys for Plaintiff
> 500 East Broward Boulevard, Suite 1000
> Fort Lauderdale, Florida 33394
> Telephone:   954-527-2800
> Facsimile:    954-524-9481
>
> By: _Valerie Shea_
> VALERIE SHEA
> Florida Bar No. 436800

## LIST OF CAPTAINS UPGRADED/HIRED – SORTED BY AGE

| Name | Date of Birth | Date of Hire | Date hired/upgraded to Captain | Time between hired and upgraded Years/months | Age at hire/upgrade to Captain |
|---|---|---|---|---|---|
| Luther Stephen Martin | 8/18/53 | 7/7/95 | Hired/upgraded to Captain prior to 1/1/96 | | Age as of 1/1/96: 42 |
| Allen Jorsey | 10/24/62 | 7/14/95 | Hired/upgraded to Captain prior to 1/1/96 | | Age as of 1/1/96: 33 |
| William Cline | 5/27/60 | 12/18/84 | Hired/upgraded to Captain prior to 1/1/96 | | Age as of 1/1/96: 35 |
| Brian Steele | 9/30/58 | 3/17/86 | Hired/upgraded to Captain prior to 1/1/96 | | Age as of 1/1/96: 37 |
| Robert W. Temple | 4/26/56 | 8/3/92 | Hired/upgraded to Captain prior to 1/1/96 | | Age as of 1/1/96: 39 |
| Rand T. Brewer | 1/7/55 | 4/1/83 | Hired/upgraded to Captain prior to 1/1/96 | | Age as of 1/1/96: 41 |
| Charles G. Bennett | 1/26/53 | 11/9/87 | Hired/upgraded to Captain prior to 1/1/96 | | Age as of 1/1/96: 42 |
| Mike M. Schreiber | 5/8/51 | 11/9/87 | Hired/upgraded to Captain prior to 1/1/96 | | Age as of 1/1/96: 44 |
| Dennis Wisniewski | 9/8/50 | 5/5/86 | Hired/upgraded to Captain prior to 1/1/96 | | Age as of 1/1/96: 45 |
| Henry Clay Lynn | 12/24/43 | 2/1/91 | Hired/upgraded to Captain prior to 1/1/96 | | Age as of 1/1/96: 52 |
| Joseph Meek | 12/28/43 | 6/1/94 | Hired/upgraded to Captain prior to 1/1/96 | | Age as of 1/1/96: 52 |
| John Washington | 10/7/70 | 4/27/92 | Upgraded 12/15/96 | 4 years/8 months | Age as of 1/1/96: 26 |
| Ronald Jakubek | 6/23/70 | 11/6/95 | Upgraded 1/20/00 | 4 years/2 months | Age as of 1/1/96: 29 |
| Patrick C. McManus | 2/19/69 | 6/8/92 | Upgraded 11/11/98 | 6 years/5 months | Age as of 1/1/96: 29 |
| Raymond Meunier | 4/8/68 | 5/6/95 | Upgraded 11/17/97 | 2 years/7 months | Age as of 1/1/96: 29 |
| James Basham | 9/7/69 | 9/23/96 | Upgraded 1/20/00 | 3 years/4 months | 30 |
| Ron L. Rooks | 6/25/69 | 9/22/94 | Upgraded 8/27/99 | 5 years | 30 |
| John Hogan | 1/23/67 | 11/27/89 | Upgraded 12/15/96 | 7 years | 30 |
| Derry Huff | 11/26/66 | 12/14/89 | Upgraded 10/16/96 | 7 years | 30 |
| David Bruns | 2/9/66 | 4/8/94 | Upgraded 10/16/96 | 2 years/6 months | 30 |
| Edward Hoffman | 8/7/66 | 3/18/91 | Upgraded 9/9/99 | 8 years/6 months | 33 |
| Michael R. Pelly | 8/26/64 | 1/26/89 | Upgraded 12/5/97 | 8 years | 33 |
| Tracey Dickinson | 4/21/64 | 4/8/95 | Upgraded 11/19/97 | 2 years/7 months | 33 |
| James A. Battillo | 1/9/64 | 1/29/90 | Upgraded 9/23/97 | 7 years/8 months | 33 |
| Kenneth Matthew | 7/31/65 | 8/10/92 | Upgraded 1/9/99 | 7 years/3 months | 34 |


EXHIBIT A

## LIST OF CAPTAINS UPGRADED/HIRED – SORTED BY AGE

| Name | Date of Birth | Date of Hire | Date hired/upgraded to Captain | Time between hired and upgraded Years/months | Age at hire/upgrade to Captain |
|---|---|---|---|---|---|
| John A. Moktadier | 12/29/63 | 2/15/91 | Upgraded 5/17/99 | 8 years/3 months | 35 |
| David Mitchell | 10/22/59 | 2/3/95 | Upgraded 5/1/96 | 1 year/3 months | 36 |
| Tim J. Green | 6/1/67 | 2/18/92 | Upgraded 10/6/98 | 5 years/8 months | 37 |
| Paul A. Anderson | 11/19/55 | 3/25/87 | Upgraded 6/12/97 | 10 years/3 months | 41 |
| Douglas Benson | 6/11/56 | 5/4/95 | Upgraded 11/9/98 | 3 years/6 months | 42 |
| Michael Bachrach | 11/23/55 | 4/29/95 | Upgraded 1/20/00 | 4 years/9 months | 44 |
| Jeff N. Novak | 12/1/53 | 2/24/89 | Upgraded 9/23/97 | 8 years/7 months | 44 |
| Leonidas Guzman | 12/24/49 | 7/23/97 | Hired as Captain 7/23/97 | | 47 |
| John Miller | 5/22/48 | 12/3/97 | Hired as Captain 12/3/97 | | 49 |
| James Replogle | 11/26/48 | 3/22/99 | Hired as Captain 3/22/99 | | 50 |
| Jose R. Alvarez | 9/17/46 | 9/10/97 | Hired as Captain 9/10/97 | | 51 |
| Bruce McGray | 9/14/46 | 9/8/97 | Hired as Captain 9/8/97 | | 51 |
| James Korby | 4/6/43 | 7/23/97 | Hired as Captain 7/23/97 | | 54 |
| Richard Lytle | 7/9/42 | 3/31/97 | Hired as Captain 3/31/97 | | 54 |
| Joseph Latorre | 1/18/42 | 11/11/96 | Hired as Captain 11/11/96 | | 54 |
| Albert Rubey | 11/28/42 | 3/9/98 | Hired as Captain 3/9/98 | | 55 |

## LIST OF CAPTAINS – SORTED BY HIRE DATE

(GRAY ROWS ARE CAPTAINS HIRED AFTER MAJOR, NOT IN PROTECTED CLASS, AND UPGRADED BETWEEN 1/1/96 – 9/1/99)

| Name | Date of Birth | Date of Hire | Date hired/upgraded to Captain | Age at hire/upgrade to Captain |
|---|---|---|---|---|
| Rand T. Brewer | 1/7/55 | 4/1/83 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 41 |
| William Cline | 5/27/60 | 12/18/84 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 35 |
| Brian Steele | 9/30/58 | 3/17/86 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 37 |
| Dennis Wisniewski | 9/8/50 | 5/5/86 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 45 |
| Paul A. Anderson | 11/19/55 | 3/25/87 | Upgraded 6/12/97 | 41 |
| Mike M. Schrieber | 5/8/51 | 11/9/87 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 44 |
| Charles G. Bennett | 12/6/53 | 11/9/87 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 42 |
| Jeff N. Novak | 12/1/53 | 2/24/89 | Upgraded 9/23/97 | 44 |
| John Hogan | 1/23/67 | 11/27/89 | Upgraded 12/15/96 | 30 |
| Michael R. Pelly | 8/26/64 | 12/6/89 | Upgraded 12/5/97 | 33 |
| Derry Huff | 11/26/66 | 12/14/89 | Upgraded 10/16/96 | 30 |
| James A. Battilo | 1/9/64 | 1/29/90 | Upgraded 9/23/97 | 33 |
| John A. Moktadier | 12/29/63 | 2/15/91 | Upgraded 5/17/99 | 35 |
| Henry Clay Lynn | 12/24/43 | 2/17/91 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 52 |
| **PATRICK MAJOR** | **10/2/53** | **3/18/91** | **NEVER UPGRADED** | **NEVER UPGRADED** |
| Edward Hoffman | 8/7/66 | 3/18/91 | Upgraded 9/9/99 | 33 |
| Tim J. Green | 6/1/67 | 2/18/92 | Upgraded 10/6/98 | 37 |
| John Washington | 10/7/70 | 4/27/92 | Upgraded 12/15/96 | 26 |
| Patrick C. McManus | 2/19/69 | 6/8/92 | Upgraded 11/11/98 | 29 |
| Robert W. Temple | 4/26/56 | 8/3/92 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 39 |
| Kenneth Mathew | 7/31/65 | 8/10/92 | Upgraded 11/9/99 | 34 |
| David Bruns | 2/9/66 | 4/8/94 | Upgraded 10/16/96 | 30 |
| Joseph Meek | 12/28/43 | 6/1/94 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 52 |
| Ron L. Rooks | 6/25/69 | 9/22/94 | Upgraded 8/27/99 | 30 |
| David Mitchell | 10/22/59 | 2/3/95 | Upgraded 5/1/96 | 36 |



EXHIBIT B

## LIST OF CAPTAINS – SORTED BY HIRE DATE

(GRAY ROWS ARE CAPTAINS HIRED AFTER MAJOR, NOT IN PROTECTED CLASS, AND UPGRADED BETWEEN 1/1/96 –9/1/99)

| Name | Date of Birth | Date of Hire | Date hired/upgraded to Captain | Age at hire/upgrade to Captain |
|---|---|---|---|---|
| Tracey Dickinson | 4/21/64 | 4/8/95 | Upgraded 11/19/97 | 33 |
| Michael Bachrach | 11/23/55 | 4/29/95 | Upgraded 1/20/00 | 44 |
| Douglas Benson | 6/11/56 | 5/4/95 | Upgraded 11/9/98 | 42 |
| Raymond Meunier | 4/8/68 | 5/6/95 | Upgraded 11/17/97 | 29 |
| Luther Stephen Martin | 8/18/53 | 7/7/95 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 42 |
| Allen Jorsey | 10/24/62 | 7/14/95 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 33 |
| Ronald Jakubek | 6/23/70 | 11/6/95 | Upgraded 1/20/00 | 29 |
| James Basham | 9/7/69 | 9/23/96 | Upgraded 1/20/00 | 30 |
| Joseph Latorre | 1/18/42 | 11/11/96 | Hired as Captain 11/11/96 | 54 |
| Richard Lytle | 7/9/42 | 3/31/97 | Hired as Captain 3/31/97 | 54 |
| Luis Michaels | 10/26/44 | 3/31/97 | Unknown | |
| Leonidas Guzman | 12/24/49 | 7/23/97 | Hired as Captain 7/23/97 | 47 |
| James Korby | 4/6/43 | 7/23/97 | Hired as Captain 7/23/97 | 54 |
| Bruce McGray | 9/14/46 | 9/8/97 | Hired as Captain 9/8/97 | 51 |
| Jose R. Alvarez | 9/17/46 | 9/10/97 | Hired as Captain 9/10/97 | 51 |
| John Miller | 5/22/48 | 12/3/97 | Hired as Captain 12/3/97 | 49 |
| Albert Rubey | 11/28/42 | 3/9/98 | Hired as Captain 3/9/98 | 55 |
| James Replogle | 11/26/48 | 3/22/99 | Hired as Captain 3/22/99 | 50 |

## LIST OF CAPTAINS
### SORTED BY DATE UPGRADED/HIRED TO CAPTAIN
(GRAY ROWS ARE CAPTAINS HIRED AFTER MAJOR, IN PROTECTED CLASS, AND UPGRADED BETWEEN 1/1/96-9/1/99)

| Name | DOB | DOH | Hired/upgraded to Captain | Age at hire/upgrade to Captain |
|---|---|---|---|---|
| Rand T. Brewer | 1/7/55 | 4/1/83 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 41 |
| William Cline | 5/27/60 | 12/18/84 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 35 |
| Brian Steele | 9/30/58 | 3/17/86 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 37 |
| Dennis Wisniewski | 9/8/50 | 5/5/86 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 45 |
| Mike M. Schrieber | 5/8/51 | 11/9/87 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 44 |
| Charles G. Bennett | 1/26/53 | 11/9/87 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 42 |
| Henry Clay Lynn | 12/24/43 | 2/17/91 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 52 |
| Joseph Meek | 12/28/43 | 6/1/94 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 52 |
| Robert W. Temple | 4/26/56 | 8/3/92 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 39 |
| Luther Stephen Martin | 8/18/53 | 7/7/95 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 42 |
| Allen Jorsey | 10/24/62 | 7/14/95 | Hired/upgraded to Captain prior to 1/1/96 | Age as of 1/1/96: 33 |
| David Mitchell | 10/22/59 | 2/3/95 | Upgraded 5/1/96 | 36 |
| Derry Huff | 11/26/66 | 12/14/89 | Upgraded 10/16/96 | 30 |
| David Bruns | 2/9/66 | 4/8/94 | Upgraded 10/16/96 | 30 |
| Joseph Latorre | 1/18/42 | 11/11/96 | Hired as Captain 11/1/96 | 54 |
| John Washington | 10/7/70 | 4/27/92 | Upgraded 12/15/96 | 26 |
| John Hogan | 1/23/67 | 11/27/89 | Upgraded 12/15/96 | 30 |
| Richard Lyle | 7/9/42 | 3/31/97 | Hired as Captain 3/31/97 | 54 |
| Luis Michaels | 10/26/44 | 3/31/97 | Unknown | • |
| Paul A. Anderson | 11/19/55 | 3/25/87 | Upgraded 6/12/97 | 41 |
| Leonidas Guzman | 12/24/49 | 7/23/97 | Hired as Captain 7/23/97 | 47 |
| James Korby | 4/6/43 | 7/23/97 | Hired as Captain 7/23/97 | 54 |
| Bruce McGray | 9/14/46 | 9/8/97 | Hired as Captain 9/8/97 | 51 |
| Jose R. Alvarez | 9/17/46 | 9/10/97 | Hired as Captain 9/10/97 | 51 |
| James A. Battilo | 1/9/64 | 1/29/90 | Upgraded 9/23/97 | 33 |



EXHIBIT
C

# LIST OF CAPTAINS

## SORTED BY DATE UPGRADED/HIRED TO CAPTAIN

(GRAY ROWS ARE CAPTIANS HIRED AFTER MAJOR, IN PROTECTED CLASS, AND UPGRADED BETWEEN 1/1/96-9/1/99)

| Name | DOB | DOH | Hired/upgraded to Captain | Age at hire/upgrade to Captain |
|---|---|---|---|---|
| Jeff N. Novak | 12/1/53 | 2/24/89 | Upgraded 9/23/97 | 44 |
| Raymond Meunier | 4/8/68 | 5/6/95 | Upgraded 11/17/97 | 29 |
| Tracey Dickinson | 4/21/64 | 4/8/95 | Upgraded 11/19/97 | 33 |
| John Miller | 5/22/48 | 12/3/97 | Hired as Captain 12/3/97 | 49 |
| Michael R. Pelly | 8/26/64 | 12/6/89 | Upgraded 12/5/97 | 33 |
| Albert Rubey | 11/28/42 | 3/9/98 | Hired as Captain 3/9/98 | 55 |
| Tim J. Green | 6/1/67 | 2/18/92 | Upgraded 10/6/98 | 37 |
| Douglas Benson | 6/11/56 | 5/4/95 | Upgraded 11/9/98 | 42 |
| Patrick C. McManus | 2/19/69 | 6/8/92 | Upgraded 11/11/98 | 29 |
| James Replogle | 11/26/48 | 3/22/99 | Hired as Captain 3/22/99 | 50 |
| John A. Moktadier | 12/29/63 | 2/15/91 | Upgraded 5/17/99 | 35 |
| Ron L. Rooks | 6/25/69 | 9/22/94 | Upgraded 8/27/99 | 30 |
| Edward Hoffman | 8/7/66 | 3/18/91 | Upgraded 9/9/99 | 33 |
| Kenneth Matthew | 7/31/65 | 8/10/92 | Upgraded 11/9/99 | 34 |
| Michael Bachrach | 11/23/55 | 4/29/95 | Upgraded 1/20/00 | 44 |
| Ronald Jakubek | 6/23/70 | 11/6/95 | Upgraded 1/20/00 | 29 |
| James Basham | 9/7/69 | 9/23/96 | Upgraded 1/20/00 | 30 |