UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   : 00-6070-CIV-FERGUSON
JUDGE      : WILKIE D. FERGUSON, JR.
TRIAL DATE: 05/07/01

PATRICK SCOTT MAJOR

    Plaintiff(s),                **MEDIATORS REPORT**
vs.

AMERIJET INTERNATIONAL

    Defendant(s).

*********************************

COMES NOW Allene D. Nicholson, Esq., the undersigned certified Mediator from **FLORIDA MEDIATION GROUP** and reports to this Honorable Court:

The Mediation was held on: 03-21-2001 15:00.

____   AN AGREEMENT WAS REACHED.

____   Mediation Agreement attached, with the parties consent.

__X__  No Agreement was reached; Impasse.

____   The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before ___/___/___ this matter shall be considered at an Impasse.

____   A Post-Mediation Settlement was reached, as per information received on ___/___/___, from _____.

____   Other: The adjuster for the Insurance Carrier for the Defendant was not present.*

Certified Mediator, **FLORIDA MEDIATION GROUP - FMG# 0-44196**

( )                                    ( )
28 W. Flagler St.                      800 E. Broward Blvd.
10th Floor                             Suite 400
Miami, FL. 33130                       Ft. Lauderdale, FL. 33301
(305) 579-9990                         (954) 522-9991

Copies to:
Clerk of Court
Counsel of record
Parties, (if unrepresented)
3/21/01
medrept.fed

* Plaintiff and counsel for Plaintiff were present. A representative of Defendant, Derry Huff, and counsel for Defendant were present.

145