FILED by **ad** D.C.

APR 2 200

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PATRICK SCOTT MAJOR,   Case No. 00-6070-CIV-FERGUSON

Plaintiff,

vs.

AMERIJET INTERNATIONAL, INC.,

Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Defendant's Motion to Continue the Pre-Trial Conference or in the Alternative to Approve Associate Counsel's Appearance at the Pre-Trial Conference [D.E.142]. Having considered the motion and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that the motion [D.E.142] is **GRANTED**.

**PLEASE TAKE NOTICE** that the pre-trial conference scheduled for April 2, 2001, has been changed to **April 16, 2001, at 3:45 p.m.**

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 2nd day of April, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Valerie Shea, Esq.
Susan Potter Norton, Esq.