UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

01  ::R 1  :  2 4.

| PATRICK SCOTT MAJOR, | : | CASE NO. 00-6070-Ferguson |
| | | Magistrate Judge Lurana S. Snow |
| Plaintiff, | : | L.T. Case No. 99-021746-11 |
| | | |
| vs. | : | |
| | | |
| AMERIJET INTERNATIONAL, INC., | : | |
| | | |
| Defendant. | : | |

_____/

## NOTICE OF CONFLICT

The undersigned counsel hereby gives notice to all parties as it relates to the above matter of

the following conflicts in which the undersigned is attorney of record for one of the parties of the

following cases:

1. Bryson v. Medford, et al, 17th Judicial Circuit, in and for Broward County, Florida,

   Case No.: 97-006627 (18), before the Honorable W. Herbert Moriarty. Three (3) week

   docket commencing April 30, 2001.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail

to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant,



Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 11th day of

April, 2001.

> HEINRICH GORDON HARGROVE
> WEIHE & JAMES, P.A.
> Attorneys for Plaintiff
> 500 East Broward Boulevard, Suite 1000
> Fort Lauderdale, Florida 33394
> Telephone:    954-527-2800
> Facsimile:    954-524-9481
>
> By:_____
>        MARK R. BOYD
>        Florida Bar No.  217492

MRB/ply/mb

81975\002\ntc of conflict two.doc