UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-FERGUSON/ SNOW

PATRICK SCOTT MAJOR,

Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

Defendants.
_____/

## NOTICE OF FILING UNOPPOSED AMENDMENT
## TO THE JOINT PRE-TRIAL STIPULATION

Defendant, AMERIJET INTERNATIONAL INC., by and through undersigned counsel hereby files this Unopposed Amendment to the Joint Pre-trial Stipulation and in support thereof states as follows:

1. On March 26, 2001, the parties filed their Joint Pre-trial Stipulation, which included a list of Motions pending with this Court.

2. On March 27, 2001, Plaintiff filed a Motion for Leave To Deem Requests For Admission Served And To Compel Response to the Requests for Admission.

3. On March 30, 2001, Defendant filed its Response to Plaintiff's Motion For Leave To Serve Requests For Admission And To Compel Responses, and on April 9, 2001, Plaintiff filed its Reply To Defendant's Response.

4. Since these Motions were filed subsequent to the filing of the Joint Pre-trial Stipulation, then paragraph 4 of the Joint Pre-trial Stipulation should be amended to

include a paragraph "i" to acknowledge the Motions regarding the Requests For Admission.

5. Accordingly, paragraph 4 of the Joint Pre-trial Stipulation should read as follows:

> i. Plaintiff's Motion For Leave To Deem Requests for Admission Served And To Compel Response To Requests For Admission

6. Defendant has spoken to Plaintiff's attorney, Ms. Valerie Shea, who joins in this Notice of Amending paragraph 4 of the Joint Pre-trial Stipulation.

Respectfully submitted,

Susan Potter Norton
Florida Bar No. 0201847
Stephen P. Santiago
Florida Bar No. 0964425

ALLEN, NORTON & BLUE, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578
snorton@anblaw.com
ssantiago@anblaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail, on this 16th day of April, 2001 upon:

Valerie Shea, Esq.
HEINRICH GORDON HARGROVE
 WEIHE & JAMES
500 East Broward Boulevard, Suite 1000
Ft. Lauderdale, Florida 33394

_____
Attorney