UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-FERGUSON/ SNOW

PATRICK SCOTT MAJOR,

Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

Defendants.
_____/

## NOTICE OF CONFLICT

The undersigned counsel hereby gives notice to all parties as it relates to the above matter of the following conflict in which the undersigned is attorney of record for one of the parties of the following case:

Gina Taylor v. The City of Fort Myers, United States District Court, Middle District of Florida, Fort Myers Division, Case No. 2:00-CV-88-FTM-23D, before the Honorable John E. Steele, for trial term commencing May 1, 2001 through June 1, 2001.

Respectfully submitted,

Susan Potter Norton
Florida Bar No. 0201847
Stephen P. Santiago
Florida Bar No. 0964425

78614_1

ALLEN, NORTON & BLUE, P.A.
PROFESSIONAL ASSOCIATION

ALLEN, NORTON & BLUE, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578
snorton@anblaw.com
ssantiago@anblaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via hand delivery, on this 16th day of April, 2001 upon:

Valerie Shea, Esq.
HEINRICH GORDON HARGROVE
 WEIHE & JAMES
500 East Broward Boulevard, Suite 1000
Ft. Lauderdale, Florida 33394

_____
Attorney