FILED by ___ D.C.
APR 16 2001

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**HONORABLE WILKIE D. FERGUSON, JR.**

**CIVIL MINUTES**

1. Case No. **00-6070**                    Date: **4/16/01**
2. Style **Major v. Amerijet Int'l. Inc.**
3. Plaintiff's Counsel: **Valeria Shea**
4. Defendant's Counsel: **Susan Norton**
5. Type of Proceeding: **Pretrial Conf.**
6. Result of hearing:    Motion Granted ☐    Motion Denied ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes: ① Plf.'s counsel should attempt to depose Pete Steele, Def.'s former employee; ② Def. must answer Plf.'s Request for Admissions re: a) names of employees, b) ages, etc. ③ Heard some issues of Summ. jud. motions re: Whistleblowing

Law Clerk:    Tori Monroe
Courtroom Deputy:    Troy Walker
Courtroom Reporter: ~~Paul Haferling~~ Jerry Reeves

154