UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR, : CASE NO. 00-6070-Ferguson
Magistrate Judge Lurana S. Snow
Plaintiff, : L.T. Case No. 99-021746-11

vs. :

AMERIJET INTERNATIONAL, INC., :

Defendant. :
_____/

## PLAINTIFF'S NOTICE OF APPEARANCE OF CO-COUNSEL

Plaintiff, Patrick Scott Major, hereby files this Notice of Appearance of Co-Counsel and gives notice that Mark R. Boyd of the undersigned firm will act as co-counsel in this matter and will be appearing as trial counsel. Defense counsel is requested to continue to direct all correspondence and pleadings to Valerie Shea.

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 20th day of April, 2001.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Telephone: 954-527-2800
Facsimile: 954-524-9481

By: _____
VALERIE SHEA
Florida Bar No. 436800
MARK R. BOYD
Florida Bar No. 217492