UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,  :  CASE NO. 00-6070-Ferguson/Snow
    L.T. Case No. 99-021746-11
    Plaintiff,  :

vs.  :

AMERIJET INTERNATIONAL, INC.,  :

    Defendant.  :
_____/

## PLAINTIFF'S NOTICE OF CONFLICT

Plaintiff, Patrick Scott Major, gives notice that his undersigned attorney, Valerie Shea, is attorney of record for one or more of the parties in the below listed cases which are set for trial during the same time period as the above-captioned matter, namely the two-week trial period commencing May 7, 2001, and ending May 18, 2001:

> 05/29/01 – One day trial – starting at 1:30 p.m.
> **Lesage v. Legra General Insurance Agency, Inc.**
> In the County Court in and for Miami-Dade County
> Case No. 01-462 CC 24
> Judge Jeffrey Swartz
>
> 06/25/01 – 2 week trial calendar ending 7/6/01
> **Michaels v. Amerijet International, Inc.**
> 11th Judicial Circuit – Dade County
> Case No. 99-23595-CA-01
> Judge Bernard S. Shapiro
>
> 10/08/01 – 2 week trial calendar ending 10/19/01
> **Cedar v. Fritz Companies, Inc.**
> United States District Court – Southern District of Florida
> Case No. 00-4408-CIV-JORDAN - Miami
> Judge Adalberto Jordan
>
> 11/13/01 – 5 week trial calendar ending 12/14/01
> **Valdes v. Roebuck Assoc. Ins. Exchange, Inc.**
> 17th Judicial Circuit – Broward County
> Case No. 00-13540 (21)
> Judge Miette K. Burnstein

06/03/02 – (length unknown – 4 days allotted)
**Moragne v. BellSouth Telecommunications**
United States District Court – Middle District of Florida
Case No. 6:00-cv-1465-Orl-31KRS – Orlando
Judge Gregory A. Presnell

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 26th day of April, 2001.

> HEINRICH GORDON HARGROVE
> WEIHE & JAMES, P.A.
> Attorneys for Plaintiff
> 500 East Broward Boulevard, Suite 1000
> Fort Lauderdale, Florida 33394
> Telephone:    954-527-2800
> Facsimile:    954-524-9481
>
> FBN 9962
> By: _Robert C. Wall for:_
> VALERIE SHEA
> Florida Bar No. 436800