UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-FERGUSON / SNOW

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendants.
_____/

## DEFENDANT'S MOTION FOR PROTECTIVE ORDER
## TO CANCEL AND CONTINUE THE DEPOSITION OF MR. PETE STEELE

Defendant, AMERIJET INTERNATIONAL, INC. (hereinafter "Defendant"), hereby files its Motion for a Protective Order To Cancel And Continue The Deposition of Mr. Pete Steele and in support thereof states as follows:

1. On April 16, 2001, this Court ordered that Plaintiff would be able to depose Mr. Pete Steele prior to this case being set for trial if Defendant was planning on calling Mr. Steele as a witness.

2. Plaintiff set Mr. Steele for deposition on Monday, April 30, 2001, at 9:00 a.m. in the morning, which is the same day the Calendar Call was to be held.

3. At approximately 4:50 p.m. on Friday, April 27, 2001, this Court notified Defendant that it was canceling the April 30, 2001, Calendar Call for this case and more importantly that it would not reschedule the Calendar Call until the Court decided the pending Motion for Summary Judgment.

4. In light of this Court canceling the Calendar Call, and effectively taking this case off the May 7, 2001 trial docket Defendant tried to contact Plaintiff's attorney, Valerie Shea, on Friday, April 27, 2001 to discuss canceling and continuing the deposition of Pete Steele until after the Court made it's ruling on the Summary Judgement. However, Ms. Shea was out of town and could not be reached.

5. The undersigned left a detailed voice message for Ms. Shea and additionally sent a letter via email to Ms. Shea requesting that the deposition be cancelled and reset.

6. On Saturday, April 28, 2001, Ms. Shea contacted the undersigned and indicated that she intended to go forward with the deposition of Mr. Steele on April 30, 2001.

7. Defendant requested canceling and continuing the deposition so it would not have to incur further costs while this Court considers the Motion for Summary Judgment. Ms. Shea set the deposition for 9:00 a.m. in Boca Raton. Defendant anticipates that it would incur costs of a minimum of two thousand five hundred dollars ($2,500.00) defending this deposition, which would include travel, preparation, and actual deposition time.

8. Despite raising these concerns with Ms. Shea, she refused to cancel the deposition, therefore Defendant is moving for a protective order to cancel and continue the deposition of Mr. Pete Steele.

ACCORDINGLY, Defendant respectfully requests this Court grant its Motion for a Protective Order while it considers the Motion for Summary Judgment.

### MEMORANDUM OF LAW

The parties were originally set for the two-week trial docket beginning May 7, 2001 and were scheduled for Calendar Call on Monday, April 30, 2001. Previously, at the pre-trial conference held on April 16, 2001, the parties orally argued Defendant's motion for summary judgment, amongst other motions. The Court indicated that it would allow Plaintiff to depose Mr. Steele, but it did not order that the deposition be taken on a date specific. Immediately following the pre-trial conference, Plaintiff set the deposition of Mr. Steele for Monday, April 30, 2001 at 9:00 a.m. in Boca Raton, Florida and filed a proposed order with this Court reflecting that Plaintiff was entitled to depose Mr. Steele. A signed copy of that Order by the Court has not been received by Defendant.

On Friday, April 27, 2001, at approximately 4:50 p.m. this Court notified Defendant via telephone that this case was taken off the Calendar Call and more importantly that the Calendar Call would not be rescheduled until the Court makes a ruling on Defendant's motion for summary judgement.

Pursuant to Rule 26(c) Fed.R.Civ.P. a protective order is warranted to protect a party from incurring undue expenses.

In the instant case, Plaintiff set the deposition of Mr. Pete Steele for 9:00 a.m. on April 30, 2001, in Boca Raton, Florida. Upon receiving the Court's call canceling the Calendar Call, Defendant contacted Plaintiff's attorney, Valerie Shea, and requested that the deposition of Mr. Steele be cancelled in light of the Court's decision to take this case off the trial calendar. Defendant did not want to incur further costs in this case while the Court considers the motion for summary judgment. Defendant estimates that

78819_1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail, on this 30th day of April, 2001 upon:

Valerie Shea, Esq.
HEINRICH GORDON HARGROVE
 WEIHE & JAMES
500 East Broward Boulevard, Suite 1000
Ft. Lauderdale, Florida 33394

_____
Attorney

it would cost approximately two thousand five hundred dollars ($2,500.00) to defend the deposition of Mr. Steele, which would include preparation, travel, costs, and the actual deposition time. Ms. Shea refused, and indicated that she would move forward with the deposition as scheduled.

Due to this Court taking this case off the trial calendar and not rescheduling the Calendar Call and that Defendant would incur significant costs in defending the deposition of Mr. Steele, Defendant seeks a protective order to preclude Plaintiff from deposing Mr. Steele until the Court decides Defendant's motion for summary judgment.

WHEREFORE, Defendant respectfully request that this Court grant its motion for a protective order.

                Respectfully submitted,

                _____
                Susan Potter Norton
                Florida Bar No. 0201847
                Stephen P. Santiago
                Florida Bar No. 0964425

                ALLEN, NORTON & BLUE, P.A.
                121 Majorca, Suite 300
                Coral Gables, FL 33134
                Tel: (305) 445-7801
                Fax: (305) 442-1578
                snorton@anblaw.com
                ssantiago@anblaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-FERGUSON/SNOW

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendants.
_____/

ORDER

THIS CAUSE having come before the Court upon Defendant AMERIJET INTERNATIONAL, INC.'s, Motion For Protective Order To Cancel And Continue The Deposition of Mr. Pete Steele, and for good cause shown, it is

ORDERED and ADJUDGED as follows:

Defendant, AMERIJET INTERNATIONAL, INC.'s Motion For Protective Order To Cancel And Continue The Deposition of Mr. Pete Steele is hereby _____ _____.

DONE and ORDERED in Chambers in Fort Lauderdale, Broward County, Florida, this _____ day of _____, 2001.


_____
UNITED STATES DISTRICT COURT JUDGE


cc:    Stephen P. Santiago, Esq.
        Valerie Shea, Esq.

75907_5