UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,         :         CASE NO. 00-6070-Ferguson
                                       Magistrate Judge Lurana S. Snow
         Plaintiff,          :         L.T. Case No. 99-021746-11

vs.                          :

AMERIJET INTERNATIONAL, INC., :

         Defendant.          :
_____/

## NOTICE OF CONFLICT

The undersigned counsel hereby gives notice to all parties as it relates to the above matter of the following conflicts in which the undersigned is attorney of record for one of the parties in the following cases:

05/21/01 – 4 week trial calendar ending 6/15/01
**Beatty v. Tire Kingdom and Dalmacio**
17th Judicial Circuit – Broward County
Case No. 00-011842 CACE 14
Judge Jeffrey E. Streitfeld

05/28/01 – 6 week trial calendar ending 7/6/01
**Curtis v. Home Depot and The Home Advantage**
17th Judicial Circuit – Broward County
Case No. 00-005176 (12)
Judge Charles M. Greene

05/29/01 – Specially Set
**Behn v. Mid-Continent Electric, Inc.**
16th Judicial Circuit – Monroe County
Case No. 97-1124 CA 01
Judge Sandra Taylor

06/25/01 – Specially Set
**Heydarian v. K Mart Corporation**
11th Judicial Circuit – Dade County
Case No. 97-4087 CA 11
Judge Bernard S. Shapiro

CASE NO: 97-006627(18)

05/29/01 – 3 week trial calendar ending 6/15/01
**Bryson v. Medford and Bob Oliva Motors, Inc.**
In the 17th Judicial Circuit – Broward County
Case No. 97-006627(18)
Judge W. Herbert Moriarty

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 11th day of May, 2001.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Telephone:   954-527-2800
Facsimile:    954-524-9481

By: _____
MARK R. BOYD
Florida Bar No. 217492