UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,  :  CASE NO. 00-6070-Ferguson
                          Magistrate Judge Lurana S. Snow
     Plaintiff,       :  L.T. Case No. 99-021746-11

vs.                   :

AMERIJET INTERNATIONAL, INC., :

     Defendant.       :
_____/

### PLAINTIFF'S
### NOTICE OF FILING VERIFIED AMENDED
### PETITION FOR FEES AND COSTS

Pursuant to Local Rule 7.3B, plaintiff submits its amended petition for fees and costs and states:

1. Fees and costs are sought as a sanction pursuant to Rule 37(a)(4), Fed.R.Civ.P. The basis for the sanctions is set forth in:

   A. Plaintiff's Motion To Strike Witness And For Sanctions served May 3, 2001.

   B. Plaintiff's Response to Motion for Protective Order and Motion for Fees served May 16, 2001.

2. The total amount sought is $2,864.15.

3. The attached schedule supports the claim with particularity.

4. The undersigned verifies the truthfulness and accuracy of the entries. The undersigned further certifies that she has fully reviewed the time records and supporting data and the motion is well grounded in fact and justified.



CASE NO. 00-6070-Ferguson

5. The undersigned discussed the underlying matter with opposing counsel, Steven Santiago, before filing the motion and response referenced above, and obviously the parties are in sharp disagreement.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**. Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 16th day of May, 2001.

> HEINRICH GORDON HARGROVE
> WEIHE & JAMES, P.A.
> Attorneys for Plaintiff
> 500 East Broward Boulevard, Suite 1000
> Fort Lauderdale, Florida 33394
> Telephone:   954-527-2800
> Facsimile:   954-524-9481
>
> By: _Valerie Shea_
>       VALERIE SHEA
>       Florida Bar No. 436800

2

CASE NO. 00-6070-Ferguson

AMENDED SCHEDULE OF FEES AND COSTS
DEPOSITION OF PETER STEELE – APRIL 30, 2001

| Date | ID | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 04/18/01 | | Burke Investigative, Inc. – Service of Process upon Pete Steel | | | $ 40.00 |
| 04/26/01 | DDK* | Telephone call and e-mail to defendant's counsel re: Pete Steele's deposition | .6 | $85.00 | $ 51.00 |
| 04/27/01 | VS* | Telephone call with paralegal re: Pete Steele's deposition | .5 | $250.00 | $ 125.00 |
| 04/27/01 | DDK | Prepare documents and witness file for Pete Steele's deposition | 4.00 | $85.00 | $ 340.00 |
| 04/28/01 | VS | Telephone call with paralegal and telephone call with Steve Santiago re: deposition of Pete Steele | .5 | $250.00 | $ 125.00 |
| 04/30/01 | VS | Preparation for deposition of Peter Steele, travel to Boca Raton for deposition | 4.50 | $250.00 | $1125.00 |
| 04/30/01 | VS | Preparation of Motion to Strike and for Sanctions | 1.00 | $250.00 | $ 250.00 |
| 04/30/01 | | Court Reporter appearance fee and preparation of Certificate of Non-Appearance and Transcript of Proposed Deposition | | | $ 90.90 |
| 04/30/01 | | Mileage for Valerie Shea – 50 miles @ $.345 per mile | | | $ 17.25 |
| 05/11/01 | VS | Preparation of Reply in Support of Motion to Strike; prepare Response to Motion for Protective Order; prepare Notice of Filing and revised fee request | 2.5 | $250.00 | $ 625.00 |

3

CASE NO. 00-6070-Ferguson

| | | | |
|---|---|---|---|
| 05/11/01 | Jerald J. Reeves – Preparation of transcript of pretrial conference to support motion | | $ 75.00 |
| | | Total | $2864.15 |

*DDK = Darlyn Kreitman, paralegal
*VS = Valerie Shea, attorney