UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,
Plaintiff,
vs.
AMERIJET INTERNATIONAL, INC.,
Defendant.

CASE NO. 00-6070-Ferguson
Magistrate Judge Lurana S. Snow
L.T. Case No. 99-021746-11

'01 MAY 16 P4:04

**PLAINTIFF'S
RESPONSE IN OPPOSITION TO MOTION FOR PROTECTIVE ORDER AND
MOTION FOR ATTORNEY'S FEES AND COSTS**

Plaintiff, Patrick Scott Major, serves his response in opposition to defendant's motion for protective order and motion for attorney's fees and costs, and states as follows:

Defendant maintains that it was justified in not showing up for Pete Steele's deposition – and preventing him from appearing – due to "undue expense." This contention is factually and legally insufficient: a polite term for outrageous. Defendant happily spent the time to brief and file a motion for protective order. On information and belief, it has spent in the neighborhood of $200,000 in defense of this case. Straightfaced, it now claims that Amparo's message was such a green light – that the Court was prepared to grant it across-the-board victory – that it could boycott a critical deposition and cause the witness to do the same. Defendant had **no business** deciding to obstruct a deposition that had been so very difficult to set.[1]

[1] The compelling circumstances for **taking** the deposition are laid out in plaintiff's May 3, 2001, Motion to Strike Witness and for Sanctions.



CASE NO. 00-6070-Ferguson

Due to Amerijet's misconduct, plaintiff respectfully moves the Court for a sanction in the form of fees and costs, all as set forth on the Notice of Filing Verified Amended Petition for Fees and Costs even date.

Defendant's motion for protective order should be denied, and sanctions assessed against it as set forth in plaintiff's motion.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 16th day of May, 2001.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Telephone: 954-527-2800
Facsimile: 954-524-9481

By: Valerie Shea
VALERIE SHEA
Florida Bar No. 436800
MARK R. BOYD
Florida Bar No. 217492