FILED by *ad*

MAY 16, 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



IT IS ORDERED that this Motion is DENIED

WILKIE D. FERGUSON, JR.
05/15/00
DATE

PATRICK SCOTT MAJOR,  :  CASE NO. 00-6070-Ferguson/Snow
                                    L.T. Case No. 99-021746-11
   Plaintiff,  :

vs.  :

AMERIJET INTERNATIONAL, INC.,  :

   Defendant.  :
_____/

### PLAINTIFF, PATRICK SCOTT MAJOR'S, SECOND MOTION FOR PROTECTIVE ORDER AGAINST THE RENOTICE OF THE DEPOSITIONS OF JIM GILBERT, JOSE PAGAN, AND JOSEPH WILEY WITH SUPPORTING MEMORANDUM OF LAW

Plaintiff, Patrick Scott Major, files this **second** motion for a protective order against the renotice of taking depositions of plaintiff's experts, Jim Gilbert, Jose Pagan, and Joseph Wiley, and states:

1. This case is on the trial docket for May 7, 2001. Pursuant to the Court's New Scheduling Order dated January 23, 2001, the discovery deadline was **February 19, 2001**.

2. Defendant did not notice plaintiff's experts for deposition before that date, although dates were offered by plaintiff's counsel. In fact, on February 20, 2001, defendant filed a motion for enlargement of time in which to take the depositions of plaintiff's experts. Plaintiff's response to that motion is not due until March 9, 2001. Plaintiff does intend to file a response in opposition.