FILED by ___

MAY 16 2001



DISMISSED AS MOOT
[signature] Wilkie D. Ferguson, Jr.
05/15/01
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

PATRICK SCOTT MAJOR

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendants.

_____/

CASE NO.: 00-6070-CIV-FERGUSON
Magistrate Judge Snow



### PARTIES' JOINT MOTION FOR CONTINUANCE OF TRIAL AND MEMORANDUM OF LAW IN SUPPORT THEREOF

The Parties, by and through their respective counsels, and pursuant to Rule 6(b) Federal Rules of Civil Procedure and Rule 7.6 of the Local Rules for the Southern District of Florida, hereby file this Joint Motion for a Sixty (60) day Continuance of the Trial, which is currently scheduled for the two-week trial period commencing on January 15, 2001. The Parties further request that all discovery deadlines and motion deadlines be adjusted accordingly to correspond with the new Trial date and in support thereof states as follows:

1.    Plaintiff filed a lawsuit against Defendant alleging discrimination based on the Age Discrimination in Employment Act, a violation of section 760, the Florida Civil Rights Act and a violation of section 448.102, Florida Private Whistleblower's Act.

2.    On March 31, 2000, this Court issued its Order Setting Trial Date and Discovery Schedule.

3.    The trial date set for this case is the two-week trial calendar beginning on January 15, 2001. The discovery deadlines were set according to the two-week trial period.

1

Scanned Image - 0 00CV6070 Document 71 page 1 Wed Dec 06 09:40:46 2000