FILED by _ad_ D.C.

MAY 16 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



DENIED

WILKIE D. FERGUSON, JR.
05/15/01
DATE

PATRICK SCOTT MAJOR, : CASE NO. 00-6070-Ferguson/Snow
L.T. Case No. 99-021746-11
    Plaintiff, :

vs. :

AMERIJET INTERNATIONAL, INC., :

    Defendant. :
_____/

### PLAINTIFF, PATRICK SCOTT MAJOR'S, MOTION TO STRIKE MITCHELL YELEN AS AN EXPERT WITH SUPPORTING MEMORANDUM OF LAW

Plaintiff, Patrick Scott Major, moves the Court for the entry of an order striking Mitchell Yelen as an expert in this matter, and states:

1.    The case is on the trial docket for May 7, 2001. Pursuant to the Court's New Scheduling Order dated January 23, 2000, defendant was to make its experts available for deposition within 14 days of their disclosure. The discovery deadline was February 19, 2001.

2.    Defendant filed its expert disclosure on February 1, 2001, and the undersigned requested a date for Mr. Yelen's deposition. On February 5, 2001, defendant's counsel stated that Mitchell Yelen probably will not be used as an expert but that a decision would be made the following day. Two days later, defendant's counsel advised that Mitchell Yelen would not be used as an expert and that this would be confirmed in writing.

3.    Undersigned, relying on defendant's assurances that Mitchell Yelen would be withdrawn as an expert, did not attempt to compel a deposition date for Mr. Yelen.