MAY 16 ??

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR, : CASE NO. 00-6070-Ferguson/Snow
L.T. Case No. 99-021746-11
    Plaintiff, :

vs. :

AMERIJET INTERNATIONAL, INC., :

    Defendant. :
_____/

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF DISCOVERY DEADLINE IN ORDER TO DEPOSE DEFENDANT'S EXPERT, PAUL REPP

THIS CAUSE came before this Court on plaintiff, Patrick Scott Major's, Unopposed [93] Motion for Enlargement of Discovery Deadline in Order to Depose Defendant's Expert, Paul Repp, and the Court and being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that Defendant's Motion for Enlargement be, and the same is hereby _GRANTED AND THE DISCOVERY DEADLINE IS EXTENDED TO FEBRUARY 26, 2001_

DONE and ORDERED in Chambers in Fort Lauderdale, Florida, this _15th_ day of _MAY_, 2001. [NOW FOR 2/12/2001]

                            WILKIE D. FERGUSON

Copies furnished:
Valerie Shea, Esq.
Susan Potter Norton, Esquire
Stephen P. Santiago, Esquire