MAY 16 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,   :   CASE NO. 00-6070-Ferguson/Snow
                           L.T. Case No. 99-021746-11
      Plaintiff,      :

vs.                   :

AMERIJET INTERNATIONAL, INC.,  :

      Defendant.      :
_____/

## ORDER ON PLAINTIFF'S
## MOTION TO COMPEL DEPOSITION

THIS CAUSE came before this Court on plaintiff, Patrick Scott Major's, motion to [94] compel the deposition of Pete Steele, and it was represented that Pete Steele, having been subpoenaed by plaintiff, failed to appear for the scheduled deposition. Having fully considered the motion, response, argument of counsel, and other matters in the record, it is

ORDERED and ADJUDGED that plaintiff shall reset the deposition of Pete Steele and attempt to secure his appearance for deposition prior to trial. If this is not accomplished, and defendants intend to present Pete Steele's testimony at trial, the defendants shall make appropriate arrangements with plaintiff to schedule Mr. Steele's deposition at that time.

DONE and ORDERED in Chambers in Fort Lauderdale, Florida, this 15th day of _____, 2001. [NOW FOR 2/16/01]

WILKIE D. FERGUSON

Copies furnished:
Valerie Shea, Esq.
Susan Potter Norton, Esquire
Stephen P. Santiago, Esquire