UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MAY 16 2001

CASE NO.: 00-6070-CIV-FERGUSON/ Magistrate Judge Snow

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendants.
_____/

## ORDER

THIS CAUSE having come before the Court upon Defendant AMERIJET INTERNATIONAL, INC.'s Motion To Enlarge Discovery Time In Order To Take The Deposition Of Plaintiff's Expert Witnesses And For Plaintiff To Produce Its Expert's Report, and for good cause shown, it is

ORDERED and ADJUDGED as follows:

The Defendant AMERIJET INTERNATIONAL, INC.'s Motion To Enlarge Discovery Time In Order To Take The Deposition Of Plaintiff's Expert Witnesses And For Plaintiff To Produce Its Expert's Report is hereby _GRANTED_.

DONE and ORDERED in Chambers in Fort Lauderdale, Broward County, Florida, this _15th_ day of _May_, 2001. [new for 2/12/01]

_____
UNITED STATES DISTRICT COURT JUDGE

cc:    Susan Potter Norton, Esq.
        Valerie Shea, Esq.

75907_2