MAY 16 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,  :  CASE NO. 00-6070-Ferguson/Snow
                            L.T. Case No. 99-021746-11
    Plaintiff,       :

vs.                  :

AMERIJET INTERNATIONAL, INC.,  :

    Defendant.       :
_____/

### ORDER ON PLAINTIFF'S
### MOTION FOR LEAVE TO DEEM
### REQUESTS FOR ADMISSIONS SERVED

THIS CAUSE came before this Court on plaintiff, Patrick Scott Major's, Motion for [143] Leave to Deem Requests for Admission Served and to Compel Response, and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that Plaintiff's Motion be, and the same is hereby granted. Defendant's timeliness objection to Plaintiff's second and third sets of requests for admissions served March 15, 2001, and March 26, 2001, are to be deemed properly served and shall be responded to within ten days. Defendant's ore tenus objections as to overbreadth are overruled as to the names, dates of birth, years of service, and promotion dates of pilots similarly situated to Patrick Major.

DONE and ORDERED in Chambers in Fort Lauderdale, Florida, this 15TH day of May, 2001. [NOW FOR 3/27/01]

WILKIE D. FERGUSON

Copies furnished:
Valerie Shea, Esq.
Susan Potter Norton, Esquire
Stephen P. Santiago, Esquire

171