UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| PATRICK SCOTT MAJOR, | : | CASE NO. 00-6070-Ferguson/Snow |
| | | L.T. Case No. 99-021746-11 |
| Plaintiff, | : | |
| vs. | : | |
| AMERIJET INTERNATIONAL, INC., | : | **NIGHT BOX FILED** |
| Defendant. | : | JUL 1 1 2001 |
| _____/ | | CLARENCE MADDOX CLERK, USDC / SDFL / FTL |

## PLAINTIFF'S NOTICE OF CONFLICT

Plaintiff, Patrick Scott Major, gives notice that his undersigned attorney, Valerie Shea, is attorney of record for one or more of the parties in the below listed cases which are set for trial:

>07/23/01 – 10:30 a.m.
>**Spry v. BellSouth Telecommunications**
>United States District Court – Southern District of Florida
>Case No. 99-6538-CIV-ROETTGER – Fort Lauderdale
>Judge Norman C. Roettger
>
>09/17/01 – Specially Set No. 1
>**Michaels v. Amerijet International, Inc.**
>11th Judicial Circuit – Dade County
>Case No. 99-23595-CA-01
>Judge Bernard S. Shapiro
>
>10/08/01 – 2 week trial calendar ending 10/19/01
>**Cedar v. Fritz Companies, Inc.**
>United States District Court – Southern District of Florida
>Case No. 00-4408-CIV-JORDAN - Miami
>Judge Adalberto Jordan
>
>11/13/01 – 5 week trial calendar ending 12/14/01
>**Valdes v. Roebuck Assoc. Ins. Exchange, Inc.**
>17th Judicial Circuit – Broward County
>Case No. 00-13540 (21)
>Judge Miette K. Burnstein
>
>11/13/01 – 4 week trial calendar ending 12/07/01
>**Florida W.C. JUA v. Fairing Specialist v. Equity Insurance**
>17th Judicial Circuit – Broward County
>Case No. 98-18641 Div. 04
>Judge Patricia Cocalis

CASE NO. 00-6070-Ferguson/Snow

02/11/01 – 2 week trial calendar ending 02/22/01
**Alvarez v. BellSouth Telecommunications**
United States District Court – Southern District of Florida
Case No. 01-1422-CIV-GRAHAM/TURNOFF
Judge Donald L. Graham

03/04/02 – 1 month calendar
**Fidel v. BellSouth Telecommunications**
United States District Court – Southern District of Florida
Case No. 01-6331-CIV-HURLEY – West Palm Beach
Judge Daniel T. K. Hurley

06/03/02 – (4 days allotted – 1 month calendar)
**Moragne v. BellSouth Telecommunications**
United States District Court – Middle District of Florida
Case No. 6:00-cv-1465-Orl-31KRS – Orlando
Judge Gregory A. Presnell

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 11th day of July, 2001.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Telephone:   954-527-2800
Facsimile:   954-524-9481

By: _Valerie Shea_
VALERIE SHEA
Florida Bar No. 436800