UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| PATRICK SCOTT MAJOR, | : | CASE NO. 00-6070-Ferguson |
| | | Magistrate Judge Lurana S. Snow |
| Plaintiff, | : | L.T. Case No. 99-021746-11 |
| vs. | : | |
| AMERIJET INTERNATIONAL, INC., | : | **NIGHT BOX FILED** |
| Defendant. | : | JUL 1 1 2001 |
| _____/ | | CLARENCE MADDOX<br>CLERK, USDC / SDFL / FTL |

## NOTICE OF CONFLICT

The undersigned counsel hereby gives notice to all parties as it relates to the above matter of the following conflicts in which the undersigned is attorney of record for one of the parties in the following cases:

> BellSouth Business System v. Garsh – 8/13/01 (2-week docket)
> 97-13470 (07), Broward County Courthouse
> Judge John A. Miller
>
> United Forklift v. Sunburst Farms – 8/20/01 (3-week docket)
> 98-03438 CA 01, Dade County Courthouse
> Judge Philip Bloom
>
> Contreras v. U.S. Security Insurance Company – 9/4/01 (4-week docket)
> 98-2065 (04), Broward County Courthouse
> Judge Patricia W. Cocalis
>
> Herrup v. Moore – 9/17/01 (3-week docket)
> 99-25980 CA 01, Dade County Courthouse
> Judge Barbara S. Levenson
>
> Laffler v. Carlo Ventures – 10/1/01 (5-week docket)
> 00-1876 (12), Broward County Courthouse
> Judge Charles M. Greene

175

CASE NO. 00-6070-Ferguson

McKnight v. Shephard Paint – 10/29/01 (2-week docket)
97-22301 CA 15, Dade County Courthouse
Judge Celeste Muir

Landau v. Essig Pools – 10/29/01 (2-week docket)
01-01667 CA 10, Dade County Courthouse
Judge Margarita Esquiroz

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 11th day of July, 2001.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Telephone:   954-527-2800
Facsimile:    954-524-9481

By: _____
MARK R. BOYD
Florida Bar No. 217492