```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA

PATRICK MAJOR,               )
                             )
          Plaintiff,         )
                             )
vs.                          )
                             )
AMERIJET INTERNATIONAL,      )   CASE NUMBER:
                             )   00-6070-CV-WDF
                             )
          Defendant.         )
                             )
```

Transcript of pretrial conference proceedings before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, at Fort Lauderdale, Florida, on the 16th day of April, 2001.

APPEARANCES OF COUNSEL:          As noted.


Court Reporter:              Jerald J. Reeves, RPR

Proceedings recorded by mechanical stenography.

Transcription produced by computer.

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE