UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-FERGUSON/SNOW

PATRICK SCOTT MAJOR,

　Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

　Defendant.



_____/

### DEFENDANT'S MOTION TO DISMISS MAGISTRATE JUDGE SNOW'S ORDER FOR STEPHEN P. SANTIAGO TO FILE AN APPLICATION FOR *PRO HAC VICE* AS MOOT

Defendant, AMERIJET INTERNATIONAL INC., by and through undersigned counsel, hereby submits its Motion to Dismiss as Moot Magistrate Judge Snow's Order Requiring Stephen P. Santiago, Esq. to submit an application for *pro hac vice* as being Moot, and in support thereof states as follows:

1.　On March 13, 2001, Magistrate Judge Snow issued an Order requiring Stephen P. Santiago, Esq. to file an application to appear *pro hac vice* in this case on or before March 19, 2001.

2.　Stephen P. Santiago, Esq. was admitted to practice in the United States District Court for the Southern District of Florida on January 14, 2000, over one year ago. (Ex. 1).

ACCORDINGLY, Defendant moves this Court to dismiss Magistrate Judge Snow's Order requiring Stephen P. Santiago, Esq. to file an application for *pro hac vice* as being Moot.

117