UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-FERGUSON/SNOW

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendants.
_____/

**NOTICE OF FILING THE FEDERAL AVIATION ADMINISTRATION'S
WITHDRAWAL OF INVESTIGATION AND CLOSING OF THE CASE AGAINST
AMERIJET INTERNATIONAL, INC., AND CAPTAIN BRIAN STEELE
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, AMERIJET INTERNATIONAL, INC., by and through its undersigned counsel, hereby files and serves its Notice of Filing The Federal Aviation Administration's Withdrawal of Investigation against Defendant and against Captain Brian Steele in support of Defendant's Motion for Summary Judgment and states as follows:

1. On November 20, 2001, Plaintiff filed an Order issued by the Untied States Bankruptcy Court, Southern District of Florida granting in part his Motion for Modification of Automatic Stay in the case of *In Re: Amerijet International, Inc.*, Case No. 01-19048-BKC-AJC.

2. In light of this Order, Defendant gives Notice of Filing the Federal Aviation Administration's Withdrawal of Proposed Civil Fine and closing of the case against Defendant, which was issued on November 9, 2001.

82179_1

ALLEN, NORTON & BLUE, P.A.
PROFESSIONAL ASSOCIATION

3.  Defendant also gives Notice of Filing the Federal Aviation Administration's Withdrawal of Proposed Certificate Action and closing of the case against Captain Brian Steele, which was issued on November 9, 2001.

                              Respectfully submitted,

                              Susan Potter Norton
                              Florida Bar No. 0201847
                              snorton@anblaw.com
                              Stephen P. Santiago
                              Florida Bar No. 0964425
                              ssantiago@anblaw.com

                              ALLEN, NORTON & BLUE, P.A.
                              121 Majorca, Suite 300
                              Coral Gables, FL 33134
                              Tel: (305) 445-7801
                              Fax: (305) 442-1578

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail, on this <u>26th</u> day of November, 2001 upon:

Valerie Shea, Esq.
HEINRICH GORDON HARGROVE
  WEIHE & JAMES
500 East Broward Boulevard, Suite 1000
Ft. Lauderdale, Florida 33394

                              Attorney



| | | |
|---|---|---|
| U.S. Department of Transportation | Southern Region<br>Office of the Regional Counsel | P.O. Box 20636<br>Atlanta, Georgia 30320 |
| **Federal Aviation Administration** | | (404) 305-5200<br>(404) 305-5223 FAX |

NOV 9 2001

<u>CERTIFIED - RETURN RECEIPT REQUESTED</u>

Amerijet International, Inc.
David G. Bassett, President
498 SW 34th Street
Fort Lauderdale, FL 33315

Re:   Withdrawal of Action
      FAA Enforcement Investigative Report 2000SO170009

Dear Mr. Bassett:

Considering all available evidence and information, we have determined that aviation safety and the public interest do not require further pursuit of this action. Accordingly, the Notice of Proposed Civil Penalty issued on February 16, 2000 hereby is withdrawn. This case is closed.

Sincerely,

WILLIAM G. NELMES
Attorney
Office of the Regional Counsel

cc:   John Richardson, Esq.
      Crispin & Brenner
      Suite 1105
      1156 15th Street, NW
      Washington, DC  20005



| | | |
|---|---|---|
| U.S. Department of Transportation | Southern Region Office of the Regional Counsel | P.O. Box 20636 Atlanta, Georgia 30320 |
| Federal Aviation Administration | | (404) 305-5200 (404) 305-5223 FAX |

NOV 9 2001

<u>CERTIFIED - RETURN RECEIPT REQUESTED</u>

Brian A. Steele
100 Uno Lago Drive
Apartment 201
Juno Beach, FL 33408-2696

Re:  Withdrawal of Action
     FAA Enforcement Investigative Report 2000SO170011

Dear Mr. Steele:

Considering all available evidence and information, we have determined that aviation safety and the public interest do not require further pursuit of this action. Accordingly, the Notice of Proposed Certificate Action issued on February 14, 2000 hereby is withdrawn. This case is closed.

Sincerely,

WILLIAM G. NELMES
Attorney
Office of the Regional Counsel

cc:  John Richardson, Esq.
     Crispin & Brenner
     Suite 1105
     1156 15th Street, NW
     Washington, DC 20005