**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PATRICK SCOTT MAJOR,

Plaintiff,

vs.

AMERIJET INTERNATIONAL, INC.,

Defendant.
______________________________/

Case No. 00-6070-CIV-FERGUSON

FILED by [illegible] D.C.
MAR 14 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**NOTICE OF HEARING**

**THIS CAUSE** is before the Court on Defendant's Motion for Summary Judgment [D.E. 109]. **PLEASE TAKE NOTICE** that this matter has been set for a 30-minute hearing before the undersigned at the United States District Court, 299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida, on **Friday, April 5, 2002, at 10:30 a.m.**

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 14th day of March, 2002.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Valerie Shea, Esq.
Susan Potter Norton, Esq.
Stephen P. Santiago, Esq.

