UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-FERGUSON / SNOW

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendant.
_____/

NIGHT BOX FILED
MAR 18 2002
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## DEFENDANT'S EMERGENCY MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, AMERIJET INTERNATIONAL, INC. (hereinafter "Defendant"), by and through undersigned counsel, hereby requests that this Court continue the Hearing on Defendant Motion for Summary Judgment and in support thereof states as follows:

1. On Thursday, March 14, 2002, Defendant received this Court Order setting a hearing for Friday, April 5, 2002 on Defendant's Motion for Summary Judgment.

2. Due to previously set vacation plans, which have been paid for in advance, the lead counsel for Defendant, Susan Potter Norton, will be out of the country from Thursday, March 28, 2002, through Sunday, April 7, 2002, and will be unable to attend the hearing on April 5, 2002.

3. In addition, the undersigned, who has second chaired this case for Defendant, will be on Active Duty for the United States Marine Corps from Thursday, April 4, 2002, through Sunday, April 7, 2002, and likewise will be unable to attend.

83994_1

ALLEN, NORTON & BLUE, P.A.
PROFESSIONAL ASSOCIATION

4.   The undersigned has tried to contact Plaintiff's counsel, Ms. Valerie Shea, to discuss the continuance but has been unable to speak with her.

5.   This request is made in good faith and is not meant to delay the proceedings in any manner.

6.   Neither party will be prejudiced by the continuance nor will it affect the trial date of the case, as the case has been off the trial docket since April 30, 2001.

ACCORDINGLY, Defendant respectfully requests that this Court grant its Motion to Continue the Hearing.

                                          Respectfully submitted,

*[signature]*

Susan Potter Norton
Florida Bar No. 0201847
Stephen P. Santiago
Florida Bar No. 0964425

ALLEN, NORTON & BLUE, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578
snorton@anblaw.com
ssantiago@anblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail, on this <u>18th</u> day of March, 2002 upon:

Valerie Shea, Esq.
HEINRICH GORDON HARGROVE
 WEIHE & JAMES
500 East Broward Boulevard, Suite 1000
Ft. Lauderdale, Florida 33394

_____
Attorney