UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,

    Plaintiff,

vs.

AMERIJET INTERNATIONAL, INC.,

    Defendant.

_____/

Case No. 00-6070-CIV-FERGUSON



FILED by _____ D.C.
MAR 26 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### NOTICE CHANGING SCHEDULED HEARING

**PLEASE TAKE NOTICE THAT** the hearing scheduled on Defendant's Motion for Summary Judgment [D.E.109] for Friday, April 5, 2002, at 10:30 a.m., has been changed. The 30-minute hearing will take place on **Tuesday, April 23, 2002, at 9:30 a.m.**

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 26th day of March, 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Valerie Shea, Esq.
Susan Potter Norton, Esq.
Stephen P. Santiago, Esq.