UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

CASE NO.: 00-6070-CIV-FERGUSON / SNOW

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendants.

_____/

## ORDER

THIS CAUSE having come before the Court upon Defendant AMERIJET INTERNATIONAL, INC.'s Emergency Motion To Continue Hearing On Defendant's Motion For Summary Judgment, and for good cause shown, it is

ORDERED and ADJUDGED as follows:

The Defendant AMERIJET INTERNATIONAL, INC.'s Emergency Motion To [D.E. 182] Continue Hearing On Defendant's Motion For Summary Judgment is hereby GRANTED, to be rescheduled by separate order.

DONE and ORDERED in Chambers in Fort Lauderdale, Broward County, Florida, this 26th day of March, 2002.

_____
UNITED STATES DISTRICT COURT JUDGE

cc:   Susan Potter Norton, Esq.
      Valerie Shea, Esq.

83996_1