# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## HONORABLE WILKIE D. FERGUSON, JR.



## CIVIL MINUTES

1. Case No. <u>00-6070-CIV FERGUSON</u>          Date: <u>April 23, 2002</u>

2. Style: <u>Patrick Major v. Amerijet International, Inc.</u>

3. Plaintiff's Counsel: <u>Valerie Shea</u>

4. Defendant's Counsel: <u>Susan Norton</u>

5. Type of Proceeding: <u>Hearing on Defendant's Motion for Summary Judgment</u>

6. Result of hearing:     Motion Granted ☐          Motion Denied ☐

7. Case Continued to:_____ Trial Set for_____

8. Does the case require mediation?_____

Notes: <u>Defendant argues that the two definitive issues (1) failure to promote; and (2) termination clearly point, as a matter of law, in favor of Defendant's motion. The plaintiff has not met its legal burden to prove pretext. Amerijet has articulated several reasons for failure to promote and termination. Additionally, with regard to the whistleblower counts, NASA is not an enforcement agency.</u>

<u>Plaintiff argues that NASA would be the equivalent of the auditor in the Robinson v. Jewish Towers case and points to the affidavit of its expert, Jose Pagan. Amerijet violated the FAA regulations and Plaintiff reported this to NASA. Additionally, Plaintiff complained to the EEOC. Amerijet failed to promote and terminated Plaintiff in retaliation.</u>

<u>Defendant rebuts there was a technical violation, but no actual violation and points to the deposition of John Rosenbaum. FAA is an enforcement agency but NASA is not. The personnel file clearly demonstrates sufficient reasons to not promote and terminate Plaintiff.</u>

Law Clerk:          Maritza I. Reyes

Courtroom Deputy:   Karen Gardner

Courtroom Reporter: Anita Larocca