



It is ORDERED that this Motion is hereby DENIED w/o PREJUDICE

WILKIE D. FERGUSON, JR.
03/31/03
DATE
[DE 114]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-FERGUSON/ SNOW

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendant.

_____/

### AMERIJET'S MOTION IN LIMINE TO EXCLUDE ANY EVIDENCE OF THE FEDERAL AVIATION ADMINISTRATION'S INVESTIGATION OF FLIGHT 827 AND MEMORANDUM OF LAW IN SUPPORT THEREOF

Defendant, AMERIJET INTERNATIONAL, INC., (hereinafter "AmeriJet"), by and through undersigned counsel and pursuant to Rules 7.1 and 16.1(J), S.D. Fla. L.R., hereby files this Motion In Limine To Exclude Any Evidence of the Federal Aviation Administration's Investigation Of Flight 827. In support thereof, AmeriJet states as follows:

1. AmeriJet reasonably anticipates that Plaintiff will attempt to introduce evidence regarding the Federal Aviation Administration's (hereinafter "FAA") investigation of flight 827 to bolster his credibility and unfairly prejudice AmeriJet.

2. The FAA did not receive notice of the flight 827 incident until October 4th, 1999, more than one month _after_ Plaintiff was terminated from employment. (Roseborough Depo. at 9). There is absolutely no evidentiary basis available for this Court to even assume there is any factual or legal causative connection between the FAA's investigation of flight 827 and AmeriJet's decision to terminate Plaintiff's employment.

3. In count I of Plaintiff's Amended Complaint, he alleges that he was terminated in violation of the Florida Whistleblower Statute for filing a written report regarding flight 827 with the National Aviation Space Administration (Aviation Safety

77939_1

ALLEN, NORTON & BLUE, P.A.
PROFESSIONAL ASSOCIATION

Case No. 00-6070-CIV-FERGUSON

copies provided:
Valerie Shea, Esq.
Susan Potter Norton, Esq.
Stephen P. Santiago, Esq.