UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-FERGUSON/ SNOW

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendants.
_____/

## ORDER [DE 115]

THIS CAUSE having come before the Court upon Defendant's, AMERIJET INTERNATIONAL, INC., Motion in Limine To Limit Damages, and for good cause shown, it is

ORDERED AND ADJUDGED as follows:

Defendant's Motion in Limine to Limit Damages is hereby DENIED W/O PREJUDICE.

DONE AND ORDERED in Chambers in Fort Lauderdale, Broward County, Florida on this 31st day of March, 2003.

_____
U.S. DISTRICT COURT JUDGE

Conformed copies provided to:
    Susan Potter Norton, Esq.
    Valerie Shea, Esq.

77077_2