

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADMINISTRATIVE ORDER 2003-47

IN RE:

**REASSIGNMENT OF DISTRICT JUDGE
WILKIE D. FERGUSON, JR.'S CASES**
_____/

Due to Judge Wilkie D. Ferguson, Jr.'s current medical incapacitation, and pursuant to Sections 2.07.00 and 3.03.00 of the Court Policy Manual, it is herein

**ORDERED** that the following civil cases will be transferred to the Honorable William J. Zloch forthwith:

```
0:00CV6070      Major v. Amerijet
0:02CV60236     Simpson, et al. v. Dept. of Corrections
0:02CV60431     Marcus, et al. v. P.G. One Homeowners
0:02CV60913     Beckerman v. Bonacci Design Group
0:02CV61034     A.R., et al. v. Nova Southeastern
0:02CV61439     Great American Ins. V. Jungle Queen Inc.
0:02CV61500     Weismann v. National Association
0:02CV61786     Rauch v. Becton Dickinson
0:03CV60141     Disabled Patriots v. Northlake Foods, Inc.
0:03CV60207     Smeed v. Unum Life Insurance
0:03CV60469     Frazer v. Chicago Bridge Inc.
0:03CV60647     Resendiz v. Cheesecake Factory
0:03CV60847     Corporate Express v. Gonzalez
0:03CV60895     Dileo v. Social Security
9:99CV8211      Walton v. Dept. of Corrections
9:01CV8879      United States v. $92,573.29
9:03CV80052     Starling v. Dept. of Corrections
```

It is further **ORDERED** that the following criminal cases will be likewise transferred to Chief Judge Zloch forthwith:

```
0:99CR06063     United States v. Ochoa
0:01CR06067     United States v. Wolf
0:02CR60117     United States v. Shivers
0:02CR60237     United States v. Saintel, et al.
0:03CR60044     United States v. Klopf, et al.
1:92CR00352     United States v. Menocal, et al.
```



    1:96CR00079    United States v. Penate-Rodriguez, et al.
    1:02CR20231    United States v. Bedoya

The Clerk's Office is directed to ensure that counsel of record in all transferred cases is noticed of the transfer via the Court's Faxback program.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of May, 2003.

                              /s/ William J. Zloch
                              WILLIAM J. ZLOCH
                              CHIEF UNITED STATES DISTRICT JUDGE

c.    Chief Judge William J. Zloch
     Magistrate Judge Lurana S. Snow
     Clarence Maddox, Court Administrator • Clerk of Court
     All Counsel of Record