UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6070-CIV-ZLOCH

PATRICK SCOTT MAJOR,

    Plaintiff,

vs.                        O R D E R

AMERIJET INTERNATIONAL, INC.,

    Defendant.
_____/

THIS MATTER is before the Court sua sponte and pursuant to Administrative Order 2003-47 (DE 188) and Order (DE 108). The Court having carefully considered same and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this Court's previously entered Order (DE 108), be and the same is hereby **VACATED**, set aside and of no further force or effect.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _30th_ day of _MAY_, 2003.

                                      WILLIAM J. ZLOCH
                                      Chief United States District Judge

Copies furnished:
The Honorable Lurana S. Snow
United States Magistrate Judge
Valerie Shea, Esq.
Susan Potter Norton, Esq.

