

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6070-CIV-ZLOCH

PATRICK SCOTT MAJOR,

        Plaintiff,

vs.

**ORDER FOR PRE-TRIAL CONFERENCE**

AMERIJET INTERNATIONAL, INC.,

        Defendant.
_____/

    The above-styled cause is hereby set for Pre-Trial Conference on **August 15, 2003**, at **9:30 a.m.** at the United States Courthouse, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Broward County, Florida. Pursuant to Local Rule 16.1 of this Court, the parties shall abide by the following time schedule under penalty of dismissal or other sanction.

TIME SCHEDULE

**SEVENTEEN** days prior to P-T Conf.  -  Attorneys must meet
**FIFTEEN** days prior to P-T Conf.    -  Resume of experts and their reports must be exchanged

    **Discovery is hereby closed.**

    **No further Motions for Summary Judgment or Judgment on the Pleadings will be considered by the Court.**

EXCEPT AS OTHERWISE MODIFIED HEREIN, THE PARTIES MUST COMPLY IN FULL WITH LOCAL RULE 16.1 OF THIS COURT. THE PROVISIONS OF THIS ORDER SHALL SUPERSEDE ANY DEADLINES OR SCHEDULES AGREED UPON BY THE PARTIES.

TRIAL DATE:    PARTIES MUST BE READY FOR TRIAL AT ANY TIME AFTER THE PRE-TRIAL CONFERENCE. THERE WILL BE NO CALENDAR CALL.



PRE-TRIAL STIPULATION must be filed in Fort Lauderdale, Florida, on or before **August 1, 2003.**

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _30th_ day of _MAY_, 2003.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Valerie Shea, Esq.
For Plaintiff

Susan Norton, Esq.
For Defendant