UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR,  :  CASE NO. 00-6070-Zloch
                        Magistrate Judge Lurana S. Snow
   Plaintiff,  :

vs.  :

AMERIJET INTERNATIONAL, INC.,  :

   Defendant.  :
_____/



**PLAINTIFF'S
NOTICE OF CONFLICT**

Plaintiff, Patrick Scott Major, gives notice that the undersigned attorney, Valerie Shea, is attorney of record for one or more of the parties in the below-listed cases which are set for trial subsequent to the pretrial conference set in the above-captioned matter on August 15, 2003:

   08/11/03 – 2-week trial calendar ending 08/22/03
   McKinney v. Siesta Bar/Grill (Café Gardens)
   6th Judicial Circuit - Pinellas County
   Case No. 00-8766-CI-19
   Judge John C. Lenderman

   10/06/03 – 2-week trial calendar ending 10/17/03
   Krebs v. BellSouth Telecommunications
   United States District Court – Southern District of Florida
   Case No. 02-61393-Civ-Graham/Garber – Miami
   Judge Donald L. Graham

   10/06/03 – (Length unknown – 3 days allotted)
   McAfee v. BellSouth Entertainment
   United States District Court – Middle District of Florida
   Case No. 6:01-cv-1301-Orl-31KRS - Orlando
   Judge Gregory A. Presnell

   11/17/03 – 2-week trial calendar ending 11/28/03
   Edith Jones v. BellSouth Telecommunications
   United States District Court – Southern District of Florida
   Case No. 03-14090-CIV-Moore – Trial in Fort Pierce
   Judge K. Michael Moore

/92

12/01/03 – 2-week trial calendar ending 12/12/03
<u>Scott v. BellSouth Corporation</u>
United States District Court – Southern District of Florida
Case No. 02-80808-Civ-Ryskamp – WPB
Judge Kenneth Ryskamp

12/15/03 – 2-week trial calendar ending 12/19/03
<u>Retzler v. BellSouth Telecommunications, Inc. and Hale</u>
United States District Court – Southern District of Florida
Case No. 02-61744-Div-Dimitrouleas – Fort Lauderdale
Judge William Dimitrouleas

01/05/04 – (calendar duration unknown)
<u>Bohan v. BellSouth Entertainment</u>
United States District Court – Middle District of Florida
Case No. 6:02-cv-968-Orl-19DAB - Orlando
Judge Patricia C. Fawcett

02/02/04 – 3-week trial plus 2-day calendar ending 02/24/03
<u>Anglin v. BellSouth Telecommunications</u>
United States District Court – Middle District of Florida
Case No. 3:02-cv-877-J-21HTS - Jacksonville
Judge Ralph W. Nimmons, Jr.

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to Susan Potter Norton, Esquire and Stephen P. Santiago, Esquire at the address more fully set forth on the service list attached, this 9th day of June, 2003.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida  33394
Telephone:   954-527-2800
Facsimile:    954-524-9481

By: _____
VALERIE SHEA
Florida Bar No.  436800
VShea@heinrichgordon.com
MARK R. BOYD
Florida Bar No. 217492
MBoyd@heinrichgordon.com

## SERVICE LIST

Susan Potter Norton, Esquire and
Stephen P. Santiago, Esquire
Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, FL  33134
    Telephone:   (305) 445-7801
    Facsimile:   (305) 442-1578
Counsel for Defendant