UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR, : CASE NO. 00-6070-Zloch
   Magistrate Judge Lurana S. Snow
   Plaintiff, : L.T. Case No. 99-021746-11

vs. :

AMERIJET INTERNATIONAL, INC., :

   Defendant. :
_____/

## PLAINTIFF'S NOTICE OF WITHDRAWING EXPERT WITNESS

Plaintiff, Patrick Scott Major, by and through undersigned counsel, hereby withdraws Joseph B. Wiley as an expert witness to be called at the trial in this action.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire** at the address more fully set forth on the service list attached, this 8th day of July, 2003.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Telephone:   954-527-2800
Facsimile:   954-524-9481

By: _____
VALERIE SHEA
Florida Bar No. 436800
VShea@heinrichgordon.com
MARK R. BOYD
Florida Bar No. 217492
MBoyd@heinrichgordon.com