UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-~~FERGUSON~~/ WJZ / SNOW



PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendant.
_____/

### DEFENDANT'S MOTION FOR LEAVE TO UPDATE PLAINTIFF'S DEPOSITION

COMES NOW, the Defendant, AMERIJET INTERNATION, INC., by and through the undersigned counsel and pursuant to Rule 7.1 of this Court's Local General Rules, and Rules 26 and 30 of the Federal Rules of Civil Procedure, hereby files this Motion for Leave to Update Plaintiff's Deposition.

1.    The Plaintiff filed this action on December 22, 1999. His deposition was taken in February 2001 regarding the issues raised in his Complaint. Subsequent to his deposition, Defendant filed its Motion for Summary Judgment on March 12, 2001. Since that time, the case has been pending upon the Court's ruling on Summary Judgment.

2.    On July 2, 2003 the Court granted Defendant's Motion for Summary Judgment in part and the case is now set for pretrial conference on August 15, 2003 with the trial being set for the two-week trial period immediately thereafter.

91918_1

1

3. Because Plaintiff's deposition was held over two years ago, Defendant is concerned that in that passage of time there have been material and significant changes which warrants the Defendant be permitted leave to take the testimony of the Plaintiff to update the information obtained during his deposition in early 2001.

4. Defendant has absolutely no intention of opening new areas not previously reviewed with Plaintiff during his initial deposition, and thus granting this motion will not reopen discovery in this matter.

5. Defendant only wishes to discuss any post-deposition changes or information which may materially affect the issues of this case including: Plaintiff's job searches, efforts and attainment of employment and/or income producing endeavors; and Plaintiff's subsequent obtainment of knowledge of allegations, claims, documents, and witnesses relevant to the Plaintiff and Defendant in this action.

6. The Defendant and the Plaintiff have conferred concerning the Defendant's desire to take an additional deposition of Plaintiff, in order to update and record the Plaintiff's testimony concerning developments since his deposition in 2001, but have been unable to reach a specific agreement concerning such. The Defendant respectfully asserts that the parties have made a good faith effort to resolve this dispute.

7. Accordingly, Defendant seeks leave to depose Plaintiff at a reasonable time and place, at least seven days prior to the pretrial conference in this matter.

WHEREFORE, Defendant, AMERIJET INTERNATIONAL, INC. respectfully requests this Court to grant its Motion for Leave to Take Plaintiff's Deposition.

## MEMORANDUM OF LAW

Defendant seeks to depose Plaintiff to update the information provided in his deposition over two (2) years ago prior to this case being tried. Defendant seeks this deposition not as a continuation of discovery, but pursuant to Federal Rule of Civil Procedure 26(e) which provides:

> A party who has . . .responded to a request for discovery with a disclosure or response is under a duty to supplement or correct the disclosure or response to include information thereafter acquired if ordered by the court . . . .

Based upon the substantial passage of time in this case between the Plaintiff's deposition and the Court's Order on Summary Judgment, Defendant moves this Court to permit the Plaintiff's deposition under Rule 30 Federal Rules of Procedure.

Respectfully submitted,

Susan Potter Norton
Florida Bar No. 0201847
Dionne Wilson Blake
Florida Bar No. 010069

ALLEN, NORTON & BLUE, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578
snorton@anblaw.com
dblake@anblaw.com

91918_1

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail, on this 21st day of July, 2003 upon:

Valerie Shea, Esq.
HEINRICH, GORDON, HARGROVE,
   WEIHE & JAMES
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394

_____
Attorney

91918_1

4