UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-ZLOCH / SNOW

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendant.
_____/

## SUPPLEMENT TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS ON PLAINTIFF'S CLAIM UNDER THE FLORIDA WHISTLEBLOWERS ACT

Defendant, AMERIJET INTERNATIONAL, INC., by and through the undersigned counsel, hereby files this Supplement to its Motion for Judgment on the Pleadings.

On July 21, 2003, Defendant filed its Motion for Judgment on the Pleadings, submitting that Plaintiff's claims under Count I, for violations of the Florida Whistleblowers Act, Fla. Stats. §448.102 *et seq.*, were completely preempted by the Federal Airline Deregulation Act (FADA), 49 U.S.C. § 41713.

Count II of Plaintiff's Complaint also brings claims and a demand for remedies under the Florida Whistleblowers Act. Defendant submits that these claims are also preempted by the Federal Airline Deregulation Act, and that it is entitled to Judgment on the Pleadings as to Count II of Plaintiff's Complaint.

92032_1

ALLEN, NORTON & BLUE, P.A.
PROFESSIONAL ASSOCIATION

Respectfully submitted,

*[signature]*

Susan Potter Norton
Florida Bar No. 0201847
Dionne Wilson Blake
Florida Bar No. 010069

ALLEN, NORTON & BLUE, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578
snorton@anblaw.com
dblake@anblaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail, postage prepaid, on this 23rd day of July, 2003 upon:

Valerie Shea, Esq.
HEINRICH, GORDON, HARGROVE,
   WEIHE & JAMES
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394

*[signature]*
Attorney

92032_1                              2