UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6070-CIV-ZLOCH



PATRICK SCOTT MAJOR,

    Plaintiff,

vs.                                       **O R D E R**

AMERIJET INTERNATIONAL, INC.,

    Defendant.

_____/

    THIS MATTER is before the Court upon the Defendant, Amerijet International, Inc.'s Motion For Judgment On The Pleadings On Plaintiff's Claim Under The Florida Whistleblowers Act (DE 196). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    The Court notes that the above-styled cause was commenced on January 14, 2000. At the time the above-styled cause was transferred to the undersigned (DE 188), Defendant, Amerijet International, Inc.'s Motion For Summary Judgment (DE 109) seeking dismissal of Plaintiff's entire Amended Complaint (DE 25) was ripe. By prior Order (DE 190) the Court scheduled the above-styled cause for pre-trial conference to be held on August 15, 2003 and as part of that Order in bold type the Court stated that **"No further Motions for Summary Judgment or Judgment on the Pleadings will be considered by the Court."** By prior Order (DE 193) the Court granted in part and denied in part Defendant, Amerijet International, Inc.'s Motion For Summary Judgment (DE 109).

198

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant, Amerijet International, Inc.'s Motion For Judgment On The Pleadings On Plaintiff's Claim Under The Florida Whistleblowers Act (DE 196) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of July, 2003.

                                              WILLIAM J. ZLOCH
                                              Chief United States District Judge

Copies furnished:

Valerie Shea, Esq.
For Plaintiff

Susan Potter Norton, Esq.
For Defendant