UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PATRICK SCOTT MAJOR,**      :      CASE NO. 00-6070-Zloch
                                                         Magistrate Judge Lurana S. Snow
     Plaintiff,                      :      L.T. Case No. 99-021746-11

vs.                                               :

**AMERIJET INTERNATIONAL, INC.,**      :

     Defendant.                 :
_____/

### DESIGNATION OF DEPOSITION OF JOHN WASHINGTON

The plaintiff, Patrick Scott Major, through his counsel, files this Designation of Deposition, designating portions of John Washington's transcript to be used at trial, pursuant to Federal Rule of Civil Procedure 32, and hereby designates the following portions of John Washington's deposition transcript, which was taken on January 8, 2001, to be used at trial:

1. Pg. 3, Line 25 through Pg. 4, Line 12
2. Pg. 4, Line 20 through Line 25
3. Pg. 6, Line 1 through Line 17
4. Page 9, Line 22 through Pg. 10, Line 14
5. Pg. 10, Line 20 through Pg. 15, Line 16
6. Pg. 17, Line 3 through Pg. 18, Line 10
7. Pg. 21, Line 17 through Pg. 22, Line 20
8. Pg. 25, Line 9 through Line 21
9. Pg. 30, Line 17 through Pg. 32, Line 16 (excluding lines 11 and 12)
10. Pg. 33, Line 11 through Pg. 34, Line 22



CASE NO. 00-6070-Zloch

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to **Susan Potter Norton, Esquire** at the address more fully set forth on the service list attached, this 31st day of July, 2003.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Telephone:   954-527-2800
Facsimile:    954-524-9481


By: _____
VALERIE SHEA
Florida Bar No. 436800
VShea@heinrichgordon.com
MARK R. BOYD
Florida Bar No. 217492
MBoyd@heinrichgordon.com

CASE NO. 00-6070-Zloch

## SERVICE LIST

**Susan Potter Norton, Esquire** and
Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
    Telephone:   (305) 445-7801
    Facsimile:   (305) 442-1578
Counsel for Defendant


G:\LAW\81975\002\Pleadings\Dsgntn of Roseborough depo.doc