UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,  :   CASE NO. 00-6070-Zloch
                          Magistrate Judge Lurana S. Snow
    Plaintiff,  :   L.T. Case No. 99-021746-11

vs.  :

AMERIJET INTERNATIONAL, INC.,  :

    Defendant.  :
_____/

## **DESIGNATION OF DEPOSITION OF JOHN C. ROSEBOROUGH**

The plaintiff, Patrick Scott Major, through his counsel, files this Designation of Deposition, designating portions of John C. Roseborough's transcript to be used at trial, pursuant to Federal Rule of Civil Procedure 32, and hereby designates the following portions of John Roseborough's deposition transcript, which was taken on February 13, 2001, to be used at trial:

1.     Pg. 3, Line 18 through Pg. 6, Line 23

2.     Pg. 8, Line 3 through Pg. 11, Line 11

3.     Pg. 21, Line 19 through Pg. 25, Line 7

4.     Page 26, Line 8 through Pg. 33, Line 24

5.     Pg. 34, Line 13 through Pg. 35, Line 1

6.     Pg. 35, Line 20 through Pg. 40, Line 16

7.     Pg. 41, Line 9 through Pg. 44, Line 8

8.     Pg. 44, Line 19 through Pg. 46, Line 14

9.     Pg. 46, Line 18 through Pg. 52, Line 10

10.     Pg. 59, Line 17 through Pg. 67, Line 11



11.   Pg. 84, Line 4 through Pg. 88, Line 7

12.   Pg. 88, Line 17 through Pg. 90, Line 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to **Susan Potter Norton, Esquire** at the address more fully set forth on the service list attached, this 30th day of July, 2003.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida  33394
Telephone:   954-527-2800
Facsimile:    954-524-9481

By: _____
VALERIE SHEA
Florida Bar No. 436800
VShea@heinrichgordon.com
MARK R. BOYD
Florida Bar No. 217492
MBoyd@heinrichgordon.com

## SERVICE LIST

**Susan Potter Norton, Esquire** and
Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
    Telephone:   (305) 445-7801
    Facsimile:   (305) 442-1578
Counsel for Defendant

G:\LAW\81975\002\Pleadings\Dsgntn of Roseborough depo.doc