UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 00-6070-CIV-ZLOCH
Magistrate Judge Snow

PATRICK SCOTT MAJOR,

      Plaintiff,

vs.

AMERIJET INTERNATIONAL, INC.,

      Defendant.

_____/



### JOINT PRETRIAL STIPULATION

Parties, Patrick Scott Major and Amerijet International, Inc., by and through undersigned counsel, pursuant to this Court's Order, hereby file this Joint Pretrial Stipulation as follows:

1.    **Statement of Case:**

    a.    **Plaintiff's Statement**

        This is an action under the Florida Whistleblower Act and the Florida Civil Rights Act. Plaintiff, Patrick Major, is a pilot who was employed at Amerijet for eight-and-a-half years before he was abruptly suspended on August 18, 1999, and fired on September 1, 1999. His suspension was the same day that he reported that Amerijet violated a significant federal safety regulation. It followed, by six months, a decision made by Amerijet not to promote Mr. Major to the rank of captain. In this case, Mr. Major makes two claims: (1) that he was fired in retaliation for having filed a claim for age discrimination; <u>and</u> (2) that he was fired in retaliation for having objected to Amerijet's violation of federal



safety regulations. Amerijet's position is that it did not promote Major for reasons unrelated to his age, and that it did not fire him in retaliation for his age discrimination claim or whistleblowing charge but because it "lost confidence" in him.

**b.     Defendant's Statement:** [*]

Plaintiff was hired as a Flight Engineer for AmeriJet in 1991; he was promoted to First Officer in November 1994 and was provided an opportunity to upgrade to Captain in May 1998. In February 1999, Mr. Dave Bassett, owner of the Company, informed Plaintiff in writing that he would not be promoted to Captain. Immediately thereafter, Plaintiff filed a complaint with the EEOC, claiming that AmeriJet discriminated against him based on age. Approximately, seven (7) months later, AmeriJet terminated Plaintiff's employment because it lost confidence in his ability as a First Officer.

Plaintiff also claims that he was subjected to a hostile work environment in violation of the ADEA and FCRA after filing his EEOC complaint in February 1999. AmeriJet contends it did not subject Plaintiff to a hostile work environment but, rather, legitimately responded to a complaint lodged by one employee against another.

Finally, with respect to the ADEA and FCRA, Plaintiff alleges that AmeriJet terminated him based upon his filing of an EEOC complaint in February 1999. However, Plaintiff cannot establish a causal link between his EEOC complaint filed nearly seven (7) months prior and his termination. Moreover, AmeriJet's decision to terminate Plaintiff's employment was due to its loss of

confidence in Plaintiff's abilities as a First Officer when he permitted himself and his fellow crew members to be placed in a situation that he subjectively believed so dangerous that he considered aborting the take-off of the aircraft by throwing himself on the throttles.

In addition to his ADEA and FCRA claims, Plaintiff also alleged two violations of the Florida Whistleblower Act which provided the sole remedy for his claims in Count I and II of his Complaint. Further, AmeriJet denies any violation of the Florida Whistleblower Act. In addition, AmeriJet contends that Plaintiff can not sustain an action under § 448.102(1) because he failed to file a written report with an appropriate government agency. Finally, Plaintiff can not sustain an action under § 448.102(3) because Amerijet's policies do not violate the law.

Defendant further maintains claim under the Whistleblower's Act is preempted by the Federal Airline Deregulation Act, 49 U.S.C. § 41713. (FADA).

2.    **Basis of Federal Jurisdiction:**

28 U.S.C. Section 1441(a); ADEA Section 626(c); 28 U.S.C. Section 1367.

3.    **Pleadings Raising the Issues:**

a.    Plaintiff's Amended Complaint

b.    Defendant's Answer to Plaintiff's Amended Complaint.

4.    **Undisposed Motions or other matters requiring action by the Court:**

a.    Defendant's Motion for Leave to Update Plaintiff's Deposition.

5.    **Statement of Uncontested Facts:**

A. Amerijet is a Florida corporation, with its principal place of business in

---

* Plaintiff objects to this lengthy narrative as violating Local Rule 16.1(E)(1).

Broward County.

B.  Plaintiff, Major, was employed by Amerijet from March 1991 until September 1, 1999.

C.  Amerijet is a privately owned company that has been in the air carrier business since 1974.  Its principal business is the operation of all cargo aircraft.

D.  Plaintiff, Major, started with Amerijet as a Flight Engineer and, in November 1994, was promoted to First Officer.

E.  In February 1999, Major filed a complaint with the EEOC and FCHR.

F.  Major was terminated by Amerijet on September 1, 1999.

G.  While at Amerijet, Major had sought promotion to Captain and had not been promoted.

H.  Major was born in 1953 and is within the class of workers older than age 40.

6.  **Statement of Issues of Fact which remain to be litigated at trial:**

A.  Whether Amerijet took retaliatory personnel action against Major, in violation of the Florida Whistleblower Act, based on Major's complaint to Amerijet and NASA of illegal practices at Amerijet.

B.  Whether Amerijet took retaliatory personnel action against Major, based on his objection and refusal to participate in alleged illegal activities and practices directed by Amerijet.

C.  Whether there is a causal relationship between Major's EEOC complaint of age discrimination and Amerijet's termination of his employment.

D.  Whether plaintiff has mitigated damages.

E.  Whether plaintiff has exhausted administrative remedies.

F.  Whether defendant's alleged actions warrant punitive damages.

G.  Whether Major was subjected to a hostile work environment as a result of filing a Complaint with the EEOC in February 1999.

7.  **Statement of Issues of Law on which there is agreement:**

None at this time.

8.   **Statement of Issues of Law which remain for determination by Court:**

   A.   Whether the Florida Whistleblower's Act is preempted by the Federal Aviation Deregulation Act.[**]

   B.   Whether Plaintiff is entitled to punitive damages.

   C.   Whether back pay, if any, is cut off due to Plaintiff's resigning from Pan Am International on or about August 20, 2000.

9.   **Trial Exhibits:**

   A.   Plaintiff's list of trial exhibits is attached as Exhibit "A".

   B.   Defendant's list of trial exhibits is attached as Exhibit "B".

10.  **Trial Witnesses:**

   A.   Plaintiff's list of trial witnesses is attached as Exhibit "C".

   B.   Defendant's list of trial witnesses is attached as Exhibit "D".

11.  **Estimated Trial Time:**

   5 days.

12.  **Attorney's Fees:**

   Plaintiff estimates $200,000 in fees.

   Defendant estimates $35,000 in fees.


Dated this _31st_ day of July , 2003

HEINRICH GORDON HARGROVE
   WEIHE & JAMES P.A.
Attorneys for Plaintiff
500 East Broward Boulevard
Suite 1000
Ft. Lauderdale, FL 33394
Telephone: (954) 527-2800
Facsimile: (954) 524-9481


By: _VALERIE SHEA_____
   Valerie Shea
   Florida Bar No. 436800
   Mark R. Boyd
   Florida Bar No. 217492

ALLEN, NORTON & BLUE, P.A.
Attorneys for Defendant
121 Majorca, Suite 300
Coral Gables, FL 33134
Telephone: (305) 445-7801
Facsimile: (305) 442-1578


By: _Dionne Blake_____
   Susan Potter Norton
   Florida Bar No. 0201847
   Dionne Wilson Blake
   Florida Bar No. 0100269

---

** Plaintiff does not concede this issue properly before Court.

AO 187 (Rev. 7/87) Exhibit and Witness List

United States District Court
Southern District of Florida

PATRICK SCOTT MAJOR

      Plaintiff,

Case No. 00-6070-CIV-FERGUSON

      v.

**PLAINTIFF'S EXHIBIT LIST**

AMERIJET INTERNATIONAL, INC.

      Defendant.

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY Valerie Shea, Esq. | DEFENDANT'S ATTORNEY Susan Potter Norton, Esq. |
|---|---|---|---|---|---|
| TRIAL DATE(S) | | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO | DEF NO. | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 1 | | | | | Entire Personnel File for Patrick Major Defendant's Bates No. 0000 –0304 |
| 2 | | | | | Proficiency Report dated 7/4/97 on Patrick Major signed by Brewer Plaintiff's Bates No. 0128 |
| 3 | | | | | Proficiency Report dated 7/16/97 on Patrick Major signed by Brewer Plaintiff's Bates No. 0129 |
| 4 | | | | | Proficiency Report dated 11/18/97 on Patrick Major signed by Derry Huff Plaintiff's Bates No. 0130 –0131; Defendant's Bates No. 0262 -0262 |
| 5 | | | | | Proficiency Report dated 7/25/97 on Patrick Major Plaintiff's Bates No. 0132 –0133 |
| 6 | | | | | Proficiency Report dated 1/5/98 on Patrick Major signed by Al Jorsey Plaintiff's Bates No. 0194 |
| 7 | | | | | Patrick Major's Proficiency Report dated 6/8/99 signed by Brian Steele Defendant's Bates No. 0253 –0255 |
| 8 | | | | | Patrick Major's Training Records Defendant's Bates No. 3561-3642 |
| 9 | | | | | Employment and Flight Training Agreement dated 3/25/91 Plaintiff's Bates No. 0001-0010 |
| 10 | | | | R, UP, H | Letter from Patrick Major to Pete Steele dated 7/19/93 requesting that Major be Human Resources Director as well as flight officer. Plaintiff's Bates No. 0045-0048 |
| 11 | | | | | Letter from Patrick Major to Ed Cook dated 8/30/93 declining the Falcon First Officer position Plaintiff's Bates No. 0049-0050 |
| 12 | | | | R, UP, H | Letter from Patrick Major to David Basset dated 10/26/93 re: Human Resources function and enclosing proposal and agenda Plaintiff's Bates No. 0061-0083 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 8



EXHIBIT

A

## PLAINTIFF'S EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc. | | | | | Case No. 00-6070-CIV-FERGUSON |
|---|---|---|---|---|---|

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 13 | | | | R, UP, H | Memo from Patrick Major to Ann Prochaska, Pete Steele, Irv Shumacher and Pam Rollins dated 11/23/93 re: proposed Implementation of human resources management function Plaintiff's Bates No. 0084 -0085 |
| 14 | | | | R, UP, H | Letter from Patrick Major to David Bassett dated 1/13/94 regarding implementation of Human Resource Department asking for update Plaintiff's Bates No. 0086 |
| 15 | | | | R, UP, H | Letter from Patrick Major to Irv Shumacher dated 2/11/94 thanking him for consideration for human resources position Plaintiff's Bates No. 0087 |
| 16 | | | | | Letter from Patrick Major to Steele dated 9/22/94 re: Major's discontent with Amerijet's upgrade policy Plaintiff's Bates No. 0090 |
| 17 | | | | | Letter from Patrick Major to Pete Steele dated 9/29/94 re: meeting about upgrading flight crew, Major's concerns Plaintiff's Bates No. 0091-0093 |
| 18 | | | | | Letter from Patrick Major to Pete Steele dated 10/19/94 re: Major's discontent with not being approached for upgrade to first officer on Boeing Plaintiff's Bates No. 0094-0095 |
| 19 | | | A R, UP, H | | Agenda for pilot meeting of 6/23/96 Plaintiff's Bates No. 0103 |
| 20 | | | R, UP, H, A | | Major's outline of pilot meeting held 6/23/96 Plaintiff's Bates No. 0247-0248 |
| 21 | | | | | Letter from Patrick Major to David Bassett dated 12/18/96 re: Major's discontent with management's attitude Plaintiff's Bates No. 0106-0109 |
| 22 | | | R, UP, H, A | | Notes of meeting on 2/11/97 with Ed Cook and Wayne Penny Plaintiff's Bates No. 0249-0250 |
| 23 | | | | | Memo to Major from Wayne Penny dated 2/20/97 enclosing the Voluntary Exit Incentive Agreement Proposal Plaintiff's Bates No. 0112-0116 |
| 24 | | | R, UP, H, A | | Letter from Patrick Major to Ed Cook dated 2/21/97 re: "weight and balance" calculations on two Amerijet aircraft Plaintiff's Bates No. 0117-0121 |
| 25 | | | | | Letter from David Bassett to Patrick Major dated 2/21/97 in response to Major's 12/18/96 letter regarding corporate culture at Amerijet Plaintiff's Bates No. 0110-0111 |
| 26 | | | R, UP, H, A | | Patrick Major's Notes of Pilot Meeting on 2/23/97 Plaintiff's Bates No. 0251-0252 |
| 27 | | | R, UP | | Job Opportunity Bulletin for Captain and First Officer (4/2/98) Plaintiff's Bates No. 0253 |

*include a notation as to the location of any exhibit not held with the case file or not available because of size.

## PLAINTIFF'S EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc. | | | | | Case No. 00-6070-CIV-FERGUSON |
|---|---|---|---|---|---|

| PLF NO | DEF NO | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 28 | | | | | Memo from Patrick Major to Ed Cook dated 4/30/98 regarding upgrade bid<br>Plaintiff's Bates No. 0136 |
| 29 | | | | R, UP | Job Opportunity Bulletin for position of Captain in 5/98<br>Plaintiff's Bates No. 0137 |
| 30 | | | | R, UP, H, A | Major's Notes from Annual Pilot's Meeting of 5/17/98<br>Plaintiff's Bates No. 0254-0257 |
| 31 | | | | R, UP | Letter from Ed Cook to Patrick Major dated 5/20/98 awarding Major the bid to upgrade to Captain<br>Plaintiff's Bates No. 0138 |
| 32 | | | | | Employment and Flight Training Agreement dated 6/1/98<br>Defendant's Bates No. 0214-0223 |
| 33 | | | | R, UP, H, A | Patrick Major letter to Dave Bassett dated 6/18/98 enclosing Major's letter to Amerijet's Pilots regarding a union<br>Plaintiff's Bates No. 0139 |
| 34 | | | | R, UP, H, A | Major's letter to Amerijet's Pilot regarding a union<br>Plaintiff's Bates No. 0140-0143 |
| 35 | | | | | Pilot Simulator/Flight time Training for Major<br>Defendant's Bates No. 0288-0288 |
| 36 | | | | | Pilot Instructor Recommendation dated 6/23/98 stating that oral was discontinued due to applicant's lack of knowledge<br>Defendant's Bates No. 0287 |
| 37 | | | | R, UP, H, A | Major's notes from oral type rating with Barney Sonnen<br>Plaintiff's Bates No. 0258-0261 |
| 38 | | | | | Transmittal dated 7/8/98 stating that Major was unprepared and untrained for type rating on B272 and that Pete Steele should have ascertained that Major was prepared for test<br>Defendant's Bates No. 0274 |
| 39 | | | | | Draft of letter from John Roseborough to Ed Cook regarding Amerijet's trend toward mediocrity in its pilot training/checking/upgrade program. Major was unprepared for oral type rating exam and that this incident is not an isolated incident.<br>Defendant's Bates No. 0275-0275 |
| 40 | | | | | Letter from Pete Steele to Patrick Major dated 8/20/98 re: Major's type rating oral exam with the FAA<br>Plaintiff's Bates No. 0145; Defendant's Bates No. 0125 |
| 41 | | | | | Letter/fax from Patrick Major to Pete Steele dated 8/21/98 re: Major's attempts to contact Tracy Dickinson to arrange second meeting about type rating oral exam with FAA<br>Defendant's Bates No. 0124; Plaintiff's Bates No. 0146 |
| 42 | | | | | Letter/fax from Major to Pete Steele dated 8/25/98 regarding meeting with Pete Tracy and Major and the type rating oral exam<br>Plaintiff's Bates No. 0147-0148 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

## PLAINTIFF'S EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc. | | | | | Case No. 00-6070-CIV-FERGUSON |
|---|---|---|---|---|---|
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS* |
| 43 | | | | | Letter from Major to Pete Steele dated 12/15/98 in response to 11/6/98 addressing back pay and promotion  Plaintiff's Bates No. 0156 –0157 |
| 44 | | | | | Letter from Patrick Major to Pete Steele dated 9/11/98 outlining Ed Cook's efforts to eliminate Major's employment  Plaintiff's Bates No. 0149-0154 |
| 45 | | | | | Letter from Pete Steele to Patrick Major dated 11/6/98 as a follow up to 9/11/98 letter and subsequent 10/22/98 meeting denying request for back pay  Plaintiff's Bates No. 0155; Defendant's Bates No. 0081 |
| 46 | | | | R, UP, H, A | Patrick Major's Notes of meeting on 12/16/98 with Pete Steele  Plaintiff's Bates No. 0267-0273 |
| 47 | | | | | Letter/fax from Patrick Major to David Bassett dated 2/2/99 stating that nearly 2 months have passed since they discussed problems encumbering Major's success at Amerijet  Plaintiff's Bates No. 0162 |
| 48 | | | | | Letter from David Bassett to Patrick Major dated 2/5/99 advising Major that he will not make Captain at Amerijet  Defendant's Bates No. 0070 |
| 48 | | | | | Letter from David Bassett to Major dated 2/5/99 advising Patrick Major that he will not make Captain at Amerijet  Plaintiff's Bates No. 0158 |
| 49 | | | | | Letter from Patrick Major to David Bassett dated 2/21/99 in response to 2/5/99 letter outlining ongoing problems with Major and Amerijet  Plaintiff's Bates No. 0159-0161 |
| 50 | | | | R, UP, H | Fax/e-mail from Patrick Major to Derry Huff, re: Captain bid  Plaintiff's Bates No. 0176-0176 |
| 51 | | | | R, UP | Patrick Major's Upgrade Bid Sheet  Plaintiff's Bates No. 0166-0166 |
| 52 | | | | R, UP, H, A | Case information regarding Timothy J. Green and Shari Green v. Butch Gretchen  Plaintiff's Deposition Exhibit No. 21 |
| 53 | | | | | Memo from Derry Huff to Juan Morales dated 4/26/99 regarding meeting with Patrick Major on 4/23/99 re: stalking  Defendant's Bates No. 0067 |
| 54 | | | | | Job Opportunity Bulletin for upgrade to Captain  Defendant's Bates No. 0308; Plaintiff's Bates No. 0163 |
| 55 | | | | | Simulator/Aircraft Training  Defendant's Bates No. 0289-0291 |
| 56 | | | | | Crewmember Training Record/Certification for Patrick Major (blank)  Defendant's Bates No. 0283-0284 |
| 57 | | | | | Termination letter of Patrick Major 8/30/99  Defendant's Bates No. 0309 |

## PLAINTIFF'S EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| Patrick Scott Major v. Amerijet International, Inc. | | | | Case No. 00-6070-CIV-FERGUSON | |

| PLF NO. | DEF NO | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 58 | | | | | Personnel Action Forms and email regarding Major's termination<br>Defendant's Bates No. 0131-0134 |
| 59 | | | | | Transcript of Termination Meeting dated 9/1/99<br>Plaintiff's Deposition Exhibit No. 7 |
| 60 | | | | | Tape of Termination Meeting |
| 61 | | | | R,UP, H,A | Charge of Discrimination dated 3/25/97 for charge #150972119 along with correspondence<br>Plaintiff's Bates No. 0206-0208 |
| 62 | | | | R,UP,H | File from EEOC for Charge Number 150991713 dated 2/11/99 |
| 63 | | | | | Amerijet's 401(k) Summary Annual Report and Insurance Benefits for Patrick Major<br>Defendant's Bates No. 3491-3499 |
| 64 | | | | | Patrick Major's Income Tax Returns<br>Plaintiff's Bates No. 0274-0326 |
| 65 | | | | R,UP,H, A | Letters and Resumes re: Patrick Major's search for employment<br>Plaintiff's Bates No. 0533-0829 |
| 66 | | | | R, H,A | Meteorological records for 6/8/99 and 8/17/99 |
| 67 | | | | | Airplane Performance Limitations for B272=200<br>Plaintiff's Deposition Exhibit No. 2 |
| 68 | | | | | Maintenance logs for Flight 832 6/18/99 and Flight 827 8/17/99<br>Defendant's Bates No. 0310-0312 |
| 69 | | | | | Weight and balance forms<br>Defendant's Bates No. 0313-0314 |
| 70 | | | | | Amerijet's Runway Analysis Description<br>Plaintiff's Deposition Exhibit No. 12 |
| 71 | | | | R,UP, H,A | Letter from Patrick Major to Derry Huff dated 6/14/99 regarding the 6/8/99 flight<br>Plaintiff's Bates No. 0177-0181; Defendant's Bates No. 0062 -0066 |
| 72 | | | | R,UP,H A | Letter from Patrick Major to Derry Huff dated 6/17/99 regarding 6/8/99 flight addendum<br>Plaintiff's Bates No. 0182 –0186; Defendant's Bates No. 0058-0061 |
| 73 | | | | | Ft. Lauderdale Ground Controller Transcripts for 8/17/99 flight<br>Plaintiff's Deposition Exhibit No. 63 |
| 74 | | | | | Line Check Flight Report for 8/17/99 flight<br>Plaintiff's Deposition Exhibit No. 61 |
| 75 | | | | | Letter/fax from Patrick Major to David Bassett dated 8/25/99 regarding the NASA ASRS report<br>Plaintiff's Bates No. 0193 |
| 76 | | | | | Major's Report to NASA regarding 8/17/99 incident<br>Defendant's Bates No. 0052 -0057 |
| 77 | | | | | Tower Tapes for 6/8/99 flight |
| 78 | | | | | Tower Tapes for 8/17/99 flight |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size

## PLAINTIFF'S EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc. | | | | | Case No. 00-6070-CIV-FERGUSON |
| --- | --- | --- | --- | --- | --- |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS* |
| --- | --- | --- | --- | --- | --- |
| 79 | | | | | Correspondence from FAA in response to FOIA requests |
| 80 | | | | | Letter from Patrick Major to FAA/John Roseborough dated 12/6/99 explaining the 8/17/99 matter in detail<br>Plaintiff's Bates No. 0214-0219 |
| 81 | | | | | Letter from FAA/John Roseborough to Patrick Major dated 12/21/99 advising that the FAA's investigation did not establish an FAA violation on Major's part<br>Plaintiff's Bates No. 0220 |
| 82 | | | | | EIR from FAA #2000S0170009 for Amerijet<br>Plaintiff's Deposition Exhibit No. 39 |
| 83 | | | | | Letter from Pete Steele to John Roseborough advising that after a complete investigation, Amerijet finds no infractions to the FARs as stated<br>Defendant's Bates No. 3546-3546 |
| 84 | | | | | FAA Notice of Proposed Civil Penalty<br>Defendant's Bates No. 0589-0596 |
| 85 | | | | | EIR from FAA #2000S0170011 for Brian Steele<br>Plaintiff's Deposition Exhibit No. 40 |
| 86 | | | | | Letter from John Roseborough to Brian Steele dated 11/10/99 regarding 8/17/99 flight<br>Plaintiff's Deposition Exhibit No. 22 |
| 87 | | | | | Letter from Brian Steele to John Roseborough giving his account of the 8/17/99 flight<br>Defendant's Bates No. 3547-3548 |
| 88 | | | | | Notice of Proposed Certificate Action from FAA to Brian Steele, proposing suspension of Brian Steele's pilot certificates for 60 days<br>Defendant's Bates No. 3539-3540 |
| 89 | | | | | EIR from FAA #2000S0170014 for Brett Wise<br>Plaintiff's Deposition Exhibit No. 41 |
| 90 | | | | | Letter from Brett Wise to John Roseborough giving his account of the 8/17/99 flight<br>Defendant's Bates No. 3549-3549 |
| 91 | | | | | Notice of Proposed Certificate Action from FAA to Brett Wise, proposing suspension of Brett Wise's pilot certificates for 15 days<br>Defendant's Bates No. 3541-3542 |
| 92 | | | | | Al Jorsey's letter to John Roseborough dated 11/15/99 regarding 8/17/99 flight<br>Plaintiff's Deposition Exhibit No. 10 and 25 |
| 93 | | | | | Letter from John Roseborough to Al Jorsey stating that the FAA's investigation did not establish a violation of the FAR on Al Jorsey's part<br>Defendant's Bates No. 3544-3544 |

*Include a notation as to the location of any exhibits not held with the case file or not available because of size

## PLAINTIFF'S EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc. | | | | | Case No. 00-6070-CIV-FERGUSON |
|---|---|---|---|---|---|

| PLF NO | DEF NO | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 94 | | | | | Letter from John Roseborough to Pete Steele requesting that Al Jorsey's Check Airman letter of authority be returned due to the fact that Al Jorsey the subject of a violation investigation<br>Defendant's Bates No. 3545-3545 |
| 95 | | | | | Letter Roseborough to Pete Steel 10/28/99<br>Defendant's Bates No. 2123 |
| 96 | | | | | Letter from John Roseborough of FAA to Peter Steele advising that the FAA's investigation did not establish a violation of the FAR on Pete Steele's part<br>Defendant's Bates No. 3524-3524 |
| 97 | | | | | Excerpt of General Operations Manual qualifications for Captain and Crewmembers Responsibilities<br>Defendant's Bates No. 0305-0306 |
| 98 | | | | R, UP | 1999 Crewmember Seniority Lists<br>Plaintiff's Bates No. 00164-00168 |
| 99 | | | | | Crew member seniority list for 2000<br>Defendant's Bates No. 2124-2125 |
| 99 | | | | | Amerijet Crewmember Seniority Lists for 2000<br>Defendant's Bates No. 3017-3021 |
| 100 | | | | | List of employees upgraded to Captain<br>Defendant's Bates No. 0315 |
| 101 | | | | | List of outside people hired to be Captain<br>Defendant's Bates No. 0316 |
| 102 | | | | R, UP | Memo from Ed Cook to All Crewmembers dated 8/5/98 giving list of crewmembers awarded upgrade bids<br>Plaintiff's Bates No. 0144 |
| 103 | | | | R, UP, A | Charts of Captains upgraded or hired between 1/1/96 and 9/1/99 |
| 104 | | | | | Derry Huff's Training Records<br>Defendant's Bates No. 0341-0353 |
| 105 | | | | | John Washington's Training Records<br>Defendant's Bates No. 0367-0379 |
| 106 | | | | | Personnel file of Tracey Dickinson<br>Defendant's Bates No. 2487-2564 |
| 107 | | | | | Personnel file of Tim Green<br>Defendant's Bates No. 0598-0976 |
| 108 | | | | | Personnel file of Derry Huff<br>Defendant's Bates No. 2282-2486 |
| 109 | | | | R | Federal Aviation Regulations |
| 110 | | | | | Portions of Operations Manual re: Crewmembers' Responsibilities; Flight Control, Release and Planning; and Checklists and Wing Flaps<br>Plaintiff's Deposition Exhibit No. 18 |
| 111 | | | | | Excerpts of Performance Manual, re: Flight Planning<br>Plaintiff's Deposition Exhibit No. 13 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# PLAINTIFF'S EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc. | | | | | Case No. 00-6070-CIV-FERGUSON |
|---|---|---|---|---|---|

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 112 | | | | | General Operations Manual: Operations Specifications: Table of Contents: Part B - En-Route Authorizations, Limitations, and Procedures; Using Area Navigation Systems Defendant's Bates No. 3553-3560 |
| 113 | | | | | Amerijet Training Program Manual |
| 114 | | | | R, UP, H, A | U.S. Airlines Salary Survey and Career Earnings Comparison Third Edition Plaintiff's Bates No. 0385-0532 |
| 115 | | | | | Jim Gilbert's Curriculum Vitae |
| 116 | | | | | Jim Gilbert's Report |
| 117 | | | | | All documents, reports, charts, graphs relied upon by Jim Gilbert in formulating his opinions |
| 118 | | | | | Jose Pagan's Curriculum Vitae |
| 119 | | | | | Jose Pagan's Report |
| 120 | | | | | All documents, reports, regulations, charts, graphs relied upon by Jose Pagan in formulating his opinions |
| 121 | | | | | Letter dated 10/12/00 from Allen, Norton & Blue to Paul Repp enclosing documents Plaintiff's Deposition Exhibit No. 54 |
| 122 | | | | R, UP, H | Letter from Valerie Shea to Susan Norton dated 11/10/00 regarding documents not produced and 30(b)(6) deposition Plaintiff's Deposition Exhibit No. 8 |
| 123 | | | | R, UP, H | Letter from Valerie Shea to Stephen Santiago dated 12/22/00 regarding portions of manuals and documents referred to in Derry Huff's deposition Plaintiff's Deposition Exhibit No. 9 |
| 124 | | | | | Paul Repp's Report and CV Plaintiff's Deposition Exhibit No. 62 |
| 125 | | | | | Letter from FAA to Amerijet dated 11/9/01 advising that it is withdrawing the Notice of Proposed Civil Penalty |
| 126 | | | | | Letter from FAA to Brian Steele dated 11/9/01 advising that it is withdrawing the Notice of Proposed Certification Action |
| 127 | | | | | Excerpts of deposition of Tracey Dickenson |
| 128 | | | | | Excerpts of deposition of John Roseborough |
| 129 | | | | | Excerpts of deposition of John Washington |
| 130 | | | | | Defendant's answers to interrogatories |
| 131 | | | | | Defendant's Responses to Discovery |
| 132 | | | | | All demonstrative evidence and aids |
| 133 | | | | | All rebuttal documents |
| 134 | | | | | All impeachment documents |

AO 187 (Rev. 7/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,

     Plaintiff,

     v.

AMERIJET INTERNATIONAL, INC.,

     Defendant.

CASE NO. 00-6070-CIV-FERGUSON

**DEFENDANT'S EXHIBIT LIST**

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY<br>Valerie Shea, Esq. | DEFENDANT'S ATTORNEY(s)<br>Susan Potter Norton, Esq. |
|---|---|---|---|---|---|
| TRIAL DATE(S) | | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO | DEF NO | DATE OFFERED | MARKED | Plf's Objections | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | | | | | **Defendant's Exhibits** |
| | 1 | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000001 – 000007 |
| | 2 | | | | Letter from David Bassett, Pam Rollins, Pete Steele, Ed Cook, Dean Chapman, Jeff Bingham and Lee Burt – Re: "Open Door" Policy – dated: 5/16/96 – Bates No. 000008 |
| | 3 | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000009 – 000051 |
| | 4 | | | | NASA Aviation Safety Reporting System – Re: Incident Report – date: 8/18/99 - Bates No. 000052 - 000061 |
| | 5 | | | | Memorandum from Patrick Major to Derry Huff – Re: Discussion of Flight with Brian Steele – dated: 6/14/99 – Bates No. 000062 - 000066 |
| | 6 | | | | Memorandum from Derry Huff to Juan Morales – Re: Review of Meeting with Pat Major – dated: 4/26/99 – Bates No. 000067 |
| | 7 | | | | E-Mail from Patrick Major to Derry Huff – Re: Amerijet's Unfounded Retaliatory Charge of Stalking – dated: 4/18/99 – Bates No. 000068 |
| | 8 | | | | E-Mail from P Major to Derry Huff – Re: Retaliatory Charge of Stalking" – dated: 4/18/99 – Bates No 000069 |
| | 9 | | | | Letter from David G. Bassett to Pat Major – Re: Incapable of Filling Position as Captain – dated: 2/5/99 – Bates No. 000070 |
| | 10 | | | | Letter from Peter A. Steele to Patrick S. Major – Re: Process of Becoming a Captain – dated: 1/4/99 – Bates No. 000071 – 000072 |

*

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**EXHIBIT**

tabbies

B

AC  187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO.<br>00-6070 -CIV-FERGUSON |
| --- | --- |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | 11 | | | | Letter from Pat Major to Peter Steele – Re: Outstanding Issues – dated: 12/15/98 – Bates No. 000073 – 000074 |
| | 12 | | | | Letter from Pat Major to Pete Steele – Re: Meeting with Ed Cook, Tracy Dickinson and John Moktadier on Friday, July 24 – dated: 9/11/98 – Bates No. 000075 – 000080 |
| | 13 | | | | Letter from Peter A. Steele to Patrick S. Major – Re: Outstanding Issues – dated: 11/6/98 – Bates No. 000081 |
| | 14 | | | | Letter from Pat Major to Pete Steele – Re:  Recollection of Meeting on Friday, July 24 – dated: 8/25/98 – Bates No. 000082- 000083 |
| | 15 | | | | Letter from Patrick Scott Major to Federal Aviation Administration –Re: FAA's Proposal to Reduce Maximum Payloads on Boeing 727  - dated: 8/18/97 – Bates No. 000084 – 000086 |
| | 16 | | | | Letter from Patrick Scott Major to Ed Cook – Re:  Jeppesen Guadalajara Approach Plate 11-1, 20-Jun-97 – dated: 7/23/97 – Bates No. 000087 – 000088 |
| | 17 | | | | Letter from Gladys Garcia to Patrick Major – Re: Extension of Federal Famil and Medical Leave Act Benefits – dated: 4/10/97 – Bates No. 000089 – 000090 |
| | 18 | | | | Letter from Patrick Scott Major to Wayne Penny – Re: Confirmation of Intention to Return to Work from Family Medical Leave – dated: 6/20/97 – Bates No. 000091 |
| | 19 | | | | Letter from Linda G. Maletta to Patrick Major – Re: Problem with Payroll Imput – dated: 6/3/97 – Bates No. 000092 |
| | 20 | | | | Letter from David G. Bassett to Patrick Scott Major – Re: Meeting with Wayne Penny and Ed Cook on February 11, 1997 – dated: 2/21/97 – Bates No. 000093 –000094 |
| | 21 | | | | Letter from Captain N.E. Cook to Patrick S. Major – Re: Change  in Vacation Management – dated 6/17/96 – Bates No. 000095 |
| | 22 | | | | Letter from Patrick Scott Major to Captain Cook – Re:  Vacation Policy…Solution – dated: 6/9/96 – Bates No. 000096 – 000097 |
| | 23 | | | | Letter from Patrick Scott Major to David Bassett, Pam Rollins, Pete Steele, Ed Cook, Dean Chapman, Jeff Bingham and Lee Burt – Re: "Open Door Policy" – dated: 5/16/96 – Bates No. 000098 |
| | 24 | | | | Memorandum from Wayne Penny to Pat Major – Re:  Employee Handbook – dated: 12/21/94 – Bates No. 000099 |
| | 25 | | | | Employee Handbook Receipt – Re: Patrick Major – dated: 5/30/97 – Bates No. 000100 |

92093_1

AC 187A (REV 7/87)

## EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO<br>00-6070 -CIV-FERGUSON |
|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 26 | | | | Letter from Patrick Scott Major from Pete Steele – Re: Never Offered Opportunity to Upgrade to First Officer on Boeing 727 – dated: 10/19/94 – Bates No. 000101 – 000102 |
| | 27 | | | | Fax from Patrick Major to Compensation Committee – Re: Proposed Pay Policy Changes – dated: 2/18/99 - Bates No. 000103 – 000104 |
| | 28 | | | | Fax from Patrick Scott Major to Ed Cook – Re: New Miami Flight Schedule – dated: 3/18/94 – Bates No. 000105 – 000106 |
| | 29 | | | | Fax from Patrick Scott Major to Irv Shumacher – Re: Congratulations on Work Performed on 190AJ – Undated – Bates No. 000107 |
| | 30 | | | | Letter from Patrick Scott Major to Peter Steele – Re:  Hiring Outside of Company – dated: 9/22/94 – Bates No. 000108 – 000109 |
| | 31 | | | | Letter from Patrick S. Major to Ed Cook – Re:  Invitation to Upgrade to First Officer on Falcon – dated: 8/30/93 – Bates No. 000110 – 000111 |
| | 32 | | | | Letter from Patrick S. Major to Pamela Rollins – Re: Amerijet's Flight Crew Vacation Policy – dated: 9/21/92 – Bates No. 000112 – 000113 |
| | 33 | | | | Letter from Ed Cook to Patrick Major – Re: Assessment of Simulator Period Used for Annual Proficiency Check – dated: 3/2/92 – Bates No. 000114 |
| | 34 | | | | Letter from Patrick S. Major from Ed Cook – Re: Meeting Conducted Midway During Amerijet's Flight Crew Member's First Year of Service – dated: 2/16/92 – Bates No. 000115 –000116 |
| | 35 | | | | Fax from Pat Major to David Bassett – Re: Fare the Well – dated: 9/23/99 – Bates No. 000117 |
| | 36 | | | | Fax from Patrick Major to Pete Steele – Re: Termination Date Correction. Earned but unpaid Amerijet employment income – dated: 12/29/99 – Bates No. 000118- 000119 |
| | 37 | | | | Fax from Patrick Major to Amerijet Chief Pilot, Derry Huff – Re:  Captain bid – dated: 4/16/99 – Bates No. 000120 – 000123 |
| | 38 | | | | Fax from Patrick Scott Major to Pete Steele – Re: Type Rating Oral Exam with FAA – dated: 8/21/98 – Bates No. 000124 |
| | 39 | | | | Letter from Peter A. Steele to Patrick S. Major – Re: Scheduling of Type Rating Oral Exam – dated: 8/20/98 – Bates No. 000125 |
| | 40 | | | | Reply to Fax from ? to Pat Major – Re: Request for Type Rating Oral – Undated – Bates No. 000126 |
| | 41 | | | | Memorandum from Pat Major to Pete Steele – Re: Type Rating Oral Exam – dated: 8/18/98 – Bates No. 000127 |
| | 42 | | | | Letter from Ed Cook to Patrick S. Major – Re: Congratulations on Award bid to upgrade to Captain – dated: 5/20/98 – Bates No. 000128 |

AC 187A (REV. 7/87)

## EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO.<br>00-6070 -CIV-FERGUSON |
|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| 43 | | | | | E-Mail to Derry Huff from P Major – Re: Bid (Captain) – dated: 4/16/99 – Bates No. 000129 |
| 44 | | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000130 – 000210 |
| 45 | | | | | Amerijet International Runway Analysis B-727-200, JT8D-15 – Re: Fort Lauderdale, FL, Hollywood INTL- Undated – Bates No. 000211 |
| 46 | | | | | Amerijet International Runway Analysis B-727-200, JT8D-15 – Re: Miami, FL, Miami INTL- Undated – Bates No. 000212 |
| 47 | | | | | Amerijet International Runway Analysis B-727-200, JT8D-15 – Re: Miami, FL, Miami INTL- Undated – Bates No. 000213 |
| 48 | | | | | Personnel File – Re: Patrick S. Major – Undated - Bates No. 000214 - 000245 |
| 49 | | | | | Equal Employment Opportunity Commission , Notice of Charge of Discrimination – Re: Patrick S. Major – dated: 10/12/99 – Bates No. 000247 |
| 50 | | | | | U.S. Equal Opportunity Commission, Notice of Right to Sue – Re: Patrick S. Major – dated: 12/7/99 – Bates No. 000250 |
| 51 | | | | | U.S. Equal Opportunity Commission, Charge of Discrimination– Re: Patrick S. Major – dated: 12/8/99 – Bates No. 000252 |
| 52 | | | | | Amerijet International, First Officer Or Flight Engineer Proficiency Report – Re: Pat Major – dated: 6/8/99 – Bates No. 000253 – 000255 |
| 53 | | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000256 – 000257 |
| 54 | | | | | Amerijet International, First Officer Or Flight Engineer Proficiency Report – Re: Pat Major – dated: 1/14/98 – Bates No. 000258 - 000259 |
| 55 | | | | | Personnel File – Re: Pat Major – Undated - Bates No. 000260 - 000263 |
| 56 | | | | | Amerijet International, First Officer Or Flight Engineer Proficiency Report – Re: Pat Major – dated: 7/4/97 – Bates No. 000264 |
| 57 | | | | | Correspondence from Maurice Rousseau Jr., to Janice Ambrosio – Re: Report for FLT 811 – dated: 2/3/97 – Bates No. 000265 |
| 58 | | | | | Letter from William J. Cline to Peter A. Steele – Re: Pat Major – Unprofessional and Lack of Knowledge – dated: 1/18/92 – Bates No. 000266 – 000268 |
| 59 | | | | | Personnel File – Re: Pat Major – Undated - Bates No. 000269 – 000270 |
| 60 | | | | | Memorandum from Ed Cook to Patrick Major – Re: Flight Inspection – dated: 6/26/95 – Bates No. 000271 – 000272 |
| 61 | | | | R, H | FAA Oral Exam Record – Re: Patrick Scott Major – dated: 7/8/98 – Bates No. 000273 |

92093_1

AC. 187A (REV. 7/87)                                              **EXHIBIT LIST**

| | | | | | |
|---|---|---|---|---|---|
| Patrick Scott Major v. Amerijet International, Inc., | | | | CASE NO.<br>00-6070 -CIV-FERGUSON | |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| 62 | | | | R, H | Assessment of Oral Exam From Barney Sonner – Re: Patrick Major – dated: 7/8/98 – Bates No. 000274 |
| 63 | | | | | Letter from John C. Roseborough to Captain N. Edward Cook – Re: Captain Upgrade/Training Quality – dated 7/8/98 – Bates No. 000275 |
| 64 | | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000276 – 000277 |
| 65 | | | | | Amerijet International, Flight Operations Training Answer Sheet – Re: Patrick Major – dated: 5/8/98 – Bates No. 000278 – 000279 |
| 66 | | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000280 – 000286 |
| 67 | | | | | Amerijet International, Pilot Instructor Recommendation – Re: Patrick Scott Major – dated: 6/23/98 – Bates No. 000287 |
| 68 | | | | | Amerijet Pilot Stimulator/Flight Time Training – Re: Patrick Scott Major – dated: 6/11/98, 6/18/98, 6/23/98 – Bates No. 000288 |
| 69 | | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000289 – 000291 |
| 70 | | | | | Multiple Choice Questionnaire Sheet – Re: Patrick Major – Undated – Bates No. 000292 – 000295 |
| 71 | | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000296 – 000304 |
| 72 | | | | | Amerijet International, General Operations Manual – Re: General Policies – dated: 6/17/96 – Bates No. 000305 – 000307 |
| 73 | | | | | Job Opportunity Bulletin – Re: Captain & First Officer – Undated – Bates No. 000308 |
| 74 | | | | | Letter from Derry S. Huff to Patrick Major – Re: Amerijet's loss of confidence in Abilities – dated: 8/30/99 – Bates No. 000309 |
| 75 | | | | | Amerijet International, Aircraft Log Book, Aircraft Maintenance Log – dated 8/17/99 – Bates No. 000310 – 000311 |
| 76 | | | | | Amerijet International, B-727-200 Load Plan – Re: 12-Position Weight & Balance – Undated – Bates No. 000313 – 000314 |
| 77 | | | | | Upgrade List of Pilots – Re: Patrick Major – dated: 1/1/96 – 9/1/99 – Bates No. 00315 |
| 78 | | | | | List of Individuals Hired as Captains – dated: 1/1/96 – 9/1/99 – Bates No. 000316 |
| 79 | | | | | Training Documents – Re: David Scott Mitchell – Undated – Bates No. 000317 – 000329 |
| 80 | | | | | Training Documents – Re: David Patrick Bruns – Undated – Bates No. 000330 – 000340 |
| 81 | | | | | Training Documents – Re: Derry Stephen Huff – Undated – Bates No. 000341 –000353 |

AC 187A (REV. 7/87)                                    **EXHIBIT LIST**

| Patrick Scott Major v. Amerijet International, Inc., | | CASE NO. 00-6070 -CIV-FERGUSON |
|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Plf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 82 | | | | Training Documents – Re: John Matthew Hogan – Undated – Bates No. 000354 – 000366 |
| | 83 | | | | Training Documents – Re: John Wendell Washington – Undated – Bates No. 000367 – 000379 |
| | 84 | | | | Training Documents – Re: Paul Scott Andersen – Undated – Bates No. 000380 – 000390 |
| | 85 | | | | Training Documents – Re: Jeff Michael Movak – Undated – Bates No. 000391 – 000406 |
| | 86 | | | | Training Documents – Re: James Alan Battillo – Undated – Bates No. 000407 – 000417 |
| | 87 | | | | Training Documents – Re: Raymond Joseph Meunier – Undated - Bates No. 000418 – 000430 |
| | 88 | | | | Training Documents – Re: Tracey Alan Dickinson – Undated - Bates No. 000431 – 000444 |
| | 89 | | | | Training Documents – Re: Michael Richard Pelly – Undated - Bates No. 000445 - 000463 |
| | 90 | | | | Training Documents – Re: Timothy James Green – Undated – Bates No. 000464 – 000476 |
| | 91 | | | | Training Documents – Re: Douglas Joseph Benson – Undated – Bates No. 000477 – 000488 |
| | 92 | | | | Training Documents – Re: Patrick Clare McManus – Undated – Bates No. 000489 – 000500 |
| | 93 | | | | Training Documents – Re: John A. Moktadier – Undated – Bates No. 000501 – 000513 |
| | 94 | | | | Training Documents – Re: Ronald Lee Rooks – Undated – Bates No. 000514 – 000530 |
| | 95 | | | | Training Documents – Re: Jeffrey Scott Michlowitz – Undated – Bates No. 000531 – 000540 |
| | 96 | | | | Training Documents – Re: Charles Williams Church – Undated – Bates No. 000541 – 000551 |
| | 97 | | | | Training Documents – Re: Robert Shaw Reed – Undated – Bates No. 000552 – 000569 |
| | 98 | | | | Training Documents – Re: James Keith Kirk – Undated – Bates No. 000570 – 000588 |
| | 99 | | | | Letter from U.S. Department of Transportation to David G. Bassett – Re: Notice of Proposed Civil Penalty – dated: 2/16/00 – Bates No. 000589 – 000596 |

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO<br>00-6070 -CIV-FERGUSON |
|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 100 | | | | First Officer or Flight Engineer Proficiency Report – Re: Patrick Major – dated: 1/15/98 – Bates No. 000597 |
| | 101 | | | | Personnel File – Re: Tim Green – Undated – Bates No. 000598 – 000976 |
| | 102 | | | | Personnel File – Re: James Battillo – Undated – Bates No. 000977 – 001139 |
| | 103 | | | | Personnel File – Re: Ray Meunier – Undated – Bates No. 001152 – 001238 |
| | 104 | | | | Personnel File – Re: Doug Benson – Undated – Bates No. 001239 – 001320 |
| | 105 | | | | Personnel File – Re: Patrick McManus – Undated – Bates No. 001321 - 001478 |
| | 106 | | | | Personnel File – Re: John Moktadier – Undated – Bates No. 001479 – 001658 |
| | 107 | | | | Personnel File – Re: David Mitchell – Undated – Bates No. 001659 – 001682 |
| | 108 | | | | Personnel File – Re: John Washington – Undated – Bates No. 001683 – 001812 |
| | 109 | | | | Personnel File – Re: Jamie Kirk – Undated – Bates No. 001813 – 001964 |
| | 110 | | | | Personnel File – Re: John Hogen – Undated – Bates No. 001965 -- 002122 |
| | 111 | | | | Letter to Captain Peter A. Steele from John C. Roseborough – Re: Information Request – dated: 10/28/99 – Bates No. 002123 |
| | 112 | | | | Amerijet International, Crewmember Seniority List – Re: Captains & First Officers – dated: 1/20/00 – Bates No. 002124 – 002125 |
| | 113 | | | | Personnel File – Re: Paul Andersen – Undated – Bates No. 002126 – 002281 |
| | 114 | | | | Personnel File – Re: Derry Huff – Undated – Bates No. 002282 – 002486 |
| | 115 | | | | Personnel File – Re: Tracey Dickinson – Undated – Bates No. 002487 – 002563 |
| | 116 | | | | Personnel File – Re: Jeff Novak – Undated – Bates No. 002564 – 002754 |
| | 117 | | | | Personnel File – Re: Ron Rooks – Undated – Bates No. 002755 – 002860 |
| | 118 | | | | Personnel File – Re: Mike Pelly – Undated – Bates No. 002861 - 003016 |
| | 119 | | | | Amerijet International, Crewmember Seniority List – Re: Captains & First Officer – dated: 1/20/00 – Bates No. 003017 - 003018 |
| | 120 | | | | Amerijet International, Crewmember Seniority List – Re: Captains & First Officer – dated 2/11/00 – Bates No. 003019 – 003021 |
| | 121 | | R | | Employment Practices Insurance Policy – Re: Discrimination, Sexual Harassment & Inappropriate Employment Conduct – dated: 5/5/98 – Bates No. 003022 – 003032 |
| | 122 | | | | Employment Application and Licenses – Re: Joseph Latorre – Undated – Bates No. 003033 – 003039 |

92093_1

AC 187A (REV. 7/87)                                    **EXHIBIT LIST**

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO. 00-6070 -CIV-FERGUSON |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Plf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 123 | | | | Employment Release and Licenses – Re: Richard Lytle – Undated – Bates No. 003040 – 003041 |
| | 124 | | | | Employment Application and Licenses – Re: James Korby – Undated – Bates No. 003042 – 003045 |
| | 125 | | | | Employment Application and Licenses – Re: Bruce McGray – Undated – Bates No. 003046 –003048 |
| | 126 | | | | Employment Application and Licenses – Re: John Miller – Undated – Bates No. 003049 –003052 |
| | 127 | | | | Employment Application and Licenses – Re: Albert Rubey – Undated – Bates No. 003058 – 003061 |
| | 128 | | | | Employment Application and Licenses – Re: Jose Alverez Jr., - Undated – Bates No. 003062 - 003065 |
| | 129 | | | | Personnel File – Re: Jeffrey Scott Michlowitz – Undated – Bates No. 003066 – 003190 |
| | 130 | | | | Training Documents – Re: James Kirk – Undated – Bates No. 003191 – 003244 |
| | 131 | | | | Training Document – Re: Charles Williams Church – Undated - Bates No. 003245 – 003322 |
| | 132 | | | | Training Document – Re: Roberrt Shaw Reed – Undated - Bates No. 003322 – 003410 |
| | 133 | | | | Training Document – Re: Jacques Jean Raissiguier – Undated - Bates No. 003411 – 003490 |
| | 134 | | R, UP | | Memorandum to File from Nidiam Conesa – Re: Pat Major – dated: 5/5/00 |
| | 135 | | R, UP | | Memorandum to File from Nidiam Conesa – Re: Pat Major – dated: 4/7/00 |
| | 136 | | R, UP | | Memorandum to File from Nidiam Conesa – Re: Pat Major (Completion of Manuals)  – dated: 4/7/00 |
| | 137 | | R, UP | | Memorandum to File from Nidiam Conesa – Re: Pat Major (Anger ) – dated: 4/7/00 |
| | 138 | | R, UP | | Memorandum to File from Nidiam Conesa – Re: Pat Major (Personal LaptopUsage) – dated: 4/7/00 |
| | 139 | | R, UP | | Pan Am International Flight Academy, Exit Interview – Re: Patrick Major – dated: 8/25/00 |
| | 140 | | R, UP | | Pan Am International, Application for Employment – Re:  Patrick Major – dated: 1/4/00 |
| | 141 | | R, UP | | Memorandum to Dan Campbell from Patrick Major – Re: Revision to Independent Contract Status – dated: 8/11/00 |

AC 187A (REV 7/87)                                         **EXHIBIT LIST**

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO.<br>00-6070 -CIV-FERGUSON |
| --- | --- |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 142 | | | | | Memorandum to All Flight Crewmembers from Ed Cook – Re: Base Month Changes – dated: 12/23/96 – Plaintiff's Bates No. 030 – 031 |
| 143 | | | | | Letter to Ed Cook from Patrick S. Major – Re: Meeting to Provide Direction and Guidance – dated: 2/15/92 – Plaintiff's Bates No. 032 – 033 |
| 144 | | | | | Letter to Patrick Major from Ed Cook – Re: Annual Proficiency Check Evaluation – dated: 3/2/92 – Plaintiff's Bates No. 034 |
| 145 | | | | | Letter to Ed Cook from Patrick S. Major – Re: Handling and Notification of Dangerous Foods – dated: 11/11/92 – Plaintiff's Bates No. 037 – 041 |
| 146 | | | | | Letter to Ed Cook from Patrick S. Major – Re: Invitation to Upgrade to First Office on Falcon – dated: 8/30/93 – Plaintiff's Bates No. 049 – 050 |
| 147 | | | | | Memorandum to All Flight Crewmembers from Ed Cook – Re: Bid Lock – dated 10/6/93 – Plaintiff's Bates No. 060 |
| 148 | | | | | Letter to Irv Shumacher from Patrick Scott Major – Re: Consideration of Proposal to Implement Human Resources Management Function at Amerijet – dated: 2/11/94 – Plaintiff's Bates No. 087 |
| 149 | | | | | Letter to Ed Cook from Patrick Scott Major – Re: Flight Crew Schedule – dated: 3/18/94 – Plaintiff's Bates No. 088 – 089 |
| 150 | | | | | Letter to Peter Steele from Patrick Scott Major – Re: Selection of Upgrading Two Junior Pilots With Falcon – dated: 9/22/94 – Plaintiff's Bates No. 090 |
| 151 | | | | | Letter to Peter Steele from Patrick Scott Major – Re: Frustration with Amerijet's Employment and Upgrade Policies – dated: 9/29/94 – Plaintiff's Bates No. 091 - 093 |
| 152 | | | | | Letter to Pete Steele from Patrick Scott Major – Re: Never Afforded Opportunity to Upgrade to First Officer On Boeing 727 – dated: 10/19/94 – Plaintiff's Bates No. 094 – 095 |
| 153 | | | | | Letter to David Bassett from Patrick Scott Major – Re: Anonymous Letter Writers – dated: 12/18/96 – Plaintiff's Bates No. 106 – 109 |
| 154 | | | | | Memorandum to Patrick Major from Wayne Penny – Re: Voluntary Exit Incentive Agreement Proposal – dated: 2/20/97 – Plaintiff's Bates No. 112 – 116 |
| 155 | | | | | Memorandum to Patrick Major from Ed Cook – Re: Upgrade Bid – dated: 4/30/98 – Plaintiff's Bates No. 136 – 137 |
| 156 | | | | | Letter to Dave from Pat Major – Re: Prospect of Union – dated: 6/18/98 – Plaintiff's Bates No. 139 – 143 |
| 157 | | | | | Memo to All Crewmembers from Ed Cook – Re: Promotion Bid Awards – dated: 8/5/98 – Plaintiff's Bates No. 144 |

92093_1

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO. 00-6070 -CIV-FERGUSON |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Plf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 158 | | | | Letter to David Bassett from Patrick Major – Re: Issue Awaiting Resolution – dated: 2/21/99 – Plaintiff's Bates No. 159 – 161 |
| | 159 | | | | Amerijet International, Crewmember Seniority List – Re: Patrick Major – dated: 4/7/99 – Plaintiff's Bates No. 164 – 165 |
| | 160 | | | | Amerijet International, Crewmember Seniority List – Re: Patrick Major – dated: 4/28/99 – Plaintiff's Bates No. 167 – 168 |
| | 161 | | | | Fax to Rhonda Phillips from Patrick Major – Re: Freedom Information Act Request – dated: 6/14/99 – Plaintiff's Bates No. 186 |
| | 162 | | | | Amerijet International , Flight Officer Or Flight Engineer Proficiency  Report – Re: Patrick Major – dated: 1/15/98 - Plaintiff's Bates No. 194 |
| | 163 | | | | Amerijet International, Aircraft Operating Manual – Re: Overweight Landing vs. Fuel Dump – dated: 7/11/90 – Plaintiff's Bates No. 198 –202 |
| | 164 | | | | EEOC Charge of Discrimination – Re: Patrick S. Major – dated: 3/25/97 – Plaintiff's Bates No. 206 |
| | 165 | | | | Letter to Patrick Major from Rhonda A. Phillips – Re: FOIA Request (Air Traffic Control Communication Audiotapes) – dated: 8/11/99 – Plaintiff's Bates No. 210 |
| | 166 | | | | Fax to Rhonda Phillips from Patrick Major – Re: FOIA Request – dated: 8/30/99 – Plaintiff's Bates No. 211 |
| | 167 | | | | Letter to Patrick S. Major from John C. Roseborough  – Re: FAA Letter of Investigation – dated: 11/10/99 – Plaintiff's Bates No. 212 – 213 |
| | 168 | | | | Letter to John C. Roseborough from Patrick Major – Re: Receipt of Letter of Investigation – dated: 12/6/99 – Plaintiff's Bates No. 214 – 219 |
| | 169 | | | | Letter to Patrick S. Major from John C. Roseborough – Re: FAA Investigation – dated: 12/21/99 – Plaintiff's Bates No. 220 |
| | 170 | | | | Typewritten Notes – Re: Patrick Major – dated: 2/11/97 – 2/17/97 – Plaintiff's Bates No. 249 – 250 |
| | 171 | | | | Typewritten Notes – Re: Patrick Major – Undated – Plaintiff's Bates No. 258 – 261 |
| | 172 | | | | Typewritten Notes – Re: Patrick Major  - dated: 12/16/98 – Plaintiff's Bates No. 267 – 273 |
| | 173 | | | | 1996 U.S. Individual Income Tax Return – Re: Patrick S. Major – Plaintiff's Bates No. 274 – 295 |
| | 174 | | | | 1997 U.S. Individual Income Tax Return – Re: Amey C. Major – Plaintiff's Bates No. 296 – 326 |
| | 175 | | | | Broward County Circuit Court, Case Summary – Re: Timothy Green v. Butch Gretchen – dated: 1997 – Plaintiff's Bates No. 383 - 384 |

92093_1

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO. 00-6070 -CIV-FERGUSON |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 176 | | | | Audiotape Recording – Re:  Patrick Major's  Termination from Employment – dated: 8/31/99 |
| | 177 | | | | Transcript of Audiotape Recording –Re:  Patrick Major's Termination |
| | 178 | | | | Air Traffic Control Audiotape Recording of Flight # 823 - Re: Miami International Airport |
| | 179 | | | | General Operations Manual – Re:  Table of Contents – Bates No. 003553 – 003560. |
| | 180 | | | | Training Records – Re:  Patrick Major – Bates No. 003561-003642. |
| | 181 | | | | Letter to Captain Brian Steele from John Roseborough – Re:  Investigation – dated: 11/10/99 – Bates No. 003500 |
| | 182 | | | | Letter to John Roseborough from Captain Brian Steele – Re:  Investigation –dated: 11/20/99 – Bates No. 003501 – 003502. |
| | 183 | | | | Letter to John Roseborough from Brett Wise – Re: Investigation – dated: 11/18/99 – Bates No. 003503. |
| | 184 | | | | Letter to John Roseborough from Al Jorsey Sr. – Re:  Investigation – dated: 11/15/99 – Bates No. 003504 – 003505. |
| | 185 | | | | Runway Analysis Description – Re:  Amerijet International  B 727-200, JT8D-15- Plaintiff's Exhibit 12 of Depositions of Derry Huff, John Washington & Brian Steele. |
| | 186 | | | | Amerijet International, General Operations Manual – Re:  Excerpts – Plaintiff's Exhibit 13 of Depositions of Derry Huff, John Washington, & Brian Steele. |
| | 187 | | | | Amerijet International, General Operations Manual – Re:  Excerpts – Plaintiff's Exhibit 18 of Depositions of Derry Huff, John Washington, & Brian Steele. |
| | 188 | | | | Letter to Captain Pete Steele from John Roseborough – Re: Check Airman/Check Engineer Approval of Al Jorsey, Sr. – dated 2/14/00 – Bates No. 003543. |
| | 189 | | | | Letter to Al Jorsey, Sr., from John Roseborough – Re: No Violation – dated 12/21/99 – Bates No. 003544. |
| | 190 | | | | Letter to Captain Pete Steele from John Roseborough – Re: Return of Check Airman of Al Jorsey, Sr.,  - dated: 12/15/99 – Bates No. 003545. |
| | 191 | | | | Letter to John Roseborough from Pete Steele – Re: Investigation – dated: 11/22/99 – Bates No. 003546. |
| | 192 | | | | Letter to Captain Pete Steele from John Roseborough – Re: Receipt of Complaint – dated: 10/18/99 – Bates No. 003552. |

92093_1

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO<br>00-6070 -CIV-FERGUSON |
| --- | --- |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | 193 | | | | Air Traffic Control Audiotape Recording and Transcript of Flight # 827 – Re: Fort Lauderdale Airport – dated: 8/17/99 |
| | 194 | | | | Videotape and Transcript Deposition of Plaintiff. |
| | 195 | | | | Any and All Depositions taken by Defendant or, Plaintiff and exhibits attached thereto. |
| | 196 | | | | Any and All documents, demonstrative aids, pictures, reports, or other evidence relied upon, referred to, or, introduced as an exhibit at any deposition taken by Defendants or, Plaintiffs. |
| | 197 | | | | Mitch Yellen's Resume and C.V. |
| | 198 | | | | Any and All documents, reports, charts, graphs, or demonstrative aids relied upon by Mitch Yellen in formulating his opinions. |
| | 199 | | | | Paul Repp's Resume and C.V . |
| | 200 | | | | Any and All documents, reports, charts, graphs, or demonstrative aids relied upon by Paul Repp in formulating his opinions. |
| | 201 | | | | Any and All Answers/Responses by Plaintiff to Defendant's Interrogatories. |
| | 202 | | | | Any and All documents relied upon by Plaintiff in Answering/Responding to All of Defendant's Interrogatories. |
| | 203 | | | | All exhibits submitted by Plaintiff which were not objected to by Defendant. |
| | 204 | | | | All impeachment documents. |
| | 205 | | | | All rebuttal documents. |
| | 206 | | | | Demonstrative Aids and Exhibits. |
| | 207 | | | R, UP | Declarations page of Employment Practices Liability Insurance Bate No. 003643 |
| | 208 | | | R, UP | Lawrence Harris vs. Patrick Major Circuit Court of the Seventeenth Judicial Circuit Case No. 99017858 |
| | 209 | | | R, UP | Final Judgment Dissolving Marriage In Re: The Marriage of Beth B. Major (Petitioner) and Patrick S. Major (Respondent) Circuit Court of the Seventeenth Judicial Circuit Case No. 99170564290 |

92093v1

92093_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,              :        CASE NO.  00-6070-Zloch/Snow
                                                   L.T. Case No.  99-021746-11
          Plaintiff,                     :

vs.                                      :

AMERIJET INTERNATIONAL, INC.,    :

          Defendant.                     :
_____/

## PLAINTIFF'S NOTICE OF FILING WITNESS LIST

Plaintiff, Patrick Scott Major, by and through undersigned counsel, discloses the following witnesses Plaintiff intends to call at trial in this action.

1.    James D. Gilbert, CPA, ABV        (EXPERT)
      J. D. Gilbert & Company
      600 West Hillsboro Boulevard, Suite 510
      Deerfield Beach, FL  33441

2.    Jose Pagan                        (EXPERT)
      1501 SE 15th Street
      Ft. Lauderdale, Florida 33316

3.    Plaintiff

4.    Records Custodian
      Amerijet International, Inc.
      498 SW 34th Street
      Ft. Lauderdale, Florida  33315

EXHIBIT
C

5.  Dave Bassett
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

6.  Ed Cook
    771 Southwest 148th Avenue
    Apartment 1306
    Davie, FL  33324

7.  Tracy Dickenson
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

8.  Derry Huff
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315
    Ft. Lauderdale, Florida  33315

9.  Luis Michaels
    10610 Southwest 146th Court
    Miami, FL  33186

10. Juan Morales
    Amerijet International, Inc.
    498 SW 34th Street
    Ft. Lauderdale, Florida  33315

11. Mr. John C. Roseborough
    Principal Operations Inspector
    FAA Flight Standards District Office 17
    Fort Lauderdale Jet Center
    1050 Lee Wagener Blvd., Suite 201
    Fort Lauderdale, FL  33315

12. Barney Sonnen
    FAA Flight Standards District Office
    Ft. Lauderdale Jet Center
    1050 Lee Wagner Boulevard
    Suite 201
    Ft. Lauderdale, FL  33315

13.    Brian Steele
       Amerijet International, Inc.
       498 SW 34th Street
       Ft. Lauderdale, Florida  33315

14.    Pete Steele
       Amerijet International, Inc.
       498 SW 34th Street
       Ft. Lauderdale, Florida  33315

15.    John Washington
       Amerijet International, Inc.
       498 SW 34th Street
       Ft. Lauderdale, Florida  33315

16.    Charles R. Williams
       15205 SW 78th Place
       Miami, FL  33157

17.    Impeachment and rebuttal witnesses as necessary.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail

to: **Susan Potter Norton, Esquire** and **Dionne Wilson-Blake, Esquire**, Attorney for Defendant,

Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 31st day of

July, 2003.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida  33394
Telephone:    954-527-2800
Facsimile:     954-524-9481

By: _____
       VALERIE SHEA
       Florida Bar No.  436800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR,                         CASE NO.: 00-6070-CIV-FERGUSON
                                             Magistrate Judge Snow
       Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

       Defendants.
_____/

## DEFENDANT'S WITNESS AND EXPERT WITNESS LIST

COMES NOW Defendant, AMERIJET INTERNATIONAL INC., (hereinafter

"Defendant"), by and through its undersigned counsel, hereby submits the following as its

Witness List:

1.  David Bassett, 2800 Andrews Avenue, Ft. Lauderdale, Florida 33316.

2.  Derry Huff, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

3.  William Cline, 23 Royal Drive, Kansas City, Kansas 66111.

4.  Tracey Dickinson, 3381 Biscayne Drive, Merritt Island, Florida 32952.

5.  Al Jorsey, Sr. 6304 Zekan Lane, Springfield, Virginia, 22150.

6.  Brian Steele, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

7.  Ed Cook, AeroService Aviation Center, Inc., 3814 Curtiss Parkway, Virginia
    Gardens, Florida 33166.

8.  Juan Morales, 1420 South Ocean Boulevard, Apt. 6-S, Pompano Beach, Florida
    33062.

9.  Tim Green, 7809 Seward Road, Fairfield, Ohio 45011.

10. Luis Michaels, 10610 S.W. 146th Court, Miami, Florida 33186.

92092_1                              1

EXHIBIT

D

11. Pete Steele, 15625 Sunward Street, Wellington Florida, 33414.

12. John Roseborough, FAA Flight Standards District Office, Ft. Lauderdale Jet Center, 1050 Lee Wagener Blvd., Suite 201, Ft. Lauderdale, Florida, 33315.

13. Barney Sonnen, FAA Flight Standards District Office, Ft. Lauderdale Jet Center, 1050 Lee Wagener Blvd., Suite 201, Ft. Lauderdale, Florida, 33315.

14. John Washington, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

15. Bret Wise, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

16. Ray Limas, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

17. Larry Clifford, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316

18. Tom Bell, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

19. Carl Morganstein, AmeriJet Consortium 616 S.W. 34th Street, Ft. Lauderdale, Florida, 33315.

20. Paul Repp, (EXPERT) 1870 Baynham Drive, Atlanta Georgia, 30338.

21. Mitchell Yelen, (EXPERT) 3225 Aviation Avenue, Suite 500, Miami, Florida, 33133.

22. Vitto Laforggia, AeroService Aviation Center, Inc., 3814 Curtiss Parkway, Virginia Gardens, Florida 33166.

23. Mary Sharpe, Pan Am International Flight Academy, 5000 NW 36 Street, Miami, Florida, 33122.

24. Nidiam Conesa, Pan Am International Flight Academy, 5000 NW 36 Street, Miami, Florida, 33122.

25. Patrick Major, (PLAINTIFF).

Respectfully submitted,

Susan Potter Norton
Florida Bar No. 0201847
Dionne Wilson Blake
Florida Bar No. 0100269

ALLEN, NORTON & BLUE, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via

U.S. mail, postage prepaid, on this 29th day of July, 2003, upon:

Valerie Shea, Esq.
HEINRICH GORDON HARGROVE
  WEIHE & JAMES
500 East Broward Boulevard, Suite 1000
Ft. Lauderdale, Florida 33394

_____
Attorney