UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6070-Zloch
Magistrate Judge Lurana S. Snow

PATRICK SCOTT MAJOR,

    Plaintiff,

vs.

AMERIJET INTERNATIONAL, INC.,

    Defendant.

_____/

**PLAINTIFF'S
RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO
UPDATE PLAINTIFF'S DEPOSITION**

Plaintiff, Patrick Scott Major, objects to a continued deposition. Information relevant to plaintiff's employment and earnings history is detailed in the report of plaintiff's accounting expert, which has been served. Plaintiff is also supplementing his earlier discovery responses to provide updated information concerning employment and earnings. This is the only relevant material for update. A deposition is unnecessary and is not the best means of obtaining the specific information requested. It would require Major to lose a day of work. The Court's order is explicit that discovery is closed. For these reasons, plaintiff, Patrick Scott Major, respectfully requests that this Court deny defendant's motion for leave to take an updated deposition.

CASE NO. 00-6070-Zloch

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to **Susan Potter Norton, Esquire** at the address more fully set forth on the service list attached, this ~~31st day of July~~ August 4, 2003.

                                              HEINRICH GORDON HARGROVE
                                              WEIHE & JAMES, P.A.
                                              Attorneys for Plaintiff
                                              500 East Broward Boulevard, Suite 1000
                                              Fort Lauderdale, Florida 33394
                                              Telephone:   954-527-2800
                                              Facsimile:    954-524-9481

                                  By: _____
                                            VALERIE SHEA
                                            Florida Bar No. 436800
                                            VShea@heinrichgordon.com
                                            MARK R. BOYD
                                            Florida Bar No. 217492
                                            MBoyd@heinrichgordon.com

CASE NO. 00-6070-Zloch

## SERVICE LIST

**Susan Potter Norton, Esquire**
Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, FL  33134
      Telephone:   (305) 445-7801
      Facsimile:   (305) 442-1578
Counsel for Defendant