UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| PATRICK SCOTT MAJOR, | : | CASE NO. 00-6070-Zloch |
| | | Magistrate Judge Lurana S. Snow |
| Plaintiff, | : | L.T. Case No. 99-021746-11 |
| vs. | : | |
| AMERIJET INTERNATIONAL, INC., | : | |
| Defendant. | : | |
| _____/ | | |

## DESIGNATION OF DEPOSITION OF TRACEY DICKENSON

The plaintiff, Patrick Scott Major, through his counsel, files this Designation of Deposition, designating portions of Tracey Dickenson's transcript to be used at trial, pursuant to Federal Rule of Civil Procedure 32, and hereby designates the following portions of Tracey Dickenson's deposition transcript, which was taken on February 13, 2001, to be used at trial:

1. Pg. 3, Line 23 through Pg. 4, Line 6
2. Pg. 7, Line 8 through Page 8, Line 4
3. Pg. 8, Line 16 through Line 23
4. Page 10, Line 14 through Line 16
5. Pg. 11, Line 12 through Line 18
6. Pg. 16, Line 24 through Pg. 19, Line 7
7. Pg. 20, Line 14 through Line 21
8. Pg. 22, Line 19 through Pg. 23, Line 17
9. Pg. 25, Line 8 through Pg. 26, Line 16
10. Pg. 28, Line 6 through Pg. 32, Line 19
11. Pg. 38, Line 6 through Line 15

CASE NO. 00-6070-Zloch

12. Pg. 40, Line 8 through Pg. 41, Line 1

13. Pg. 42, Line 1 through Pg. 43, Line 3

14. Pg. 43, Line 24 through Pg. 47, Line 16

15. Pg. 64, Line 1 through Pg. 67, Line 6

16. Pg. 68, Line 8 through Pg. 74, Line 10

17. Pg. 78, Line 4 through Line 13

18. Pg. 85, Line 1 through Pg. 87, Line 24

19. Pg. 113, Line 8 through Line 24

20. Pg. 115, Line 14 through Line 21

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to **Susan Potter Norton, Esquire** at the address more fully set forth on the service list attached, this 4th day of August, 2003.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Telephone:   954-527-2800
Facsimile:   954-524-9481

By: _____
VALERIE SHEA
Florida Bar No. 436800
VShea@heinrichgordon.com
MARK R. BOYD
Florida Bar No. 217492
MBoyd@heinrichgordon.com

CASE NO. 00-6070-Zloch

## SERVICE LIST

**Susan Potter Norton, Esquire** and
Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
    Telephone:   (305) 445-7801
    Facsimile:   (305) 442-1578
Counsel for Defendant

G:\LAW\81975\002\Pleadings\Dsgntn of Roseborough depo.doc