UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6070-CIV-ZLOCH

FILED by _____ D.C.

AUG 8 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

PATRICK SCOTT MAJOR,

    Plaintiff,

vs.                              **OMNIBUS ORDER**

AMERIJET INTERNATIONAL, INC.,

    Defendant.

_____/

    THIS MATTER is before the Court upon Defendant, Amerijet International, Inc.'s Motion For Leave To Update Plaintiff's Deposition (DE 195), Defendant, Amerijet International, Inc.'s Motion For Leave To Update Its Witness And Exhibit Lists bearing the file stamp of the Clerk of the Court dated August 8, 2003 and Defendant, Amerijet International, Inc.'s Motion For Leave To Depose Plaintiff's Experts bearing the file stamp of the Clerk of the Court dated August 8, 2003. The Court has carefully reviewed said Motions, the entire court file and is otherwise fully advised in the premises.

    The Court notes that the above-styled cause was commenced on January 14, 2000. At the time the above-styled cause was transferred to the undersigned (DE 188), Defendant, Amerijet International, Inc.'s Motion For Summary Judgment (DE 109) seeking dismissal of Plaintiff's entire Amended Complaint (DE 25) was ripe. That Motion for Summary Judgment was filed on or about March 12, 2001 and the deposition of the Plaintiff, upon which Defendant relied, occurred in February, 2001. By prior Order (DE 193), the



Court granted in part and denied in part Defendant, Amerijet International, Inc.'s Motion For Summary Judgment (DE 109). The Court also notes that, by prior Order (DE 190), the Court set Pre-Trial Conference in the above-styled cause for August 15, 2003, ordered the parties to exchange the resume and reports of experts fifteen days prior to Pretrial Conference and closed discovery.

In the instant Motion to Update Deposition (DE 195), Defendant seeks authorization to update its February 2001 deposition of the Plaintiff for the limited purpose of "discuss[ing] any post-deposition changes or information which may materially affect the issues of this case." In its Motion to Depose Plaintiff's Experts, Defendant seeks the opportunity to depose Plaintiff's experts based on their the reports recently provided to Defendant. Finally, in the Motion to Update Witness and Exhibit List, Defendant seeks to update its previously filed witness and exhibit lists to babsed on Plaintiff and Plaintiff's experts depositions, if allowed, and the recently provided expert reports.

The Court notes that it is the basic purpose of the Federal Rule of Civil Procedure 26 that the parties to a civil action obtain, prior to trial, the disclosure of all relevant information in the possession of any person. See 8 Charles Alan Wright, et al., Federal Practice and Procedure § 2001 (2d ed. 1994). Moreover, Rule 26(b)(4)(A) expressly provides that depositions of experts "shall not be conducted until after the [expert's] report is provided."

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant, Amerijet International, Inc.'s Motion For Leave To Update Plaintiff's Deposition (DE 195) be and the same is hereby **GRANTED** in so much as such deposition shall be limited to a discussion of post-deposition changes or information known to Plaintiff which may materially affect the issues of this case;

2. Defendant, Amerijet International, Inc.'s Motion For Leave To Update Its Witness And Exhibit Lists, bearing the file stamp of the Clerk of the Court dated August 8, 2003 be and the same is hereby **GRANTED**;

3. Defendant, Amerijet International, Inc.'s Motion For Leave To Depose Plaintiff's Experts bearing the file stamp of the Clerk of the Court dated August 8, 2003 be and the same is hereby **GRANTED**; and

4. The above-styled cause is hereby reset for Pre-Trial Conference on <u>Friday, September 12, 2003 at 9:30 a.m.</u>, at the United States Courthouse, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____8th____ day of August, 2003.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
Valerie Shea, Esq.
Susan Potter Norton, Esq.