UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-~~FERGUSON~~/SNOW (WJZ)

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendant.
_____/

**NIGHT BOX FILED**
AUG 11 2003
CLARENCE MA__ x
CLERK, USDC/SD__

## DEFENDANT AMERIJET'S DESIGNATION OF DEPOSITION TESTIMONY OF JOHN C. ROSEBOROUGH

Defendant, Amerijet International, Inc. ("Amerijet") by and through undersigned counsel files this Designation of Deposition, designation of portions of John C. Roseborough's transcript to be used at trial, pursuant to Federal Rule of Civil Procedure 32 and hereby designates the following portions of John C. Roseborough's deposition transcript which was taken on February 13, 2001, to be used at trial:

1.  Pg. 3, Line 25 through Pg. 4, Line 12
2.  Pg. 9, Line 22 through Pg. 10, Line 14
3.  Pg. 25, Lines 8 through 13
4.  Pg. 26, Line 8 through Pg. 33, Line 24
5.  Pg. 50, Lines 4 through 23
6.  Pg. 57, Lines 2 through 17
7.  Pg. 73, Line 5 through Pg. 75, Line 8
8.  Pg. 76, Line 21 through Pg. 77, Line 11
9.  Pg. 78, Line 22 through Pg. 79, Line 18
10. Pg. 80, Line 19 through Pg. 81, Line 19
11. Pg. 83, Lines 5 through 24

92257_1

1



12. Pg. 87, Lines 3 through 24
13. Pg. 91, Lines 4 through 11
14. Pg. 91, Line 23 through Pg. 92, Line 7
15. Pg. 92, Line 20 through Pg. 94, Line 14
16. Pg. 96, Lines 7 through 16

Defendant objects to Plaintiff's designation of Page 43, Line 1 through Page 44, Line 8 of this deposition.

Respectfully submitted,

*[signature]*

Susan Potter Norton
Florida Bar No. 0201847
Dionne Wilson Blake
Florida Bar No. 0100269
ALLEN, NORTON & BLUE, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578
snorton@anblaw.com
dwilson@anblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail, on this ___ day of August, 2003 upon:

Valerie Shea, Esq.
HEINRICH GORDON HARGROVE
  WEIHE & JAMES
500 East Broward Boulevard, Suite 1000
Ft. Lauderdale, Florida 33394

*[signature]*
Attorney

92257_1

2