UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLOIRDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-ZLOCH
Magistrate Judge Snow

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendant.
_____/



### DEFENDANT AMERIJET'S DESIGNATION OF DEPOSITION OF JOHN WASHINGTON

Defendant, Amerijet International, Inc. ("Amerijet") by and through undersigned counsel files this Designation of Deposition, designation of portions of John Washington's transcript to be used at trial, pursuant to Federal Rule of Civil Procedure 32 and hereby designates the following portions of John Washington's deposition transcript which was taken on January 8, 2001, to be used at trial:

1.     Pg. 3, Line 19 through Pg. 4, Line 12
2.     Pg. 4, Line 20 through Pg. 8, Line 11
3.     Pg. 9, Line 23 through Pg. 11, Line 22
4.     Pg. 12, Line 3 through Pg. 15, Line 24
5.     Pg. 17, Line 3 through 9
6.     Pg. 18, Line 11 through 18

92337_1.DOC

1

7.   Pg. 19, Line 14 through Pg. 21, Line 13

8.   Pg. 35, Line 21 through Pg. 46, Line 2

9.   Pg. 46, Line 22 through Pg. 47, Line 24

10.  Pg. 49, Line 18 through Pg. 50, Line 5

11.  Pg. 50, Line 22 through Pg. 51, Line 22

Respectfully submitted,

*[signature]*

Susan Potter Norton
Florida Bar No. 0201847
Email snorton@anblaw.com
Dionne Wilson Blake
Florida Bar No. 0100269
Email dwilson@anblaw.com

Allen, Norton & Blue, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, Florida 33134
Tel:   305-445-7801
Fax:  305-442-1578
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, on this 15th day of August, 2003 upon:

Valerie Shea, Esq.
Heinrich, Gordon, Hargrove,
   Weihe & James, P.A.
Counsel for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394

_____
Attorney