UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-ZLOCH / Snow

PATRICK SCOTT MAJOR,

     Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

     Defendant.

_____/



## DEFENDANT'S EMERGENCY MOTION FOR LEAVE TO UPDATE PLAINTIFF'S EMPLOYMENT RECORDS

COMES NOW, the Defendant, AMERIJET INTERNATIONAL, INC., by and through the undersigned counsel and pursuant to Rule 7.1 of this Court's Local General Rules, and Rules 26 and 30 of the Federal Rules of Civil Procedure, hereby files this Emergency Motion for Leave to Update Plaintiff's Employment Records.

1.     The Pretrial Conference in this matter is scheduled for September 12, 2003, with the trial in this action to start anytime thereafter.

2.     Plaintiff was deposed in February 2001. His deposition has not been updated since his 2001 deposition.

3.     Plaintiff's deposition is currently scheduled for September 4, 2003.

4.     This Court in its Omnibus Order dated August 8, 2003 granted Defendant leave to update the Plaintiff's deposition as to post deposition changes or information known to Plaintiff which may materially affect the issues of this case.

ALLEN, NORTON & BLUE, P.A.
PROFESSIONAL ASSOCIATION

5.     Since his discharge from employment with Defendant, Plaintiff has been employed with or worked with a number of employers:  Pan Am International Flight Academy; Miami Air; Air Florida Express; Sunset Entertainment; Custom Air Transport; Horizons Aviation, Inc., Aviation Affinity Airshares, Inc.

6.     In order to properly prepare for Plaintiff's deposition, Defendant seeks records and documents from Plaintiff's subsequent employers regarding any information which may materially affect the issues of this case including: Plaintiff's job searches, efforts and attainment of employment and/or income producing endeavors; and Plaintiff's subsequent obtainment of knowledge of allegations, claims, documents, and witnesses relevant to the Plaintiff and Defendant in this action.

7.     Defendant has sought to have Plaintiff voluntarily agree to provide this information, but Plaintiff's  counsel has not responded to Defendant's request.

8.     In order that Defendant is fully prepared for the deposition of Plaintiff and has all the information required to update his claim since his most recent deposition, Defendant seeks leave of this Court to serve the attached subpoenas for Plaintiff's employment records and related information upon his subsequent employers.

WHEREFORE, Defendant, AMERIJET INTERNATIONAL, INC. respectfully requests this Court to grant its Emergency Motion for Leave to Update Plaintiff's Employment Records and permit Defendant to serve the attached subpoenas for Plaintiff's employment records.

## MEMORANDUM OF LAW

Defendant seeks to subpoena Plaintiff's employment records to update the information provided in his deposition over two (2) years ago.

Federal Rules of Civil Procedure Rule 26(e) provides:

> A party who has . . .responded to a request for discovery with a disclosure or response is under a duty to supplement or correct the disclosure or response to include information thereafter acquired if ordered by the court . . . .

Defendant has been granted leave of court to update the Plaintiff's deposition and requires the employment records from his subsequent employers to do so. Based on the foregoing, Defendant respectfully seeks leave of court to subpoena Plaintiff's records from his subsequent employers.

Respectfully submitted,

Susan Potter Norton
Florida Bar No. 0201847
Email snorton@anblaw.com
Dionne Wilson Blake
Florida Bar No. 010069
Email dwilson@anblaw.com

Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, Florida 33134
Tel: (305) 445-7801
Fax: (305) 442-1578

92390_1.DOC

**3**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail, on this 20th day of August, 2003, upon:

Valerie Shea, Esq.
Heinrich, Gordon, Hargrove,
    Weihe & James, P.A.
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394

_____
                Attorney

**Attachment A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-ZLOCH/Snow

PATRICK SCOTT MAJOR,

     Plaintiff,

v.

AMERJET INTERNATIONAL, INC.,

     Defendant.

_____/

## RULE 45 NOTICE OF SERVICE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS

**PLEASE TAKE NOTICE** that pursuant to Rule 34(c) and Rule 45(b)(1) of the

Federal Rules of Civil Procedure, the undersigned attorney will subpoena the documents

set forth in the attached subpoenas by service of same upon:

     Records Custodian
     Pan Am International Flight Academy, Inc.
     5000 Northwest 36th Avenue
     Miami, Florida 33142

     Records Custodian
     Miami Air International, Inc.
     5000 Northwest 36th Street
     Miami Springs, Florida 33266-0880

     Records Custodian
     Air Florida Express
     610 Southwest 34th Street, Suite 107
     Fort Lauderdale, Florida 33315

ALLEN, NORTON & BLUE, P.A.
PROFESSIONAL ASSOCIATION

Ms. Anna Lee
A Sunset Entertainment, Inc.
3563 Cypress Terrace
Pinellas Park, Florida 33781

Records Custodian
Custom Air Transport
4160 Ravenswood Road
Fort Lauderdale, Florida 33312

Records Custodian
Horizons Aviation, Inc.
6355 Northwest 36th Street, Suite 604
Miami, Florida 33166

Records Custodian
Affinity Airshares, Inc.
A Horizons Aviation Company
6355 Northwest 36th Street, Suite 604
Miami, Florida 33166

Respectfully submitted,

_____

Susan Potter Norton
Florida Bar No.: 201847
Email snorton@anblaw.com
Dionne Wilson Blake
Florida Bar No.: 0100269
Email dwilson@anblaw.com

Allen, Norton & Blue, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, Florida 33134
Tel:   (305) 445-7801
Fax:  (305) 442-1578

92411_1.DOC

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via

facsimile and U.S. Mail, postage prepaid, on this _____ day of August, 2003 upon:

Valerie Shea, Esq.
Heinrich, Gordon, Hargrove,
   Weihe & James, P.A.
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394

_____
Attorney

92411_1.DOC

3

+ AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

_____ SOUTHERN _____    DISTRICT OF _____ FLORIDA _____

PATRICK SCOTT MAJOR,

     Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

     Defendant.

_____ /

## SUBPOENA DUCES TECUM
## IN A CIVIL CASE

CASE NUMBER: 00-6070-CIV-ZLOCH
MAGISTRATE JUDGE SNOW

TO:   Records Custodian
Pan Am International Flight Academy, Inc.
5000 N.W. 36th Avenue
Miami, Florida 33142
305.871.4499

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

**XX** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **See Attachment A.  Records may be produced in lieu of appearance.**

| PLACE | DATE AND TIME |
|---|---|
| **Allen, Norton & Blue, P.A., 121 Majorca Avenue, Coral Gables, Florida 33134** | **Monday, September 1, 2003 at 10:00 a.m.** |

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    Attorney for Defendant | DATE    August 20, 2003 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Susan Potter Norton, Esq., Allen, Norton & Blue, P.A. 121 Majorca Avenue,
Coral Gables FL 33134  Tel: 305- 445-7801

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

92394_1.DOC

Attachment A

To:    Records Custodian
       Pan Am International Flight Academy
       5000 N.W. 36th Avenue
       Miami, Florida 33142

You are to produce the following:

All documents and records in your possession, custody and/or control that concern, relate to, refer to the employment of **Patrick Scott Major**, **Social Security No. 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**, including, but not limited to, his employment records as maintained by you in the ordinary course of business. By use of the term "employment records," this request includes, without limitation, any and all documents created by and/or concerning or relating to Patrick Major. These documents includes but are not limited to Patrick Major's personnel records, payroll records, description of benefits, resume, evaluations, job applications, job interview notes, work performance, work experience, job training, job descriptions, work attendance (including evidence of employment start and end dates), including dates and reasons for layoffs and discharge, compensation and payroll records, and union and collective bargaining contracts and agreements.

Defendant agrees to pay the reasonable costs incurred in copying the above-referenced documents.

94_1.DOC

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

PATRICK SCOTT MAJOR,
  Plaintiff,

V.                                                    **SUBPOENA DUCES TECUM**

AMERIJET INTERNATIONAL, INC.,                         **IN A CIVIL CASE**

  Defendant.                                          CASE NUMBER: 00-6070-CIV-ZLOCH
                                                      MAGISTRATE JUDGE SNOW
_____/

TO:   Records Custodian
      Miami Air International, Inc.
      5000 N.W. 36th Street
      Miami Springs, Florida 33266-0880

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

**XX** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **See Attachment A.   Records may be produced in lieu of appearance.**

| PLACE | DATE AND TIME |
|---|---|
| **Allen, Norton & Blue, P.A., 121 Majorca Avenue, Coral Gables, Florida 33134** | **Monday, September 1, 2003 at 10:00 a.m.** |

☐    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   Attorney for Defendant | DATE August 20, 2003 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Susan Potter Norton, Esq., Allen, Norton & Blue, P.A. 121 Majorca Avenue,
Coral Gables FL 33134  Tel: 305- 445-7801

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

92393_1.DOC

Attachment A

To:    Records Custodian
       Miami Air International, Inc.
       5000 N.W. 36th Street
       Miami Springs, Florida 33266-0880

You are to produce the following:

All documents and records in your possession, custody and/or control that concern, relate to, refer to the employment of **Patrick Scott Major, Social Security No. 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**, including, but not limited to, his employment records as maintained by you in the ordinary course of business.  By use of the term "employment records," this request includes, without limitation, any and all documents created by and/or concerning or relating to Patrick Major.  These documents includes but are not limited to Patrick Major's personnel records, payroll records, description of benefits, resume, evaluations, job applications, job interview notes, work performance, work experience, job training, job descriptions, work attendance (including evidence of employment start and end dates), including dates and reasons for layoffs and discharge, compensation and payroll records, and union and collective bargaining contracts and agreements.

Defendant agrees to pay the reasonable costs incurred in copying the above-referenced documents.

92393_1.DOC

*AO 88 (Rev. 11/91) Subpoena in a Civ    se

# United States District Court

SOUTHERN_____ _____DISTRICT OF _____FLORIDA_____

PATRICK SCOTT MAJOR,
      Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

      Defendant.

_____/

## SUBPOENA DUCES TECUM
## IN A CIVIL CASE

CASE NUMBER: 00-6070-CIV-ZLOCH
MAGISTRATE JUDGE SNOW

TO:    Records Custodian
      Air Florida Express
      610 S.W. 34th Street, Suite 107
      Fort Lauderdale, Florida 33315
      305.888.1979

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

XX YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **See Attachment A. Records may be produced in lieu of appearance.**

| PLACE | DATE AND TIME |
|---|---|
| **Allen, Norton & Blue, P.A., 121 Majorca Avenue, Coral Gables, Florida 33134** | **Monday, September 1, 2003 at 10:00 a.m.** |

☐    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>           **Attorney for Defendant** | DATE<br>August 20, 2003 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Susan Potter Norton, Esq., Allen, Norton & Blue, P.A. 121 Majorca Avenue,
Coral Gables FL 33134  Tel: 305- 445-7801

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

92407_1.DOC

Attachment A

To:    Records Custodian
       Air Florida Express
       610 S.W. 34th Street, Suite 107
       Fort Lauderdale, Florida 33315

You are to produce the following:

    All documents and records in your possession, custody and/or control that concern, relate to, refer to the employment of **Patrick Scott Major**, **Social Security No. 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**, including, but not limited to, his employment records as maintained by you in the ordinary course of business. By use of the term "employment records," this request includes, without limitation, any and all documents created by and/or concerning or relating to Patrick Major. These documents includes but are not limited to Patrick Major's personnel records, payroll records, description of benefits, resume, evaluations, job applications, job interview notes, work performance, work experience, job training, job descriptions, work attendance (including evidence of employment start and end dates), including dates and reasons for layoffs and discharge, compensation and payroll records, and union and collective bargaining contracts and agreements.

    Defendant agrees to pay the reasonable costs incurred in copying the above-referenced documents.

92407_1.DOC

+ AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

PATRICK SCOTT MAJOR,
    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendant.

_____/

**SUBPOENA DUCES TECUM
IN A CIVIL CASE**

CASE NUMBER: 00-6070-CIV-ZLOCH
MAGISTRATE JUDGE SNOW

TO:    Attn: Ms. Anna Lee
A Sunset Entertainment, Inc.
3563 Cypress Terrace
Pinellas Park, Florida 33781
Fax: 727.527.8334

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

**XX** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **See Attachment A. Records may be produced in lieu of appearance.**

| PLACE | DATE AND TIME |
|---|---|
| **Allen, Norton & Blue, P.A., 121 Majorca Avenue, Coral Gables, Florida 33134** | **Monday, September 1, 2003 at 10:00 a.m.** |

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| **Attorney for Defendant** | August 20, 2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Susan Potter Norton, Esq., Allen, Norton & Blue, P.A. 121 Majorca Avenue,
Coral Gables FL 33134  Tel: 305- 445-7801

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

92402_1.DOC

Attachment A

To:    Attn:  Ms. Anna Lee
       A Sunset Entertainment, Inc.
       3563 Cypress Terrace
       Pinellas Park, Florida 33781
       Fax:  727.527.8334


You are to produce the following:

All documents and records in your possession, custody and/or control that concern, relate to, refer to the employment of **Patrick Scott Major, Social Security No. 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**, including, but not limited to, his employment records as maintained by you in the ordinary course of business.  By use of the term "employment records," this request includes, without limitation, any and all documents created by and/or concerning or relating to Patrick Major.  These documents includes but are not limited to Patrick Major's personnel records, payroll records, description of benefits, resume, evaluations, job applications, job interview notes, work performance, work experience, job training, job descriptions, work attendance (including evidence of employment start and end dates), including dates and reasons for layoffs and discharge, compensation and payroll records, and union and collective bargaining contracts and agreements.

Defendant agrees to pay the reasonable costs incurred in copying the above-referenced documents.

92402_1.DOC

+ AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

PATRICK SCOTT MAJOR,
      Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

      Defendant.

_____/

### SUBPOENA DUCES TECUM
### IN A CIVIL CASE

CASE NUMBER: 00-6070-CIV-ZLOCH
MAGISTRATE JUDGE SNOW

TO:   Records Custodian
      Custom Air Transport
      4160 Ravenswood Road
      Fort Lauderdale, Florida 33312

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

**XX** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **See Attachment A.  Records may be produced in lieu of appearance.**

| PLACE | DATE AND TIME |
|---|---|
| **Allen, Norton & Blue, P.A., 121 Majorca Avenue, Coral Gables, Florida 33134** | **Monday, September 1, 2003 at 10:00 a.m.** |

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>                    **Attorney for Defendant** | DATE<br>August 20, 2003 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Susan Potter Norton, Esq., Allen, Norton & Blue, P.A. 121 Majorca Avenue,
Coral Gables FL 33134  Tel: 305- 445-7801

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

Attachment A

To:    Records Custodian
       Custom Air Transport
       4160 Ravenswood Road
       Fort Lauderdale, Florida 33312


You are to produce the following:

All documents and records in your possession, custody and/or control that concern, relate to, refer to the employment of **Patrick Scott Major, Social Security No. 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**, including, but not limited to, his employment records as maintained by you in the ordinary course of business. By use of the term "employment records," this request includes, without limitation, any and all documents created by and/or concerning or relating to Patrick Major. These documents includes but are not limited to Patrick Major's personnel records, payroll records, description of benefits, resume, evaluations, job applications, job interview notes, work performance, work experience, job training, job descriptions, work attendance (including evidence of employment start and end dates), including dates and reasons for layoffs and discharge, compensation and payroll records, and union and collective bargaining contracts and agreements.

Defendant agrees to pay the reasonable costs incurred in copying the above-referenced documents.

92396_1.DOC

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

PATRICK SCOTT MAJOR,
    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendant.

_____/

## SUBPOENA DUCES TECUM IN A CIVIL CASE

CASE NUMBER: 00-6070-CIV-ZLOCH
MAGISTRATE JUDGE SNOW

TO:   Records Custodian
Horizons Aviation, Inc.
6355 N.W. 36th Street, Suite 604
Miami, Florida 33166
305.871.8700

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

**XX** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **See Attachment A. Records may be produced in lieu of appearance.**

| PLACE | DATE AND TIME |
|---|---|
| **Allen, Norton & Blue, P.A., 121 Majorca Avenue, Coral Gables, Florida 33134** | **Monday, September 1, 2003 at 10:00 a.m.** |

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>**Attorney for Defendant** | DATE<br>August 20, 2003 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Susan Potter Norton, Esq., Allen, Norton & Blue, P.A. 121 Majorca Avenue,
Coral Gables FL 33134  Tel: 305- 445-7801

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

92398_1.DOC

Attachment A

To:    Records Custodian
       Horizons Aviation, Inc.
       6355 N.W. 36th Street, Suite 604
       Miami, Florida 33166
       305.871.8700

You are to produce the following:

All documents and records in your possession, custody and/or control that concern, relate to, refer to the employment of **Patrick Scott Major**, **Social Security No. 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**, including, but not limited to, his employment records as maintained by you in the ordinary course of business. By use of the term "employment records," this request includes, without limitation, any and all documents created by and/or concerning or relating to Patrick Major. These documents includes but are not limited to Patrick Major's personnel records, payroll records, description of benefits, resume, evaluations, job applications, job interview notes, work performance, work experience, job training, job descriptions, work attendance (including evidence of employment start and end dates), including dates and reasons for layoffs and discharge, compensation and payroll records, and union and collective bargaining contracts and agreements.

Defendant agrees to pay the reasonable costs incurred in copying the above-referenced documents.

92398_1.DOC

+AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

PATRICK SCOTT MAJOR,

    Plaintiff,

V.

AMERIJET INTERNATIONAL, INC.,

    Defendant.

_____/

## SUBPOENA DUCES TECUM IN A CIVIL CASE

CASE NUMBER: 00-6070-CIV-ZLOCH
MAGISTRATE JUDGE SNOW

TO:    Records Custodian
       Affinity Airshares, Inc.
       A Horizons Aviation Company
       6355 N.W. 36th Street, Suite 604
       Miami, Florida 33166
       305.871.8700

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

**XX** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **See Attachment A.  Records may be produced in lieu of appearance.**

| PLACE | DATE AND TIME |
|---|---|
| **Allen, Norton & Blue, P.A., 121 Majorca Avenue, Coral Gables, Florida 33134** | **Monday, September 1, 2003 at 10:00 a.m.** |

☐    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| **Attorney for Defendant** | August 20, 2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Susan Potter Norton, Esq., Allen, Norton & Blue, P.A. 121 Majorca Avenue, Coral Gables FL 33134  Tel: 305- 445-7801

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

92400_1.DOC

Attachment A

To:    Records Custodian
       Affinity Airshares, Inc.
       A Horizons Aviation Company
       6355 N.W. 36th Street, Suite 604
       Miami, Florida 33166

You are to produce the following:

All documents and records in your possession, custody and/or control that concern, relate to, refer to the employment of **Patrick Scott Major, Social Security No. 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**, including, but not limited to, his employment records as maintained by you in the ordinary course of business. By use of the term "employment records," this request includes, without limitation, any and all documents created by and/or concerning or relating to Patrick Major. These documents includes but are not limited to Patrick Major's personnel records, payroll records, description of benefits, resume, evaluations, job applications, job interview notes, work performance, work experience, job training, job descriptions, work attendance (including evidence of employment start and end dates), including dates and reasons for layoffs and discharge, compensation and payroll records, and union and collective bargaining contracts and agreements.

Defendant agrees to pay the reasonable costs incurred in copying the above-referenced documents.

92400_1.DOC