UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6070-CIV-ZLOCH

PATRICK SCOTT MAJOR,

    Plaintiff,

vs.                                                **O R D E R**

AMERIJET INTERNATIONAL, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Defendant, Amerijet International, Inc.'s Emergency Motion For Leave To Update Plaintiff's Employment Records, bearing file stamp of the Clerk of Court dated August 20, 2003. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Defendant, Amerijet International, Inc.'s Emergency Motion For Leave To Update Plaintiff's Employment Records be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of August, 2003.

                                            WILLIAM J. ZLOCH
                                            Chief United States District Judge

Copies furnished:

Valerie Shea, Esq.
Susan Potter Norton, Esq.