FILED
ELECTRONIC

Sep 2 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR,              :        CASE NO. 00-6070-Zloch
                                            Magistrate Judge Lurana S. Snow
     Plaintiff,                   :
vs.                               :

AMERIJET INTERNATIONAL, INC.,     :

     Defendant.                   :
_____/

**PLAINTIFF'S RESPONSE IN OPPOSITION
TO DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S
PRODUCTION OF DOCUMENTS DUCES TECUM**

Plaintiff, Patrick Scott Major, files this response in opposition to defendant's motion to compel served August 26, 2003. Defendant's motion should be denied, as the notice of taking deposition duces tecum is a nullity. Patrick Major is a party and is therefore subject to Rule 34, Federal Rules of Civil Procedure. Defendant's thirty-one item duces tecum request seeks to circumvent this rule and to impose duties on Mr. Major, to which he is not subject. (Specifically, the statement that he is obliged to produce a notarized document if he does not have certain responsive records clearly applies to a non-party and not a party.) Counsel's attached correspondence of August 20, 2003, succinctly informs Amerijet of the basis for the objection (which as a matter of professional courtesy was made in advance of the deposition, rather than at the time of it). Further, it advises Amerijet that all responsive documents have been produced.

Indeed, Amerijet's motion overlooks the fact that Patrick Major has provided supplementary discovery responses and documentation as follows:

CASE NO. 00-6070-Zloch

- On August 11, 2003, Patrick Major supplemented his response to Amerijet's request to produce by producing all information that he could compile, as of that date, supporting his damages claim.

- On August 11, 2003, Patrick Major supplemented his interrogatory answers.

- On July 31, 2003, Patrick Major produced the report of his accountant expert, Jim Gilbert. Mr. Gilbert's deposition is set for September 9, 2003, and his file (which includes supplementary documentation as to damages) will be produced.

For all the foregoing reasons, Amerijet's motion to compel is improvident.

WHEREFORE, Patrick Major respectfully requests that the Court deny Amerijet's motion to compel.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to **Susan Potter Norton, Esquire** at the address more fully set forth on the service list attached, this 2nd day of September, 2003.

> HEINRICH GORDON HARGROVE
> WEIHE & JAMES, P.A.
> Attorneys for Plaintiff
> 500 East Broward Boulevard, Suite 1000
> Fort Lauderdale, Florida 33394
> Telephone:   954-527-2800
> Facsimile:   954-524-9481
>
> By:   s/Valerie Shea
>       VALERIE SHEA
>       Florida Bar No. 436800
>       VShea@heinrichgordon.com
>       MARK R. BOYD
>       Florida Bar No. 217492
>       MBoyd@heinrichgordon.com

CASE NO. 00-6070-Zloch

## SERVICE LIST

**Susan Potter Norton, Esquire** and
Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
    Telephone: (305) 445-7801
    Facsimile: (305) 442-1578
Counsel for Defendant