UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-ZLOCH / Snow

PATRICK SCOTT MAJOR,

     Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

     Defendant.

_____/

**NIGHT BOX
FILED**

SEP 1 1 2003

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## NOTICE OF FILING

Defendant, AMERIJET INTERNATIONAL, INC., by and through its undersigned

counsel, hereby gives Notice of Filing:

    1.     Defendant's [Updated] Witness and Expert Witness List;

    2.     Defendant's First Amended Exhibit List; (attached hereto).

               Respectfully Submitted,

Susan Potter Norton
Florida Bar No. 0201847
Email snorton@anblaw.com
Dionne Wilson Blake
Florida Bar No. 010069
Email dwilson@anblaw.com

92742_1.DOC

**ALLEN, NORTON & BLUE, P.A.**
PROFESSIONAL ASSOCIATION



Allen, Norton & Blue, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, Florida 33134
Tel:    (305) 445-7801
Fax:    (305) 442-1578

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by

U.S. mail, postage prepaid, on this 11th day of September, 2003, upon:

Valerie Shea, Esq.
Heinrich, Gordon, Hargrove,
   Weihe & James, P.A.
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394

_____
Attorney

ALLEN, NORTON & BLUE, P.A.
PROFESSIONAL ASSOCIATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR,                    CASE NO.: 00-6070-CIV-ZLOCH

     Plaintiff,                          Magistrate Judge Snow

v.

AMERIJET INTERNATIONAL, INC.,

     Defendants.

_____/

## DEFENDANT'S WITNESS AND EXPERT WITNESS LIST

COMES NOW Defendant, AMERIJET INTERNATIONAL INC., (hereinafter

"Defendant"), by and through its undersigned counsel, hereby submits the following as its

Witness List:

1.  David Bassett, 2800 Andrews Avenue, Ft. Lauderdale, Florida 33316.

2.  Derry Huff, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

3.  William Cline, 23 Royal Drive, Kansas City, Kansas 66111.

4.  Tracey Dickinson, 3381 Biscayne Drive, Merritt Island, Florida 32952.

5.  Al Jorsey, Sr. 6304 Zekan Lane, Springfield, Virginia, 22150.

6.  Brian Steele, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

7.  Ed Cook, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

8.  Isis DeCastro, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

9.  Juan Morales, 1420 South Ocean Boulevard, Apt. 6-S, Pompano Beach, Florida
    33062.

10. Tim Green, 7809 Seward Road, Fairfield, Ohio 45011.

11. Luis Michaels, 10610 S.W. 146th Court, Miami, Florida 33186.

12. Pete Steele, 15625 Sunward Street, Wellington Florida, 33414.

13. John Roseborough, FAA Flight Standards District Office, Ft. Lauderdale Jet Center, 1050 Lee Wagener Blvd., Suite 201, Ft. Lauderdale, Florida, 33315.

14. Barney Sonnen, FAA Flight Standards District Office, Ft. Lauderdale Jet Center, 1050 Lee Wagener Blvd., Suite 201, Ft. Lauderdale, Florida, 33315.

15. John Washington, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

16. Bret Wise, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

17. Ray Limas, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

18. Larry Clifford, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

19. Tom Bell, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

20. Carl Morganstein, AmeriJet Consortium 616 S.W. 34th Street, Ft. Lauderdale, Florida, 33315.

21. Paul Repp, (EXPERT) 1870 Baynham Drive, Atlanta Georgia, 30338.

22. Vitto Laforggia, AeroService Aviation Center, Inc., 3814 Curtiss Parkway, Virginia Gardens, Florida 33166.

23. Mary Sharpe, Pan Am International Flight Academy, 5000 NW 36 Street, Miami, Florida, 33122.

24. Nidiam Conesa, Pan Am International Flight Academy, 5000 NW 36 Street, Miami, Florida, 33122.

25. Bill Weaver, FAA Flight Standards District Office, Ft. Lauderdale Jet Center, 1050 Lee Wagener Blvd., Suite 201, Ft. Lauderdale, Florida, 33315.

26. Lloyd Mitchell, Air Florida Express, 610 SW 34th Street, Suite 107 Fort Lauderdale, Florida 33315.

27. Perez J. Khan, Air Florida Express, 610 SW 34th Street, Suite 107 Fort Lauderdale, Florida 33315.

28. Kurt Camadarie, Miami Air International, Inc., 5000 N.W. 36th Street, Miami Springs, Florida 33266-0880.

29. Jim McCleary, McCleary & McCleary, 7461 N.W. 4th Street, Plantation, Florida 33317.

30. Windsor Brown, Aero Leasing, 610 S.W. 34th Street, Fort Lauderdale, Florida 33315.

31. Anna Lee, A Sunset Entertainment, Inc., 3563 Cypress Terrace, Pinellas Park, Florida 33781.

32. Corporate Representative with most knowledge of employment terms and conditions and knowledge of terms of hiring, firing, discipline and evaluations of Patrick S. Major for, Air Florida Express, 610 SW 34th Street, Suite 107 Fort Lauderdale, Florida 33315.

33. Records Custodian Air Florida Express, 610 SW 34th Street, Suite 107 Fort Lauderdale, Florida 33315.

34. Corporate Representative with most knowledge of employment terms and conditions and knowledge of terms of hiring, firing, discipline and evaluations of Patrick S. Major for, Custom Air Transport, 4160 Ravenswood Road, Fort Lauderdale, Florida 33312.

35. Records Custodian Custom Air Transport 4160 Ravenswood Road, Fort Lauderdale, Florida 33312.

36. Corporate Representative with most knowledge of employment terms and conditions and knowledge of terms of hiring, firing, discipline and evaluations of Patrick S. Major for, Pan Am International Flight Academy, Inc., 5000 N.W. 36th Avenue, Miami, Florida 33142.

37. Records Custodian Pan Am International Flight Academy, Inc., 5000 N.W. 36th Avenue, Miami, Florida 33142.

38. Corporate Representative with most knowledge of employment terms and conditions and knowledge of terms of hiring, firing, discipline and evaluations of Patrick S. Major for, Miami Air International, Miami Air International, Inc., 5000 N.W. 36TH Street, Miami, Florida 33142.

39. Records Custodian, Miami Air International, Inc., 5000 N.W. 36th Street, Miami, Florida 33142

40. Corporate Representative with most knowledge of employment terms and conditions and knowledge of terms of hiring, firing, discipline and evaluations of Patrick S. Major for, Horizons Aviation, Inc., 6355 N.W. 36th Street, Suite 604, Miami, Florida 33166.

41. Records Custodian, Horizons Aviation, Inc., 6355 N.W. 36th Street, Suite 604, Miami, Florida 33166.

42. Omar Botero, Horizons Aviation, Inc., Affinity Airshares, Inc., a Horizons Aviation Company, 6355 N.W. 36th Street, Suite 604, Miami, Florida 33166 .

43. Corporate Representative with most knowledge of employment terms and conditions and knowledge of terms of hiring, firing, discipline and evaluations of Patrick S. Major for, Affinity Airshares, Inc., a Horizons Aviation Company, 6355 N.W. 36th Street, Suite 604, Miami, Florida 33166.

44. Records Custodian, Affinity Airshares, Inc., a Horizons Aviation Company, 6355 N.W. 36th Street, Suite 604, Miami, Florida 33166.

45. Records Custodian, FAA with the most knowledge of OSCEP inspection involving the time period Patrick Major was Director of Operations or Pilot with Air Florida Express, Federal Aviation Administration, Flight Standards District Office, 1050 Lee Wagener Boulevard, Suite 201, Fort Lauderdale, FL 33315.

46. Corporate Representative with most knowledge of employment terms and conditions and knowledge of terms of hiring, firing, discipline and evaluations of Patrick S. Major for, Aero Leasing, 610 S.W. 34th Street, Fort Lauderdale, Florida 33315.

47. Records Custodian, Aero Leasing, 610 S.W. 34th Street, Fort Lauderdale, Florida 33315.

48. Corporate Representative with most knowledge of employment terms and conditions and knowledge of terms of hiring, firing, discipline and evaluations of Patrick S. Major for, Republic Airlines, 2500 So. High School Road, Suite 160, Indianapolis, Indiana 46241.

49. Records Custodian, Republic Airlines, 2500 So. High School Road, Suite 160, Indianapolis, Indiana 46241.

50. Patrick Major, (PLAINTIFF).

51. Rebuttal Witnesses.

52. Impeachment Witnesses.

AO 187 (Rev. 7/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,

       Plaintiff,

       v.

AMERIJET INTERNATIONAL, INC.,

       Defendant.

CASE NO. 00-6070-CIV-ZLOCH

**DEFENDANT'S FIRST AMENDED EXHIBIT LIST**

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY<br>Valerie Shea, Esq. | | DEFENDANT'S ATTORNEY(s)<br>Susan Potter Norton, Esq. |
|---|---|---|---|---|---|
| TRIAL DATE(S) | | | COURT REPORTER | | COURTROOM DEPUTY |

| PLF. NO | DEF NO | DATE OFFERED | MARKED | Plf's Objections | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | | | | | **Defendant's Exhibits** |
| | 1 | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000001 – 000007 |
| | 2 | | | | Letter from David Bassett, Pam Rollins, Pete Steele, Ed Cook, Dean Chapman, Jeff Bingham and Lee Burt – Re: "Open Door" Policy – dated: 5/16/96 – Bates No. 000008 |
| | 3 | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000009 – 000051 |
| | 4 | | | | NASA Aviation Safety Reporting System – Re: Incident Report – date: 8/18/99 - Bates No: 000052 - 000061 |
| | 5 | | | | Memorandum from Patrick Major to Derry Huff – Re: Discussion of Flight with Brian Steele – dated: 6/14/99 – Bates No. 000062 - 000066 |
| | 6 | | | | Memorandum from Derry Huff to Juan Morales – Re: Review of Meeting with Pat Major – dated: 4/26/99 – Bates No. 000067 |
| | 7 | | | | E-Mail from Patrick Major to Derry Huff – Re: Amerijet's Unfounded Retaliatory Charge of Stalking – dated: 4/18/99 – Bates No. 000068 |
| | 8 | | | | E-Mail from P Major to Derry Huff – Re: Retaliatory Charge of Stalking" – dated: 4/18/99 – Bates No 000069 |
| | 9 | | | | Letter from David G. Bassett to Pat Major – Re: Incapable of Filling Position as Captain – dated: 2/5/99 – Bates No. 000070 |
| | 10 | | | | Letter from Peter A. Steele to Patrick S. Major – Re: Process of Becoming a Captain – dated: 1/4/99 – Bates No. 000071 – 000072 |
| | 11 | | | | Letter from Pat Major to Peter Steele – Re: Outstanding Issues – dated: |

---
* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO.<br>00-6070 -CIV-ZLOCH |
|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERE<br>D | MARKED | Plf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 12/15/98 – Bates No. 000073 – 000074 |
| | 12 | | | | Letter from Pat Major to Pete Steele – Re: Meeting with Ed Cook, Tracy Dickinson and John Moktadier on Friday, July 24 – dated: 9/11/98 – Bates No. 000075 – 000080 |
| | 13 | | | | Letter from Peter A. Steele to Patrick S. Major – Re: Outstanding Issues – dated: 11/6/98 – Bates No. 000081 |
| | 14 | | | | Letter from Pat Major to Pete Steele – Re: Recollection of Meeting on Friday, July 24 – dated: 8/25/98 – Bates No. 000082- 000083 |
| | 15 | | | | Letter from Patrick Scott Major to Federal Aviation Administration –Re: FAA's Proposal to Reduce Maximum Payloads on Boeing 727 - dated: 8/18/97 – Bates No. 000084 – 000086 |
| | 16 | | | | Letter from Patrick Scott Major to Ed Cook – Re: Jeppesen Guadalajara Approach Plate 11-1, 20-Jun-97 – dated: 7/23/97 – Bates No. 000087 – 000088 |
| | 17 | | | | Letter from Gladys Garcia to Patrick Major – Re: Extension of Federal Family and Medical Leave Act Benefits – dated: 4/10/97 – Bates No. 000089 – 000090 |
| | 18 | | | | Letter from Patrick Scott Major to Wayne Penny – Re: Confirmation of Intention to Return to Work from Family Medical Leave – dated: 6/20/97 – Bates No. 000091 |
| | 19 | | | | Letter from Linda G. Maletta to Patrick Major – Re: Problem with Payroll Input – dated: 6/3/97 – Bates No. 000092 |
| | 20 | | | | Letter from David G. Bassett to Patrick Scott Major – Re: Meeting with Wayne Penny and Ed Cook on February 11, 1997 – dated: 2/21/97 – Bates No. 000093 –000094 |
| | 21 | | | | Letter from Captain N.E. Cook to Patrick S. Major – Re: Change in Vacation Management – dated 6/17/96 – Bates No. 000095 |
| | 22 | | | | Letter from Patrick Scott Major to Captain Cook – Re: Vacation Policy…Solution – dated: 6/9/96 – Bates No. 000096 – 000097 |
| | 23 | | | | Letter from Patrick Scott Major to David Bassett, Pam Rollins, Pete Steele, Ed Cook, Dean Chapman, Jeff Bingham and Lee Burt – Re: "Open Door Policy" – dated: 5/16/96 – Bates No. 000098 |
| | 24 | | | | Memorandum from Wayne Penny to Pat Major – Re: Employee Handbook – dated: 12/21/94 – Bates No. 000099 |
| | 25 | | | | Employee Handbook Receipt – Re: Patrick Major – dated: 5/30/97 – Bates No. 000100 |

92723_1.DOC

AC 187A (REV. 7/87)                                          **EXHIBIT LIST**

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO. 00-6070 -CIV-ZLOCH |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 26 | | | | Letter from Patrick Scott Major from Pete Steele – Re: Never Offered Opportunity to Upgrade to First Officer on Boeing 727 – dated: 10/19/94 – Bates No. 000101 – 000102 |
| | 27 | | | | Fax from Patrick Major to Compensation Committee – Re: Proposed Pay Policy Changes – dated: 2/18/99 - Bates No. 000103 – 000104 |
| | 28 | | | | Fax from Patrick Scott Major to Ed Cook – Re: New Miami Flight Schedule – dated: 3/18/94 – Bates No. 000105 – 000106 |
| | 29 | | | | Fax from Patrick Scott Major to Irv Shumacher – Re: Congratulations on Work Performed on 190AJ – Undated – Bates No. 000107 |
| | 30 | | | | Letter from Patrick Scott Major to Peter Steele – Re: Hiring Outside of Company – dated: 9/22/94 – Bates No. 000108 – 000109 |
| | 31 | | | | Letter from Patrick S. Major to Ed Cook – Re: Invitation to Upgrade to First Officer on Falcon – dated: 8/30/93 – Bates No. 000110 – 000111 |
| | 32 | | | | Letter from Patrick S. Major to Pamela Rollins – Re: Amerijet's Flight Crew Vacation Policy – dated: 9/21/92 – Bates No. 000112 – 000113 |
| | 33 | | | | Letter from Ed Cook to Patrick Major – Re: Assessment of Simulator Period Used for Annual Proficiency Check – dated: 3/2/92 – Bates No. 000114 |
| | 34 | | | | Letter from Patrick S. Major from Ed Cook – Re: Meeting Conducted Midway During Amerijet's Flight Crew Member's First Year of Service – dated: 2/16/92 – Bates No. 000115 –000116 |
| | 35 | | | | Fax from Pat Major to David Bassett – Re: Fare the Well – dated: 9/23/99 – Bates No. 000117 |
| | 36 | | | | Fax from Patrick Major to Pete Steele – Re: Termination Date Correction. Earned but unpaid Amerijet employment income – dated: 12/29/99 – Bates No. 000118- 000119 |
| | 37 | | | | Fax from Patrick Major to Amerijet Chief Pilot, Derry Huff – Re: Captain bid – dated: 4/16/99 – Bates No. 000120 – 000123 |
| | 38 | | | | Fax from Patrick Scott Major to Pete Steele – Re: Type Rating Oral Exam with FAA – dated: 8/21/98 – Bates No. 000124 |
| | 39 | | | | Letter from Peter A. Steele to Patrick S. Major – Re: Scheduling of Type Rating Oral Exam – dated: 8/20/98 – Bates No. 000125 |
| | 40 | | | | Reply to Fax from ? to Pat Major – Re: Request for Type Rating Oral – Undated – Bates No. 000126 |
| | 41 | | | | Memorandum from Pat Major to Pete Steele – Re: Type Rating Oral Exam – dated: 8/18/98 – Bates No. 000127 |

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO<br>00-6070 -CIV-ZLOCH |
|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERE<br>D | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 42 | | | | Letter from Ed Cook to Patrick S. Major – Re: Congratulations on Award bid to upgrade to Captain – dated: 5/20/98 – Bates No. 000128 |
| | 43 | | | | E-Mail to Derry Huff from P Major – Re: Bid (Captain) – dated: 4/16/99 – Bates No. 000129 |
| | 44 | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000130 – 000210 |
| | 45 | | | | Amerijet International Runway Analysis B-727-200, JT8D-15 – Re: Fort Lauderdale, FL, Hollywood INTL- Undated – Bates No. 000211 |
| | 46 | | | | Amerijet International Runway Analysis B-727-200, JT8D-15 – Re: Miami, FL, Miami INTL- Undated – Bates No. 000212 |
| | 47 | | | | Amerijet International Runway Analysis B-727-200, JT8D-15 – Re: Miami, FL, Miami INTL- Undated – Bates No. 000213 |
| | 48 | | | | Personnel File – Re: Patrick S. Major – Undated - Bates No. 000214 - 000245 |
| | 49 | | | | Equal Employment Opportunity Commission , Notice of Charge of Discrimination – Re: Patrick S. Major – dated: 10/12/99 – Bates No. 000247 |
| | 50 | | | | U.S. Equal Opportunity Commission, Notice of Right to Sue – Re: Patrick S. Major – dated: 12/7/99 – Bates No. 000250 |
| | 51 | | | | U.S. Equal Opportunity Commission, Charge of Discrimination– Re: Patrick S. Major – dated: 12/8/99 – Bates No. 000252 |
| | 52 | | | | Amerijet International, First Officer Or Flight Engineer Proficiency Report – Re: Pat Major – dated: 6/8/99 – Bates No. 000253 – 000255 |
| | 53 | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000256 – 000257 |
| | 54 | | | | Amerijet International, First Officer Or Flight Engineer Proficiency Report – Re: Pat Major – dated: 1/14/98 – Bates No. 000258 - 000259 |
| | 55 | | | | Personnel File – Re: Pat Major – Undated - Bates No. 000260 - 000263 |
| | 56 | | | | Amerijet International, First Officer Or Flight Engineer Proficiency Report – Re: Pat Major – dated: 7/4/97 – Bates No. 000264 |
| | 57 | | | | Correspondence from Maurice Rousseau Jr., to Janice Ambrosio – Re: Report for FLT 811 – dated: 2/3/97 – Bates No. 000265 |
| | 58 | | | | Letter from William J. Cline to Peter A. Steele – Re: Pat Major – Unprofessional and Lack of Knowledge – dated: 1/18/92 – Bates No. 000266 – 000268 |
| | 59 | | | | Personnel File – Re: Pat Major – Undated - Bates No. 000269 – 000270 |
| | 60 | | | | Memorandum from Ed Cook to Patrick Major – Re: Flight Inspection – dated: 6/26/95 – Bates No. 000271 – 000272 |

92723_1.DOC

AC 187A (REV. 7/87)

# EXHIBIT LIST

| | CASE NO. |
|---|---|
| Patrick Scott Major v. Amerijet International, Inc., | 00-6070 -CIV-ZLOCH |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 61 | | | | FAA Oral Exam Record – Re: Patrick Scott Major – dated: 7/8/98 – Bates No. 000273 |
| | 62 | | | | Assessment of Oral Exam From Barney Sonner – Re: Patrick Major – dated: 7/8/98 – Bates No. 000274 |
| | 63 | | | | Letter from John C. Roseborough to Captain N. Edward Cook – Re: Captain Upgrade/Training Quality – dated 7/8/98 – Bates No. 000275 |
| | 64 | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000276 – 000277 |
| | 65 | | | | Amerijet International, Flight Operations Training Answer Sheet – Re: Patrick Major – dated: 5/8/98 – Bates No. 000278 – 000279 |
| | 66 | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000280 – 000286 |
| | 67 | | | | Amerijet International, Pilot Instructor Recommendation – Re: Patrick Scott Major – dated: 6/23/98 – Bates No. 000287 |
| | 68 | | | | Amerijet Pilot Stimulator/Flight Time Training – Re: Patrick Scott Major – dated: 6/11/98, 6/18/98, 6/23/98 – Bates No. 000288 |
| | 69 | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000289 – 000291 |
| | 70 | | | | Multiple Choice Questionnaire Sheet – Re: Patrick Major – Undated – Bates No. 000292 – 000295 |
| | 71 | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000296 – 000304 |
| | 72 | | | | Amerijet International, General Operations Manual – Re: General Policies – dated: 6/17/96 – Bates No. 000305 – 000307 |
| | 73 | | | | Job Opportunity Bulletin – Re: Captain & First Officer – Undated – Bates No. 000308 |
| | 74 | | | | Letter from Derry S. Huff to Patrick Major – Re: Amerijet's loss of confidence in Abilities – dated: 8/30/99 – Bates No. 000309 |
| | 75 | | | | Amerijet International, Aircraft Log Book, Aircraft Maintenance Log – dated 8/17/99 – Bates No. 000310 – 000311 |
| | 76 | | | | Amerijet International, B-727-200 Load Plan – Re: 12-Position Weight & Balance – Undated – Bates No. 000313 – 000314 |
| | 77 | | | | Upgrade List of Pilots – Re: Patrick Major – dated: 1/1/96 – 9/1/99 – Bates No. 00315 |
| | 78 | | | | List of Individuals Hired as Captains – dated: 1/1/96 – 9/1/99 – Bates No. 000316 |
| | 79 | | | | Training Documents – Re: David Scott Mitchell – Undated – Bates No. 000317 – 000329 |

92723_1.DOC

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO<br>00-6070 -CIV-ZLOCH |
| --- | --- |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERE<br>D | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | 80 | | | | Training Documents – Re:  David Patrick Bruns – Undated – Bates No. 000330 – 000340 |
| | 81 | | | | Training Documents – Re:  Derry Stephen Huff – Undated – Bates No. 000341 –000353 |
| | 82 | | | | Training Documents – Re: John Matthew Hogan – Undated – Bates No. 000354 – 000366 |
| | 83 | | | | Training Documents – Re: John Wendell Washington – Undated – Bates No. 000367 – 000379 |
| | 84 | | | | Training Documents – Re: Paul Scott Andersen – Undated – Bates No. 000380 – 000390 |
| | 85 | | | | Training Documents – Re: Jeff Michael Movak – Undated – Bates No. 000391 – 000406 |
| | 86 | | | | Training Documents – Re: James Alan Battillo – Undated – Bates No. 000407 – 000417 |
| | 87 | | | | Training Documents – Re: Raymond Joseph Meunier – Undated - Bates No. 000418 – 000430 |
| | 88 | | | | Training Documents – Re: Tracey Alan Dickinson – Undated - Bates No. 000431 – 000444 |
| | 89 | | | | Training Documents – Re: Michael Richard Pelly – Undated - Bates No. 000445 - 000463 |
| | 90 | | | | Training Documents – Re: Timothy James Green – Undated – Bates No. 000464 – 000476 |
| | 91 | | | | Training Documents – Re: Douglas Joseph Benson – Undated – Bates No. 000477 – 000488 |
| | 92 | | | | Training Documents – Re: Patrick Clare McManus – Undated – Bates No. 000489 – 000500 |
| | 93 | | | | Training Documents – Re: John A. Moktadier – Undated – Bates No. 000501 – 000513 |
| | 94 | | | | Training Documents – Re: Ronald Lee Rooks – Undated – Bates No. 000514 – 000530 |
| | 95 | | | | Training Documents – Re: Jeffrey Scott Michlowitz – Undated – Bates No. 000531 – 000540 |
| | 96 | | | | Training Documents – Re: Charles Williams Church – Undated – Bates No. 000541 – 000551 |
| | 97 | | | | Training Documents – Re: Robert Shaw Reed – Undated – Bates No. 000552 – 000569 |

92723_1.DOC

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO.<br>00-6070 -CIV-ZLOCH |
|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERE<br>D | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 98 | | | | Training Documents – Re: James Keith Kirk – Undated – Bates No. 000570 – 000588 |
| | 99 | | | | Letter from U.S. Department of Transportation to David G. Bassett – Re: Notice of Proposed Civil Penalty – dated: 2/16/00 – Bates No. 000589 – 000596 |
| | 100 | | | | First Officer or Flight Engineer Proficiency Report – Re: Patrick Major – dated: 1/15/98 – Bates No. 000597 |
| | 101 | | | | Personnel File – Re: Tim Green – Undated – Bates No. 000598 – 000976 |
| | 102 | | | | Personnel File – Re: James Battillo – Undated – Bates No. 000977 – 001139 |
| | 103 | | | | Personnel File – Re: Ray Meunier – Undated – Bates No. 001152 – 001238 |
| | 104 | | | | Personnel File – Re: Doug Benson – Undated – Bates No. 001239 – 001320 |
| | 105 | | | | Personnel File – Re: Patrick McManus – Undated – Bates No. 001321 - 001478 |
| | 106 | | | | Personnel File – Re: John Moktadier – Undated – Bates No. 001479 – 001658 |
| | 107 | | | | Personnel File – Re: David Mitchell – Undated – Bates No. 001659 – 001682 |
| | 108 | | | | Personnel File – Re: John Washington – Undated – Bates No. 001683 – 001812 |
| | 109 | | | | Personnel File – Re: Jamie Kirk – Undated – Bates No. 001813 – 001964 |
| | 110 | | | | Personnel File – Re: John Hogen – Undated – Bates No. 001965 – 002122 |
| | 111 | | | | Letter to Captain Peter A. Steele from John C. Roseborough – Re: Information Request – dated: 10/28/99 – Bates No. 002123 |
| | 112 | | | | Amerijet International, Crewmember Seniority List – Re: Captains & First Officers – dated: 1/20/00 – Bates No. 002124 – 002125 |
| | 113 | | | | Personnel File – Re: Paul Andersen – Undated – Bates No. 002126 – 002281 |
| | 114 | | | | Personnel File – Re: Derry Huff – Undated – Bates No. 002282 – 002486 |
| | 115 | | | | Personnel File – Re: Tracey Dickinson – Undated – Bates No. 002487 – 002563 |
| | 116 | | | | Personnel File – Re: Jeff Novak – Undated – Bates No. 002564 – 002754 |
| | 117 | | | | Personnel File – Re: Ron Rooks – Undated – Bates No. 002755 – 002860 |
| | 118 | | | | Personnel File – Re: Mike Pelly – Undated – Bates No. 002861 - 003016 |
| | 119 | | | | Amerijet International, Crewmember Seniority List – Re: Captains & First Officer – dated: 1/20/00 – Bates No. 003017 - 003018 |
| | 120 | | | | Amerijet International, Crewmember Seniority List – Re: Captains & First Officer – dated 2/11/00 – Bates No. 003019 – 003021 |

92723_1.DOC

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO<br>00-6070 -CIV-ZLOCH |
|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 121 | | | | Employment Practices Insurance Policy – Re: Discrimination, Sexual Harassment & Inappropriate Employment Conduct – dated: 5/5/98 – Bates No. 003022 – 003032 |
| | 122 | | | | Employment Application and Licenses – Re: Joseph Latorre – Undated – Bates No. 003033 – 003039 |
| | 123 | | | | Employment Release and Licenses – Re: Richard Lytle – Undated – Bates No. 003040 – 003041 |
| | 124 | | | | Employment Application and Licenses – Re: James Korby – Undated – Bates No. 003042 – 003045 |
| | 125 | | | | Employment Application and Licenses – Re: Bruce McGray – Undated – Bates No. 003046 –003048 |
| | 126 | | | | Employment Application and Licenses – Re: John Miller – Undated – Bates No. 003049 –003052 |
| | 127 | | | | Employment Application and Licenses – Re: Albert Rubey – Undated – Bates No. 003058 – 003061 |
| | 128 | | | | Employment Application and Licenses – Re: Jose Alverez Jr., - Undated – Bates No. 003062 - 003065 |
| | 129 | | | | Personnel File – Re: Jeffrey Scott Michlowitz – Undated – Bates No. 003066 – 003190 |
| | 130 | | | | Training Documents – Re: James Kirk – Undated – Bates No. 003191 – 003244 |
| | 131 | | | | Training Document – Re: Charles Williams Church – Undated - Bates No. 003245 – 003322 |
| | 132 | | | | Training Document – Re: Robert Shaw Reed – Undated - Bates No. 003322 – 003410 |
| | 133 | | | | Training Document – Re: Jacques Jean Raissiguier – Undated - Bates No. 003411 – 003490 |
| | 134 | | | | Memorandum to File from Nidiam Conesa – Re: Pat Major – dated: 5/5/00 |
| | 135 | | | | Memorandum to File from Nidiam Conesa – Re: Pat Major – dated: 4/7/00 |
| | 136 | | | | Memorandum to File from Nidiam Conesa – Re: Pat Major (Completion of Manuals)  – dated: 4/7/00 |
| | 137 | | | | Memorandum to File from Nidiam Conesa – Re: Pat Major (Anger ) – dated: 4/7/00 |
| | 138 | | | | Memorandum to File from Nidiam Conesa – Re: Pat Major (Personal LaptopUsage) – dated: 4/7/00 |

92723_1.DOC

AC 187A (REV. 7/87)

# EXHIBIT LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| Patrick Scott Major v. Amerijet International, Inc., | | | | | CASE NO.<br>00-6070 -CIV-ZLOCH | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES | |
|---|---|---|---|---|---|---|
| | 139 | | | | Pan Am International Flight Academy, Exit Interview – Re: Patrick Major – dated: 8/25/00 | |
| | 140 | | | | Pan Am International, Application for Employment – Re: Patrick Major – dated: 1/4/00 | |
| | 141 | | | | Memorandum to Dan Campbell from Patrick Major – Re: Revision to Independent Contract Status – dated: 8/11/00 | |
| | 142 | | | | Memorandum to All Flight Crewmembers from Ed Cook – Re: Base Month Changes – dated: 12/23/96 – Plaintiff's Bates No. 030 – 031 | |
| | 143 | | | | Letter to Ed Cook from Patrick S. Major – Re: Meeting to Provide Direction and Guidance – dated: 2/15/92 – Plaintiff's Bates No. 032 – 033 | |
| | 144 | | | | Letter to Patrick Major from Ed Cook – Re: Annual Proficiency Check Evaluation – dated: 3/2/92 – Plaintiff's Bates No. 034 | |
| | 145 | | | | Letter to Ed Cook from Patrick S. Major – Re: Handling and Notification of Dangerous Foods – dated: 11/11/92 – Plaintiff's Bates No. 037 – 041 | |
| | 146 | | | | Letter to Ed Cook from Patrick S. Major – Re: Invitation to Upgrade to First Office on Falcon – dated: 8/30/93 – Plaintiff's Bates No. 049 – 050 | |
| | 147 | | | | Memorandum to All Flight Crewmembers from Ed Cook – Re: Bid Lock – dated 10/6/93 – Plaintiff's Bates No. 060 | |
| | 148 | | | | Letter to Irv Shumacher from Patrick Scott Major – Re: Consideration of Proposal to Implement Human Resources Management Function at Amerijet – dated: 2/11/94 – Plaintiff's Bates No. 087 | |
| | 149 | | | | Letter to Ed Cook from Patrick Scott Major – Re: Flight Crew Schedule – dated: 3/18/94 – Plaintiff's Bates No. 088 – 089 | |
| | 150 | | | | Letter to Peter Steele from Patrick Scott Major – Re: Selection of Upgrading Two Junior Pilots With Falcon – dated: 9/22/94 – Plaintiff's Bates No. 090 | |
| | 151 | | | | Letter to Peter Steele from Patrick Scott Major – Re: Frustration with Amerijet's Employment and Upgrade Policies – dated: 9/29/94 – Plaintiff's Bates No. 091 - 093 | |
| | 152 | | | | Letter to Pete Steele from Patrick Scott Major – Re: Never Afforded Opportunity to Upgrade to First Officer On Boeing 727 – dated: 10/19/94 – Plaintiff's Bates No. 094 – 095 | |
| | 153 | | | | Letter to David Bassett from Patrick Scott Major – Re: Anonymous Letter Writers – dated: 12/18/96 – Plaintiff's Bates No. 106 – 109 | |
| | 154 | | | | Memorandum to Patrick Major from Wayne Penny – Re: Voluntary Exit Incentive Agreement Proposal – dated: 2/20/97 – Plaintiff's Bates No. 112 – 116 | |

92723_1.DOC

AC  187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO<br>00-6070 -CIV-ZLOCH |
| --- | --- |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERE<br>D | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 155 | | | | | Memorandum to Patrick Major from Ed Cook – Re: Upgrade Bid – dated: 4/30/98 – Plaintiff's Bates No. 136 – 137 |
| 156 | | | | | Letter to Dave from Pat Major – Re: Prospect of Union – dated: 6/18/98 – Plaintiff's Bates No. 139 – 143 |
| 157 | | | | | Memo to All Crewmembers from Ed Cook – Re: Promotion Bid Awards – dated: 8/5/98 – Plaintiff's Bates No. 144 |
| 158 | | | | | Letter to David Bassett from Patrick Major – Re: Issue Awaiting Resolution – dated: 2/21/99 – Plaintiff's Bates No. 159 – 161 |
| 159 | | | | | Amerijet International, Crewmember Seniority List – Re: Patrick Major – dated: 4/7/99 – Plaintiff's Bates No. 164 – 165 |
| 160 | | | | | Amerijet International, Crewmember Seniority List – Re: Patrick Major – dated: 4/28/99 – Plaintiff's Bates No. 167 – 168 |
| 161 | | | | | Fax to Rhonda Phillips from Patrick Major – Re: Freedom Information Act Request – dated: 6/14/99 – Plaintiff's Bates No. 186 |
| 162 | | | | | Amerijet International , Flight Officer Or Flight Engineer Proficiency  Report – Re: Patrick Major – dated: 1/15/98 - Plaintiff's Bates No. 194 |
| 163 | | | | | Amerijet International, Aircraft Operating Manual – Re: Overweight Landing vs. Fuel Dump – dated: 7/11/90 – Plaintiff's Bates No. 198 –202 |
| 164 | | | | | EEOC Charge of Discrimination – Re: Patrick S. Major – dated: 3/25/97 – Plaintiff's Bates No. 206 |
| 165 | | | | | Letter to Patrick Major from Rhonda A. Phillips – Re: FOIA Request (Air Traffic Control Communication Audiotapes) – dated: 8/11/99 – Plaintiff's Bates No. 210 |
| 166 | | | | | Fax to Rhonda Phillips from Patrick Major – Re: FOIA Request – dated: 8/30/99 – Plaintiff's Bates No. 211 |
| 167 | | | | | Letter to Patrick S. Major from John C. Roseborough – Re: FAA Letter of Investigation – dated: 11/10/99 – Plaintiff's Bates No. 212 – 213 |
| 168 | | | | | Letter to John C. Roseborough from Patrick Major – Re: Receipt of Letter of Investigation – dated: 12/6/99 – Plaintiff's Bates No. 214 – 219 |
| 169 | | | | | Letter to Patrick S. Major from John C. Roseborough – Re: FAA Investigation – dated: 12/21/99 – Plaintiff's Bates No. 220 |
| 170 | | | | | Typewritten Notes – Re: Patrick Major – dated: 2/11/97 – 2/17/97 – Plaintiff's Bates No. 249 – 250 |
| 171 | | | | | Typewritten Notes – Re: Patrick Major – Undated – Plaintiff's Bates No. 258 – 261 |

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO. 00-6070 -CIV-ZLOCH |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 172 | | | | Typewritten Notes – Re: Patrick Major - dated: 12/16/98 – Plaintiff's Bates No. 267 – 273 |
| | 173 | | | | 1996 U.S. Individual Income Tax Return – Re: Patrick S. Major – Plaintiff's Bates No. 274 – 295 |
| | 174 | | | | 1997 U.S. Individual Income Tax Return – Re: Amey C. Major – Plaintiff's Bates No. 296 – 326 |
| | 175 | | | | Broward County Circuit Court, Case Summary – Re: Timothy Green v. Butch Gretchen – dated: 1997 – Plaintiff's Bates No. 383 - 384 |
| | 176 | | | | Audiotape Recording – Re:　Patrick Major's　Termination from Employment – dated: 8/31/99 |
| | 177 | | | | Transcript of Audiotape Recording –Re:　Patrick Major's Termination |
| | 178 | | | | Air Traffic Control Audiotape Recording of Flight # 823 - Re: Miami International Airport |
| | 179 | | | | General Operations Manual – Re:　Table of Contents – Bates No. 003553 – 003560. |
| | 180 | | | | Training Records – Re:　Patrick Major – Bates No. 003561-003642. |
| | 181 | | | | Letter to Captain Brian Steele from John Roseborough – Re:　Investigation – dated: 11/10/99 – Bates No. 003500 |
| | 182 | | | | Letter to John Roseborough from Captain Brian Steele – Re:　Investigation – dated: 11/20/99 – Bates No. 003501 – 003502. |
| | 183 | | | | Letter to John Roseborough from Brett Wise – Re: Investigation – dated: 11/18/99 – Bates No. 003503. |
| | 184 | | | | Letter to John Roseborough from Al Jorsey Sr. – Re:　Investigation – dated: 11/15/99 – Bates No. 003504 – 003505. |
| | 185 | | | | Runway Analysis Description – Re:　Amerijet International　B 727-200, JT8D-15- Plaintiff's Exhibit 12 of Depositions of Derry Huff, John Washington & Brian Steele. |
| | 186 | | | | Amerijet International, General Operations Manual – Re:　Excerpts – Plaintiff's Exhibit 13 of Depositions of Derry Huff, John Washington, & Brian Steele. |
| | 187 | | | | Amerijet International, General Operations Manual – Re: Excerpts – Plaintiff's Exhibit 18 of Depositions of Derry Huff, John Washington, & Brian Steele. |
| | 188 | | | | Letter to Captain Pete Steele from John Roseborough – Re: Check Airman/Check Engineer Approval of Al Jorsey, Sr. – dated 2/14/00 – Bates No. 003543. |

92723_1.DOC

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO.<br>00-6070 -CIV-ZLOCH |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| 189 | | | | | Letter to Al Jorsey, Sr., from John Roseborough – Re: No Violation – dated 12/21/99 – Bates No. 003544. |
| 190 | | | | | Letter to Captain Pete Steele from John Roseborough – Re: Return of Check Airman of Al Jorsey, Sr., - dated: 12/15/99 – Bates No. 003545. |
| 191 | | | | | Letter to John Roseborough from Pete Steele – Re: Investigation – dated: 11/22/99 – Bates No. 003546. |
| 192 | | | | | Letter to Captain Pete Steele from John Roseborough – Re: Receipt of Complaint – dated: 10/18/99 – Bates No. 003552. |
| 193 | | | | | Air Traffic Control Audiotape Recording and Transcript of Flight # 827 – Re: Fort Lauderdale Airport – dated: 8/17/99 |
| 194 | | | | | Videotape and Transcript Deposition of Plaintiff. |
| 195 | | | | | Any and All Depositions taken by Defendant or, Plaintiff and exhibits attached thereto. |
| 196 | | | | | Any and All documents, demonstrative aids, pictures, reports, or other evidence relied upon, referred to, or, introduced as an exhibit at any deposition taken by Defendants or, Plaintiffs. |
| 197 | | | | | Mitch Yelen's Resume and C.V. |
| 198 | | | | | Any and All documents, reports, charts, graphs, or demonstrative aids relied upon by Mitch Yelen in formulating his opinions. |
| 199 | | | | | Paul Repp's Resume and C.V . |
| 200 | | | | | Any and All documents, reports, charts, graphs, or demonstrative aids relied upon by Paul Repp in formulating his opinions. |
| 201 | | | | | Declarations page of Employment Practices Liability Insurance Bate No. 003643 |
| 202 | | | | | Lawrence Harris vs. Patrick Major Circuit Court of the Seventeenth Judicial Circuit Case No. 99017858 |
| 203 | | | | | Final Judgment Dissolving Marriage In Re: The Marriage of Beth B. Major (Petitioner) and Patrick S. Major (Respondent) Circuit Court of the Seventeenth Judicial Circuit Case No. 99170564290 |
| 204 | | | | | Opinion from Paul Repp to Susan Potter Norton – Re:  Patrick Major's Lawsuit – dated:  2/23/01 |
| 205 | | | | | 1999 U.S. Individual Income Tax Return – Re:  Patrick S. Major & Beth A. Major – Plaintiff's Bates No. 830 – 872 |
| 206 | | | | | 1998 U.S. Individual Income Tax Return – Re:  Patrick S. Major & Beth A. Major – Plaintiff's Bates No. 873 – 882 |

92723_1.DOC

AC 187A (REV. 7/87)

## EXHIBIT LIST

| | | | | | CASE NO. |
|---|---|---|---|---|---|
| Patrick Scott Major v. Amerijet International, Inc., | | | | | 00-6070 -CIV-ZLOCH |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| 207 | | | | | W-2 Wage and Tax Statement 2000 – Re: Patrick Major – Plaintiff's Bates No. 883 |
| 208 | | | | | W-2 Wage and Tax Statement 2001 – Re: Patrick Major – Plaintiff's Bates No. 884 |
| 209 | | | | | State of Florida Agency For Workforce Innovation Benefit Payment Unit – 2001 Tax Information – Re: Patrick S. Major – Plaintiff's Bates No. 885 |
| 210 | | | | | Wage Transcript and Determination, Agency for Workforce Innovation – Re: Patrick S. Major – dated: 8/6/01 – Plaintiff's Bates No. 886 |
| 211 | | | | | State of Florida Agency For Workforce Innovation Benefit Payment Unit – 2002 Tax Information – Re: Patrick S. Major – Plaintiff's Bates No. 887 |
| 212 | | | | | Letter to Captain Thomas Duckworth from Patrick Major – Re: Range of Services Available – dated: 1/18/02 – Plaintiff's Bates No. 888 |
| 213 | | | | | Memo to Omar Botero from Pat Major – Re: Interim Consulting Agreement – dated: 10/8/02 – Plaintiff's Bates No. 889 |
| 214 | | | | | Department of the Treasury – Internal Revenue Service Form 1099-MISC – Re: 2002 Miscellaneous Income (Patrick Major) – Plaintiff's Bates No. 890 |
| 215 | | | | | SunTrust Official Check # 0704562003 from Fred J. Murphy or Riven S. Tooson-Murphy ($20,000.00) and Personal Check #1703 ($20,000.00)– Re: Patrick Major – dated: 9/26/00, 9/27/00 – Plaintiff's Bates No. 891 |
| 216 | | | | | Share Purchase Agreement Between Fred Murphy, Carlos Jimenez, and Pat Major – dated: 9/26/00 – Plaintiff's Bates No. 892 - 900 |
| 217 | | | | | Report of Damages from James D. Gilbert – Re: In Re: The Wrongful Termination Case of Patrick Scott Major – dated: 1/30/01 |
| 218 | | | | | Report of Damages from James D. Gilbert – Re: In Re: The Wrongful Termination Case of Patrick Scott Major – dated: 7/30/03 |
| 219 | | | | | Report of Jose Pagan Retained By Plaintiff – Re: Opinion - Undated |
| 220 | | | | | Documents from FAA – Re: FAA Background Checks, and Records Pertaining to Patrick S. Major or, Patrick S. Major as Director of Operations |
| 221 | | | | | Documents from FAA – Re: OSCEP Inspection of Air Florida While Patrick Major Served as Director of Operations or Pilot |
| 222 | | | | | FOIA Documents from FAA Pertaining to Patrick Major In Conjunction with the OSCEP Inspection With Air Florida, The APRIA Background Report, National Drivers Record and FAA Background Check |
| 223 | | | | | Air Florida Express, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |

92723_1.DOC

AC 187A (REV. 7/87)

# EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| Patrick Scott Major v. Amerijet International, Inc., | | | | | CASE NO.<br>00-6070 -CIV-ZLOCH |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERE<br>D | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 224 | | | | A Sunset Entertainment, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 225 | | | | Republic Airways, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 226 | | | | Custom Air Transport, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 227 | | | | Pan Am International Flight Academy, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 228 | | | | Miami Air International, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 229 | | | | Horizons Aviation, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 230 | | | | Affinity Airshares, Inc., Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 231 | | | | Chart – Re:  List of Captains Hired Between November 11, 1996 and March 22, 1999 |
| | 232 | | | | Letter from U.S. Department of Transportation to Amerijet International – Re:  Withdrawal of Action (FAA Enforcement Investigative Report 2000S0170009) – dated:  11/9/01 |
| | 233 | | | | Letter from U.S. Department of Transportation to Brian Steele – Re:  Withdrawal of Action (FAA Enforcement Investigative Report 2000S0170011) – dated:  11/9/01 |
| | | | | | Any and All Answers/Responses by Plaintiff to Defendant's Interrogatories. |
| | | | | | Any and All documents relied upon by Plaintiff in Answering/Responding to All of Defendant's Interrogatories. |
| | | | | | All exhibits submitted by Plaintiff which were not objected to by Defendant. |
| | | | | | All impeachment documents. |
| | | | | | All rebuttal documents. |
| | | | | | Demonstrative Aids and Exhibits. |