CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILLIAM J. ZLOCH

FILED by _____ D.C.
SEP 12 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 00-6070-CV-ZLOCH   DATE September 12, 2003
COURTROOM CLERK Amy Jordan   COURT REPORTER Carl Schanzleh

Patrick Scott Major   vs   Amerijet International, Inc.

COUNSEL Mark Boyd   COUNSEL Susan Norton
Valerie Shea   Dionne Wilson Blake

REASON FOR HEARING Pretrial Conference

RESULT OF HEARING Defendant's Motion for Continuance — Granted; Argument heard from both parties. Court Reserves decision on the other pending motions; Case will be set for Trial after October 21, 2003.

CASE CONTINUED TO _____ TIME _____ FOR _____
MISC _____