UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-ZLOCH / Snow

PATRICK SCOTT MAJOR,
    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,
    Defendant.
_____/

### NOTICE OF FILING

Defendant, AMERIJET INTERNATIONAL, INC., by and through its undersigned counsel, hereby gives Notice of Filing Defendant's Objections to Plaintiff's Exhibit List, attached hereto.

                Respectfully Submitted,

Susan Potter Norton
Florida Bar No. 0201847
e-mail Snorton@anblaw.com
Dionne Wilson Blake
Florida Bar No. 010069
Email dwilson@anblaw.com

Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, Florida 33134
Tel:   (305) 445-7801
Fax:  (305) 442-1578

92741_1



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by hand delivery on this <u>12th</u> day of September, 2003, upon:

Valerie Shea, Esq.
Heinrich, Gordon, Hargrove,
    Weihe & James, P.A.
500 East Broward Boulevard
Suite 1000
Fort Lauderdale, Florida 33394

                                                                          _/s/ DWBlake_____
                                                                             Attorney

AO 187 (Rev. 7/87) Exhibit and Witness List

United States District Court
Southern District of Florida

PATRICK SCOTT MAJOR

    Plaintiff,

    v.

AMERIJET INTERNATIONAL, INC.

    Defendant.

Case No. 00-6070-CIV-FERGUSON

PLAINTIFF'S EXHIBIT LIST

| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY<br>Valerie Shea, Esq. | DEFENDANT'S ATTORNEY<br>Susan Potter Norton, Esq. | | |
|---|---|---|---|---|---|
| TRIAL DATE(S) | | COURT REPORTER | COURTROOM DEPUTY | | |

| PLF NO | DEF NO. | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 1 | | | | | Entire Personnel File for Patrick Major<br>Defendant's Bates No. 0000–0304 |
| 2 | | | | | Proficiency Report dated 7/4/97 on Patrick Major signed by Brewer<br>Plaintiff's Bates No. 0128 |
| 3 | | | | | Proficiency Report dated 7/16/97 on Patrick Major signed by Brewer<br>Plaintiff's Bates No. 0129 |
| 4 | | | | | Proficiency Report dated 11/18/97 on Patrick Major signed by Derry Huff<br>Plaintiff's Bates No. 0130–0131; Defendant's Bates No. 0262-0262 |
| 5 | | | | | Proficiency Report dated 7/25/97 on Patrick Major<br>Plaintiff's Bates No. 0132–0133 |
| 6 | | | | | Proficiency Report dated 1/5/98 on Patrick Major signed by Al Jorsey<br>Plaintiff's Bates No. 0194 |
| 7 | | | | | Patrick Major's Proficiency Report dated 6/8/99 signed by Brian Steele<br>Defendant's Bates No. 0253–0255 |
| 8 | | | | | Patrick Major's Training Records<br>Defendant's Bates No. 3561-3642 |
| 9 | | | | | Employment and Flight Training Agreement dated 3/25/91<br>Plaintiff's Bates No. 0001-0010 |
| 10 | | | | | Letter from Patrick Major to Pete Steele dated 7/19/93 requesting that Major be Human Resources Director as well as flight officer.<br>Plaintiff's Bates No. 0045-0048 |
| 11 | | | | | Letter from Patrick Major to Ed Cook dated 8/30/93 declining the Falcon First Officer position<br>Plaintiff's Bates No. 0049-0050 |
| 12 | | | | | Letter from Patrick Major to David Basset dated 10/26/93 re: Human Resources function and enclosing proposal and agenda<br>Plaintiff's Bates No. 0061-0083 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 6

## PLAINTIFF'S EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc. | | | | | Case No. 00-6070-CIV-FERGUSON | |
|---|---|---|---|---|---|---|
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS | |
| 13 | | | | | Memo from Patrick Major to Ann Prochaska, Pete Steele, Irv Shumacher and Pam Rollins dated 11/23/93 re: proposed Implementation of human resources management function<br>Plaintiff's Bates No. 0084-0085 | |
| 14 | | | | | Letter from Patrick Major to David Bassett dated 1/13/94 regarding implementation of Human Resource Department asking for update<br>Plaintiff's Bates No. 0086 | |
| 15 | | | | | Letter from Patrick Major to Irv Shumacher dated 2/11/94 thanking him for consideration for human resources position<br>Plaintiff's Bates No. 0087 | |
| 16 | | | | | Letter from Patrick Major to Steele dated 9/22/94 re: Major's discontent with Amerijet's upgrade policy<br>Plaintiff's Bates No. 0090 | |
| 17 | | | | | Letter from Patrick Major to Pete Steele dated 9/29/94 re: meeting about upgrading flight crew, Major's concerns<br>Plaintiff's Bates No. 0091-0093 | |
| 18 | | | | | Letter from Patrick Major to Pete Steele dated 10/19/94 re: Major's discontent with not being approached for upgrade to first officer on Boeing<br>Plaintiff's Bates No. 0094-0095 | |
| 19 | | | | A<br>R, UP, H | Agenda for pilot meeting of 6/23/96<br>Plaintiff's Bates No. 0103 | |
| 20 | | | | R, UP, H, A | Major's outline of pilot meeting held 6/23/96<br>Plaintiff's Bates No. 0247-0248 | |
| 21 | | | | | Letter from Patrick Major to David Bassett dated 12/18/96 re: Major's discontent with management's attitude<br>Plaintiff's Bates No. 0106-0109 | |
| 22 | | | | | Notes of meeting on 2/11/97 with Ed Cook and Wayne Penny<br>Plaintiff's Bates No. 0249-0250 | |
| 23 | | | | | Memo to Major from Wayne Penny dated 2/20/97 enclosing the Voluntary Exit Incentive Agreement Proposal<br>Plaintiff's Bates No. 0112-0116 | |
| 24 | | | | | Letter from Patrick Major to Ed Cook dated 2/21/97 re: "weight and balance" calculations on two Amerijet aircraft<br>Plaintiff's Bates No. 0117-0121 | |
| 25 | | | | | Letter from David Bassett to Patrick Major dated 2/21/97 in response to Major's 12/18/96 letter regarding corporate culture at Amerijet<br>Plaintiff's Bates No. 0110-0111 | |
| 26 | | | | R, UP, H, A | Patrick Major's Notes of Pilot Meeting on 2/23/97<br>Plaintiff's Bates No. 0251-0252 | |
| 27 | | | | R, UP | Job Opportunity Bulletin for Captain and First Officer (4/2/98)<br>Plaintiff's Bates No. 0253 | |

## PLAINTIFF'S EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc. | | | | | Case No. 00-6070-CIV-FERGUSON | |
|---|---|---|---|---|---|---|
| PLF NO | DEF NO | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS | |
| 28 | | | | | Memo from Patrick Major to Ed Cook dated 4/30/98 regarding upgrade bid<br>Plaintiff's Bates No. 0136 | |
| 29 | | | | | Job Opportunity Bulletin for position of Captain in 5/98<br>Plaintiff's Bates No. 0137 | |
| 30 | | | | | Major's Notes from Annual Pilot's Meeting of 5/17/98<br>Plaintiff's Bates No. 0254-0257 | |
| 31 | | | | R, UP | Letter from Ed Cook to Patrick Major dated 5/20/98 awarding Major the bid to upgrade to Captain<br>Plaintiff's Bates No. 0138 | |
| 32 | | | | | Employment and Flight Training Agreement dated 6/1/98<br>Defendant's Bates No. 0214-0223 | |
| 33 | | | | R, UP, H, A | Patrick Major letter to Dave Bassett dated 6/18/98 enclosing Major's letter to Amerijet's Pilots regarding a union<br>Plaintiff's Bates No. 0139 | |
| 34 | | | | R, UP, H, A | Major's letter to Amerijet's Pilot regarding a union<br>Plaintiff's Bates No. 0140-0143 | |
| 35 | | | | | Pilot Simulator/Flight time Training for Major<br>Defendant's Bates No. 0288-0288 | |
| 36 | | | | | Pilot Instructor Recommendation dated 6/23/98 stating that oral was discontinued due to applicant's lack of knowledge<br>Defendant's Bates No. 0287 | |
| 37 | | | | | Major's notes from oral type rating with Barney Sonnen<br>Plaintiff's Bates No. 0258-0261 | |
| 38 | | | | | Transmittal dated 7/8/98 stating that Major was unprepared and untrained for type rating on B272 and that Pete Steele should have ascertained that Major was prepared for test<br>Defendant's Bates No. 0274 | |
| 39 | | | | | Draft of letter from John Roseborough to Ed Cook regarding Amerijet trend toward mediocrity in its pilot training/checking/upgrade program Major was unprepared for oral type rating exam and that this incident not an isolated incident.<br>Defendant's Bates No. 0275-0275 | |
| 40 | | | | | Letter from Pete Steele to Patrick Major dated 8/20/98 re: Major's type rating oral exam with the FAA<br>Plaintiff's Bates No. 0145; Defendant's Bates No. 0125 | |
| 41 | | | | | Letter/fax from Patrick Major to Pete Steele dated 8/21/98 re: Major's attempts to contact Tracy Dickinson to arrange second meeting about type rating oral exam with FAA<br>Defendant's Bates No. 0124; Plaintiff's Bates No. 0146 | |
| 42 | | | | | Letter/fax from Major to Pete Steele dated 8/25/98 regarding meeting with Pete Tracy and Major and the type rating oral exam<br>Plaintiff's Bates No. 0147-0148 | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 5

## PLAINTIFF'S EXHIBIT LIST

| | | | |
|---|---|---|---|
| Patrick Scott Major v. Amerijet International, Inc. | | Case No. 00-6070-CIV-FERGUSON | |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 79 | | | | O | Correspondence from FAA in response to FOIA requests |
| 80 | | | | H, UP, R | Letter from Patrick Major to FAA/John Roseborough dated 12/6/99 explaining the 8/17/99 matter in detail<br>Plaintiff's Bates No. 0214-0219 |
| 81 | | | | H, UP, R | Letter from FAA/John Roseborough to Patrick Major dated 12/21/99 advising that the FAA's investigation did not establish an FAA violation on Major's part<br>Plaintiff's Bates No. 0220 |
| 82 | | | | H, UP, R | EIR from FAA #2000S0170009 for Amerijet<br>Plaintiff's Deposition Exhibit No. 39 |
| 83 | | | | H, UP, R | Letter from Pete Steele to John Roseborough advising that after a complete investigation, Amerijet finds no infractions to the FARs as stated<br>Defendant's Bates No. 3546-3546 |
| 84 | | | | H, UP, R | FAA Notice of Proposed Civil Penalty<br>Defendant's Bates No. 0589-0596 |
| 85 | | | | H, UP, R | EIR from FAA #2000S0170011 for Brian Steele<br>Plaintiff's Deposition Exhibit No. 40 |
| 86 | | | | H, UP, R | Letter from John Roseborough to Brian Steele dated 11/10/99 regarding 8/17/99 flight<br>Plaintiff's Deposition Exhibit No. 22 |
| 87 | | | | H, UP, R | Letter from Brian Steele to John Roseborough giving his account of the 8/17/99 flight<br>Defendant's Bates No. 3547-3548 |
| 88 | | | | H, UP, R | Notice of Proposed Certificate Action from FAA to Brian Steele, proposing suspension of Brian Steele's pilot certificates for 60 days<br>Defendant's Bates No. 3539-3540 |
| 89 | | | | H, UP, R | EIR from FAA #2000S0170014 for Brett Wise<br>Plaintiff's Deposition Exhibit No. 41 |
| 90 | | | | H, UP, R | Letter from Brett Wise to John Roseborough giving his account of the 8/17/99 flight<br>Defendant's Bates No. 3549-3549 |
| 91 | | | | H, UP, R | Notice of Proposed Certificate Action from FAA to Brett Wise, proposing suspension of Brett Wise's pilot certificates for 15 days<br>Defendant's Bates No. 3541-3542 |
| 92 | | | | H, UP, R | Al Jorsey's letter to John Roseborough dated 11/15/99 regarding 8/17/99 flight<br>Plaintiff's Deposition Exhibit No. 10 and 25 |
| 93 | | | | H, UP, R | Letter from John Roseborough to Al Jorsey stating that the FAA's investigation did not establish a violation of the FAR on Al Jorsey's part<br>Defendant's Bates No. 3544-3544 |