UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6070-CIV-ZLOCH

PATRICK SCOTT MAJOR,

        Plaintiff,

vs.

AMERIJET INTERNATIONAL, INC.,

        Defendant.
_____/

**ORDER OF REFERRAL TO**
**UNITED STATES MAGISTRATE JUDGE**
      **LURANA S. SNOW**

Re: Defendant's Motion To Compel Plaintiff's Production Of Documents Duces Tecum and Defendant's Motion For Personnel Records

THIS MATTER is before the Court upon the Defendant, Amerijet International, Inc.'s Motion To Compel Plaintiff's Production Of Documents Duces Tecum (DE 212) and Defendant, Amerijet International, Inc.'s Motion For Personnel Records (DE 213). The Court having carefully reviewed said Motions and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that pursuant to the provisions of 28 U.S.C. § 636 and pursuant to Rule 1 of the Magistrate Rules for the United States District Court, Southern District of Florida, Defendant's aforementioned Motions (DE Nos. 212 and 213) be and the same are hereby referred to the United States Magistrate Judge for consideration and disposition, or Report and Recommendation as to disposition of said Motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _15th_ day of September, 2003.

                                        WILLIAM J. ZLOCH
                                        Chief United States District Judge

Copies furnished:
Susan Potter Norton, Esq.
Valerie Shea, Esq.

