UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



PATRICK SCOTT MAJOR,   :   CASE NO. 00-6070-Zloch
                                            Magistrate Judge Lurana S. Snow
    Plaintiff,   :
vs.   :

AMERIJET INTERNATIONAL, INC.,   :

    Defendant.   :
_____/

### PLAINTIFF, PATRICK SCOTT MAJOR'S, MOTION TO STRIKE LATE-FILED OBJECTIONS INCORPORATING MEMORANDUM OF LAW

Plaintiff, Patrick Scott Major, moves the Court for the entry of an order striking the notice of filing defendant's objections to plaintiff's exhibit list, which was hand-served on plaintiff's counsel on September 12, 2003[1], and as grounds states:

### THE OBJECTIONS ARE UNTIMELY

1. On May 30, 2003, the Court issued an order for pretrial conference, setting the conference for August 15, 2003. The order provided that a pretrial stipulation must be filed in Fort Lauderdale, Florida, on or before August 1, 2003. It further stated, "Except as otherwise modified herein, the parties must comply in full with Local Rule 16.1 of this Court."

2. Pursuant to Rule 16.1(E), a pretrial stipulation must contain certain components. One of those is each party's list of trial exhibits, "with objections, if any, to each exhibit,

---

[1] The issue of this notice of filing was briefly touched on at the Court's pretrial conference on September 12, 2003. In response to plaintiff raising the issue, Amerijet's counsel responded that the objections were permitted under the trial order up until the time of the pretrial conference. The Court indicated it would check the trial order and would **not** permit any late objections. The purpose of this motion, in part, is to call the Court's attention to the pertinent language of that order.

CASE NO. 00-6070-Zloch

including the basis of all objections to each document." Counsel are directed to use specific codes and concisely identify the basis for objection.

3. Although defendant filed numerous motions in early August seeking to postpone the pretrial conference, open discovery for limited stated purposes, amend witness and exhibit lists, etc., Amerijet did **not** seek any enlargement of the time within which to file objections to plaintiff's exhibit list. To the contrary, plaintiff's counsel took the lead in diligently preparing the pretrial stipulation and insuring its timely filing. There were numerous written communications between undersigned counsel's office and counsel for Amerijet. This culminated in correspondence from Amerijet's counsel dated July 29, 2003, which returned a signed pretrial stipulation to undersigned counsel and provided a copy of plaintiff's exhibit list with defendant's objections noted. (Exhibit A.)

4. Defendant's notice of filing objections on the date of the pretrial conference, which was itself postponed for wholly unrelated reasons raised by Amerijet, was unauthorized and is untimely.

## PLAINTIFF IS ENTITLED TO RELY ON THE TIMELY FILED OBJECTIONS

In its September 12, 2003, objections, Amerijet vastly expands the scope of its objections to plaintiff's exhibit list. Undersigned counsel, however, fully prepared for trial – which was scheduled to begin on any date after the pretrial conference – in reliance upon the state of the record. Plaintiff's counsel complied with the trial order – Amerijet did not. Permitting Amerijet's belated objections will not only prolong the trial and the evidentiary arguments attendant thereto, but will require significant additional trial preparation. Moreover, plaintiff

CASE NO. 00-6070-Zloch

may be prejudiced in his trial preparation because undersigned counsel has relied upon the fact that Amerijet objected to very few exhibits (as it did when the only previous stipulation was filed in February 2001). Amerijet's late notice is strictly a question of a new trial tactic, and it should not be countenanced.

## CONCLUSION

WHEREFORE, plaintiff, Patrick Scott Major, respectfully requests that the Court strike defendant, Amerijet's, September 12, 2003, notice of filing.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to **Susan Potter Norton, Esquire** and **Stephen P. Santiago, Esquire** at the address more fully set forth on the service list attached, this 16th day of September, 2003.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Telephone:   954-527-2800
Facsimile:   954-524-9481

By: _____
VALERIE SHEA
Florida Bar No. 436800
VShea@heinrichgordon.com
MARK R. BOYD
Florida Bar No. 217492
MBoyd@heinrichgordon.com

3

CASE NO. 00-6070-Zloch

## SERVICE LIST

**Susan Potter Norton, Esquire** and
**Dionne Wilson Blake**
Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
   Telephone:   (305) 445-7801
   Facsimile:   (305) 442-1578
Counsel for Defendant

Case 0:00-cv-06070-WJZ   Document 222   Entered on FLSD Docket 09/18/2003   Page 5 of 14

EXHIBIT A

ORLANDO OFFICE
201 SOUTH ORANGE AVENUE
SIGNATURE PLAZA, SUITE 900
ORLANDO, FL 32801-3405
407-843-0437
FACSIMILE 407-422-7368

TALLAHASSEE DOWNTOWN
906 NORTH MONROE STREET
SUITE 100
TALLAHASSEE, FL 32303-6141
850-561-3503
FACSIMILE 850-561-0332

REPLY TO   Coral Gables

LAW OFFICES

# ALLEN, NORTON & BLUE

PROFESSIONAL ASSOCIATION

121 MAJORCA AVE.
SUITE 300
CORAL GABLES, FL 33134-4508
305-445-7801
FACSIMILE 305-442-1578

TALLAHASSEE OFFICE
1669 MAHAN CENTER BLVD.
TALLAHASSEE, FL 32308-5484
850-942-8522
FACSIMILE 850-942-8524

TAMPA OFFICE
324 SOUTH HYDE PARK AVENUE
HYDE PARK PLAZA, SUITE 350
TAMPA, FL 33606-4127
813-251-1210
FACSIMILE 813-253-2006

July 29, 2003

*Via Overnight Mail*

Ms. Valerie Shea, Esq.
Heinrich, Gordon, Hargrove
   Weihe & James, P.A.
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394

      Re:    Major v. Amerijet International, Inc.
             Case No. 00-6070-CIV-Ferguson

Dear Ms. Shea:

    Enclosed please find the signed original Joint Pretrial Stipulation.  Also enclosed is a copy of Plaintiff's Exhibit List with Defendant's objections noted and copies of Defendant's Witness and Expert Witness List and Defendant's Exhibit List.  There are no changes to Defendant's Witness and Exhibit lists since the February, 2001 lists.

                      Sincerely,

                      Dionne Wilson Blake

DWB: sw
Enclosures

92094_1

AO 187 (Rev. 7/87) Exhibit and Witness List

United States District Court
Southern District of Florida

PATRICK SCOTT MAJOR

    Plaintiff,

    v.

AMERIJET INTERNATIONAL, INC.

    Defendant.

Case No. 00-6070-CIV-FERGUSON

PLAINTIFF'S EXHIBIT LIST

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY Valerie Shea, Esq. | | DEFENDANT'S ATTORNEY Susan Potter Norton, Esq. |
|---|---|---|---|---|---|
| TRIAL DATE(S) | | | COURT REPORTER | | COURTROOM DEPUTY |

| PLF NO | DEF NO. | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | Entire Personnel File for Patrick Major<br>Defendant's Bates No. 0000–0304 |
| 2 | | | | | Proficiency Report dated 7/4/97 on Patrick Major signed by Brewer<br>Plaintiff's Bates No. 0128 |
| 3 | | | | | Proficiency Report dated 7/16/97 on Patrick Major signed by Brewer<br>Plaintiff's Bates No. 0129 |
| 4 | | | | | Proficiency Report dated 11/18/97 on Patrick Major signed by Derry Huff<br>Plaintiff's Bates No. 0130–0131; Defendant's Bates No. 0262–0262 |
| 5 | | | | | Proficiency Report dated 7/25/97 on Patrick Major<br>Plaintiff's Bates No. 0132–0133 |
| 6 | | | | | Proficiency Report dated 1/5/98 on Patrick Major signed by Al Jorsey<br>Plaintiff's Bates No. 0194 |
| 7 | | | | | Patrick Major's Proficiency Report dated 6/8/99 signed by Brian Steele<br>Defendant's Bates No. 0253–0255 |
| 8 | | | | | Patrick Major's Training Records<br>Defendant's Bates No. 3561-3642 |
| 9 | | | | | Employment and Flight Training Agreement dated 3/25/91<br>Plaintiff's Bates No. 0001-0010 |
| 10 | | | | R, UP, H | Letter from Patrick Major to Pete Steele dated 7/19/93 requesting that Major be Human Resources Director as well as flight officer.<br>Plaintiff's Bates No. 0045-0048 |
| 11 | | | | | Letter from Patrick Major to Ed Cook dated 8/30/93 declining the Falcon First Officer position<br>Plaintiff's Bates No. 0049-0050 |
| 12 | | | | R, UP, H | Letter from Patrick Major to David Basset dated 10/26/93 re: Human Resources function and enclosing proposal and agenda<br>Plaintiff's Bates No. 0061-0083 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 8


EXHIBIT A

## PLAINTIFF'S EXHIBIT LIST

Patrick Scott Major v. Amerijet International, Inc.     Case No. 00-6070-CIV-FERGUSON

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 13 | | | | R, UP, H | Memo from Patrick Major to Ann Prochaska, Pete Steele, Irv Shumacher and Pam Rollins dated 11/23/93 re: proposed Implementation of human resources management function  Plaintiff's Bates No. 0084-0085 |
| 14 | | | | R, UP, H | Letter from Patrick Major to David Bassett dated 1/13/94 regarding implementation of Human Resource Department asking for update  Plaintiff's Bates No. 0086 |
| 15 | | | | R, UP, H | Letter from Patrick Major to Irv Shumacher dated 2/11/94 thanking him for consideration for human resources position  Plaintiff's Bates No. 0087 |
| 16 | | | | | Letter from Patrick Major to Steele dated 9/22/94 re: Major's discontent with Amerijet's upgrade policy  Plaintiff's Bates No. 0090 |
| 17 | | | | | Letter from Patrick Major to Pete Steele dated 9/29/94 re: meeting about upgrading flight crew, Major's concerns  Plaintiff's Bates No. 0091-0093 |
| 18 | | | | | Letter from Patrick Major to Pete Steele dated 10/19/94 re: Major's discontent with not being approached for upgrade to first officer on Boeing  Plaintiff's Bates No. 0094-0095 |
| 19 | | | | A  R, UP, H | Agenda for pilot meeting of 6/23/96  Plaintiff's Bates No. 0103 |
| 20 | | | | R, UP, H, A | Major's outline of pilot meeting held 6/23/96  Plaintiff's Bates No. 0247-0248 |
| 21 | | | | | Letter from Patrick Major to David Bassett dated 12/18/96 re: Major's discontent with management's attitude  Plaintiff's Bates No. 0106-0109 |
| 22 | | | | R, UP, H, A | Notes of meeting on 2/11/97 with Ed Cook and Wayne Penny  Plaintiff's Bates No. 0249-0250 |
| 23 | | | | | Memo to Major from Wayne Penny dated 2/20/97 enclosing the Voluntary Exit Incentive Agreement Proposal  Plaintiff's Bates No. 0112-0116 |
| 24 | | | | R, UP, H, A | Letter from Patrick Major to Ed Cook dated 2/21/97 re: "weight and balance" calculations on two Amerijet aircraft  Plaintiff's Bates No. 0117-0121 |
| 25 | | | | | Letter from David Bassett to Patrick Major dated 2/21/97 in response to Major's 12/18/96 letter regarding corporate culture at Amerijet  Plaintiff's Bates No. 0110-0111 |
| 26 | | | | R, UP, H, A | Patrick Major's Notes of Pilot Meeting on 2/23/97  Plaintiff's Bates No. 0251-0252 |
| 27 | | | | R, UP | Job Opportunity Bulletin for Captain and First Officer (4/2/98)  Plaintiff's Bates No. 0253 |

## PLAINTIFF'S EXHIBIT LIST

Patrick Scott Major v. Amerijet International, Inc.    Case No. 00-6070-CIV-FERGUSON

| PLF NO | DEF NO | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 28 | | | | | Memo from Patrick Major to Ed Cook dated 4/30/98 regarding upgrade bid<br>Plaintiff's Bates No. 0136 |
| 29 | | | | R, UP | Job Opportunity Bulletin for position of Captain in 5/98<br>Plaintiff's Bates No. 0137 |
| 30 | | | | R, UP, H, A | Major's Notes from Annual Pilot's Meeting of 5/17/98<br>Plaintiff's Bates No. 0254-0257 |
| 31 | | | | R, UP | Letter from Ed Cook to Patrick Major dated 5/20/98 awarding Major the bid to upgrade to Captain<br>Plaintiff's Bates No. 0138 |
| 32 | | | | | Employment and Flight Training Agreement dated 6/1/98<br>Defendant's Bates No. 0214-0223 |
| 33 | | | | R, UP, H, A | Patrick Major letter to Dave Bassett dated 6/18/98 enclosing Major's letter to Amerijet's Pilots regarding a union<br>Plaintiff's Bates No. 0139 |
| 34 | | | | R, UP, H, A | Major's letter to Amerijet's Pilot regarding a union<br>Plaintiff's Bates No. 0140-0143 |
| 35 | | | | | Pilot Simulator/Flight time Training for Major<br>Defendant's Bates No. 0288-0288 |
| 36 | | | | | Pilot Instructor Recommendation dated 6/23/98 stating that oral was discontinued due to applicant's lack of knowledge<br>Defendant's Bates No. 0287 |
| 37 | | | | R, UP, H, A | Major's notes from oral type rating with Barney Sonnen<br>Plaintiff's Bates No. 0258-0261 |
| 38 | | | | | Transmittal dated 7/8/98 stating that Major was unprepared and untrained for type rating on B272 and that Pete Steele should have ascertained that Major was prepared for test<br>Defendant's Bates No. 0274 |
| 39 | | | | | Draft of letter from John Roseborough to Ed Cook regarding Amerijet's trend toward mediocrity in its pilot training/checking/upgrade program. Major was unprepared for oral type rating exam and that this incident is not an isolated incident.<br>Defendant's Bates No. 0275-0275 |
| 40 | | | | | Letter from Pete Steele to Patrick Major dated 8/20/98 re: Major's type rating oral exam with the FAA<br>Plaintiff's Bates No. 0145; Defendant's Bates No. 0125 |
| 41 | | | | | Letter/fax from Patrick Major to Pete Steele dated 8/21/98 re: Major's attempts to contact Tracy Dickinson to arrange second meeting about type rating oral exam with FAA<br>Defendant's Bates No. 0124; Plaintiff's Bates No. 0146 |
| 42 | | | | | Letter/fax from Major to Pete Steele dated 8/25/98 regarding meeting with Pete Tracy and Major and the type rating oral exam<br>Plaintiff's Bates No. 0147-0148 |

## PLAINTIFF'S EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc. | | | | | Case No. 00-6070-CIV-FERGUSON |
|---|---|---|---|---|---|

| PLF NO | DEF NO. | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 43 | | | | | Letter from Major to Pete Steele dated 12/15/98 in response to 11/6/98 addressing back pay and promotion<br>Plaintiff's Bates No. 0156–0157 |
| 44 | | | | | Letter from Patrick Major to Pete Steele dated 9/11/98 outlining Ed Cook's efforts to eliminate Major's employment<br>Plaintiff's Bates No. 0149-0154 |
| 45 | | | | | Letter from Pete Steele to Patrick Major dated 11/6/98 as a follow up to 9/11/98 letter and subsequent 10/22/98 meeting denying request for back pay<br>Plaintiff's Bates No. 0155; Defendant's Bates No. 0081 |
| 46 | | | | R, UP, H, A | Patrick Major's Notes of meeting on 12/16/98 with Pete Steele<br>Plaintiff's Bates No. 0267-0273 |
| 47 | | | | | Letter/fax from Patrick Major to David Bassett dated 2/2/99 stating that nearly 2 months have passed since they discussed problems encumbering Major's success at Amerijet<br>Plaintiff's Bates No. 0162 |
| 48 | | | | | Letter from David Bassett to Patrick Major dated 2/5/99 advising Major that he will not make Captain at Amerijet<br>Defendant's Bates No. 0070 |
| 48 | | | | | Letter from David Bassett to Major dated 2/5/99 advising Patrick Major that he will not make Captain at Amerijet<br>Plaintiff's Bates No. 0158 |
| 49 | | | | | Letter from Patrick Major to David Bassett dated 2/21/99 in response to 2/5/99 letter outlining ongoing problems with Major and Amerijet<br>Plaintiff's Bates No. 0159-0161 |
| 50 | | | | R, UP, H | Fax/e-mail from Patrick Major to Derry Huff, re: Captain bid<br>Plaintiff's Bates No. 0176-0176 |
| 51 | | | | R, UP | Patrick Major's Upgrade Bid Sheet<br>Plaintiff's Bates No. 0166-0166 |
| 52 | | | | R, UP, H, A | Case information regarding Timothy J. Green and Shari Green v. Butch Gretchen<br>Plaintiff's Deposition Exhibit No. 21 |
| 53 | | | | | Memo from Derry Huff to Juan Morales dated 4/26/99 regarding meeting with Patrick Major on 4/23/99 re: stalking<br>Defendant's Bates No. 0067 |
| 54 | | | | | Job Opportunity Bulletin for upgrade to Captain<br>Defendant's Bates No. 0308; Plaintiff's Bates No. 0163 |
| 55 | | | | | Simulator/Aircraft Training<br>Defendant's Bates No. 0289-0291 |
| 56 | | | | | Crewmember Training Record/Certification for Patrick Major (blank)<br>Defendant's Bates No. 0283-0284 |
| 57 | | | | | Termination letter of Patrick Major 8/30/99<br>Defendant's Bates No. 0309 |

## PLAINTIFF'S EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| Patrick Scott Major v. Amerijet International, Inc. | | | | Case No. 00-6070-CIV-FERGUSON | |

| PLF NO. | DEF NO | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 58 | | | | | Personnel Action Forms and email regarding Major's termination<br>Defendant's Bates No. 0131-0134 |
| 59 | | | | | Transcript of Termination Meeting dated 9/1/99<br>Plaintiff's Deposition Exhibit No. 7 |
| 60 | | | | | Tape of Termination Meeting |
| 61 | | | | R, UP, H, A | Charge of Discrimination dated 3/25/97 for charge #150972119 along with correspondence<br>Plaintiff's Bates No. 0206-0208 |
| 62 | | | | R, UP, H | File from EEOC for Charge Number 150991713 dated 2/11/99 |
| 63 | | | | | Amerijet's 401(k) Summary Annual Report and Insurance Benefits for Patrick Major<br>Defendant's Bates No. 3491-3499 |
| 64 | | | | | Patrick Major's Income Tax Returns<br>Plaintiff's Bates No. 0274-0326 |
| 65 | | | | R, UP, H, A | Letters and Resumes re: Patrick Major's search for employment<br>Plaintiff's Bates No. 0533-0829 |
| 66 | | | | R, H, A | Meteorological records for 6/8/99 and 8/17/99 |
| 67 | | | | | Airplane Performance Limitations for B272=200<br>Plaintiff's Deposition Exhibit No. 2 |
| 68 | | | | | Maintenance logs for Flight 832 6/18/99 and Flight 827 8/17/99<br>Defendant's Bates No. 0310-0312 |
| 69 | | | | | Weight and balance forms<br>Defendant's Bates No. 0313-0314 |
| 70 | | | | | Amerijet's Runway Analysis Description<br>Plaintiff's Deposition Exhibit No. 12 |
| 71 | | | | R, UP, H, A | Letter from Patrick Major to Derry Huff dated 6/14/99 regarding the 6/8/99 flight<br>Plaintiff's Bates No. 0177-0181; Defendant's Bates No. 0062-0066 |
| 72 | | | | R, UP, H, A | Letter from Patrick Major to Derry Huff dated 6/17/99 regarding 6/8/99 flight addendum<br>Plaintiff's Bates No. 0182-0186; Defendant's Bates No. 0058-0061 |
| 73 | | | | | Ft. Lauderdale Ground Controller Transcripts for 8/17/99 flight<br>Plaintiff's Deposition Exhibit No. 63 |
| 74 | | | | | Line Check Flight Report for 8/17/99 flight<br>Plaintiff's Deposition Exhibit No. 61 |
| 75 | | | | | Letter/fax from Patrick Major to David Bassett dated 8/25/99 regarding the NASA ASRS report<br>Plaintiff's Bates No. 0193 |
| 76 | | | | | Major's Report to NASA regarding 8/17/99 incident<br>Defendant's Bates No. 0052-0057 |
| 77 | | | | | Tower Tapes for 6/8/99 flight |
| 78 | | | | | Tower Tapes for 8/17/99 flight |

## PLAINTIFF'S EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc. | | | | | Case No. 00-6070-CIV-FERGUSON | |
|---|---|---|---|---|---|---|
| PLF NO. | DEF NO. | DATE OFFERED | MARKED | DEF'S Objections | | DESCRIPTION OF EXHIBITS |
| 79 | | | | | | Correspondence from FAA in response to FOIA requests |
| 80 | | | | | | Letter from Patrick Major to FAA/John Roseborough dated 12/6/99 explaining the 8/17/99 matter in detail<br>Plaintiff's Bates No. 0214-0219 |
| 81 | | | | | | Letter from FAA/John Roseborough to Patrick Major dated 12/21/99 advising that the FAA's investigation did not establish an FAA violation on Major's part<br>Plaintiff's Bates No. 0220 |
| 82 | | | | | | EIR from FAA #2000S0170009 for Amerijet<br>Plaintiff's Deposition Exhibit No. 39 |
| 83 | | | | | | Letter from Pete Steele to John Roseborough advising that after a complete investigation, Amerijet finds no infractions to the FARs as stated<br>Defendant's Bates No. 3546-3546 |
| 84 | | | | | | FAA Notice of Proposed Civil Penalty<br>Defendant's Bates No. 0589-0596 |
| 85 | | | | | | EIR from FAA #2000S0170011 for Brian Steele<br>Plaintiff's Deposition Exhibit No. 40 |
| 86 | | | | | | Letter from John Roseborough to Brian Steele dated 11/10/99 regarding 8/17/99 flight<br>Plaintiff's Deposition Exhibit No. 22 |
| 87 | | | | | | Letter from Brian Steele to John Roseborough giving his account of the 8/17/99 flight<br>Defendant's Bates No. 3547-3548 |
| 88 | | | | | | Notice of Proposed Certificate Action from FAA to Brian Steele, proposing suspension of Brian Steele's pilot certificates for 60 days<br>Defendant's Bates No. 3539-3540 |
| 89 | | | | | | EIR from FAA #2000S0170014 for Brett Wise<br>Plaintiff's Deposition Exhibit No. 41 |
| 90 | | | | | | Letter from Brett Wise to John Roseborough giving his account of the 8/17/99 flight<br>Defendant's Bates No. 3549-3549 |
| 91 | | | | | | Notice of Proposed Certificate Action from FAA to Brett Wise, proposing suspension of Brett Wise's pilot certificates for 15 days<br>Defendant's Bates No. 3541-3542 |
| 92 | | | | | | Al Jorsey's letter to John Roseborough dated 11/15/99 regarding 8/17/99 flight<br>Plaintiff's Deposition Exhibit No. 10 and 25 |
| 93 | | | | | | Letter from John Roseborough to Al Jorsey stating that the FAA's investigation did not establish a violation of the FAR on Al Jorsey's part<br>Defendant's Bates No. 3544-3544 |

## PLAINTIFF'S EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc. | | | | | Case No. 00-6070-CIV-FERGUSON | |
|---|---|---|---|---|---|---|
| PLF NO | DEF NO | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS | |
| 94 | | | | | Letter from John Roseborough to Pete Steele requesting that Al Jorsey's Check Airman letter of authority be returned due to the fact that Al Jorsey the subject of a violation investigation<br>Defendant's Bates No. 3545-3545 | |
| 95 | | | | | Letter Roseborough to Pete Steel 10/28/99<br>Defendant's Bates No. 2123 | |
| 96 | | | | | Letter from John Roseborough of FAA to Peter Steele advising that the FAA's investigation did not establish a violation of the FAR on Pete Steele's part<br>Defendant's Bates No. 3524-3524 | |
| 97 | | | | | Excerpt of General Operations Manual qualifications for Captain and Crewmembers Responsibilities<br>Defendant's Bates No. 0305-0306 | |
| 98 | | | | R, UP | 1999 Crewmember Seniority Lists<br>Plaintiff's Bates No. 00164-00168 | |
| 99 | | | | | Crew member seniority list for 2000<br>Defendant's Bates No. 2124-2125 | |
| 99 | | | | | Amerijet Crewmember Seniority Lists for 2000<br>Defendant's Bates No. 3017-3021 | |
| 100 | | | | | List of employees upgraded to Captain<br>Defendant's Bates No. 0315 | |
| 101 | | | | | List of outside people hired to be Captain<br>Defendant's Bates No. 0316 | |
| 102 | | | | R, UP | Memo from Ed Cook to All Crewmembers dated 8/5/98 giving list of crewmembers awarded upgrade bids<br>Plaintiff's Bates No. 0144 | |
| 103 | | | | R, UP, A | Charts of Captains upgraded or hired between 1/1/96 and 9/1/99 | |
| 104 | | | | | Derry Huff's Training Records<br>Defendant's Bates No. 0341-0353 | |
| 105 | | | | | John Washington's Training Records<br>Defendant's Bates No. 0367-0379 | |
| 106 | | | | | Personnel file of Tracey Dickinson<br>Defendant's Bates No. 2487-2564 | |
| 107 | | | | | Personnel file of Tim Green<br>Defendant's Bates No. 0598-0976 | |
| 108 | | | | | Personnel file of Derry Huff<br>Defendant's Bates No. 2282-2486 | |
| 109 | | | | R | Federal Aviation Regulations | |
| 110 | | | | | Portions of Operations Manual re: Crewmembers' Responsibilities; Flight Control, Release and Planning; and Checklists and Wing Flaps<br>Plaintiff's Deposition Exhibit No. 18 | |
| 111 | | | | | Excerpts of Performance Manual, re: Flight Planning<br>Plaintiff's Deposition Exhibit No. 13 | |

## PLAINTIFF'S EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc. | | | | | Case No. 00-6070-CIV-FERGUSON |
|---|---|---|---|---|---|
| PLF NO | DEF NO. | DATE OFFERED | MARKED | DEF'S Objections | DESCRIPTION OF EXHIBITS |
| 112 | | | | | General Operations Manual: Operations Specifications: Table of Contents: Part B - En-Route Authorizations, Limitations, and Procedures; Using Area Navigation Systems<br>Defendant's Bates No. 3553-3560 |
| 113 | | | | | Amerijet Training Program Manual |
| 114 | | | | R, UP, H, A | U.S. Airlines Salary Survey and Career Earnings Comparison Third Edition<br>Plaintiff's Bates No. 0385-0532 |
| 115 | | | | | Jim Gilbert's Curriculum Vitae |
| 116 | | | | | Jim Gilbert's Report |
| 117 | | | | | All documents, reports, charts, graphs relied upon by Jim Gilbert in formulating his opinions |
| 118 | | | | | Jose Pagan's Curriculum Vitae |
| 119 | | | | | Jose Pagan's Report |
| 120 | | | | | All documents, reports, regulations, charts, graphs relied upon by Jose Pagan in formulating his opinions |
| 121 | | | | | Letter dated 10/12/00 from Allen, Norton & Blue to Paul Repp enclosing documents<br>Plaintiff's Deposition Exhibit No. 54 |
| 122 | | | | R, UP, H | Letter from Valerie Shea to Susan Norton dated 11/10/00 regarding documents not produced and 30(b)(6) deposition<br>Plaintiff's Deposition Exhibit No. 8 |
| 123 | | | | R, UP, H | Letter from Valerie Shea to Stephen Santiago dated 12/22/00 regarding portions of manuals and documents referred to in Derry Huff's deposition<br>Plaintiff's Deposition Exhibit No. 9 |
| 124 | | | | | Paul Repp's Report and CV<br>Plaintiff's Deposition Exhibit No. 62 |
| 125 | | | | | Letter from FAA to Amerijet dated 11/9/01 advising that it is withdrawing the Notice of Proposed Civil Penalty |
| 126 | | | | | Letter from FAA to Brian Steele dated 11/9/01 advising that it is withdrawing the Notice of Proposed Certification Action |
| 127 | | | | | Excerpts of deposition of Tracey Dickenson |
| 128 | | | | | Excerpts of deposition of John Roseborough |
| 129 | | | | | Excerpts of deposition of John Washington |
| 130 | | | | | Defendant's answers to interrogatories |
| 131 | | | | | Defendant's Responses to Discovery |
| 132 | | | | | All demonstrative evidence and aids |
| 133 | | | | | All rebuttal documents |
| 134 | | | | | All impeachment documents |