UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR,                   :          CASE NO.  00-6070-Zloch
                                                  Magistrate Judge Lurana S. Snow
    Plaintiff,                     :

vs.                                    :

AMERIJET INTERNATIONAL, INC.,          :

    Defendant.                     :

_____/

### PLAINTIFF'S
### NOTICE OF FILING

    Plaintiff, Patrick Scott Major, by and through his undersigned counsel, hereby gives notice of filing the deposition transcript of Jose Pagan taken September 5, 2003, in support of plaintiff's response in opposition to Defendant's Motion in Limine to Exclude Evidence of the Federal Aviation Administration's Interim Findings/Reports of Flight 827 and Memorandum of Law in Support Thereof served September 11, 2003.

    I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to **Susan Potter Norton, Esquire** and **Dionne Wilson Blake, Esquire** at the address more fully set forth on the service list attached, this 17th day of September, 2003.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida  33394
Telephone:    954-527-2800
Facsimile:    954-524-9481


By:    VALERIE SHEA
    VALERIE SHEA
    Florida Bar No.  436800
    VShea@heinrichgordon.com
    MARK R. BOYD
    Florida Bar No. 217492
    MBoyd@heinrichgordon.com



## **SERVICE LIST**

**Susan Potter Norton, Esquire** and
**Dionne Wilson Blake**
Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, FL  33134
   Telephone: (305) 445-7801
   Facsimile: (305) 442-1578
Counsel for Defendant

# In The Matter Of:

*Major    v.*
*Amerijet International*

---

*Jose Pagan*
*Vol. 1, September 5, 2003*

---

*Friedman, Lombardi & Olson*
*19 W. Flagler St., Suite 924*
*Miami, FL  33130*
*(305) 371-6677*

*Original File jp090503, 113 Pages*
*Min-U-Script® File ID: 1963215546*

# Word Index included with this Min-U-Script®

Page 1

[1]       UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
[2]       FORT LAUDERDALE DIVISION

[3]

          CASE NO. 00-6070-CIV-ZLOCH
[4]       Magistrate Judge Snow

[5]

[6]   PATRICK SCOTT MAJOR,
[7]       Plaintiff,

[8] v.

[9]   AMERIJET INTERNATIONAL, INC.
          Defendant.

[10]

[12]

[13]

          One East Broward Boulevard
[14]      Suite 700
          Fort Lauderdale, Florida
[15]      Friday, September 5, 2003
          10.05 a.m. - 1.20 p.m.
[16]

[17]

[18]

[19]

          DEPOSITION OF JOSE PAGAN
[20]

[21]      Taken before Sally Peters, RPR and Notary
[22] Public in and for the State of Florida at large,
[23] pursuant to Notice of Taking Deposition issued herein
[24] and stipulation of counsel.
[25]

Page 2

[1] APPEARANCES:

[2] HEINRICH, GORDON, HARGROVE, WEIHE & JAMES, P.A.

        BY: VALERIE SHEA, ESQ.

[3]     Attorneys for Plaintiff.

[4] ALLEN, NORTON & BLUE, P.A.

        BY: SUSAN POTTER NORTON, ESQ.

[5]     Attorneys for Defendant.

[6]

[7]          INDEX

[8] Witness   Direct   Cross   Redirect   Recross

[9] JOSE PAGAN

[10] Ms. Norton   4 ---   ---   ---

     Ms. Shea    --- ---   ---   ---

[11]

[12]         EXHIBITS

[13] Defendant's Exhs.    Description    Page No.

     for Id.

[14]

     1    Notice and subpoena        15
[15] 2    Report               17

     3    CV                 18

[16] 4    Department of Commerce doc.   91

     5    Report for date 8/17/99      91
[17] 6    Report for date 8/17/99      91

     7    Report for date 8/17/99      91

[18] 8    Document dated 2/16/00      93

     9    Document dated 2/14/00      95

[19] 9A   Depo of Paul Repp         96

     10   Termination meeting, 9/1/99   96
[20] 11   Document dated 5/8/95       98

     12   Letter of 9/2/03       98
[21] 13   Letter of 12/20/00        99

     14   Letter of 11/15/00        99
[22] 15   Letter of 2/19/01         99

     16   Letter of 1/17/01         99
[23] 17   Letter of 10/31/00        99

     18   Letter of 4/10/00        100
[24] 19   Letter of 1/25/01        100

     20   Letter of 1/23/01        100
[25] 21   Letter of 1/16/01        100

Page 3

EXHIBITS

| Defendant's Exhs | Description | Page No |
| --- | --- | --- |
| for Id | | |
| 22 | Letter of 1/7/02 | 100 |
| 23 | Letter of 3/18/02 | 100 |
| 24 | Report | 101 |
| 25 | Report | 101 |
| 26 | Incident description | 102 |
| 27 | Incident description | 102 |
| 28 | Letter of 11/10/00 | 102 |
| 29 | Letter of 12/22/00 | 102 |
| 30 | Letter of 11 15/99 | 102 |
| 31 | Letter of 11 18/99 | 102 |
| 32 | Runway Analysis Description | 103 |
| 33 | Introduction | 103 |
| 34 | Proficiency Report | 103 |
| 35 | Document dated 6/8/99 | 103 |
| 36 | Memo of 6/17/99 | 104 |
| 37 | Document dated 10/01/94 | 104 |
| 38 | Proficiency Report | 104 |
| 39 | Memo of 4/26/99 | 105 |
| 40 | Green case | 105 |
| 41 | Letter of 11/10/99 | 106 |
| 42 | Letter of 11/20/99 | 106 |
| 43 | Information, Penalta | 106 |
| 44 | Memo of 6/14/99 | 106 |
| 45 | Withdrawal | 107 |

Page 4

THEREUPON

**JOSE PAGAN**

was called as a witness and, after having been first duly sworn, was examined and testified on his oath as follows:

**DIRECT EXAMINATION**
**BY MS. NORTON:**

Q: Good morning. Obviously I introduced myself off the record. Just so the record is clear, I am Susan Norton and I represent the Defendant Amerijet. It is my understanding that, based upon reports that have been provided us, that you have been retained by the Plaintiff Major as an expert in this particular case, correct?

A: Correct.

Q: Would you just give me your business address and phone number?

A: My address is 1501 Southeast 15th Street, Suite 2-4 in Fort Lauderdale, 33316.

Q: Okay –

A: And the phone number is 954-629-3105.

Q: Thank you. I will try not to interrupt you. I apologize.

A: That's okay.

Q: Have you been deposed before?

Page 5

A: Yes.

Q: Have you been deposed in connection with your business as opposed to a personal matter?

A: Yes, business.

Q: Would you tell me what cases you have been deposed in?

A: I have a list of them for you.

Q: May I see that?

A: Not deposed for all of them.

Q: You have provided me one, two, three, four cases?

A: Yes, ma'am.

Q: In any of these cases, were you called as a witness at trial?

A: Yes. Peachie.

**MS. SHEA:** Peachie.

A: Tianvan.

Q: Is that the only one that you have actually testified in court?

A: I appeared in court in others, but I didn't have to – was not up on the stand. In civil cases I have done several cases as an inspector where I was.

Q: That was in conjunction with the FAA?

A: Yes.

Q: Let's take the FAA cases first. In any of

Page 6

[1] those cases, were you qualified or not qualified as an
[2] expert? Did it reach the court's decision?

[3]    **A:** I was qualified in all the cases.

[4]    **Q:** Do you have a list of those cases?

[5]    **A:** No, I do not.

[6]    **Q:** In the Planet Airways versus Mr. Frank
[7] Barber, do you remember what the issue was in that
[8] case?

[9]    **A:** It was a - of Planet Airways, it was a
[10] whistle blower case.

[11]    **Q:** Brought by whom?

[12]    **A.** By Mr -

[13]       Barber, I guess?

[14]    **A:** Mr Barber, right.

       **Q:** What was his position with Planet Airways?

[16]    **A:** He was director of operations.

       **Q:** Was he also a pilot?

[18]    **A:** He was a pilot.

[19]    **Q:** Do you remember the basis for which the
[20] company claimed he was discharged?

[21]    **A:** No, I don't remember.

[22]    **Q:** Were you asked to give a written opinion in
[23] that case?

[24]    **A:** No

[25]    **Q:** Did you give a verbal opinion in that case?

Page 7

[1]    **A:** Yes.

[2]    **Q:** What was your opinion?

[3]    **A:** It was that his performance, he was abusive
[4] to his employees. He was actually not doing his job.
[5] That's why he was discharged.

[6]    **Q:** Okay And who did you represent; who were
[7] you?

[8]    **A:** Planet Airways.

[9]    **Q:** You testified that he was not doing his job.
[10] Did that involve your knowledge as an FAA inspector or
[11] your history as an FAA inspector?

[12]    **A:** Yes.

[13]    **Q:** What aspect of his job was he not
[14] performing?

[15]    **A:** Let me see. I am just speaking now from the
[16] top of my head. That was a little while back.
[17] Basically he was interacting with the FAA inspector
[18] inappropriately. There is a behavior that is expected
[19] from the FAA inspector and an airline, and that's in
[20] ethics, conduct. And so the behavior was
[21] inappropriate both in the FAA side and on Mr. Barber's
[22] side.

[23]    **Q:** And what aspect, what part of the FAA was
[24] that? Was it operations? Was it maintenance? Who
[25] was he interacting with?

Page 8

[1]    **A:** Within operations.

[2]    **Q:** Do you remember who at the FAA?

[3]    **A:** No, I can't.

[4]    **Q:** Were there any aspects of his performance
[5] with Planet Airways, other than his interaction with
[6] the FAA, that you were asked for an expert opinion on?

[7]    **A:** I can't remember. I'm sorry. I just can't
[8] remember that far back.

[9]    **Q:** Was he also a pilot?

[10]    **A:** Yes.

[11]    **Q:** Were you asked to or did you provide any
[12] testimony as to his qualifications as a pilot?

[13]    **A:** No. He was actually acting as a director of
[14] operations, so in terms, that was his job which is a
[15] little different than being a line pilot. It's a DO.

[16]    **Q:** What is the difference in being a line pilot
[17] and being a DO?

[18]    **A:** Well, the director of operations certainly
[19] may fly, but by and large is more of an administrative
[20] function of running the operations of the airline, and
[21] in some airlines the DO shares several duties.
[22] Sometimes you can find a DO to be, you know, to be
[23] several other things. One of the things is that the
[24] DO is one of the jobs that is covered under 11965,
[25] which is unlike the director of operations, the

Page 9

[1] director of maintenance, chief inspector and so forth,
[2] covered under 11965, very regulated as opposed to line
[3] pilot, a little different.

[4]    **Q:** Kind of like a hospital administrator
[5] doesn't need to be a surgeon?

[6]    **A:** No, actually not. The DO has to be a pilot.

[7]    **Q:** Okay. What aspect of his job requires that
[8] he be a pilot, just the regs?

[9]    **A:** Yes. 11965 explains the regulations, that
[10] is what he has to have, the time that he needs to have
[11] in his actual experience in terms of months, and he
[12] has had to serve with another airline for a certain
[13] period of time in a certain capacity and so forth.
[14] There are lots of things. Try not to memorize them.
[15] Gets me into trouble when I try to.

[16]    **Q:** Can those job duties be split between two or
[17] more people or can there only be one DO?

[18]    **A:** There is only one DO. Airline has one DO,
[19] one chief pilot.

[20]    **Q:** How about in Lewis and Associates? I'm
[21] sorry. Let me back up. What was the outcome of the
[22] case in Planet Airways? Has it been resolved?

[23]    **A:** It's been resolved and in appeal, and the
[24] appeal is now waiting for a judgment on it now.

[25]    **Q:** Who appealed, who won or who appealed?

Page 10

A: The airline won. Mr. Barber appealed.

Q: And how about the Department of Transportation versus Peachie Tianvan, T-i-a-n-v-a-n, who did you represent?

A: I represented Mrs. Peachie.

Q: What was her claim?

A: She had an aircraft, she flew an airplane. It was a two engine aircraft. I can't remember what it was, but there was a question as to the weight balance, the weight and balance of the airplane. Weight, one, I believe, the weight and balance a different issue. One was the claim that the airplane was overweight. Other one that was out of weight and balance. It was out of the balance.

Q: And she was the pilot?

A: She was the pilot and four people died in the accident. She was the only survivor, and the agency did an accident investigation and claimed that that was the actual issue. They asked me to do an accident investigation. I did an accident investigation, and I found that there was an actual problem with the engine, and that the weight and balance could really not be determined and that the airplane was actually not overweight. So those were my findings.

Page 11

Q: And what type of airplane was it?

A: It was – I can't remember. It was to a two engine airplane. It was a general aviation airplane, for lack of a better word. It was not a turbo jet or any of that stuff.

Q: Was it subject to 121?

A: No, no. It was not subject to 135 or 121. It was a private enterprise.

Q: Has that matter been resolved?

A: That matter has been resolved and it's appealed.

Q: And who appealed?

A: She did.

Q: Okay. Now that case, you indicated you did provide testimony?

A: Yes, I did.

Q: In court?

A: Yes.

Q: The date on this is February 2003. Is that approximately the date of the trial or the date –

A: Yes, approximately the date of the trial.

Q: Was it federal or state court?

A: It was a DOT judge.

Q: So it was an administrative procedure?

A: Is that what it is, administrative

Page 12

procedure?

Q: Do you have any documents with you that would reflect the style of the case?

A: No, I do not.

Q: Do you know where it was?

A: It was in Palm Beach.

Q: And the attorney, was that Moulis & Associates, P.A.?

A: Mike Moulis.

Q: Mike Moulis. There is another one, Department of Transportation versus Mr. Gil Chacon?

A: Gil Chacon.

Q: Who did you represent?

A: Mr. Gil Chacon.

Q: What were you asked to provide?

A: It was actually regulatory issues. I think the issues there were that the agency thought that Mr. Chacon was operating a, what we refer to as an illegal 135 in the business, which is to say that somebody is flying usually a small airplane for hire, but they have not met the qualifications of a 135 or 119 or 121 rules. So they are illegally providing transportation. But there is an advisory circular that provides, however, that you can do some flights for some hotel as long as you don't do so many

Page 13

flights. I was asked to testify to that extent, to the advisory circular. So that's exactly what I did.

Q: Was it approximately in January of 2003?

A: Yes, it was.

Q: Do you know where that took place?

A: That took place right here.

Q: In this room or in Fort Lauderdale?

A: In Fort Lauderdale, and I think in this building. Is the federal court here?

MS. SHEA: Next door.

A: Next door. I got lost in the elevators.

Q: I understand. All right. Do you know the judge in that one?

A: No, I do not know. Can't remember.

Q: Middlebrooks? Ferguson? Zloch?

A: I can't remember.

Q: But it was in federal court?

A: It was a DOT judge also again, you know.

Q: Okay. Then Miami Air versus Mr. Steven Davidson?

A: Mr. Steven Davidson.

Q: Who did you represent?

A: Mr. Davidson.

Q: What was the issue?

A: That Mr. Davidson was fired for a whistle

Page 14

[1] blowing case. He was a pilot, 727 pilot.

[2] **Q:** And what seat did he have?

[3] **A:** He was. I think he was first officer.

[4] **Q:** What were the issues there?

[5] **A:** That the company had fired him after he
brought some safety concerns to the agency, I believe.
I never got the chance to testify.

[6] **Q:** Did you give a written opinion or review the
file?

[7] **A:** I reviewed the file. I did not give an
opinion. The trial ended before I got to take the
stand.

[8] **Q:** And what was the safety issue that he
contended that he took exception to, that he
contested?

[9] **A:** I believe that it was that the company was
not following their manual, I think it's 121, 135
rule.

[10] **Q:** What aspect of the manual? The GOM is that?

[11] **A:** I think this one was the GOM.

[12] **Q:** What aspect of the manual were they not
following?

[13] **A:** I think there was – you know, I really
can't remember. I hate to tell you something off the
top of my head. I just can't remember. But it was,

Page 15

there were some parts in the manual that the company,
the pilots were supposed to be using. They routinely
were not using. He brought it up to the DO and chief
pilot and shortly thereafter, he got dismissed and he
believed that was the reason why.

[6] **Q:** Did it involve weight or weight and balance?

[7] **A:** No, no. It was just strictly not following
the manual.

[9] **Q:** Did it involve contamination of the runway?

[10] **A:** No.

[11] **Q:** The conditions of that?

[12] **A:** No, no. Just simply not following the
manual.

[14] **Q:** That one has resolved, you said?

[15] **A:** Yes.

[16] **Q:** Have there been any cases that you declined
to provide an opinion in?

[18] **A:** No.

[19] **Q:** Let me show you what I'm going to mark here
as Pagan Exhibit 1.

[21] (Defendant's Exhibit 1 marked for
Identification and attached to record hereto.)

[23] In front of you, you have the notice and
subpoena and attached to it is a list of the documents
we requested you bring with you.

Page 16

[1] **A:** Okay. Let me see that. This is the A list
[2] right here.

[3] **Q:** Yes, sir. Do you have any documents
[4] responsive to that?

[5] **A:** You know, I have so many documents. The
[6] question is, can you and I see one another once I
[7] stack them on the table?

[8] **Q:** Lawyers love paperwork, so –

[9] **A:** A government guy. That's what we live for.

[10] but it's not – some of this is pepper and some of it
[11] is not.

[12] **Q:** Is pepper?

[13] **A:** Pepper, you know. You know what I mean. I
[14] could give you this whole thing. I could see it or –

[15] **Q:** Let's do this. Let me ask you first, what
[16] in that stack of materials has Ms. Shea provided you?

[17] **A:** Everything.

[18] **Q:** Okay. So all of it is pertaining to this
[19] case?

[20] **A:** Yes, ma'am.

[21] **Q:** Are you currently retained by Ms. Shea or
[22] her firm on any other cases?

[23] **A:** No.

[24] **Q:** Were you retained at all in the Luis
[25] Michael's case?

Page 17

[1] **A:** No.

[2] **Q:** What all do you have there?

[3] **A:** I have part of the airplane performance
[4] manual. Let me just kind of get – I had a piece of
[5] paper here. This kind of pretty much, if you would
[6] like to see the list, but I would like to have it back
[7] because it is my reference.

[8] **Q:** Surely.

[9] Let's have this marked as Pagan Exhibit 2.

[10] (Defendant's Exhibit 2 marked for
[11] Identification and attached to record hereto.)

[12] **Q:** Let me show you what we have marked as
[13] Exhibit 2. There are various things highlighted in
[14] yellow. Do they have any significance as to the
[15] documents you are producing?

[16] **A:** No.

[17] **Q:** Are you providing a copy of each and every
[18] one of those documents listed or selections of them?

[19] **A:** Everything that's in there is in here.

[20] **Q:** Okay.

[21] **A:** I believe that everything is in there, so I
[22] am saying I try to organize it for my own, for the
[23] things that pertain to what I have been doing. These
[24] are the stickers that I have in there, and I have them
[25] so I could make reference to the performance manual,

**Major**                                                                              Jose Pagan
**Amerijet International**                                        Vol. 1, September 5, 2003

Page 18

[1] EIR, the FAR, and things like that, but it's not of
[2] any – you know, just for my own reference.
[3]   **Q:** May I see the stack? Let's see. Have you
[4] redone your CV? There was one provided with your
[5] report attached.
[6]   **A:** Here you go.
[7]   **Q:** So this is, let's mark this as 3.
[8]     (Defendant's Exhibit 3 marked for
[9]   Identification and attached to record hereto.)
[10]   **Q:** Thank you. I notice here that the
[11] consultant business owner stops in 2000. You have
[12] from 1997 to 2000?
[13]   **A:** Yes, it actually should say to the present.
[14]   **Q:** So this is ongoing; this hasn't changed?
[15]   **A:** Yes, I am right here.
[16]   **Q:** Okay.
[17]   **A:** Not that I can escape and go sailing.
[18]   **Q:** There has been no update arguably since
[19] 2000?
[20]   **A:** No, I am retired.
[21]   **Q:** We have also asked for the deposition
[22] transcripts of any testimony you have provided in
[23] other cases. Did you provide that to us today; do you
[24] have that?
[25]   **A:** Transcripts of – no.

Page 19

[1]   **Q:** Depositions?
[2]   **A:** No
[3]   **Q:** The one case you told me you testified in
[4] court and the others, did you provide the opinion,
[5] except for Miami Air? That's the one that resolved
[6] before you became involved, right?
[7]   **A:** Right.
[8]   **Q:** I know you testified in the Peachie case?
[9]   **A:** Peachie Tianvan.
[10]   **Q:** The other two transportation, with Gil
[11] Chacon you testified?
[12]   **A:** I testified. I did not provide a written
[13] opinion per se.
[14]   **Q:** And Mr. Barber?
[15]   **A:** I did not provide a written opinion per se.
[16]   **Q:** And you did not testify either?
[17]   **A:** No. I just advised the attorneys and the
[18] company what was involved.
[19]   **Q:** There was no deposition either?
[20]   **A:** No.
[21]   **Q:** So, the only one that would be recorded
[22] would be Peachie?
[23]   **A:** Peachie Tianvan.
[24]   **Q:** Then Gil Chacon?
[25]   **A:** Gil Chacon, I didn't give a deposition

Page 20

[1] either. I went to court and it was settled.
[2]   **Q:** Before you testified?
[3]   **A:** Before I testified.
[4]   **Q:** Did you provide a written opinion?
[5]   **A:** No, I did not.
[6]   **Q:** Any information you have regarding your
[7] expertise in operational, as opposed to maintenance
[8] issues? Are any of these documents responsive to
[9] that?
[10]   **A:** No, I'm not a pilot. My training from way
[11] back, before I even went into the agency, you know,
[12] required that we interface pretty closely, the
[13] maintenance and the operation, but I'm not a pilot. I
[14] flew in the cockpit many times doing, as Paul would
[15] know, en route inspections, between the, behind the
[16] crew, watching their interaction, those kind of
[17] things.
[18]   **Q:** And the purpose of your inflight inspection
[19] was what?
[20]   **A:** It's a required inspection that the agency
[21] does, the FAA.
[22]   **Q:** What is the subject of the investigation;
[23] what is the purpose?
[24]   **A:** The purpose of the inspections is to observe
[25] the interaction of the crew and determine that the

Page 21

[1] aircraft is properly maintained, if any discrepancies
[2] are found, that they are annotated. If there is
[3] anything, if anything is wrong, there is a long list.
[4] There is a checklist, so I don't have that memorized
[5] but –
[6]   **Q:** Where is that located, in the FAA?
[7]   **A:** The checklist?
[8]   **Q:** Yes.
[9]   **A:** It's in the PTRS handbook, and don't ask me
[10] what that is, and it's also in the FAA, order 8300.10,
[11] 8300.10. Then those make reference to our, usually
[12] other things. Once you have issues there, if there
[13] are any issues there, they make reference to the FARs
[14] then.
[15]   **Q:** You said there was a checklist?
[16]   **A:** It's in the PTRS and it's in the 8300.10,
[17] which is an FA order.
[18]   **Q:** And that is actually a form?
[19]   **A:** No. That is an order that consists of three
[20] or four volumes that are about that thick, and in
[21] there it has everything that an inspector has to do to
[22] do his job or her job. My wife is an inspector, so I
[23] have got to be careful that I don't say his job or her
[24] job.
[25]   **Q:** Is it your testimony that every one of those

Page 22

items you would inspect every time you went, you were
up with the crew?

A: Yes That's what you use as a reference to
go into the, to do these inspections, and there is,
what is referred to as ramp inspections, which you
inspect the airplane. You get on, you do a walk
around, the same as Paul would do before he takes the
airplane. Kicking the tires some might call it, and
then there is a, you do an en route inspection, and if
there is any maintenance following that, then you do
what is referred to as spot inspections. That's
another checklist.

Q: Have you reviewed any materials in this case,
that are not listed in Exhibit 2, I believe, right
here?

A: Well, you know, I do. I look at the FARs,
but they are kind of listed. Here is a reference, but
everything usually ties to an FAR, you know, that is
available so.

Q: Is there any document that has been
generated because of this case?

A: No no

Q: Depositions or letters or reports?

A: No nothing.

Q: And did you make any notes or summaries or

Page 23

drafts before you wrote Exhibit 2?

A: No, not really.

Q: Did you write Exhibit 2?

A: Yes I don't know anybody that would –
anyway.

Q: Obviously you are being retained as an
expert. Obviously you are being compensated. What is
your rate of compensation?

A: I charge $125 an hour.

Q: Are you getting it?

A: Not yet. I am working on it. Or I charge a
daily rate or a monthly rate. So it just depends what
I am doing exactly.

Q: What form of compensation have you agreed to
with Ms Shea?

A: What do you mean?

Q: Are you getting paid by the hour?

A: By the hour.

Q: That's 125?

A: Yes, ma'am.

THE WITNESS: That's it, isn't it? It's
125?

BY MS. NORTON:

Q: Do you know an individual by the name of Joe
Wiley.

Page 24

[1]   A: No, I do not, but, you know, I talked to him
[2]  on the phone, but I haven't met him, shook his hand,
[3]  and say – you know, if he was here, I wouldn't know
[4]  what he looks like.
[5]   Q: All right. Did you talk to him on the phone
[6]  in conjunction with this case?
[7]   A: No, not really.
[8]   Q: What caused you to speak with him on the
[9]  phone?
[10]   A: At the time it was about two, let me see
[11]  three years ago, I guess it was now. I was leaving
[12]  the agency, and I was contemplating doing this, and
[13]  his name was given to me as someone who was doing
[14]  this, doing consulting work. So I asked some advice
[15]  from him basically. He was going to be involved in
[16]  this case, but I have never talked to him regarding
[17]  this case.
[18]   Q: Do you know what his status is now?
[19]   A: I have no idea.
[20]   Q: Do you know why he is no longer involved in
[21]  the case?
[22]   A: No, I do not.
[23]   Q: Has anybody told you – well, obviously you
[24]  knew he was no longer involved in the case?
[25]   A: Right. I would have interacted with him if

Page 25

[1]  that was the case.
[2]   Q: But you don't know why?
[3]   A: No, I do not know. Maybe because I am so
[4]  good, that they don't need him. No, I really don't
[5]  know. I really don't, Susan.
[6]   Q: On Exhibit 3, if we can, I would just like
[7]  to go through your resume.
[8]   A: Which one is that?
[9]   Q: That's your CV or resume. You state here
[10]  that you were in the U.S. Air Force from '62 to '70?
[11]   A: '62 to '70, yes.
[12]   Q: Was that active duty?
[13]   A: Active duty, yes.
[14]   Q: What was your position?
[15]   A: I was a mechanic and inspector, and I also
[16]  flew, was a flight mechanic also.
[17]   Q: And what was your rank?
[18]   A: Staff sergeant.
[19]   Q: Was that the rank in 1970, or was that the
[20]  rank you went in as in 1962?
[21]   A: No. I was 18. No rank at all in 1962.
[22]   Q: And when you said that you were a mechanic
[23]  and inspector, tell me briefly, you know, what type of
[24]  aircraft or what you inspected or what your
[25]  responsibilities were.

Page 26

[1] A: Well, I worked on C-124s and C-119s. Don't
[2] laugh, Paul. One 123, C-47s, DC-3s, and maintaining,
[3] I inspected them. I inspected the work of others.
[4] There are certain items that require a second
[5] signature called a red X in the military. It's called
[6] a required inspection item in the civilian world. I
[7] was in Washington state, Vietnam, in Panama, and then,
[8] of course, you know, traveled on temporary duty all
[9] over the world doing that work. I was also a
[10] reservist from 1971 to just a while back. So I was
[11] also working on C-141B. That's why that is listed
[12] there and C-5 and C-130 and several other airplanes.
[13] Q: Now, also here you are a technical
[14] instructor?
[15] A: The DC-3.
[16] Q: What were you instructing?
[17] A: The maintenance of the airplane. I was an
[18] instructor in the School of the Americas, in Albrook
[19] and Howard's Air Force Base in Panama. So we used to
[20] instruct the Latin American countries in the
[21] maintenance of those airplanes, and I was an
[22] instructor.
[23] Q: And training, who did you train and what did
[24] you train on?
[25] A: Did I get trained on?

Page 27

[1] Q: No. It says here you were a training
[2] department instructor.
[3] A: Yes. In those places I was an air reserve
[4] technician for some time, and I was an instructor in
[5] the air force, and in the air force reserve I trained
[6] other mechanics. I had some paralegal jobs. I was a
[7] reservist and I also worked for the government as a
[8] civilian.
[9] Q: Now we are in '71 to '87, but I was
[10] referring to training department instructor. When you
[11] were in the air force, is that the one you just told
[12] me?
[13] A: Yes. I used to train in the School of the
[14] Americas and that's what I –
[15] Q: And you trained in the maintenance
[16] department?
[17] A: Maintenance.
[18] Q: You were the trainer?
[19] A: Yes.
[20] Q: Was there any particular aspect of it?
[21] A: No, just in general, APG, as it's referred
[22] to, airplane general.
[23] Q: Then '72 to '87, you indicate you were a
[24] civilian employee at the air force and also a
[25] reservist?

Page 28

[1] A: Yes.
[2] Q: You were a line mechanic?
[3] A: I was an inspector.
[4] Q: I'm sorry. It says line mechanic/team
[5] leader; is this not right?
[6] A: Yes, but I have, you have a designation as
[7] inspector, because you have certain things that you
[8] are authorized to inspect, like an RII, required
[9] inspections item.
[10] Q: And what was the focus of your inspections
[11] then?
[12] A: I worked on the C-141, C-130, the C-5 and
[13] another aircraft, and basically I maintained them and
[14] I taught the maintenance of those to regular, to other
[15] reservists.
[16] Q: When it says line mechanic/team leader, what
[17] were your duties as a line mechanic/team leader?
[18] A: I maintained the airplanes, but I had a team
[19] of other mechanics and inspectors that worked for me.
[20] Q: And how many?
[21] A: Say between 7 and 15, depending on what we
[22] were doing – to jack an airplane, if you are going to
[23] tow one, you are going to run the engines or whatever,
[24] depending on what the job was.
[25] Q: That was your position when you were in the

Page 29

[1] reserves or when you were the civilian employee?
[2] A: Both.
[3] Q: So you did the same job?
[4] A: Yes. I wore blue jeans Monday through
[5] Friday, and wore a uniform Saturdays and Sundays, and
[6] there was a master sergeant.
[7] Q: And how long did you do the blue jeans
[8] fatigue switch?
[9] A: From '71 to '87.
[10] Q: That was all in Washington?
[11] A: Washington state, right. I traveled all
[12] over the world, but that was, my office was
[13] Washington, McChord Air Force base, M-c-C-h-o-r-d.
[14] Q: And again, just between '72 and '87, was
[15] that C-141s, C-130s, and C-5s?
[16] A: Yes.
[17] Q: No others generally?
[18] A: No.
[19] Q: And then you joined the FAA in '87?
[20] A: They recruited me in '87. They were
[21] looking. They had had a terrible year in '86 and they
[22] were looking for some more in depth experience in the
[23] agency, and they recruited me.
[24] Q: What specifically were they looking for that
[25] you obviously supplied?

Page 30

[1] A: Well, my experience goes back actually to
[2] 1958, so they were looking for more depth and
[3] handson, technical experience for the agency at the
[4] time. They had a terrible year in '85, '86, many
[5] accidents, and so they were looking for more
[6] experience. So they recruited me to come work for
[7] them, to be an inspector.
[8] Q: Those accidents, they were attributed to
[9] mechanical failures?
[10] A: I don't think so. I think there's lots of,
[11] lots of things.
[12] Q: There was not any specific focus then that
[13] you were asked to review?
[14] A: No, no.
[15] Q: You said that your experience began in '58?
[16] A: That's when I first went to aviation school.
[17] I was 15.
[18] Q: I was doing the math real quickly. Where
[19] did you do that?
[20] A: I went in Manhattan.
[21] Q: They have flying schools out of Manhattan?
[22] A: No. It was an aviation school, Haaran
[23] Aviation. H-a-a-r-a-n.
[24] Q: Did you receive a certificate or –
[25] A: Yes.

Page 31

[1] Q: Any certification from that?
[2] A: Yes.
[3] Q: What was it?
[4] A: I received certificate of training.
[5] Q: And what position?
[6] A: As a mechanic. That was the old days. That
[7] was airplane – what is it? A and P, Paul?
[8] MR. REPP: A and P.
[9] A: A and P is now, but it was a different
[10] designation, but before the A and P, A and P didn't
[11] start until later on. A and E, aircraft and engine
[12] mechanic.
[13] Q: You were the program manager in the Seattle
[14] Flight Standards District Office for what?
[15] A: A program manager is, usually you have to,
[16] you are given a certain responsibility for certain
[17] airlines and you watch those programs that the
[18] airlines must comply with, to comply with the
[19] regulations.
[20] Q: And those airlines, did you keep the same
[21] airlines for a number of years?
[22] A: Many airlines. I used to watch Delta, Pan
[23] Am. Eastern, Alaska, Continental, Horizon, and, you
[24] know, long list.
[25] Q: That was as to the maintenance?

Page 32

[1] A: As to the maintenance, and the, doing these
[2] en routes that I was talking about before.
[3] Q: It was not operations?
[4] A: No, I'm not a pilot.
[5] Q: Coordinated regulatory issues directly with
[6] FAA headquarters. Do you remember what those
[7] regulatory issues were?
[8] A: 2,600 of them.
[9] Q: Okay.
[10] A: Well, I was promoted to work as a regional
[11] coordinator, regional inspector. The FAA is divided
[12] into nine regions. Each region has a headquarters
[13] office. Within that region there is a cadre of
[14] inspectors that they bring up the rank to manage the
[15] rest of the region. So there's several hundred
[16] inspectors. There is a cadre of inspectors that
[17] oversee those other inspectors with respect to
[18] complying with the regulations, and they interface
[19] between headquarters in Washington, D.C. and the
[20] regional offices.
[21] I was one of those five or six inspectors.
[22] And my job was to listen to the issues the inspectors
[23] had with respect to interpreting the regulations,
[24] understanding the regulations, and following the
[25] regulations. And if there's any questions I could not

Page 33

[1] answer, then I would go to headquarters and get an
[2] interpretation, very often a legal interpretation of
[3] such to answer a question.
[4] Q: And again, was this just in the maintenance
[5] aspect?
[6] A: In that respect it was actually maintenance
[7] and operation.
[8] Q: And what were some of the issues that you
[9] recall in operations? Well, let me ask you this –
[10] A: You are testing my memory here. This is a
[11] long time ago.
[12] Q: Other than someone bringing you an issue and
[13] you resolving it by going for a legal interpretation,
[14] were there any particular areas in operations that you
[15] studied and/or made recommendations on?
[16] A: I can't remember.
[17] Q: For changes?
[18] A: I can't remember. It would have to be
[19] something very – you know, there were some issues.
[20] An issue in particular that I remember and that was
[21] the 737 rudder PCU. I was part of the team that
[22] investigated that. I made some recommendations
[23] regarding crew training and operation only because it
[24] was a – two airplanes had crashed. I think one was a
[25] United airplane and the other was – what was that?

Page 34

[1] Delta or no? That was a – I can't remember the other
[2] airline. but two airplanes crashed and that had to do
[3] with the operation of the rudder. And so I made some
[4] recommendations, recommendations for doing some –
[5] once we figured out what happened, to make some
[6] recommendations for the operations of the airplane.
[7] But it was only in passing, and I certainly used other
[8] FAA operations inspectors to lead to that.
[9]    Q: When you say operation of the rudder and
[10] crew training, what was your recommendation on that,
[11] what changes? Is it to deal with the mechanics of the
[12] plane or did it deal with the crew's interaction with
[13] each other?
[14]    A: With the crew's interaction of each other,
[15] and also the pilot doing certain, check off the rudder
[16] to determine the rudder would reverse, which was
[17] the problem at the time with the airplane, that you
[18] apply. for example, the right rudder and the rudder
[19] would go hard left. And so that's a difficult
[20] situation, and it happens real sudden, so we were
[21] going through a process to try to train the crews
[22] until we got the chance to do an air worthy directive
[23] on the airplane to change that. So that was an
[24] interim thing. In the process we discovered other
[25] issues that had to do with the airplane, like

Page 35

[1] artificial fields and other things.
[2]    Q: Now when you said the crew's interaction
[3] with each other, how would that impact which way the
[4] rudder went? Tell me how that came into it.
[5]    A: Because there are certain operations, you
[6] know, the preflight. This is sort of an anomaly of
[7] how this thing is supposed to work. So we were
[8] recommending several things, so that the crew would
[9] determine if there was, in fact, a problem with the
[10] rudder on whatever airplane they were flying, if it
[11] was applicable only to the 737, the Boeing 737.
[12]    Q: So their interaction was more one of a
[13] process to determine the stability of the rudder
[14] rather than their communication skills?
[15]    A: Yes. I guess, yeah. They had to work
[16] together to determine that they were not going to take
[17] an airplane, fly an airplane that was not safe, you
[18] know, basically. So they had to work together and
[19] that airplane only has two crews. It's a 737, so.
[20]    Q: Have we covered any areas of responsibility,
[21] subject matter, or procedure that you had for the FAA
[22] in Seattle, Washington? Is there anything else that
[23] you did in Seattle, Washington that you have not told
[24] me about?
[25]    A: Oh, yes.

Page 36

[1]    Q: Tell me about the ones you didn't tell me
[2] about. Have we covered all your areas of
[3] responsibility?
[4]    A: There's a lot, you know. It's difficult for
[5] me to cover. Just I was a regional specialist. I
[6] coordinated NASIP, National Aviation Safety Inspection
[7] Program, RASIP, the same thing, but those are regional
[8] safety inspections with an S, and there is OSIP, which
[9] are office. And there is – I can't – you know, this
[10] is all sorts of things. It's hard for me to cover it
[11] in five minutes here.
[12]    Q: That's okay. I have got all the time in the
[13] world.
[14]    A: But, yes, I was an inspector and did all the
[15] duties of an inspector.
[16]    Q: In the Miami, Fort Lauderdale area, you came
[17] here in '97, south Florida?
[18]    A: Yes.
[19]    Q: What prompted that change?
[20]    A: It was raining in Seattle a lot.
[21]    Q: Did you apply for a transfer?
[22]    A: Yes. I applied for a transfer to this area.
[23]    Q: And what were the reasons you applied for
[24] the transfer? Was it a promotion?
[25]    A: No. I was already at the top of the grade.

Page 37

[1] so the top of the grade is a GS 14. I was already a
[2] GS 14. I had been a GS 14 for many years, but I was
[3] contemplating retirement, and so I wanted to expand
[4] into the international aviation field, ICAO,
[5] International Civil Aviation Organization. So I
[6] applied for a job in Miami International for the Miami
[7] International field office.
[8]    Q: Obviously you got it. And who did you work
[9] with? Who was your peer, your counterpart, when you
[10] worked in the FAA?
[11]    A: In respect to?
[12]    Q: You were still mechanical, right, mechanic
[13] maintenance?
[14]    A: Yes, maintenance.
[15]    Q: There was an operations –
[16]    A: Let me see. We had a whole team of those guys. There
[17] were two teams, maintenance operations, and in fact
[18] the third team of avionics so.
[19]    Q: Who was your supervisor?
[20]    A: Let me see. Fellow named Anthony Keyack
[21] [phonetic].
[22]    Q: Can you spell that?
[23]    A: No. Keyack.
[24]    Q: What was his title?
[25]    A: He was the office manager.

**Major**                                                                  **Jose Pagan**
**Amerijet International**                                    **Vol. 1, September 5, 2003**

---

Page 38

[1] **Q:** So he supervised the entire office?

[2] **A:** Yes.

[3] **Q:** Who was your counterpart at that time in
[4] aviation and then in operations, avionics?

[5] **A:** I can t remember. Sorry.

[6] **Q:** So how many people did the same job you
[7] did?

[8] **A:** Probably 12, 14.

[9] **Q:** Do you remember the airlines you were
[10] responsible for in Miami when you came to Miami?

[11] **A:** They were mostly foreign airlines – Lan
[12] Chile, several airlines in Central and South America
[13] so.

[14] **Q:** They were not in domestic areas?

[15] **A:** No I did the domestic carriers when they
[16] went abroad. I used to inspect them in those places,
[17] and I also was responsible for 145 repair stations,
[18] foreign. 145 repair stations.

[19] **Q:** I'm sorry. You used to inspect the domestic
[20] carriers when they went abroad?

[21] **A:** They become like a part 129, which is
[22] another rule.

[23] **Q:** Did you inspect them here or whenever they
[24] were going overseas?

[25] **A:** Overseas.

---

Page 39

[1] **Q:** Do you remember any of the air carriers that
[2] you inspected in that capacity?

[3] **A:** American, Delta, United.

[4] **Q:** All passenger?

[5] **A:** All passenger. I inspected some cargo as
[6] well. but most of the bulk of it is passenger.

[7] **Q:** Do you remember the cargo you inspected?

[8] **A:** What do you mean?

[9] **Q:** The names of the cargo carriers. You said
[10] you also inspected cargo carriers.

[11] **A:** Cargo Custom Air Transport, I think UPS.
[12] All of the, you know, the cargo haulers that travel,
[13] you know, FedEx.

[14] **Q:** Amerijet?

[15] **A:** Amerijet.

[16] **Q:** Anybody else?

[17] **A:** Probably, but I can't remember.

[18] **Q:** On Amerijet when you did, did you inspect
[19] them?

[20] **A:** It was when I was in the international field
[21] office It was very rare that I would see, you know,
[22] the same airline twice because I was traveling
[23] overseas, and that's the only time we inspect them so.

[24] **Q:** You inspected Amerijet overseas?

[25] **A:** Yes. I later on inspected Amerijet when I

---

Page 40

[1] was assigned to the Fort Lauderdale office.

[2] **Q:** So, do you recall anything specific relating
[3] to your inspections of Amerijet overseas, in other
[4] words, when you were with the international office?

[5] **A:** No, I don't remember anything in particular.

[6] **Q:** How about then did you come to Fort
[7] Lauderdale from Miami?

[8] **A:** Yes.

[9] **Q:** At that point in time, when did you come to
[10] Fort Lauderdale?

[11] **A:** It was late in '97.

[12] **Q:** Now you were physically stationed at Miami
[13] for a while?

[14] **A:** At Miami, then I transferred to the Fort
[15] Lauderdale office.

[16] **Q:** Why did you transfer?

[17] **A:** Because I was living here and I didn't want
[18] the traffic, and so it was an opportunity for me to be
[19] closer to where I lived, and they offered me a
[20] position so I took it.

[21] **Q:** While you were in Fort Lauderdale, when did
[22] you come here, late '97 you said?

[23] **A:** Late '97.

[24] **Q:** And at that point in time, did you assume
[25] responsibility for Amerijet?

---

Page 41

[1] **A:** Not right away. The office manager asked me
[2] to do an inspection, very specific inspection of
[3] Amerijet.

[4] **Q:** Who was the office manager?

[5] **A:** The office manager was Mr. Bill Weaver.

[6] **Q:** Is he still with that office?

[7] **A:** Yes, he is. That I know he is.

[8] **Q:** What did he ask you to do?

[9] **A:** He said that the airplane was having some
[10] problems with weight and balance and some other
[11] issues. He had been listening to some complaints from
[12] another office about weight and balance issues and
[13] cargo handling and some other issues with the airline,
[14] and he asked me to put a team together because of my
[15] experience and do a focus inspection of the airline.

[16] **Q:** And what team did you put together? Who was
[17] on it?

[18] **A:** I had about probably four or five inspectors
[19] working for me at the time.

[20] **Q:** Do you remember the positions that they
[21] worked?

[22] **A:** I think I had two operations, two pilot, two
[23] maintenance, and might have had an avionics person.

[24] **Q:** Do you remember the names of any of them?

[25] **A:** No, no.

---

Page 42

[1] **Q:** And you indicated that your office manager
[2] said there was a complaint from another office; do you
[3] remember any of the detail on that?
[4] **A:** Not specifically. Basically that they were
[5] not maintaining their cargo handling equipment well,
[6] you know, and that the airplanes were probably not
[7] within weight and balance, might have been too heavy,
[8] something to that extent. I can't remember the
[9] specifics.
   **Q:** Where did the complaints come from?
   **A:** It came from several places, but
predominantly from the Miami FSDO inspectors that are
geographic inspectors
[14] **MS. SHEA:** F-S-D-O.
[15]                 **BY MS. NORTON:**
[16] **Q:** Did the reports arise from other initial
[17] inspectors or did they arise from complaints that were
[18] made to the agency?
[19] **A:** I think from other inspectors.
[20] **Q:** But you don't recall specifically?
[21] **A:** No, I can't recall. It came through – I'm
[22] sure that it's from other inspectors, because it came
[23] through the PTRS.
[24] **Q:** You don't remember the name of anybody on
[25] the team?

Page 43

[1] **A:** No. No, I couldn't. I can't remember.
[2] **Q:** Did you generate any written report?
[3] **A:** Yes, I did
[4] **Q:** Do you recall when you did the inspections
[5] and how long it took?
[6] **A:** You know, I remember that pretty well
[7] because I was doing a report on Christmas Day,
[8] Christmas Eve and Christmas Day. I worked about 14
[9] hours each day to put that report together, so I did
[10] the inspection from probably the beginning of December
[11] to the middle of December and generated a report
[12] shortly thereafter.
[13] **Q:** And how long did the inspection take
[14] time-wise?
[15] **A:** Probably two weeks.
[16] **Q:** And what all did you inspect? What was your
[17] procedure? What did you do?
[18] **A:** Well, again, there is a checklist in the,
[19] 8300.10, so it would be difficult for me to tell you
[20] every specific item, but the focus of the inspection
[21] was to determine the airline's compliance with weight
[22] and balance issues and compliance with how they
[23] managed their cargo, cargo hauling equipment nets,
[24] what is referred to as cookie sheets, which is a
[25] pallet where they carry the cargo straps, chains,

Page 44

[1] where they place the cargo in the airplane to
[2] determine weight and balance, how the cargo is
[3] secured, the paperwork, the scales, the training.
[4] It's just a myriad of things that had to do basically
[5] with that. We did a lot of en routes on the
[6] airplanes.
[7] **Q:** What do you mean?
[8] **A:** Inflight, flying to everywhere. They went
[9] to Central and South America to assure compliance with
[10] the regulations.
[11] **Q:** Did you review any of the GOMs or any of the
[12] policies?
[13] **A:** Yes.
[14] **Q:** Do you recall specifically what you found in
[15] reviewing the actual written policies?
[16] **A:** No, I can't remember.
[17] **Q:** Do you remember if you made any
[18] recommendations as to the sufficiency of the written
[19] policy?
[20] **A:** Yes.
[21] **Q:** And what were your recommendations?
[22] **A:** There were some issues specifically to do
[23] with the maintenance of the equipment that they used
[24] to tie the cargo down and on and those kind of things.
[25] **Q:** Okay. To tie the cargo down; what is that

Page 45

[1] equipment called?
[2] **A:** It's just cargo handling equipment, and
[3] there are scales. They are what is referred to as
[4] cookie sheets, as I said earlier. There are nets.
[5] There are straps. There are chains. So all of those
[6] things. They didn't really have a maintenance program
[7] for those things. So those are what is referred to as
[8] TSO items, and there's maintenance procedures for them
[9] and they did not have that.
[10] **Q:** They did not have a procedure whereby they
[11] would replace or keep –
[12] **A:** Inspect, maintain, replace.
[13] **Q:** – the current equipment they had?
[14] **A:** Right.
[15] **Q:** Did you find any deficiencies in their use
[16] of the equipment?
[17] **A:** Yes.
[18] **Q:** And what was that?
[19] **A:** I can't – you know, you are asking me about
[20] something six years or seven years or whatever ago,
[21] but basically it's that in some instances you are
[22] required to tie some cargo down with so many straps or
[23] so many nets and net also has to be hooked every so
[24] many inches, and the bear claws, which are used to tie
[25] the cargo to the airplane, will have to be maintained

Page 46

[1] looped and so many you have to use per cookie sheet.
[2] And a lot of those things, in many instances, were not
[3] used and the airline could not account for certain
[4] cargo in certain places.
[5]    Q: Hazmat?
[6]    A: Hazmat issues. There were many things.
[7] Just the report was probably a half inch thick, so I
[8] can't try to remember all that stuff right now. It
[9] would be difficult.
[10]    Q: Was there anything in terms of accuracy of
the scale or methods in which they were weighing?
[12]    A: That was one of the findings.
[13]    Q: What was the issue?
[14]    A: That the scales were not calibrated.
[15]    Q: What did you find?
[16]    A: That in many places the scales were not
[17] calibrated. They didn't have the procedure for having
[18] the scales calibrated, so they didn't really know how
[19] much cargo they had on airplanes when they loaded
[20] them.
[21]    Q: Did you find that any of the scales were
[22] actually off when they were calibrated?
[23]    A: No, I didn't calibrate them and I didn't
[24] check them afterwards, so I don't know.
[25]    Q: So you don't know. They should have had the

Page 47

[1] procedure for calibration?
[2]    A: And they should have been calibrated and
[3] they were not calibrated and they didn't have a
[4] procedure.
[5]    Q: But you don't have any knowledge one way or
[6] the other as to whether in fact they were off?
[7]    A: No.
[8]    Q: What else were your findings?
[9]    A: You know, I can't remember, Sue. I'm sorry.
[10] Just I would like to tell you specifically, but I
[11] really can't. I just don't know. There were many
[12] things. It was very a serious situation, but I can't
[13] remember now exactly.
[14]    Q: Did you review any of the charts done by
[15] Navtech, the weight data sheets?
[16]    A: I had two pilots on my team that were doing
[17] that.
[18]    Q: Do you recall any specific recommendations
[19] or findings as to them?
[20]    A: I can't remember that, no. I cannot
[21] remember. I'm sure that there were some
[22] recommendations, but I can't remember what they were.
[23] Each team certainly had a lot of findings and
[24] recommendations.
[25]    Q: And do you have any information or any

Page 48

[1] knowledge as to whether or not Amerijet followed
[2] through with these recommendations?
[3]    A: I asked the airline at the time to either
[4] ground the airline themselves or that I would endeavor
[5] to ground them until they became safe. My interaction
[6] with the airline was one of coordinating and they
[7] grounded the airline at the time, to take the
[8] appropriate actions, to order their procedures,
[9] including training, calibration, maintaining
[10] equipment, acquiring maintenance procedures for their
[11] equipment that they did not maintain, and make a lot
[12] of changes to their manuals and those kind of things
[13] before they – before I would allow them to operate
[14] again.
[15]    Q: And they did so obviously?
[16]    A: And they did so.
[17]    Q: And were there any specific changes, other
[18] than what you have already told me, that you remember
[19] they made as to their manual?
[20]    A: I cannot remember.
[21]    Q: Any specific recommendations as to training?
[22] What aspect of training?
[23]    A: You know, I can't remember specifically, but
[24] there were a lot of issues that, because there was a
[25] focus inspection. In other words, the agency, we had

Page 49

[1] little time and the matter was urgent, so the
[2] inspection was a focus inspection of primarily dealing
[3] with the cargo and the cargo handling and the cargo
[4] management and the weight and balance of the
[5] airplanes. So the inspection focused on those issues
[6] from the time the pallets were prepared to how they
[7] would weigh and how they were loaded and how the cargo
[8] was managed inside the airplane and those kind of
[9] things so.
[10]    Q: In terms of the responsibilities of the
[11] crew, with any of these issues – the cargo handling,
[12] the weight and balance, the loading – do you recall
[13] specifically any recommendations you made as to that?
[14]    A: No, I can't. You have to – the crew, the
[15] crew is responsible ultimately for flying an airplane
[16] that complies with the weight and balance. So,
[17] everything led to that. However, if the crew was
[18] given cargo that was not properly weighed, they were
[19] only dealing with the manifest, with the information
[20] they were given, so they in fact might have been
[21] flying an airplane that was not within weight and
[22] balance. But what they were using was the data that
[23] was given. Certainly the crew will not get their
[24] scales out and weigh every piece of equipment that
[25] goes on the airplane. They are dealing with what is

Major                                                                    Jose Pagan
Amerijet International                                          Vol. 1, September 5, 2003

Page 50

[1] given.

[2]    Q: Sorry. Is any member of the crew

[3] responsible for overseeing the weighing and measuring?

[4]    A: It depends. There is a regulation, 121665,

[5] that stipulates they will have either an agent or the

[6] airline must assign somebody to be responsible for

[7] that.

[8]    Q: Do you know who Amerijet assigned?

[9]    A: No, I can't remember that.

[10]    Q: That would be reflected in their policy, the

[11] GOM?

[12]    A: It might be, but, you know, usually, usually

[13] the way these things occur is that the pilot is

[14] responsible, and then he can assign or she can assign

[15] someone to act in that respect, and sometimes they

[16] have load masters. For example, the larger cargo

[17] airlines have somebody that specifically handles that.

[18] They watch that.

[19]    Q: If for any reason the crew, you said that –

[20] rephrase it. You indicated that the crew was not

[21] responsible for physically weighing the cargo, and

[22] certainly they could take whatever they were handed –

[23]    A: The information.

[24]    Q: – the information as correct?

[25]    A: To put in data, so they can tell their

Page 51

[1] particular parameters, the weight and temperature of

[2] the cargo is plugged in. There is a log where fuel

[3] and others things, so they can determine what their

[4] parameters are for taking command settings and those

[5] kind of things.

[6]    Q: Now if the crew has any reason to believe

[7] that the scales are off, that somebody fudged the

[8] number or it's not accurate weight, would they have

[9] responsibility for having it reweighed or what would

[10] they do?

[11]    A: If they suspected that the crew, that the

[12] weight is not, they would be violating a rule. They

[13] have got to have accurate weight and balance. I can't

[14] remember, 1214 something. It's a rule.

[15]    Q: So if they don't believe it's correct, they

[16] need to take action?

[17]    A: They should take action.

[18]    Q: You said that the cargo, the fuel, the

[19] flaps?

[20]    A: There's lots of things. There is a

[21] checklist, so I certainly haven't memorized the pilot

[22] checklist.

[23]    Q: Were you responsible for reviewing

[24] compliance with that particular checklist when you did

[25] this focus inspection?

Page 52

[1]    A: Only insofar as the cargo is concerned.

[2]    Q: So far on cargo we talked about the

[3] maintenance of the equipment, the calibration of the

[4] scales, and training on those matters. Was there

[5] anything else that I have missed that you specifically

[6] were responsible for or focussed on?

[7]    A: Like I said, I can't remember all the little

[8] details, but to put this into perspective, all of

[9] those things that we talked about, all of those

[10] things, so that when the crew must determine the

[11] weight of the airplane, the total weight of the

[12] airplane, they have accurate numbers, so that the

[13] cargo stays where it's supposed to stay when it is

[14] locked to the airplane. That's why the maintenance of

[15] those things that tie it to the airplane is important.

[16] How it's actually tied is important, because if the

[17] pilot advances the throttles and the cargo that was

[18] not tied down slides back such as it did with Fine Air

[19] DC-8, then he has a handful. So basically for us, the

[20] inspections is to assure that when the pilots were

[21] loading, the information that they needed to load,

[22] that the cargo weight was accurate and that it was

[23] where it belonged and that it stayed there.

[24]    Q: That was the extent of your particular

[25] focus?

Page 53

[1]    A: That was the ultimate reason why you did the

[2] inspection. In other words, you did the inspection to

[3] assure that the pilot had a good weight and balance

[4] airplane, that they themselves had accurate data.

[5]    Q: You had pilots on your team?

[6]    A: Yes.

[7]    Q: What did they inspect?

[8]    A: They were inspecting the interaction with

[9] the pilots having to do with the weight and balance of

[10] the airplanes, because they had to receive the cargo

[11] as well.

[12]    Q: Once the cargo – I am talking about your

[13] inspection which you inspected. Once the cargo was on

[14] the cookie sheets, was weighed and measured and then

[15] the first officer took over or the pilots took over,

[16] that's when your focus stopped?

[17]    A: No, no. I was a team leader. I inspected

[18] everything from – I was receiving information from

[19] all my team members and doing inspections myself of

[20] everything until the report was written and accepted

[21] by the agency.

[22]    Q: Okay. Now then when the pilots inspected,

[23] you said the interaction with the crew and loading?

[24]    A: Yes. The pilots have to note, not only are

[25] they responsible for operating the airplane with the

Page 54

weight and balance, but their actual operating of the
airplane loading, off-loading, making sure that
[3] somebody is responsible for the stuff that goes on the
[4] airplane including Hazmat and those things.
[5]    Q: What do you recall were the findings or the
[6] recommendations in that regard?
[7]    A: I think I told you already in general, that
[8] the airline, you know, needed to rectify all the
[9] findings and there were many. But I can't remember
[10] specifically, I can't tell you that finding 32 was
[11] such and such. But in very general, that I already
[12] told you, that there were some issues and they
[13] resolved them to my knowledge.
[14]    Q: So you don't have any independent
[15] recollection?
[16]    A: No.
[17]    Q: Of any of the findings pertaining to other
[18] than what you have already told me – let me rephrase
[19] that You don't have any specific recollections as to
[20] what findings, if any, and recommendations the pilots
[21] made?
[22]    A: Not specifically
[23]    Q: Okay
[24]    A: I don't have any specific really anything.
[25] I am just telling you in a very general sense. I

Page 55

[1] can't. I wouldn't dare try to, you know, make any
[2] statement that I would consider accurate about
[3] something that happened six years ago in specific.
[4]    Q: All right. Do you remember whether or not
[5] you verified, by your own inspection, any aspect that
[6] the pilots had already inspected? In other words, the
[7] pilots make a recommendation to you. Did you go back
[8] independently and review everything that they had told
[9] you to verify it?
[10]    A: No.
[11]    Q: Did you accept whatever they told you?
[12]    A: I accepted whatever the pilots and mechanics
[13] that I had working for me and everybody. We operated
[14] as a team, and whatever they told me went into the
[15] report
[16]    Q: Do you have a copy of the report?
[17]    A: No
[18]    Q: Do you have access to the report?
[19]    A: No. I do not.
[20]    Q: Was this before or after the Fine Air crash?
[21]    A: After.
[22]    Q: Was it immediately after? Within a month?
[23]    A: I don't think so.
[24]    Q: And was there another crash?
[25]    A: With cargo?

Page 56

[1]    Q: Yes.
[2]    A: There was another crash in California. Was
[3] that Emery crash through a junkyard, I think.
[4]    Q: And there was also a plane that went down?
[5]    A: That was Fine Air.
[6]    Q: Is that the one?
[7]    A: Fine Air, take off Miami, I actually
[8] watched that out of my office in Miami.
[9]    Q: And then subsequently there was a plane that
[10] crashed into the buildings around the airport?
[11]    A: That was Miami Air.
[12]    Q: That was Miami Air?
[13]    A: I'm sorry. Not Miami Air. Fine Air.
[14]    Q: So, Fine Air had two crashes?
[15]    A: No, one. That was the same, same one you
[16] were just looking at. Different parts of the
[17] accident, but it was the same accident.
[18]    Q: That was a result of cargo shifting?
[19]    A: Cargo shifting, right.
[20]    Q: Did you inspect, do focus inspections on any
[21] other airlines?
[22]    A: I did a focus inspection of Custom Air
[23] Transport also.
[24]    Q: Do you know whether or not there were other
[25] focus inspections ongoing in '97, '98?

Page 57

[1]    A: Not that I did.
[2]    Q: So, you don't have –
[3]    A: Right. I did those two inspections and the
[4] agency called me to Washington, D.C. to write
[5] procedures as a result of that for the rest of the
[6] inspectors in the field. So I wrote some training
[7] procedures regarding that.
[8]    Q: Training procedures for inspectors?
[9]    A: For inspectors.
[10]    Q: Not for inspectors to know how to train
[11] people, but how to train your inspectors?
[12]    A: No, no. Inspectors, so that they would know
[13] what to inspect on the airplanes specifically having
[14] to do with cargo management, those kind of things.
[15]    Q: Do you recall whether or not those were
[16] codified or adopted by the –
[17]    A: They were adopted, yes.
[18]    Q: Where are they located?
[19]    A: They are part of the inspector training
[20] curriculum now, I think, in Oklahoma where the academy
[21] is for the FAA, and they also must train that in the
[22] inspectors' offices.
[23]    Q: And there a public record?
[24]    A: I don't know.
[25]    Q: Do they have a number or is there any

Page 58

[2] **A:** I can't remember. I can't remember.

[3] **Q:** Have you reviewed them?

[4] **A:** I saw they were issued out on CDs, and I saw

[5] it once but –

[6] **Q:** Do you have copies of them?

[7] **A:** No.

[8] **Q:** Do you recall any specific recommendations

[9] or, I'm sorry, not recommendations. Do you recall any

[10] specific procedures?

[11] **A:** Just the inspection procedures. That's all

[12] for the ones that I just already spoke about.

[13] **Q:** As to weight and balance of the cargo, what

[14] were your –

[15] **A:** I can't remember. I really can't remember.

[16] **Q:** Other than this focus inspection, did you

[17] conduct any inspections of Amerijet?

[18] **A:** Lots of inspections of Amerijet. Later on I

[19] was asked to become the principal of Amerijet.

[20] **Q:** And did you?

[21] **A:** I did

[22] **Q:** That was the principal maintenance?

[23] **A:** Principal maintenance inspector for Amerijet

[24] and Custom Air and a couple of other airlines

[25] **Q:** How long did you have that position?

Page 59

[1] **A:** From, I believe, '98 to 2000.

[2] **Q:** And who did you interact with at Amerijet?

[3] **A:** All the 11965s, which is the depositions,

[4] the director of operations, the director of

[5] maintenance, chief inspector, those folks.

[6] **Q:** Did you interact with Patrick Major at all?

[7] **A:** You know, if I did I don't remember him at

[8] all.

[9] **Q:** You have no recollection of talking with him

[10] or communicating with him?

[11] **A:** No. I remember talking with Mr. Pete

[12] Steele. I remember, but, you know, the director of

[13] quality control, and other folks. But I can't

[14] remember Mr. Major. I don't think that Mr. Major

[15] was – he was not a 11965. and I just don't – you

[16] know I interact only with those folks usually.

[17] **Q:** Okay Do you recall any recommendations as

[18] a result of those inspections?

[19] **A:** Generally as an inspector, we don't make

[20] recommendations. We just write the report.

[21] **Q:** All right. And what basically was the

[22] nature of your reports; do you recall?

[23] **A:** I mean, I did lots of them, you know,

[24] hundreds, so it's kind of hard to say, you know. I

[25] inspected mechanics and ramps, spots and en route and

Page 60

[1] just, you know, just too many. I can't.

[2] **Q:** Do you recall making any recommendations for

[3] changes in the GOM?

[4] **A:** We didn't make – I didn't make any

[5] recommendations that the company has to comply with,

[6] those kind of things. You just simply find there is

[7] no training. The company then must include training.

[8] Then you inspect the GOM or the GMM or whatever

[9] procedure to comply with particular regulations, and

[10] for me it's 121375 with respect to training or 121373,

[11] which is the usual CASS program, C-A-S-S, continuing

[12] analysis and surveillance and/or records requirement.

[13] 121380 and so forth. So you just simply say you are

[14] not complying with this regulation. They must in turn

[15] do that. There is a regulation that stipulates what

[16] they have to have in which manual. That is 121369.

[17] **Q:** And in fact, do you have any knowledge that

[18] what you told them had to be done was not done? Do

[19] you understand my question? It was very poorly

[20] worded.

[21] **A:** No. I think what you are saying, that did I

[22] know if they were supposed to do something, that they

[23] did it?

[24] **Q:** Yes.

[25] **A:** Yes, they did it.

Page 61

[1] **Q:** What would be your responsibility or

[2] obligations as an inspector, as a PMI, if you believed

[3] that the airline was not operating safely?

[4] **A:** Well, you tried to bring them into

[5] compliance obviously right away.

[6] **Q:** All right. If compliance is not achieved?

[7] **A:** Then you write an enforcement directive

[8] report, an EIR, to take action against the company.

[9] **Q:** In fact, can you ground them or is that the

[10] recommendation?

[11] **A:** You can make a recommendation like that

[12] grounding the airline. It's a legal action that the

[13] administrator can take. It's not the first action,

[14] but it is an action. The actual specific information

[15] as to how that occurs and the guidance to the FAA is

[16] an FAA order, 2150.3.

[17] **Q:** Do you recall making any EIR?

[18] **A:** Yes.

[19] **Q:** What were they on?

[20] **A:** It was an extensive EIR against this

[21] particular airline.

[22] **Q:** On what?

[23] **A:** That same, from that, from that focus

[24] inspection.

[25] **Q:** Okay. So the EIR was the first step before

Page 62

[1] they achieved compliance or if they had not achieved
[2] compliance?
[3]    A: If they had not complied, that was our
[4] finding that they had not complied with the
[5] regulations.
[6]    Q: So the focus inspection resulted in areas of
[7] non-compliance?
[8]    A: Absolutely.
[9]    Q: That generated the EIR?
[10]    A: Yes.
[11]    Q: Is that the report that you did on
[12] Christmas?
[13]    A: Yes.
[14]    Q: That's one and the same?
[15]    A: Right.
[16]    Q: And then from this, they achieved –
[17]    A: Let me just say this, because they are not
[18] one and the same. When you do an inspection, you
[19] create a report that says that a particular item and
[20] you just describe the items. When you do an EIR, it's
[21] a separate report. It's an enforcement investigative
[22] report. It's a legal report, and in that report some
[23] of the items that you found become items of proof,
[24] IOPs in that report, in the EIR. So you use the
[25] evidence to back up and usually you make copies of

Page 63

[1] other things, like manifests, the weight of the
[2] airplane, the records of scales, and so forth and so
[3] on, to provide the attorneys for the FAA the
[4] information they need to pursue legal action against
[5] the airline.
[6]    Q: Okay.
[7]    A: And I didn't mean to say it was one report.
[8] There are two reports.
[9]    Q: Then what specifically, do you recall making
[10] any finding, any EIRs?
[11]    A: Again, please.
[12]    Q: Did you do any EIRs on Amerijet?
[13]    A: Yes, I did.
[14]    Q: How many?
[15]    A: I can't remember. I remember doing one EIR
[16] specifically that was derived from that focus
[17] inspection, but that's the one that I can remember.
[18] Usually there's EIRs going on for smaller and other
[19] issues as well, usually all the time, but I can't
[20] remember.
[21]    Q: There are none that specifically come to
[22] mind?
[23]    A: No. That one was a big issue, and it
[24] resulted in the airline being grounded, so I remember
[25] that.

Page 64

[1]    Q: They voluntarily did?
[2]    A: Yes, they did.
[3]    Q: The EIR is only a recommendation, correct?
[4]    A: No.
[5]    Q: It's not?
[6]    A: No. The EIR is an enforcement report.
[7]    Q: Okay. It's enforcement, but it is not final
[8] agency action?
[9]    A: No. No.
[10]    Q: What is the final agency action?
[11]    A: The agency may take action and it may not.
[12] In other words, still a finding you say you know this
[13] was found. The agency can take, the inspector
[14] recommends a certain action from an appendix 4 of that
[15] order that I gave you earlier. 21532 stipulates what
[16] kind of actions it is recommending for what particular
[17] infraction, depending on if it's 135 or 121 or 129 or
[18] a mechanic, different kinds of actions. For example,
[19] when an airplane committed a violation of regulations,
[20] the administrator determines that a significant fine
[21] to keep that from recurring might be – this is
[22] specific – $11,000 per flight. And that's
[23] recommended in that order.
[24]    So the inspectors, they don't just dream
[25] this up. They just get back to there, and that's when

Page 65

[1] they make a recommendation. By and large, the FAA
[2] attorneys follow that pretty much to the letter.
[3] Unless there are some other extenuating circumstances
[4] that are discovered, he doesn't –
[5]    Q: Pursue it?
[6]    A: Pursue it.
[7]    Q: Do you recall any such action specifically
[8] against Amerijet other than what you have already told
[9] me? I'm not asking you to repeat what you have
[10] already told me.
[11]    A: I think they were fined – I don't remember
[12] specifically, but I think that the fine was someplace,
[13] somewhere in the neighborhood of 400 or $500,000. I
[14] am not sure.
[15]    Q: Do you know if there was ever a final
[16] determination on it?
[17]    A: I do not know. The government operates, you
[18] know, in a –
[19]    Q: Mysterious –
[20]    A: In a very slow and mysterious way.
[21]    Q: So you don't know what the final outcome
[22] was?
[23]    A: I do not know. I know I was copied in on
[24] what was the fine that was determined that was sent to
[25] Amerijet. I think it was 450 or $500,000. I am not

Page 66

[1] sure in the end what actually occurred.

[2] **Q:** Are there any documents that you generated

[3] for or with your direct involvement with Amerijet?

[4] Okay. I'm not speaking of procedures you wrote for

[5] the FAA that you were relying on as an expert, your

[6] general knowledge. But is there any specific finding

[7] or any specific documents that you generated or are

[8] aware of while you were with the FAA that pertain

[9] specifically to Amerijet that you were relying on for

[10] your opinion here?

[11] **A:** No, no I can't remember any of that. You

[12] know, it's that I finished that and it's behind me. I

[13] have forgotten.

[14] **Q:** In other words?

[15] **A:** I am not using any of that, if that's what

[16] you are asking me, to arrive at an opinion here. No.

[17] **Q:** So, there is nothing there that, for

[18] example, you have knowledge was not done and therefore

[19] you are going to reach a conclusion in this case?

[20] **A:** No, absolutely not. As a matter of fact,

[21] this is quite different as far as I can see.

[22] **Q:** How is it different?

[23] **A:** Well, I was focussed on the scales and

[24] handling of cargo and the grounds. Primarily it was a

[25] focus inspection based on some complaints and that was

Page 67

[1] done.

[2] **Q:** That's different than the issue here?

[3] **A:** Probably, I think.

[4] **Q:** You said you were not a pilot. I presume

[5] that means you never sought or qualified for a pilot's

[6] license, if any?

[7] **A:** I didn't try to.

[8] **Q:** Okay. That's what I was asking. In 1999 –

[9] **A:** 1999.

[10] **Q:** – did you still have responsibility for

[11] Amerijet?

[12] **A:** I had responsibility as a principal

[13] maintenance inspector for Amerijet from 1987 to 2000.

[14] **Q:** Any more focus inspections?

[15] **A:** Not on Amerijet.

[16] **Q:** Wasn't there a Value Jet that crashed?

[17] **A:** Pardon me.

[18] **Q:** Value Jet?

[19] **A:** Value Jet crashed, yes.

[20] **Q:** When was that?

[21] **A:** I think it was before that, quite a bit

[22] before that. Was it '95 or '94 or something like

[23] that

[24] **Q:** Fine Air was after that?

[25] **A:** Fine Air was in '97.

Page 68

[1] **Q:** Is there anything we have not discussed –

[2] let me ask you this. Is there any other knowledge you

[3] have of Amerijet's operations, its maintenance

[4] training, that we have not discussed?

[5] **MS. SHEA:** Object to the form.

[6] **THE WITNESS:** I don't know. Let me answer

[7] that yes.

[8]                    **BY MS. NORTON:**

[9] **Q:** What is it?

[10] **A:** I don't know, but I'm sure we haven't

[11] discussed lots of things. But I am being facetious.

[12] I just don't know. It's very difficult to answer that

[13] with some specificity. I have no idea. I think I

[14] have answered every question you have asked me.

[15] **Q:** Other than the documents that you have been

[16] produced in this case, excluding that, is there

[17] anything specifically that you recall while you were

[18] an FAA inspector that pertains to this case that you

[19] learned about Amerijet, other than what we have

[20] already talked about?

[21] **MS. SHEA:** Objection to the form.

[22] **MS. NORTON:** I agree with you. Let me

[23] rephrase that.

[24] **MS. SHEA:** He is answering specific

[25] questions. He can't do a blanket round up

Page 69

[1] question on this. I mean, it's his career.

[2]                    **BY MS. NORTON:**

[3] **Q:** Is there any specific issue of

[4] non-compliance or non-compliance that you know about

[5] as an FAA inspector in any area that Amerijet did not

[6] achieve compliance in that you are relying on?

[7] **A:** I can't remember, I mean.

[8] **Q:** Okay. That's –

[9] **A:** There's always little things, and you

[10] usually, you can, if it's – you can pick up the phone

[11] and say, hey, you know, I noticed – usually there is

[12] just an informal, most often that you take care of

[13] things. So something that is a record that I remember

[14] that I made, I can't remember with any specificity.

[15] I'm sorry.

[16] **Q:** When you left the FAA, there is no area as

[17] you sit here now that Amerijet was not in compliance

[18] with?

[19] **A:** That I was dealing with?

[20] **Q:** Yes.

[21] **A:** No, I can't remember that.

[22]      (Off the record.)

[23] **MS. NORTON:** Let me finish a couple other

[24] questions. If you want to take a break for

[25] lunch, I just have one area I want to wrap up,

Page 70

[1] then we can break.

[2]    MS. SHEA: You are good to go for a while?

[3] You want to go a little longer?

[4]    BY MS. NORTON:

[5]    Q: What if any interaction did you have with

[6] the POI when you were in Fort Lauderdale?

[7]    A: Every day.

[8]    Q: As it applies to Amerijet, do you recall any

[9] specific issues or discussions?

   A: No. Every day we talked, we actually had

formal meetings every day.

   Q: As to Amerijet?

   A: As to Amerijet

   Q: Do you recall anything?

   A: No. but I did that with all air carriers.

[16]    Q: When you did the en route inspections, where

[17] did you do the en route inspections of Amerijet?

[18]    A: Yes.

[19]    Q: Where would you sit?

[20]    A: There was a seat in the airplane that's

[21] specifically for the FAA.

[22]    Q: Is that in the cockpit?

[23]    A: Yes.

[24]    Q: What did you do in the cockpit; did you

[25] review records or –

Page 71

   A: Review records, review their interaction

with the crew, review procedures, review how the

maintenance issues, review their limitations and the

instruments just like they did, watch something, view

how the crew interacts, you know, everything.

   Q: Do you recall the name of any particular

crew members?

   A: No

   Q: Do you recall any crew members –

   A: No

   Q: – any issues you would have reported and

[12] have expected them to come into compliance with; is

[13] that correct?

[14]    A: Yes. Most of the time it's pretty routine.

[15] 99 percent of the time it's pretty routine, and

[16] sometimes it's actually very positive where you have

[17] a – it's a code on the PTRS. It's a – you are

[18] allowed to make positive comments. The crew is

[19] well-coordinated, good interaction between the crew

[20] members, and, you know, those kind of things, handles

[21] the situation well. And sometimes you just make,

[22] there are several codes for when you make a report.

[23] One is S, which is satisfactory. You have no comment.

[24] Information which you, issues which I make some

[25] information. A P, which is a potential problem.

Page 72

[1] Those are codes, and then there is another code. I

[2] can't remember when – it's not when it's – there is

[3] a serious issue, and that's, you just use codes and

[4] that's how it's entered into a data base, and that's

[5] part of the PTRS system that the agency used.

[6]    Q: Do you remember any issues other than what

[7] we have talked about, the cockpit?

[8]    A: I can't remember.

[9]    Q: Do you remember any positive things?

[10]    A: Sure, sure.

[11]    Q: What do you remember positive?

[12]    A: 99 percent of it was positive, in other

[13] words. I would have taken action if it was something

[14] else. Usually was information, but most of the time

[15] it was, you know, nothing wrong once the airline

[16] became complying.

[17]    Q: If there were matters – this is in the

[18] GOM – that needed to be amended, modified, updated,

[19] whatever, would you have to sign off on those when

[20] they were done?

[21]    A: Yes.

[22]    Q: Do you ever review the pilots' procedures in

[23] the GOM?

[24]    A: You know, it's, there are several

[25] procedures, and one of them that I can remember, that

Page 73

[1] cross issues, is the loading, for example, and weight

[2] and balance. They crossed the specialties. Another

[3] one is the pilot responsibility to annotate

[4] discrepancies during a flight, that regulation 121563,

[5] which basically says that pilot in command must

[6] make – you probably know this better than I do, Paul.

[7] They have to make a report of any discrepancies that

[8] occur from take off to landing of this flight and must

[9] review the log book as to the previous flight and so

[10] forth and so on. So those kind of things we did

[11] discuss all the time and weight and balance, because

[12] that's part of the operations specifications that the

[13] maintenance and operations must sign off on.

[14] Otherwise, very often, they are two divergent

[15] specialties.

[16]    Q: Okay. In terms of the weight and balance,

[17] we talked about general focus of those areas. Is that

[18] what you covered in your focus inspections?

[19]    A: Yes. That's part of it.

[20]    Q: What other part?

[21]    A: Well, what I tried to explain earlier is

[22] that if you don't have the procedures in place to

[23] determine how much the core weighs, ultimately the

[24] weight and balance can't be right.

[25]    Q: Correct.

Major                                                                    Jose Pagan
Amerijet International                                         Vol. 1, September 5, 2003

Page 74

[1] A: So our focus was everything leading up to
[2] that. So basically how much does it weigh, where is
[3] it on the airplane, and will it stay where you put it
[4] and equipment that is used to weigh it, to tie it
[5] down, and training necessary to make those
[6] determinations, including the scales and so on and so
[7] forth. All that just led up to that regulation that I
[8] read earlier, 121665, which is to prepare a good
[9] weight and balance for the airplane and manifest.
[10] Q: I think we said or you said that is where
your review stopped?
[11] MS. SHEA: Objection to the form.
[12] Q: Making sure that the weight and balances
were correct?
[13] A: Right. It was a focus inspection, if that's
what you mean, of the inspection.
[14] Q: Yes.
[15] A: Yes, it was a focus inspection. But let me
[19] just say something about that. That's not to say that
[20] when you are looking at that and you turn this way and
[21] you see something, say I'm not looking at that, so I
[22] don't see it. We found other things that are
[23] peripheral issues that came into the report, but only
[24] because we were there.
[25] Q: But that's a focus inspection?

Page 75

[1] A: The focus inspection was –
[2] Q: – your area of responsibility unless
[3] something, as you said, got your attention?
[4] A: Right. Was in the focus inspection, was to
[5] determine that the aircraft, that the airline was
[6] compliant with the weight and balance of the airplane
[7] and the operation of the airplane.
[8] Q: What training have you had on CRM?
[9] A: I haven't trained on CRM per se. In other
[10] words, I haven't gone because it doesn't pertain to
[11] me. But what we train from in the agency, in which
[12] agency, like many other respects, you know, there is a
[13] term that is used in the agency that's we are often
[14] called tombstone regulators. I don't know if you have
[15] heard that term before.
[16] Q: No.
[17] A: Well, the term comes from the idea that very
[18] often several things go wrong that kill people, that
[19] people die, passengers, and so forth, and then the
[20] agency brings about a regulation, says, you know, the
[21] reason why all these accidents occur is because this,
[22] this, this, and that, and they design a regulation.
[23] Probably the accident that probably comes to mind is
[24] the Tenerife accident, two 747s that crashed. I
[25] think, I believe it was the Canary Islands, and so

Page 76

[1] that accident.
[2] Then there was another, I think United DC 8
[3] accident, a couple of other accidents that, I will say
[4] the Florida layer, Florida accidents. All of those
[5] accidents had to do with the interaction of the crew.
[6] So the agency produced a rule that basically the crew
[7] members had to train so that they would interact
[8] better in the cockpit, in other words, to use all the
[9] resources, the pilots, for the pilots to use to make a
[10] decision.
[11] So what that did, it trained the people so
[12] that anybody in the cock compartment could say,
[13] listen, there is a problem here, and it was
[14] received – well, much before that, it was basically,
[15] I am the pilot in charge, and I am making the choices
[16] here, and I make the decisions, pretty much in a
[17] general sense.
[18] So in essence, the agency, as a result of
[19] these accidents, made a rule that was called CRM, that
[20] is crew resource management is what it's called. I
[21] think it's 121404, if I remember correctly, but
[22] basically what that does, it holds the airline
[23] accountable to train, as there is a training program
[24] that they must design and approve by the FAA that
[25] teaches the airline, the pilots, and people in the

Page 77

[1] cockpit to interact with one another so that they can
[2] operate safer.
[3] Q: Okay?
[4] A: That's the essence of that. I have not been
[5] to one of those trainings. I have been to trainings
[6] to make sure that the airlines do that, in other
[7] words, because a training CRM is specifically each
[8] airline designs their own training. And it's covered,
[9] it's to be part of the manual that they submit to the
[10] FAA for approval, the training program.
[11] Q: Would you review the procedure set forth in
[12] that manual or would you just review it to make sure
[13] they have it?
[14] A: They have to submit a curriculum to the FAA,
[15] and we just sign off. Did you cover the interior
[16] actions, did you cover certain accidents that
[17] occurred, why they occurred, so many hours on this.
[18] There is usually an initial training and then there is
[19] a recurrent training that is usually a year or however
[20] it's determined. So often they have to retrain again,
[21] usually much less. Let's say the initial training
[22] might be eight hours. Then the recurrent training
[23] might be just four hours.
[24] Q: What if any decision making or
[25] recommendations did you do as to the effectiveness of

Page 78

[1] the training in the cockpit?

[2] A: Of the CRM and I saw the curriculum or I

[3] talked about it with the POI, but, you know, we did

[4] about everything. So it's not that I remember that

[5] specifically.

[6] Q: So you didn't make recommendations or

[7] decisions regarding the quality, the effectiveness of

[8] it, just the procedure?

[9] A: Right, that they have to have it. But I

[10] didn't very often discuss that. You know, they have

[11] to have a procedure and they have to have a curriculum

[12] and they have it and that's it.

[13] Q: Who would evaluate it? Did anyone in the

[14] FAA evaluate the implementation? In other words, did

[15] it take actually sitting in the cockpit and listening

[16] to the interaction of the crew members?

[17] A: Whenever you did an en route that was part

[18] of this, you had to do that. You commented on those

[19] kind of things.

[20] Q: And how would it be judged? What factors

[21] would you look at specifically as to the effectiveness

[22] or quality of it?

[23] A: The cordiality, the ability of any of the

[24] crew members to speak to the skipper and say, this is

[25] a problem and have the speaker, the skipper, the

Page 79

[1] captain, react in a positive way to the person who

[2] brought the issue up. In other words, someone brings

[3] the issue up and says the EEPR, the E-E-P-R of No. 3

[4] engine is high, and the skipper would be able to say,

[5] well, yes, I see that or it is within limits, rather

[6] than say, "Shut up and get your seat belt on and

[7] relax. I am in charge," which used to be, in the old,

[8] old days, that used to be the way. But the agency

[9] expects the interaction in the cockpit.

[10] Q: So the skipper, does he have to accept the

[11] opinion or comments from the crew or give them due

[12] consideration?

[13] A: Let me just say this, the captain ultimately

[14] has responsibility. The agency expects the skipper to

[15] react, to take action with respect to an issue of

[16] safety that makes the whole operation safer. The best

[17] example of that probably is the United flight in –

[18] was it in Ohio? Where?

[19] MR. REPP: Sioux Falls.

[20] A: Yes. Sioux Falls, where the skipper used

[21] very, very good resource management. As a matter of

[22] fact, I think there were some crew members that were

[23] in the back that were actually passengers that came

[24] forward to assist that flight. They were basically

[25] flying with severed hydraulic lines and no flight

Page 80

[1] controls, and they were actually able to save many.

[2] many people because of their interaction with the

[3] crew. The agency, I think, views that as a positive

[4] case for crew resource management. In fact, lately

[5] that has been adopted by ships, in other words.

[6] Q: Boats?

[7] A: Huge boats now have what they call bridge

[8] resource management.

[9] Q: And the factors, the qualities that you look

[10] for, you mentioned cordiality?

[11] A: Good interaction, good interaction. In many

[12] respects that's all.

[13] Q: What else? What was it about that

[14] particular example you just gave me with the crew –

[15] the passengers – I'm sorry – the crew members who

[16] happened to be passengers coming forward to help, what

[17] factors?

[18] A: They were able to work as a team. They

[19] created a good synergism to work as a team rather

[20] than, because in this business, in aviation, usually

[21] it's about – even just the name of the office with a

[22] skipper works. You know, there is a reason why that's

[23] called the office that it's called. It's kind of

[24] that's the way it has been since the beginning of

[25] aviation. But the agency has made an effort, through

Page 81

[1] that regulation, to move it away from the single, I am

[2] in charge, to a team.

[3] Q: Is part of that, if you know, is part of the

[4] effective communications using the same lingo or

[5] speaking the same language?

[6] A: You know, I don't know. We generally, when

[7] we are in aviation, we do speak the same language. I

[8] think, I doubt that – do you mean language in terms

[9] of English, Spanish, whatever?

[10] Q: No. I mean using the same kind of verbiage.

[11] A: Same words. I don't know if the specific

[12] training for a particular airline would want you to

[13] call CRM cockpit resource management versus crew

[14] resource management, for example.

[15] Q: That was not in your area?

[16] A: I can't remember that.

[17] Q: Would you expect the first officer to

[18] consult with the captain?

[19] A: Yes, and the captain with the first officer

[20] and the engineers. That's the whole idea, to have

[21] that rapport, that communication, in all respects.

[22] Q: Do you recall ever writing any crew up or

[23] reporting any crew for poor communications? I am not

[24] speaking of Amerijet per se. I am speaking of

[25] anybody.

Page 82

**A:** Yes.

**Q:** Was it Amerijet, by the way?

**A:** I don't recall.

**Q:** Do you recall what factors you found present that resulted in your conclusion that it was poor communication?

**A:** I think – and the only reason why I remember this is because it happened several times – there was not a good response to a call, in other words, flaps 30 degrees, and usually there is a call flaps 30 degrees, and the person who does it would verify that it is done, because very often the guy is looking out, and so we need that communication in those times and in those instances. Mostly that's what I recall, and no particular airline, but several airlines, several crews' interaction, that didn't occur.

**Q:** Have you listed on Exhibit 2 all of the documents that you reviewed in this case or just the documents that you relied on in reaching your opinion?

**A:** I don't know what you mean, but I think I answered that already, that I think this is the stuff that I looked at to base my opinion on, and I think that I mentioned that I looked at the FARs, because I just carry them with me all the time to determine, you

Page 83

know, if FAR was violated.

**Q:** How about the documents that were generated by this case, depositions or documents generated by Mr. Major or Ms. Shea, whatever; have you listed all those?

**A:** Yes, I think everything that's in there.

**Q:** Because there are documents in there that are not on here.

**A:** That may be.

**Q:** Why would that be?

**A:** Some of that stuff is not – I don't know that

**MS. SHEA:** The answer may be different by each item

**A:** Some of those things are kind of like duplicates and things like that, but I don't know.

**Q:** When did you do the –

**A:** When?

**Q:** When did you first do a report?

**A:** Gosh, it was a while back actually, but I can't remember. You know, this has been two years, I think, or something more.

**MS. SHEA:** I couldn't tell you right now –

**A:** Two years or more.

**MS. SHEA:** – when the first report was. I

Page 84

can't give it a year.

**A:** But it might have been, it might have been 2001, early 2001.

**Q:** And then when did you issue what is now marked as Exhibit 2?

**A:** That had to have been like a couple of months.

**Q:** I will tell you that I received it in July of this year.

**A:** Yes, couple of months. That's probably a couple of months.

**Q:** What did you do, if anything, or what did you review, if anything, when you reissued this report?

**A:** Well, a couple of things. One of them was that there was a typo that said 114 CFR, but it's 14 CFR, and I think that's about it.

**Q:** Did you review any additional documents?

**A:** I can't remember. I can't remember that I reviewed this, because it had been a long time, you know, and when, getting close to our meeting right now. And so I think I reviewed it, and I think that's all I changed. I can't remember.

**Q:** Is there any reason you reviewed Derry Huff's deposition in the Luis Michael's case?

Page 85

**A:** I was not involved with the Luis Michael's case. I don't think so. I think – no, I don't remember that. You know, let me just say this too. This will kind of perhaps kind of shed some light here. Some of these things, the issues here having to do with a particular flight, and just kind of looking at this with respect to the regulations, by and large, in other words, there is a lot of minutia having to do with personnel, and I am certainly not an expert in any of that stuff, you know, but, you know, speak to the regulation of what should have occurred with respect to whether it's weight, operation, CRM, and that kind of stuff and compliance with following the manual or something, and then speak to that, because there are other things I don't know anything about or –

**Q:** Okay. What other things do you not – your term is not know anything about?

**A:** Like personnel action. Like if somebody shows up with whatever, supposed to wear a tie and they didn't in a particular company, and so they will take action against them or something like that. I know that the airline has to comply with the manual and I know which reg and, you know, I know what the contents of the manual is supposed to be and those

Page 86

[1] kind of things, but, you know, that they take action
[2] against somebody for showing up late, that's another
[3] issue and I just don't know anything about that. Each
[4] company has its own procedures, and I don't know those
[5] things.
[6]    Q: How would that apply to the airplanes,
[7] though?
[8]    A: In what respect?
[9]    Q: You said each company has its own procedures
[10] of wearing a tie?
[11]    A: Just giving, as an example of the things
[12] that I don't get involved in. Even when I was an
[13] inspector, if there were issues of personnel issues,
[14] for example, that for example that somebody must
[15] attend every Wednesday, they must attend whatever
[16] meeting or they must attend the company picnic or
[17] something, I only, you know, looked at the regulations
[18] and compliance with the regulations.
[19]    Q: Okay. Did you review Paul Repp's
[20] deposition?
[21]    A: I can't remember.
[22]    Q: Did you review –
[23]    A: Is that in here?
[24]    Q: No.
[25]    A: No.

Page 87

[1]    Q: What did you do to ascertain that this list
[2] of documents that you reviewed is all the documents
[3] you reviewed and is accurate? I mean, what was your
[4] procedure for making sure you got them all down?
[5]    MS. SHEA: Objection to the form. I don't
[6] think he testified he got them all down.
[7]    BY MS. NORTON:
[8]    Q: I'm sorry. It says I have reviewed the
[9] following documents and depositions. Are there any
[10] ones that you did not list – forgetting the FARs –
[11] that you did review that were generated in this case?
[12]    A: I don't remember. I can't remember. I
[13] think it was that this was plenty enough for me, and
[14] most of that stuff was not applicable to the stuff
[15] that I have knowledge of that I feel comfortable
[16] talking about, which is the regulations and those kind
[17] of things with respect to certification and the basis
[18] for certification of the airline and procedures of the
[19] airline. And that's why I, you know, that's why I
[20] said that. So I just looked at the things. These are
[21] the articles and some of them are duplicates and then
[22] besides that, that I can remember looking at
[23] specifically was the FARs, you know.
[24]    MS. SHEA: These things, indicating the
[25] pile –

Page 88

[1]    Q: That hasn't been marked?
[2]    A: Yes, yes, yes.
[3]    Q: Who was POI when you were the PMI?
[4]    A: It was John Roseborough, I believe, and he
[5] was assisted by John Flynn.
[6]    Q: Okay. This stack. So do you have any
[7] documents at your office or otherwise that pertain to
[8] this case you have not brought?
[9]    A: (No response.)
[10]    Q: No?
[11]    A: No.
[12]    Q: You have got to answer –
[13]    A: No, I do not, no. I'm sorry.
[14]    Q: Was there a separate file that you kept or
[15] separate file you maintained on this particular case?
[16]    A: No.
[17]    Q: So what is your level of assurance that
[18] there aren't any other documents? Do you know what I
[19] am saying? What was your procedure for making sure
[20] you brought all the documents you have?
[21]    A: Because I have a file, and everything that I
[22] have that I get dealing with that goes into that file,
[23] and it's called, you know, it's in a drawer, a little
[24] accordion file, and it all goes in there.
[25]    Q: Your habit and procedure is to file

Page 89

[1] everything under this case?
[2]    A: Under the Major case.
[3]    Q: You obviously looked at that before you came
[4] today and brought it with you?
[5]    A: I took everything in there, probably some
[6] stuff I shouldn't have. I just grabbed the whole
[7] file. Everything that I have looked at you have in
[8] your hands.
[9]    Q: I am just going to go on the record and
[10] identify this material. Do you know what number that
[11] is at the bottom? Can you read it?
[12]    MS. NORTON: It was for another case. Can
[13] you read it?
[14]    MS. SHEA: I can't read it. I don't even
[15] know whether it was for another case or not.
[16]    MS. NORTON: Well, it says plaintiff
[17] exhibit, so –
[18]    MS. SHEA: Well, I am the plaintiff in this
[19] case too.
[20]    MS. NORTON: That's what I mean. I'm sorry.
[21] I mean another deposition. Excuse me. I don't
[22] mean another case.
[23]    MS. SHEA: Okay.
[24]    BY MS. NORTON:
[25]    Q: Okay. We have the –

Page 90

[1] **A:** Limitations.

[2] **Q:** Limitations for Fort Lauderdale. It says

[3] flaps 15. Then we have for Miami, flaps 15. Then we

[4] have for Miami, flaps 15 again. There are two copies.

[5] One is KMIA 09 L, and KMIA 12. Those refer to

[6] runways?

**MR. REPP:** Two different runways.

**MS. SHEA:** You can't really help out today.

**MR. REPP:** I know.

**BY MS. NORTON:**

[?] **Q:** These copies that you produced are not

[12] signed off on by the FAA. Would they normally be

[?] signed off?

[14] **A:** They might have been in that part that's cut

[15] off or something, or in some the inspector can sign

[16] off on the entire, you know, the entire book.

[17] **Q:** But what I am referring to as the

[18] limitations would have been approved by the FAA?

[19] **A:** Oh, yes, they are.

[20] **Q:** And then I have a document dated November 28

[21] of 2000, U.S. Department of Commerce, Asheville, North

[22] Carolina. Do you recall that?

[23] **A:** No. This looks like something that was

[24] requested for climate conditions or something for

[25] John, what that is.

Page 91

[1] **Q:** Did you request it?

[2] **A:** No. I did not.

[3] **Q:** Do you recall using that for writing your

[4] report?

[5] **A:** No.

[6] **Q:** I'm sorry?

[7] **A:** No. I do not. I can't remember using that.

[8] **MS. NORTON:** Let me have this marked as

[9] Exhibit 4.

[10]    (Defendant's Exhibit 4 marked for

[11] Identification and attached to record hereto.)

[12] **Q:** Do you recall ever seeing this document

[13] before today?

[14] **A:** Oh, yes, it was in my –

[15] **Q:** But you don't remember independently?

[16] **A:** I don't remember reading it and saying, oh,

[17] look, that stuff that I needed is right here or

[18] whatever. Just –

[19] **MS. NORTON:** Let me just have this marked as

[20] Exhibit 5.

[21]    (Defendant's Exhibits 5, 6, and 7 marked for

[22] Identification and attached to record hereto.)

[23] **Q:** Let me show you what I have marked as

[24] Exhibit 5. Can you identify that for me?

[25] **A:** There is an EIR and enforcement

Page 92

[1] investigative report prepared by, I don't know whether

[2] the inspector was – it's not here. I don't know, but

[3] it's –

[4] **Q:** Would it be Mr. Roseborough per chance?

[5] **A:** Could have been.

[6] **Q:** Was it you?

[7] **A:** Pardon me.

[8] **Q:** Was it you?

[9] **A:** No. Yes. Roseborough. John wrote this.

[10] **Q:** Now, why did he do this rather than you?

[11] **A:** It was an operations issue.

[12] **Q:** And let me show you Exhibit 6. Can you

[13] identify that?

[14] **A:** It's another EIR. Let's see. It has a

[15] history of – let me see – violations. I don't know

[16] who wrote this either.

[17] **Q:** I think it's Mr. Roseborough.

[18] **A:** Roseborough wrote it.

[19] **Q:** Let me show you what is marked 7.

[20] **A:** This is Brian Steele. I don't know who

[21] wrote this one either, Roseborough.

[22] **Q:** Do you have any independent recollection as

[23] to the interaction of those three documents, of those

[24] three IOPs?

[25] **A:** No.

Page 93

[1] **Q:** Do you know if they arose out of the same –

[2] **A:** Yes, they are the same incidents. This is

[3] basically what happens when you have an issue of what

[4] I read here, that each crew member gets an EIR and the

[5] airline gets an EIR.

[6] **Q:** Okay.

[7] **MS. NORTON:** Have this marked as 8, 9. If

[8] you don't mind, I will just mark them. It's

[9] quicker.

[10]    (Defendant's Exhibit 8 marked for

[11] Identification and attached to record hereto.)

[12] **Q:** Let me show you what I have marked as

[13] Defendant's 8, Notice of Proposed Civil Penalty,

[14] February 16 of 2000, Amerijet International. Have you

[15] seen this?

[16] **A:** Yes.

[17] **Q:** Do you know the results, what happened?

[18] **A:** What happened with, like –

[19] **Q:** That proposed penalty.

[20] **A:** No, I haven't read any action after this, so

[21] if that's what you are asking me, no, I haven't. I

[22] know what it was proposed, but that's all. That's

[23] what it says here.

[24] **Q:** Your decision or comment, that there was a

[25] violation on Exhibit 2, page 2, subsequently found by

**Page 94**

[1] the FAA; do you see where I am reading?

[2] **A:** No.

[3] **Q:** On page 2, Exhibit 2, right here,

[4] subsequently, right in this, bottom of that, "As

[5] subsequently found by the FAA" –

[6] **A:** Yes.

[7] **Q:** – the plane took off overweight, thus

[8] violating federal aviation regulations"?

[9] **A:** Yes.

[10] **Q:** Is your opinion and conclusion based upon

[11] Exhibit 8?

[12] **A:** That and several other things in there that

[13] I have read.

[14] **Q:** If in fact the FAA found that there was no

[15] violation, would that change your opinion?

[16] **A:** Yes, it might

[17] **Q:** Okay. What factors, if the FAA found that

[18] there was no violation, what factors would you look at

[19] or do you know that would change your opinion?

[20] **A:** Well, the agency would have, and this is

[21] when we were doing an investigation, the agency would

[22] have to write a letter saying that we further

[23] investigated and we found that upon that day, the

[24] airplane was not overweight, in other words, the

[25] airplane was within its weight and balance. That

**Page 95**

[1] would be what they would have to do to retract the

[2] EIR.

[3] **Q:** Let me show you what I'm going to mark as

[4] Exhibit 9. This is the Notice of Proposed Certificate

[5] Action. Do you recall seeing that?

[6] (Defendant's Exhibit 9 marked for

[7] Identification and attached to record hereto.)

[8] **A:** Yes, I saw this.

[9] **Q:** Then it looks like you have two –

[10] **A:** It's a crew member.

[11] **Q:** And who was that?

[12] **A:** Mr. Wise.

[13] **Q:** Do you know the results of that one?

[14] **A:** No. Just, just the proposed certificate

[15] action against Mr. Wise.

[16] **Q:** These two depositions, volume 1, volume 2,

[17] okay, these are Derry Huff. Do you recall anything

[18] specific in reviewing the deposition of Derry Huff

[19] that you relied on?

[20] **A:** I can't remember that.

[21] **Q:** Let me show you what I'm going to mark as

[22] Exhibit 9-A. This is the deposition of Paul Repp.

[23] It's not listed on your documents that you reviewed.

[24] Does that mean you didn't review it or does that mean

[25] you just forgot to list it?

**Page 96**

[1] (Defendant's Exhibit 9-A marked for

[2] Identification and attached to record hereto.)

[3] **A:** I just kind of went pretty quickly through

[4] this, and I didn't see very much in here, that sort

[5] of, just that I used to make my, you know, to make

[6] this opinion.

[7] **Q:** Okay. You don't remember anything specific?

[8] **A:** No, I don't remember anything specific.

[9] **Q:** Let me show you what we will mark as Exhibit

[10] 10.

[11] (Defendant's Exhibit 10 marked for

[12] Identification and attached to record hereto.)

[13] **A:** I'm sorry.

[14] **Q:** As you sit here now, do you know why you

[15] didn't list it?

[16] **A:** No, I can't remember why I didn't. I think

[17] I just got that, actually, not long ago, you know, so

[18] I don't remember and I don't remember anything in

[19] there that was – that said, you know, this part of

[20] this I need to use that for making my opinion on here,

[21] that was something that stood out and said, you know,

[22] this changes this or sheds some light on this.

[23] **Q:** Okay. Do you remember any opinions or

[24] specific comments that Paul Repp made in his

[25] deposition that you disagreed with?

**Page 97**

[1] **A:** I didn't look at it enough to make that. I

[2] didn't look at it in that light, to say I disagreed

[3] with this and make a note to myself, hey, I disagree

[4] with this.

[5] **Q:** Let me show you what we have marked as 10.

[6] Can you identify that?

[7] **A:** I think this has to do with the company

[8] action against Mr. Major, the personnel action against

[9] Mr. Major, I think.

[10] **Q:** Is there anything in there you relied on?

[11] **A:** No.

[12] **Q:** Do you remember reviewing it?

[13] **A:** Yes, I remember looking at that.

[14] **Q:** Let me show you – well, this is the

[15] deposition of John Washington and Brian Steele that

[16] were taken in this case. Anything specific you

[17] remember relying on in the deposition of Brian Steele?

[18] **A:** I kind of focussed pretty much on those

[19] issues there that had to do with regulatory issues,

[20] the events of a couple of flights and the weather and

[21] those kind of things, what they said and what was said

[22] elsewhere, including the stuff from the agency

[23] investigation, so just sort of comparing the

[24] information.

[25] **Q:** Okay. Let me show you what we have marked

Page 98

[1] was 11

[2] (Defendant's Exhibit 11 marked for

[3] Identification and attached to record hereto.)

[4] Q: Can you identify that for me?

[5] A: I think this is the curriculum for that, the

[6] agency must have approved as complying with the CRM

[7] training requirements, the regulations.

[8] Q: Now, there is an approval by an FAA

[9] inspector at the bottom?

[10] A: Yes. John Roseborough at the top here.

[11] Q: So that would not be something you would

[12] approve?

[13] A: No. I usually review or not review, but

[14] look at what John would approve, and basically the

[15] same thing for the stuff that I would approve. He

[16] just reviews it, but he doesn't – I don't tell him

[17] not to approve it or to approve it.

[18] Q: That's in his –

[19] A: That's in his side of the –

[20] Q: Let me show you what I have here as

[21] Defendant's Exhibit 12. It's purporting to be a

[22] letter from Darlyn Kreitman, who is a paralegal from

[23] Ms. Shea's firm. Have you ever seen that?

[24] (Defendant's Exhibit 12 marked for

[25] Identification and attached to record hereto.)

Page 99

[1] A: Yes.

[2] Q: If you look at the date on that letter, does

[3] that refresh your memory that you just received the

[4] deposition of Roseborough in the last few, couple

[5] days?

[6] A: Yes.

[7] Q: So your opinion is made without reference to

[8] those depositions?

[9] A: I looked at those, but they didn't shed any

[10] light or change my opinion that I give in my report.

[11] Q: Okay. And that's the deposition of Repp,

[12] Jorsey, and Roseborough?

[13] A: I brought every document. I don't want you

[14] to feel like that is stuff in there – if you see some

[15] love letters in there, try to ignore them, but I

[16] didn't want to – I wanted to bring everything that I

[17] read. If it's too much –

[18] MS. NORTON: I will just mark these.

[19] MS. SHEA: Make this a composite?

[20] (Defendant's Exhibits 13, 14, 15, 16 and 17

[21] marked for Identification and attached to record

[22] hereto.)

[23] Q: Let me hand you what I have marked as

[24] Exhibits 13 through 17 that are letters from Valerie

[25] Shea to you and ask you if you can identify them.

Page 100

[1] A: What did you want me to –

[2] Q: Just identify that in fact they are the ones

[3] that you had in your file and produced today.

[4] A: Right. These are the EIR reports, the

[5] letters that are copied.

[6] MS. SHEA: She doesn't care about the

[7] content. Just they came out of your file as you

[8] have repeatedly said.

[9] A: I'm sorry. Yes, they are.

[10] (Defendant's Exhibits 18, 19, and 20 marked

[11] for Identification and attached to record hereto.)

[12] Q: Same question with 18, 19 and 20. Again,

[13] they are letters to you from Ms. Shea purporting to

[14] be –

[15] A: They are.

[16] Q: Good.

[17] A: You can see how far behind we are here,

[18] going to give this deposition in January 2001. Yes, I

[19] recognize all these letters that have been sent to me

[20] from –

[21] (Defendant's Exhibits 21, 22, and 23 marked

[22] for Identification and attached to record hereto.)

[23] Q: Here is 21, 22 and 23, same question.

[24] A: Yes, I received all those letters.

[25] Q: Did you prepare your report on a computer or

Page 101

[1] did you write it out and somebody else type it?

[2] A: No, no. I write everything. You have the

[3] draft or the – or whatever, the report.

[4] (Defendant's Exhibits 24 and 25 marked for

[5] Identification and attached to record hereto.)

[6] Q: I have 24 and 25. And are these the same

[7] thing? I think they are the same thing.

[8] A: Right, there is a correction there.

[9] Q: Yes. That is the only difference to your

[10] knowledge?

[11] A: Yes. To my knowledge it's the only

[12] difference, and then let me see. Yes, there was a

[13] typo there and there was another typo here, and so,

[14] you know, there is and there is another mistake right

[15] there too.

[16] Q: What was the mistake?

[17] A: Just got an added 1, 1 added to the 14 CFR.

[18] It says 114, but in reality it's 14.

[19] Q: In addition you have the Defendant's

[20] Response to Plaintiff's First Set of Interrogatories

[21] and, I believe, the Defendant's First Amended Answers

[22] and Affirmative Defenses, the Complaint, Defendant's

[23] Response to Interrogatories. Then we have the

[24] incident from Major written 8/17.

[25] Let me show you what I'm going to mark as

Page 102

[1] Exhibit 26 and 27.

[2] (Defendant's Exhibits 26 and 27 marked for

[3] Identification and attached to record hereto.)

[4] A: That's all right.

[5] Q: Can you tell me why you have the difference

[6] in these two copies or why you have the two copies?

Are there any –

[7] A: They are different

[8] Q: Did you compile 27, which is the weightier

document?

[9] A: I received all of this stuff from Ms. Shea's

[12] office.

[13] Q: Compiled as it is?

[14] A: Yes. I didn't separate them or some of

[15] these things, looks like they are in some of them. It

[16] includes more than one copy of something and other

[17] messages that are probably in there duplicated as

[18] well

[19] (Defendant's Exhibits 28 and 29 marked for

[20] Identification and attached to record hereto.)

[21] Q: 28 and 29, just confirming that you did in

[22] fact receive those, and they are in your file

[23] produced?

[24] A: Yes.

[25] (Defendant's Exhibit 30 marked for

Page 103

Identification and attached to record hereto.)

Q: 30?

[3] A: This looks like replies to the LOIs.

[4] (Defendant's Exhibit 31 marked for

Identification and attached to record hereto.)

[6] Q: 31?

[7] A: Yes. I received, I saw those. Those are

[8] replies to the LOIs.

[9] (Defendant's Exhibit 32 marked for

[10] Identification and attached to record hereto.)

[11] Q: 32?

[12] A: I have.

[13] (Defendant's Exhibit 33 marked for

[14] Identification and attached to record hereto.)

[15] Q: Can you identify 33 for me?

[16] A: That's part of the performance manual, part

[17] of the AOM. That's the language she was talking

[18] about.

[19] Q: Show you what I'm going to mark as 34, an

[20] evaluation for Mr. Major.

[21] (Defendant's Exhibit 34 marked for

[22] Identification and attached to record hereto.)

[23] Q: Did you see that?

[24] A: Yes. I saw this also.

[25] (Defendant's Exhibit 35 marked for

Page 104

[1] Identification and attached to record hereto.)

[2] Q: Exhibit 35, what is that? Would you

[3] identify that for the record?

[4] MS. SHEA: If you know what it is.

[5] A: Yes. It looks like a proficiency report

[6] performed for, about Mr. Major by the company, by the

[7] airline.

[8] (Defendant's Exhibit 36 marked for

[9] Identification and attached to record hereto.)

[10] Q: All right. 36?

[11] A: Looks like an interoffice or a message sent

[12] to Mr. Major – from Major to Mr. Huff, looks like,

[13] and this is part of the company manual, the GOM or the

[14] duties and responsibilities of the crew. Part of the

[15] GOM it looks like.

[16] (Defendant's Exhibit 37 and 38 marked for

[17] Identification and attached to record hereto.)

[18] Q: 38?

[19] MS. SHEA: I don't think you need to

[20] describe these. There is no pending question

[21] anyway.

[22] Q: Do you know what they are? Can you just

[23] identify it?

[24] A: This looks like another proficiency report,

[25] but it's missing a page.

Page 105

[1] Q: That was in your file that way?

[2] A: Yes.

[3] Q: It's dated 6/8/99?

[4] A: Yeah. I don't remember that specifically.

[5] It's –

[6] Q: Any of these documents that you now have a

[7] memory of specifically –

[8] MS. SHEA: Object to the form.

[9] MS. NORTON: – that you relied on more than

[10] others?

[11] THE WITNESS: I looked at the part of the

[12] manual, the performance. I looked at the EIRs,

[13] the FAA findings, the notices. Certainly looked

[14] at Mr. Major's report, and I looked at everything

[15] there, but some things were pertinent and other

[16] things were not too pertinent, like the personnel

[17] actions and other things that have to do with the

[18] engineer, other things that were not operational

[19] as far as I was concerned.

[20] (Defendant's Exhibit 39 and 40 marked for

[21] Identification and attached to record hereto.)

[22] BY MS. NORTON:

[23] Q: Can you tell me what if any reliance you put

[24] on 40, which is the case file regarding Tim Green and

[25] Pat Major?

Page 106

[1]   **A:** No idea. I don't know what that is. Friend
[2] of mine said once that one thing about having too much
[3] is that you always have enough, and that's the case I
[4] think here.
[5]   (Defendant's Exhibit 41 marked for
[6] Identification and attached to record hereto.)
[7]   **Q:** 41 is a letter from John Roseborough?
[8]   **A:** This is an LOI to Mr. Steele.
[9]   **Q:** What is an LOI?
    **A:** Letter of investigation.
    (Defendant's Exhibit 42 marked for
[12] Identification and attached to record hereto.)
    **Q:** And identify 42, what is that?
[14]   **A:** This is a reply, I believe, from Mr. Steele
[15] to the LOI
[16]   (Defendant's Exhibit 43 marked for
[17] Identification and attached to record hereto.)
[18]   **Q:** And tell me what 43 is?
[19]   **A:** No idea.
[20]   **Q:** Did you have any reliance on that?
[21]   **A:** No idea.
[22]   (Defendant's Exhibit 44 marked for
[23] Identification and attached to record hereto.)
[24]   **Q:** 44?
[25]   **A:** It's another interoffice communication

Page 107

[1] between Mr. Patrick Major and Mr. Derry Huff about –
[2] I don't want to read the whole thing, but it sounds
[3] like some interaction between Mr. Major and Mr. Huff.
[4]   (Defendant's Exhibit 45 marked for
[5] Identification and attached to record hereto.)
[6]   **Q:** Okay. Let me show you what is marked as 45
[7] and ask if you recall seeing that, and what, if any,
[8] reliance you put on that 45?
[9]   **A:** No, I have no idea. This, yes, I saw this.
[10] I remember this.
[11]   **Q:** What is it; it's a withdrawal?
[12]   **A:** It's a withdrawal of the action by the
[13] agency, the action after the EIR, after the violation.
[14]   **Q:** So, there was no violation found?
[15]   **A:** No, I didn't say that.
[16]   **Q:** So it's a withdrawal of it?
[17]   **A:** No. That's not a withdrawal of the
[18] violation. That's what, the agency does not see that
[19] it is necessary to take action with respect to the
[20] violation, but the violation is still there. That
[21] happens pretty frequently actually. It's sometimes
[22] because of economic distress or the agency does not
[23] pursue to take money against an airline, because it
[24] may put them under or even against an airman, because
[25] then it would put them out of work. So they say you

Page 108

[1] are going to do something else, and sometimes they
[2] just put that, make a record and then they agree to
[3] expunge that information or that record, usually two
[4] years, but it's kind of like a – it's like you are
[5] getting a traffic ticket for speeding. You know you
[6] are caught on radar doing 40 in a 25, and they don't
[7] give you a ticket, but you were speeding. So it's
[8] similar to that. I mean, that happens pretty
[9] frequently actually.
[10]   **Q:** Is the determination public record, the
[11] thought processes and explanation?
[12]   **A:** Could be, could be.
[13]   **Q:** But you don't know if it is or not?
[14]   **A:** I do not know. Sometimes they actually
[15] protect the airline by not making it a public record
[16] or the airman.
[17]   **Q:** But you don't have any independent knowledge
[18] as to what the thought processes were or why this
[19] particular letter dated November 9 to Brian Steele and
[20] November 9 to Amerijet, wherein they determined,
[21] quote, "determined that aviation safety in the public
[22] interest do not require further pursuit of this
[23] action. Accordingly, the Notice of Proposed Civil
[24] Penalty issued on February 16, 2000 is hereby
[25] withdrawn"?

Page 109

[1]   **A:** Right.
[2]   **Q:** "This case is closed," but you don't know
[3] what went into the thought –
[4]   **A:** Only from my experience, the civil penalty
[5] is not carried out. It would take the agency writing
[6] a letter basically saying we find that you did not –
[7] and I have written those letters in my career – that
[8] we find that our investigation revealed that you did
[9] not commit the violation. That's separate than this.
[10] You know, the agency is not pursuing whatever action
[11] for the violation. It's for different things, but I
[12] don't know what they presented to the agency.
[13] Sometimes it's finances, sometimes it's hardship in
[14] other ways.
[15]   **Q:** But you are speculating? You don't know why
[16] here?
[17]   **A:** No, I have no idea. I haven't been provided
[18] with those documents. I haven't read what the agency
[19] is thinking about that, but I know what the action is.
[20]   **Q:** But you don't know what is behind this
[21] decision?
[22]   **A:** No, I do not know. I think there is a
[23] document in front there that might provide what the
[24] agency used as – let me see. No. I don't see. No,
[25] I don't know what they – I don't know if it was

Page 110

[1] finances or what it was.

[2]    **Q:** Did you discuss this case with Mr.

[3] Roseborough?

[4]    **A:** No.

[5]    **Q:** At the time it was ongoing?

[6]    **A:** It's an operations issue. No, I did not.

[7] John, talking with John about this case in particular,

[8] if – we talked about lots of things. I mean, we

[9] might have spoken about something surrounding this

[10] case, but I can't remember specifically this case,

[11] because we have meetings, daily meetings, and so we

[12] discuss lots of things that were ongoing at the time.

[13] I don't know whether this action was taken – it

[14] might. I'm sure that this was later on.

[15]    **Q:** So because it was operations, you left it

[16] up to him?

[17]    **A:** Yes. I was a principal inspector,

[18] maintenance inspector. I couldn't do everything. I

[19] had two assistants myself. They assisted me. I

[20] handed out things that they had to do. John had an

[21] assistant or two, and it was an operations issue

[22] having to do with operating an airplane and weight and

[23] balance of the airplane, so John handled those things.

[24]    **Q:** So you deferred to his judgment?

[25]    **MS. SHEA:** Objection to form.

Page 111

[1]    **THE WITNESS:** I just deferred to him to do

[2] it.

[3]        **BY MS. NORTON:**

[4]    **Q:** Did John report to you?

[5]    **A:** No, we were equal.

[6]    **Q:** Okay. He was, I think he was a principal

[7] ops inspector. I was the principal maintenance

[8] inspector, and we had a principal avionics inspector

[9] as well.

[10]    **MS. NORTON:** Let's take a quick break, just

[11] a few minutes.

[12]        (Short break taken.)

[13]    **MS. NORTON:** We have no other questions, and

[14] I think we just agreed that you will take all

[15] these documents and copy them.

[16]        (Whereupon, at 1:20 p.m., the taking of the

[17] deposition was concluded.)

[18]

[19]

[20]

[21]

[22]

[23]

[24]

[25]

Page 112

[1]                    JURAT
[2]
[3]
[4]
[5]
[6]                JOSE PAGAN
[7]
[8] Sworn to and subscribed before me
    this _____ day of _____, 2003,
[9] in _____, Florida.
[10]
[11] NOTARY PUBLIC IN AND FOR THE
    STATE OF FLORIDA AT LARGE.
[12]
    My Commission Expires:
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 113

CERTIFICATE

STATE OF FLORIDA    )
                    ) ss
COUNTY OF DADE      )

I, SALLY PETERS, a Registered Professional
Certified shorthand Reporter and Notary Public for the
State of Florida at Large, do hereby certify that I
reported the deposition of Jose Pagan, a witness
called by the Defendant in the above-styled cause;
that the witness was duly sworn by me, and that the
foregoing pages, numbered from 1 to 113, inclusive,
constitute a true and correct transcription of my
shorthand report of the deposition of said witness.

I further certify that I am not an attorney
or counsel of any of the parties, nor a relative or
employee of counsel connected with the action, nor
financially interested in the action.

WITNESS my hand and official seal in the
City of Miami, County of Miami Dade, State of Florida,
this 11th day of September, 2003.


            Sally Peters, RPR


    Notary Public   State of Florida

        My Commission No  CC893062

            My commission expires

            December 30, 2003

## $

**$11,000** 64:22
**$125** 23:9
**$500,000** 65:13, 25

## 0

09:90:5

## 1

1 15:20, 21; 95:16;
101:17, 17
10 96:10, 11; 97:5
11 98:1, 2
114 84:16, 101:18
119 12:22
11965 8:24; 9:2; 9:59:15
11965s 59:3
12 38:8, 90:5, 98:21, 24
121 11:6, 7, 12:22; 14:17;
64:17
121369 60:16
121373 60:10
121375 60:10
121380 60:13
1214 51:14
12140.4 76:21
121563 74:4
121665 50:4, 74:8
123 26:2
125 23:19:22
129 48:21, 64:17
13 99:20, 21
135 11:7, 12:19, 21,
14:17; 64:17
14 37:1, 2, 2; 38:8, 43:8;
84:16; 99:20; 101:17, 18
145 48:17, 18
15 28:21; 30:17; 90:3, 3,
1, 99:20
1501 4:18
15th 4:18
16 93:14; 99:20; 108:24
17 99:20, 24
18 25:21, 100:10, 12
19 100:10, 12
1958 30:2
1962 25:20, 21
1970 25:19
1971 26:10
1987 67:13
1997 18:12
1999 67:8, 9
1:20 111:16

## 2

2 17:9, 10, 13; 22:14; 23:1,
3; 82:18; 84:5, 93:25, 25;
94:3, 3; 95:16
2,600 32:8
2-4 4:19
20 100:10, 12
2000 18:11, 12, 19, 59:1,
67:13; 90:21, 93:14,
108:21
2001 84:3, 3, 100:18
2003 11:19, 15:3
21 100:21, 23
2150.3 61:16
21532 64:15
22 100:21, 23
23 100:21, 23
24 101:4, 6
25 101:4, 6; 108:6
26 102:1, 2
27 102:1, 2, 9
28 90:20, 102:19, 21
29 102:19, 21

## 3

3 18:7, 8; 25:6; 79:3
30 82:10, 11; 102:25,
103:2
31 103:4, 6
32 54:10, 103:9, 11
33 103:13, 15
33316 4:19
34 103:19, 24
35 103:25, 104:2
36 104:8, 10
37 104:16
38 104:16, 18
39 105:20

## 4

4 64:14; 91:9, 10
40 105:20, 24; 108:6
400 65:13
41 106:5, 7
42 106:11, 13
43 106:16, 18
44 106:22, 24
45 107:4, 6, 8
450 65:25

## 5

5 91:20, 21; 24
58 30:15

## 6

6 91:21; 92:12
6/8/99 105:3
62 25:10, 11

## 7

7 28:21, 91:21, 92:19
70 25:10, 11
71 27:9, 29:9
72 27:23, 29:14
727 1:1
737 33:21, 35:11, 11, 19
747s 75:24

## 8

8 76:2; 93:7, 10, 13; 94:11
8/17 101:24
8300.10 21:10, 11, 16;
43:19
85 30:4
86 29:21, 30:4
87 27:9, 23; 29:9, 14, 19,
20

## 9

9 93:7; 95:4, 6; 108:19, 20
9-A 95:22; 96:1
94 67:22
95 67:22
954-629-3105 4:21
97 36:17; 40:11, 22, 23,
25; 67:25
98 56:25, 59:1
99 71:15; 72:12

## A

**ability** 78:23
**able** 79:4; 80:1, 18
**abroad** 38:16, 20
**Absolutely** 62:8, 66:20
**abusive** 7:3
**academy** 57:20
**accept** 55:11; 79:10
**accepted** 53:20; 55:12
**access** 55:18
**accident** 10:17, 18, 20,
20; 56:17, 17; 75:23, 24;
76:1, 3
**accidents** 30:5, 8; 75:21;
76:3, 4, 5, 5; 77:16
**Accordingly** 108:23
**accordion** 88:24
**account** 46:3
**accountable** 76:23

**accuracy** 46:10
**accurate** 51:8, 13; 52:12,
22; 53:4; 55:2; 87:3
**achieve** 69:6
**achieved** 61:6; 62:1, 1,
16
**acquiring** 48:10
**act** 50:15
**acting** 8:13
**action** 51:16, 17; 61:8,
12, 13, 14; 63:4; 64:8, 10,
11, 14; 65:7; 72:13; 79:15;
85:19, 22; 86:1, 93:20;
95:5, 15; 97:8, 8; 107:12,
13, 19; 108:23; 109:10, 19,
110:13
**actions** 48:8; 64:16, 18;
77:16; 105:17
**active** 25:12, 13
**actual** 9:11; 10:19, 21;
44:15; 54:1; 61:14
**actually** 5:18; 7:4; 8:13;
9:6; 10:24; 12:16; 18:13;
21:18; 30:1; 33:6; 46:22;
52:16; 56:7; 66:1, 70:10;
71:16; 78:15; 79:23; 80:1;
83:20; 96:17; 107:21;
108:9, 14
**added** 101:17, 17
**addition** 101:19
**additional** 84:18
**address** 4:16, 18
**administrative** 8:19;
11:24, 25
**administrator** 9:4; 61:13;
64:20
**adopted** 57:16, 17; 80:5
**advances** 52:17
**advice** 24:14
**advised** 19:17
**advisory** 12:23; 13:2
**Affirmative** 101:22
**afterwards** 46:24
**again** 13:18; 29:14; 33:4;
43:18; 48:14; 63:11;
77:20; 90:4; 100:12
**against** 61:8, 20; 63:4;
65:8; 85:22; 86:2; 95:15;
97:8, 8; 107:23, 24
**agency** 10:18; 12:17;
14:6; 20:11, 20; 24:12;
29:23; 30:3; 42:18; 48:25;
53:21; 57:4; 64:8, 10, 11,
13; 72:5; 75:11, 12, 13, 20;
76:6, 18; 79:8, 14; 80:3,
25; 94:20, 21; 97:22; 98:6;
107:13, 18, 22; 109:5, 10,
12, 18, 24
**agent** 50:5
**ago** 24:11; 33:11; 45:20;
55:3; 96:17
**agree** 68:22; 108:2
**agreed** 23:14; 111:14
**Air** 13:19; 19:5; 25:10;
26:19; 27:3, 5, 5, 11, 24;

29:13; 34:22; 39:1, 11;
52:18; 55:20; 56:5, 7, 11,
12, 13, 13, 14, 22; 58:24;
67:24, 25; 70:15
**aircraft** 10:7, 8; 21:1;
25:24; 28:13; 31:11; 75:5
**airline** 7:19; 8:20; 9:12,
18; 10:1; 34:2; 39:22;
41:13, 15; 46:3; 48:3, 4, 6,
7; 50:6; 54:8; 61:3, 12, 21;
63:5, 24; 72:15; 75:5;
76:22, 25; 77:8; 81:12;
82:15; 85:23; 87:18, 19;
93:5; 104:7; 107:23;
108:15
**airline's** 43:21
**airlines** 8:21; 31:17, 18,
20, 21, 22; 38:9, 11, 12;
50:17; 56:21; 58:24; 77:6;
82:16
**airman** 107:24; 108:16
**airplane** 10:7, 10, 12, 24;
11:1, 3, 3; 12:20; 17:3;
22:6, 8; 26:17; 27:22;
28:22; 31:7; 33:25; 34:6;
17, 23, 25; 35:10, 17, 17,
19; 41:9; 44:1, 45:25, 49:8,
15, 21, 25; 52:11, 12, 14,
15; 53:4, 25; 54:2, 4, 63:2;
64:19; 70:20; 74:3, 9, 75:6,
7; 94:24, 25; 110:22, 23
**airplanes** 21:21, 21;
28:18; 33:24; 34:2, 12:6;
44:6; 46:19; 49:5; 53:10;
57:13; 86:6
**airport** 56:10
**Airways** 6:6, 9, 15; 7:8,
8:5; 9:22
**Alaska** 31:23
**Albrook** 26:18
**allow** 48:13
**allowed** 71:18
**already** 36:25; 37:1;
48:18; 54:7, 11, 18; 55:6;
58:12; 65:8, 10; 68:20;
82:22
**always** 69:9; 106:3
**amended** 72:18; 101:21
**America** 38:12; 44:9
**American** 26:20; 39:3
**Americas** 26:18; 27:14
**Amerijet** 4:10; 39:14, 15,
18, 24, 25; 40:3, 25; 41:3,
48:1; 50:8; 58:17, 18, 19,
23; 59:2; 63:12; 65:8, 25;
66:3, 9; 67:11, 13, 15;
68:19; 69:5, 17; 70:8, 12,
13, 17; 81:24; 82:2; 93:14;
108:20
**Amerijet's** 68:3
**analysis** 60:12
**and/or** 33:15; 60:12
**annotate** 73:3
**annotated** 21:2
**anomaly** 35:6
**answered** 68:14; 82:22

answering 68:24
Anthony 37:20
anybody 23:4; 24:23;
39:16; 12:24; 76:12;81:25
anyone 78:13
anyway 23:5; 104:21
AOM 103:17
APG 27:21
apologize 1:23
appeal 9:23, 24
appealed 9:25, 25, 10:1;
11:11, 12
appeared 5:20
appendix 64:14
applicable 85:11,87:11
applied 56:22, 25,87:6
applies 70:8
apply 8:18, 46;21:86:6
appropriate 18:8
approval 70:10, 98:8
approve 76:24, 98:12,
14, 15, 17, 17
approved 90:18, 98:6
approximately 11:20,
21, 13:3
area 36:16, 22; 69:5, 16,
25, 75:2, 81:15
areas 33:11, 35:20; 36:2,
38:11, 62:6; 73:17
arguably 18:18
arise 12:16, 17
arose 93:1
around 22:7; 56:10
arrive 66:16
articles 87:21
artificial 45:1
ascertain 87:1
Asheville 90:21
aspect 7:13, 23, 9:7,
14:19, 21, 27:20, 33:5,
48:22, 55:5
aspects 8:1
assign 50:6, 11, 11
assigned 40:1, 50:8
assist 79:21
assistant 110:21
assistants 110:19
assisted 88:5; 110:19
Associates 9:20; 12:8
assume 10:24
assurance 88:17
assure 44:9, 52:20; 53:3
attached 15:22, 24,
17:11, 18:5, 9, 91:11, 22;
93:11, 95:7; 96:2, 12; 98:3,
25, 99:21, 100:11, 22;
101:5, 102:3, 20; 103:1, 5,
10, 14, 22; 104:1, 9, 17;
105:21, 106:6, 12, 17, 23;
107:5
attend 86:15, 15, 16
attention 75:3
attorney 12:7

attorneys 19:17; 63:3;
65:2
attributed 30:8
authorized 28:8
available 22:19
aviation 11:3; 30:16, 22,
23; 36:6; 37:4, 5; 38:4;
80:20, 25; 81:7; 94:8;
108:21
avionics 37:18; 38:4;
41:23; 111:8
aware 66:8
away 11:4, 61:5; 81:1

B

back 7:16, 8:8; 9:21, 17:6,
20:11, 26:10; 30:1; 52:18,
55:7, 62:25, 61:25; 79:23;
85:20
balance 10:10, 10, 11,
14, 14, 23; 15:6; 41:10, 12;
42:7, 43:22; 44:2; 49:4, 12,
16, 22; 51:13; 53:3, 9;
54:1; 58:13; 73:2, 11, 16,
24; 74:9; 75:6; 94:25;
110:23
balances 74:13
Barber 6:7, 13, 14, 10:1,
19:14
Barber's 7:21
Base 26:19; 29:13, 72:4;
82:23
based 4:11, 66:25; 94:10
Basically 7:17; 24:15;
28:13, 35:18; 42:4; 44:4;
45:21, 52:19; 59:21; 73:5,
72:2, 76:6, 14, 22, 79:24;
93:3, 98:14, 109:6
basis 6:19, 87:17
Beach 12:6
bear 15:21
became 19:6, 18:5, 72:16
become 38:21, 58:19;
62:23
began 30:15
beginning 43:10; 80:24
behavior 7:18, 20
behind 20:15; 66:12;
100:17; 109:20
believe 10:11; 14:6, 16;
17:21; 22:14; 51:6, 15;
59:1, 75:25, 88:4, 101:21;
106:14
believed 15:5; 61:2
belonged 52:23
belt 79:6
besides 87:22
best 79:16
better 11:4; 73:6; 76:8
big 63:23
Bill 41:5
bit 67:21
blanket 68:25

blower 6:10
blowing 14:1
blue 29:4, 7
Boats 80:6, 7
Boeing 35:11
book 73:9; 90:16
both 7:21, 29:2
bottom 89:11; 94:4; 98:9
break 69:24; 70:1;
111:10, 12
Brian 92:20; 97:15, 17;
108:19
bridge 80:7
briefly 25:23
bring 15:25, 32:14, 61:4;
99:16
bringing 33:12
brings 75:20; 79:2
Brought 6:11; 14:6, 15:3;
79:2; 88:8, 20; 89:4; 99:13
building 13:9
buildings 56:10
bulk 39:6
business 4:16; 5:3, 4;
12:19; 18:11; 80:20

C

C-119s 26:1
C-124s 26:1
C-130 26:12; 28:12
C-130s 29:15
C-141 28:12
C-141B 26:11
C-141s 29:15
C-47s 26:2
C-5 26:12; 28:12
C-5s 29:15
C-A-S-S 60:11
cadre 32:13, 16
calibrate 46:23
calibrated 46:14, 17, 18,
22; 47:2, 3
calibration 47:1; 48:9;
52:3
California 56:2
call 22:8; 80:7; 81:13;
82:9, 10
called 4:3; 5:13; 26:5, 5;
45:1; 57:4; 75:14; 76:19,
20; 80:23, 23; 88:23
came 35:4; 36:16; 38:10;
42:11, 21, 22; 74:23;
79:23; 89:3; 100:7
can 8:22; 9:16, 17; 12:24;
16:6; 18:17; 25:6; 37:22;
50:14, 14, 25; 51:3; 61:9,
11, 13; 63:17; 64:13;
66:21; 69:10, 10; 70:1;
72:25; 77:1; 87:22; 89:11,
12; 90:15; 91:24; 92:12;
97:6; 98:4; 99:25; 100:17;
102:5; 103:15; 104:22;

105:23
Canary 75:25
capacity 9:13; 39:2
captain 79:1, 13; 81:18,
19
care 69:12; 100:6
career 69:1; 109:7
careful 21:23
cargo 39:5, 7, 9, 10, 11,
12; 41:13; 42:5; 43:23, 23,
25; 44:1, 2, 24; 45:4, 5, 3,
22, 25; 46:4, 19; 49:3, 3, 3,
7, 11, 18; 50:16, 21; 51:2,
18; 52:1, 2, 13, 17, 22;
53:10, 12, 13; 55:25;
56:18, 19; 57:14; 58:13;
66:24
Carolina 90:22
carried 109:5
carriers 38:15, 20; 39:1,
9, 10; 70:15
carry 43:25; 82:25
case 4:14; 6:8, 10, 23, 25;
9:22; 11:14; 12:3; 14:11;
16:19, 25; 19:3, 8; 22:13,
21; 24:6, 16, 17, 21, 24;
25:1; 66:19; 68:16, 18;
80:4; 82:19; 83:3; 84:25;
85:2; 87:11; 88:8, 15; 89:1,
2, 12, 15, 19, 22; 97:16;
105:24; 106:3; 109:2;
110:2, 7, 10, 10
cases 5:5, 11, 13, 21, 22,
25; 6:1, 3, 4; 15:16; 16:22;
18:23
CASS 60:11
caught 108:6
caused 24:8
CDs 58:4
Central 38:12; 44:9
certain 9:12, 13; 26:4;
28:7; 31:16, 16; 34:15;
35:5; 46:3, 4; 64:14; 77:16
certainly 8:18; 34:7;
47:23; 49:23; 50:22;
51:21; 85:9; 105:13
certificate 30:24; 31:4;
95:4, 14
certification 31:1; 87:17,
18
CFR 84:16, 17; 101:17
Chacon 12:11, 12, 14,
18; 19:11, 24, 25
chains 43:25; 45:5
chance 14:7; 34:22; 92:4
change 34:23; 36:19;
94:15, 19; 99:10
changed 18:14; 84:23
changes 33:17; 34:11;
48:12, 17; 60:3; 96:22
charge 23:9, 11; 76:15;
79:7; 81:2
charts 47:14
check 34:15; 46:24
checklist 21:4, 7, 15;

22:12; 43:18; 51:21, 22, 24
chief 9:1, 19; 15:3; 59:5
Chile 38:12
choices 76:15
Christmas 43:7, 8, 8;
62:12
circular 12:23; 13:2
circumstances 65:3
civil 5:21; 37:5; 93:13;
108:23; 109:4
civilian 26:6; 27:8, 24;
29:1
claim 10:6, 12
claimed 6:20; 10:18
claws 45:24
clear 4:9
climate 90:24
close 84:21
closed 109:2
closely 20:12
closer 40:19
cock 76:12
cockpit 20:14; 70:22, 24;
72:7; 76:8; 77:1; 78:1, 15;
79:9; 81:13
code 71:17; 72:1
codes 71:22; 72:1, 3
codified 57:16
comfortable 87:15
coming 80:16
command 51:4; 73:5
comment 71:23; 93:24
commented 78:18
comments 71:18; 79:11;
96:24
Commerce 90:21
commit 109:9
committed 64:19
communicating 59:10
communication 35:14;
81:21; 82:6, 13; 106:25
communications 81:4,
23
company 6:20; 14:5, 16;
15:1; 19:18; 60:5, 7; 61:8;
85:21; 86:4, 9, 16; 97:7;
104:6, 13
comparing 97:23
compartment 76:12
compensated 23:7
compensation 23:8, 14
compile 102:9
Compiled 102:13
complaint 42:2; 101:22
complaints 41:11; 42:10,
17; 66:25
compliance 43:21, 22;
44:9; 51:24; 61:5, 6; 62:1,
2; 69:6, 17; 71:12; 85:13;
86:18
compliant 75:6
complied 62:3, 4
complies 49:16

comply 51:18, 18; 60:5, 9; 85:23

complying 32:18; 60:14; 72:16, 98:6

composite 99:19

computer 100:25

concerned 52:1; 105:19

concerns 14:6

concluded 111:1

conclusion 66:19; 82:5, 94:10

conditions 15:11, 90:24

conduct 7:20, 58:17

confirming 102:21

conjunction 5:23; 24:6

connection 5:2

consider 55:2

consideration 79:12

consists 21:19

consult 81:18

consultant 18:11

consulting 21:11

contamination 15:9

contemplating 24:12, 37:5

contended 14:14

content 100:7

contents 85:25

contested 14:15

Continental 31:23

continuing 60:11

control 59:13

controls 80:1

cookie 43:21, 45:4, 46:1, 53:11

Coordinated 32:5, 46:6

coordinating 18:4

coordinator 32:11

copied 65:23, 100:5

copies 58:6, 62, 25, 90:1, 11; 102:6, 6

copy 17:17; 55:16, 102:16; 111:15

cordiality 78:24, 80:10

core 74:23

correction 101:8

correctly 76:21

couldn't 43:1, 85:23, 110:18

counterpart 37:9; 38:3

countries 26:20

couple 58:24; 69:23, 76:3; 84:6, 10, 11, 15; 97:20, 99:4

course 26:8

court 5:19, 20; 11:17, 22; 13:9, 17, 19:4; 20:1

court's 6:2

cover 36:5, 10; 77:15, 16

covered 8:24; 9:2; 35:20; 36:2; 73:18, 77:8

crash 55:20, 24; 56:2, 3

crashed 33:24; 34:2; 56:10; 67:16, 19; 75:24

crashes 56:14

create 62:19

created 80:19

crew 20:16, 25; 22:2; 33:23; 34:10; 35:8; 49:11, 14, 15, 17, 23; 50:2, 19, 20; 51:6, 11; 52:10; 53:23; 71:2, 5, 7, 9, 18, 19; 76:5, 6, 20; 78:16, 24; 79:11, 22; 80:3, 4, 14, 15; 81:13, 22, 23; 93:4; 95:10; 104:14

crew's 34:12, 14, 35:2

crews 34:21; 35:19; 82:16

CRM 75:8, 9; 76:19; 77:7; 78:2; 81:13; 85:12; 98:6

cross 73:1

crossed 73:2

current 15:13

currently 16:21

curriculum 57:20; 77:11, 78:2, 11, 98:5

Custom 39:11, 56:22; 58:24

cut 90:14

CV 18:4, 25:9

## D

D.C 32:19; 57:4

daily 23:12; 110:11

dare 55:1

Darlyn 98:22

data 47:15; 49:22; 50:25; 53:4; 72:4

date 11:19, 20, 20, 21; 99:2

dated 90:20; 105:3; 108:19

Davidson 13:20, 21, 23, 25

Day 43:7, 8, 9; 70:7, 10, 11, 94:23

days 31:6, 79:8; 99:5

DC 76:2

DC-3 26:15

DC-3s 26:2

DC-8 52:19

deal 34:11, 12

dealing 49:2, 19, 25; 69:19; 88:22

December 43:10, 11

decision 6:2; 76:10; 77:24; 93:24; 109:21

decisions 76:16; 78:7

declined 15:16

Defendant 4:10

Defendant's 15:21; 17:10; 18:8; 91:10, 21; 93:10, 13; 95:6; 96:1, 11; 98:2, 21, 24; 99:20; 100:10, 21; 101:4, 19, 21,

22; 102:2, 19, 25; 103:4, 9, 13, 21, 25, 104:8, 16; 105:20; 106:5, 11, 16, 22; 107:4

Defenses 107:22

deferred 110:24; 111:1

deficiencies 45:15

degrees 82:10, 11

Delta 31:22; 34:1; 39:3

Department 10:2; 12:11; 27:2, 10, 16; 90:21

depending 28:21, 24; 64:17

depends 23:12; 50:4

deposed 4:25; 5:2, 6, 9

deposition 18:21; 19:19, 25; 84:25; 86:20; 89:21; 95:18, 22; 96:25; 97:15, 17; 99:4, 11; 100:18; 111:17

Depositions 19:1; 22:23; 59:3; 83:3, 87:9; 95:16; 99:8

depth 29:22; 30:2

derived 63:16

Derry 84:24; 95:17, 18; 107:1

describe 62:20; 104:20

design 75:22; 76:24

designation 28:6; 31:10

designs 77:8

detail 42:3

details 52:8

determination 65:16; 108:10

determinations 74:6

determine 20:25; 34:16; 35:9, 13, 16; 43:21; 44:2; 51:3; 52:10; 73:23; 75:5; 82:25

determined 10:23; 65:24; 77:20; 108:20, 21

determines 64:20

die 75:19

died 10:16

difference 8:16; 101:9, 12, 102:5

different 8:15, 9:3; 10:12, 31:9; 56:16, 64:18; 66:21, 22; 67:2; 83:13, 90:7; 102:8; 109:11

difficult 34:19; 36:4; 43:19; 46:9; 68:12

DIRECT 4:6; 66:3

directive 34:22; 61:7

directly 32:5

director 6:16; 8:13, 18, 25; 9:1; 59:4, 4, 12

disagree 97:3

disagreed 96:25; 97:2

discharged 6:20; 7:5

discovered 34:24; 65:4

discrepancies 21:1; 73:4, 7

discuss 73:11; 78:10; 110:2, 12

discussed 68:1, 4, 11

discussions 70:9

dismissed 15:4

distress 107:22

District 31:14

divergent 73:14

divided 32:11

document 22:20; 90:20; 91:12; 99:13; 102:10; 109:23

documents 12:2; 15:24; 16:3, 5; 17:15, 18; 20:8; 66:2, 7; 68:15; 82:19, 20; 83:2, 3, 7; 84:18; 87:2, 2, 9; 88:7, 18, 20; 92:23; 95:23; 105:6; 109:18; 111:15

domestic 38:14, 15, 19

done 5:22; 47:14; 60:18, 18; 66:18; 67:1; 72:20; 82:12

door 13:10, 11

DOT 11:23; 13:18

doubt 81:8

down 44:24, 25; 45:22; 52:18; 56:4; 74:5; 87:4, 6

draft 101:3

drafts 23:1

drawer 88:23

dream 64:24

due 79:11

duly 4:4

duplicated 102:17

duplicates 83:16; 87:21

during 73:4

duties 8:21; 9:16; 28:17; 36:15; 104:14

duty 25:12, 13; 26:8

## E

E 31:11

E-E-P-R 79:3

each 17:17; 32:12; 34:13, 14; 35:3; 43:9; 47:23; 77:7; 83:14, 86:3, 9; 93:4

earlier 45:4; 64:15; 73:21; 74:8

early 84:3

Eastern 31:23

economic 107:22

EEPR 79:3

effective 81:4

effectiveness 77:25; 78:7, 21

effort 80:25

eight 77:22

EIR 18:1; 61:8, 17, 20, 25; 62:9, 20, 24; 63:15; 64:3, 6; 91:25; 92:14; 93:4, 5; 95:2; 100:4; 107:13

EIRs 63:10, 12, 18; 105:12

either 19:16, 19; 20:1; 48:3; 50:5; 92:16, 21

elevators 13:11

else 35:22; 39:16; 47:8, 52:5; 72:14; 80:13; 101:1; 108:1

elsewhere 97:22

Emery 56:3

employee 27:24; 29:1

employees 7:4

en 20:15; 22:9; 32:2; 44:5; 59:25; 70:16, 17; 78:17

end 66:1

endeavor 48:4

ended 14:11

enforcement 61:7; 62:21; 64:6, 7; 91:25

engine 10:8, 22; 11:3; 31:11; 79:4

engineer 105:18

engineers 81:20

engines 28:23

English 81:9

enough 87:13; 97:1; 106:3

entered 72:4

enterprise 11:8

entire 38:1; 90:16, 16

equal 111:5

equipment 42:5, 43:23, 44:23; 45:1, 2, 13, 16, 48:10, 11; 49:24; 52:3; 74:4

escape 18:17

essence 76:18, 77:4

ethics 7:20

evaluate 78:13, 14

evaluation 103:20

Eve 43:8

even 20:11; 80:21; 86:12; 89:14; 107:24

events 97:20

every 17:17; 21:25; 22:1, 43:20; 45:23; 49:24; 68:14; 70:7, 10, 11; 86:15; 99:13

everybody 55:13

Everything 16:17; 17:19, 21; 21:21; 22:18; 49:17; 53:18, 20; 55:8; 71:5; 74:1; 78:4; 83:6; 88:21; 89:1, 5, 7; 99:16; 101:2; 105:14; 110:18

everywhere 44:8

evidence 62:25

exactly 13:2; 23:13; 47:13

EXAMINATION 4:6

examined 4:4

example 34:18; 50:16; 64:18; 66:18; 73:1; 79:17; 80:14; 81:14; 86:11, 14, 14

except 19:5
exception 14:11
excluding 68:16
Excuse 89:21
Exhibit 15:20, 21; 17:9,
10, 13, 18, 8, 22, 23:1,
3, 25:6, 82:18; 84:5; 89:17;
91:9, 10, 20, 24; 92:12;
93:10, 25; 94:3, 11, 95:4,
6, 22, 96:1, 9, 11; 98:2, 21,
21, 102:1, 25, 103:4, 9, 13,
21, 25, 104:2, 8, 16;
105:20, 106:5, 11, 16, 22,
107:4
Exhibits 91:21, 99:20,
21, 100:10, 21, 101:4;
102:2, 19
expand 37:3
expect 81:17
expected 7:18, 7:11:2
expects 7:9:9:11
experience 9:11, 29:22,
30:1, 5, 15, 14, 15; 109:1
expert 113:6:2, 8:6,
25:7, 66:3, 85:9
expertise 20:7
explain 73:21
explains 9:9
explanation 108:11
expunge 108:3
extensive 61:20
extent 13:1, 42:8; 52:24
extenuating 65:3

### F

F-S-D-O 12:14
FA 21:17
FAA 5:23, 25; 7:10, 11,
17, 19, 21, 23, 8:2, 6,
20:21, 21:6, 10; 29:19;
32:6, 11, 13, 8, 35:21,
37:10, 57:21, 61:15, 16;
63:4, 65:1, 66:5, 8, 68:18;
69:5, 16, 70:21; 76:24,
77:10, 11, 78:14, 90:12,
18, 91:1, 5, 11, 17; 98:8,
105:13
facetious 68:11
fact 45:9, 47:17, 47:6,
49:20, 60:17, 61:9, 66:20,
79:22, 80:19, 84:20,
102:22
factors 78:20, 80:9, 17,
82:1, 91:17, 18
failures 30:9
Falls 79:19, 20
far 8:8, 18:1, 22:18, 52:2;
66:21, 83:1, 100:17;
105:19
FARs 21:13, 22:16;
82:24, 87:10, 23
fatigue 29:8
February 11:19, 93:14,
108:24

federal 11:22, 13:9, 17,
94:8
FedEx 39:13
feel 87:15, 99:14
Fellow 37:20
Ferguson 13:15
few 99:4; 111:11
field 37:4, 7; 39:20; 57:6
fields 35:1
figured 34:5
file 14:9, 10; 88:14, 15,
21, 22, 24, 25; 89:7; 100:3,
7, 102:22; 105:1, 24
final 64:7, 10; 65:15, 21
finances 109:13; 110:1
find 8:22; 45:15; 46:15,
21; 60:6; 109:6, 8
finding 54:10; 62:4;
63:10; 64:12; 66:6
findings 10:25, 46:12;
47:8, 19, 23; 54:5, 9, 17,
20; 105:13
Fine 52:18, 55:20, 56:5, 7,
13, 14, 64:20; 65:12, 21,
67:21, 25
fined 65:11
finish 69:23
finished 66:12
fired 13:25; 14:5
firm 16:22; 98:23
first 4:3, 5:25, 14:3,
16:15, 30:16; 53:15,
61:13, 25; 81:17, 19;
83:19, 25; 101:20, 21
five 32:21, 36:11; 41:18
flaps 51:19; 82:10, 11,
90:3, 3, 4
flew 10:7; 20:14; 25:16
flight 25:16; 31:14; 64:22;
73:4, 8, 9; 79:17, 24, 25;
85:6
flights 12:24; 13:1; 97:20
Florida 36:17; 76:4, 4
fly 8:19; 35:17
flying 12:20; 30:21;
35:10; 44:8; 49:15, 21,
79:25
Flynn 88:5
focus 28:10; 30:12;
41:15, 43:20; 48:25; 49:2;
51:25, 52:25, 53:16;
56:20, 22, 25; 58:16;
67:14; 73:17, 18; 74:1, 15,
18, 25; 75:1, 4
focused 49:5
focussed 52:6; 66:23;
97:18
folks 59:5, 13, 16
follow 65:2
followed 48:1
following 14:17, 22; 15:7,
12; 22:10; 32:24; 85:13;
87:9

follows 4:5
Force 25:10; 26:19; 27:5,
5, 11, 24, 29:13
foreign 38:11, 18
forgetting 87:10
forgot 95:25
forgotten 66:13
form 21:18; 23:14; 68:5,
21; 74:12; 87:5; 105:8;
110:25
formal 70:11
Fort 4:19; 13:7, 8; 36:16;
40:1, 6, 10, 14, 21; 70:6;
90:2
forth 9:1, 13; 60:13; 63:2;
73:10; 74:7; 75:19; 77:11
forward 79:24; 80:16
found 10:21; 21:2; 44:14;
62:23; 64:13; 74:22; 82:4;
93:25; 94:5, 14, 17, 23;
107:14
four 5:10; 10:16; 21:20;
41:18; 77:23
Frank 6:6
frequently 10:7, 21, 108:9
Friday 29:5
Friend 106:1
front 15:23; 109:23
FSDO 42:12
fudged 51:7
fuel 51:2, 18
function 8:20
further 94:22; 108:22

### G

gave 64:15; 80:14
general 11:3; 27:21, 22;
54:7, 11, 15; 66:6; 73:17;
76:17
generally 29:17; 59:19;
81:6
generate 43:2
generated 22:21; 43:11;
62:9; 66:2, 7, 83:2, 3;
87:11
geographic 42:13
Gets 9:15, 93:4, 5
Gil 12:11, 12, 14, 19:10,
24, 25
given 24:13; 31:16;
49:18, 20, 23; 50:1
giving 86:11
GMM 60:8
goes 30:1; 49:25; 54:3;
88:22, 24
GOM 14:19, 20; 50:11;
60:3, 8; 72:18, 23; 104:13,
15
GOMs 44:11
Good 4:8, 25:4; 53:3;
70:2; 71:19; 74:8; 79:21;
80:11, 11, 19; 82:9; 100:16
Gosh 83:20
government 16:9; 27:7;
65:17
grabbed 89:6
grade 36:25; 37:1
Green 105:24
ground 48:4, 5; 61:9
grounded 48:7; 63:24
grounding 61:12
grounds 66:24
GS 37:1, 2, 2
guess 6:13; 24:11; 35:15
guidance 61:15
guy 16:9; 82:12
guys 37:16

### H

H-a-a-r-a-n 30:23
Haaran 30:22
habit 88:25
half 46:7
hand 24:2; 99:23
handbook 21:9
handed 50:22; 110:20
handful 52:19
handled 110:23
handles 50:17; 71:20
handling 41:13; 42:5;
45:2; 49:3, 11, 66:24
hands 89:8
hands-on 30:3
happened 34:5; 55:3;
80:16; 82:8; 93:17, 18
happens 34:20; 93:3;
107:21; 108:8
hard 34:19; 36:10; 59:24
hardship 109:13
hasn't 18:14; 88:1
hate 14:24
haulers 39:12
hauling 43:23
haven't 24:2; 51:21;
68:10; 75:9, 10; 93:20, 21;
109:17, 18
Hazmat 46:5, 6; 54:4
head 7:16, 14:25
headquarters 32:6, 12,
19; 33:1
heard 75:15
heavy 42:7
help 80:16; 90:8
hereby 108:24
hereto 15:22; 17:11;
18:9; 91:11, 22; 93:11;
95:7; 96:2, 12; 98:3, 25;
99:22; 100:11, 22; 101:5;
102:3, 20; 103:1, 5, 10, 14,
22; 104:1, 9, 17; 105:21;
106:6, 12, 17, 23; 107:5
hey 69:11; 97:3
high 79:4

highlighted 17:13
hire 12:20
history 7:11; 92:15
holds 76:22
hooked 45:23
Horizon 31:23
hospital 9:4
hotel 12:25
hour 23:9, 17, 18
hours 43:9; 77:17, 22, 23
Howard's 26:19
Huff 95:17, 18; 104:12;
107:1, 3
Huff's 84:25
Huge 80:7
hundred 32:15
hundreds 59:24
hydraulic 79:25

### I

ICAO 37:4
idea 24:19; 68:13; 75:17;
81:20; 106:1, 19, 21,
107:9; 109:17
Identification 15:22;
17:11; 18:9; 91:11, 22;
93:11, 95:7, 96:2, 12, 98:3,
25; 99:21; 100:11, 22;
101:5; 102:3, 20; 103:5, 15,
10, 14, 22; 104:1, 9, 17;
105:21; 106:6, 12, 17, 23;
107:5
identify 89:10; 91:24;
92:13; 97:6, 98:4, 99:25;
100:2; 103:15, 104:3, 23,
106:13
identifying 58:1
ignore 99:15
illegal 12:19
illegally 12:22
immediately 55:22
impact 35:3
implementation 78:14
important 52:15, 16
inappropriate 7:21
inappropriately 7:18
inch 46:7
inches 45:24
incident 101:24
incidents 93:2
include 60:7
includes 102:16
including 48:9; 54:4;
74:6; 97:22
independent 54:14;
92:22; 108:17
independently 55:8;
91:15
indicate 27:23
indicated 11:14; 42:1;
50:20
indicating 87:24

**individual** 23:24
**inflight** 20:18; 44:8
**informal** 69:12
**information** 20:6, 47:25, 49:19, 50:23, 24; 52:21; 53:18, 61:14; 63:4, 17:24, 25, 72:14; 97:21, 108:3
**infraction** 64:17
**initial** 12:16, 17:18, 21
**inside** 19:8
**insofar** 52:1
**inspect** 22:1, 6; 28:8, 58:16, 19:23, 59:18, 23, 15:16, 15:13; 53:7, 56:20, 57:13; 60:8
**inspected** 25:21; 26:3, 3; 39:2, 5, 7; 10, 24, 25; 53:13, 17, 22; 55:6; 59:25
**inspecting** 53:8
**inspection** 20:18, 20; 22:9; 26:6, 36:6; 41:2, 2, 15, 13:10, 13, 20; 48:25; 49:2, 2, 5; 51:25; 53:2, 2, 13, 55:5, 56:22, 58:11, 16; 61:21; 62:6, 18; 63:17; 66:25, 7:15, 16, 18, 25, 75:1, 4
**inspections** 20:15, 24, 22:4, 5, 11, 28:9, 10, 36:8; 40:3, 44:3, 52:20, 53:19; 56:20, 25, 57:4, 58:17, 18, 59:18; 67:14, 70:16, 17, 73:18
**inspector** 5:22, 7:10, 11, 17, 19; 9:1, 21:21, 22, 25:15, 23; 28:4, 7, 30:7, 32:11, 36:11, 15, 57:19; 58:23, 59:5, 19; 61:2, 61:13; 67:13, 68:18, 69:5, 86:13, 90:13; 92:2, 98:9, 110:17, 18, 111:7, 8, 8
**inspectors** 28:19; 32:14, 16, 16, 17, 21, 22; 34:8; 41:18, 42:12, 13, 17, 19, 22:5, 7, 6, 8, 9, 10, 11, 12, 22, 64:21
**instances** 45:21, 46:2; 82:11
**instruct** 26:20
**instructing** 26:16
**instructor** 26:14, 18, 22; 27:2, 4, 10
**instruments** 71:4
**interact** 59:2, 6, 16; 76:7; 77:1
**interacted** 21:25
**interacting** 7:17, 25
**interaction** 8:5, 20:16, 25:3, 11:2, 12, 12, 18:5; 53:8, 25; 75:7, 11, 19, 76:5, 78:16, 79:9, 80:2, 11, 11; 82:16; 92:23, 107:3
**interacts** 71:5
**interest** 108:22
**interface** 20:12; 32:18
**interim** 44:20

**interior** 77:15
**international** 37:4, 5, 6, 7, 39:20; 40:4; 93:14
**interoffice** 104:11; 106:25
**interpretation** 33:2, 2, 13
**interpreting** 32:23
**Interrogatories** 101:20, 23
**interrupt** 1:22
**into** 9:15, 20:11, 22:1, 32:12; 35:4, 37:4; 52:8, 55:11; 56:10, 17; 71:2, 72:4, 7:1, 23; 88:22; 109:3
**introduced** 4:8
**investigated** 33:22; 94:23
**investigation** 10:18, 20, 21; 20:22; 94:21; 97:23; 106:10; 109:8
**investigative** 62:21; 92:1
**involve** 7:10; 15:6, 9
**involved** 19:6, 18; 24:15, 20, 24; 85:1; 86:12
**involvement** 66:3
**IOPs** 62:24; 92:24
**Islands** 75:25
**issue** 6:7; 10:12, 19; 13:24; 14:13, 13, 20; 46:13; 63:23; 67:2; 69:3; 72:3, 79:2, 3, 15, 84:4; 86:3, 92:11, 93:3; 110:6, 21
**issued** 58:4, 108:24
**issues** 12:16, 17, 11:1, 20:8, 21:12, 13, 32:5, 7, 22, 33:8, 19, 34:25, 41:11, 12, 13, 43:22, 44:22; 46:6, 18:24, 19:5, 11, 54:12; 63:19; 70:9; 71:3, 11, 24, 72:6; 73:1, 74:23; 85:5, 86:13, 13; 97:19, 19
**item** 26:6; 28:9; 43:20; 62:19; 83:14
**items** 22:1; 26:4; 45:8; 62:20, 23, 23

# J

**jack** 28:22
**January** 13:3; 100:18
**jeans** 29:4, 7
**jet** 11:4; 67:16, 18, 19
**job** 7:4, 9, 13:4; 9:7, 16; 21:22, 22, 23, 24; 28:24; 29:3; 32:22; 37:6; 38:6
**jobs** 8:24, 27:6
**Joe** 23:24
**John** 88:4, 5, 90:25, 92:9; 97:15, 98:10, 14, 106:7, 110:7, 7, 20, 23, 111:4
**joined** 29:19
**Jorsey** 99:12
**JOSE** 4:2

**judge** 11:23; 13:13, 18
**judged** 78:20
**judgment** 9:24; 110:24
**July** 84:8
**junkyard** 56:3

# K

**keep** 31:20; 45:11; 64:21
**kept** 88:14
**Keyack** 37:20, 23
**Kicking** 22:8
**kill** 75:18
**Kind** 9:4; 17:4, 5; 20:16; 22:17; 44:24; 48:12; 49:8; 51:5; 57:14; 59:24; 60:6; 64:16; 71:20; 73:10; 78:19; 80:23; 81:10; 83:15; 85:4, 4, 6, 13; 86:1; 87:16; 96:3; 97:18, 21; 108:4
**kinds** 64:18
**KMIA** 90:5, 5
**knew** 24:24
**knowledge** 7:10; 47:5; 48:1; 54:13; 60:17; 66:6, 18; 68:2; 87:15; 101:10, 11; 108:17
**Kreitman** 98:22

# L

**L** 90:5
**lack** 11:4
**Lan** 38:11
**landing** 73:8
**language** 81:5, 7, 8; 103:17
**large** 8:19; 65:1; 85:7
**larger** 50:16
**last** 99:4
**late** 40:11, 22, 23; 86:2
**lately** 80:4
**later** 31:11; 39:25; 58:18; 110:14
**Latin** 26:20
**Lauderdale** 4:19; 13:7, 8; 36:16; 40:1, 7, 10, 15, 21; 70:6; 90:2
**laugh** 26:2
**Lawyers** 16:8
**layer** 76:4
**lead** 34:8
**leader** 28:5, 16, 17; 53:17
**leading** 74:1
**learned** 68:19
**leaving** 24:11
**led** 49:17, 74:7
**left** 34:19; 69:16; 110:15
**legal** 33:2, 13; 61:12; 62:22; 63:4
**less** 70:21

**letter** 65:2; 94:22; 98:22; 99:2; 106:7, 10; 108:19; 109:6
**letters** 22:23; 99:15, 24; 100:5, 13, 19, 24; 109:7
**level** 88:17
**Lewis** 9:20
**license** 67:6
**light** 85:4; 96:22; 97:2; 99:10
**limitations** 71:3; 90:1, 2, 18
**limits** 79:5
**line** 8:15, 16; 9:2; 28:2, 4, 16, 17
**lines** 79:25
**lingo** 81:4
**list** 5:7; 6:4; 15:24; 16:1; 17:6; 21:3; 31:24; 87:1, 10; 95:25; 96:15
**listed** 17:18; 22:14, 17; 26:11; 82:18; 83:4; 95:23
**listen** 32:22; 76:13
**listening** 41:11; 78:15
**little** 7:16; 8:15; 9:3; 49:1; 52:7; 69:9; 70:3; 88:23
**live** 16:9
**lived** 40:19
**living** 40:17
**load** 50:16; 52:21
**loaded** 46:19; 49:7
**loading** 49:12; 52:21; 53:23; 54:2; 73:1
**located** 21:6; 57:18
**locked** 52:4
**log** 51:2, 73:9
**LOI** 106:8, 9, 15
**LOIs** 103:3, 8
**long** 12:25; 21:3; 29:7; 31:24; 33:11; 43:5, 13; 58:25; 84:20; 96:17
**longer** 24:20, 24; 70:3
**look** 22:16; 78:21; 80:9; 91:17; 94:18; 97:1, 2; 98:14; 99:2
**looked** 82:23, 24; 86:17; 87:20; 89:3, 7; 99:9; 105:11, 12, 13, 14
**looking** 29:21, 22, 24; 30:2, 5; 56:16; 74:20, 21; 82:13; 85:6; 87:22; 97:13
**looks** 24:4; 90:23; 95:9; 102:15; 103:3; 104:5, 11, 12, 15, 24
**looped** 46:1
**lost** 13:11
**lot** 36:4, 20; 44:5; 46:2; 47:23; 48:11, 24; 85:8; 102:2, 19, 25; 103:4, 9, 13, 21, 25; 104:8, 16; 105:20; 106:5, 11, 16, 22; 107:4, 6
**lots** 9:14; 30:10, 11; 51:20; 58:18; 59:23; 68:11; 110:8, 12
**love** 16:8; 99:15
**Luis** 16:24; 84:25; 85:1
**lunch** 69:25

# M

**M-c-C-h-o-r-d** 29:13
**ma'am** 5:12; 16:20; 23:20
**maintain** 45:12; 48:11
**maintained** 21:1; 28:13, 18; 45:25; 88:15
**maintaining** 26:2; 42:5; 48:9
**maintenance** 7:24; 9:1; 20:7, 13; 22:10; 26:17, 21, 27:15, 17; 28:14; 31:25; 32:1; 33:4, 6; 37:13, 14, 17; 41:23, 44:23; 45:6, 8; 48:10; 52:3, 14; 58:22, 23; 59:5; 67:13; 68:3; 71:3; 73:13; 110:18; 111:7
**Major** 4:13; 59:6, 14, 14; 83:4; 89:2; 97:8, 9; 101:24; 103:20; 104:6, 12, 12, 105:25; 107:1, 3
**Major's** 105:14
**makes** 79:16
**making** 54:2; 60:2; 61:17; 63:9; 74:13; 76:15; 77:24; 87:4; 88:19; 96:20; 108:15
**manage** 32:14
**managed** 43:23; 49:8
**management** 49:4; 57:14; 76:20; 79:21; 80:4, 8; 81:13, 14
**manager** 31:13, 15; 37:25; 41:1, 4, 5; 42:1
**Manhattan** 30:20, 21
**manifest** 49:19; 74:9
**manifests** 63:1
**manual** 14:17, 19, 21, 15:1, 8, 13; 17:4, 25; 48:19; 60:16; 77:9, 12; 85:14, 23, 25; 103:16; 104:13; 105:12
**manuals** 48:12
**many** 12:25; 16:5; 20:14; 28:20; 30:4; 31:22; 37:2; 38:6; 45:22, 23, 24; 46:1, 2, 6, 16; 47:11; 54:9; 60:1; 63:14; 75:12; 77:17; 80:1, 2, 11
**mark** 15:19; 18:7; 93:8; 95:3, 21; 96:9; 99:18, 101:25; 103:19
**marked** 15:21; 17:9, 10, 12; 18:8; 84:5; 88:1; 91:8, 10, 19, 21, 23; 92:19; 93:7, 10, 12; 95:6; 96:1, 11; 97:5, 25; 98:2, 24; 99:21, 23; 100:10, 21; 101:4; 102:2, 19, 25; 103:4, 9, 13, 21, 25; 104:8, 16; 105:20; 106:5, 11, 16, 22; 107:4, 6
**master** 29:6
**masters** 50:16
**material** 89:10
**materials** 16:16, 22:13
**math** 30:18

matter 5:3; 11:9, 10;
35:21; 49:1 66:20; 79:21
matters 52:4; 72:17
May 5:8; 8:19; 18:3,
64:11, 11, 83:9, 13; 107:24
Maybe 25:3
McChord 29:13
mean 16:15, 23:16; 39:8;
41:7, 59, 23, 63:7, 69:1, 7;
71:16, 81:8, 10, 82:21,
87:3, 89:20, 21, 22; 95:24,
21, 108:8, 110:8
means 67:5
measured 53:11
measuring 50:3
mechanic 25:15, 16; 22,
28:2, 51:6, 12, 57:12,
61:18
mechanic/team 28:4,
16, 17
mechanical 30:9; 37:12
mechanics 27:6; 28:19;
41:11, 55:12; 59:25
meeting 84:21, 86:16
meetings 70:11, 110:11,
11
member 50:2; 93:4,
95:10
members 53:19, 71:7, 9,
20:7, 6:7, 78:16, 24; 79:22;
80:15
memorize 9:14
memorized 21:4, 51:21
memory 33:10; 99:3,
105:7
mentioned 80:10, 82:24
message 104:11
messages 102:17
met 12:21, 21:2
methods 16:11
Miami 13:19, 19:5, 36:16,
37:6, 6, 38:10, 10, 10, 7,
12:14, 12:12, 56:7, 8, 11,
12:15, 90:3, 4
Michael's 16:25, 84:25,
85:1
middle 43:11
Middlebrooks 13:15
might 22:8; 41:23; 42:7;
49:20, 50:12; 64:21,
77:22, 23, 84:2, 2; 90:14;
94:16, 109:23; 110:9, 14
Mike 12:9, 10
military 26:5
mind 63:22, 75:23; 93:8
mine 106:2
minutes 36:11, 111:11
minutia 85:8
missed 52:5
missing 104:25
mistake 101:14, 16
modified 72:18
Monday 29:1
money 107:23

month 55:22
monthly 23:12
months 9:11; 84:7, 10, 11
more 8:19; 9:17, 29:22;
30:2, 5; 35:12; 67:14;
83:22, 24; 102:16; 105:9
morning 4:8
most 39:6, 69:12; 71:14;
72:14, 87:14
mostly 38:11, 82:14
Moulis 12:7, 9, 10
move 81:1
Mrs 10:5
much 17:5, 46:19, 65:2,
7:3, 23, 7:2, 76:14, 16;
77:21, 96:4, 9; 18; 99:17,
106:2
must 51:18, 50:6; 52:10;
57:21, 60:7, 14; 73:5, 8,
13; 76:24; 86:14, 15, 16;
98:6
myriad 44:4
myself 4:8; 53:19; 97:3;
110:19
Mysterious 65:19, 20

**N**

name 23:24; 24:13;
42:24; 71:6; 80:21
named 37:20
names 39:9; 41:24
NASIP 36:6
National 36:6
nature 59:22
Navtech 47:15
necessary 74:5, 107:19
need 9:5, 25:4, 51:16,
63:4, 82:13, 96:20; 104:19
needed 52:21, 54:8,
72:18; 91:17
needs 9:10
neighborhood 65:13
net 45:23
nets 43:23; 45:4, 23
Next 13:10, 11
nine 32:12
non-compliance 62:7;
69:4, 4
none 63:21
normally 90:12
North 90:21
NORTON 4:7, 10; 23:23;
42:15; 68:8, 22; 69:2, 23;
70:4; 87:7; 89:12, 16, 20,
24; 90:10; 91:8, 19; 93:7;
99:18; 105:9, 22; 111:3,
10, 13
note 53:24; 97:3
notes 22:17
nothing 22:24, 66:17;
72:15
notice 15:23, 18:10,

93:13; 95:4; 108:23
noticed 69:11
notices 105:13
November 90:20;
108:19, 20
number 4:17, 21; 31:21;
51:8; 57:25; 89:10
numbers 52:12

**O**

oath 4:4
Object 68:5; 105:8
Objection 68:21, 7:12;
87:5, 110:25
obligations 61:2
observe 20:24
Obviously 4:8; 23:6, 7;
24:23; 29:25; 37:8; 48:15;
61:5; 89:3
occur 50:13; 73:8; 75:21;
82:17
occurred 66:1; 77:17, 17;
85:11
occurs 61:15
off 4:9; 14:24; 34:15;
46:22; 47:6; 51:7; 56:7;
69:22, 7:2, 19, 73:8, 13,
77:15; 90:12, 13, 15, 16;
94:7
off-loading 54:2
offered 40:19
office 2:12; 31:14,
32:13; 36:9; 37:7, 25; 38:1;
39:21; 40:1, 4, 15; 41:1, 4,
5, 6, 12, 42:1, 2, 56:8,
80:21, 23; 88:7; 102:12
officer 14:3, 53:15,
81:17, 19
offices 32:20; 57:22
often 33:2; 69:12; 73:14;
75:13, 18; 77:20; 78:10;
82:12
Ohio 79:18
Oklahoma 57:20
old 31:6; 79:7, 8
once 16:6; 21:12; 34:5;
53:12, 13; 58:5; 72:15;
106:2
one 5:10, 18; 8:23, 24;
9:17, 18, 18, 19; 10:11, 12,
13; 12:10; 13:13; 14:20;
15:14; 16:6; 17:18; 18:4;
19:3, 5, 21, 21:25; 25:8;
26:2; 27:11; 28:23; 32:21;
33:24; 35:12; 46:12; 47:5;
48:6; 56:6, 15, 15; 62:14,
18; 63:7, 15, 17, 23; 69:25;
71:23; 72:25; 73:3; 77:1, 5;
84:15; 90:5; 92:21; 95:13;
102:16, 106:2
ones 36:1, 58:12; 87:10;
100:2
ongoing 18:14, 56:25;
110:5, 12

only 5:18; 9:17, 18; 10:17;
19:21; 33:23; 34:7; 35:11,
19; 39:23; 49:19; 52:1;
53:24; 59:16; 64:3; 74:23;
82:7; 86:17; 101:9, 11;
109:4
operate 48:13; 77:2
operated 55:13
operates 65:17
operating 12:18; 53:25;
54:1; 61:3; 110:22
operation 20:13; 33:7,
23; 34:3, 9; 75:7; 79:16;
85:12
operational 20:7; 105:18
operations 6:16; 7:24;
8:1, 14, 18, 20, 25; 32:3;
33:9, 14, 34:6, 8; 35:5;
37:15, 17; 38:4; 41:22;
59:4; 68:3; 73:12, 13;
92:11; 110:6, 15, 21
opinion 6:22, 25; 7:2; 8:6;
14:8, 11; 15:17; 19:4, 13,
15; 20:4; 66:10, 16; 79:11;
82:20, 23, 94:10, 15, 19;
96:6, 20; 99:7, 10
opinions 96:23
opportunity 40:18
opposed 5:3; 9:2; 20:7
ops 111:7
order 21:10, 17, 19; 48:8;
61:16; 64:15, 23
Organization 37:5
organize 17:22
OSIP 36:8
others 5:20; 19:4; 26:3;
29:17; 51:3; 105:10
Otherwise 73:14; 88:7
out 10:13, 14; 30:21;
34:5, 49:24; 56:8, 58:4;
82:13; 90:8; 93:1; 96:21,
100:7; 101:1; 107:25;
109:5; 110:20
outcome 9:21; 65:21
over 26:9; 29:12; 53:15,
15
overseas 38:24, 25;
39:23, 24; 40:3
oversee 32:17
overseeing 50:3
overweight 10:13, 24;
94:7, 24
own 17:22; 18:2; 55:5;
77:8; 86:4, 9
owner 18:11

**P**

P 31:7, 8, 9, 10, 10; 71:25
P.A 12:8
p.m 111:16
PAGAN 4:2; 15:20; 17:9
page 93:25; 94:3; 104:25
paid 23:17

pallet 43:25
pallets 49:6
Palm 12:6
Pan 31:22
Panama 26:7, 19
paper 17:5
paperwork 16:8; 44:3
paralegal 27:6; 98:22
parameters 51:1, 4
Pardon 67:17; 92:7
part 7:23; 17:3; 33:21;
38:21; 57:19; 72:5; 73:12,
19, 20; 77:9; 78:17; 81:3,
3; 90:14; 96:19; 103:14,
16; 104:13, 14; 105:11
particular 4:13; 27:20;
33:14, 20; 40:5, 51:1, 24;
52:24; 60:9; 61:21, 62:19;
64:16; 71:6; 80:14; 81:12;
82:15; 85:6, 21; 88:15;
108:19; 110:7
parts 15:1; 56:16
passenger 39:4, 5, 6
passengers 75:19;
79:23; 80:15, 16
passing 34:7
Pat 105:25
Patrick 59:6; 107:1
Paul 20:14; 22:7, 26:2;
31:7; 73:6; 86:19; 95:22;
96:24
PCU 33:21
Peachie 5:15, 16; 10:3, 5;
19:8, 9, 22, 23
peer 37:9
Penalty 93:13, 19;
108:24; 109:4
pending 104:20
people 9:17; 10:16; 38:6;
57:11; 75:18, 19; 76:11,
25; 80:2
pepper 16:10, 12, 13
per 19:13, 15; 46:1;
64:22; 75:9; 82:24; 92:4
percent 71:15; 72:12
performance 7:3; 8:4;
17:3, 25; 103:16; 105:12
performed 104:6
performing 7:14
perhaps 85:4
period 9:13
peripheral 74:23
person 41:23; 79:1;
82:11
personal 5:3
personnel 85:9, 19;
86:13; 97:8; 105:16
perspective 52:8
pertain 17:23; 66:8;
75:10; 88:7
pertaining 16:18; 54:17
pertains 68:18
pertinent 105:15, 16
Pete 59:11

**phone** 4:17; 21; 24:2, 5,
9; 69:10
**phonetic** 5:21
**physically** 40:12; 50:21
**pick** 69:10
**picnic** 86:16
**piece** 17:1; 49:24
**pile** 87:25
**pilot** 6:17; 18, 8:9, 12, 15,
16; 9:3, 6, 8, 19; 10:15, 16;
11:1, 4, 15, 4; 20:10, 13,
32:1, 34:15, 41:22; 50:13,
51:21, 52:17; 53:3; 67:17;
73:4, 5; 76:15
**pilot's** 67:5
**pilots** 15:2, 17:16; 52:20;
55:3, 9:15, 22, 21, 53:20,
55:6, 7, 12, 22:22; 76:9, 19,
25
**place** 13:5, 6, 44:1, 73:22
**places** 27:3, 38:16,
42:11; 46:3, 16
**Plaintiff** 4:13, 89:16, 18
**Plaintiff's** 101:20
**plane** 34:12; 56:4, 9; 94:7
**Planet** 6:6, 9:15, 7:8, 8:5;
9:22
**please** 63:11
**plenty** 87:13
**plugged** 51:2
**PMI** 61:2; 88:3
**POI** 70:6, 78:3, 88:3
**point** 40:9, 24
**policies** 11:12, 15
**policy** 11:19; 50:10
**poor** 81:23; 82:5
**poorly** 60:19
**position** 6:15; 25:11,
28:25; 31:5; 40:20; 58:25
**positions** 41:20
**positive** 7:16; 18; 72:9;
41:12; 79:1; 80:3
**potential** 71:25
**predominantly** 42:12
**preflight** 45:6
**prepare** 71:8, 100:25
**prepared** 49:6; 92:1
**present** 18:13, 82:4
**presented** 109:12
**presume** 67:4
**pretty** 17:5; 20:12; 43:6;
65:2, 71:14, 15; 76:16;
96:3, 97:18; 107:21, 108:8
**previous** 73:9
**primarily** 49:2; 66:24
**principal** 58:19, 22, 23;
67:12, 110:17, 111:6, 7, 8
**private** 11:8
**Probably** 38:8, 39:17;
41:18, 42:6, 13; 10, 15,
46:7, 67:3, 73:6; 75:23, 23,
79:17, 84:10, 89:5, 102:17
**problem** 10:22, 34:17;

35:9; 71:25; 76:13; 78:25
**problems** 41:10
**procedure** 11:24; 12:1;
35:21, 43:17; 45:10;
46:17; 47:1, 4; 60:9; 77:11,
78:8, 11, 87:4; 88:19, 25
**procedures** 45:8; 48:8,
10; 57:5, 7, 8; 58:10, 11;
66:4, 71:2; 72:22, 25,
73:22; 86:4, 9; 87:18
**process** 34:21, 24; 35:13
**processes** 108:11, 18
**produced** 68:16, 76:6,
90:11, 100:3, 102:23
**producing** 17:15
**proficiency** 104:5, 21
**program** 31:13, 15, 36:7,
45:6; 60:11, 76:23; 77:10
**programs** 31:17
**promoted** 32:10
**promotion** 36:24
**prompted** 36:19
**proof** 62:23
**properly** 21:1; 49:18
**Proposed** 93:13, 19, 22;
95:4, 14; 108:23
**protect** 108:15
**provide** 8:11; 11:15;
12:15, 15:17; 18:23, 19:4,
12, 15; 20:4, 63:3; 109:23
**provided** 4:12; 5:10;
16:16; 18:4, 22; 109:17
**provides** 12:24
**providing** 12:22; 17:17
**PTRS** 21:9, 16; 42:23;
71:17, 72:5
**public** 57:23, 108:10, 15,
21
**purporting** 98:21,
100:13
**purpose** 20:18, 23, 24
**pursue** 63:4; 65:5, 6;
107:23
**pursuing** 109:10
**pursuit** 108:22
**put** 14:14, 16; 43:9;
50:25; 52:8; 74:3; 105:23;
107:8, 24, 25; 108:2

# Q

**qualifications** 8:12;
12:21
**qualified** 6:1, 1, 3; 67:5
**qualities** 80:9
**quality** 59:13, 78:7, 22
**quick** 111:10
**quicker** 93:9
**quickly** 30:18; 96:3
**quite** 66:21; 67:21
**quote** 108:21

# R

**radar** 108:6
**raining** 36:20
**ramp** 22:5
**ramps** 59:25
**rank** 25:17, 19, 20, 21;
32:14
**rapport** 81:21
**rare** 39:21
**RASIP** 36:7
**rate** 23:8, 12, 12
**rather** 35:14, 79:5, 80:19;
92:10
**reach** 6:2; 66:19
**reaching** 82:20
**react** 79:1, 15
**read** 74:8; 89:11, 13, 14;
93:4, 20; 94:13; 99:17;
107:2; 109:18
**reading** 91:16; 94:1
**real** 30:18; 34:20
**reality** 101:18
**really** 10:23; 14:23; 23:2;
24:7; 25:4, 5; 45:6; 46:18;
47:11, 54:24; 58:15, 90:8
**reason** 15:5, 50:19; 51:6;
53:1, 75:21; 80:22; 82:7;
84:24
**reasons** 36:23
**recall** 33:9; 40:2; 42:20,
21; 43:4, 44:14; 47:18;
49:12; 54:5; 57:15; 58:8, 9;
59:17, 22; 60:2; 61:17;
63:9; 65:7; 68:17; 70:8, 14;
71:6, 9; 81:22; 82:3, 4, 15;
90:22; 91:3, 12; 95:5, 17;
107:7
**receive** 30:24; 53:10;
102:22
**received** 31:4, 76:14,
84:8; 99:3; 100:24,
102:11, 103:7
**receiving** 53:18
**recognize** 100:19
**recollection** 54:15; 59:9;
92:22
**recollections** 54:19
**recommendation** 34:10;
55:7; 61:10, 11; 64:3; 65:1
**recommendations**
33:15, 22; 34:4, 4, 6;
44:18, 21; 47:18, 22, 24;
48:2, 21; 49:13; 54:6, 20;
58:8, 9; 59:17, 20; 60:2, 5;
77:25; 78:6
**recommended** 64:23
**recommending** 35:8;
64:16
**recommends** 64:14
**record** 4:9, 9; 15:22;
17:11; 18:9; 57:23; 69:13,
22; 89:9; 91:11, 22; 93:11;
95:7; 96:3, 12; 98:3, 25;

99:21; 100:11, 22; 101:5;
102:3, 20; 103:1, 5, 10, 14,
22; 104:1, 3, 9, 17; 105:21;
106:6, 12, 17, 23; 107:5;
108:2, 3, 10, 15
**recorded** 19:21
**records** 60:12; 63:2;
70:25; 71:1
**recruited** 29:20, 23; 30:6
**rectify** 54:8
**recurrent** 77:19, 22
**recurring** 64:21
**red** 26:5
**redone** 18:4
**refer** 12:18; 90:5
**reference** 17:7, 25; 18:2;
21:11, 13; 22:3, 17; 99:7
**referred** 22:5, 11; 27:21;
43:24; 45:3, 7
**referring** 27:10; 90:17
**reflect** 12:3
**reflected** 50:10
**refresh** 99:3
**reg** 85:24
**regard** 54:6
**regarding** 20:6; 24:16;
33:23; 57:7; 78:7; 105:24
**region** 32:12, 13, 15
**regional** 32:10, 11, 20;
36:5, 7
**regions** 32:12
**regs** 9:8
**regular** 28:14
**regulated** 9:2
**regulation** 50:4; 60:14,
15; 73:4; 74:7; 75:20, 22;
81:1; 85:11
**regulations** 9:9; 31:19;
32:18, 23, 24, 25; 44:10;
60:9; 62:5; 64:19; 85:7;
86:17, 18; 87:16; 94:8;
98:7
**regulators** 75:14
**regulatory** 12:16; 32:5,
7; 97:19
**reissued** 84:13
**relating** 40:2
**relax** 79:7
**reliance** 105:23; 106:20;
107:8
**relied** 82:20; 95:19;
97:10; 105:9
**relying** 66:5, 9; 69:6;
97:17
**remember** 6:7, 19, 21;
8:2, 7, 8; 10:8; 11:2; 13:14,
16; 14:24, 25; 32:6; 33:16,
18, 20; 34:1; 38:5, 9; 39:1,
7, 17; 40:5; 41:20, 24;
42:3, 8, 24; 43:1, 6; 44:18,
17; 46:8; 47:9, 13, 20, 21,
22; 48:18, 20, 23; 50:9;
51:14; 52:7; 54:9; 55:4;
58:2, 2, 15; 59:7, 11,
12, 14; 63:15, 15, 17, 20,

24; 65:11; 66:11; 69:7, 13,
14, 21; 72:2, 6, 8, 9, 11, 25;
76:21; 78:4; 81:16; 82:8;
83:21; 84:19, 19, 23; 85:3;
86:21; 87:12, 12, 22; 91:7,
15, 16; 95:20; 96:7, 8, 16,
18, 18, 23; 97:12, 13, 17;
105:4; 107:10; 110:10
**repair** 38:17, 18
**repeat** 65:9
**repeatedly** 100:8
**rephrase** 50:20; 54:18;
68:23
**replace** 45:11, 12
**replies** 103:3, 8
**reply** 106:14
**report** 18:5; 43:2, 7, 9, 11;
46:7; 53:20; 55:15, 16, 18;
59:20; 61:8; 62:11, 19, 21,
22, 22, 22, 24; 63:7; 64:6;
71:22; 73:7; 74:23; 83:19,
25; 84:14; 91:4; 92:1;
99:10; 100:25; 101:3;
104:5, 24; 105:14; 111:4
**reported** 71:11
**reporting** 81:23
**reports** 4:11; 22:23;
44:22; 59:22; 63:8; 100:4
**REPP** 31:8; 79:19; 90:7,
9; 95:22; 96:24; 99:11
**Repp's** 86:19
**represent** 4:10; 7:6, 10:4;
12:13; 13:22
**represented** 10:5
**request** 91:1
**requested** 15:25; 90:24
**require** 26:4; 108:22
**required** 20:12, 20; 26:6;
28:8; 45:22
**requirement** 60:12
**requirements** 98:7
**requires** 9:7
**reserve** 27:3, 5
**reserves** 29:1
**reservist** 26:10; 27:7, 25
**reservists** 28:15
**resolved** 9:22, 23; 11:9,
10; 15:14; 19:5; 54:13
**resolving** 33:13
**resource** 76:20; 79:21;
80:4, 8; 81:13, 14
**resources** 76:9
**respect** 32:17, 23; 33:6;
37:11; 50:15; 60:10;
79:15; 85:7, 12; 86:8;
87:17; 107:19
**respects** 75:12; 80:12;
81:21
**response** 82:9; 88:9;
101:20, 23
**responsibilities** 25:25;
49:10; 104:14
**responsibility** 31:16;
35:20; 36:3; 40:25; 51:9;
61:1; 67:10, 12; 73:3; 75:2;

# S

responsible 38:10, 17, 19, 15, 50, 3, 6, 14, 21; 51:23, 52:6, 53:25, 54:3
responsive 16:4; 20:8
rest 32:15, 57:5
result 56:18; 57:5, 59:18; 76:18
resulted 62:6, 63:24; 82:5
results 93:17, 95:13
resume 25:7, 9
retained 4:12, 16, 21, 24, 25:6
retired 18:20
retirement 37:3
retract 99:1
retrain 99:20
revealed 109:8
reverse 34:16
review 1:18, 30:13, 41:14, 44:11, 55:8, 70:25, 71:1, 1, 2, 2, 4, 7, 22, 74:9, 75:17, 99:11, 12, 81:15, 18, 86:19, 22, 87:11, 95:24, 98:13, 13
reviewed 44:10, 22:13, 58:3, 82:19; 83:24; 20:22, 24; 87:2, 3, 8, 95:23
reviewing 44:15; 51:23; 95:18, 97:12
reviews 98:16
reweighed 51:9
right 6:14, 13:6, 12, 16:2, 18:15, 19:6, 7, 22:14, 24:5, 25:28:5, 29:11; 34:18; 47:12, 44:1, 45:14, 46:8, 55:4, 56:19; 57:3, 59:21; 61:5, 6, 62:15, 73:24; 74:15, 75:4, 78:9, 83:23, 84:21, 91:17, 94:4, 3, 100:4, 101:8, 14, 102:4; 104:10, 109:1
Rll 28:8
room 13:7
Roseborough 88:4, 92:19, 17, 18, 21, 98:10, 99:1, 12, 106:7, 110:8
round 68:25
route 20:15, 22:9, 59:25, 70:16, 17, 78:17
routes 32:2, 44:5
routine 71:14, 15
routinely 15:2
rudder 33:21, 34:3, 9, 15, 16, 18, 18; 35:4, 10, 13
rule 14:18; 38:22; 51:12, 14, 76:6, 19
rules 12:22
run 28:23
running 8:20
runway 15:9
runways 90:6, 7

**S** 36:8; 71:23
safe 35:17; 48:5
safely 61:3
safer 77:2; 79:16
safety 14:6, 13; 36:6, 8; 79:16; 108:21
sailing 18:17
same 22:7; 29:3; 31:20; 36:7; 38:6; 39:22; 56:15, 15, 17; 61:23; 62:14, 18; 81:4, 5, 7, 10, 11; 93:1, 2; 98:15; 100:12, 23; 101:6, 7
satisfactory 71:23
Saturdays 29:5
save 80:1
saw 58:4, 4, 78:2; 95:8; 103:7, 24; 107:9
saying 17:22; 60:21, 88:19; 91:16, 94:22; 109:6
scale 46:11
scales 4:4; 3; 45:3, 46:14, 16, 18, 21, 49:24; 51:7, 52:4, 63:2; 66:23, 74:6
School 26:18; 27:13; 30:16, 22
schools 30:21
se 19:13, 15; 75:9; 81:24
seat 14:2; 70:20; 79:6
Seattle 31:13; 35:22, 23; 36:20
second 26:4
secured 44:3
seeing 91:12; 95:5, 107:7
selections 17:18
sense 54:25; 76:17
sent 65:24; 100:19; 104:11
separate 62:21; 88:14, 15; 102:14; 109:9
sergeant 25:18; 29:6
serious 47:12; 72:3
serve 9:12
set 77:11; 101:20
settings 51:4
settled 20:1
seven 45:20
several 5:22; 8:21, 23; 26:12; 32:15; 35:8; 38:12; 42:11; 71:22; 72:24; 75:18; 82:8, 15, 16; 94:12
severed 79:25
shares 8:21
SHEA 5:16; 13:10; 16:16, 21; 23:15; 42:14; 68:5, 21, 24; 70:2; 74:12; 83:4, 13, 23, 25; 87:5, 24; 89:14, 18, 23; 90:8; 99:19, 25; 100:6, 13; 104:4, 19; 105:8; 110:25
Shea's 98:23; 102:11
shed 85:4; 99:9

sheds 96:22
sheet 46:1
sheets 43:24; 45:4; 47:15; 53:14
shifting 56:18, 19
ships 80:5
shook 24:2
Short 111:12
shortly 5:4; 43:12
shouldn't 89:6
show 15:19; 17:12; 91:23; 92:12, 19; 93:12; 95:3, 21, 96:9; 97:5, 14, 25; 98:20; 101:25; 103:19; 107:6
showing 86:2
shows 85:20
Shut 79:6
side 7:21, 22; 98:19
sign 72:19; 73:13; 77:15; 90:15
signature 26:5
signed 90:12, 13
significance 17:14
significant 64:20
similar 108:8
simply 15:12; 60:6, 13
single 81:1
Sioux 79:19, 20
sit 69:17; 70:19; 96:14
sitting 78:15
situation 34:20; 47:12; 71:21
six 32:21, 45:20; 55:3
skills 35:14
skipper 78:24, 25; 79:4, 10, 14, 20; 80:22
slides 52:18
slow 65:20
small 12:20
smaller 63:18
somebody 12:20; 50:6, 17, 51:7; 54:3; 85:19; 86:2, 14, 101:1
someone 24:13, 33:12; 50:15, 79:2
someplace 65:12
something 14:24, 33:19; 42:8; 45:20; 51:14; 55:3; 60:22; 67:22; 69:13; 71:4; 72:13; 74:19, 21, 75:3; 83:22; 85:14, 22; 86:17; 90:15, 23, 24; 96:21; 98:11, 102:16; 108:1; 110:9
Sometimes 8:22; 50:15; 71:16, 21; 107:21; 108:1, 14; 109:13, 13
somewhere 65:13
sorry 8:7; 9:21; 28:4; 38:5, 19; 47:9; 50:2; 56:13; 58:9; 69:15; 80:15; 87:8; 88:13; 89:20; 91:6; 96:13; 100:9

sort 35:6; 96:4; 97:23
sorts 36:10
sought 67:5
sounds 107:2
south 36:17; 38:12; 44:9
Southeast 4:18
Spanish 81:9
speak 24:8; 78:24; 81:7; 85:10, 14
speaker 78:25
speaking 7:15; 66:4; 81:5, 24, 24
specialist 36:5
specialties 73:2, 15
specific 30:12; 40:2; 41:2; 43:20; 47:18; 48:17, 21; 54:19, 24; 55:3; 58:8, 10; 61:14; 64:22; 66:6, 7; 68:24; 69:3; 70:9; 81:11; 95:18; 96:7, 8, 24; 97:16
specifically 29:24; 42:4, 20; 44:14, 22; 47:10; 48:23; 49:13; 50:17; 52:5, 54:10, 22; 57:13; 63:9, 16, 21; 65:7, 12; 66:9; 68:17; 70:21; 77:7; 78:5, 21; 87:23; 105:4, 7; 110:10
specifications 73:12
specificity 68:13; 69:14
specifics 42:9
speculating 109:15
speeding 108:5, 7
spell 37:22
split 9:16
spoke 58:12
spoken 110:9
spot 22:11
spots 59:25
stability 35:13
stack 16:7, 16; 18:3; 88:6
Staff 25:18
stand 5:21; 14:12
Standards 31:18
start 31:11
state 11:22; 25:9; 26:7; 29:11
statement 55:2
stationed 40:12
stations 38:17, 18
status 24:18
stay 52:13; 74:3
stayed 52:23
stays 52:13
Steele 59:12; 92:20; 97:15, 17; 106:8, 14; 108:19
step 61:25
Steven 13:19, 21
stickers 17:24
still 37:12; 41:6; 64:12; 67:10; 107:20
stipulates 50:5; 60:15; 64:15

stood 96:21
stopped 53:16; 74:11
stops 18:11
straps 43:25; 45:5, 22
Street 4:18
strictly 15:7
studied 33:15
stuff 11:5; 46:8; 54:3; 82:22; 83:11; 85:10, 13; 87:14, 14; 89:6; 91:17; 97:22; 98:15; 99:14, 102:11
style 12:3
subject 11:6, 7, 20:22; 35:21
submit 77:9, 14
subpoena 15:24
subsequently 56:9; 93:25; 94:4, 5
sudden 34:20
Sue 47:9
sufficiency 44:18
Suite 4:19
summaries 22:25
Sundays 29:5
supervised 38:1
supervisor 37:19
supplied 29:25
supposed 15:2; 35:7; 52:13; 60:22; 85:20, 25
sure 42:22; 47:21, 54:2; 65:14; 66:1; 68:10; 72:10, 10; 74:13; 77:6, 12; 87:4; 88:19; 110:14
Surely 17:8
surgeon 9:5
surrounding 110:9
surveillance 60:12
survivor 10:17
Susan 4:10; 25:5
suspected 51:11
switch 29:8
sworn 4:4
synergism 80:19
system 72:5

# T

T-i-a-n-v-a-n 10:3
table 16:7
talk 24:5
talked 24:1, 16; 52:2, 9; 68:20; 70:10; 72:7; 73:17; 78:3; 110:8
talking 32:2; 53:12; 59:9, 11; 87:16; 103:17; 110:7
taught 28:14
teaches 76:25
team 28:18; 33:21; 37:16, 18; 41:14, 16; 42:25; 47:16, 23; 53:5, 17, 19; 55:14; 80:18, 19; 81:2
teams 37:17

technical 26:13; 30:3
technician 27:4
telling 54:25
temperature 51:1
temporary 26:8
Tenerife 75:21
term 75:15, 15, 17; 85:18
terms 8:14, 9:11, 16:10, 19:10, 74:6, 81:8
terrible 29:21, 30:4
testified 4:4, 5:19, 7:9, 19:4, 8:11, 12, 20:2, 3, 87:6
testify 13:1, 14:7; 19:16
testimony 8:12; 11:15; 18:22; 21:25
testing 33:10
themselves 48:4; 53:4
thereafter 15:4; 43:12
therefore 66:18
THEREUPON 4:1
thick 21:20, 46:7
thinking 109:19
third 37:18
though 86:7
thought 12:17, 108:11, 18, 109:3
three 5:10, 21:19, 21:11, 92:23, 24
throttles 52:17
thus 91:7
Tianvan 5:17, 10:3, 19:9, 23
ticket 108:5, 7
tie 14:21, 25, 15:22, 24, 52:15, 7, 14, 85:20, 86:10
tied 52:16, 18
ties 22:18
Tim 105:24
time-wise 43:14
times 20:14; 82:8, 14
tires 22:8
title 37:24
today 18:23, 89:4; 90:8; 91:13, 100:3
together 35:16, 18; 44:14, 16, 43:9
told 19:3, 21:23; 27:11; 45:23, 18:18; 54:7, 12, 18; 55:8, 11, 14; 60:18, 65:8, 10
tombstone 75:11
took 14:5, 6, 14:14, 40:20, 43:5, 53:15, 15, 89:5, 91:7
top 7:16, 44:25, 46:25, 57:1, 98:10
total 52:11
tow 28:23
traffic 40:18, 108:5
train 26:23, 24, 27:13; 34:21, 57:10, 11, 21; 75:11, 76:7, 23

trained 26:25; 27:5, 15; 75:9; 76:11
trainer 27:18
training 20:10; 26:23; 27:1, 10, 31:4, 33:23; 34:10; 44:3, 18:9, 21, 22; 52:4, 5, 7, 6, 8, 19; 60:7, 7; 10:68, 4, 74:5, 75:8; 76:23, 77:7, 8, 10, 18, 19, 21, 22; 78:1, 81:12; 98:7
trainings 77:5, 5
transcripts 18:22, 25
transfer 36:21, 22, 24; 40:16
transferred 40:14
Transport 39:11, 56:23
Transportation 10:3; 12:11, 23, 19:10
travel 39:12
traveled 26:8, 29:11
traveling 39:22
trial 5:14; 11:20, 21; 14:11
tried 61:4; 73:21
trouble 9:15
try 4:22; 9:14, 15; 17:22; 34:21; 46:8; 55:1; 67:7; 99:15
TSO 45:8
turbo 11:4
turn 60:14, 74:20
twice 39:22
two 5:10, 9:16, 10:8; 11:2, 19:10, 21:10, 33:24, 34:2, 35:19, 37:17, 41:22, 22, 22:13, 15, 47:16, 56:14; 57:3, 63:8, 73:14; 75:24; 83:21, 24, 90:4, 7; 95:9, 16; 102:6, 6; 108:3; 110:19, 21
type 11:1; 25:23; 101:1
typo 84:16; 101:13, 13

# U

U.S 25:10; 90:21
ultimate 53:1
ultimately 49:15; 73:23; 79:13
under 8:24; 9:2; 89:1, 2; 107:24
uniform 29:5
United 33:25, 39:3; 76:2; 79:17
Unless 65:3, 75:2
unlike 8:25
up 5:21, 9:21, 15:3, 22:2, 32:14, 62:25, 64:25; 68:25, 69:10, 25, 74:1, 7; 79:2, 3, 6, 81:22; 85:20; 86:2; 110:16
update 18:18
updated 72:18
upon 4:11; 94:10, 23

UPS 39:11
urgent 49:1
use 22:3; 45:15; 46:1; 62:24; 72:3; 76:8, 9; 96:20
used 26:19; 27:13; 31:22; 34:7, 38:16, 19; 44:23; 45:24, 46:3, 72:5, 74:4; 75:13; 79:7, 8, 20; 96:5; 109:24
using 15:2, 3; 49:22; 66:15; 81:4, 10; 91:3, 7
usual 60:11
usually 12:20; 21:11; 22:18; 31:15; 50:12, 12; 59:16; 62:25; 63:18, 19; 69:10, 11; 72:14; 77:18, 19, 21; 80:20; 82:10; 98:13; 108:3

# V

Valerie 99:24
Value 67:16, 18, 19
various 17:13
verbal 6:25
verbiage 81:10
verified 55:5
verify 55:9; 82:12
versus 6:6, 10:3; 12:11; 13:19; 81:13
Vietnam 26:7
view 71:4
views 80:3
violated 83:4
violating 51:12; 94:8
violation 64:19; 93:25; 94:15, 18; 107:13, 14, 18, 20, 20; 109:9, 11
violations 92:15
volume 95:16, 16
volumes 21:20
voluntarily 64:1

# W

waiting 9:24
walk 22:6
Washington 26:7; 29:10, 11, 13; 32:19; 35:22, 23; 57:4; 97:15
watch 31:17, 22; 50:18; 71:4
watched 56:8
watching 20:16
way 20:10; 35:3; 47:5; 50:13, 65:20; 74:20; 79:1, 8; 80:24; 82:2; 105:1
ways 109:14
wear 85:20
wearing 86:10
weather 97:20
Weaver 41:5
Wednesday 86:15

weeks 43:15
weigh 49:7, 24; 74:2, 4
weighed 49:18; 53:14
weighing 46:11; 50:3, 21
weighs 73:23
weight 10:9, 10, 11, 13, 13, 22; 15:6, 6; 41:10, 12; 42:7; 43:21; 44:2; 47:15; 49:4, 12, 16, 21; 51:1, 8, 12, 13; 52:11, 11, 22; 53:3, 9; 54:1; 58:13; 63:1; 73:1, 11, 16, 24; 74:9, 13; 75:6; 85:12; 94:25; 110:22
weightier 102:9
well-coordinated 71:19
whenever 38:23; 78:17
whereby 45:10
wherein 108:20
Whereupon 111:16
whistle 6:10; 13:25
whole 16:14; 37:16; 79:16; 81:20; 89:6; 107:2
wife 21:22
Wiley 23:25
will 4:22; 45:25; 49:23; 50:5; 74:3; 76:3; 84:8; 85:4, 21; 93:8; 96:9; 99:18; 111:14
Wise 95:12, 15
withdrawal 107:11, 12, 16, 17
withdrawn 108:25
Within 8:1, 32:13, 42:7, 49:21, 55:22; 79:5; 94:25
without 99:7
witness 4:3; 5:14; 23:21; 68:6; 105:11; 111:1
won 9:25; 10:1
word 11:4
worded 60:20
words 40:4; 48:25; 53:2; 55:6; 64:12; 66:14; 72:13; 75:10; 76:8; 77:7; 78:14; 79:2; 80:5; 81:11; 82:10; 85:8; 94:24
wore 29:4, 5
work 24:14; 26:3, 9; 30:6; 32:10; 35:7, 15, 18; 37:8; 80:18, 19; 107:25
worked 26:1; 27:7; 28:12, 19; 37:10; 41:21; 43:8
working 23:11; 26:11; 41:19; 55:13
works 80:22
world 26:6, 9; 29:12; 36:13
worthy 34:22
wrap 69:25
write 23:3; 57:4; 59:20; 61:7; 94:22; 101:1, 2
writing 81:22; 91:3; 109:5
written 6:22; 14:8; 19:12, 15; 20:4; 43:2; 44:15, 18; 53:20; 101:24; 109:7

wrong 21:3; 72:15; 75:18
wrote 23:1; 57:6; 66:4; 92:9, 16, 18, 21

# X

X 26:5

# Y

yeah 35:15; 105:4
year 29:21; 30:4; 77:19; 84:1, 9
years 24:11; 31:21; 37:2; 45:20, 20; 55:3; 83:21, 24; 108:4
yellow 17:14

# Z

Zloch 13:15