UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR,                :          CASE NO. 00-6070-Zloch
                                               Magistrate Judge Lurana S. Snow
     Plaintiff,                    :

vs.                                 :

AMERIJET INTERNATIONAL, INC.,       :          **NIGHT BOX FILED**

     Defendant.                    :          SEP 1 7 2003

_____/

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## PLAINTIFF, PATRICK SCOTT MAJOR'S, MOTION FOR PRETRIAL CONFERENCE INCORPORATING MOTION TO STRIKE WITNESSES AND EXHIBITS AND MEMORANDUM OF LAW

Plaintiff, Patrick Scott Major, pursuant to Rule 16, Federal Rules of Civil Procedure and Local Rule 16, moves this Court to reconvene a pretrial conference, or hold a case management conference, for the purposes set forth in Rule 16, including:

(1)     expediting the disposition of the action;

(2)     establishing control so that the case will not be protracted; and

(3)     discouraging wasteful pretrial activities.

Rule 16 authorizes the Court to take action at such a conference to avoid unnecessary proof and cumulative evidence; to establish limits on discovery, disclosures, and the time allowed for presentation of evidence; and to take other steps to facilitate the just, speedy, and inexpensive disposition of the action.

Such boundaries are sorely needed in this case. Amerijet's amended witness and exhibit lists filed September 11, 2003 (and not in undersigned counsel's hands at the September 12 pretrial) ratchet the number of witnesses from 24 to 52 and the number of exhibits from 203 to



CASE NO. 00-6070-Zloch

233. See Exhibits A and B attached. The additions also make plain Amerijet's intent to turn the trial into an exercise in character assassination based on Mr. Major's job changes following his termination by Amerijet. Although this motion specifically seeks an order striking **all** of the newly-added material, a pretrial conference is also requested as this case cries out for a firm judicial definition of the scope of the evidence. Also, since Amerijet is apparently in contact with Mr. Major's current employer, as well as past ones, there is concern over harassment and a sense that the Court needs to dictate the scope of any permitted contacts.

Procedural Background

As the Court is aware, this case arises from plaintiff, Patrick Major's, firing by Amerijet in August 1999. The liability issue is straightforward: was Mr. Major fired for whistleblowing and in retaliation for an EEOC complaint, or for the reason given by Amerijet ("loss of confidence in you [sic] ability as an airman"). Mr. Major's Whistleblower Act claim entitles him to consideration of lost wages and loss of future earning capacity. The retaliation claim under the FCRA and ADEA likewise entitles him to claim back and front pay as damages. Under Florida law, Mr. Major could himself have testified to these items without an accountant. However, he retained a qualified accountant and to date has incurred $17,000 in accounting fees to generate a projection that complies with accounting standards.

At the time he was fired, Mr. Major was a full-time employee in good standing. He had sustained eight years of fulltime employment at Amerijet. After his abrupt termination, he diligently searched for replacement employment.[1] He held a job with Pan Am Flight Academy

---

[1] Ironically, based on Amerijet's insistence that it must fully explore plaintiff's subsequent employment, Amerijet has objected to the hundreds of pages of correspondence documenting this quest.

2

CASE NO.  00-6070-Zloch

from January to August 2000, and because he resigned, Amerijet has staked out a position that that event ended any claim for lost wages or loss of future earning capacity. Mr. Major next held a job with Miami Air for nearly a year, after which he was laid off. All information was current when this case previously reached the point of calendar call in 2001.[2]

After an unfortunate two-year hiatus, the case was re-assigned to this Court. On May 30, the Court issued its pretrial order and held that discovery was **closed**. Expert reports and a pretrial stipulation were ordered to be served by the end of July. On July 2, the Court ruled on summary judgment.

Undersigned counsel worked with Amerijet's counsel to comply with the pretrial order. The stipulation was timely filed on July 31, 2003, after Amerijet's counsel informed the undersigned in writing that it had no new witnesses or exhibits. See Exhibit A to plaintiff's Motion to Strike Late-Filed Objections filed September 16, 2003. Plaintiff filed updated reports for both of his experts.

After the stipulation was filed, Amerijet claimed the need for additional discovery:

(1)    Amerijet moved to depose plaintiff's experts or that they be stricken; and

(2)    Amerijet moved to update its witness and exhibit lists.

On August 8, 2003, the Court **granted** Amerijet's motions and moved the pretrial conference from August 15 to September 12, 2003. The Court also allowed an update deposition of Mr. Major.

On August 20, 2003, Amerijet filed an "emergency" motion for additional discovery to update plaintiff's employment records by subpoenas to all subsequent employers. This motion

---

[2] In fact, among the objectionable witnesses and exhibits on Amerijet's prior list are multiple items pertaining to the details of this employment.

CASE NO. 00-6070-Zloch

was **denied** on August 22. Undaunted, plaintiff refiled the same basic motion, calling it "Defendant's Motion for Personnel Records," and sought records from Major at his deposition in violation of Rules 30(b)(5) and 34.[3] Finally, Amerijet filed its motion for continuance, claiming "extreme prejudice," which resulted in the case **not** being set for trial at the pretrial conference on September 12.

The large package of materials submitted by plaintiff's counsel, Mark Boyd, to the court at the pretrial conference shows the plaintiff's cooperation in producing employment-related information in the spirit of the Court's orders. We shall not recount those efforts here, except to say that through the accountant's report, Mr. Major's supplemental production, his interrogatory answers and deposition testimony, plaintiff has been forthcoming. Basically, between the Miami Air layoff and a position at Air Florida he took in October 2002, Mr. Major was employed only sporadically, in a freelance capacity. He held the Air Florida job until a week or so ago, when he accepted a better opportunity with Republic Airways. Amerijet has a detailed accountant's report and other documentation as to post-Amerijet income.

Defendant's Amended Lists

This case warrants a review of all the contemplated witnesses and exhibits, as well as a date for trial. However, a specific subject of this motion is defendant's newly-filed witness and exhibit lists served on the eve of the September 12 conference. Because of the motion for continuance, there was **not** a traditional pretrial conference. However, plaintiff already had several concerns relating to Amerijet's lists which it was hoping to air. We now have a list which more than **doubles** the number of witnesses, from the astronomical **24** to the obscene **52**.

---

[3] These two motions are pending and have been referred to the Magistrate.

CASE NO. 00-6070-Zloch

On the attached lists, witnesses 25-52 are new, as are exhibits 204-233. The vast majority of these appear to be affiliated with Mr. Major's subsequent employment; many are simply identified as records custodians or corporate representatives of the various companies. Some form of subpoenas have been served (without notice to us) which have prompted complaints to Mr. Major. In fact, due to the nature of Amerijet's conduct, Mr. Major is concerned that the position he just accepted with Republic Airways may be negatively impacted. While undersigned counsel is not sure what Amerijet has been up to, it appears calculated to cause embarrassment and hardship to Mr. Major. It is also rather brazen in that Amerijet was denied permission to issue discovery subpoenas to these entities. The witness list far exceeds any reasonable number of witnesses, and the proportion of liability witnesses to damages witnesses is far out of kilter.

The situation with the newly-filed exhibit list is equally aggravated. The list filed in July featured 203 items and was desperately in need of paring down at a pretrial conference. The September 11 version adds another 30 exhibits: including documents from subsequent employers that it did not have permission to subpoena. A balance must be struck so that this case can be resolved without inordinate delay and further expense. As it stands, far more depositions have been taken than permitted by the rules, and Amerijet's appetite for additional discovery seems only to be growing.[4]

Amerijet's August 29 Motion for Personnel Records is upfront about its intent to make Mr. Major's subsequent employment a central feature of the trial. It is not for purposes of calculating damages: Amerijet has what it needs for that. Amerijet thinks by collateral evidence

---

[4] This growing appetite is depleting the meager amount remaining under a policy of EPLI insurance – all but eliminating any settlement prospects.

CASE NO.  00-6070-Zloch

it can sully the plaintiff's character and improve its position on the liability issue.  Amerijet's unseemly effort to troll up irrelevant negative testimony should not be permitted.  Its witness and exhibit lists should be scrutinized for the truly material items, and a trial date set.

CONCLUSION

Plaintiff has not listed each and every objection to every witness and each new exhibit; however, it seems the Court's intervention is needed to draw some boundaries in this case and get it tried.  A pretrial conference is urgently needed to prevent this case from spinning out of control.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to **Susan Potter Norton, Esquire** and **Dionne Wilson Blake** at the address more fully set forth on the service list attached, this 17th day of September, 2003.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida  33394
Telephone:     954-527-2800
Facsimile:     954-524-9481


By:_____
VALERIE SHEA
Florida Bar No.  436800
VShea@heinrichgordon.com
MARK R. BOYD
Florida Bar No. 217492
MBoyd@heinrichgordon.com

CASE NO.  00-6070-Zloch

## <u>SERVICE LIST</u>

**Susan Potter Norton, Esquire** and
**Dionne Wilson Blake**
Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, FL  33134
       Telephone:   (305) 445-7801
       Facsimile:   (305) 442-1578
Counsel for Defendant

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR,         CASE NO.: 00-6070-CIV-ZLOCH

          Plaintiff,         Magistrate Judge Snow

v.

AMERIJET INTERNATIONAL, INC.,

          Defendants.
_____/

## DEFENDANT'S WITNESS AND EXPERT WITNESS LIST

COMES NOW Defendant, AMERIJET INTERNATIONAL INC., (hereinafter "Defendant"), by and through its undersigned counsel, hereby submits the following as its Witness List:

1. David Bassett, 2800 Andrews Avenue, Ft. Lauderdale, Florida 33316.

2. Derry Huff, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

3. William Cline, 23 Royal Drive, Kansas City, Kansas 66111.

4. Tracey Dickinson, 3381 Biscayne Drive, Merritt Island, Florida 32952.

5. Al Jorsey, Sr. 6304 Zekan Lane, Springfield, Virginia, 22150.

6. Brian Steele, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

7. Ed Cook, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

8. Isis DeCastro, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

9. Juan Morales, 1420 South Ocean Boulevard, Apt. 6-S, Pompano Beach, Florida 33062.

10. Tim Green, 7809 Seward Road, Fairfield, Ohio 45011.

11. Luis Michaels, 10610 S.W. 146th Court, Miami, Florida 33186.

12. Pete Steele, 15625 Sunward Street, Wellington Florida, 33414.

13. John Roseborough, FAA Flight Standards District Office, Ft. Lauderdale Jet Center, 1050 Lee Wagener Blvd., Suite 201, Ft. Lauderdale, Florida, 33315.

14. Barney Sonnen, FAA Flight Standards District Office, Ft. Lauderdale Jet Center, 1050 Lee Wagener Blvd., Suite 201, Ft. Lauderdale, Florida, 33315.

15. John Washington, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

16. Bret Wise, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

17. Ray Limas, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

18. Larry Clifford, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

19. Tom Bell, 2800 Andrews Avenue, Ft. Lauderdale, Florida, 33316.

20. Carl Morganstein, AmeriJet Consortium 616 S.W. 34th Street, Ft. Lauderdale, Florida, 33315.

21. Paul Repp, (EXPERT) 1870 Baynham Drive, Atlanta Georgia, 30338.

22. Vitto Laforggia, AeroService Aviation Center, Inc., 3814 Curtiss Parkway, Virginia Gardens, Florida 33166.

23. Mary Sharpe, Pan Am International Flight Academy, 5000 NW 36 Street, Miami, Florida, 33122.

24. Nidiam Conesa, Pan Am International Flight Academy, 5000 NW 36 Street, Miami, Florida, 33122.

25. Bill Weaver, FAA Flight Standards District Office, Ft. Lauderdale Jet Center, 1050 Lee Wagener Blvd., Suite 201, Ft. Lauderdale, Florida, 33315.

26. Lloyd Mitchell, Air Florida Express, 610 SW 34th Street, Suite 107 Fort Lauderdale, Florida 33315.

27. Perez J. Khan, Air Florida Express, 610 SW 34th Street, Suite 107 Fort Lauderdale, Florida 33315.

28. Kurt Camadarie, Miami Air International, Inc., 5000 N.W. 36th Street, Miami Springs, Florida 33266-0880.

29. Jim McCleary, McCleary & McCleary, 7461 N.W. 4th Street, Plantation, Florida 33317.

30. Windsor Brown, Aero Leasing, 610 S.W. 34th Street, Fort Lauderdale, Florida 33315.

31. Anna Lee, A Sunset Entertainment, Inc., 3563 Cypress Terrace, Pinellas Park, Florida 33781.

32. Corporate Representative with most knowledge of employment terms and conditions and knowledge of terms of hiring, firing, discipline and evaluations of Patrick S. Major for, Air Florida Express, 610 SW 34th Street, Suite 107 Fort Lauderdale, Florida 33315.

33. Records Custodian Air Florida Express, 610 SW 34th Street, Suite 107 Fort Lauderdale, Florida 33315.

34. Corporate Representative with most knowledge of employment terms and conditions and knowledge of terms of hiring, firing, discipline and evaluations of Patrick S. Major for, Custom Air Transport, 4160 Ravenswood Road, Fort Lauderdale, Florida 33312.

35. Records Custodian Custom Air Transport 4160 Ravenswood Road, Fort Lauderdale, Florida 33312.

36. Corporate Representative with most knowledge of employment terms and conditions and knowledge of terms of hiring, firing, discipline and evaluations of Patrick S. Major for, Pan Am International Flight Academy, Inc., 5000 N.W. 36th Avenue, Miami, Florida 33142.

37. Records Custodian Pan Am International Flight Academy, Inc., 5000 N.W. 36th Avenue, Miami, Florida 33142.

38. Corporate Representative with most knowledge of employment terms and conditions and knowledge of terms of hiring, firing, discipline and evaluations of Patrick S. Major for, Miami Air International, Miami Air International, Inc., 5000 N.W. 36TH Street, Miami, Florida 33142.

39. Records Custodian, Miami Air International, Inc., 5000 N.W. 36th Street, Miami, Florida 33142

40. Corporate Representative with most knowledge of employment terms and conditions and knowledge of terms of hiring, firing, discipline and evaluations of Patrick S. Major for, Horizons Aviation, Inc., 6355 N.W. 36th Street, Suite 604, Miami, Florida 33166.

41. Records Custodian, Horizons Aviation, Inc., 6355 N.W. 36th Street, Suite 604, Miami, Florida 33166.

42. Omar Botero, Horizons Aviation, Inc., Affinity Airshares, Inc., a Horizons Aviation Company, 6355 N.W. 36th Street, Suite 604, Miami, Florida 33166 .

43. Corporate Representative with most knowledge of employment terms and conditions and knowledge of terms of hiring, firing, discipline and evaluations of Patrick S. Major for, Affinity Airshares, Inc., a Horizons Aviation Company, 6355 N.W. 36th Street, Suite 604, Miami, Florida 33166.

44. Records Custodian, Affinity Airshares, Inc., a Horizons Aviation Company, 6355 N.W. 36th Street, Suite 604, Miami, Florida 33166.

45. Records Custodian, FAA with the most knowledge of OSCEP inspection involving the time period Patrick Major was Director of Operations or Pilot with Air Florida Express, Federal Aviation Administration, Flight Standards District Office, 1050 Lee Wagener Boulevard, Suite 201, Fort Lauderdale, FL 33315.

46. Corporate Representative with most knowledge of employment terms and conditions and knowledge of terms of hiring, firing, discipline and evaluations of Patrick S. Major for, Aero Leasing, 610 S.W. 34th Street, Fort Lauderdale, Florida 33315.

47. Records Custodian, Aero Leasing, 610 S.W. 34th Street, Fort Lauderdale, Florida 33315.

48. Corporate Representative with most knowledge of employment terms and conditions and knowledge of terms of hiring, firing, discipline and evaluations of Patrick S. Major for, Republic Airlines, 2500 So. High School Road, Suite 160, Indianapolis, Indiana 46241.

49. Records Custodian, Republic Airlines, 2500 So. High School Road, Suite 160, Indianapolis, Indiana 46241.

50. Patrick Major, (PLAINTIFF).

51. Rebuttal Witnesses.

52. Impeachment Witnesses.

EXHIBIT B

AO 187 (Rev. 7/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,                          CASE NO. 00-6070-CIV-ZLOCH

        Plaintiff,

        v.                                   **DEFENDANT'S FIRST AMENDED EXHIBIT LIST**

AMERIJET INTERNATIONAL, INC.,

        Defendant.

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY<br>Valerie Shea, Esq. | DEFENDANT'S ATTORNEY(s)<br>Susan Potter Norton, Esq. |
|---|---|---|---|---|---|
| TRIAL DATE(S) | | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO | DEF NO | DATE OFFERED | MARKED | Plf's Objections | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | | | | | **Defendant's Exhibits** |
| | 1 | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000001 – 000007 |
| | 2 | | | | Letter from David Bassett, Pam Rollins, Pete Steele, Ed Cook, Dean Chapman, Jeff Bingham and Lee Burt – Re: "Open Door" Policy – dated: 5/16/96 – Bates No. 000008 |
| | 3 | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000009 – 000051 |
| | 4 | | | | NASA Aviation Safety Reporting System – Re: Incident Report – date: 8/18/99 - Bates No: 000052 - 000061 |
| | 5 | | | | Memorandum from Patrick Major to Derry Huff – Re: Discussion of Flight with Brian Steele – dated: 6/14/99 – Bates No. 000062 - 000066 |
| | 6 | | | | Memorandum from Derry Huff to Juan Morales – Re: Review of Meeting with Pat Major – dated: 4/26/99 – Bates No. 000067 |
| | 7 | | | | E-Mail from Patrick Major to Derry Huff – Re: Amerijet's Unfounded Retaliatory Charge of Stalking – dated: 4/18/99 – Bates No. 000068 |
| | 8 | | | | E-Mail from P Major to Derry Huff – Re: Retaliatory Charge of Stalking" – dated: 4/18/99 – Bates No 000069 |
| | 9 | | | | Letter from David G. Bassett to Pat Major – Re: Incapable of Filling Position as Captain – dated: 2/5/99 – Bates No. 000070 |
| | 10 | | | | Letter from Peter A. Steele to Patrick S. Major – Re: Process of Becoming a Captain – dated: 1/4/99 – Bates No. 000071 – 000072 |
| | 11 | | | | Letter from Pat Major to Peter Steele – Re: Outstanding Issues – dated: |

---

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AC 187A (REV. 7/87)

## EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO<br>00-6070 -CIV-ZLOCH |
| --- | --- |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | | | | | 12/15/98 – Bates No. 000073 – 000074 |
| | 12 | | | | Letter from Pat Major to Pete Steele – Re: Meeting with Ed Cook, Tracy Dickinson and John Moktadier on Friday, July 24 – dated: 9/11/98 – Bates No. 000075 – 000080 |
| | 13 | | | | Letter from Peter A. Steele to Patrick S. Major – Re: Outstanding Issues – dated: 11/6/98 – Bates No. 000081 |
| | 14 | | | | Letter from Pat Major to Pete Steele – Re: Recollection of Meeting on Friday, July 24 – dated: 8/25/98 – Bates No. 000082- 000083 |
| | 15 | | | | Letter from Patrick Scott Major to Federal Aviation Administration –Re: FAA's Proposal to Reduce Maximum Payloads on Boeing 727 - dated: 8/13/97 – Bates No. 000084 – 000086 |
| | 16 | | | | Letter from Patrick Scott Major to Ed Cook – Re: Jeppesen Guadalajara Approach Plate 11-1, 20-Jun-97 – dated: 7/23/97 – Bates No. 000087 - 000088 |
| | 17 | | | | Letter from Gladys Garcia to Patrick Major – Re: Extension of Federal Family and Medical Leave Act Benefits – dated: 4/10/97 – Bates No. 000089 – 000090 |
| | 18 | | | | Letter from Patrick Scott Major to Wayne Penny – Re: Confirmation of Intention to Return to Work from Family Medical Leave – dated: 6/20/97 – Bates No. 000091 |
| | 19 | | | | Letter from Linda G. Maletta to Patrick Major – Re: Problem with Payroll Input – dated: 6/3/97 – Bates No. 000092 |
| | 20 | | | | Letter from David G. Bassett to Patrick Scott Major – Re: Meeting with Wayne Penny and Ed Cook on February 11, 1997 – dated: 2/21/97 – Bates No. 000093 –000094 |
| | 21 | | | | Letter from Captain N.E. Cook to Patrick S. Major – Re: Change in Vacation Management – dated 6/17/96 – Bates No. 000095 |
| | 22 | | | | Letter from Patrick Scott Major to Captain Cook – Re: Vacation Policy...Solution – dated: 6/9/96 – Bates No. 000096 – 000097 |
| | 23 | | | | Letter from Patrick Scott Major to David Bassett, Pam Rollins, Pete Steele, Ed Cook, Dean Chapman, Jeff Bingham and Lee Burt – Re: "Open Door Policy" – dated: 5/16/96 – Bates No. 000098 |
| | 24 | | | | Memorandum from Wayne Penny to Pat Major – Re: Employee Handbook – dated: 12/21/94 – Bates No. 000099 |
| | 25 | | | | Employee Handbook Receipt – Re: Patrick Major – dated: 5/30/97 – Bates No. 000100 |

AC 187A (REV. 7/87)

## EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO. 00-6070 -CIV-ZLOCH |
| --- | --- |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 26 | | | | | Letter from Patrick Scott Major from Pete Steele – Re: Never Offered Opportunity to Upgrade to First Officer on Boeing 727 – dated: 10/19/94 – Bates No. 000101 – 000102 |
| 27 | | | | | Fax from Patrick Major to Compensation Committee – Re: Proposed Pay Policy Changes – dated: 2/18/99 - Bates No. 000103 – 000104 |
| 28 | | | | | Fax from Patrick Scott Major to Ed Cook – Re: New Miami Flight Schedule – dated: 3/18/94 – Bates No. 000105 – 000106 |
| 29 | | | | | Fax from Patrick Scott Major to Irv Shumacher – Re: Congratulations on Work Performed on 190AJ – Undated – Bates No. 000107 |
| 30 | | | | | Letter from Patrick Scott Major to Peter Steele – Re: Hiring Outside of Company – dated: 9/22/94 – Bates No. 000108 – 000109 |
| 31 | | | | | Letter from Patrick S. Major to Ed Cook – Re: Invitation to Upgrade to First Officer on Falcon – dated: 8/30/93 – Bates No. 000110 – 000111 |
| 32 | | | | | Letter from Patrick S. Major to Pamela Rollins – Re: Amerijet's Flight Crew Vacation Policy – dated: 9/21/92 – Bates No. 000112 – 000113 |
| 33 | | | | | Letter from Ed Cook to Patrick Major – Re: Assessment of Simulator Period Used for Annual Proficiency Check – dated: 3/2/92 – Bates No. 000114 |
| 34 | | | | | Letter from Patrick S. Major from Ed Cook – Re: Meeting Conducted Midway During Amerijet's Flight Crew Member's First Year of Service – dated: 2/16/92 – Bates No. 000115 –000116 |
| 35 | | | | | Fax from Pat Major to David Bassett – Re: Fare the Well – dated: 9/23/99 – Bates No. 000117 |
| 36 | | | | | Fax from Patrick Major to Pete Steele – Re: Termination Date Correction. Earned but unpaid Amerijet employment income – dated: 12/29/99 – Bates No. 000118- 000119 |
| 37 | | | | | Fax from Patrick Major to Amerijet Chief Pilot, Derry Huff – Re: Captain bid – dated: 4/16/99 – Bates No. 000120 – 000123 |
| 38 | | | | | Fax from Patrick Scott Major to Pete Steele – Re: Type Rating Oral Exam with FAA – dated: 8/21/98 – Bates No. 000124 |
| 39 | | | | | Letter from Peter A. Steele to Patrick S. Major – Re: Scheduling of Type Rating Oral Exam – dated: 8/20/98 – Bates No. 000125 |
| 40 | | | | | Reply to Fax from ? to Pat Major – Re: Request for Type Rating Oral – Undated – Bates No. 000126 |
| 41 | | | | | Memorandum from Pat Major to Pete Steele – Re: Type Rating Oral Exam – dated: 8/18/98 – Bates No. 000127 |

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO.<br>00-6070 -CIV-ZLOCH |
|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERE<br>D | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 42 | | | | Letter from Ed Cook to Patrick S. Major – Re: Congratulations on Award bid to upgrade to Captain – dated: 5/20/98 – Bates No. 000128 |
| | 43 | | | | E-Mail to Derry Huff from P Major – Re: Bid (Captain) – dated: 4/16/99 – Bates No. 000129 |
| | 44 | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000130 – 000210 |
| | 45 | | | | Amerijet International Runway Analysis B-727-200, JT8D-15 – Re: Fort Lauderdale, FL, Hollywood INTL- Undated – Bates No. 000211 |
| | 46 | | | | Amerijet International Runway Analysis B-727-200, JT8D-15 – Re: Miami, FL, Miami INTL- Undated – Bates No. 000212 |
| | 47 | | | | Amerijet International Runway Analysis B-727-200, JT8D-15 – Re: Miami, FL, Miami INTL- Undated – Bates No. 000213 |
| | 48 | | | | Personnel File – Re: Patrick S. Major – Undated - Bates No. 000214 - 000245 |
| | 49 | | | | Equal Employment Opportunity Commission , Notice of Charge of Discrimination – Re: Patrick S. Major – dated: 10/12/99 – Bates No. 000247 |
| | 50 | | | | U.S. Equal Opportunity Commission, Notice of Right to Sue – Re: Patrick S. Major – dated: 12/7/99 – Bates No. 000250 |
| | 51 | | | | U.S. Equal Opportunity Commission, Charge of Discrimination– Re: Patrick S. Major – dated: 12/8/99 – Bates No. 000252 |
| | 52 | | | | Amerijet International, First Officer Or Flight Engineer Proficiency Report – Re: Pat Major – dated: 6/8/99 – Bates No. 000253 – 000255 |
| | 53 | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000256 – 000257 |
| | 54 | | | | Amerijet International, First Officer Or Flight Engineer Proficiency Report – Re: Pat Major – dated: 1/14/98 – Bates No. 000258 - 000259 |
| | 55 | | | | Personnel File – Re: Pat Major – Undated - Bates No. 000260 - 000263 |
| | 56 | | | | Amerijet International, First Officer Or Flight Engineer Proficiency Report – Re: Pat Major – dated: 7/4/97 – Bates No. 000264 |
| | 57 | | | | Correspondence from Maurice Rousseau Jr., to Janice Ambrosio – Re: Report for FLT 811 – dated: 2/3/97 – Bates No. 000265 |
| | 58 | | | | Letter from William J. Cline to Peter A. Steele – Re: Pat Major – Unprofessional and Lack of Knowledge – dated: 1/18/92 – Bates No. 000266 – 000268 |
| | 59 | | | | Personnel File – Re: Pat Major – Undated - Bates No. 000269 – 000270 |
| | 60 | | | | Memorandum from Ed Cook to Patrick Major – Re: Flight Inspection – dated: 6/26/95 – Bates No. 000271 – 000272 |

92723_1.DOC

AC 187A (REV 7/87)

## EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO 00-6070 -CIV-ZLOCH |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| 61 | | | | | FAA Oral Exam Record – Re: Patrick Scott Major – dated: 7/8/98 – Bates No. 000273 |
| 62 | | | | | Assessment of Oral Exam From Barney Sonner – Re: Patrick Major – dated: 7/8/98 – Bates No. 000274 |
| 63 | | | | | Letter from John C. Roseborough to Captain N. Edward Cook – Re: Captain Upgrade/Training Quality – dated 7/8/98 – Bates No. 000275 |
| 64 | | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000276 – 000277 |
| 65 | | | | | Amerijet International, Flight Operations Training Answer Sheet – Re: Patrick Major – dated: 5/8/98 – Bates No. 000278 – 000279 |
| 66 | | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000280 – 000286 |
| 67 | | | | | Amerijet International, Pilot Instructor Recommendation – Re: Patrick Scott Major – dated: 6/23/98 – Bates No. 000287 |
| 68 | | | | | Amerijet Pilot Stimulator/Flight Time Training – Re: Patrick Scott Major – dated: 6/11/98, 6/18/98, 6/23/98 – Bates No. 000288 |
| 69 | | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000289 – 000291 |
| 70 | | | | | Multiple Choice Questionnaire Sheet – Re: Patrick Major – Undated – Bates No. 000292 – 000295 |
| 71 | | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000296 – 000304 |
| 72 | | | | | Amerijet International, General Operations Manual – Re: General Policies – dated: 6/17/96 – Bates No. 000305 – 000307 |
| 73 | | | | | Job Opportunity Bulletin – Re: Captain & First Officer – Undated – Bates No. 000308 |
| 74 | | | | | Letter from Derry S. Huff to Patrick Major – Re: Amerijet's loss of confidence in Abilities – dated: 8/30/99 – Bates No. 000309 |
| 75 | | | | | Amerijet International, Aircraft Log Book, Aircraft Maintenance Log – dated 8/17/99 – Bates No. 000310 – 000311 |
| 76 | | | | | Amerijet International, B-727-200 Load Plan – Re: 12-Position Weight & Balance – Undated – Bates No. 000313 – 000314 |
| 77 | | | | | Upgrade List of Pilots – Re: Patrick Major – dated: 1/1/96 – 9/1/99 – Bates No. 00315 |
| 78 | | | | | List of Individuals Hired as Captains – dated: 1/1/96 – 9/1/99 – Bates No. 000316 |
| 79 | | | | | Training Documents – Re: David Scott Mitchell – Undated – Bates No. 000317 – 000329 |

92723_1.DOC

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO. 00-6070 -CIV-ZLOCH |
| --- | --- |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | 80 | | | | Training Documents – Re:  David Patrick Bruns – Undated – Bates No. 000330 – 000340 |
| | 81 | | | | Training Documents – Re:  Derry Stephen Huff – Undated – Bates No. 000341 –000353 |
| | 82 | | | | Training Documents – Re: John Matthew Hogan – Undated – Bates No. 000354 – 000366 |
| | 83 | | | | Training Documents – Re: John Wendell Washington – Undated – Bates No. 000367 – 000379 |
| | 84 | | | | Training Documents – Re: Paul Scott Andersen – Undated – Bates No. 000380 – 000390 |
| | 85 | | | | Training Documents – Re: Jeff Michael Movak – Undated – Bates No. 000391 – 000406 |
| | 86 | | | | Training Documents – Re: James Alan Battillo – Undated  – Bates No. 000407 – 000417 |
| | 87 | | | | Training Documents – Re: Raymond Joseph Meunier – Undated - Bates No. 000418 – 000430 |
| | 88 | | | | Training Documents – Re: Tracey Alan Dickinson – Undated - Bates No. 000431 – 000444 |
| | 89 | | | | Training Documents – Re: Michael Richard Pelly – Undated - Bates No. 000445 - 000463 |
| | 90 | | | | Training Documents – Re: Timothy James Green – Undated – Bates No. 000464 – 000476 |
| | 91 | | | | Training Documents – Re: Douglas Joseph Benson – Undated – Bates No. 000477 – 000488 |
| | 92 | | | | Training Documents – Re: Patrick Clare McManus – Undated – Bates No. 000489 – 000500 |
| | 93 | | | | Training Documents – Re: John A. Moktadier – Undated – Bates No. 000501 – 000513 |
| | 94 | | | | Training Documents – Re: Ronald Lee Rooks – Undated – Bates No. 000514 – 000530 |
| | 95 | | | | Training Documents – Re: Jeffrey Scott Michlowitz – Undated – Bates No. 000531 – 000540 |
| | 96 | | | | Training Documents – Re: Charles Williams Church – Undated – Bates No. 000541 – 000551 |
| | 97 | | | | Training Documents – Re: Robert Shaw Reed – Undated – Bates No. 000552 – 000569 |

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO.<br>00-6070 -CIV-ZLOCH |
| --- | --- |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | 98 | | | | Training Documents – Re: James Keith Kirk – Undated – Bates No. 000570 – 000588 |
| | 99 | | | | Letter from U.S. Department of Transportation to David G. Bassett – Re: Notice of Proposed Civil Penalty – dated: 2/16/00 – Bates No. 000589 – 000596 |
| | 100 | | | | First Officer or Flight Engineer Proficiency Report – Re: Patrick Major – dated: 1/15/98 – Bates No. 000597 |
| | 101 | | | | Personnel File – Re: Tim Green – Undated – Bates No. 000598 – 000976 |
| | 102 | | | | Personnel File – Re: James Battillo – Undated – Bates No. 000977 – 001139 |
| | 103 | | | | Personnel File – Re: Ray Meunier – Undated – Bates No. 001152 – 001238 |
| | 104 | | | | Personnel File – Re: Doug Benson – Undated – Bates No. 001239 – 001320 |
| | 105 | | | | Personnel File – Re: Patrick McManus – Undated – Bates No. 001321 - 001478 |
| | 106 | | | | Personnel File – Re: John Moktadier – Undated – Bates No. 001479 – 001658 |
| | 107 | | | | Personnel File – Re: David Mitchell – Undated – Bates No. 001659 – 001682 |
| | 108 | | | | Personnel File – Re: John Washington – Undated – Bates No. 001683 – 001812 |
| | 109 | | | | Personnel File – Re: Jamie Kirk – Undated – Bates No. 001813 – 001964 |
| | 110 | | | | Personnel File – Re: John Hogen – Undated – Bates No. 001965 – 002122 |
| | 111 | | | | Letter to Captain Peter A. Steele from John C. Roseborough – Re: Information Request – dated: 10/28/99 – Bates No. 002123 |
| | 112 | | | | Amerijet International, Crewmember Seniority List – Re: Captains & First Officers – dated: 1/20/00 – Bates No. 002124 – 002125 |
| | 113 | | | | Personnel File – Re: Paul Andersen – Undated – Bates No. 002126 – 002281 |
| | 114 | | | | Personnel File – Re: Derry Huff – Undated – Bates No. 002282 – 002486 |
| | 115 | | | | Personnel File – Re: Tracey Dickinson – Undated – Bates No. 002487 – 002563 |
| | 116 | | | | Personnel File – Re: Jeff Novak – Undated – Bates No. 002564 – 002754 |
| | 117 | | | | Personnel File – Re: Ron Rooks – Undated – Bates No. 002755 – 002860 |
| | 118 | | | | Personnel File – Re: Mike Pelly – Undated – Bates No. 002861 - 003016 |
| | 119 | | | | Amerijet International, Crewmember Seniority List – Re: Captains & First Officer – dated: 1/20/00 – Bates No. 003017 - 003018 |
| | 120 | | | | Amerijet International, Crewmember Seniority List – Re: Captains & First Officer – dated 2/11/00 – Bates No. 003019 – 003021 |

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO. 00-6070 -CIV-ZLOCH |
| --- | --- |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | 121 | | | | Employment Practices Insurance Policy – Re: Discrimination, Sexual Harassment & Inappropriate Employment Conduct – dated: 5/5/98 – Bates No. 003022 – 003032 |
| | 122 | | | | Employment Application and Licenses – Re: Joseph Latorre – Undated – Bates No. 003033 – 003039 |
| | 123 | | | | Employment Release and Licenses – Re: Richard Lytle – Undated – Bates No. 003040 – 003041 |
| | 124 | | | | Employment Application and Licenses – Re: James Korby – Undated – Bates No. 003042 – 003045 |
| | 125 | | | | Employment Application and Licenses – Re: Bruce McGray – Undated – Bates No. 003046 –003048 |
| | 126 | | | | Employment Application and Licenses – Re: John Miller – Undated – Bates No. 003049 –003052 |
| | 127 | | | | Employment Application and Licenses – Re: Albert Rubey – Undated – Bates No. 003058 – 003061 |
| | 128 | | | | Employment Application and Licenses – Re: Jose Alverez Jr., - Undated – Bates No. 003062 - 003065 |
| | 129 | | | | Personnel File – Re: Jeffrey Scott Michlowitz – Undated – Bates No. 003066 – 003190 |
| | 130 | | | | Training Documents – Re: James Kirk – Undated – Bates No. 003191 – 003244 |
| | 131 | | | | Training Document – Re: Charles Williams Church – Undated - Bates No. 003245 – 003322 |
| | 132 | | | | Training Document – Re: Robert Shaw Reed – Undated - Bates No. 003322 – 003410 |
| | 133 | | | | Training Document – Re: Jacques Jean Raissiguier – Undated - Bates No. 003411 – 003490 |
| | 134 | | | | Memorandum to File from Nidiam Conesa – Re: Pat Major – dated: 5/5/00 |
| | 135 | | | | Memorandum to File from Nidiam Conesa – Re: Pat Major – dated: 4/7/00 |
| | 136 | | | | Memorandum to File from Nidiam Conesa – Re: Pat Major (Completion of Manuals) – dated: 4/7/00 |
| | 137 | | | | Memorandum to File from Nidiam Conesa – Re: Pat Major (Anger ) – dated: 4/7/00 |
| | 138 | | | | Memorandum to File from Nidiam Conesa – Re: Pat Major (Personal LaptopUsage) – dated: 4/7/00 |

92723_1.DOC

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO<br>00-6070 -CIV-ZLOCH |
|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERE<br>D | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| 139 | | | | | Pan Am International Flight Academy, Exit Interview – Re: Patrick Major – dated: 8/25/00 |
| 140 | | | | | Pan Am International, Application for Employment – Re: Patrick Major – dated: 1/4/00 |
| 141 | | | | | Memorandum to Dan Campbell from Patrick Major – Re: Revision to Independent Contract Status – dated: 8/11/00 |
| 142 | | | | | Memorandum to All Flight Crewmembers from Ed Cook – Re: Base Month Changes – dated: 12/23/96 – Plaintiff's Bates No. 030 – 031 |
| 143 | | | | | Letter to Ed Cook from Patrick S. Major – Re: Meeting to Provide Direction and Guidance – dated: 2/15/92 – Plaintiff's Bates No. 032 – 033 |
| 144 | | | | | Letter to Patrick Major from Ed Cook – Re: Annual Proficiency Check Evaluation – dated: 3/2/92 – Plaintiff's Bates No. 034 |
| 145 | | | | | Letter to Ed Cook from Patrick S. Major – Re: Handling and Notification of Dangerous Foods – dated: 11/11/92 – Plaintiff's Bates No. 037 – 041 |
| 146 | | | | | Letter to Ed Cook from Patrick S. Major – Re: Invitation to Upgrade to First Office on Falcon – dated: 8/30/93 – Plaintiff's Bates No. 049 – 050 |
| 147 | | | | | Memorandum to All Flight Crewmembers from Ed Cook – Re: Bid Lock – dated 10/6/93 – Plaintiff's Bates No. 060 |
| 148 | | | | | Letter to Irv Shumacher from Patrick Scott Major – Re: Consideration of Proposal to Implement Human Resources Management Function at Amerijet – dated: 2/11/94 – Plaintiff's Bates No. 087 |
| 149 | | | | | Letter to Ed Cook from Patrick Scott Major – Re: Flight Crew Schedule – dated: 3/18/94 – Plaintiff's Bates No. 088 – 089 |
| 150 | | | | | Letter to Peter Steele from Patrick Scott Major – Re: Selection of Upgrading Two Junior Pilots With Falcon – dated: 9/22/94 – Plaintiff's Bates No. 090 |
| 151 | | | | | Letter to Peter Steele from Patrick Scott Major – Re: Frustration with Amerijet's Employment and Upgrade Policies – dated: 9/29/94 – Plaintiff's Bates No. 091 - 093 |
| 152 | | | | | Letter to Pete Steele from Patrick Scott Major – Re: Never Afforded Opportunity to Upgrade to First Officer On Boeing 727 – dated: 10/19/94 – Plaintiff's Bates No. 094 – 095 |
| 153 | | | | | Letter to David Bassett from Patrick Scott Major – Re: Anonymous Letter Writers – dated: 12/18/96 – Plaintiff's Bates No. 106 – 109 |
| 154 | | | | | Memorandum to Patrick Major from Wayne Penny – Re: Voluntary Exit Incentive Agreement Proposal – dated: 2/20/97 – Plaintiff's Bates No. 112 – 116 |

92723_1.DOC

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO.<br>00-6070 -CIV-ZLOCH |
|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 155 | | | | Memorandum to Patrick Major from Ed Cook – Re: Upgrade Bid – dated: 4/30/98 – Plaintiff's Bates No. 136 – 137 |
| | 156 | | | | Letter to Dave from Pat Major – Re: Prospect of Union – dated: 6/18/98 – Plaintiff's Bates No. 139 – 143 |
| | 157 | | | | Memo to All Crewmembers from Ed Cook – Re: Promotion Bid Awards – dated: 8/5/98 – Plaintiff's Bates No. 144 |
| | 158 | | | | Letter to David Bassett from Patrick Major – Re: Issue Awaiting Resolution – dated: 2/21/99 – Plaintiff's Bates No. 159 – 161 |
| | 159 | | | | Amerijet International, Crewmember Seniority List – Re: Patrick Major – dated: 4/7/99 – Plaintiff's Bates No. 164 – 165 |
| | 160 | | | | Amerijet International, Crewmember Seniority List – Re: Patrick Major – dated: 4/28/99 – Plaintiff's Bates No. 167 – 168 |
| | 161 | | | | Fax to Rhonda Phillips from Patrick Major – Re: Freedom Information Act Request – dated: 6/14/99 – Plaintiff's Bates No. 186 |
| | 162 | | | | Amerijet International , Flight Officer Or Flight Engineer Proficiency Report – Re: Patrick Major – dated: 1/15/98 - Plaintiff's Bates No. 194 |
| | 163 | | | | Amerijet International, Aircraft Operating Manual – Re: Overweight Landing vs. Fuel Dump – dated: 7/11/90 – Plaintiff's Bates No. 198 –202 |
| | 164 | | | | EEOC Charge of Discrimination – Re: Patrick S. Major – dated: 3/25/97 – Plaintiff's Bates No. 206 |
| | 165 | | | | Letter to Patrick Major from Rhonda A. Phillips – Re: FOIA Request (Air Traffic Control Communication Audiotapes) – dated: 8/11/99 – Plaintiff's Bates No. 210 |
| | 166 | | | | Fax to Rhonda Phillips from Patrick Major – Re: FOIA Request – dated: 8/30/99 – Plaintiff's Bates No. 211 |
| | 167 | | | | Letter to Patrick S. Major from John C. Roseborough – Re: FAA Letter of Investigation – dated: 11/10/99 – Plaintiff's Bates No. 212 – 213 |
| | 168 | | | | Letter to John C. Roseborough from Patrick Major – Re: Receipt of Letter of Investigation – dated: 12/6/99 – Plaintiff's Bates No. 214 – 219 |
| | 169 | | | | Letter to Patrick S. Major from John C. Roseborough – Re: FAA Investigation – dated: 12/21/99 – Plaintiff's Bates No. 220 |
| | 170 | | | | Typewritten Notes – Re: Patrick Major – dated: 2/11/97 – 2/17/97 – Plaintiff's Bates No. 249 – 250 |
| | 171 | | | | Typewritten Notes – Re: Patrick Major – Undated – Plaintiff's Bates No. 258 – 261 |

92723_1.DOC

AC 187A (REV. 7/87)

## EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO<br>00-6070 -CIV-ZLOCH |
| --- | --- |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | 172 | | | | Typewritten Notes – Re: Patrick Major  - dated: 12/16/98 – Plaintiff's Bates No. 267 – 273 |
| | 173 | | | | 1996 U.S. Individual Income Tax Return – Re: Patrick S. Major – Plaintiff's Bates No. 274 – 295 |
| | 174 | | | | 1997 U.S. Individual Income Tax Return – Re: Amey C. Major – Plaintiff's Bates No. 296 – 326 |
| | 175 | | | | Broward County Circuit Court, Case Summary – Re: Timothy Green v. Butch Gretchen – dated: 1997 – Plaintiff's Bates No. 383 - 384 |
| | 176 | | | | Audiotape Recording – Re:   Patrick Major's  Termination from Employment – dated: 8/31/99 |
| | 177 | | | | Transcript of Audiotape Recording –Re:  Patrick Major's Termination |
| | 178 | | | | Air Traffic Control Audiotape Recording of Flight # 823 - Re: Miami International Airport |
| | 179 | | | | General Operations Manual – Re:  Table of Contents – Bates No. 003553 – 003560. |
| | 180 | | | | Training Records – Re:  Patrick Major – Bates No. 003561-003642. |
| | 181 | | | | Letter to Captain Brian Steele from John Roseborough – Re:  Investigation – dated: 11/10/99 – Bates No. 003500 |
| | 182 | | | | Letter to John Roseborough from Captain Brian Steele – Re:  Investigation – dated: 11/20/99 – Bates No. 003501 – 003502. |
| | 183 | | | | Letter to John Roseborough from Brett Wise – Re: Investigation – dated: 11/18/99 – Bates No. 003503. |
| | 184 | | | | Letter to John Roseborough from Al Jorsey Sr. – Re:  Investigation – dated: 11/15/99 – Bates No. 003504 – 003505. |
| | 185 | | | | Runway Analysis Description – Re:  Amerijet International  B 727-200, JT8D-15- Plaintiff's Exhibit 12 of Depositions of Derry Huff, John Washington & Brian Steele. |
| | 186 | | | | Amerijet International, General Operations Manual – Re:  Excerpts – Plaintiff's Exhibit 13 of Depositions of Derry Huff, John Washington, & Brian Steele. |
| | 187 | | | | Amerijet International, General Operations Manual – Re:  Excerpts – Plaintiff's Exhibit 18 of Depositions of Derry Huff, John Washington, & Brian Steele. |
| | 188 | | | | Letter to Captain Pete Steele from John Roseborough – Re: Check Airman/Check Engineer Approval of Al Jorsey, Sr. – dated 2/14/00 – Bates No. 003543. |

92723_1.DOC

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO<br>00-6070 -CIV-ZLOCH |
|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERE<br>D | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| 189 | | | | | Letter to Al Jorsey, Sr., from John Roseborough – Re: No Violation – dated 12/21/99 – Bates No. 003544. |
| 190 | | | | | Letter to Captain Pete Steele from John Roseborough – Re: Return of Check Airman of Al Jorsey, Sr., - dated: 12/15/99 – Bates No. 003545. |
| 191 | | | | | Letter to John Roseborough from Pete Steele – Re: Investigation – dated: 11/22/99 – Bates No. 003546. |
| 192 | | | | | Letter to Captain Pete Steele from John Roseborough – Re: Receipt of Complaint – dated: 10/18/99 – Bates No. 003552. |
| 193 | | | | | Air Traffic Control Audiotape Recording and Transcript of Flight # 827 – Re: Fort Lauderdale Airport – dated: 8/17/99 |
| 194 | | | | | Videotape and Transcript Deposition of Plaintiff. |
| 195 | | | | | Any and All Depositions taken by Defendant or, Plaintiff and exhibits attached thereto. |
| 196 | | | | | Any and All documents, demonstrative aids, pictures, reports, or other evidence relied upon, referred to, or, introduced as an exhibit at any deposition taken by Defendants or, Plaintiffs. |
| 197 | | | | | Mitch Yelen's Resume and C.V. |
| 198 | | | | | Any and All documents, reports, charts, graphs, or demonstrative aids relied upon by Mitch Yelen in formulating his opinions. |
| 199 | | | | | Paul Repp's Resume and C.V . |
| 200 | | | | | Any and All documents, reports, charts, graphs, or demonstrative aids relied upon by Paul Repp in formulating his opinions. |
| 201 | | | | | Declarations page of Employment Practices Liability Insurance Bate No. 003643 |
| 202 | | | | | Lawrence Harris vs. Patrick Major Circuit Court of the Seventeenth Judicial Circuit Case No. 99017858 |
| 203 | | | | | Final Judgment Dissolving Marriage In Re: The Marriage of Beth B. Major (Petitioner) and Patrick S. Major (Respondent) Circuit Court of the Seventeenth Judicial Circuit Case No. 99170564290 |
| 204 | | | | | Opinion from Paul Repp to Susan Potter Norton – Re:  Patrick Major's Lawsuit – dated: 2/23/01 |
| 205 | | | | | 1999 U.S. Individual Income Tax Return – Re:  Patrick S. Major & Beth A. Major – Plaintiff's Bates No. 830 – 872 |
| 206 | | | | | 1998 U.S. Individual Income Tax Return – Re:  Patrick S. Major & Beth A. Major – Plaintiff's Bates No. 873 – 882 |

AC 187A (REV. 7/87)

# EXHIBIT LIST

| | | | | CASE NO. |
|---|---|---|---|---|
| Patrick Scott Major v. Amerijet International, Inc., | | | | 00-6070 -CIV-ZLOCH |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERE<br>D | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 207 | | | | W-2 Wage and Tax Statement 2000 – Re: Patrick Major – Plaintiff's Bates No. 883 |
| | 208 | | | | W-2 Wage and Tax Statement 2001 – Re: Patrick Major – Plaintiff's Bates No. 884 |
| | 209 | | | | State of Florida Agency For Workforce Innovation Benefit Payment Unit – 2001 Tax Information – Re: Patrick S. Major – Plaintiff's Bates No. 885 |
| | 210 | | | | Wage Transcript and Determination, Agency for Workforce Innovation – Re: Patrick S. Major – dated: 8/6/01 – Plaintiff's Bates No. 886 |
| | 211 | | | | State of Florida Agency For Workforce Innovation Benefit Payment Unit – 2002 Tax Information – Re: Patrick S. Major – Plaintiff's Bates No. 887 |
| | 212 | | | | Letter to Captain Thomas Duckworth from Patrick Major – Re: Range of Services Available – dated: 1/18/02 – Plaintiff's Bates No. 888 |
| | 213 | | | | Memo to Omar Botero from Pat Major – Re: Interim Consulting Agreement – dated: 10/8/02 – Plaintiff's Bates No. 889 |
| | 214 | | | | Department of the Treasury – Internal Revenue Service Form 1099-MISC – Re: 2002 Miscellaneous Income (Patrick Major) – Plaintiff's Bates No. 890 |
| | 215 | | | | SunTrust Official Check # 0704562003 from Fred J. Murphy or Riven S. Tooson-Murphy ($20,000.00) and Personal Check #1703 ($20,000.00)– Re: Patrick Major – dated: 9/26/00, 9/27/00 – Plaintiff's Bates No. 891 |
| | 216 | | | | Share Purchase Agreement Between Fred Murphy, Carlos Jimenez, and Pat Major – dated: 9/26/00 – Plaintiff's Bates No. 892 - 900 |
| | 217 | | | | Report of Damages from James D. Gilbert – Re: In Re: The Wrongful Termination Case of Patrick Scott Major – dated: 1/30/01 |
| | 218 | | | | Report of Damages from James D. Gilbert – Re: In Re: The Wrongful Termination Case of Patrick Scott Major – dated: 7/30/03 |
| | 219 | | | | Report of Jose Pagan Retained By Plaintiff – Re: Opinion - Undated |
| | 220 | | | | Documents from FAA – Re: FAA Background Checks, and Records Pertaining to Patrick S. Major or, Patrick S. Major as Director of Operations |
| | 221 | | | | Documents from FAA – Re: OSCEP Inspection of Air Florida While Patrick Major Served as Director of Operations or Pilot |
| | 222 | | | | FOIA Documents from FAA Pertaining to Patrick Major In Conjunction with the OSCEP Inspection With Air Florida, The APRIA Background Report, National Drivers Record and FAA Background Check |
| | 223 | | | | Air Florida Express, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |

92723_1.DOC

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO<br>00-6070 -CIV-ZLOCH |
|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 224 | | | | A Sunset Entertainment, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 225 | | | | Republic Airways, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 226 | | | | Custom Air Transport, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 227 | | | | Pan Am International Flight Academy, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 228 | | | | Miami Air International, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 229 | | | | Horizons Aviation, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 230 | | | | Affinity Airshares, Inc., Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 231 | | | | Chart – Re:  List of Captains Hired Between November 11, 1996 and March 22, 1999 |
| | 232 | | | | Letter from U.S. Department of Transportation to Amerijet International – Re:  Withdrawal of Action (FAA Enforcement Investigative Report 2000S0170009) – dated:  11/9/01 |
| | 233 | | | | Letter from U.S. Department of Transportation to Brian Steele – Re:  Withdrawal of Action (FAA Enforcement Investigative Report 2000S0170011) – dated:  11/9/01 |
| | | | | | Any and All Answers/Responses by Plaintiff to Defendant's Interrogatories. |
| | | | | | Any and All documents relied upon by Plaintiff in Answering/Responding to All of Defendant's Interrogatories. |
| | | | | | All exhibits submitted by Plaintiff which were not objected to by Defendant. |
| | | | | | All impeachment documents. |
| | | | | | All rebuttal documents. |
| | | | | | Demonstrative Aids and Exhibits. |

92723_1.DOC