UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6070-Civ-ZLOCH/Snow

PATRICK SCOTT MAJOR,

    Plaintiff,

vs.

AMERIJET INTERNATIONAL, INC.,

    Defendant.
_____/



## ORDER

THIS CAUSE is before the Court on the Defendant's Motion to Compel Plaintiff's Production of Documents Duces Tecum (Docket Entry 212) and the Defendant's Motion for Personnel Records (Docket Entry 213), which were referred to United States Magistrate Judge Lurana S. Snow.

The defendant seeks discovery which is beyond the scope permitted by the Court's Order of August 8, 2003. Indeed, the Court previously denied the defendant's emergency motion to compel employment records. The plaintiff's responses to these motions state that all discovery has been supplemented recently, and much of the requested information would be provided at the deposition of the plaintiff's expert witness. With the Court being fully advised, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Defendant's Motion to Compel Plaintiff's Production of Documents Duces Tecum (Docket Entry 212) is DENIED.



2.   the Defendant's Motion for Personnel Records (Docket Entry 213) is DENIED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 24th day of September, 2002.

                                        LURANA S. SNOW
                                    UNITED STATES MAGISTRATE JUDGE

Copies to:   Mark Richard Boyd, Esq.
             Susan Potter Norton, Esq.