UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6070-CIV-ZLOCH



FILED by _____ D.C.

OCT 14 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

PATRICK SCOTT MAJOR,

    Plaintiff,

vs.                                                **O R D E R**

AMERIJET INTERNATIONAL, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff, Patrick Scott Major's Motion To Strike Late-Filed Objections (DE 222). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    By prior Order (DE 191), the Court required that the parties file their objections to trial exhibits "in writing prior to the Pretrial Conference." Pretrial Conference was held regarding the above-styled cause on September 12, 2003 (DE 218). Plaintiff's instant Motion (DE 222) seeks to strike objections which Plaintiff acknowledges were filed by Defendant immediately prior to commencement of the Pretrial Conference. Defendant's September 12, 2003 objections (DE 219) were therefore timely.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** Plaintiff, Patrick Scott Major's Motion



To Strike Late-Filed Objections (DE 222) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _14th_ day of August, 2003.

                                   WILLIAM J. ZLOCH
                                   Chief United States District Judge

Copies furnished:
Valerie Shea, Esq.
Susan Potter Norton, Esq.