```
                    FILED
                  ELECTRONIC

                   Oct 15 2003

                 CLARENCE MADDOX
                 CLERK U.S. DIST. CT.
                 S.D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| PATRICK SCOTT MAJOR, | : | CASE NO. 00-6070-Zloch |
| | | Magistrate Judge Lurana S. Snow |
| Plaintiff, | : | |
| vs. | : | |
| AMERIJET INTERNATIONAL, INC., | : | |
| Defendant. | : | |
| _____/ | | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
OBJECTIONS TO MAGISTRATE'S ORDER DENYING
DEFENDANT'S MOTION TO COMPEL**

Plaintiff, Patrick Scott Major, files this response in opposition to defendant's objections to the magistrate's order and as grounds states:

1. Defendant's objections are due to be denied because they do nothing more than reargue matters previously heard and ruled upon by this Court. The objections mischaracterize the state of the record, the prior orders and the copious amount of discovery offered by plaintiff relative to his post-termination earnings. Presumably the magistrate had available to her the voluminous materials submitted to the Court by undersigned counsel at the pretrial conference on September 12, 2003. In contrast to defendant's unsubstantiated argument, those materials show a richly documented and detailed expert report as well as extensive supplemental document production by plaintiff.

2. Major incorporates his responses to the subject of the motions which were referred to the Magistrate: Major's September 2 response in opposition to Amerijet's motion to

compel documents duces tecum; and Major's September 10 response in opposition to Amerijet's motion for personnel records.

3. Defendant has had ample opportunity to take updated discovery. Since the matter of the scope of recent discovery has now been determined, plaintiff respectfully requests that the Court grant his September 17 motion for a pretrial conference so that this case can be scheduled for trial.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to **Susan Potter Norton, Esquire** and **Dionne Wilson Blake, Esquire** at the address more fully set forth on the service list attached, this 15th day of October, 2003.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida  33394
Telephone:    954-527-2800
Facsimile:     954-524-9481


By:___s/Valerie Shea_____
VALERIE SHEA
Florida Bar No.  436800
VShea@heinrichgordon.com
MARK R. BOYD
Florida Bar No. 217492
MBoyd@heinrichgordon.com

G:\LAW\81975\002\Pleadings\Obj to Order-Resp.doc

## SERVICE LIST

**Susan Potter Norton, Esquire** and
**Dionne Wilson Blake**
Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, FL  33134
      Telephone:   (305) 445-7801
      Facsimile:    (305) 442-1578
Counsel for Defendant