UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6070-CIV-ZLOCH



PATRICK SCOTT MAJOR,

    Plaintiff,

vs.                                      **O R D E R**

AMERIJET INTERNATIONAL, INC.,

    Defendant.
_____/

THIS MATTER is before the Court upon Plaintiff, Patrick Scott Major's Motion For Pretrial Conference Incorporating Motion To Strike Witnesses And Exhibits (DE 225) and Defendant, Amerijet International, Inc.'s Objections To Magistrate's Order Denying Defendant's Motion To Compel (DE 230). The Court has carefully reviewed said Motion and said Objections, the entire court file and is otherwise fully advised in the premises.

The Court notes that Pre-trial Conference was held in the above-styled cause on September 12, 2003 (DE 218), that Defendant, Amerijet International, Inc.'s (hereinafter "Defendant") Motion For Continuance To Avoid Extreme Prejudice (DE 217) was granted and that trial of this cause was thereby postponed until after October 21, 2003. Additionally, by prior Order (DE 207) the Court granted Defendant's Motion For Leave To Update It's Witness And Exhibit Lists (DE 206). Defendant updated those documents and in the instant Motion (DE 225) Plaintiff, Patrick Scott Major (hereinafter "Plaintiff") now seeks to strike that same information.

The Court further notes that Defendant's Objections (DE 230), like the Motions (DE Nos. 212 and 213) to which the Objections relate, are an attempt by Defendant to gather documents concerning



Plaintiff's employment since his separation from Defendant. By prior Order (DE 207) the Court noted the importance of completing the discovery process and disclosing all relevant information including, in the above-styled cause, documents relating to Plaintiff's post-termination employment.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.  Plaintiff, Patrick Scott Major's Motion For Pretrial Conference Incorporating Motion To Strike Witnesses And Exhibits (DE 225) be and the same is hereby **DENIED**; and

2.  Defendant, Amerijet International, Inc.'s Objections To Magistrate's Order Denying Defendant's Motion To Compel be and the same are hereby **SUSTAINED** to the extent Defendant seeks documents, including personnel records, which are relevant to the above-styled cause as that term is defined in Federal Rule of Civil Procedure 26(b)(1). Plaintiff shall forward such documents, if any, to Defendant's counsel on or before <u>Monday, November 3, 2003</u>;

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause be and the same is hereby set as standby for trial beginning November 4, 2003.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___15th___ day of October, 2003.

    _____
    WILLIAM J. ZLOCH
    Chief United States District Judge

Copies furnished:
Valerie Shea, Esq.
Susan Potter Norton, Esq.

2