FILED
ELECTRONIC

Oct 27 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,                    :     CASE NO.  00-6070-Zloch/Snow
                                              L.T. Case No.  99-021746-11
    Plaintiff,                          :

vs.                                     :

AMERIJET INTERNATIONAL, INC.,           :

    Defendant.                          :
_____/

**PLAINTIFF, PATRICK MAJOR's,
MOTION TO REVALIDATE ALL PREVIOUSLY SERVED SUBPOENAS FOR TRIAL**

Plaintiff, Patrick Scott Major, requests that the Court issue an order revalidating all previously served subpoenas for trial in the above styled case, and as grounds states:

1. The above-styled case was previously set for trial commencing May 7, 2001 and has been set for trial on at least one other date.

2. Plaintiff served a number of witnesses, including present and former Amerijet employees, with subpoenas for trial.

3. The trial is now set to commence on November 4, 2003.

WHEREFORE, the plaintiff respectfully requests that the Court enter an order stating that all subpoenas previously served are revalidated for trial commencing November 4, 2003.

CASE NO.  00-6070-Zloch/Snow

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to:  **Susan Potter Norton, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 27[h] day of October, 2003.

>HEINRICH GORDON HARGROVE
>WEIHE & JAMES, P.A.
>Attorneys for Plaintiff
>500 East Broward Boulevard, Suite 1000
>Fort Lauderdale, Florida  33394
>Telephone:   954-527-2800
>Facsimile:    954-524-9481
>
>
>By:___S / VALERIE SHEA_____
>       VALERIE SHEA
>       Florida Bar No.  436800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,          :          CASE NO.  00-6070-ZLOCK
                                         Magistrate Judge Lurana S. Snow

    Plaintiff,                 :

vs.                           :

AMERIJET INTERNATIONAL, INC., :

    Defendant.                 :
_____/

### ORDER ON PLAINTIFF'S MOTION TO REVALIDATE
### ALL PREVIOUSLY SERVED TRIAL SUBPOENAS

    THIS CAUSE came before this Court on plaintiff, Patrick Scott Major's, Motion to Revalidate all Previously Served Trial Subpoenas, and the Court and being fully advised in the premises, it is hereby

    ORDERED and ADJUDGED that all subpoenas previously served in this case for any previously set trials are revalidated for trial commencing November 4, 2003.

    DONE and ORDERED in Chambers in Fort Lauderdale, Florida, this _____ day of October, 2003.

                                              _____
                                                    WILLIAM J. ZLOCH

Copies furnished:
Valerie Shea, Esq.
Susan Potter Norton, Esquire