FILED by _KC_ D.C.
ELECTRONIC

Oct 28 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR, : CASE NO. 00-6070-Zloch
  Magistrate Judge Lurana S. Snow
    Plaintiff, :
vs. :

AMERIJET INTERNATIONAL, INC., :

    Defendant. :
_____/

**PLAINTIFF'S
RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION TO COMPEL MEDIATION**

Plaintiff, Patrick Scott Major, files this response in opposition to defendant's motion to compel mediation.

Defendant's motion should be denied because it is untimely, inaccurate, and proposes a process which would, in all likelihood, be futile.

First, mediation took place in March 2001, in the ordinary course of the case. Plaintiff has discharged his duty to participate in mediation (which obviously was unsuccessful) and at this point is steeped in preparations for trial. Defendant Amerijet could have, but did not, ask for mediation immediately upon the Court's ruling on the summary judgment motion, on receiving the order setting the case for trial, or at the time of its motion for continuance. At this point, it is transparently a tactic to delay and cause a digression from a resolution of this case on the merits. Parenthetically, Mr. Major is presently in Kentucky in training for a new position and is not local and, therefore, available for a pretrial mediation.

Further, Amerijet's motion misstates the parties' status with respect to the viability of a judgment in Mr. Major's favor. As counsel for both sides are aware, Amerijet's million dollar EPLI policy has been eroded by $500,000 in defense costs. After Amerijet's carrier paid $480,000 to a fellow pilot, whose state court whistleblower case was tried to judgment in April 2002, Amerijet's counsel and carrier continued to aggressively defend this case eschewing any settlement initiative until the balance remaining on the policy became so low as to call into question whether Amerijet's counsel had a sufficient war chest for the trial of the case. Suddenly, a mediation is proposed because of the looming prospect of zero dollars for defense. By plaintiff's view, Amerijet and its carrier have acted so recklessly as to create a specter of bad faith. A trial and a judgment is a necessary prerequisite to this potential remedy.

Moreover, Amerijet has mischaracterized the bankruptcy court's orders with respect to any judgment entered in Mr. Major's favor. While a direct collection is limited to the insurance policy, that judgment is an unsecured claim against the estate is recognized as such in the earlier proceedings.

Plaintiff has waited nearly four years for his day in court. The proposal offered by Amerijet is too late and will be futile inasmuch as Amerijet is not in a position to give Mr. Major any substantial compensation.

For all the above reasons, plaintiff, Patrick Major, respectfully requests that the motion be denied.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to **Susan Potter Norton, Esquire** and **Dionne Wilson Blake, Esquire** at the address more fully set forth on the service list attached, this ___ day of _____, 2003.

                                              HEINRICH GORDON HARGROVE  
                                              WEIHE & JAMES, P.A.  
                                              Attorneys for Plaintiff  
                                              500 East Broward Boulevard, Suite 1000  
                                              Fort Lauderdale, Florida  33394  
                                              Telephone:    954-527-2800  
                                              Facsimile:     954-524-9481  


                                  By:    S/Valerie Shea  
                                              VALERIE SHEA  
                                              Florida Bar No.  436800  
                                              VShea@heinrichgordon.com  
                                              MARK R. BOYD  
                                              Florida Bar No. 217492  
                                              MBoyd@heinrichgordon.com

## SERVICE LIST

**Susan Potter Norton, Esquire** and
**Dionne Wilson Blake**
Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, FL  33134
      Telephone:   (305) 445-7801
      Facsimile:   (305) 442-1578
Counsel for Defendant