UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,  :  CASE NO. 00-6070-Zloch
                          Magistrate Judge Lurana S. Snow
    Plaintiff,       :  L.T. Case No. 99-021746-11

vs.                  :

AMERIJET INTERNATIONAL, INC., :

    Defendant.       :
_____/

## PLAINTIFF'S NOTICE OF FILING
## OBJECTIONS TO DEFENDANT'S FIRST AMENDED EXHIBIT LIST

Plaintiff, Patrick Scott Major, by and through its undersigned counsel, hereby gives notice of filing of Objections to Defendant's First Amended Exhibit List.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to: **Susan Potter Norton, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 29th day of October, 2003.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Telephone:   954-527-2800
Facsimile:   954-524-9481

By: _____
VALERIE SHEA
Florida Bar No. 436800

AO 187 (Rev. 7/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendant.

CASE NO. 00-6070-CIV-ZLOCH

**DEFENDANT'S FIRST AMENDED EXHIBIT LIST**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY<br>Valerie Shea, Esq. | DEFENDANT'S ATTORNEY(s)<br>Susan Potter Norton, Esq. |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | Plf's Objections | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | | | | | **Defendant's Exhibits** |
| | 1 | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000001 – 000007 |
| | 2 | | | | Letter from David Bassett, Pam Rollins, Pete Steele, Ed Cook, Dean Chapman, Jeff Bingham and Lee Burt – Re: "Open Door" Policy – dated: 5/16/96 – Bates No. 000008 |
| | 3 | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000009 – 000051 |
| 72<br>76 | 4 | | | | NASA Aviation Safety Reporting System – Re: Incident Report – date: 8/18/99 - Bates No: 000052 - 000061 |
| 71 | 5 | | | | Memorandum from Patrick Major to Derry Huff – Re: Discussion of Flight with Brian Steele – dated: 6/14/99 – Bates No. 000062 - 000066 |
| 53 | 6 | | | | Memorandum from Derry Huff to Juan Morales – Re: Review of Meeting with Pat Major – dated: 4/26/99 – Bates No. 000067 |
| | 7 | | | | E-Mail from Patrick Major to Derry Huff – Re: Amerijet's Unfounded Retaliatory Charge of Stalking – dated: 4/18/99 – Bates No. 000068 |
| | 8 | | | | E-Mail from P Major to Derry Huff – Re: Retaliatory Charge of Stalking" – dated: 4/18/99 – Bates No 000069 |
| 48 | 9 | | | | Letter from David G. Bassett to Pat Major – Re: Incapable of Filling Position as Captain – dated: 2/5/99 – Bates No. 000070 |
| | 10 | | | | Letter from Peter A. Steele to Patrick S. Major – Re: Process of Becoming a Captain – dated: 1/4/99 – Bates No. 000071 – 000072 |
| 43 | 11 | | | | Letter from Pat Major to Peter Steele – Re: Outstanding Issues – dated: |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AC 187A (REV 7/97)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO 00-6070-CIV-ZLOCH |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | 12/15/98 – Bates No. 000073 – 000074 |
| 44 | 12 |  |  |  | Letter from Pat Major to Pete Steele – Re: Meeting with Ed Cook, Tracy Dickinson and John Moktadier on Friday, July 24 – dated: 9/11/98 – Bates No. 000075 – 000080 |
| 45 | 13 |  |  |  | Letter from Peter A. Steele to Patrick S. Major – Re: Outstanding Issues – dated: 11/6/98 – Bates No. 000081 |
| 42 | 14 |  |  |  | Letter from Pat Major to Pete Steele – Re: Recollection of Meeting on Friday, July 24 – dated: 8/25/98 – Bates No. 000082- 000083 |
|  | 15 |  |  |  | Letter from Patrick Scott Major to Federal Aviation Administration –Re: FAA's Proposal to Reduce Maximum Payloads on Boeing 727 - dated: 8/18/97 – Bates No. 000084 – 000086 |
|  | 16 |  |  |  | Letter from Patrick Scott Major to Ed Cook – Re: Jeppesen Guadalajara Approach Plate 11-1, 20-Jun-97 – dated: 7/23/97 – Bates No. 000087 – 000088 |
|  | 17 |  |  |  | Letter from Gladys Garcia to Patrick Major – Re: Extension of Federal Family and Medical Leave Act Benefits – dated: 4/10/97 – Bates No. 000089 – 000090 |
|  | 18 |  |  |  | Letter from Patrick Scott Major to Wayne Penny – Re: Confirmation of Intention to Return to Work from Family Medical Leave – dated: 6/20/97 – Bates No. 000091 |
|  | 19 |  |  |  | Letter from Linda G. Maletta to Patrick Major – Re: Problem with Payroll Input – dated: 6/3/97 – Bates No. 000092 |
|  | 20 |  |  |  | Letter from David G. Bassett to Patrick Scott Major – Re: Meeting with Wayne Penny and Ed Cook on February 11, 1997 – dated: 2/21/97 – Bates No. 000093 –000094 |
|  | 21 |  |  |  | Letter from Captain N.E. Cook to Patrick S. Major – Re: Change in Vacation Management – dated 6/17/96 – Bates No. 000095 |
|  | 22 |  |  |  | Letter from Patrick Scott Major to Captain Cook – Re: Vacation Policy…Solution – dated: 6/9/96 – Bates No. 000096 – 000097 |
|  | 23 |  |  |  | Letter from Patrick Scott Major to David Bassett, Pam Rollins, Pete Steele, Ed Cook, Dean Chapman, Jeff Bingham and Lee Burt – Re: "Open Door Policy" – dated: 5/16/96 – Bates No. 000098 |
|  | 24 |  |  |  | Memorandum from Wayne Penny to Pat Major – Re: Employee Handbook – dated: 12/21/94 – Bates No. 000099 |
|  | 25 |  |  |  | Employee Handbook Receipt – Re: Patrick Major – dated: 5/30/97 – Bates No. 000100 |

02723_1.DOC

AC 187A(REV 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO. 00-6070-CIV-ZLOCH |

| PLF. NO. | DEF. NO | DATE OFFERED | MARKED | Plt's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 26 | | | | Letter from Patrick Scott Major from Pete Steele – Re: Never Offered Opportunity to Upgrade to First Officer on Boeing 727 – dated: 10/19/94 – Bates No. 000101 – 000102 |
| | 27 | | | | Fax from Patrick Major to Compensation Committee – Re: Proposed Pay Policy Changes – dated: 2/18/99 - Bates No. 000103 – 000104 |
| | 28 | | | | Fax from Patrick Scott Major to Ed Cook – Re: New Miami Flight Schedule – dated: 3/18/94 – Bates No. 000105 – 000106 |
| | 29 | | | | Fax from Patrick Scott Major to Irv Shumacher – Re: Congratulations on Work Performed on 190AJ – Undated – Bates No. 000107 |
| | 30 | | | | Letter from Patrick Scott Major to Peter Steele – Re: Hiring Outside of Company – dated: 9/22/94 – Bates No. 000108 – 000109 |
| | 31 | | | | Letter from Patrick S. Major to Ed Cook - Re: Invitation to Upgrade to First Officer on Falcon – dated: 8/30/93 – Bates No. 000110 – 000111 |
| | 32 | | | | Letter from Patrick S. Major to Pamela Rollins – Re: Amerijet's Flight Crew Vacation Policy – dated: 9/21/92 – Bates No. 000112 – 000113 |
| | 33 | | | | Letter from Ed Cook to Patrick Major – Re: Assessment of Simulator Period Used for Annual Proficiency Check – dated: 3/2/92 – Bates No. 000114 |
| | 34 | | | | Letter from Patrick S. Major from Ed Cook – Re: Meeting Conducted Midway During Amerijet's Flight Crew Member's First Year of Service – dated: 2/16/92 – Bates No. 000115 –000116 |
| | 35 | | | | Fax from Pat Major to David Bassett – Re: Fare the Well – dated: 9/23/99 – Bates No. 000117 |
| | 36 | | | | Fax from Patrick Major to Pete Steele – Re: Termination Date Correction. Earned but unpaid Amerijet employment income – dated: 12/29/99 – Bates No. 000118- 000119 |
| | 37 | | | | Fax from Patrick Major to Amerijet Chief Pilot, Derry Huff – Re: Captain bid – dated: 4/16/99 – Bates No. 000120 – 000123 |
| 41 | 38 | | | | Fax from Patrick Scott Major to Pete Steele – Re: Type Rating Oral Exam with FAA – dated: 8/21/98 – Bates No. 000124 |
| 40 | 39 | | | | Letter from Peter A. Steele to Patrick S. Major – Re: Scheduling of Type Rating Oral Exam – dated: 8/20/98 – Bates No. 000125 |
| | 40 | | | | Reply to Fax from ? to Pat Major – Re: Request for Type Rating Oral – Undated – Bates No. 000126 |
| | 41 | | | | Memorandum from Pat Major to Pete Steele – Re: Type Rating Oral Exam – dated: 8/18/98 – Bates No. 000127 |

92723_1.DOC

| AC 187A (REV. 7/87) | | | | EXHIBIT LIST | |
|---|---|---|---|---|---|
| Patrick Scott Major v. Amerijet International, Inc., | | | | | CASE NO<br>00-6070-CIV-ZLOCH |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| 31 | 42 | | | | Letter from Ed Cook to Patrick S. Major – Re: Congratulations on Award bid to upgrade to Captain – dated: 5/20/98 – Bates No. 000128 |
| | 43 | | | | E-Mail to Derry Huff from P Major – Re: Bid (Captain) – dated: 4/16/99 – Bates No. 000129 |
| | 44 | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000130 – 000210 |
| | 45 | | | | Amerijet International Runway Analysis B-727-200, JT8D-15 – Re: Fort Lauderdale, FL, Hollywood INTL- Undated – Bates No. 000211 |
| | 46 | | | | Amerijet International Runway Analysis B-727-200, JT8D-15 – Re: Miami, FL, Miami INTL- Undated – Bates No. 000212 |
| | 47 | | | | Amerijet International Runway Analysis B-727-200, JT8D-15 – Re: Miami, FL, Miami INTL- Undated – Bates No. 000213 |
| | 48 | | | | Personnel File – Re: Patrick S. Major – Undated - Bates No. 000214 - 000245 |
| | 49 | | | | Equal Employment Opportunity Commission, Notice of Charge of Discrimination – Re: Patrick S. Major – dated: 10/12/99 – Bates No. 000247 |
| | 50 | | R | | U.S. Equal Opportunity Commission, Notice of Right to Sue – Re: Patrick S. Major – dated: 12/7/99 – Bates No. 000250 |
| | 51 | | | | U.S. Equal Opportunity Commission, Charge of Discrimination– Re: Patrick S. Major – dated: 12/8/99 – Bates No. 000252 |
| 7 | 52 | | | | Amerijet International, First Officer Or Flight Engineer Proficiency Report – Re: Pat Major – dated: 6/8/99 – Bates No. 000253 – 000255 |
| | 53 | | | | Personnel File – Re: Patrick Major – Undated - Bates No. 000256 – 000257 |
| | 54 | | | | Amerijet International, First Officer Or Flight Engineer Proficiency Report – Re: Pat Major – dated: 1/14/98 – Bates No. 000258 - 000259 |
| 4 | 55 | | | | Personnel File – Re: Pat Major – Undated - Bates No. 000260 - 000263 |
| | 56 | | | | Amerijet International, First Officer Or Flight Engineer Proficiency Report – Re: Pat Major – dated: 7/4/97 – Bates No. 000264 |
| | 57 | | | | Correspondence from Maurice Rousseau Jr., to Janice Ambrosio – Re: Report for FLT 811 – dated: 2/3/97 – Bates No. 000265 |
| | 58 | | | | Letter from William J. Cline to Peter A. Steele – Re: Pat Major – Unprofessional and Lack of Knowledge – dated: 1/18/92 – Bates No. 000266 – 000268 |
| | 59 | | | | Personnel File – Re: Pat Major – Undated - Bates No. 000269 – 000270 |
| | 60 | | | | Memorandum from Ed Cook to Patrick Major – Re: Flight Inspection – dated: 6/26/95 – Bates No. 000271 – 000272 |

92723_1.DOC

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO. 00-6070-CIV-ZLOCH |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
|  | 61 |  |  | R, H | FAA Oral Exam Record – Re: Patrick Scott Major – dated: 7/8/98 – Bates No. 000273 |
| 38 | 62 |  |  | R, H | Assessment of Oral Exam From Barney Sonner – Re: Patrick Major – dated: 7/8/98 – Bates No. 000274 |
| 39 | 63 |  |  |  | Letter from John C. Roseborough to Captain N. Edward Cook – Re: Captain Upgrade/Training Quality – dated 7/8/98 – Bates No. 000275 |
|  | 64 |  |  |  | Personnel File – Re: Patrick Major – Undated - Bates No. 000276 – 000277 |
|  | 65 |  |  |  | Amerijet International, Flight Operations Training Answer Sheet – Re: Patrick Major – dated: 5/8/98 – Bates No. 000278 – 000279 |
|  | 66 |  |  |  | Personnel File – Re: Patrick Major – Undated - Bates No. 000280 – 000286 |
| 36 | 67 |  |  |  | Amerijet International, Pilot Instructor Recommendation – Re: Patrick Scott Major – dated: 6/23/98   Bates No. 000287 |
| 5 | 68 |  |  |  | Amerijet Pilot Stimulator/Flight Time Training – Re: Patrick Scott Major – dated: 6/11/98, 6/18/98, 6/23/98 – Bates No. 000288 |
| 55 | 69 |  |  |  | Personnel File – Re: Patrick Major – Undated - Bates No. 000289 – 000291 |
|  | 70 |  |  |  | Multiple Choice Questionnaire Sheet – Re: Patrick Major – Undated – Bates No. 000292 – 000295 |
|  | 71 |  |  |  | Personnel File – Re: Patrick Major – Undated - Bates No. 000296 – 000304 |
| 97 | 72 |  |  |  | Amerijet International, General Operations Manual – Re: General Policies – dated: 6/17/96 – Bates No. 000305 – 000307 |
| 94 | 73 |  |  |  | Job Opportunity Bulletin – Re: Captain & First Officer – Undated – Bates No. 000308 |
| 57 | 74 |  |  |  | Letter from Derry S. Huff to Patrick Major – Re: Amerijet's loss of confidence in Abilities – dated: 8/30/99 – Bates No. 000309 |
| 68 | 75 |  |  |  | Amerijet International, Aircraft Log Book, Aircraft Maintenance Log – dated 8/17/99 – Bates No. 000310 – 000311 |
| 69 | 76 |  |  |  | Amerijet International, B-727-200 Load Plan – Re: 12-Position Weight & Balance – Undated – Bates No. 000313 – 000314 |
| 100 | 77 |  |  |  | Upgrade List of Pilots – Re: Patrick Major – dated: 1/1/96 – 9/1/99 – Bates No. 00315 |
| 101 | 78 |  |  |  | List of Individuals Hired as Captains – dated: 1/1/96 – 9/1/99 – Bates No. 000316 |
|  | 79 |  |  | R | Training Documents – Re: David Scott Mitchell – Undated – Bates No. 000317 – 000329 |

02723_1.DOC

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO. 00-6070-CIV-ZLOCH |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 80 | | R | | Training Documents – Re: David Patrick Bruns – Undated – Bates No. 000330 – 000340 |
| 104 | 81 | | R | | Training Documents – Re: Derry Stephen Huff – Undated – Bates No. 000341 – 000353 |
| | 82 | | R | | Training Documents – Re: John Matthew Hogan – Undated – Bates No. 000354 – 000366 |
| | 83 | | R | | Training Documents – Re: John Wendell Washington – Undated – Bates No. 000367 – 000379 |
| | 84 | | R | | Training Documents – Re: Paul Scott Andersen – Undated – Bates No. 000380 – 000390 |
| | 85 | | R | | Training Documents – Re: Jeff Michael Movak – Undated – Bates No. 000391 – 000406 |
| | 86 | | R | | Training Documents – Re: James Alan Battillo – Undated – Bates No. 000407 – 000417 |
| | 87 | | R | | Training Documents – Re: Raymond Joseph Meunier – Undated - Bates No. 000418 – 000430 |
| | 88 | | R | | Training Documents – Re: Tracey Alan Dickinson – Undated - Bates No. 000431 – 000444 |
| | 89 | | R | | Training Documents – Re: Michael Richard Pelly – Undated - Bates No. 000445 - 000463 |
| | 90 | | R | | Training Documents – Re: Timothy James Green – Undated – Bates No. 000464 – 000476 |
| | 91 | | R | | Training Documents – Re: Douglas Joseph Benson – Undated – Bates No. 000477 – 000488 |
| | 92 | | R | | Training Documents – Re: Patrick Clare McManus – Undated – Bates No. 000489 – 000500 |
| | 93 | | R | | Training Documents – Re: John A. Moktadier – Undated – Bates No. 000501 – 000513 |
| | 94 | | R | | Training Documents – Re: Ronald Lee Rooks – Undated – Bates No. 000514 – 000530 |
| | 95 | | R | | Training Documents – Re: Jeffrey Scott Michlowitz – Undated – Bates No. 000531 – 000540 |
| | 96 | | R | | Training Documents – Re: Charles Williams Church – Undated – Bates No. 000541 – 000551 |
| | 97 | | R | | Training Documents – Re: Robert Shaw Reed – Undated – Bates No. 000552 – 000569 |

02723_1.DOC

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO. 00-6070 -CIV-ZLOCH |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 98 | | R | | Training Documents – Re: James Keith Kirk – Undated – Bates No. 000570 – 000588 |
| 84 | 99 | | R | | Letter from U.S. Department of Transportation to David G. Bassett – Re: Notice of Proposed Civil Penalty – dated: 2/16/00 – Bates No. 000589 – 000596 |
| | 100 | | | | First Officer or Flight Engineer Proficiency Report – Re: Patrick Major – dated: 1/15/98 – Bates No. 000597 |
| 107 | 101 | | | | Personnel File – Re: Tim Green – Undated – Bates No. 000598 – 000976 |
| | 102 | | | | Personnel File – Re: James Battillo – Undated – Bates No. 000977 – 001139 |
| | 103 | | | | Personnel File – Re: Ray Meunier – Undated – Bates No. 001152 – 001238 |
| | 104 | | | | Personnel File – Re: Doug Benson – Undated – Bates No. 001239 – 001320 |
| | 105 | | | | Personnel File – Re: Patrick McManus – Undated – Bates No. 001321 - 001478 |
| | 106 | | | | Personnel File – Re: John Moktadier – Undated – Bates No. 001479 – 001658 |
| | 107 | | | | Personnel File – Re: David Mitchell – Undated – Bates No. 001659 – 001682 |
| 105 | 108 | | | | Personnel File – Re: John Washington – Undated – Bates No. 001683 – 001812 |
| | 109 | | | | Personnel File – Re: Jamie Kirk – Undated – Bates No. 001813 – 001964 |
| | 110 | | | | Personnel File – Re: John Hogen – Undated – Bates No. 001965 – 002122 |
| 95 | 111 | | | | Letter to Captain Peter A. Steele from John C. Roseborough – Re: Information Request – dated: 10/28/99 – Bates No. 002123 |
| 99 | 112 | | | | Amerijet International, Crewmember Seniority List – Re: Captains & First Officers – dated: 1/20/00 – Bates No. 002124 – 002125 |
| | 113 | | | | Personnel File – Re: Paul Andersen – Undated – Bates No. 002126 – 002281 |
| 108 | 114 | | | | Personnel File – Re: Derry Huff – Undated – Bates No. 002282 – 002486 |
| 106 | 115 | | | | Personnel File – Re: Tracey Dickinson – Undated – Bates No. 002487 – 002563 |
| | 116 | | | | Personnel File – Re: Jeff Novak – Undated – Bates No. 002564 – 002754 |
| | 117 | | | | Personnel File – Re: Ron Rooks – Undated – Bates No. 002755 – 002860 |
| | 118 | | | | Personnel File – Re: Mike Pelly – Undated – Bates No. 002861 - 003016 |
| .9 | 119 | | | | Amerijet International, Crewmember Seniority List – Re: Captains & First Officer – dated: 1/20/00 – Bates No. 003017 - 003018 |
| | 120 | | | | Amerijet International, Crewmember Seniority List – Re: Captains & First Officer – dated 2/11/00 – Bates No. 003019 – 003021 |

92723_1.DOC

AC 187A (REV 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO. 00-6070-CIV-ZLOCH |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 121 | | R | | Employment Practices Insurance Policy – Re: Discrimination, Sexual Harassment & Inappropriate Employment Conduct – dated: 5/5/98 – Bates No. 003022 – 003032 |
| | 122 | | | | Employment Application and Licenses – Re: Joseph Latorre – Undated – Bates No. 003033 – 003039 |
| | 123 | | | | Employment Release and Licenses – Re: Richard Lytle – Undated – Bates No. 003040 – 003041 |
| | 124 | | | | Employment Application and Licenses – Re: James Korby – Undated – Bates No. 003042 – 003045 |
| | 125 | | | | Employment Application and Licenses – Re: Bruce McGray – Undated – Bates No. 003046 – 003048 |
| | 126 | | | | Employment Application and Licenses – Re: John Miller – Undated – Bates No. 003049 – 003052 |
| | 127 | | | | Employment Application and Licenses – Re: Albert Rubey – Undated – Bates No. 003058 – 003061 |
| | 128 | | | | Employment Application and Licenses – Re: Jose Alverez Jr., - Undated – Bates No. 003062 - 003065 |
| | 129 | | | | Personnel File – Re: Jeffrey Scott Michlowitz – Undated – Bates No. 003066 – 003190 |
| | 130 | | | | Training Documents – Re: James Kirk – Undated – Bates No. 003191 – 003244 |
| | 131 | | | | Training Document – Re: Charles Williams Church – Undated - Bates No. 003245 – 003322 |
| | 132 | | | | Training Document – Re: Robert Shaw Reed – Undated - Bates No. 003322 – 003410 |
| | 133 | | | | Training Document – Re: Jacques Jean Raissiguier – Undated - Bates No. 003411 – 003490 |
| | 134 | | R, UP | | Memorandum to File from Nidiam Conesa – Re: Pat Major – dated: 5/5/00 |
| | 135 | | R, UP | | Memorandum to File from Nidiam Conesa – Re: Pat Major – dated: 4/7/00 |
| | 136 | | R, UP | | Memorandum to File from Nidiam Conesa – Re: Pat Major (Completion of Manuals) – dated: 4/7/00 |
| | 137 | | R, UP | | Memorandum to File from Nidiam Conesa – Re: Pat Major (Anger) – dated: 4/7/00 |
| | 138 | | R, UP | | Memorandum to File from Nidiam Conesa – Re: Pat Major (Personal LaptopUsage) – dated: 4/7/00 |

92723_1.DOC

AC 187A (REV 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO. 00-6070-CIV-ZLOCH |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
|  | 139 |  |  | R, UP | Pan Am International Flight Academy, Exit Interview – Re: Patrick Major – dated: 8/25/00 |
|  | 140 |  |  | R, UP | Pan Am International, Application for Employment – Re: Patrick Major – dated: 1/4/00 |
|  | 141 |  |  | R, UP | Memorandum to Dan Campbell from Patrick Major – Re: Revision to Independent Contract Status – dated: 8/11/00 |
|  | 142 |  |  |  | Memorandum to All Flight Crewmembers from Ed Cook – Re: Base Month Changes – dated: 12/23/96 – Plaintiff's Bates No. 030 – 031 |
|  | 143 |  |  |  | Letter to Ed Cook from Patrick S. Major – Re: Meeting to Provide Direction and Guidance – dated: 2/15/92 – Plaintiff's Bates No. 032 – 033 |
|  | 144 |  |  |  | Letter to Patrick Major from Ed Cook – Re: Annual Proficiency Check Evaluation – dated: 3/2/92 – Plaintiff's Bates No. 034 |
|  | 145 |  |  |  | Letter to Ed Cook from Patrick S. Major – Re: Handling and Notification of Dangerous Foods – dated: 11/11/92 – Plaintiff's Bates No. 037 – 041 |
| 11 | 146 |  |  |  | Letter to Ed Cook from Patrick S. Major – Re: Invitation to Upgrade to First Office on Falcon – dated: 8/30/93 – Plaintiff's Bates No. 049 – 050 |
|  | 147 |  |  |  | Memorandum to All Flight Crewmembers from Ed Cook – Re: Bid Lock – dated 10/6/93 – Plaintiff's Bates No. 060 |
| 15 | 148 |  |  |  | Letter to Irv Shumacher from Patrick Scott Major – Re: Consideration of Proposal to Implement Human Resources Management Function at Amerijet – dated: 2/11/94 – Plaintiff's Bates No. 087 |
|  | 149 |  |  |  | Letter to Ed Cook from Patrick Scott Major – Re: Flight Crew Schedule – dated: 3/18/94 – Plaintiff's Bates No. 088 – 089 |
| 16 | 150 |  |  |  | Letter to Peter Steele from Patrick Scott Major – Re: Selection of Upgrading Two Junior Pilots With Falcon – dated: 9/22/94 – Plaintiff's Bates No. 090 |
| 17 | 151 |  |  |  | Letter to Peter Steele from Patrick Scott Major – Re: Frustration with Amerijet's Employment and Upgrade Policies – dated: 9/29/94 – Plaintiff's Bates No. 091 - 093 |
| 18 | 152 |  |  |  | Letter to Pete Steele from Patrick Scott Major – Re: Never Afforded Opportunity to Upgrade to First Officer On Boeing 727 – dated: 10/19/94 – Plaintiff's Bates No. 094 – 095 |
| 21 | 153 |  |  |  | Letter to David Bassett from Patrick Scott Major – Re: Anonymous Letter Writers – dated: 12/18/96 – Plaintiff's Bates No. 106 – 109 |
| 23 | 154 |  |  |  | Memorandum to Patrick Major from Wayne Penny – Re: Voluntary Exit Incentive Agreement Proposal – dated: 2/20/97 – Plaintiff's Bates No. 112 – 116 |

92723_1.DOC

AC 187A (REV 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO 00-6070-CIV-ZLOCH |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| 28 | 155 | | | | Memorandum to Patrick Major from Ed Cook – Re: Upgrade Bid – dated: 4/30/98 – Plaintiff's Bates No. 136 – 137 |
| 33 34 | 156 | | | | Letter to Dave from Pat Major – Re: Prospect of Union – dated: 6/18/98 – Plaintiff's Bates No. 139 – 143 |
| 102 | 157 | | | | Memo to All Crewmembers from Ed Cook – Re: Promotion Bid Awards – dated: 8/5/98 – Plaintiff's Bates No. 144 |
| 49 | 158 | | | | Letter to David Bassett from Patrick Major – Re: Issue Awaiting Resolution – dated: 2/21/99 – Plaintiff's Bates No. 159 – 161 |
| 99 | 159 | | | | Amerijet International, Crewmember Seniority List – Re: Patrick Major – dated: 4/7/99 – Plaintiff's Bates No. 164 – 165 |
| | 160 | | | | Amerijet International, Crewmember Seniority List – Re: Patrick Major – dated: 4/28/99 – Plaintiff's Bates No. 167 – 168 |
| 2 | 161 | | | | Fax to Rhonda Phillips from Patrick Major – Re: Freedom Information Act Request – dated: 6/14/99 – Plaintiff's Bates No. 186 |
| 6 | 162 | | | | Amerijet International, Flight Officer Or Flight Engineer Proficiency Report – Re: Patrick Major – dated: 1/15/98 - Plaintiff's Bates No. 194 |
| | 163 | | | | Amerijet International, Aircraft Operating Manual – Re: Overweight Landing vs. Fuel Dump – dated: 7/11/90 – Plaintiff's Bates No. 198 –202 |
| 61 | 164 | | | | EEOC Charge of Discrimination – Re: Patrick S. Major – dated: 3/25/97 – Plaintiff's Bates No. 206 |
| | 165 | | | | Letter to Patrick Major from Rhonda A. Phillips – Re: FOIA Request (Air Traffic Control Communication Audiotapes) – dated: 8/11/99 – Plaintiff's Bates No. 210 |
| | 166 | | | | Fax to Rhonda Phillips from Patrick Major – Re: FOIA Request – dated: 8/30/99 – Plaintiff's Bates No. 211 |
| | 167 | | | | Letter to Patrick S. Major from John C. Roseborough – Re: FAA Letter of Investigation – dated: 11/10/99 – Plaintiff's Bates No. 212 – 213 |
| 80 | 168 | | | | Letter to John C. Roseborough from Patrick Major – Re: Receipt of Letter of Investigation – dated: 12/6/99 – Plaintiff's Bates No. 214 – 219 |
| 81 | 169 | | | | Letter to Patrick S. Major from John C. Roseborough – Re: FAA Investigation – dated: 12/21/99 – Plaintiff's Bates No. 220 |
| 3 | 170 | | | | Typewritten Notes – Re: Patrick Major – dated: 2/11/97 – 2/17/97 – Plaintiff's Bates No. 249 – 250 |
| 31 | 171 | | | | Typewritten Notes – Re: Patrick Major – Undated – Plaintiff's Bates No. 258 – 261 |

92723_1.DOC

AC 187A (REV. 7/87)

**EXHIBIT LIST**

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO. 00-6070-CIV-ZLOCH |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| 46 | 172 | | | | Typewritten Notes – Re: Patrick Major - dated: 12/16/98 – Plaintiff's Bates No. 267 – 273 |
| 64 | 173 | | | | 1996 U.S. Individual Income Tax Return – Re: Patrick S. Major – Plaintiff's Bates No. 274 – 295 |
| 64 | 174 | | | | 1997 U.S. Individual Income Tax Return – Re: Amey C. Major – Plaintiff's Bates No. 296 – 326 |
| | 175 | | | | Broward County Circuit Court, Case Summary – Re: Timothy Green v. Butch Gretchen – dated: 1997 – Plaintiff's Bates No. 383 - 384 |
| 60 | 176 | | | | Audiotape Recording – Re: Patrick Major's Termination from Employment – dated: 8/31/99 |
| 59 | 177 | | | | Transcript of Audiotape Recording – Re: Patrick Major's Termination |
| 78 | 178 | | | | Air Traffic Control Audiotape Recording of Flight # 823 – Re: Miami International Airport |
| 112 | 179 | | | | General Operations Manual – Re: Table of Contents – Bates No. 003553 – 003560. |
| 8 | 180 | | | | Training Records – Re: Patrick Major – Bates No. 003561-003642. |
| | 181 | | | | Letter to Captain Brian Steele from John Roseborough – Re: Investigation – dated: 11/10/99 – Bates No. 003500 |
| 87 | 182 | | | | Letter to John Roseborough from Captain Brian Steele – Re: Investigation – dated: 11/20/99 – Bates No. 003501 – 003502. |
| 90 | 183 | | | | Letter to John Roseborough from Brett Wise – Re: Investigation – dated: 11/18/99 – Bates No. 003503. |
| 92 | 184 | | | | Letter to John Roseborough from Al Jorsey Sr. – Re: Investigation – dated: 11/15/99 – Bates No. 003504 – 003505. |
| 70 | 185 | | | | Runway Analysis Description – Re: Amerijet International B 727-200, JT8D-15- Plaintiff's Exhibit 12 of Depositions of Derry Huff, John Washington & Brian Steele. |
| 111 | 186 | | | | Amerijet International, General Operations Manual – Re: Excerpts – Plaintiff's Exhibit 13 of Depositions of Derry Huff, John Washington, & Brian Steele. |
| 110 | 187 | | | | Amerijet International, General Operations Manual – Re: Excerpts – Plaintiff's Exhibit 18 of Depositions of Derry Huff, John Washington, & Brian Steele. |
| | 188 | | | | Letter to Captain Pete Steele from John Roseborough – Re: Check Airman/Check Engineer Approval of Al Jorsey, Sr. – dated 2/14/00 – Bates No. 003543. |

02722_1.DOC

AC 187A (REV. 7/87)

# EXHIBIT LIST

| | Patrick Scott Major v. Amerijet International, Inc., | | CASE NO. 00-6070-CIV-ZLOCH |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| 93 | 189 | | | | Letter to Al Jorsey, Sr., from John Roseborough – Re: No Violation – dated 12/21/99 – Bates No. 003544. |
| 94 | 190 | | | | Letter to Captain Pete Steele from John Roseborough – Re: Return of Check Airman of Al Jorsey, Sr., - dated: 12/15/99 – Bates No. 003545. |
| 83 | 191 | | | | Letter to John Roseborough from Pete Steele – Re: Investigation – dated: 11/22/99 – Bates No. 003546. |
| | 192 | | | | Letter to Captain Pete Steele from John Roseborough – Re: Receipt of Complaint – dated: 10/18/99 – Bates No. 003552. |
| 78 | 193 | | | | Air Traffic Control Audiotape Recording and Transcript of Flight # 827 – Re: Fort Lauderdale Airport – dated: 8/17/99 |
| | 194 | | | | Videotape and Transcript Deposition of Plaintiff. |
| | 195 | | | | Any and All Depositions taken by Defendant or, Plaintiff and exhibits attached thereto. |
| | 196 | | | | Any and All documents, demonstrative aids, pictures, reports, or other evidence relied upon, referred to, or, introduced as an exhibit at any deposition taken by Defendants or, Plaintiffs. |
| | 197 | | | R, OP | Mitch Yelen's Resume and C.V. |
| | 198 | | | R, OP | Any and All documents, reports, charts, graphs, or demonstrative aids relied upon by Mitch Yelen in formulating his opinions. |
| 124 | 199 | | | R, OP | Paul Repp's Resume and C.V. |
| | 200 | | | | Any and All documents, reports, charts, graphs, or demonstrative aids relied upon by Paul Repp in formulating his opinions. |
| | 201 | | | R, UP | Declarations page of Employment Practices Liability Insurance Bate No. 003643 |
| | 202 | | | R, UP | Lawrence Harris vs. Patrick Major Circuit Court of the Seventeenth Judicial Circuit Case No. 99017858 |
| | 203 | | | R, UP | Final Judgment Dissolving Marriage In Re: The Marriage of Beth B. Major (Petitioner) and Patrick S. Major (Respondent) Circuit Court of the Seventeenth Judicial Circuit Case No. 99170564290 |
| | 204 | | | R, OP | Opinion from Paul Repp to Susan Potter Norton – Re: Patrick Major's Lawsuit – dated: 2/23/01 |
| | 205 | | | | 1999 U.S. Individual Income Tax Return – Re: Patrick S. Major & Beth A. Major – Plaintiff's Bates No. 830 – 872 |
| | 206 | | | | 1998 U.S. Individual Income Tax Return – Re: Patrick S. Major & Beth A. Major – Plaintiff's Bates No. 873 – 882 |

02723_1.DOC

AC 187A (REV. 7/87)

**EXHIBIT LIST**

| | | | | | |
|---|---|---|---|---|---|
| Patrick Scott Major v. Amerijet International, Inc., | | | | CASE NO. 00-6070-CIV-ZLOCH | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 207 | | | | W-2 Wage and Tax Statement 2000 – Re: Patrick Major – Plaintiff's Bates No. 883 |
| | 208 | | | | W-2 Wage and Tax Statement 2001 – Re: Patrick Major – Plaintiff's Bates No. 884 |
| | 209 | | | | State of Florida Agency For Workforce Innovation Benefit Payment Unit – 2001 Tax Information – Re: Patrick S. Major – Plaintiff's Bates No. 885 |
| | 210 | | | | Wage Transcript and Determination, Agency for Workforce Innovation – Re: Patrick S. Major – dated: 8/6/01 – Plaintiff's Bates No. 886 |
| | 211 | | | | State of Florida Agency For Workforce Innovation Benefit Payment Unit – 2002 Tax Information – Re: Patrick S. Major – Plaintiff's Bates No. 887 |
| | 212 | | | | Letter to Captain Thomas Duckworth from Patrick Major – Re: Range of Services Available - dated: 1/18/02 – Plaintiff's Bates No. 888 |
| | 213 | | | | Memo to Omar Botero from Pat Major – Re: Interim Consulting Agreement – dated: 10/8/02 – Plaintiff's Bates No. 889 |
| | 214 | | | | Department of the Treasury – Internal Revenue Service Form 1099-MISC – Re: 2002 Miscellaneous Income (Patrick Major) – Plaintiff's Bates No. 890 |
| | 215 | | | | SunTrust Official Check # 0704562003 from Fred J. Murphy or Riven S. Tooson-Murphy ($20,000.00) and Personal Check #1703 ($20,000.00)– Re: Patrick Major – dated: 9/26/00, 9/27/00 – Plaintiff's Bates No. 891 |
| | 216 | | | | Share Purchase Agreement Between Fred Murphy, Carlos Jimenez, and Pat Major – dated: 9/26/00 – Plaintiff's Bates No. 892 - 900 |
| | 217 | | | | Report of Damages from James D. Gilbert – Re: In Re: The Wrongful Termination Case of Patrick Scott Major – dated: 1/30/01 |
| 1l6 | 218 | | | | Report of Damages from James D. Gilbert – Re: In Re: The Wrongful Termination Case of Patrick Scott Major – dated: 7/30/03 |
| 19 | 219 | | | | Report of Jose Pagan Retained By Plaintiff – Re: Opinion - Undated |
| | 220 | | | R, UP | Documents from FAA – Re: FAA Background Checks, and Records Pertaining to Patrick S. Major or, Patrick S. Major as Director of Operations |
| | 221 | | | R, UP | Documents from FAA – Re: OSCEP Inspection of Air Florida While Patrick Major Served as Director of Operations or Pilot |
| | 222 | | | R, UP | FOIA Documents from FAA Pertaining to Patrick Major In Conjunction with the OSCEP Inspection With Air Florida, The APRIA Background Report, National Drivers Record and FAA Background Check |
| | 223 | | | | Air Florida Express, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |

92723_1.DOC

AC 187A (REV. 7/87)

# EXHIBIT LIST

| Patrick Scott Major v. Amerijet International, Inc., | CASE NO. 00-6070-CIV-ZLOCH |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Ptf's Objections | DESCRIPTION OF EXHIBIT AND WITNESSES |
|---|---|---|---|---|---|
| | 224 | | | | A Sunset Entertainment, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 225 | | | | Republic Airways, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 226 | | | | Custom Air Transport, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 227 | | | | Pan Am International Flight Academy, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 228 | | | | Miami Air International, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 229 | | | | Horizons Aviation, Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 230 | | | | Affinity Airshares, Inc., Documents Relating to Employment Agreement or, Agreement for Services With Patrick S. Major or, Patrick S. Major, Inc. |
| | 231 | | | R, UP | Chart – Re: List of Captains Hired Between November 11, 1996 and March 22, 1999 |
| 125 | 232 | | | R, UP | Letter from U.S. Department of Transportation to Amerijet International – Re: Withdrawal of Action (FAA Enforcement Investigative Report 2000S0170009) – dated: 11/9/01 |
| 126 | 233 | | | R, UP | Letter from U.S. Department of Transportation to Brian Steele – Re: Withdrawal of Action (FAA Enforcement Investigative Report 2000S0170011) – dated: 11/9/01 |
| | | | | | Any and All Answers/Responses by Plaintiff to Defendant's Interrogatories. |
| | | | | | Any and All documents relied upon by Plaintiff in Answering/Responding to All of Defendant's Interrogatories. |
| | | | | | All exhibits submitted by Plaintiff which were not objected to by Defendant. |
| | | | | | All impeachment documents. |
| | | | | | All rebuttal documents. |
| | | | | | Demonstrative Aids and Exhibits. |

02723_1.DOC