FILED by **WC** D.C.
ELECTRONIC

**Nov 6 2003**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6070-Zloch
Magistrate Judge Lurana S. Snow

PATRICK SCOTT MAJOR, :

    Plaintiff, :
vs. :

AMERIJET INTERNATIONAL, INC., :

    Defendant. :
_____/

**PLAINTIFF, PATRICK SCOTT MAJOR's,
MOTION TO STRIKE DEFENDANT'S EXHIBITS
NUMBERED 220, 221 AND 222
WITH SUPPORTING MEMORANDUM OF LAW**

Plaintiff, Patrick Scott Major, moves the Court for the entry of an order striking Defendant, Amerijet International's Exhibits numbered 220, 221 and 222 on Defendant's Exhibit List, and as grounds states:

    1.    On September 12, 2003, Defendant filed its First Amended Witness List which included exhibits not previously listed by Defendant in the Joint Pre-Trial Stipulation..

    2.    On September 16, 2003, the undersigned contacted Defendant's counsel and requested that Defendant provide copies of the exhibits not previously listed via Federal Express at Plaintiff's expense.

    3.    On September 18, 2003, Defendant's counsel provided copies of the missing exhibits, EXCEPT Exhibits numbered 220, 221 and 222.

240/mh

CASE NO. 00-6070-Zloch

4. On October 31, 2003, the undersigned once again contacted Defendant's counsel and requested the missing exhibits be sent to the undersigned via Federal Express at Plaintiff's expense.

5. To date, there has been no response from Defendant. Trial is scheduled to commence on Monday November 10, 2003, less than three (3) business days from today.

6. At this point in time, plaintiff would be prejudiced in his trial preparation without copies of the missing exhibits.

## MEMORANDUM OF LAW

Pursuant to Local Rule 16.1 D4, parties are to examine all exhibits when the joint stipulation is prepared. This occurred in July 2003, and Amerijet has yet to produce the records.

WHEREFORE, plaintiff, Patrick Scott Major, respectfully requests that the Court enter an order striking Defendant, Amerijet's, Exhibits numbered 220, 221 and 222.

## CERTIFICATE OF COUNSEL

As outlined above, undersigned counsel repeatedly contacted Amerijet's counsel prior to filing this motion.

2

CASE NO. 00-6070-Zloch

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to **Susan Potter Norton, Esquire** and **Dionne Wilson Blake, Esquire** at the address more fully set forth on the service list attached, this 6th day of November, 2003.

                                        GORDON HARGROVE & JAMES, P.A.
                                        Attorneys for Plaintiff
                                        500 East Broward Boulevard, Suite 1000
                                        Fort Lauderdale, Florida  33394
                                        Telephone:   954-527-2800
                                        Facsimile:   954-524-9481

                                      By:    s/Valerie Shea
                                              VALERIE SHEA
                                              Florida Bar No.  436800
                                              VShea@heinrichgordon.com
                                              MARK R. BOYD
                                              Florida Bar No. 217492
                                              MBoyd@heinrichgordon.com

CASE NO. 00-6070-Zloch

## SERVICE LIST

**Susan Potter Norton, Esquire** and
**Dionne Wilson Blake**
Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
    Telephone:  (305) 445-7801
    Facsimile:  (305) 442-1578
Counsel for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR,                :        CASE NO.  00-6070-Zloch
                                                    Magistrate Judge Lurana S. Snow
    Plaintiff,                               :
vs.                                                 :

AMERIJET INTERNATIONAL, INC.,    :

    Defendant.                             :
_____/

**<u>ORDER ON PLAINTIFF'S
MOTION TO STRIKE EXHIBITS</u>**

THIS CAUSE came before this Court on plaintiff, Patrick Scott Major's, Motion to Strike Defendant's Exhibits Numbered 220, 221 and 222, and the Court and being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that Defendant's Motion be, and the same is hereby

_____

_____

_____

DONE and ORDERED in Chambers in Fort Lauderdale, Florida, this _____ day of _____, 2003.

                                                      _____
                                                      DISTRICT JUDGE

Copies furnished:
Valerie Shea, Esq.
Susan Potter Norton, Esquire