```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
```



CASE NO. 00-6070-CIV-ZLOCH

PATRICK SCOTT MAJOR,

    Plaintiff,

vs.                                             **O R D E R**

AMERIJET INTERNATIONAL, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant, Amerijet International, Inc.'s Motion To Compel Mediation/Settlement Conference With A Magistrate (DE 235). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    The Court notes that the above-styled cause has been pending since it was removed from state court in January 2000. During the pendency of this cause, the parties have demonstrated little ability, if any, to agree on any issue, including discovery issues. The Court finds, therefore, that in light of this history and the differing positions on the instant Motion, it is unlikely that either mediation or a settlement conference will resolve this matter.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendant, Amerijet International,



Inc.'s Motion To Compel Mediation/Settlement Conference With A Magistrate (DE 235) be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_6th\_\_\_ day of November, 2003.

                                              WILLIAM J. ZLOCH
                                              Chief United States District Judge

Copies furnished:
Valerie Shea, Esq.
Susan Potter Norton, Esq.