UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6070-CIV-ZLOCH

PATRICK SCOTT MAJOR,

    Plaintiff,

vs.                              **O R D E R**

AMERIJET INTERNATIONAL, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant, Amerijet International, Inc.'s Motion For Clarification Of Court's Order Sustaining Defendant's Objections To The Magistrate's Order bearing the file stamp of the Clerk of Court dated October 24, 2003. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    The Court notes that it is the basic purpose of the Federal Rule of Civil Procedure 26 that the parties to a civil action obtain, prior to trial, the disclosure of all relevant information in the possession of any person. See 8 Charles Alan Wright, et al., Federal Practice and Procedure § 2001 (2d ed. 1994). Accordingly, to the extent that the documents sought by Defendant, which were the subject of the prior Order (DE 233) of the Court, are not in the possession of Plaintiff and cannot be accessed by Plaintiff, Defendant may subpoena those documents from appropriate non-parties.

    Accordingly, after due consideration, it is



**ORDERED AND ADJUDGED** that Defendant, Amerijet International, Inc.'s Motion For Clarification Of Court's Order Sustaining Defendant's Objections To The Magistrate's Order bearing the file stamp of the Clerk of Court dated October 24, 2003 be and the same is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____6th____ day of November, 2003.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
Valerie Shea, Esq.
Susan Potter Norton, Esq.