UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6070-CIV-ZLOCH



PATRICK SCOTT MAJOR,

    Plaintiff,

vs.                                    <u>O R D E R</u>

AMERIJET INTERNATIONAL,
INC.,

    Defendant.
_____/

    THIS MATTER is before the Court sua sponte. Good cause appearing, it is hereby **ORDERED** that the above-styled cause be and the same is hereby transferred to the Honorable Jose A. Gonzalez, Jr. for trial. Accordingly, after due consideration it is further

    **ORDERED AND ADJUDGED** as follows:

    1. Parties should take notice that trial is set for Monday, November 10, 2003 at 9:30 a.m. at the United States District Courthouse, Courtroom C, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

    2. Parties should come ready to proceed for trial.

    3. Parties shall provide Judge Gonzalez three (3) copies of their exhibit list and their witness list at the commencement of trial.

    4. Parties also shall provide Judge Gonzalez a copy of their



proposed jury instructions and their proposed verdict form in print and electronic format at the commencement of trial.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____6th____ day of November, 2003.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

The Honorable Jose A. Gonzalez, Jr.

Valerie Shea, Esq.
For Plaintiff

Susan Potter Norton, Esq.
For Defendant

2