UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,  :   CASE NO. 00-6070-ZLOCK
                              Magistrate Judge Lurana S. Snow

    Plaintiff,  :

vs.  :

AMERIJET INTERNATIONAL, INC.,  :

    Defendant.  :
_____/

### ORDER ON PLAINTIFF'S MOTION TO REVALIDATE ALL PREVIOUSLY SERVED TRIAL SUBPOENAS

THIS CAUSE came before this Court on plaintiff, Patrick Scott Major's, Motion to Revalidate all Previously Served Trial Subpoenas, and the Court and being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that all subpoenas previously served in this case for any previously set trials are revalidated for trial commencing November 10, 2003.

DONE and ORDERED in Chambers in Fort Lauderdale, Florida, this 7TH day of November, 2003.

_____
WILLIAM J. ZLOCH

Copies furnished:
Valerie Shea, Esq.
Susan Potter Norton, Esquire