FILED by ___ D.C.
ELECTRONIC
Nov 10 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6070-Zloch
Magistrate Judge Lurana S. Snow

PATRICK SCOTT MAJOR,           :

    Plaintiff,                 :

vs.
                                                 :

AMERIJET INTERNATIONAL, INC.,
                                                 :

    Defendant.
_____/

**PLAINTIFF's**
**PROPOSED QUESTIONS FOR VOIR DIRE**

Plaintiff, Patrick Major, submits these questions to the Court as subjects to be covered during voir dire:

1. What, if any, experience do you have in the aviation industry?

   a. As a pilot? Type of pilot?

   b. In maintenance or a related field?

   c. If a. or b., what knowledge do you have of the federal aviation regulations?

   d. Are you familiar with the penalties for violating a federal aviation regulation? Are you familiar with the way to make a complaint of a violation?

   e. Have you ever made or been the subject of a complaint of a violation of a federal aviation regulation?

2. Does anyone work in a union environment?

3. Are you familiar with the term "whistleblower"?

   a. Enron, other companies?

   b. Do you have any strong opinions concerning whistleblowers?

      c.      Have you ever been involved in a whistleblowing investigation? What was your experience?

4.      In your job, do you have any responsibilities to supervise other people?

      a.      Are you someone to whom complaints are made?

      b.      Do you have any responsibilities to resolve complaints?

      c.      Do you have any responsibilities for hiring or firing or investigating complaint?

5.      Are you familiar at all with Amerijet? What do you know about it and how?

6.      Have you ever been involved in the trial of a lawsuit? Please state whether you were plaintiff, defendant, a witness and the outcome and nature of the case.

7.      Have you been a juror previously?

8.      What is the highest level of formal education that you have received?

9.      Have you ever been in the military?

10.      Please state your occupation.

I hereby certify that a true and correct copy of the foregoing was furnished via hand delivery to: **Susan Potter Norton, Esquire** and **Dionne Wilson Blake, Esquire**, this 10th day of November, 2003.

      HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Telephone:    954-527-2800
Facsimile:    954-524-9481

By:    s/Valerie Shea
    VALERIE SHEA
    Florida Bar No. 436800
    VShea@heinrichgordon.com
    MARK R. BOYD
    Florida Bar No. 217492
    MBoyd@heinrichgordon.com

## SERVICE LIST

**Susan Potter Norton, Esquire** and
**Dionne Wilson Blake**
Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, FL  33134
    Telephone:   (305) 445-7801
    Facsimile:   (305) 442-1578
Counsel for Defendant