UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,  :  CASE NO. 00-6070-Zloch/Snow
                                          L.T. Case No. 99-021746-11
    Plaintiff,  :

vs.  :

AMERIJET INTERNATIONAL, INC.,  :

    Defendant.  :
_____/



### PLAINTIFF, PATRICK MAJOR's, MOTION FOR LEAVE TO BRING AUDIO VISUAL EQUIPMENT TO THE COURTROOM FOR USE AT TRIAL

Plaintiff, Patrick Scott Major, requests permission from this Court to bring audio/visual equipment to the courtroom during the trial of this matter to aid in the presentation of evidence by the plaintiff in the above-styled cause.

WHEREFORE, the plaintiff respectfully requests that the Court enter an order granting permission to bring audio/visual equipment into the courtroom during the trial of the above styled case.

I hereby certify that a true and correct copy of the foregoing was furnished via facsimile and mail to: **Susan Potter Norton, Esquire**, Attorney for Defendant, Allen, Norton & Blue, P.A., 121 Majorca, Suite 300, Coral Gables, FL 33134, this 10th day of November, 2003.

    HEINRICH GORDON HARGROVE
    WEIHE & JAMES, P.A.
    Attorneys for Plaintiff
    500 East Broward Boulevard, Suite 1000
    Fort Lauderdale, Florida 33394
    Telephone: 954-527-2800
    Facsimile: 954-524-9481

By: _____
    VALERIE SHEA
    Florida Bar No. 436800
    MARK R. BOYD
    Florida Bar No. 217492