UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICK SCOTT MAJOR,                :       CASE NO. 00-6070-ZLOCK
                                            Magistrate Judge Lurana S. Snow
      Plaintiff,                       :

vs.                                 :

AMERIJET INTERNATIONAL, INC.,       :

      Defendant.                       :
_____/

### ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO BRING AUDIO VISUAL EQUIPMENT INTO THE COURTROOM

THIS CAUSE having come before this Court on plaintiff, Patrick Scott Major's, Motion for Leave to Bring Audio Visual Equipment into the Courtroom, and the Court having reviewed the motion and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that audio visual equipment will be permitted in the Courtroom for the purpose of presenting evidence during the trial of the above-styled cause.

DONE and ORDERED in Chambers in Fort Lauderdale, Florida, this 12TH day of November, 2003.

_____
~~WILLIAM J. ZLOCH~~

Copies furnished:
Valerie Shea, Esq.
Susan Potter Norton, Esquire

