UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



**PATRICK SCOTT MAJOR,**

    Plaintiff,

v.                          CASE NO. 00-6070-CIV-ZLOCH

**AMERIJET INTERNATIONAL, INC.,**

    Defendants.

### ORDER

**THIS MATTER** has come before the Court upon the oral motion for leave to bring audio-visual equipment into the courtroom, of Defendant Amerijet Intenational, Inc., submitted November 12, 2003.

Having considered the motion and the record, the Court hereby **ORDERS AND ADJUDGES** that the motion is **GRANTED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 12TH day of November 2003.

                                          JOSE A. GONZALEZ, JR.
                                          UNITED STATES DISTRICT JUDGE

cc: Counsel

