

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-GONZALEZ / Snow

PATRICK SCOTT MAJOR,

      Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

      Defendant.

_____/

## DEFENDANT'S MOTION TO USE AUDIO TAPE RECORDER AT TRIAL

Defendant, AMERIJET INTERNATIONAL, INC., (hereinafter "Defendant") by and through the undersigned counsel, hereby files this Motion to Use Audio Tape Recorder At Trial.  In support thereof, Defendant states:

1.      Defendant will require the use of an audio tape recorder for this trial.

2.      Defendant requests permission from this Court to use an audio tape recorder during the trial of this matter to aid in the presentation of evidence by the Defendant.

3.      Therefore, Defendant respectfully requests that this Honorable Court enter an order granting permission to use an audiotape recorder in the court room during trial.

23850_1.DOC

1

WHEREFORE, in light of the foregoing, Defendant respectfully requests that

this Court grant Defendant's Motion to Use Audio Tape Recorder At Trial.


Respectfully submitted,


_____
Susan Potter Norton
Florida Bar No. 0201847
Email snorton@anblaw.com
Zascha Blanco
Florida Bar No. 0614671
Email zblanco@anblaw.com

Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, Florida 33134
Tel:    (305) 445-7801
Fax:    (305) 442-1578


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail and facsimile, on this 12th day of November, 2003, upon:

Valerie Shea, Esq.
Heinrich, Gordon, Hargrove,
   Weihe & James, P.A.
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394


_____
Attorney

23850_1.DOC                                         2