UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6070-CIV-GONZALEZ / Snow



PATRICK SCOTT MAJOR,

    Plaintiff,
v.

AMERIJET INTERNATIONAL, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE having come before the Court on Defendant's Motion to Strike Plaintiff's Claim for Damages and Back Pay and Motion to Hold Plaintiff in Contempt of Court for good cause shown and the Court being fully advised in the premises it is

ORDERED AND ADJUGDED that Defendant's Motion to Strike Plaintiff's Claim for Damages and Back Pay and Motion to Hold Plaintiff in Contempt of Court is hereby _denied_.

DONE AND ORDERED in Chambers in Fort Lauderdale, Broward County, Florida on this _12TH_ day of _November_, 2003.

                              U.S. District Judge

Conformed copies furnished to:
Susan Potter Norton, Esq.
Zascha Blanco, Esq.
Valerie Shea, Esq.

93639



<u>Patrick Scott Major v. Amerijet International, Inc.</u>

<u>Case No.: 00-6070-Civ-Gonzalez/Snow</u>

<u>Service List</u>

Susan Potter Norton, Esq.
Zascha Blanco, Esq.
Allen, Norton & Blue, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, Florida 33134
Tel:   305-445-7801
Fax:   305-442-1578
Attorneys for Defendant

Valerie Shea, Esq.
Heinrich, Gordon, Hargrove,
  Weihe & James
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Tel:   954-527-2800
Fax:   954-524-9481
Attorneys for Plaintiff

93639