UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


11/12/03
Ft Lauderdale

**CIVIL MINUTES FOR HON. JOSE A. GONALEZ, JR.**

Date: 11/12/03   Case No. 00-6970-CIV-JAG
Clerk: P. Hart   Reporter: Reeves
Title of Case: Patrick Major v. Amiujet Int'l
P. Attorney: W. Shea, M. Boyd

D. Attorney: S. Norton, F. Sampo

Reason for hearing: Trial
DISCOVERY
JOINT PRETRIAL STIPULATION
PRETRIAL MOTIONS
PRETRIAL CONFERENCE
FURTHER STATUS CONFERENCE
MEDIATION

TRIAL DATE 11/12/03 & 11/10/03
NOTES:

Case continued to: 11/13/03   Time: 9:00 AM   For: Trial

256