UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



**CIVIL MINUTES FOR HON. JOSE A. GONALEZ, JR.**

Date: 11/13/03     Case No. 00-6070-CIV-JAG

Clerk: P. Hart     Reporter: Berrus

Title of Case: P. Major v. Amerijet Int'l

P. Attorney: Shea / Bryan

D. Attorney: Norton / Sampo

Reason for hearing: Trial

DISCOVERY
JOINT PRETRIAL STIPULATION
PRETRIAL MOTIONS
PRETRIAL CONFERENCE
FURTHER STATUS CONFERENCE
MEDIATION

TRIAL DATE 11/10, 11/12
NOTES:

Case continued to: 11/14/03   Time: 9:00 AM  For: Trial

