UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



**PATRICK SCOTT MAJOR,**

    Plaintiff,

v.                                            CASE NO. 00-6070-CIV-ZLOCH

**AMERIJET INTERNATIONAL, INC.,**

    Defendants.

### ORDER

**THESE MATTERS** have come before the Court upon the following motions: (1) the "Motion to Revalidate All Previously Served Subpoenas for Trial" of Plaintiff Patrick Scott Major ("Major"), filed October 27, 2003; (2) the "Motion in Limine to Preclude Evidence of Plaintiff's Claim for Back Pay" of Defendant Amerijet International, Inc. ("Amerijet"), filed November 12, 2003; and (3) Amerijet's "Motion to Bifurcate the Liability and Damages Phases of this Trial," filed November 12, 2003.

Having reviewed the motions and the record, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. Major's Motion to Revalidate All Previously Served Subpoenas for Trial is **GRANTED**;

2. Amerijet's Motion in Limine to Preclude Evidence of Plaintiff's Claim for Back Pay is **DENIED**;



     3.   Amerijet's Motion to Bifurcate the Liability and Damages Phases of this Trial is **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 12TH day of November 2003.

```
                                    _____
                                    JOSE A. GONZALEZ, JR.
                                    UNITED STATES DISTRICT JUDGE
```

cc: Counsel