UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CIVIL MINUTES FOR HON. JOSE A. GONALEZ, JR.**

Date: 11/14/03 _____ Case No. 00-0070-2/och (JAO)

Clerk: P. Hart Reporter D. Burns

Title of Case: Patrick Major

v Amerijet Intl, Inc

P. Attorney: V. Shea / Boyd

D. Attorney: S. Norton / Sampo

Reason for hearing:_____

DISCOVERY

JOINT PRETRIAL STIPULATION

PRETRIAL MOTIONS

PRETRIAL CONFERENCE

FURTHER STATUS CONFERENCE

MEDIATION

TRIAL DATE 11-10, 11-12, 11-13

NOTES: "P rests" Mot for directed verdict
by D - Denied. D Burns mat for
directed verdict - Denied
P rule 50 - Denied D rests.

Case continued to: 11/17 _____ Time: 9:00 AM For: Trial