# United States District Court

**Southern** DISTRICT OF **Florida**

P. Major v. Amerijet Int'l

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 00-6070 CIV WJZ

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gonzalez | Shea / Boyd | Norton / Sampson |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/10/03, 11/12 – 11/14/03 | Bories | P. Hart |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 11/12/03 | | | P. Major π |
| | 23 | " | ✓ | ✓ | Document 2, 1997 |
| | 29 | " | ✓ | ✓ | Job app – Ballentine |
| | 31 | " | ✓ | ✓ | letter re: bid 5/20/1998 |
| | 32 | " | ✓ | ✓ | Agreement letter for pilot training |
| 2 | | " | ✓ | ✓ | profic reports |
| 3 | | " | ✓ | ✓ | " |
| 4 | | " | ✓ | ✓ | " |
| 5 | | " | ✓ | ✓ | " |
| 6 | | " | ✓ | ✓ | " |
| 1 | | " | ✓ | ✓ | pilot instr rec & instr note |
| | 42 | " | ✓ | ✓ | letter from Major to Steele |
| | 45 | " | ✓ | ✓ | letter Nov 6, 1998 |
| 8 | | " | ✓ | ✓ | pilot qualification letter from Pan Am Dec 15, 1998 |
| | 43 | " | ✓ | ✓ | letter from Major to Steele |
| | 48 | " | ✓ | ✓ | letter Feb 5, 1998 to Major |
| 100 | | " | ✓ | ✓ | list of personnel dates hired |
| 62 | | " | ✓ | ✓ | Documentation re: discrimination |
| 1A | | " | ✓ | ✓ | written reprimand letter |
| 71 | | " | ✓ | ✓ | 6/14/99 letter from Major |
| 72 | | " | ✓ | ✓ | 6/17/99 letter from Major |
| 76 | | " | ✓ | ✓ | Report to NASA by Major |

AO 187A (4/82)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

Major vs. Amerijet

DOCKET NO. 00-6070-CIV-JAG

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 58 | | 11/12/03 | ✓ | ✓ | audio tape |
| 59 | | " | ✓ | ✓ | transcript of tape |
| 57 | | " | ✓ | ✓ | letter 8/30/99 |
| 1B | | " | ✓ | ✓ | proj report 1/13/98 |
| 1D | | " | ✓ | ✓ | proj report 2/10/98 |
| 1E | | " | ✓ | ✓ | proj report 9/9/7 |
| 1C | | " | ✓ | ✓ | proj report 3/31/99 |
| 8A | | " | ✓ | ✓ | training docs |
| 65 | | " | ✓ | ✓ | job search file |
| | 234 | " | ✓ | | T's to do list |
| | 235 | " | ✓ | | letter 11/23/93 |
| | 153 | | | | letter to Bassett 2/18/96 |
| 153 | 36 | " | ✓ | ✓ | letter to Bassett 2/20/97 |
| | 249 | " | ✓ | | notes from mtg 2/11/97 Ed Cook |
| | 250 | " | ✓ | | |
| 58 | | " | ✓ | | |
| 02 | | " | ✓ | | e-mail |
| | 236 | 11/13/03 | ✓ | | |
| | 258 | " | ✓ | | |
| | 159 | " | ✓ | ✓ | crew member seniority list |
| | 213 | " | ✓ | | one-way for flight take off |
| 18 | | " | ✓ | ✓ | tape |
| 73 | 128 | " | ✓ | ✓ | transcript |
| W | | " | | | Director operations Amerijet Huff |
| W | | | | | Mr Bassett of Amerijet |
| W | | | | | Reps of FAA Official |

Page 2 of 3 Pages

AO 187A (4/82)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

Major vs. Amerijet   DOCKET NO. 00-6070-CR-JAG

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W5 | | 11/13/03 | | | Tracy Dickinson - Former Training Dept Head |
| W6 | | 11/14/03 | | | James Gilbert, CPA |
| 116 | | 11 | ✓ | ✓ | Gilbert's report re: lost income |
| W7 | | 11 | | | Jose Pagan - ret' aviation inspect. |
| 120 | | 11 | ✓ | ✓ | Data relating 5/17 flight |
| 120B | | 11 | ✓ | ✓ | Data relating June flight |

Court exhibit #1 attached

Page 3 of 3 Pages



| U.S. Department of Transportation | Southern Region Office of the Regional Counsel | P.O. Box 20636 Atlanta, Georgia 30320 |
|---|---|---|
| **Federal Aviation Administration** | | (404) 305-5200 (404) 305-5223 FAX |

NOV 9 2001

<u>CERTIFIED - RETURN RECEIPT REQUESTED</u>

Amerijet International, Inc.
David G. Bassett, President
498 SW 34th Street
Fort Lauderdale, FL 33315

Re:   Withdrawal of Action
      FAA Enforcement Investigative Report 2000SO170009

Dear Mr. Bassett:

Considering all available evidence and information, we have determined that aviation safety and the public interest do not require further pursuit of this action. Accordingly, the Notice of Proposed Civil Penalty issued on February 16, 2000 hereby is withdrawn. This case is closed.

Sincerely,

WILLIAM G. NELMES
Attorney
Office of the Regional Counsel

cc:   John Richardson, Esq.
      Crispin & Brenner
      Suite 1105
      1156 15th Street, NW
      Washington, DC 20005



DEFENDANT'S EXHIBIT

Case No: 00-6070-CIV-ZLOCH

Exhibit No: 232