UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6070-Zloch

PATRICK SCOTT MAJOR,          )
     Plaintiff,              )
                             )
vs.                           )
                             )
AMERIJET INTERNATIONAL, INC., )
     Defendant.              )

**VERDICT**

We, the jury, find the following by the preponderance of the evidence:

I.    <u>Claims under the Whistleblower Act</u>

1. Did the Plaintiff disclose to a governmental agency an activity of Defendant which he in good faith reasonably believed was in violation of a law, rule or regulation?

Answer Yes or No __YES__

2. Did the Plaintiff object to an activity of Defendant which he reasonably believed in good faith was in violation of a law, rule or regulation?

Answer Yes or No __YES__

3. If you answered yes to 1 **or** 2, or both 1 **and** 2, was the Plaintiff's whistleblowing conduct a substantial motivating factor that prompted the Defendant to terminate his employment?

Answer Yes or No __YES__

II.    <u>Claim for Retaliation (for making Age Discrimination Complaint)</u>

4. Was the Plaintiff's complaint of age discrimination based upon his good faith reasonable belief a substantial motivating factor that prompted the Defendant to terminate his employment?

Answer Yes or No __NO__

If you answered No to all of the above questions, your verdict is for the Defendant and you should go no further, except to sign and date this form.

If you answered Yes to one or more of the above questions, you should then answer the following question:

5. Would Amerijet have made the same decision anyway, that is, to terminate the Plaintiff's employment for a legitimate non-retaliatory reason even in the absence of any bias or improper motive?

Answer Yes or No __NO__

If your answer to question 5 is Yes, your verdict is for the Defendant and you should go no further except to sign and date this form.

If your verdict is for the Plaintiff you should then answer the following questions:

6. What is the amount of damages Plaintiff should be awarded to compensate for backpay, that is, past lost wages and benefits?

$ __87,122.00__

7. What is the amount of any damages that Plaintiff should be awarded as front pay?

$ __0__

8. What is the amount of damages that Plaintiff should be awarded to compensate for other specific damages as well as for the damages for embarrassment, mental anguish and humiliation?

$ __385,000.00__

9. What is the amount of damages that the Plaintiff should be awarded to compensate him for a loss of future earnings capacity?

$ __50,000.00__

2

~~10~~ *10*

Answer question ~~9~~ only if you found for Plaintiff on his retaliation claim; that is, you answered Yes to question 4.

10. Did the Defendant, in terminating the Plaintiff's employment, willfully violate the law (as that term is explained in the instructions)?

Answer Yes or No \_\_\_\_\_

DATED on \_\_\_\_\_*11-14*\_\_\_\_\_, 2003.

_____
Foreperson

The evidence and testimony is now closed.

We cannot read you portions of the testimony to the exclusion of other portions because you must consider all of the testimony <u>as a whole</u>.

In reaching your verdict you will have to rely upon your respective, collective recollections of the testimony.

                                                     JOSE A. GONZALEZ, JR.
                                                     United States District Judge

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

HON. JOSE A. GONZALEZ, JR.     FORT LAUDERDALE     COURTROOM

  

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| 13 Nov 2003  9:00 AM | 5:30 PM | | JURY TRIAL - Day 3<br>00-6070-Zloch<br><br>PATRICK SCOTT MAJOR<br>Valerie Shea, Esq.<br><br>vs.<br><br>AMERIJET INTERNATIONAL, INC.<br>Susan Potter Norton, Esq. |

1. We would like to know the date of the first EOC claim + when it was withdrawn for discrimination
Richard Berger  11/14/03