UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



| | | |
|---|---|---|
| PATRICK SCOTT MAJOR, | : | CASE NO. 00-6070-Zloch |
| | | Magistrate Judge Lurana S. Snow |
| Plaintiff, | : | |
| vs. | : | |
| AMERIJET INTERNATIONAL, INC., | : | |
| Defendant. | : | |
| _____/ | | |

## JUDGMENT

THIS ACTION came on for trial before the Court and a jury; Honorable Jose A. Gonzalez, Jr., District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, it is

ORDERED and ADJUDGED that the plaintiff, Patrick Major, shall recover from the defendant, Amerijet International, Inc., the sum of Five Hundred Twenty-Two Thousand One Hundred Twenty Dollars ($522,120.00), with interest thereon at the rate of 1.4 percent as provided by law, and his costs of action.

JURISDICTION is hereby reserved to entertain an award of attorney's fees and further costs of this action.

DONE and ORDERED this 21st day of November, 2003.

_____
District Court Judge

Copies furnished:
Valerie Shea, Esquire
Mark R. Boyd, Esquire
Susan Potter Norton, Esquire

