UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR,         :        CASE NO. 00-6070-Zloch
                                       Magistrate Judge Lurana S. Snow
    Plaintiff,               :
vs.                          :

AMERIJET INTERNATIONAL, INC.,    :

    Defendant.               :
_____/

## PLAINTIFF'S STATEMENT AS TO
## RESULTS OF ATTEMPTED CONFERENCE WITH DEFENSE COUNSEL

Plaintiff, Patrick Scott Major, by and through counsel, Mark R. Boyd, files his statement as to the undersigned's attempts to confer with defense counsel in efforts to resolve the outstanding claim for attorney's fees and costs, and states:

1.  The comprehensive motion for fees and costs was filed with this court on November 26, 2003, and was mailed to defense counsel on that date.

2.  Per the rules of court, counsel for plaintiff is to confer within three business days of the filing of the motion for fees and costs in an effort to try to come to agreement or otherwise confer on the motion for fees and costs.

3.  The undersigned called defense counsel, Susan Potter Norton, on December 1 and 2, 2003, and left detailed voice-mail messages with her to call the undersigned to discuss the merits of the motion for fees and costs.

4.  Ms. Norton's office called today and advised that the motion had just been received. Ms. Norton's office advised that she will call the undersigned by December 3, 2003.



CASE NO. 00-6070-Zloch

Accordingly, a supplemental statement regarding any discussions with Susan Potter Norton will be filed no later than Friday, December 5, 2003.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to **Susan Potter Norton, Esquire** and **Dionne Wilson Blake, Esquire** at the address more fully set forth on the service list attached, this 2nd day of December, 2003.

GORDON HARGROVE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Telephone:    954-527-2800
Facsimile:    954-524-9481

By: _/s/ Mark R. Boyd_
VALERIE SHEA
Florida Bar No. 436800
VShea@heinrichgordon.com
MARK R. BOYD
Florida Bar No. 217492
MBoyd@heinrichgordon.com

G:\LAW\81975\002\Pleadings\Statement-001.doc

CASE NO. 00-6070-Zloch

## SERVICE LIST

**Susan Potter Norton, Esquire** and
**Dionne Wilson Blake**
Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, FL 33134
    Telephone:  (305) 445-7801
    Facsimile:  (305) 442-1578
Counsel for Defendant