UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR,                :         CASE NO. 00-6070-Zloch
                                               Magistrate Judge Lurana S. Snow
        Plaintiff,                  :
vs.                                 :

AMERIJET INTERNATIONAL, INC.,       :

        Defendant.                  :
_____/

### PLAINTIFF'S AMENDED STATEMENT AS TO RESULTS OF ATTEMPTED CONFERENCE WITH DEFENSE COUNSEL, INCLUDING REQUEST FOR HEARING

Plaintiff, Patrick Scott Major, by and through counsel, Mark R. Boyd, files his amended statement as to the undersigned's attempts to confer with defense counsel in efforts to resolve the outstanding claim for attorney's fees and costs, and states:

1. On December 2, 2003, the undersigned filed a Statement as to Results of Attempted Conference with Defense Counsel and advised the Court that defense counsel, Susan Potter Norton, Esquire, had just received the petition for fees and costs and had not had time to review it or to confer with counsel.

2. The undersigned, on December 4, 2003, called defense counsel in an effort to confer on the petition for fees and costs. Defense counsel was not in her office at the time and the undersigned left a detailed voice-mail message regarding the petition.

3. In the late afternoon hours of December 4, the undersigned received a letter via facsimile from Susan Potter Norton, Esquire indicating that at the present time she could not in good faith explore resolution of the outstanding motion for fees and costs.



2

CASE NO. 00-6070-Zloch

4. The undersigned has made three efforts to confer pursuant to the rules of court.

5. It is respectfully requested, therefore, that a hearing be set for this Court to determine fees and costs in the within matter.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to **Susan Potter Norton, Esquire** at the address more fully set forth on the service list attached, this 5th day of December, 2003.

> GORDON HARGROVE & JAMES, P.A.
> Attorneys for Plaintiff
> 500 East Broward Boulevard, Suite 1000
> Fort Lauderdale, Florida 33394
> Telephone:   954-527-2800
> Facsimile:   954-524-9481
>
> By: /s/ Mark R. Boyd
> VALERIE SHEA
> Florida Bar No. 436800
> VShea@heinrichgordon.com
> MARK R. BOYD
> Florida Bar No. 217492
> MBoyd@heinrichgordon.com

G:\LAW\81975\002\Pleadings\Statement-001.doc

CASE NO. 00-6070-Zloch

## SERVICE LIST

**Susan Potter Norton, Esquire**
Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, FL  33134
    Telephone:    (305) 445-7801
    Facsimile:    (305) 442-1578
Counsel for Defendant