FILED by WC D.C.

ELECTRONIC

Dec 15 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| PATRICK SCOTT MAJOR, | : | CASE NO. 00-6070-Zloch |
| | | Magistrate Judge Lurana S. Snow |
| Plaintiff, | : | |
| vs. | : | |
| AMERIJET INTERNATIONAL, INC., | : | |
| Defendant. | : | |
| _____/ | | |

### PLAINTIFF'S RESPONSE IN OPPOSITION TO
### MOTION FOR EXTENSION [SIC] OF TIME TO SERVE
### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES,
### INCORPORATING MOTION TO STRIKE

Plaintiff, Patrick Scott Major, files his response in opposition to defendant's motion, and incorporates a motion to strike pursuant to Local Rule 7.7.

Plaintiff maintains that the motion should be denied for the following reasons:

1.  <u>Violation of Rule 7.3</u>.  Plaintiff moved for attorney's fees pursuant to Local Rule 7.3, which requires the usual conference between opposing counsel and imposes a special conference requirement obliging counsel to confer no later than three days after the filing of the motion.  The obvious intent of the rule is that the parties determine whether the motion can be resolved.  To date, counsel for defendant, Susan Potter Norton, has failed to contact undersigned counsel to have any conference.  Accordingly, defendant's motion for an enlargement of time is due to be denied inasmuch as its counsel has not complied with the express requirement of Rule 7.3

2.  <u>Violation of Rule 7.1.</u>  Rule 7.1 independently requires counsel, prior to filing any motion, to make a reasonable effort to confer with counsel for the opposing party.  The rule

CASE NO. 00-6070-Zloch

specifically provides that if the counsel for the moving party has made a reasonable effort, but has been unable to make contact, counsel is to identify with specificity the effort that was made. Here, someone named Sasha Blanco, who has never before appeared on this case, left a voice-mail message on undersigned counsel's voice mail, which was retrieved in the early afternoon of December 10, 2003. Undersigned counsel's secretary placed a call back to Mr. or Ms. Blanco's office, but was unable to make contact. Defendant's motion was filed the same day. It was filed without any reasonable effort to have a conference and should be denied for that reason.

3.  <u>Violation of Rule 7.7.</u>  Further, in violation of Rule 7.7, defendant's counsel has attached copies of correspondence between counsel for the parties. The subject matter of the correspondence is an extrajudicial affair. It has nothing to do with the defendant's responsibility to file a timely response to the plaintiff's motion for attorney's fees, costs, and expenses. Defense counsel chronically attaches correspondence to pleadings filed with this Court and undersigned counsel usually does not quibble. However, this is an apparent effort to taint or sully the Court's consideration, on its merits, of the pending motion and it is improper.

As this case approaches its four-year anniversary (in January 2004), plaintiff respectfully requests that it is time to adjudicate the last remaining issue so that finality can be achieved. Amerijet's motion does not state good cause for an enlargement of time and plaintiff submits that there is none.

WHEREFORE, plaintiff, Patrick Scott Major, respectfully requests that a response to his motion be compelled within five days, subject to entry of judgment by default.

CASE NO. 00-6070-Zloch

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to **Susan Potter Norton, Esquire** at the address more fully set forth on the service list attached, this 15th day of December, 2003.

    GORDON HARGROVE & JAMES, P.A.
    Attorneys for Plaintiff
    500 East Broward Boulevard, Suite 1000
    Fort Lauderdale, Florida 33394
    Telephone:    954-527-2800
    Facsimile:    954-524-9481


    By:   S/Valerie Shea
         VALERIE SHEA
         Florida Bar No. 436800
         VShea@heinrichgordon.com
         MARK R. BOYD
         Florida Bar No. 217492
         MBoyd@heinrichgordon.com

CASE NO. 00-6070-Zloch

## SERVICE LIST

**Susan Potter Norton, Esquire**
Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, FL  33134
      Telephone:   (305) 445-7801
      Facsimile:    (305) 442-1578
Counsel for Defendant