UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6070-CIV-GONZALEZ/Snow

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendant.
_____/

## ORDER

This cause having come before the Court upon the Defendant's Motion for Extension of Time to Serve its Response to Plaintiff's Motion for Attorney's Fees, Costs and Expenses, and for good cause shown, it is

ORDERED AND ADJUDGED as follows:

Defendant's Motion for Extension of Time to Serve its Response to Plaintiff's Motion for Attorney's Fees, Costs and Expenses is hereby _granted_.

The Defendant shall have up to and including January 12, 2004 to serve its Response to Plaintiff's Motion for Attorney's Fees, Costs and Expenses.

DONE AND ORDERED in Miami-Dade County, Florida, on this _15TH_ day of _December_, 2003.

                                                      U.S. District Judge

Conformed copies furnished to:
Susan Potter Norton, Esq.
Valerie Shea, Esq.

94106_1

Patrick Scott Major v. Amerijet International, Inc.

Case No.: 00-6070-Civ-Gonzalez/Snow

Service List

Susan Potter Norton, Esq.
Allen, Norton & Blue, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, Florida 33134
Tel:   305-445-7801
Fax:  305-442-1578
Attorneys for Defendant

Valerie Shea, Esq.
Mark R. Boyd, Esq.
Gordon, Hargrove & James, P.A.
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394
Tel:   954-527-2800
Fax:  954-524-9481
Attorneys for Plaintiff

94106_1