FILED by ___ D.C.

ELECTRONIC

**Jan 5 2004**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PATRICK SCOTT MAJOR,              :          CASE NO.  00-6070-Zloch
                                             Magistrate Judge Lurana S. Snow
      Plaintiff,               :

vs.                               :

AMERIJET INTERNATIONAL, INC.,     :

      Defendant.               :

_____/

### PLAINTIFF'S FIRST SUPPLEMENT TO MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES

Plaintiff, Patrick Scott Major, pursuant to Fed.R.Civ.P. 54(d), and section 448.104, Florida Statutes, files this, his first supplement to his November 26, 2003, motion for an award of fees, costs, and expenses and states:

Since filing the referenced motion, undersigned counsel has received two additional bills from trial experts for fees associated with trial preparation and trial testimony, as follows:

1.     J. D. Gilbert & Associates, invoice dated November 30, 2003, in the amount of $3,338.86.

2.     Jose Pagan, invoice dated November 28, 2003, in the amount of $1,250.00.

Additionally, Mr. Pagan submitted an invoice on September 11, 2003, in the amount of $625.00 to the defendant's law firm (Allen, Norton & Blue, P.A.) for the time spent in his deposition taken by defense counsel, Susan Potter Norton.  To date, Amerijet has failed and refuses to pay that invoice.  Accordingly, that cost is being sought as well.

Pursuant to these outstanding invoices in the amount of $5,213.86, the total sought for costs and expenses is revised from $41,942.94 to $47,156.80.

274/mh

CASE NO.  00-6070-Zloch

As it appears unlikely that the fees and costs issues can be amicably resolved, a second

supplement referencing additional attorney's fees incurred will be submitted in due course.

<u>CERTIFICATION OF COUNSEL</u>

I, Valerie Shea, do hereby certify that the amounts stated above truly and accurately

reflect the referenced invoices and reflect costs reasonably incurred in the prosecution and trial

presentation of this case.

_____s/Valerie Shea_____
Valerie Shea

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail

to  **Susan Potter Norton, Esquire** at the address more fully set forth on the service list attached,

this 5th day of January, 2004.

GORDON HARGROVE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida  33394
Telephone:     954-527-2800
Facsimile:     954-524-9481

By:____s/Valerie Shea_____
     VALERIE SHEA
     Florida Bar No.  436800
     VShea@heinrichgordon.com
     MARK R. BOYD
     Florida Bar No. 217492
     MBoyd@heinrichgordon.com

CASE NO.  00-6070-Zloch

## <u>SERVICE LIST</u>

**Susan Potter Norton, Esquire**
Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, FL  33134
       Telephone:   (305) 445-7801
       Facsimile:   (305) 442-1578
Counsel for Defendant