UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6070-CIV-GONZALEZ/Snow

PATRICK SCOTT MAJOR,

    Plaintiff,

v.

AMERIJET INTERNATIONAL, INC.,

    Defendant.

_____/



## DEFENDANT'S NOTICE OF NOT FILING A RESPONSIVE MEMORANDUM TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES

Defendant, AMERIJET INTERNATIONAL, INC. (hereinafter "Amerijet" or "Defendant") by and through undersigned counsel hereby files Defendant's Notice of Not Filing a Responsive Memorandum to Plaintiff's Motion for Attorney's Fees, Costs and Expenses. In support thereof, Defendant states:

1. Defendant hereby gives Notice to the Court that it will not file a Responsive Memorandum to Plaintiff's Motion for Attorney's Fees, Costs and Expenses And Supporting Memorandum of Law.

Respectfully submitted,

_____
Susan Potter Norton
Florida Bar No. 0201847
Email snorton@anblaw.com
Zascha Blanco
Florida Bar No. 0614671
Email zblanco@anblaw.com

94523_1       1



Allen, Norton & Blue, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, Florida 33134
Tel:   305-445-7801
Fax:   305-442-1578
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, on this 12th day of January, 2004 upon:

Valerie Shea, Esq.
Mark R. Boyd, Esq.
Gordon, Hargrove & James, P.A.
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida 33394

_____
Attorney