UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6070-Zloch
(Tried before Judge Gonzalez)
Magistrate Judge Lurana S. Snow

PATRICK SCOTT MAJOR,                :

    Plaintiff,                            :

vs.                                               :

AMERIJET INTERNATIONAL, INC.,   :

    Defendant.                         :
_____/

**PLAINTIFF'S
REPLY IN SUPPORT OF HIS MOTION FOR ATTORNEY'S FEES,
COSTS AND EXPENSES**

    Plaintiff, Patrick Scott Major, files this reply in support of his November 26, 2003, motion, asking the Court to promptly grant the relief requested in full, based on defendant's default, and as grounds states:

    This case was tried before a jury in November 2003. The jury's verdict was reduced to judgment, in the amount of $522,120, on November 21, 2003.

    Thereafter, plaintiff timely filed his motion for attorney's fees, costs and expenses with a supporting memorandum of law. The motion was comprehensive: detailed, supported by factual and legal authority, verified, and accompanied by the affidavit of an expert, Henry Latimer, Esq. Plaintiff's motion established his entitlement to fees, as well as the methodology by which the Court should determine both the loadstar amount and any enhancement.

    Pursuant to Local Rule 7.3, plaintiff's counsel was obligated to confer with opposing counsel concerning the motion within three days of its filing. On December 2, 2003,

CASE NO. 00-6070-Zloch
(Tried before Judge Gonzalez)

undersigned counsel, Mark Boyd, filed a statement concerning his repeated, and unsuccessful, efforts to have a conference with defense counsel, Susan Potter Norton. On December 5, 2003, undersigned counsel, Mark Boyd, filed an amended statement concerning continued, unsuccessful, attempts to confer with Ms. Norton. Indeed, Ms. Norton had by that time advised us that she had no intention of conferring within the time limits established by the rules of Court.

On December 10, 2003, defendant filed a motion for a thirty-day enlargement of time to respond to the motion. Defense counsel represented the motion was made in good faith and not for purposes of delay. Nevertheless, because of defense counsel's failure to confer with plaintiff's counsel in any fashion, undersigned counsel filed a response in opposition to the motion for extension on December 15, 2003.

The Court, however, granted plaintiff's motion for extension of time on December 15, 2003, and gave Amerijet until January 12, 2004, to file its response.

On January 5, 2004, undersigned counsel, Valerie Shea, filed a supplement to plaintiff's motion increasing the amount sought for costs and expenses based on the receipt of two additional expert invoices.

As of today's date, undersigned counsel has not received any further paperwork from Amerijet. However, upon checking PACER, undersigned counsel learned that defendant filed on January 12, 2004, a "Notice of Not Filing a Responsive Memorandum . . .." The notice simply states that defendant is not filing a responsive memorandum.

This is tantamount to a default, plaintiff's motion stands undisputed and unrebutted and should accordingly be granted in full. While plaintiff earlier requested a hearing, it does not appear at this juncture that a hearing will be necessary.

2

CASE NO. 00-6070-Zloch
(Tried before Judge Gonzalez)

Accordingly, plaintiff respectfully requests that the Court grant, in full, his motion for attorney's fees, costs and expenses (with the costs and expenses amount as supplemented on January 5, 2004), for a total fees award of $442,175.25 and a total costs award of $47,156.80, all to be reduced to a judgment in Mr. Major's favor in the amount of $489,332.05, or in such other amount as the Court deems just based on the comprehensive materials submitted by plaintiff.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail to **Susan Potter Norton, Esquire** at the address more fully set forth on the service list attached, this 15th day of January, 2004.

GORDON HARGROVE & JAMES, P.A.
Attorneys for Plaintiff
500 East Broward Boulevard, Suite 1000
Fort Lauderdale, Florida  33394
Telephone:    954-527-2800
Facsimile:    954-524-9481


By:_____s/Valerie Shea_____
VALERIE SHEA
Florida Bar No.  436800
VShea@heinrichgordon.com
MARK R. BOYD
Florida Bar No. 217492
MBoyd@heinrichgordon.com

4

CASE NO. 00-6070-Zloch<br>(Tried before Judge Gonzalez)

## SERVICE LIST

**Susan Potter Norton, Esquire** and
Allen, Norton & Blue, P.A.
121 Majorca, Suite 300
Coral Gables, FL  33134
    Telephone:   (305) 445-7801
    Facsimile:    (305) 442-1578
Counsel for Defendant