**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

---

**PATRICK SCOTT MAJOR,**

    Plaintiff,

v.                                  CASE NO. 00-6070-CIV-ZLOCH

**AMERIJET INTERNATIONAL, INC.,**

    Defendants.

---

**ORDER**

    **THIS MATTER** has come before the Court upon the "Motion for Attorney's Fees, Costs and Expenses" (DE #268) of Plaintiff Patrick Scott Major ("Major"), filed November 26, 2003. The Court has for its consideration of this Motion, Major's "First Supplement to Motion for Attorney's Fees, Costs and Expenses" (DE #274), filed January 5, 2004, and Major's "Reply in Support of His Motion for Attorney's Fees, Costs and Expenses" (De #276), filed January 15, 2004, as well as the record in this case. Defendant Amerijet International, Inc. ("Amerijet"), has not responded substantively to Major's motion, and instead filed its "Notice of Not Filing a Responsive Memorandum to Plaintiff's Motion for Attorney's Fees, Costs and Expenses" (DE #275) on January 12, 2004.

    Having reviewed the Motion and the record in this case, the Court hereby **ORDERS and ADJUDGES** that Major's Motion is **GRANTED**. Judgment in the amount of $489,332.05, reflecting a total fees award of $442,175.25 and a total costs award of $47,156.80, is hereby entered on behalf of Major and against Amerijet.



All other motions presently pending before the Court in this case are **DENIED as MOOT**. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 30TH day of January 2004.

/s/ Jose A. Gonzalez Jr.
JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE

cc: Counsel